RUSS AUGUST & KABAT
Marc A. Fenster (SBN 181067)
mfenster@raklaw.com
Dale Chang (SBN 248657)
dchang@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
310/826-7474 – Telephone
310/826-6991 – Facsimile

*Attorneys for Plaintiff*
MR TECHNOLOGIES, GMBH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>　　　　　Defendant.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>MR TECHNOLOGIES, GMBH,<br><br>　　　　　Counterclaim-Defendant. | Case No. 8:22-CV-01599-JVS-DFM<br><br>**PLAINTIFF MR TECHNOLOGIES, GMBH'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC.'S UNTIMELY NONINFRINGEMENT ARGUMENTS**<br><br>Date: March 18, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Complaint Filed: August 26, 2022 |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION** |
| 2 | PLEASE TAKE NOTICE THAT at 1:30 p.m. on March 18, 2024, or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-referenced court, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff MR Technologies, GmbH ("MR Tech") will and hereby does move the Court to strike untimely arguments disclosed in Defendant Western Digital Technologies, Inc.'s ("WD") second supplemental response to Interrogatory No. 1 regarding WD's noninfringement theories. Because WD withheld these new noninfringement theories until the day before the close of fact discovery, MR Tech was foreclosed from taking discovery regarding the new defenses, and its experts were put at a significant disadvantage. WD could have made these disclosures, which concern the functionality of its own products, well in advance of the close of discovery, but chose not to. Accordingly, WD's untimely disclosures should be struck. |

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Paul A. Kroeger in support of this motion and exhibits, the pleadings, records and files in this case, and such other matters as may be considered by the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 9, 2024.

RUSS AUGUST & KABAT

Dated: February 16, 2024　　　　By: /s/ Marc Fenster
　　　　　　　　　　　　　　　　　　Marc Fenster
　　　　　　　　　　　　　　　　　　Dale Chang
　　　　　　　　　　　　　　　　　　Paul Kroeger

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　MR TECHNOLOGIES, GMBH

## CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and LR 5-3 and 5-4 that the above document was served upon the attorney(s) of record for each party through the ECF system.

By: /s/ *Marc A. Fenster*
Marc A. Fenster