1  **RUSS AUGUST & KABAT**
   Marc A. Fenster (SBN 181067)
2  mfenster@raklaw.com
3  Dale Chang (SBN 248657)
   dchang@raklaw.com
4  Paul A. Kroeger (SBN 229074)
5  pkroeger@raklaw.com
   12424 Wilshire Boulevard, 12FL
6  Los Angeles, California 90025
7  310/826-7474 – Telephone
   310/826-6991 – Facsimile
8

9  *Attorneys for Plaintiff*
   MR TECHNOLOGIES, GMBH
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 8:22-CV-01599-JVS-DFM<br><br>**PLAINTIFF MR TECHNOLOGIES, GMBH'S REQUEST FOR JUDGMENT** |
| WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>        Counterclaimant,<br><br>    v.<br><br>MR TECHNOLOGIES, GMBH,<br><br>        Counterclaim-Defendant. | |

Pursuant to the Jury Verdict reached on July 26, 2024, filed at Dkt. 574, and Plaintiff MR Technologies GMBH's concurrently-filed Application for Prejudgment Interest, Plaintiff hereby submits a proposed form of judgment, attached as Exhibit A.

Dated: August 2, 2024

**RUSS AUGUST & KABAT**

By: */s/ Marc Fenster*

Marc A. Fenster, SBN 181067
Paul A. Kroeger, SBN 229074
Dale Chang, SBN 248657
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
MR TECHNOLOGIES, GMBH.