# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MR TECHNOLOGIES, GMBH <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 8:22-cv-01599 <br> Judge: Hon. James V. Selna <br><br><br> HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

## DECLARATION OF JIM W. BERGMAN IN SUPPORT OF MR TECHNOLOGIES, GMBH's MOTION FOR PRE-JUDGMENT INTEREST

I, Jim W. Bergman, hereby declare, under penalty of perjury:

I. **BACKGROUND**

1. I have been retained by counsel for MR Technologies GMBH ("MR Technologies") to serve as an expert in *MR Technologies, GMBH v. Western Digital Technologies, Inc.* ("Western Digital") (Case No. 8:22-cv-01599, Central District of California Southern Division). If requested, I will testify at a hearing regarding the matters set forth in this declaration.

2. In this matter, I have previously submitted an opening expert report on February 13, 2024. I also testified at trial in July 2024 regarding MR Technologies damages in this matter, where the jury returned a verdict of $262,388,800 for Western Digital's infringement of the asserted patents.

3. My qualifications and experience as an expert in this matter are reflected my expert reports and trial testimony.

4. Counsel for MR Technologies asked me to (1) calculate the appropriate amount of prejudgment interest that Western Digital would pay based on the damages awarded by the jury, and (2) calculate a daily prejudgment interest amount.

II. **PREJUDGMENT INTEREST CALCULATIONS**

5. I have calculated prejudgment interest based on the California statutory interest rate of 7% under the simple interest methodology.

6. As shown in Appendix 1, based on an interest start date of March 27, 2028 and applying a 7% simple interest rate to the lump sum amount of $262,388,800, prejudgment interest to August 2, 2024 totals $116,665,300, for a total award of $379,054,100.

7. Further, I have calculated a daily 2024 prejudgment interest rate to account for any change in the anticipated judgment date from August 2, 2024. Using the 7% California statutory rate and the jury's damages award, the daily interest rate for 2024 is $50,184.

8. The details of my calculations are set forth in Appendix 1 attached hereto.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of August 2024, at Costa Mesa, CA.

By: _____

Jim W. Bergman

# Appendix 1
## *MR Technologies, GMBH v. Western Digital Technologies, Inc.*
## Prejudgment Interest Calculation at California Statutory Rate

**Jury Verdict**     $262,388,800

|   | Interest Start Date | Interest Payment Date | Annual Rate | Royalty | Interest Earned in Period | Cumulative Interest |
|---|---|---|---|---|---|---|
| *[A]* | 3/27/2018 | 12/31/2018 | 7.00% | $262,388,800 | $14,089,919 | $14,089,919 |
|  | 1/1/2019 | 12/31/2019 | 7.00% |  | 18,367,216 | 32,457,135 |
|  | 1/1/2020 | 12/31/2020 | 7.00% |  | 18,367,216 | 50,824,351 |
|  | 1/1/2021 | 12/31/2021 | 7.00% |  | 18,367,216 | 69,191,567 |
|  | 1/1/2022 | 12/31/2022 | 7.00% |  | 18,367,216 | 87,558,783 |
|  | 1/1/2023 | 12/31/2023 | 7.00% |  | 18,367,216 | 105,925,999 |
|  | 1/1/2024 | 8/2/2024 | 7.00% |  | 10,739,301 | 116,665,300 |
|  | Totals |  |  | $262,388,800 | $116,665,300 |  |

|   |   |   |
|---|---|---|
|  | **Total prejudgment interest** | **$116,665,300** |
|  | **Total due with prejudgment interest** | **$379,054,100** |
| *[B]* | **2024 Interest Per Day** | **$50,184** |

**NOTES:**

*[A]* Interest start date of March 27, 2018 based on hypothetical negotiation date.
Simple interest accrues at California statutory interest rate of 7%.
Judgment date August 2, 2025.

*[B]* Interest earned per day in 2024 (Royalty x 7% / 366 days)