Douglas E. Lumish, SBN 183863
 doug.lumish@lw.com
Richard G. Frenkel, SBN 204133
 rick.frenkel@lw.com
Patricia Young, SBN 291265
 patricia.young@lw.com
Linfong Tzeng, SBN 281798
 linfong.tzeng@lw.com
Chaarushena Deb, SBN 342764
 chaaru.deb@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Joseph H. Lee, SBN 248046
 joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

Attorneys for Defendant and Counterclaim Plaintiff
Western Digital Technologies, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>  Defendant and Counterclaim Plaintiff. | CASE NO. 8:22-cv-01599-JVS-DFM<br><br>Judge: District Judge James V. Selna<br>Magistrate Judge Douglas F. McCormick<br><br>**DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF WESTERN DIGITAL TECHNOLOGIES, INC.'S RSEPONSE TO PLAINTIFF MR TECHNOLOGIES, GMBH'S APPLICATION FOR PREJUDGMENT INTEREST**<br><br>Complaint Filed: August 26, 2022 |

Sarah W. Wang (admitted *pro hac vice*)
  sarah.wang@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7642

Steve Hanle, SBN 168876
  shanle@stradlinglaw.com
Salil Bali, SBN 263001
  sbali@stradlinglaw.com
Ahmad S. Takouche, SBN 322911
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725 4000
Facsimile:  (949) 725 4100

Henning Schmidt, (admitted *pro hac vice*)
  hschmidt@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
500 W. 2nd St., Suite 1900
Austin, TX 78701
Telephone: (512) 788-5018

I, Richard G. Frenkel, hereby declare as follows:

1. I am an attorney duly licensed to practice before the Courts of the State of California, and am admitted to practice in this Court. I am a partner at Latham & Watkins LLP. I am one of the attorneys of record for Defendant and Counterclaim Plaintiff Western Digital Technologies, Inc. ("Western Digital" or "WD") in the above-captioned matter.

2. I make this Declaration in support of WD's Response to Plaintiff MR Technologies, GmbH's Application for Prejudgment Interest based on my personal knowledge and a review of the case file maintained by my offices.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the January 23, 2024 deposition of Dr. Dieter Suess.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between Irene Lee and Marc Fenster of Russ August, & Kabat, and Cynthia Tregillis and David Dutcher of Western Digital, starting on September 17, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 9, 2024        **LATHAM & WATKINS LLP**

By: */s/ Richard G. Frenkel*
Douglas E. Lumish
Richard G. Frenkel
Patricia Young
Joseph H. Lee
Linfong Tzeng
Sarah W. Wang
Chaarushena Deb

**STRADLING YOCCA CARLSON & RAUTH LLP**

Steven M. Hanle
Salil Bali
Ahmad S. Takouche
Henning Schmidt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendant and Counterclaim Plaintiff Western Digital Technologies, Inc.*