# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   MR TECHNOLOGIES, GMBH,        )
 6                  Plaintiff and  )
 7         Counterclaim Defendant, )
 8         VS.                     )  NO. 8:22-cv-01599
 9   WESTERN DIGITAL TECHNOLOGIES, )
10   INC.,                         )
11                  Defendant and  )
12         Counterclaim Plaintiff. )
13   _____ )
14
15
16   DEPOSITION OF:
17              DIETER SEUSS, PH.D., VOLUME II
18              TUESDAY, JANUARY 23, 2024
19              9:23 A.M.
20
21
22
23   REPORTED BY:
24              Sari M. Knudsen
25              CSR No. 13109
```

Page 265

```
 1            Deposition of DIETER SEUSS, PH.D.,
 2            VOLUME II, taken on behalf of the DEFENDANT
 3            AND COUNTERCLAIM PLAINTIFF, at
 4            12424 Wilshire Boulevard, 12th Floor,
 5            Los Angeles, California, on TUESDAY,
 6            JANUARY 23, 2023, before Sari M. Knudsen,
 7            CSR No. 13109.
 8
 9
10   APPEARANCES OF COUNSEL:
11
12   FOR THE PLAINTIFF AND COUNTERCLAIM DEFENDANT:
13            RUSS, AUGUST & KABAT
14            BY:  DALE CHANG, ESQ.
15            12424 Wilshire Boulevard, 12th Floor
16            Los Angeles, California  90025
17            310-826-7474
18
19   FOR THE DEFENDANT:
20            STRADLING, YOCCA CARLSON & RAUTH
21            BY:  STEVE HANLE, ESQ.
22            660 Newport Center Drive, Suite 1600
23            Newport Beach, California  92660
24            949-725-4000
25
```

Page 266

```
 1    ALSO PRESENT:
 2            JACOB FLOREZ, VIDEOGRAPHER
 3            GERARDO BERTERO
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                     I N D E X
 2   WITNESS              EXAMINATION                PAGE
 3   DIETER SEUSS, PH.D. (BY MR. HANLE)               271
 4
 5
 6
 7
 8
 9
10                     E X H I B I T S
11   EXHIBIT NO.     PAGE  DESCRIPTION
12   Exhibit 14      392   Micromagnetic analysis of
13                         exchange-coupled hard-soft
14                         planar nanocomposites
15   Exhibit 15      392   Magnetic phase diagram and
16                         demagnetization processes in
17                         perpendicular
18                         exchange-spring multilayers
19   Exhibit 16      393   U.S. Patent 7,687,157
20   Exhibit 17      396   U.S. Patent 7,846,564
21   Exhibit 18      399   Thin-Film Media with
22                         Compositional Gradient for
23                         High Density Recording
24
25
```

```
 1                    E X H I B I T S
 2    EXHIBIT NO.    PAGE  DESCRIPTION
 3    Exhibit 19     277   Plaintiff's Objections and
 4                         Responses to Defendant's
 5                         Second Set of Requests for
 6                         Interrogatories
 7    Exhibit 19A    298   Proposed Second Amended
 8                         Complaint for Patent
 9                         Infringement
10    Exhibit 35     309   e-mail chain ending 10-14-21
11                         from Marc Fenster with
12                         attached slide deck
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 269

```
 1            And I'll caution you not to reveal any         10:07:46
 2   communications or work product beyond what is           10:07:56
 3   disclosed, for example, in the interrogatory            10:07:59
 4   responses.                                              10:08:01
 5   BY MR. HANLE:                                           10:08:01
 6       Q    All I'm asking for is a date.                  10:08:04
 7       A    The date.  I cannot remember the date.         10:08:07
 8       Q    What is your best estimate of the date on      10:08:09
 9   which such a discussion was held?                       10:08:11
10       MR. CHANG:  Asked and answered.                     10:08:12
11       THE WITNESS:  I say I can't remember the date.      10:08:41
12   Might be in the last -- within the last years.          10:08:45
13   BY MR. HANLE:                                           10:08:45
14       Q    The last years?  Is that what you said?        10:08:50
15       A    I said I can't remember when I talked with     10:08:52
16   Mr. Zimanyi or -- about possible infringement.          10:08:56
17       Q    Okay.  Was it before or after your patent      10:09:00
18   issued in March of 2018?                                10:09:02
19       MR. CHANG:  Okay.  That's --                        10:09:10
20       MR. HANLE:  It's just a date.                       10:09:11
21       MR. CHANG:  It's asking for a legal conclusion      10:09:13
22   and lacks foundation.  There can't possibly be          10:09:17
23   infringement before a patent issues.  So...             10:09:21
24   BY MR. HANLE:                                           10:09:21
25       Q    Go ahead.  You can answer the question.        10:09:28
```

Page 292

| | | |
|---|---|---|
| 1 | A    Yeah.  So before 2018, there can't be | 10:09:33 |
| 2 | infringement.  That's why I can't discuss about | 10:09:38 |
| 3 | infringement of a patent which is not issued. | 10:09:40 |
| 4 | So it might -- it -- so concerning | 10:09:44 |
| 5 | infringement, it was after 2018. | 10:09:46 |
| 6 | Q    That's why I asked the question "possible | 10:09:49 |
| 7 | infringement." | 10:09:50 |
| 8 | So when -- just a date, not a -- not a | 10:09:55 |
| 9 | content.  When did you first discuss with | 10:09:58 |
| 10 | Mr. Zimanyi the topic of possible infringement by | 10:10:01 |
| 11 | Western Digital? | 10:10:02 |
| 12 | A    "Possible infringement" is a very vague | 10:10:08 |
| 13 | term.  Possible infringement was for me possible | 10:10:17 |
| 14 | since I -- possible infringement is very vague. | 10:10:24 |
| 15 | After reading papers published by Western | 10:10:31 |
| 16 | Digital saying that it's a great idea, I thought of | 10:10:49 |
| 17 | possible infringement, and that's why I also offered | 10:10:51 |
| 18 | Western Digital, I think four times, licenses -- | 10:10:55 |
| 19 | possible licenses or a license -- I wanted to talk | 10:11:00 |
| 20 | license agreement of a patent which was not even | 10:11:04 |
| 21 | granted.  It was -- I discussed in 2006.  Two times | 10:11:11 |
| 22 | 2012 and 2019.  So... | 10:11:16 |
| 23 | Q    So you believed as of 2006 there was | 10:11:19 |
| 24 | possible infringement by Western Digital? | 10:11:21 |
| 25 | MR. CHANG:  Possible infringement of what? | 10:11:25 |

Page 293

| | | |
|---|---|---|
| 1 | THE WITNESS: Possible infringement in 2006, | 10:11:27 |
| 2 | maybe not. In 2006, I thought it is a possible | 10:11:34 |
| 3 | investment for Western Digital to -- to go into | 10:11:58 |
| 4 | negotiations on the possible license agreement. | 10:12:02 |
| 5 | I offered licensing or selling the patent, | 10:12:11 |
| 6 | as far as I can remember, in 2012. | 10:12:15 |
| 7 | BY MR. HANLE: | 10:12:15 |
| 8 | Q   As of 2012, did you believe there was | 10:12:17 |
| 9 | possible infringement by Western Digital? | 10:12:18 |
| 10 | A   I believed that -- | 10:12:26 |
| 11 | MR. CHANG: Vague as to "possible infringement." | 10:12:28 |
| 12 | BY MR. HANLE: | 10:12:28 |
| 13 | Q   Go ahead. | 10:12:30 |
| 14 | A   There might be possible infringement. | 10:12:34 |
| 15 | Q   You believed that in 2012? | 10:12:35 |
| 16 | A   That there might be possible infringement. | 10:12:38 |
| 17 | Q   Okay. | 10:12:38 |
| 18 | A   I did not -- I did not do EDX analysis as I | 10:12:43 |
| 19 | said. But -- yeah. | 10:12:51 |
| 20 | Q   What was the basis for your belief in 2012 | 10:12:54 |
| 21 | that there was possible infringement? | 10:12:56 |
| 22 | A   I answered before, journal publications. | 10:13:00 |
| 23 | Q   Do you recall what journal publications you | 10:13:03 |
| 24 | had reviewed as of 2012 that formed your belief that | 10:13:07 |
| 25 | there was possible infringement by Western Digital? | 10:13:10 |

| | | |
|---|---|---|
| 1 | A    2012?  I can't recall exactly the | 10:13:25 |
| 2 | publication -- I think the author was maybe Plumer, | 10:13:31 |
| 3 | P-L-U-M-E-R -- that he cited my work, and he said | 10:13:51 |
| 4 | that it's a great idea for an -- and in need for | 10:13:55 |
| 5 | ultra-high-density recording. | 10:13:58 |
| 6 | Q    Was Mr. Plumer an employee of Western | 10:14:01 |
| 7 | Digital? | 10:14:01 |
| 8 | A    As far as I know, yes.  But unfortunately, | 10:14:17 |
| 9 | Western Digital had no interest in negotiating any | 10:14:20 |
| 10 | license. | 10:14:21 |
| 11 | Q    Okay. | 10:14:21 |
| 12 | A    So neither 2006.  Neither 2012.  Neither | 10:14:27 |
| 13 | 2012 second time.  And neither 20, I think, '18 or | 10:14:32 |
| 14 | '19. | 10:14:33 |
| 15 | Q    Okay.  What other book chapters or journal | 10:14:38 |
| 16 | articles did you review that caused you to believe | 10:14:43 |
| 17 | that Western Digital was possibly infringing your | 10:14:45 |
| 18 | patents? | 10:14:50 |
| 19 | A    I was -- | 10:14:51 |
| 20 | MR. CHANG:  Vague as to time. | 10:14:57 |
| 21 | THE WITNESS:  I was looking at publications that | 10:14:59 |
| 22 | cite my work by Western Digital or HGST about 80 -- | 10:15:08 |
| 23 | I think more than 80 publications which cite my work | 10:15:15 |
| 24 | on exchange spring media or multilayer exchange | 10:15:37 |
| 25 | spring media. | 10:15:39 |

Page 295