# EXHIBIT 2

**From:** Marc Fenster <mfenster@raklaw.com>
**Sent:** Tuesday, September 21, 2021 8:54 AM
**To:** David Dutcher <David.Dutcher@wdc.com>
**Cc:** Cynthia Tregillis <Cynthia.Tregillis@wdc.com>; Irene Lee <ilee@raklaw.com>
**Subject:** Re: Request for a call re: Business Opportunity for WD

**CAUTION:** This email originated from outside of Western Digital. Do not click on links or open attachments unless you recognize the sender and know that the content is safe.

Terrific. We can use the following conf line:

(310) 584-7694
No pin.

Best,
Marc


On Sep 20, 2021, at 9:19 PM, David Dutcher <David.Dutcher@wdc.com> wrote:

Wednesday 9:30am (Pacific)?

**From:** Marc Fenster <mfenster@raklaw.com>
**Sent:** Monday, September 20, 2021 6:11 PM
**To:** David Dutcher <David.Dutcher@wdc.com>
**Cc:** Cynthia Tregillis <Cynthia.Tregillis@wdc.com>; Irene Lee <ilee@raklaw.com>
**Subject:** Re: Request for a call re: Business Opportunity for WD

**CAUTION:** This email originated from outside of Western Digital. Do not click on links or open attachments unless you recognize the sender and know that the content is safe.

David,

Wednesday morning would be great. I can talk any time after 9. Let me know what works for you.

Best,
Marc


On Sep 17, 2021, at 11:09 PM, David Dutcher <David.Dutcher@wdc.com> wrote:

Hi Marc,

Nice to meet you. May we talk Wednesday morning?

Best,
David

**From:** Marc Fenster <mfenster@raklaw.com>
**Sent:** Friday, September 17, 2021 6:49 PM
**To:** Cynthia Tregillis <Cynthia.Tregillis@wdc.com>
**Cc:** Irene Lee <ilee@raklaw.com>; David Dutcher <David.Dutcher@wdc.com>
**Subject:** Re: Request for a call re: Business Opportunity for WD

**CAUTION:** This email originated from outside of Western Digital. Do not click on links or open attachments unless you recognize the sender and know that the content is safe.

Hi Cynthia. Nice to meet you, David.

The technology relates to magnetic recording media in hard disk drives.

Marc

Marc Fenster
Russ, August & Kabat
12424 Wilshire Blvd, Ste 1200
Los Angeles, CA 90025
310-979-8278 (direct)
310-826-7474 (main)
mfenster@raklaw.com


On Sep 17, 2021, at 5:21 PM, Cynthia Tregillis <cynthia.tregillis@wdc.com> wrote:

Hi Irene,

I hope all is well with you and the family. Thanks for the email.

Marc, nice to touch base again. I'm copying David Dutcher, our Chief IP and Licensing Counsel. David is the best person with whom to schedule a call. What type of technology does this involve?

Thanks,

Cynthia

**Cynthia Lock Tregillis**
SVP & Deputy General Counsel – Government Affairs, Contracts, Products & IP

**Western Digital®**
5601 Great Oaks Parkway, Bldg. A1
San Jose, California 95119
Email: cynthia.tregillis@wdc.com
Office: +1.949.672.7727
Mobile: +1.310.766.7525
Executive Assistant: Mary Joseph (mary.joseph@wdc.com)

**From:** Irene Lee <ilee@raklaw.com>
**Date:** Friday, September 17, 2021 at 15:55
**To:** Cynthia Tregillis <Cynthia.Tregillis@wdc.com>
**Cc:** Marc Fenster <mfenster@raklaw.com>
**Subject:** Request for a call re: Business Opportunity for WD

**CAUTION:** This email originated from outside of Western Digital. Do not click on links or open attachments unless you recognize the sender and know that the content is safe.

Hi Cynthia,

Hope all is well.

I am reaching out to see if we can set up a call to discuss a potential business/licensing opportunity between one of our clients and WD. We represent a client/inventor who has patents on technology that is very relevant to WD and its primary competitors. We would like to explore a potentially mutually beneficial business arrangement with WD before contacting WD's competitors. If WD is open to discussing, would you let us know a date and time that works for you.

I'm copying my partner Marc Fenster so he can address any questions you may have in the meantime.

Best,

Irene
--
**Irene Lee**
**Partner**
**Russ, August & Kabat** | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California  90025
Main +1 310 826 7474 | Direct +1 310 979 8224 | ilee@raklaw.com | www.raklaw.com