# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | CASE NO. 8:22-cv-01599-JVS-DFM<br><br>Judge: District Judge James V. Selna<br>Magistrate Judge Douglas F. McCormick<br><br>**DECLARATION OF STEPHEN L. BECKER IN SUPPORT OF DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF MR TECHNOLOGIES, GMBH'S APPLICATION FOR PREJUDGMENT INTEREST**<br><br>Complaint Filed: August 26, 2022 |

I, Stephen L. Becker, declare:

1. I am a founder and Director of Applied Economics Consulting Group, Inc. ("Applied Economics") in Austin, Texas. I previously prepared an expert report regarding damages dated March 13, 2024 and testified at trial in this matter on July 24, 2024. My credentials and the rate at which Applied Economics is being compensated in this matter each remain unchanged.

2. On July 26, 2024, it is my understanding that the jury found the asserted claims of the asserted patents valid and infringed and awarded MR Technologies, GMBH ("MRT") damages in the amount of $262,388,800.

3. I understand that MRT has subsequently filed a motion requesting application of prejudgment interest (Dkt. No. 579). In view of MRT's motion, I have been asked by counsel for Western Digital Technologies, Inc. ("Western Digital") to review MRT's prejudgment interest calculations as set forth in the Declaration of Jim W. Bergman in Support of MRT's Motion for Pre-Judgment Interest (Dkt. No. 579-2).

4. Mr. Bergman calculated prejudgment interest using simple interest at the California statutory rate of 7% starting on March 27, 2018 (the date of issuance of U.S. Patent No. 9,928,864) through August 2, 2024.

5. I have been asked by counsel for Western Digital to consider alternative interest rate scenarios to the 7% statutory rate used by Mr. Bergman: (a) the 52-week Treasury Bill (the "T-Bill rate"), compounded annually, and (b) the Bank Prime Loan rate, compounded annually.[1] I have also been asked to calculate interest beginning on October 5, 2021, which is the issue date for U.S. Patent No. 11,138,997,

---

[1] The T-Bill rate used herein is sourced from 1-Year Treasury Bill Secondary Market Rate, Discount Basis, Percent, Daily, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis). The Bank Prime Rate used herein is sourced from Bank Prime Loan Rate, Percent, Not Applicable, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis).

rather than the March 27, 2018 date noted above. Together, these scenarios yield the following matrix of calculations.

| Start Date | Interest Rate and Compounding | | |
|---|---|---|---|
| October 5, 2021 | T-Bill Rate, compounded annually[2] | Bank Prime Rate, compounded annually[3] | California Statutory Rate, 7% simple[4] |
| March 27, 2018 | T-Bill Rate, compounded annually[5] | Bank Prime Rate, compounded annually[6] | N/A |

6.  For each of the scenarios above, I have calculated interest through August 23, 2024, which I understand to be the anticipated date of judgment. In addition, for each scenario I have been asked to provide a daily rate at which interest would accrue for days past this date.

7.  I understand that the T-Bill rate is an appropriate measure of the risk-free interest rate for prejudgment interest calculations.[7]

8.  Exhibits SLB-1 through SLB-5 provide the interest calculations for each of the scenarios above. The total prejudgment interest associated with those calculations are provided in the table below.

---

[2] Exhibit SLB-1.

[3] Exhibit SLB-2.

[4] Exhibit SLB-3.

[5] Exhibit SLB-4.

[6] Exhibit SLB-5.

[7] See, for example, *SEC v. Platform Wireless Int'l Corp.*, 617 F.3d 1072, 1099 (9th Cir. 2010); *Datascope Corp. v. SMEC, Inc.*, 879 F.2d 820, 829 (Fed. Cir. 1989); *Verinata Health, Inc. v. Ariosa Diag., Inc.*, 809 F. App'x 965, 976 (Fed. Cir. 2020).

|  | T-Bill Rate, compounded annually | Bank Prime Rate, compounded annually | California Statutory Rate, 7% simple |
|---|---|---|---|
| **October 5, 2021** | $22,962,501 | $47,119,349 | $53,006,034 |
| **March 27, 2018** | $34,144,668 | $95,219,524 | N/A |

9. The daily amount of interest that would be added to each of the scenarios above, for days past August 23, 2024, are provided in the table below.

|  | T-Bill Rate, compounded annually | Bank Prime Rate, compounded annually | California Statutory Rate, 7% simple |
|---|---|---|---|
| **October 5, 2021** | $38,044 | $66,850 | $50,184 |
| **March 27, 2018** | $37,851 | $80,468 | N/A |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2024 in Dallas, Texas.

_____
Stephen L. Becker, Ph.D.

Exhibit SLB-1
(8/9/2024)

## MR TECHNOLOGIES, GMBH v. WESTERN DIGITAL TECHNOLOGIES, INC.

Case No. 8:22-cv-01599-JVS-DFM

Prejudgment Interest Calculation: 10/5/2021; T-Bill Rate (Compounded Annually)

Jury Verdict: $ 262,388,800

| Period Start Date | Period End Date | Cumulative Award + Interest at Start of Period | Interest Rate at Start of Period | Interest in Period |
|---|---|---|---|---|
| 10/5/2021 | 10/4/2022 | $ 262,388,800 | 0.09% | $ 236,150 |
| 10/5/2022 | 10/4/2023 | 262,624,950 | 3.96% | 10,399,948 |
| 10/5/2023 | 8/23/2024 | 273,024,898 | 5.10% | 12,326,403 |

| | |
|---|---|
| Total Prejudgment Interest | $ 22,962,501 |
| Total Due With Prejudgment Interest | $ 285,351,301 |
| Per-day Interest from 8/24/2024 - 10/4/2024 | $ 38,044 |

Sources and Notes:

- 1-Year Treasury Bill Secondary Market Rate, Discount Basis, Percent, Daily, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis).

- As noted, the daily rate is applicable through the period ending October 4, 2024.

Exhibit SLB-2
(8/9/2024)

**MR TECHNOLOGIES, GMBH v. WESTERN DIGITAL TECHNOLOGIES, INC.**
Case No. 8:22-cv-01599-JVS-DFM
Prejudgment Interest Calculation: 10/5/2021; Bank Prime Loan Rate (Compounded Annually)

Jury Verdict:	$ 262,388,800

| Period Start Date | Period End Date | Cumulative Award + Interest at Start of Period | Interest Rate at Start of Period | Interest in Period |
|---|---|---|---|---|
| 10/5/2021 | 10/4/2022 | $ 262,388,800 | 3.25% | $ 8,527,636 |
| 10/5/2022 | 10/4/2023 | 270,916,436 | 6.25% | 16,932,277 |
| 10/5/2023 | 8/23/2024 | 287,848,713 | 8.50% | 21,659,436 |

| | |
|---|---|
| Total Prejudgment Interest | $ 47,119,349 |
| Total Due With Prejudgment Interest | $ 309,508,149 |
| Per-day Interest from 8/24/2024 - 10/4/2024 | $ 66,850 |

Sources and Notes:

- Bank Prime Loan Rate, Percent, Not Applicable, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis).

- As noted, the daily rate is applicable through the period ending October 4, 2024.

Exhibit SLB-3
(8/9/2024)

**MR TECHNOLOGIES, GMBH v. WESTERN DIGITAL TECHNOLOGIES, INC.**
Case No. 8:22-cv-01599-JVS-DFM
Prejudgment Interest Calculation: 10/5/2021; California Statutory Rate (Simple)

| | | |
|---|---|---|
| Jury Verdict: | $ | 262,388,800 |
| California Statutory Rate | | 7.00% |

| Period Start Date | Period End Date | Accrued Interest During Period | Cumulative Interest |
|---|---|---|---|
| 10/5/2021 | 12/31/2021 | $ 4,428,260 | $ 4,428,260 |
| 1/1/2022 | 12/31/2022 | 18,367,216 | 22,795,476 |
| 1/1/2023 | 12/31/2023 | 18,367,216 | 41,162,692 |
| 1/1/2024 | 8/23/2024 | 11,843,341 | 53,006,034 |

| | | |
|---|---|---|
| **Total Prejudgment Interest** | $ | 53,006,034 |
| **Total Due With Prejudgment Interest** | $ | 315,394,834 |
| **2024 Interest Per Day** | $ | 50,184 |

*Sources and Notes:*

- California Statutory Rate.

Exhibit SLB-4 (8/9/2024)

**MR TECHNOLOGIES, GMBH v. WESTERN DIGITAL TECHNOLOGIES, INC.**
Case No. 8:22-cv-01599-JVS-DFM
Prejudgment Interest Calculation: 3/27/2018; T-Bill Rate (Compounded Annually)

Jury Verdict: $ 262,388,800

| Period Start Date | Period End Date | Cumulative Award + Interest at Start of Period | Interest Rate at Start of Period | Interest in Period |
|---|---|---|---|---|
| 3/27/2018 | 3/26/2019 | $ 262,388,800 | 2.04% | $ 5,352,732 |
| 3/27/2019 | 3/26/2020 | 267,741,532 | 2.32% | 6,211,604 |
| 3/27/2020 | 3/26/2021 | 273,953,135 | 0.11% | 301,348 |
| 3/27/2021 | 3/26/2022 | 274,254,483 | 0.06% | 164,553 |
| 3/27/2022 | 3/26/2023 | 274,419,036 | 1.62% | 4,445,588 |
| 3/27/2023 | 3/26/2024 | 278,864,625 | 4.30% | 11,991,179 |
| 3/27/2024 | 8/23/2024 | 290,855,803 | 4.75% | 5,677,665 |

| | |
|---|---|
| Total Prejudgment Interest | $ 34,144,668 |
| Total Due With Prejudgment Interest | $ 296,533,468 |
| Per-day Interest from 8/24/2024 - 3/26/2025 | $ 37,851 |

*Sources and Notes:*

*- 1-Year Treasury Bill Secondary Market Rate, Discount Basis, Percent, Daily, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis).*

*- As noted, the daily rate is applicable through the period ending March 26, 2025.*

Exhibit SLB-5
(8/9/2024)

# MR TECHNOLOGIES, GMBH v. WESTERN DIGITAL TECHNOLOGIES, INC.

Case No. 8:22-cv-01599-JVS-DFM

Prejudgment Interest Calculation: 3/27/2018; Bank Prime Loan Rate (Compounded Annually)

Jury Verdict: $ 262,388,800

| Period Start Date | Period End Date | Cumulative Award + Interest at Start of Period | Interest Rate at Start of Period | Interest in Period |
|---|---|---|---|---|
| 3/27/2018 | 3/26/2019 | $ 262,388,800 | 4.75% | $ 12,463,468 |
| 3/27/2019 | 3/26/2020 | 274,852,268 | 5.50% | 15,116,875 |
| 3/27/2020 | 3/26/2021 | 289,969,143 | 3.25% | 9,423,997 |
| 3/27/2021 | 3/26/2022 | 299,393,140 | 3.25% | 9,730,277 |
| 3/27/2022 | 3/26/2023 | 309,123,417 | 3.50% | 10,819,320 |
| 3/27/2023 | 3/26/2024 | 319,942,737 | 8.00% | 25,595,419 |
| 3/27/2024 | 8/23/2024 | 345,538,155 | 8.50% | 12,070,168 |

| | |
|---|---|
| Total Prejudgment Interest | $ 95,219,524 |
| Total Due With Prejudgment Interest | $ 357,608,324 |
| Per-day Interest from 8/24/2024 - 3/26/2025 | $ 80,468 |

Sources and Notes:

- Bank Prime Loan Rate, Percent, Not Applicable, Not Seasonally Adjusted - Federal Reserve Economic Data (Federal Reserve Bank of St. Louis).

- As noted, the daily rate is applicable through the period ending March 26, 2025.