**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 8:22-CV-01599-JVS-DFM <br><br> **JUDGMENT** |
| WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MR TECHNOLOGIES, GMBH, <br><br> Counterclaim-Defendant. | |

A jury trial commenced in this case on July 16, 2024. On July 26, 2024, the jury returned a unanimous verdict finding infringement of claims 1, 10, and 11 of the '864 Patent and claims 1 and 7 of the '997 Patent, of no-invalidity of the same claims, and that Plaintiff MR Technologies GMBH ("MR Tech") should recover $262,388,800 for such infringement through the expiration of the patents. Dkt. 574.

Pursuant to Federal Rules of Civil Procedure and in accordance with jury's verdict, the Court's prior Orders, and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Western Digital Technologies, Inc. ("Western Digital") has infringed claims 1, 10, and 11 of the '864 Patent and claims 1 and 7 of the '997 Patent;

2. Claims 1, 10, and 11 of the '864 Patent and claims 1 and 7 of the '997 Patent are not invalid;

3. MR Tech is hereby awarded compensatory damages from and against Western Digital, and shall accordingly have and recover from Western Digital the sum of $262,388,800;

4. MR Tech is further awarded pre-judgment interest in the amount of $117,267,508, pursuant to the concurrently filed application for pre-judgment interest;

5. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule 54-1, and 28 U.S.C. § 1920, MR Tech is the prevailing party in this case and shall recover its costs from Western Digital, and MR Tech is directed to file its proposed Bill of Costs;

6. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and further

7. All other relief requested by either party now pending before the Court and not specifically awarded herein is **DENIED**.

All other requests for relief regarding the above-captioned case, including pursuant to Fed. R. Civ. P. 50 and 59 25 U.S.C. §§ 284 and 285, shall be filed within 28 days of this Judgement.

The Clerk is direct to **CLOSE** the above-captioned case.

IT IS SO ORDERED.

DATED: August 14, 2024          By: _____
                                     Hon. James V. Selna
                                     United States District Judge