**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

**HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, | ) |
| | ) |
| Plaintiff and | ) **Certified Transcript** |
| Counterclaim Defendant, | ) |
| | ) Case No. |
| vs. | ) 8:22-cv-01599-JVS-DFM |
| | ) |
| Western Digital TECHNOLOGIES, | ) |
| INC., | ) |
| | ) |
| Defendant and | ) |
| Counterclaim Plaintiff. | ) **DAY 3, VOLUME I** |
| | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

THURSDAY, JULY 18, 2024

8:36 A.M.

SANTA ANA, CALIFORNIA

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
411 WEST 4TH STREET, ROOM 1-053
SANTA ANA, CA 92701
dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**


**FOR PLAINTIFF and COUNTERCLAIM DEFENDANT:**

RUSS AUGUST & KABAT
BY:  MARC A FENSTER, ESQ.
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
310-826-7474
mfenster@raklaw.com

RUSS AUGUST & KABAT
BY:  BRIAN D. LEDAHL, ESQ.
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
310-826-7474
bledahl@raklaw.com

RUSS AUGUST & KABAT
BY:  JACOB ROBERT BUCZKO, ESQ.
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
310-826-7474
jbuczko@raklaw.com

RUSS AUGUST & KABAT
BY:  MATTHEW D. AICHELE, ESQ., Pro Hac Vice
800 Maine Avenue, SW
Suite 200
Washington, D.C. 20024
202-664-0623
maichele@raklaw.com

RUSS AUGUST & KABAT
BY:  MINNA Y. CHAN, ATTORNEY AT LAW
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
310-826-7474
mchan@raklaw.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL**
**(Continued:)**


**FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT:**

RUSS AUGUST & KABAT
BY:  PAUL A. KROEGER, ESQ.
1224 Wilshire Boulevard
Suite 1200
Los Angeles, California 90025
310-826-7474
pkroeger@raklaw.com

RUSS AUGUST & KABAT
BY:  REZA MIRZAIE, ESQ.
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
310-826-7474
rmirzaie@raklaw.com

LATHAM & WATKINS LLP
BY:  DALE CHANG, ESQ.
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
312-876-7700
dchang@raklaw.com


**FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF:**

LATHAM & WATKINS LLP
BY:  DOUGLAS E. LUMISH, ESQ.
140 Scott Drive
Menlo Park, California 94025
650-328-4600
doug.lumish@lw.com

LATHAM & WATKINS LLP
BY:  JOSEPH HYUK LEE, ESQ.
650 Town Center Drive
20th Floor
Costa Mesa, California 92626
714-540-1235
joseph.lee@lw.com


**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL**
**(Continued:)**


**FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF:**


STRADLING YOCCA CARLSON & RAUTH LLP
BY:  SALIL BALI, ESQ.
660 Newport Center Drive
Suite 1600
Newport Beach, California 92660
949-725-4278
sbali@stradlinglaw.com

LATHAM & WATKINS LLP
BY:  CHAARUSHENA DEB, ATTORNEY AT LAW
140 Scott Drive
Menlo Park, California 94025
650-328-4600
chaaru.deb@lw.com

STRADLING YOCCA CARLSON & RAUTH LLP
BY:  STEVEN M. HANLE, ESQ.
660 Newport Center Drive
Suite 1600
Newport Beach, California 92660
949-725-4000
shanle@stradlinglaw.com

LATHAM AND WATKINS LLP
BY:  SARAH W. WANG, ATTORNEY AT LAW
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
312-876-7700
sarah.wang@lw.com

LATHAM & WATKINS LLP
BY:  PATRICIA YOUNG, ATTORNEY AT LAW
140 Scott Drive
Menlo Park, California 94025
650-328-4600
patricia.young@lw.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL**
**(Continued:)**


**FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF:**

LATHAM & WATKINS LLP
BY:  RICHARD GREGORY FRENKEL, ESQ.
140 Scott Drive
Menlo Park, California 94025-1008
650-328-4600
rick.frenkel@lw.com


**ALSO PRESENT:**

Wendy Liu, paralegal (Russ August & Kabat)
Dieter Suess, plaintiff's corporate representative
Andy Mortensen, plaintiff's IT technician
Chris Schmoller, defendant's IT technician

**I N D E X**

**WITNESSES**                                                    **PAGE**

**JEFFREY WILLETT (Videotaped deposition played)**                 11

**CHRISTIAN PAPUSOI (Videotaped deposition played)**               12

**KUMAR SRINIVASAN (Videotaped deposition played)**               13

**MARK EDWARD RE, CALLED BY THE PLAINTIFF**
    Direct Examination by Mr. Chang                               13


**EXHIBITS**

| EXHIBIT | | IN EVIDENCE | WITHDRAWN OR REJECTED |
|---|---|---|---|
| JX-2038 | WD Presentation by Desai "Media Magnetics Roadmap, Challenges" 9/9/19 | 12 | |
| JX-2025 | T. Shimatsu., et. al, "High Perpendiular Magnetic Anisotrophy of CoPtCr/Ru Films for Granular-Type Perpendicular Media." IEEE Transactions of Magnetics, Vol. 40., 07/2004 | 12 | |
| JX-2036 | C. Papusoi, et. al., "Measurements of Gilbert damping parameter for CoPt-based and CoFe based films for magnetic recording applications" 7/13/18 | 12 | |


**UNITED STATES DISTRICT COURT**

**I N D E X**
**(Continued:)**

**EXHIBITS**

| EXHIBIT | | IN EVIDENCE | WITHDRAWN OR REJECTED |
|---|---|---|---|
| JX-2018 | Srinivasan, K. "Probing the magnetization reversal process in advanced composite perpendicular recording media by magnetic x-ray spectromicroscopy" | 13 | |
| JX-2057 | WD Presentation "Recent Developments in Magnetic Recording Media" K. Srinivasan, 3/19/19 | 13 | |
| JX-2063 | Srinivasa, K., et. Al., "Magnetic Reptation and the Exchange-Spring Effect in Composite Perpendicular Recording Media" 07/2013 | 13 | |
| JX-2013 | List of WD and Ultrastar HDDs sold in U.S. since 3/27/18 | 50 | |
| JX-2014 | List of WD's other HDDs sold in the U.S. Since 3/27/18 | 50 | |
| JX-2039 | [Excel] Sputter Lay Config Info by DCM | 51 | |
| PTX-062 | [Excel] MMG Revised Thickness Values | 52 | |
| JX-2015 | [Excel] SL6a - Design, Composition, Method Ku | 53 | |
| JX-2028 | [Excel] WD Test Data | 53 | |
| JX-2027 | WD Presentation " Palmer Alloy Characterization" 11/29/16 | 54 | |

**UNITED STATES DISTRICT COURT**

**I N D E X**
**(Continued:)**

**EXHIBITS**

| EXHIBIT | | IN EVIDENCE | WITHDRAWN OR REJECTED |
|---|---|---|---|
| JX-2026 | WD Presentation by Desai "Media Magnetic Technology" 4/19/18 | 54 | |
| JX-2032 | WD Presentation "PMR Media Design Summary, Sputter R&D" 12/6/19 | 55 | |
| JX-2082 | WD Presentation "Ecl effect -> KuV/kT" Partial data update, 10/29/23 | 55 | |
| PTX-060 | WD Presentation by Acharya "Media Magnetic & Overcoat Roadmap" 3/15/13 | 55 | |
| JX-2034 | WD - Media Magnetics, Y. Ikeda, Tutorial Session, 1/25/19 | 56 | |

**UNITED STATES DISTRICT COURT**

**SANTA ANA, CALIFORNIA; THURSDAY, JULY 18, 2024**

**8:36 A.M.**

**- - -**

**(Out of the presence of the jury.)**

THE COURTROOM DEPUTY:  Calling Item Number 1, SACV-22-01599, MR Technologies, GmbH, vs. Western Digital Technologies, Inc.

Counsel, please state your appearances.

MR. FENSTER:  Good morning, Your Honor.  Marc Fenster with the -- for the plaintiff, MR Technologies.  With me is Brian Ledahl, Dale Chang, Paul Kroeger, Reza Mirzaie, Minna Chan, Wendy, Jacob Buczko, and Matthew Aichele.

We're ready to proceed.

THE COURT:  Good morning.

MR. LUMISH:  Good morning, Your Honor.  Doug Lumish for Western Digital.  With me is Rick Frenkel, Steve Hanle, Joseph Lee, Ahmad Takouche, Sarah Wang, and Chaaru Deb.

THE COURT:  Good morning.

I understand you had something you want to take up briefly?

MR. LUMISH:  I did, Your Honor.  I don't know if plaintiffs do.

THE COURT:  Mr. Lumish.

MR. LUMISH:  Very briefly, Your Honor.  And,

**UNITED STATES DISTRICT COURT**

candidly, mostly to make a record and to try to avoid having some objections in the middle of testimony.

Just wanted to confirm, Your Honor, in light of the rulings before openings related to the "formed on" argument, defense, and the Panasonic license, that we cannot, Western Digital's side, cross-examine their experts on those issues. So the question of whether the hard magnetic storage layer is formed on the underlayer, and the impact of the Panasonic license on the damages numbers. Unless, of course, they raise it or open the door.

THE COURT: Right.

MR. LUMISH: I just wanted to confirm that and make sure we're good on that.

THE COURT: That's accurate.

MR. LUMISH: Thank you, Your Honor.

THE COURT: Anything else?

MR. LEDAHL: Not from the plaintiff, Your Honor.

THE COURT: We're going to hear from Dr. Re this morning?

MR. FENSTER: Your Honor, there are going to be several witnesses by deposition. I believe the total time is -- three witnesses, total time 24 minutes. And then we'll call Dr. Re, after which we'll call Dr. -- Mr. Bergman.

THE COURT: Okay. Anything else at this time?

MR. LUMISH: Nothing for Western Digital,

Your Honor.

THE COURT:  Thank you.

THE COURTROOM DEPUTY:  All rise.

**(Recess from 8:40 a.m. to 9:03 a.m.)**

**(In the presence of the jury.)**

THE COURT:  Good morning, ladies and gentlemen.

**(The jury collectively responds "good morning.")**

THE COURT:  We have some more videos.

MS. CHAN:  Thank you, Your Honor.

At this time, plaintiff calls its next witness by video deposition, Jeffrey Willett.  And MR Technologies' technical expert will be putting into context all the videos that are playing from yesterday and today for you guys.

Dr. Willett was the program management engineer for Western Digital, and he will be testifying about the design of some of the accused products.

**(Videotaped deposition of Jeffrey Willett played, not reported.)**

MS. CHAN:  Plaintiff would like to move into evidence the exhibit discussed by Mr. Willett, JX-2038.

THE COURT:  Any objection?

MR. FRENKEL:  No objection, Your Honor, given that Mr. Desai is here and will be able to testify about it.

THE COURT:  2038 will be received.

///

**UNITED STATES DISTRICT COURT**

(Exhibit Number JX-2038 received.)

DMS. CHAN:  We would like to call our next witness, Christian Papusoi, by video deposition.  Dr. Re, again, will be providing some context for Mr. -- or Dr. Papusoi's testimony.  But he was the engineer at Western Digital since 2010.  He'll be providing some testimony about the measurements of the magnetic properties of the alloys in the accused products.

(Videotaped deposition of Christian Papusoi played, not reported.)

MS. CHAN:  Plaintiff now moves into evidence the exhibits discussed by the witness, JX-2025, and JX-2036.

MR. FRENKEL:  No objection, Your Honor.

THE COURT:  2025 and 2036 will be received.

(Exhibit Number JX-2025, JX-2036 received.)

MS. CHAN:  Thank you, Your Honor.

Plaintiff would now like to call its next witness by video deposition, Kumar Srinivasan.

Both Dr. Re and MR Technologies' damages expert will be providing additional context for Dr. Srinivasan's testimony, but he was the former engineer and technologist at Western Digital between June 2008 and December 2021.  And he worked primarily on the research side of advanced magnetic recording media, with the goal of pushing areal storage density.  And he will also be providing testimony about his work and some of the presentations that he gave while he was at Western Digital.

UNITED STATES DISTRICT COURT

**(Videotaped deposition of Kumar Srinivasan**

**played, not reported.)**

MS. CHAN:  Your Honor, plaintiff would like to move into evidence the exhibits discussed by Dr. Srinivasan, JX-2018, JX-2057, and JX-2063.

THE COURT:  Any objection?

MR. FRENKEL:  None, Your Honor.

THE COURT:  2018, 2057, and 2063 will be received.

**(Exhibit Numbers JX-2018, JX-2057,**

**JX-2063 received.)**

MS. CHAN:  Thank you, Your Honor.

MR. CHANG:  Your Honor, plaintiff calls Dr. Mark Re. And this is Dale Chang from MR Tech.

**MARK EDWARD RE, PLAINTIFF'S WITNESS, WAS SWORN**

MR. CHANG:  Your Honor, may we approach to hand up the binders?

THE COURT:  Please do.

THE COURTROOM DEPUTY:  Please state your name and spell your full name for the record.

THE WITNESS:  Mark Edward Re, M-a-r-k, E-d-w-a-r-d, R-e.

THE COURT:  Mr. Chang.

**DIRECT EXAMINATION**

BY MR. CHANG:

Q    Dr. Re, good morning.

**UNITED STATES DISTRICT COURT**

A      Good morning.

Q      Would you please introduce yourself to the jury.

A      Sure.  My name is Mark Re.  I live in Minneapolis, Minnesota.  I'm married.  I have three daughters.  Two of them live just a little south of here, so much smarter than me living in a warm place.  My other daughter lives in Virginia.

Q      Can you tell us briefly what you're here to talk about today?

A      Yes.  I'm here to talk about the invention by Dr. Dieter Suess, WD's accused products that had infringed that invention, and the validity -- or the benefits related to that.

Q      Do you have slides to help present your testimony to the jury?

A      Yes, I do.

            MR. CHANG:  Can you put that up, please.

BY MR. CHANG:

Q      Dr. Re, can you please briefly describe your educational background?

A      Sure.  So I have a bachelor's degree in electrical engineering from Northwestern University in Evanston, Illinois, a Ph.D., and a master's degree from Carnegie Mellon University, also in electrical engineering at Carnegie Mellon in Pittsburgh, Pennsylvania.

Q      What did you do after you got your Ph.D.?

A      After my Ph.D. I went to IBM.  I worked in their research

**UNITED STATES DISTRICT COURT**

lab in New York for a while, and then I was in the product division in San Jose, California.

Q    What was the main goal at IBM in developing hard drive technologies?

A    So the main goal at IBM, and really any hard drive company, is to increase areal density.

Q    Can you give an overview of some of your biggest accomplishments at IBM?

A    Sure.  As director of the magnetic head recording group, we sent -- set many world areal density records.  We developed lots of products for enterprise customers and also introduced the first magnetoresistive head into the market.

Q    How long were you at IBM?

A    I was at IBM about 11 years.

Q    What did you do after IBM?

A    After IBM I went to a company called Read-Rite.

Q    What kind of company is Read-Rite?

MR. FENSTER:  Excuse me, Your Honor.  I apologize.  Can I ask Dr. Re if you could just move your microphone to the right a little bit?  That would help.  Thank you very much.

THE WITNESS:  Your right.  Okay.

MR. FENSTER:  Sorry to interrupt.

BY MR. CHANG:

Q    What kind of company is Read-Rite?

A    Read-Rite was an independent supplier of magnetic

recording heads.  So we would sell heads to other -- to companies that would integrate them into HDDs.  We worked closely with other independent suppliers of media, for instance, like Komag.

Q    Any major accomplishments at Read-Rite?

A    Yes.  At Read-Rite we, again, set many areal density recording records and had the world's leading product at 20-gigabyte-per-platter capacities at the time.

Q    How long were you there for?

A    I was at Read-Rite about five years.

Q    What did you do then?

A    Then I went to Seagate.

Q    What was your first role at Seagate?

A    So my first role was as senior vice president of research and development.

Q    And what did you do after that?

A    So after that I was senior vice president of the recording media group.  So that was responsible for what we've been talking about, the disks, from the research part of it all the way through manufacturing.

Q    And just as background, what kind of company is Seagate?

A    Seagate is the world's leading supplier of hard disk drives.

Q    So after your senior vice president role in recording media, what did you do after that?

UNITED STATES DISTRICT COURT

A    So after that, from 2013 until I retired in 2018, I was the chief technology officer.

Q    And can you give us a brief overview of some of your biggest accomplishments at Seagate?

A    Sure.  Again, we set many areal density records, had many leading products, especially in the enterprise space, and, you know, basically were one of the leading companies in hard disk drives for many, many years.

Q    How long were you at Seagate in total?

A    About 15 years in total at Seagate.

Q    Are you currently employed?

A    Currently I'm an independent consultant.

Q    What do you do as a consultant?

A    Basically I provide technical expertise and advice to some of the leading component suppliers in the industry.

Q    Dr. Re, do you have any patents?

A    I do.  I have about 12 U.S. patents.

Q    What are they about, generally?

A    Generally about magnetic recording.

        MR. CHANG:  Your Honor, we tender Dr. Re as an expert in magnetic recording media and hard disk drive technologies.

        MR. LUMISH:  No objection, Your Honor.

BY MR. CHANG:

Q    Dr. Re --

THE COURT:  Just a minute.  He'll be received as an expert in that field.

MR. CHANG:  Thank you.

THE COURT:  When I receive an expert in a particular field, it means that that person has the minimum qualifications to express opinions in that area.  It's for you to decide how much weight to give the opinions, however.

BY MR. CHANG:

Q    Dr. Re, are you being compensated for your work on this case?

A    Yes, I am.

Q    What is that rate?

A    It's my normal rate of $500 per hour.

Q    So that's how much you normally make in your role as an independent consultant?

A    Yes, that's true.

Q    And does your compensation depend at all on the outcome of this case?

A    No.  My compensation depends in no way on the outcome of this case.

Q    Have you had any relationship with MR Technologies outside of this case?

A    No, I have not.

Q    Ever been an employee of MR Tech?

A    No, I have not.

Q    Ever owned stock in MR Tech?

A    No, I have not.  That wouldn't be reasonable.  As an independent consultant, I need to be fair and impartial.

Q    Have you ever been an expert witness for any company you've owned stock in?

A    No, I have not.

Q    How about Dr. Suess?  Any relationship with Dr. Suess outside of this case?

A    No.  No relationship.

Q    But did you know of Dr. Suess before this case?

A    Yes, of course.  He's one of the world's experts in magnetic recording and theory.  So I've seen him at conferences and the like.

Q    What materials did you review as part of your work in this case?

A    So I looked at the patents, their file history, and, of course, the Court's constructions for the claims.

Q    Did you apply the Court's claim constructions in your analysis?

A    Yes, I did.

Q    And did you also review information from WD or Western Digital?

A    I did.

Q    What did you review?

A    I reviewed lots of WD technical documents, deposition

of -- depositions of the Western Digital employees, Western Digital discovery responses as well.

Q    Did you review anything else as part of your work on this case?

A    Yes.  I reviewed Western Digital's expert reports and their depositions.

Q    And so after your review of all these documents and information, what did you conclude?  Can you just give us a summary of what you concluded?

A    Sure.  I concluded that Western Digital's hard drives do infringe on Claims 1, 10, and 11 of the '864 patent, and Claims 1 and 7 of the '997 patent.

Q    Did you draw any conclusion as to benefits from that infringement?

A    I did.  I concluded that Western Digital benefits from the inventions, which greatly increases storage capacity.  And without the inventions, I believe that Western Digital could not be competitive in the hard drive market.

Q    And how about any alternatives that could possibly replace the invention to achieve the benefits?

A    There were no noninfringing alternatives that could achieve the benefits related to the invention.

Q    Dr. Re, can you give us a roadmap of what you'll be presenting today?

A    Sure.  First, we're going to go over an overview of the

**UNITED STATES DISTRICT COURT**

patents, and then we'll do an overview of Western Digital's hard drives.  We will look at the '864 patent infringement, the '997 patent infringement, the benefits that were enabled by the invention.  And we'll look at that there were no noninfringing alternatives that could achieve those benefits.

Q    All right.  Let's start with the patents.  Can you remind us what the two patents are in this case?

A    The two patents are the '864 and the '997 patents.  Both are titled "Multilayer Exchange Spring Recording Media," and both have a sole inventor of Dr. Suess.

Q    Do you know the priority date of the patents?

A    The priority date of both patents was June 17, 2006.

Q    And what is the priority date?  What does that mean?

A    So the priority date is the date that the patent office uses to determine if the invention was new and nonobvious, meaning that Dr. Suess was the first one to come up with this invention.

Q    And were you here yesterday when Dr. Suess testified?

A    Yes, I was.

Q    And you heard him talk about hard disk drives and how they work?

A    I did.

Q    Okay.  Can you just give us a brief refresh on some of the main components?

A    Sure.  So as you saw yesterday -- and I think you got one

passed around to look at -- the main thing you see when you open up the disk drive, the main component -- or one of the main components where the data is stored is the disk.

Remember, this is a -- it has a substrate where thin magnetic layers are applied on top.  These layers are real thin, and the substrate is what gives it physical rigidity.

Maybe one thing that didn't come up yesterday is there's magnetic materials on the topside and the bottom side of the disk, and there's recording heads on the top and bottom. So that means data is recorded on both sides of the disk.

So usually we've heard a lot about things going towards the bottom, so that would be reference to the topside; things could go towards the top, I guess, if you were on the bottom.  But always, when we refer to that, it will be towards the substrate.

Q    Where are hard disks used?

A    Hard disks are used lots of places, so in your personal computers.  There could be portable hard drives or external ones that are set up next to your personal computer or game station.  They're used in large data centers and in the cloud.

So the cloud is, you know, this amorphous thing maybe, we say.  But it's -- if you go for -- get a Netflix movie or get on your Instagram or send emails, the cloud is where all that data is stored and retrieved.

Q    And can you just give us a brief refresher on how a disk

actually stores data?

A      Sure.  So as we've heard, there's these small grains that are oriented perpendicular to the surface of the disk.  So these are individual grains that are separated from each other. And they're magnetized in the up-and-down direction.  And by using that encoding of the magnetization being up or down, you can turn that into bits.

Q      And bits are what?

A      So bits are a representation of digital data, ones and zeros, and you can encode all these large sequences of ones and zeros into a movie or, you know, PowerPoint slide like we're looking at now or a Word file or -- you know, basically anything that's digitized is done in this way.

Q      So can you just briefly recap how a write head writes data to a disk?

A      Sure.  So what we're seeing in this animation is a write head above the media, and the grayish arrows are representing the field that's coming out of the write head.  When the field is in the direction of the magnetization on the bits, it doesn't affect it.  But when it's in the opposite direction, it can switch it, turning, say, a one to a zero or a zero to a one.  So this is the way that you can write data on the disk, as shown in this animation.

Q      And what is the property of the material that allows the disk to actually hold that magnetization and data?

A    So that's called ferromagnetism.  These disks store the data in ferromagnetic materials.  That means that the magnetization is basically aligned along the up-or-down direction of these disks.  And all the little spins, as Dr. Suess spoke yesterday, are parallel to each other, giving these grains some magnetic features, magnetic moment.

Q    How about the term "anisotropy"?  Can you explain that briefly?

A    You're learning a lot of funny terms.  You're going to be experts in this by the end.  Anisotropy is the resistance to change of the magnetization from an up-or-down direction.  So it's how stuck it is, if you will, in that up-or-down direction.

Q    And how about "coercive field"?

A    So coercive field is the field required to change that magnetization, and it's basically determined by the anisotropy.

Q    What happens if the grains are thermally unstable?

A    So if the temperature increases, at some point there can be enough thermal energy that it's kind of oscillating the magnetization, and they can actually flip.  So if things get too high or way too long, the magnetization in these bits can start to oscillate and flip.

Q    Okay.  So you spent 11 or so years at IBM, broke some areal density records.  You went to Read-Rite, broke some areal density records.

UNITED STATES DISTRICT COURT

And then early days at Seagate up to about, you know, the mid-2006 time frame, was the industry facing, at that time, some kind of a major problem as far as areal density goes?

A    Yes.  This was a huge problem.  We called it the recording trilemma or the superparamagnetic limit.  This was a real limit to the industry.  It's not like the speed limit around here.  This was a real limit.  So there was really no way to get beyond this trilemma barrier.

Q    And did Dr. Suess's invention solve this trilemma?

A    It did.  You know, this was something that was really viewed as unsolvable.  There was always a tie between the stability that we talked about, the anisotropy, and the writeability.  So if anisotropy was too high, it became impossible to write.  And it was really no way that we knew of to separate those two phenomena.

Q    So can you just give a brief explanation of how it solved that problem?

A    Sure.  So on the left-hand side of this graph, we see what the conventional recording was at the time before the invention.  So basically there was a hard magnetic storage layer that the write head would interact with and store the bits either in an up-or-down direction.  After --

Q    Can you briefly explain how the invention improved over that?

UNITED STATES DISTRICT COURT

A    Of course.  So the invention was to have this multilayered nucleation host.  So "multilayer" means more than two layers connected -- or coupled to a hard magnetic storage layer.  And we'll explain how this solved the invention -- or solved the problem, this superparamagnetic limit.

Q    When did you first hear of the invention?

A    So as Dr. Suess mentioned, he gave a presentation at the 2006 Intermag Conference in San Diego, which is where I first heard of the invention.

Q    And what was your reaction to it?

A    I thought it was crazy and that this is never going to work.

Q    Why did you think it wouldn't work?

A    Well, first, there was this multilayered nucleation host, which was, you know, a bit softer than the hard storage layer.  And usually when you have a softer layer on top, it will tend to spread the field, which is not what you want to do.  Furthermore, you know, again, we knew of no way to separate the thermal stability from the coercivity or the -- how you write the disk.

Q    Is coercivity also referred to as coercive field?

A    Sorry.  Coercive field, yes.  It's the same terminology.

        But it separated the thermal stability from coercivity, which, as I said, there was no known way to do that.

Q    Were there any other ways that the invention helped increase areal density?

A    Yes.  The invention, again, unexpectedly tended to sharpen the write field, which made, you know, interfering with adjacent bits less likely.

Q    Was that unexpected?

A    Very unexpected.

Q    Why is that?

A    Just typically, you know, that's not what a softer material would do.  It would -- it should spread the field.  So this sharpening of the field, improving the write gradient was completely unexpected.

Q    Is there another way to think about how it sharpens the write field?

A    Yeah.  I guess you could think of like a garden hose, if you were watering and you had it on the spray feature.  So that's typically what would happen, but somehow this "move the dial to the jet" feature so the field was more sharpened.

Q    And so the invention helped confine the write field within the bit that you want to write --

A    That's correct.

Q    -- without disturbing the other ones around it?

        MR. LUMISH:  Objection.  Leading.

        THE COURT:  Overruled.

BY MR. CHANG:

**UNITED STATES DISTRICT COURT**

Q      Without disturbing the other ones around it?

A      That's correct.

Q      And does that relate at all to SNR?

A      Yes, it does.  So if -- so that's signal-to-noise ratio. So you want high signal and low noise so it's easy to see. Like moving the microphone so you could hear me, that was improving the signal to noise.

And so in this case, it improved.  Since you weren't interfering with adjacent grains, there was less noise and better signal.

Q      How about the hard storage layer being on the bottom?

A      Yeah, that was really crazy.  So the industry spends a lot of time trying to get the head very close to the disk, the media surface.  And putting the hard storage layer far away where the write field would be decreasing, again, made no sense at all.  That was one of the main reasons I felt this wouldn't work.

Q      Okay.  Can you just give a summary of some of the key aspects of the invention?

A      Sure.  So the invention consists of a multilayered nucleation host with an overall increase in anisotropy as you head towards the hard storage layer, which is on the bottom of this stack.

Q      Okay.  Stepping back one second.  So you said that you heard about Dr. Suess's invention?

UNITED STATES DISTRICT COURT

A     Uh-huh.

Q     And your reaction was, "I don't think it would work." Did you do anything after that to investigate?

A     Knowing that I can be wrong, we did test this, and we found to our surprise that it did work and saw that it could have a path forward, like a roadmap, to keep increasing areal density.

It was also -- you know, I said we made these.  So that was good, too, because basically it required little to no change to the manufacturing systems that make these disks, which means it could be very cost-effective.  And furthermore, it didn't require changes to other components within the system, still perpendicular magnetic recording.  So, again, it could be implemented in an efficient way.

Q     And is that because the invention is at the media level as opposed to outside of that, having to do with other components?

A     Yes.  That's correct.

Q     Were there other attempts to solve the trilemma outside of the media level?

A     There were.  So there were some other methods that would try to maybe increase or put in some other kinds of energies, like heat, to lower the coercive field to make it easier to write.  But those weren't practical because of the major changes involved in a short period of time.

Q    Okay.  So my apologies.  Getting back to this slide.

A    Yes.

Q    Can you explain, again, some of the key aspects of the invention.

A    Sure.  So as I mentioned, a multilayered nucleation host with an overall increase in anisotropy as you head towards the hard storage layer on the bottom of this stack.

Q    So I notice there are some dot-dot-dot on the left figure and a dot-dot-dot on the right figure.  What does that represent?

A    So what I'm trying to represent here is, you know, "multilayer" means two or more.  So the dot-dot-dots could mean that there could be many of these magnetic layers in the nucleation host.

Q    And do the patent claims cover more than two layers?

A    Yes, they do.

Q    Do they -- do the patents teach why you might want to use more than two layers?

A    The patent does.  It teaches that it would improve the writeability and basically the aerial density capability of the disk.

Q    So as you add G layers or mag layers and ECLs, what does that do?

A    It basically keeps improving the properties of the disk. So you can use, you know, high anisotropy materials that you

couldn't write without these multilayered nucleation hosts.

Q    And who was it that set out this roadmap to such high areal densities?

A    That was based on Dr. Suess and his inventions described in the patent.

Q    Now, were there other attempts at the media level that tried to solve the trilemma?

A    There were.  So I think you've seen these yesterday as well.  So there was a couple of concepts proposed that had a single soft uniform magnetic layer on top, both in 2005, by Dr. Suess and Dr. Victora.

Q    Do these attempts solve the trilemma?

A    There were limited improvements that you could get, you know, factors of two or four, but they really didn't break that fundamental limit, that superparamagnetic limit of decoupling the stability from the write field.

Q    So you said that there could be two layers in a nucleation host in the invention; right?

A    Yes.

Q    Can you explain an example with a two-layer nucleation host?

A    Sure.  So shown on this slide is a two-layer nucleation host on top of a hard storage layer.  So it would have a lower anisotropy on the top layer, followed by a higher anisotropy, and then a -- the highest anisotropy on the bottom layer.  So

you would see an overall increase in anisotropy in the nucleation host going towards the hard storage layer on the bottom.

Q    Have you prepared an animation showing how this works?

A    Yes, I have.  So the write field would turn on, it would start to interact with the first layer.  That layer, because it's exchange coupled to the next layer, would interact with the following layer.  And then those would help to switch the hard storage layer.

Q    Is there another way to think of how these layers interact with each other?

A    Yes, there is.  So I like this domino analogy, where the dominos -- the size of the domino represents the anisotropy. So I might not have enough force to push over a very big domino, but I could push over a little domino.  And the momentum from that would knock over the next bigger domino, which would knock over the biggest domino.

Q    Can you explain an example that has more than two layers in the nucleation host?

A    Yes.  This particular example has five magnetic layers in the nucleation host.  It has an overall increase in anisotropy towards the hard storage layer on the bottom of the stack.

Q    And does this work kind of the same way as the two-layer nucleation host example?

A    It does.

Q    Can you explain that?

A    Sure.  So, again, with our domino analogy, we can push over that little-bitty domino, which gains momentum on the next domino, and the next, until it can flip the largest domino, or the hard storage layer.

Q    And is that how adding more G layers and ECLs helps increase areal density?

A    Yes.  I think this is a good analogy to represent that point of how more layers can help.

Q    Now, we have the nucleation host on top and the hard storage layer on the bottom.  Are there any similarities between the layers of the nucleation host and the hard storage layer?

A    Yes.  They're made of very similar types of materials, cobalt-chrome-platinum alloys.  So they have, you know, relatively high anisotropy for the layers in the nucleation host.  A little different than the bilayer prior art that we looked at, which were softer and uniform.  They also have, you know, fairly high -- I think I mentioned, fairly high anisotropies.

Q    And how about switching and storing, are there any similarities there?

A    Well, yes.  Since, you know, as we saw in the figure, they all help to switch each other.  They're all ferromagnetically coupled together, which means that they all switch.  You can't

have one not switch.  That would not be stable.

It would be like knocking over all the dominos but somehow one of them stands up in the other direction or flips the other way.  That just can't happen.  And it can't happen here because these ferromagnetic materials are coupled together, so they will all rotate together.

Q     So the ferromagnetic layers of the nucleation host, those also store data?

A     Yes, they do.

Q     Are there any differences between the nucleation host and the hard storage layer?

A     The average -- or the effective coercive field of the nucleation host is lower than that of the hard storage layer.

Q     So just in simple terms, for example, in a domino analogy, how can you think of that relationship between the coercive field in the nucleation host and the coercive field of the hard storage layer?

A     So the size of the dominos, if you will, in the nucleation host is smaller, or the, you know, effective size of that domino is smaller than the size of the single domino in the hard storage layer.

Q     And so how does that relate to the coercive field, like how easy it is to flip the nucleation host versus the hard storage layer?

A     Right.  So the nucleation host would be easier to flip,

which is how you can get things moving and ultimately flip the hard storage layer, which you wouldn't be able to flip without the nucleation host.

Q    So would it take more or less energy to flip the row of nucleation host dominos compared to the hard storage layer?

A    It would take less energy.

Q    Does the hard storage layer have to be the hardest or have the highest anisotropy?

A    No.  It doesn't have to have the highest anisotropy, as we'll see in the claims.  The requirements are that it has a coercivity over 0.5 tesla and a -- I'm sorry, a coercive field larger than that of the nucleation host.

Q    What is it that allows these layers to interact this way?

A    Yes.  So this is something called "exchange coupling."  I believe Dr. Suess explained this yesterday, but it's a property of magnetic materials that allows the magnet -- or requires the magnetizations to be aligned.  We've got our dominos flipping again here.

So it's -- in these materials we have -- you can have either a direct coupling, where the materials are in contact, or exchange break layers or exchange coupling layers, as we may call them.

Q    Can you explain to the jury a little more about how exchange coupling layers work.

A    Yeah.  So as I said, they can be in direct contact, which

**UNITED STATES DISTRICT COURT**

would be the maximum coupling, or have some coupling layer in between so you could optimize the coupling.

And an analogy with our little dominos here is the spacing between the dominos.  So if I had all my dominos together, it might be very difficult still to push over the stack, because it's supported by the big domino.  And if I had them too far apart, they wouldn't hit each other, so the momentum wouldn't be transferred.  But I can get to that Goldilocks spot where I do get the switching of all the layers, or all the dominos.

Q    So we talked about this overall increase in anisotropy as we go down the nucleation host.  Does it have to increase at every layer in the nucleation host?

A    No.  It only requires an overall increase in the anisotropy.  And as the patent states, it says the variations of $K(z)$ -- it's kind of a mathematical term.  So K is the anisotropy, and z we're saying is the direction perpendicular to the surface.  So this just represents how does the anisotropy change in this z direction.

Q    And so what does that say?  Is that from the patent?

A    This is from the patent.  And it says, "The variation of $K(z)$ can take many different forms."

Q    Does it give you examples of some of the shapes of the change in anisotropy?

A    It does.  So the shape can be linear, just increasing in a

linear fashion.  It can be exponential, which might mean doesn't change much and then changes more quickly.  It can have plateaus, meaning it goes up and is constant for a while and goes up again.  Or it can be a polynomial, which is, you know, a different functional form.  It can even decrease in the middle.

As long as there's an overall increase in anisotropy, it would meet the requirements of the patent.

Q    And why might you want to change the shape of the overall increase in anisotropy?

A    So there could be maybe manufacturing reasons, so you could use the same targets.  It could be -- most likely, though, the reasons to optimize the recording performance.  So you might be changing the shape to optimize the whole recording performance of the system.

Q    Now, were you here yesterday for Western Digital's opening statement?

A    I was.

Q    Do you recall that he showed an excerpt of the abstract of the patent?

A    Yes.

Q    Do you recall he said that that tells you what the patent -- or what the invention is?

A    I did hear that.

Q    Is that true?

**UNITED STATES DISTRICT COURT**

A    No.  The claims are what represent what the invention is.

Q    Do you recall Western Digital showed an excerpt of the summary of the patent?

A    Yes.

Q    And said that that describes what the invention is?

A    Yes.

Q    Is that true?

A    No.  As I said, the claims are what represent the invention.

Q    Let's turn to the claims.  Can you explain to us what you're showing us here on this slide?

A    Sure.  This is Claim 1 from the '864 patent.  And I've kind of broken it up into a preamble and then the various elements of the claims so we can walk through that.

Q    Is this the exact language from the patent of Claim 1?

A    Yes, it is.

        MR. CHANG:  Mr. Mortensen, can we zoom in on the preamble, please.

        Dr. Re, can you tell us what the preamble says.

A    Yes.  It says, "A magnetic recording media, comprising:"

Q    What is the magnetic recording medium described in the preamble?

A    So that's the disk that we've been talking about.  So, yes, we can call them disks or platters, you've heard them called, or magnetic recording media.  But it's the disk.

Q    And the word "comprising," what does that mean?

A    So "comprising" means that the magnetic recording medium has to meet all the elements of the claim, but it can have other layers.  The features in the claim can have other -- can do other things.  But basically "comprising" means to meet all the elements of the claim, but there can be other elements in there.

Q    And so if a disk has -- meets all the elements of the claim but has other things or does other things, what would that mean?

A    That would mean that it would infringe on the Claim 1 here of this patent.

MR. CHANG:  Okay.  So let's look at one example. Can we zoom in on Elements 1D and 1E.

BY MR. CHANG:

Q    So do you see 1D says "hard magnetic storage layer"?

A    Yes, I do.

Q    What's the required function of the hard magnetic storage layer?

A    So the required function in the claim says that it has to have a coercive field Hs greater than 0.5 tesla and formed on the underlayer.

Q    And the Court's construction of hard magnetic storage layer, what does that require as far as storage?

A    Oh, that it has, you know, a high anisotropy and stores

the data in this up-or-down, one-or-zero direction.

Q    And because this is a comprising claim, other than storing data, can it do other things?

A    Yes.  It could assist in the switching, for instance, as well.

Q    And the nucleation host, what's the required function of the nucleation host?

A    So the required function would be to assist in switching the hard storage layer.

Q    And, again, because this is a comprising claim, can the nucleation host do other things?

A    Yes.  The nucleation host could and would -- because it's coupled to the hard storage layer, it could also store data.

Q    Did you hear Dr. Suess's explanation of his invention?

A    Yes, I did.

Q    And the physics of how it works?

A    I did.

Q    Based on his explanation and the physics of how his invention works, does it make sense that the nucleation host layers also store data?

A    It would be required basically.  It would be nonsensical for it to not store the data.

Q    Why is that?

A    As I mentioned, they're all ferromagnetically coupled together, so they will all switch.  You can't have one layer of

the nucleation host pointing the other direction or all the layers of the nucleation host pointing in the opposite direction from the hard storage layer.  That just wouldn't be stable.

Q    Can we zoom in on the 1G element, please.

Can you tell us what 1G says?

A    So 1G says, "It's exchange coupled to the hard magnetic storage layer."

Q    And so what does the claim require to the exchange coupled to the hard magnetic storage layer?

A    It requires the nucleation host to be exchange coupled to the hard magnetic storage layer.

Q    Okay.  So these things are coupled together.  They're not separate distinct components?

A    Correct.

Q    And how does that relate to whether the nucleation host layers can store data?

A    As I said, the nucleation host, since they're coupled together, it just can't point in the opposite direction.  So they would all have to point uniformly up or down.

Q    Okay.  Now let's take that down.

And let's just step through and give the jury a brief overview of the individual claim elements and how they relate to one of the examples that you provided.

A    Okay.

**UNITED STATES DISTRICT COURT**

Q    So, again, the one -- or the preamble, can you explain where that is in the example?

A    Right.  So "a hard magnetic recording media, comprising." So what we're showing here, the entire structure is the hard magnetic recording medium.

Q    And the comprising, it has to include these other elements; right?

A    Exactly.

Q    So what's the next element?

A    Essentially nonmagnetic substrate, which is the black box at the bottom that we've outlined -- I've outlined in yellow.

Q    How about 1B?

A    So that's "underlayer formed on the nonmagnetic substrate."  So this is called the soft underlayer, the light blue box, again, outlined in yellow.

Q    Now, the term "formed on," does that mean formed directly on, or can it allow intervening layers?

A    No, it can have intervening layers.

Q    Is that the commonly understood way to understand this term in the field?

A    Yes, it's the common understanding of what this means.

Q    And so those dot-dot-dots between the soft underlayer or the underlayer on the substrate, what does that indicate?

A    That means that there can be other layers in between the soft underlayer on the substrate.  So an analogy might be if I

had a mouse up here on a mouse pad, you wouldn't say that the mouse wasn't on the table just because it was on the mouse pad. It's still on the table.  And that's what this is representing.

Q    Okay.  Let's go to the next element, 1C.  Can you explain to the jury what that element says?

A    So this says "an exchange coupled multilayer magnetic structure, including."

Q    And where is that in the example, the five-layer nucleation host example?

A    So, in this example, all the purple boxes that represent the nucleation host and the intervening exchange coupling layers and the hard magnetic storage layer, which is the green box that's, again, exchange coupled to the purple box.  So everything outlined in the yellow here.

Q    Moving on to 1D, where do we see that in the example?

A    So this says:

        "A hard magnetic storage layer, having a
        coercive field Hs greater than 0.5 tesla, formed on
        the underlayer."

        And in the example here, it's the green box labeled "Hard Storage Layer" that's highlighted in the yellow box.

Q    Now, 1D mentions "coercive field," and we've talked about this at different points in this trial.  Can you just explain to us what a coercive field is?

A    Sure.  So a coercive field, as we've said, is a field

UNITED STATES DISTRICT COURT

that's needed to switch the magnetization.  And you can do this measurement at longer timescales like on the order of seconds -- or seconds.

Q    And would that change the coercive field if you used an applied field on the order of seconds?

A    It would change a coercive field, yes.  A coercive field is basically a function of the time that you're measuring it.

Q    And so in the example you have up here, what are you showing us?

A    So here I'm showing a field, and you can see the magnetization starting to think about moving, wiggling, and then it flips.  So there is some time for it to, you know, get some momentum up so it can flip.

Q    And is that a higher coercive field or a lower coercive field as far as if you use a long timescale for the applied field?

A    Well, this one is a long timescale.  So it would be a lower coercive field than if you used a short timescale.

Q    Why would it be a lower coercive field if you used a long timescale?

A    Again, there's time for the magnetic moment to start to react and interact with the field and the temperature so there's enough time for it to flip at a lower field.

Q    What's the timescale that is used in actual hard disk drives?

**UNITED STATES DISTRICT COURT**

A    So in hard disk drives, when you're writing data, the field to supply it on the order of a nanosecond, which is 1 billionth of a second.

Q    So it has less time for those moments to move?

A    That's correct.

Q    What does that mean as far as the applied field?

A    The applied field needs to be much higher, and likewise, the coercive field is much higher.  And I know you're not probably used to thinking of nanoseconds compared to a second.  So, again, that was a billion times less.  So if we went from one second and did that same scaling a billion times more, it would be 32 years.  And the field applied -- the coercive field at 32 years is pretty darn low at that.

Q    Do the patents say anything about how to determine coercive field at recording timescales?

A    Yes.  The patent defines the coercive field as 2K over M.

Q    And does the coercive field, does that formula apply to a single layer?

A    So, sure, for a single layer, on the top part of this graph, says the coercive field is 2K over M where K is the anisotropy of that single layer and M is the saturation magnetization of that single layer.

Q    And how about for a multilayer structure?  Does that same formula apply?

A    It's modified a little bit.  It's 2K effective over M

effective.

Q    What is K effective?

A    So K effective is defined as the weighted average by the thickness of those different layers.  So if you add a very thick layer, you would multiply it by the thickness, give it more weight.  If the layer was very thin, it would be multiplied by the thickness, giving it less weight.

Q    And what about M effective?

A    Same idea.  So you would multiply those individual layers by their thickness and then add that up and average it -- or normalize it by the total thickness.

Q    Now, let's say that you have a nucleation host with five layers like in your example, and those layers are as strongly coupled together as possible, would that formula apply to that structure?

A    It would apply.  It would be the maximum value you could get.

Q    And then what if there were exchange coupling layers between them to help, you know, optimize that switching or reduce that coercive field?

A    So the exchange coupled layers have relatively low anisotropies and magnetizations, and they're also fairly thin.  So the equation would still apply as an -- if we would exclude those exchange layers, then this would give an upper bound for the coercive field.

UNITED STATES DISTRICT COURT

Q    And so with those exchange coupling layers, like in the domino analogy, making it easier to flip the dominos, that would reduce the coercive field?

A    Exactly.

Q    And that's why that formula is kind of the upper bound for the coercive field of a multilayered nucleation host?

A    Correct.

Q    Okay.  So moving on to the next limitation, believe it's 1E, can you tell us where that is in the example that you provided?

A    Sure.  So it says:

        "A nucleation host, having a second coercive

        field Hn without the hard magnetic storage layer,

        lower than the first coercive field."

        So Hn is less than Hs.  And in this case, the nucleation host are the purple layers that are outlined in the yellow box.

Q    And how about the next limitation, 1F?

A    It says:

        "Wherein said nucleation host is formed on

        the hard magnetic storage layer such that the hard

        magnetic storage layer is between the nucleation

        host and the nonmagnetic substrate."

Q    And let's go to the next limitation, 1G.

A    So 1G says, "Is exchange coupled to the hard magnetic

storage layer."

Q     And where do we see that?

A     So that is the coupling layer between the purple box -- the last purple box of the nucleation host, the last layer there, and the green hard storage layer.  So it's that layer in between that's again highlighted in yellow.

Q     And, again, so the claim requires the nucleation host to be exchange coupled to the hard storage layer; right?

A     That's correct.

Q     They're not separate things?

A     Not separate things.

Q     Okay.  Moving on to the last limitation, 1H.  Can you explain what that says?

A     Sure.  1H says:

        "Comprises ferromagnetic layers with

        increasing anisotropy constant K from layer to

        layer."

Q     And where do we see that in the example?

A     So this is, again, the purple boxes representing the nucleation host, those layers.  And what we're seeing is a -- an overall increase in anisotropy as you move towards the hard storage layer on the bottom of the stack.

Q     Okay.  So let's move on to the accused Western Digital hard drives.

        MR. CHANG:  Your Honor, I'm about to move to a new

**UNITED STATES DISTRICT COURT**

module.  I don't know if you wanted to break.

THE COURT:  Good place to break.

MR. CHANG:  Excuse me?

THE COURT:  Is this a good place to take the break?

MR. CHANG:  Yes.

THE COURT:  We'll take the morning break here, ladies and gentlemen.  We'll be in recess for 15 minutes.

THE COURTROOM DEPUTY:  All rise.

**(Recess from 10:22 a.m. to 10:38 a.m.)**

THE COURT:  Mr. Chang.

MR. CHANG:  Thank you, Your Honor.

MR. CHANG:

Q    Okay.  Dr. Re, let's turn to the accused Western Digital hard drives.  Can you turn to JX-2013 in your binder, please.

A    Yes, I'm there.

Q    Can you tell us what that is?

A    Yes.  This is a list of the accused products for the WD Ultrastar-branded HDDs and the corresponding disks that goes with those.  So there's a list of products and a list of the various media that would go into those products.

Q    And are those disks identified by DCMs?

A    Yes.  They're identified by a DCM code, it's called.

Q    Does that list also include WD-branded hard drives?

A    Yes, it does.

Q    Did you rely on this spreadsheet in your analysis?

A     I did.

MR. CHANG:  Your Honor, we move JX-2013 into evidence.

MR. LUMISH:  No objection, Your Honor.

THE COURT:  2013 will be received.

**(Exhibit Number JX-2013 received.)**

BY MR. CHANG:

Q     Can you turn to JX-2014.

A     Okay.

Q     And tell us what that is.

A     This is all the other HDDs and corresponding disk DCMs for the products.

Q     Did you rely on that in your analysis?

A     I did as well.

MR. CHANG:  Your Honor, we'd like to move this in as well.

MR. LUMISH:  No objection.

THE COURT:  2014 will be received.

**(Exhibit Number JX-2014 received.)**

BY MR. CHANG:

Q     Now, we've seen, it looks like, hundreds of accused hard drives and dozens of disks or DCMs.  Have the parties agreed to group those into categories?

A     Yes, the parties agreed.  So what the agreement was, was the disks could be grouped into these seven different groups.

**UNITED STATES DISTRICT COURT**

And that if the representative disk -- one representative disk in that group infringed, then all the other disks would infringe as well.

Q    So, for example, if the 5QB disk infringes, what would that mean?

A    That would mean that all the disks in Group 1 would infringe as well, and all the products that used that would infringe.

Q    Can you turn to JX-2039 in your binder.

A    Sure.  Okay.

Q    Is JX-2039 layer recipes for the representative products that we see here?

A    It is.  It's the layer recipes that we'll be going through a little bit later on for the representative disks in these groups.

Q    Did you rely on those layer recipes in your analysis?

A    I did.

MR. CHANG:  Your Honor, we move JX-2039 into evidence.

MR. LUMISH:  No objection, Your Honor.

THE COURT:  2039 will be received.

**(Exhibit Number JX-2039 received.)**

BY MR. CHANG:

Q    Dr. Re, can you turn to PTX-062 in your binder.

A    Okay.

UNITED STATES DISTRICT COURT

Q    Is that the layer recipe for MMG with modified thicknesses?

A    Yes.

Q    Did you rely on PTX-062 in your infringement analysis?

A    I did.

MR. CHANG:  Your Honor, we move PTX-062 into evidence.

MR. LUMISH:  No objection.

THE COURT:  062 will be received.

**(Exhibit Number PTX-062 received.)**

BY MR. CHANG:

Q    Now, did you rely on layer recipes for all the disks used in the accused products?

A    I relied on the representative disks.

Q    Right.  But outside of that, did you also look at layer recipes beyond just the representative ones?

A    Yes.

Q    And did you confirm that the representative disks are, in fact, representative of the disks in each group?

A    I did.

Q    Can you turn to JX-2015.

A    Okay.

Q    And can you tell us what -- we're a couple slides off here.  My apologies.  JX-2028.

A    Turn to 2028?  Okay.

UNITED STATES DISTRICT COURT

Q    Can you tell us what that is?

A    This is a table -- yeah, it's not this one.

Q    Sorry.

A    There we go.  So 2028 and -15, you'll see these here, they're spreadsheets or a list of the different alloys that make up the disks, and the test data that WD gave.

Q    JX-2015, is that the main test data spreadsheet that you relied on?

A    Yes, it is.

          MR. CHANG:  Your Honor, we move JX-2015 into evidence.

          MR. LUMISH:  No objection.

          THE COURT:  2015 will be received.

          **(Exhibit Number JX-2015 received.)**

BY MR. CHANG:

Q    And JX-2028, did you rely on that?

A    I did.

          MR. CHANG:  Your Honor, we move JX-2028.

          MR. LUMISH:  No objection, Your Honor.

          THE COURT:  2028 will be received.

          **(Exhibit Number JX-2028 received.)**

BY MR. CHANG:

Q    Can you tell us what JX-2027 is?

A    This was a presentation that had some test data in it and a comparison to something called the Shimatsu curve, which I'll

explain.

Q    Did you rely on that in your analysis?

A    I did.

MR. CHANG:  Your Honor, we move JX-2027 into evidence.

MR. LUMISH:  No objection.

THE COURT:  2027 will be received.

**(Exhibit Number JX-2027 received.)**

BY MR. CHANG:

Q    Apart from test data, did you also rely on design documents from Western Digital?

A    Yes, I did.

Q    Can you turn to JX-2026.

A    Okay.

Q    Did you rely on that in your analysis?

A    Yes, I did.

MR. CHANG:  I believe that's been moved in, but in case it hasn't, Your Honor, we move that into evidence.

MR. LUMISH:  No objection, Your Honor.

THE COURT:  2026 will be received.

**(Exhibit Number JX-2026 received.)**

BY MR. CHANG:

Q    Can you turn to JX-2032.

A    Okay.

Q    Is that another design document you relied on?

**UNITED STATES DISTRICT COURT**

A     Yes, it is.

          MR. CHANG:  Your Honor, we move that into evidence.

          MR. LUMISH:  No objection.

          THE COURT:  2032 will be received.

          **(Exhibit Number JX-2032 received.)**

BY MR. CHANG:

Q     Turn to JX-2082.

A     All right.

Q     Did you rely on that design document in your analysis?

A     I did.

          MR. CHANG:  We move that into evidence.

          MR. LUMISH:  No objection.

          THE COURT:  2082 will be received.

          **(Exhibit Number JX-2082 received.)**

BY MR. CHANG:

Q     Can you turn to PTX-060.

A     All right.

Q     Did you rely on that in your analysis?

A     I did.

          MR. CHANG:  Your Honor, we move PTX-060 into evidence.

          MR. LUMISH:  No objection.

          THE COURT:  060 will be received.

          **(Exhibit Number PTX-060 received.)**

BY MR. CHANG:

Q    And, finally, JX-2034.  Do you see that?

A    Yes.

Q    Did you rely on that in your analysis?

A    Yes, I did.

        MR. CHANG:  We move JX-2034 into evidence.

        MR. LUMISH:  No objection.

        THE COURT:  2034 will be received.

        **(Exhibit Number JX-2034 received.)**

BY MR. CHANG:

Q    So based on your review of the test data, all these design documents, what did you conclude as to the overall design of the accused products?

A    So I concluded that the accused products had a multilayered nucleation host with an overall increase in anisotropy as you move toward the hard layer, which is on the bottom.

Q    And did you rely on deposition testimony in reaching that conclusion?

A    Yes, I did.

Q    Okay.  So let's start with Group 1.  The representative disk for Group 1 is the 5QB.  Can you tell us what we're looking at here?

A    So this is the layer recipe, or called the DCM, for that 5QB disk.  It shows a description of the layers, what their composition is, and what their alloy numbers are and how

**UNITED STATES DISTRICT COURT**

they're identified, and then what the thickness is.

Q    And does that come from JX-2028?

A    Yes, it does.

Q    For the 5QB disk, have you identified an underlayer, a hard storage layer, and a nucleation host?

A    Yes, I have.

Q    Can you point us to where those are.

A    Sure.  So the soft underlayer are the SUL1, SUL-Ru, and SUL2 layers that are denoted by the blue box.

Q    And how about the hard storage layer?

A    The hard storage layer is the G1-1 layer.  And that's denoted by the green.

Q    And the nucleation host?

A    The nucleation host is the G1-2 through the G2 layer, shown by the purple.

Q    Did you determine the anisotropy K and the coercive field 2K over M values for the 5QB disk?

A    I did.

Q    How did you do that?

A    So using two methods.  But one was I could look up the alloy number in those spreadsheets, and from their test data, would have those values.

Q    So did you find test data for the G1-2 layer?

A    Yes.  I did find test data for the G1-2 layer.

Q    Can you tell us what those values are?

A    Sure.  So, first, we'd look at the alloy number, which is outlined over here.  And then I would go to the spreadsheet and look up what the values are for Ku, Ms, and 2Ku over M.

Q    What is Ku?

A    Ku is the anisotropy constant of that particular alloy.

Q    Is that "K" for short?

A    That's "K" for short, yes.

Q    What about Ms?

A    Ms is the magnetization value, saturation magnetization value of that alloy.  And "M" for short, as we've been using it.

Q    Okay.  And we see on the left there's an Hk.  What does that represent?

A    Hk is 2K over M.

Q    And so what were the K, M, and 2K over M values that you found for the G1-2 layer of 5QB?

A    For the G1-2 layer, K was 6.84, M was 819, and 2K over M was 1.67 times 10 to the 4, which is 16,700 oersteds, which is the unit of field here.

Q    Can you convert that to tesla?

A    Yeah.  So 10,000 oersteds is one tesla.

Q    And so if you were to convert that to tesla, what would it be?

A    Would be 1.67.

Q    And what are you showing us here?

A    So we populated those values into the table here.

Q    Okay.  Were you able to find values for the G2 layer in the test data?

A    I was not able to find the G2 values in the test data.

Q    How did you determine those values?

A    I used something called a Shimatsu curve.  That's a collection of data that Dr. Shimatsu and his team put together that looked at the K and M values for a series of alloys with different compositions of platinum and cobalt and chromium.

Q    So what is that top figure showing?

A    The top figure shows the K value for the platinum constant here.  And these different curves represent different amounts of chromium in the alloy.

Q    And how about the bottom figure there?

A    The bottom is the M value, again, for platinum on the X axis and different chromium contents by these different family of curves.

Q    So is this Shimatsu way of determining relative K and M, is that an industry standard way of doing this?

A    Yes, it's an industry standard way of getting the relative values.

Q    Is there evidence from Western Digital supporting that?

A    There is.  So we saw in video earlier, but just excerpted here, Dr. Papusoi testified that:

        "Does the Shimatsu give you a way to estimate

UNITED STATES DISTRICT COURT

the relative anisotropy constant?"

And he answered "yes."

And then:

"Do you view using Shimatsu a reliable way to do that?"

And he answered that:

"Our data seems to agree with this."

Q    So how did you use the Shimatsu method to determine the relative values for G2?

A    So, first, I would look at the G1-2 value.  And I noticed in the composition, which is a little hard for you to see, that there is no chromium in that, so I highlighted the chromium X equals zero curve.  And then we looked at how much platinum was in that alloy, and in this one, it's 18.5 percent platinum.  So I found that and saw where that intersected on the X equals zero curve and then put a little red dot there.

Q    And how about G2?

A    So G2, again, looked at the alloy, and it had 6 percent chromium.  The closest line is X equal 5, which I highlighted and will extrapolate to get the value, and then looked at the platinum content, which was 12.5 percent, in this case.  And then put the -- you know, again, found where the intersection would be with the X equals 6 curve and denoted that.

Q    What does that tell you as far as the relative K value for the G2 layer?

**UNITED STATES DISTRICT COURT**

A       So that would tell me that the relative K value of G2 compared to G1-2, G2 is less.

Q       So what range for the K value of G2 did you determine?

A       So I said that it was less than 6.5.

Q       Was that a conservative range?

A       Yes, I believe that's a conservative estimate.

Q       Did you do the same sort of analysis for the M value of G2?

A       I did.

Q       Can you walk us through that?

A       Sure.  So, again, looking at the G1-2, where we know the values, highlighted the chromium equals zero line and then found the intersection with the platinum equals 18.5 line and denoted that.  And then for the G2, again, highlighted the X equals 5 line and found the intersection with the platinum equals 12.5 percent.  Put that where the X equals 6 should be and found the relative value.

Q       And so what was the relative value for the M -- the magnetization for the G2 layer?

A       So as you can see, the relative value of -- the M value for G2 is less than the M value of G1-2.

Q       What did that tell you with regard to 2K over M?

A       So you can calculate now 2K over M since I have K and M, and I found that 2K over M was less than 1.65 tesla.

Q       Now, did you confirm your analysis based on other

documents?

A      Yes, I did.

Q      And how did you do that?

A      So I would look at other design documents and -- that would say that the anisotropy at one layer was higher or lower than the subsequent layers.

Q      And how about the 2K over M, which sometimes is called Hk?

A      Yes.  So same thing.  I would look at other design documents, and you could see how the Hk would vary for these group of designs for this group of designs.

Q      And what does it say about the 2K over M value for the top nucleation host layer?

A      It would all say that the 2K over M value was lowest on the top and would increase as you go down the stack.

Q      Did you find test data for the hard storage layer, the G1-1 --

A      I did.

Q      -- layer?

       And what were those values?

A      So, again, same methodology.  Looking up the alloy and where it was on the table, and I found that the Ku value was -- or K value was 8. --

Q      One second.  What is the alloy?

A      So the alloy is listed here.  It's the target number.

**UNITED STATES DISTRICT COURT**

Q     And what is that number for the hard storage layer of 5QB?

A     It's 800, which is here.

Q     And what were the K, M, and 2K over M values for the G1-1 layer?

A     So the K value was 8.32.  The M value was 856.  And the 2K over M value was 1.94 tesla.  And that populated that in the table.

Q     And did you prepare a bar chart showing the relative anisotropy levels of the G layers?

A     Yes, I did.  So it put the appropriate K values next to the various layers and then made the bar chart.

Q     And so what did you conclude as to the Group 1 disks, represented by 5QB?

A     So I concluded that there is a multilayered nucleation host with an overall increase in anisotropy towards the hard storage layer on the bottom of the stack.

Q     And was your analysis confirmed by Western Digital design documents?

A     Yes, it was.

      So, for instance, here, so this is a 3 -- triple ECL or three mag layer designs, so two magnetic layers in the nucleation host and one in the storage layer.  And in this, it says that the top layer of the nucleation host is a low-low K value.  The middle layer, second layer, of the nucleation host

is low K, and the hard storage layer is high K.

Q    Is that from JX-2034?

A    Yes, it is.

Q    Okay.  Let's move to Group 2, represented by 5GA.  Did you do a similar analysis for the 5GA?

A    Yes, I did a similar analysis.

Q    And what do we see here?

A    So this is the 5GA DCM with the various layers and the targets and alloy numbers and thicknesses listed.

Q    And have you identified the underlayer, hard storage layer, and nucleation host?

A    Yes, similar to the previous one, the underlayer is the soft underlayer:  SUL1, SUL-Ru, and SUL2.

Q    What about the hard storage layer?  Where is that?

A    Hard storage layers denoted by the green box, so that's the G1 layer.

Q    And the nucleation host?

A    Nucleation host is the G2 through G4 layers shown in the purple.

Q    Did you determine the anisotropy K and the coercive field 2K over M values for the G layers of the 5GA?

A    I did.

Q    Can you tell us how you did that?

A    Yes.  Using a similar method, G4, I found the alloy number.  And this is in this presentation that we mentioned.

So I can put in the -- it had the M value and the 2K over M value.  So from those you could calculate the K value.

Q      And is that test data from JX-2027?

A      Yes, it is.

Q      And what were the values that you found for the G4 layer?

A      The G4 layer had a K value of 6.87, an M value of 848, and a 2K over M value of 1.62 tesla.

Q      So I noticed the test data doesn't actually provide a K value directly.  Can you tell us how you determine that?

A      Yes.  So we know that this last value is 2K over M.  So knowing M, I could calculate K from that relationship.

Q      Did you find test data for the G2 layer?

A      Yes.  The G2 layer I found in the spreadsheet.  And that had a K value of 7.79, an M value of 774, and a 2K over M value of 2.02 tesla.

Q      And what is the alloy for the G2 layer?

A      That is alloy 878.

Q      Did you find test data for the G3 layer?

A      No, I did not find test data for that.  So I used the Shimatsu method that we went through before.

Q      Based on that Shimatsu analysis, what did you determine?

A      So from this we could see that the K value for G3 is in between the G2 and G4 value and that the M value is close to G2, but lower than G2 and G4.

Q      Did you find test data for the G1 hard storage layer?

A    Yes.  I found for the G1 hard storage layer, alloy 878, that the K value was 7.79, the M value was 774, and the 2K over M value was 2.02 tesla.

Q    Okay.  I apologize.  Just briefly, I think we may have misread one of the alloy names.

A    I'm sorry.

Q    So for 5QB, the G1-1 layer, what is the alloy?

A    The alloy for the G1-1 layer is 1045.  G1-2 layer?

Q    No, G1-1 layer.

A    G1-1.  My mistake.  The G1-1 layer is 880.

Q    Thank you.

     Okay.  Getting back on track.  So I think we were on the G1-1 layer?

A    Yes.  I might have been --

Q    Or G1, hard storage layer.

A    The hard storage layer, in case I didn't read that in, was -- the alloy is 878; the K value is 7.79; and the M value is 774; 2K over M value is 2.02 tesla.

Q    Did you prepare bar charts showing the relative anisotropy levels of the G layers?

A    I did.

Q    And can you tell us what you concluded as to the 5GA?

A    Yes, I concluded that in this multilayered nucleation host, there was an overall increase in the anisotropy towards the hard storage layer on the bottom.

Q    Were there any design documents that supported your analysis?

A    Yes, there were.  So another design document here.  This is showing that Group 2 structure with four magnetic layers.  And it shows that there was a low K value here, a lower --

Q    When you say "here," which layer are you referring to?

A    I hit the wrong layer.  I'm referring to the Mag 4 layer.

Q    Okay.

A    I think I got the right one.  So a low K value, a lower K value, a moderate K value, and then a high K value.

Q    And the high K value correlates to which layer?

A    That's the hard storage layer.

Q    And the Mag 2 through Mag 4 layers correlate to --

A    The nucleation host.

Q    Okay.  Anything else notable on this slide?

A    Yeah.  Pretty amazing, I thought, was -- so this is showing a three layer -- three mag layer design.  And it says that for a 2.5-inch disk that it was able to contain 500 gigabytes per platter.

          Thank you.

          And then going to this 4 mag layer design, that the capacity increased 50 percent to 750 gigabytes per platter by increasing -- by basically practicing what the invention taught.

Q    So just by adding one additional G layer or mag layer,

the areal density increased by 50 percent?

A    Yes.

Q    Okay.  Let's go on to the next group, 5X1.  Did you do the same analysis for this group?

A    Same analysis.

Q    And so what do we have here?

A    So we are going to go through the nucleation host to build out the values.  This is a DCM of that particular disk which, again, has the description of the layers, the target composition, the thickness -- or the target number and the thickness of the layers.

Q    So is this the layer recipe for the 5X1 disk?

A    This is the layer recipe, the kind of secret sauce of this.

Q    And does this come from JX-2039?

A    Yes, it does.

Q    So what is the underlayer in the 5X1?

A    So the underlayer is SUL1, SUL-Ru, and SUL2.

Q    What about the hard storage layer?

A    Hard storage layer is the G1 layer shown in green.

Q    Sometimes we've referred to hard storage layer as hard magnetic storage layer.

        Do you remember that?

A    Yeah.

Q    Is there any difference between those two terms?

**UNITED STATES DISTRICT COURT**

A       No, those mean the same thing.

Q       Okay.  And what's the nucleation host in the 5X1?

A       The nucleation host is the G2 through the G5 layers.

Q       Okay.  And did you determine the K, the anisotropy K, and the coercive field 2K over M values for the 5X1?

A       I did using the same type of method.

Q       So did you find test data for the G4, G3, and G2 layers?

A       Yes.  G4, G3, and G2 are all the 1145 alloy, which was in the test table.

Q       And what did you find as far as their K, M, and 2K over M values?

A       The K was 8.27; the M value was 953; and the 2K over M value was 1.74 tesla.

Q       Okay.  And did you find test data for the G5 layer?

A       No.  The G5 layer I, again, used the Shimatsu method.

Q       Using the Shimatsu method, what did you determine as far as the values for the G5 layer?

A       I determined that the relative values of the K and M values were less than the G4 layer.

Q       What value ranges did you determine for those values?

A       So for this alloy, which is the 1464 alloy for the G5 layer, I found that K was less than 7.5; M was less than 950; and 2K over M was less than 1.7.

Q       Did you find test data for the G1 layer?

A       I did find test data for the G1 layer, which is

alloy 1310, and K was 9.42; M was 889; and the coercivity 2K over M was 2.12 tesla.

Q    Okay.  Now, as far as these values, do you recall Western Digital saying that if someone hasn't been square with the data they used, that you should ask yourself if they've been -- you should ask yourself what else they haven't been square on?

A    I did hear that.

Q    Do you agree with that?

A    No, I don't.

Q    I mean, do you agree that if someone hasn't been square on one thing --

A    Well, of course, if -- yeah.

Q    And do you recall Western Digital suggesting that you took these values from one spreadsheet because the K value in another spreadsheet wasn't high enough?

A    I did hear that.

Q    Is that true?

A    No.

Q    Why did you use these values for the G1 layer of the 5X1?

A    It was in a document that WD gave to us, so that was confirmed.  And it was also confirmed by a WD witness.

Q    And how about design documents?

A    Design documents also show that this is appropriate value.

Q    Why don't we take a look at one of those.

        So what do we see here, Dr. Re?

**UNITED STATES DISTRICT COURT**

A    So this is the 5X1 equivalent.  You'll notice there's a G here, and that means that it's made in a different location than the 5 value.  But it's the same design.  And what it shows is that there is a -- in the nucleation host -- maybe we can blow that up a little bit.

Here we go.  So this says -- I can't read it here -- a mid K value, a higher K value, higher K value here, a higher K value here, a higher K value here, and a very high K value for the storage layer.

Q    So that indicates that the hard storage layer has the highest K of the stack?

A    Yes.  All the design documents indicate that.

Q    And was that consistent with the value that you chose?

A    Yes, it was.

Q    And earlier you said that not only did you rely on the test data and the design documents, but you also relied on testimony from Western Digital itself; right?

A    Yes, I did.

Q    Can you tell us what that testimony was?

A    Dr. Desai testified that G1 is the 1310 alloy.  And that row -- the data I used provides test measurements for that alloy, and confirmed that the saturation magnetization is 889, and the anisotropy constant is 942.

Q    And was Dr. Desai testifying as Western Digital about these values?

**UNITED STATES DISTRICT COURT**

A     Yes, I believe he was.

Q     He was their corporate representative; right?

A     Yes.

Q     So it was reasonable to rely on those values; right?

A     I thought so, yes.

Q     Now, we're going to go to -- get to all these other values for all of the representative disks, but there are dozens of K, M, and 2K over M values that you determined; right?

A     Yes, there are.

Q     Has Western Digital or its experts challenged any of the other dozens of values that you determined?

A     Not to my knowledge.  I haven't seen that challenge.

Q     And do the claims even require the hard storage layer to have the highest K?

A     No.  The claims only require that the hard storage layer have a coercive field Hs greater than 0.5 tesla, and that it has a, again, coercive field Hs greater than that of the nucleation host Hn.

Q     Greater than the average value of the --

A     The effective, yeah, nucleation host coercive field Hn.

Q     Do you recall Western Digital, in its opening statement, saying that the K value should have come from another spreadsheet and it should have been 8.05 instead?

A     I do recall that.

**UNITED STATES DISTRICT COURT**

Q    Would that change your conclusions as to the 5X1 at all?

A    No, not at all.  It would give a coercive field value 2K over M of about 2 tesla.  I think a little bit over 2 tesla.

Q    And so would that meet all the requirements of the claims?

A    Yes, it would.  Still be greater than 0.5 tesla and less than the effective --

Q    Greater than?

A    Or greater than, rather, the effective coercivity of the nucleation host Hn.

Q    Now, did you prepare bar charts based on the values you determined for 5X1 showing the relative anisotropy levels of the nucleation host and hard storage layer, G layers?

A    Yes, I did.

Q    So based on all your analysis, what did you conclude?

A    I concluded that this product, again, infringed since there was a multilayered nucleation host with an overall increase in anisotropy towards the hard storage layer on the bottom.

Q    So let's go to the next group, 4a, which is represented by MMG.

        Dr. Re, do we have the MMG layer recipe on the screen?

A    Yes, we do.

Q    And can you identify for us the underlayer in the MMG?

UNITED STATES DISTRICT COURT

A     So the underlayer again is SUL1, SUL-Ru, and SUL2, denoted by the blue box.

Q     And where is the hard storage layer?

A     The hard storage layer is the G1 layer, denoted by the green.

Q     And how about the nucleation host?

A     The nucleation hosts are layers G2 through G6 in the purple.

Q     Did you determine the K, M, and 2K over M values for the G layers in the MMG?

A     I did.

Q     How did you do that?

A     So for the G5 layer, I looked in the spreadsheet -- and this is alloy 1045 -- and found that the K value was 6.84, the M value was 819, and the 2K over M value, the coercivity, was 1.67.

Q     And how about the G4 through G2 layers?

A     Yes.  I found those in the spreadsheet as well.  That -- those all have the same alloy number of 1849.  And the K value was 8.0, the M value was 845, and the coercivity -- coercive field 2K over M value was 1.89 tesla.

Q     Did you find test data for the G6 layer?

A     No, I did not.  So I used the Shimatsu method.

Q     And based on the Shimatsu method, what did you determine?

A     I found that G6 had a relatively less value for K, and G6

**UNITED STATES DISTRICT COURT**

had a slightly higher value for M.

Q    And so what were the values that you determined?

A    So for the G6 layer, the 1979 alloy, I said that K was less than 6.0, M was less than 850, and the coercive field 2K over M was less than 1.4 tesla.

Q    Moving on to the G1 layer, did you find test data for that?

A    Yes, I did.

Q    What were those values?

A    For that alloy 1588, I found the K value of 7.74, an M value of 782, and a coercive field 2K over M of 1.8 tesla.

Q    Did you prepare a bar chart showing the relative anisotropy levels of the G layers in the MMG?

A    Yes, I did.

Q    And so based on all your analysis, what did you conclude?

A    Again, I found a multilayered nucleation host with an overall increasing anisotropy towards the hard storage layer on the bottom.

Q    And here, I noticed the hard storage layer doesn't have the highest anisotropy of the stack.  Does that matter?

A    No.  That's not required by the claims.

Q    What do the claims actually require of the hard storage layer?

A    The claims require that the hard storage layer have a coercive field greater than 0.5 tesla and a coercive field

**UNITED STATES DISTRICT COURT**

greater than that of the effective coercive field of the nucleation host.

Q    The effective coercive field of the nucleation host is basically the average coercive field, or 2K over M, of the layers in the nucleation host?

A    Correct.  It's the weighted average of those values.

Q    Now, did you find Western Digital design documents supporting your analysis?

A    Yes, I did.  So here is a 6 mag layer design that starts with a low K value -- a low K value, moving to a mid K value, then a high Ku for the next three layers, and a very high Ku value on the bottom.

Q    And did you rely on other design documents with respect to the Group 4a disks?

A    Yes, I did.

Q    Did those consistently show an overall increase?

A    Yes.  Consistent.  So in this case shown here are the coercive field values.  And the values are a little hard to read, but they're -- there we go.  So they are 1.21 tesla here, going to 1.5 tesla, 1.7, and 2.3 tesla here.

So the blue color represents -- lighter blue, lower coercive field; and darker blue, higher coercive field.

Q    So what does this document tell you about the average -- or the coercive field of the nucleation host compared to the coercive field of the hard storage layer in the accused

Q    products?

A    So it would say that the Hn, the effective coercive field of the nucleation host, is lower than the Hs, the coercive field of the hard storage layer.

Q    Is this from JX-2026?

A    Yes, it is.

Q    Okay.  Let's go on to Group 4b, GS9.  Can you tell us what we're looking at here.

A    Yes.  So this is the table filled out, as we've been going through, for the different layers, different G layers in the nucleation host.

Q    How did you determine those values?

A    By looking them up in the tables.

Q    And so all of the values for the G layers in the GS9 you found in the test data?

A    Correct.  All these values were in the test data, so I didn't need to use the Shimatsu method.

Q    And was -- were these values confirmed by Western Digital?

A    Yes.  Dr. Desai confirmed that, looking at this table, that he agreed that these were the appropriate values.

Q    And so did you prepare bar charts showing the relative anisotropy K levels of the G layers in the GS9 product?

A    Yes, I did.

Q    Based on your analysis, what did you conclude?

**UNITED STATES DISTRICT COURT**

A    I, again, saw a multilayered nucleation host with an overall increase in anisotropy towards the hard storage layer on the bottom of the stack.

Q    Any design documents further supporting your analysis?

A    Yes.  Again, there were design documents that supported that, showing a lower K value on top, a high K value for the next three layers, a very high K value on the bottom of the nucleation host, and a very high K value for the storage layer at the bottom of the stack.

Q    I notice this one is labeled GP7.  What does that refer to?

A    So, again, the "G" refers to where it was made, but it's the same group of disks.

Q    Okay.  Moving on to Group 4c, the GT5.  Can you tell us what we see here?

A    Again, here's a similar table that you've seen, that I was able to find all the K, M, and 2K over M values for all the alloys in this recipe.  So I populated the table as before.

Q    And I apologize, the design document for the GS9, is that JX-2032?

A    Yes, it is.

Q    So getting back to the GT5.  How did you determine the values for the GT5?

A    Looking in the table, as the previous ones, and then filling out the appropriate values of K, M, and coercive field,

2K over M.

Q    So you were able to find all these values from the test data?

A    Yes, I was.

Q    And did you see testimony from Western Digital confirming that these values are the correct ones?

A    Yes.  Dr. Desai confirmed that these are the correct values.

Q    Did you prepare a bar chart showing the relative anisotropy K values for the G layers in the GT5 product?

A    Yes, I did.

Q    So based on all your analysis, what did you conclude as to the Group 4c disks, represented by GT5?

A    I found, again, a multilayered nucleation host with increasing anisotropy, overall increasing anisotropy as we head towards the hard storage layer on the bottom.

Q    And were there Western Digital design documents supporting your analysis?

A    Yes, there were.

Q    Is this one example?

A    Yes.  So, again, we see for this design document a lower K on the top, a higher K on the next layer, another higher K, a very high K completing the nucleation host, and a very high K in the hard storage layer.

Q    And although there may be some variance in the exact

levels, does this support your analysis regarding an overall increase?

A     Yes, it does.

Q     Does this figure come from JX-2032?

A     It does come from that document.

Q     Finally get to the last group, Group 5, SL6a.  Can you tell us what we're looking at here?

A     Again, same type of DCM table with the K, M, and 2K over M values filled out.  I was able to find all these data in the table.

Q     Did you confirm that by reviewing deposition testimony from Western Digital?

A     Yes, I did.  I confirmed that through the deposition testimony.

Q     And who was it that testified?

A     That was Dr. Desai.

Q     What did he say about that table?

A     He said that he agreed with the values for the SL6a represented here.

Q     Did you prepare a bar chart showing the relative K values for the SL6a?

A     You know I did.

Q     And so based on your analysis, what did you conclude as to the Group 5 disks?

A     I again saw that there was a multilayered nucleation host

**UNITED STATES DISTRICT COURT**

with an overall increase in anisotropy towards a hard storage layer on the bottom.

Q    Okay.  So let's turn to the -- your infringement analysis regarding the '864 patent.  From whose perspective did you perform your infringement analysis?

A    So it was from the perspective of a person with ordinary skill in the art.

Q    And who is that?

A    So that would be someone that had at least a bachelor's degree in physics or material science or electrical engineering or chemistry or some other similar discipline with coursework on magnetism and magnetic materials, two years' experience in magnetic media systems.  And, of course, more education or more work experience can supplement this.

Q    Okay.  So starting with '864, Claim 1.  And have you broken out the claim just as we saw before?

A    Yes, same as what we looked at before.

Q    Let's walk through that.  So can you tell us how the accused products meet the preamble, 1[pre]?

A    So the preamble again was "A magnetic recording medium, comprising."

Q    Where is that in the accused products?

A    So what I have shown here are the graphics from the various groups and highlighted the entire stack from the substrate to the top of the disk.

**UNITED STATES DISTRICT COURT**

Q    And one -- is that supported by testimony from Western Digital?

A    Yes, it is.  So, again, confirmation from Dr. Desai that the accused HDDs contain magnetic recording medium and that it's a perpendicular magnetic recording medium.

Q    Check that one off.

A    Check.  Okay.

Q    So 1[a].  What is 1[a]?

A    1[a] says, "An essentially a nonmagnetic substrate."

Q    Did you find that in the accused products?

A    I did.  The substrates, the black box on the bottom that's highlighted in yellow.

Q    Was there deposition testimony from Western Digital supporting your conclusion as to that element?

A    Yes.  Again, Dr. Desai confirmed that the accused HDDs contain disks are formed by forming layers on materials of a nonmagnetic substrate.

Q    Moving on to 1[b].  Can you tell us what 1[b] requires.

A    So 1[b] requires an underlayer formed on the nonmagnetic substrate.

Q    Did the Court provide a construction for the term "underlayer"?

A    It did, which is what I followed.  So the underlayer is "'one or more layers on which the hard magnetic layer is formed.'"

Q      And where is that in the accused products?

A      So this is the soft underlayer we've been talking about that's denoted by the blue box highlighted in yellow.

Q      Did you see testimony from Western Digital supporting your conclusion?

A      I did.

Q      Can you explain that?

A      Sure.  So, again, Dr. Desai confirmed that all the accused HDDs include a soft underlayer.  Soft underlayer is referred to as the SUL and that the SUL is formed of three layers:  the top layer, SUL2; the middle layer, SUL-Ru; and the bottom layer, SUL1.

Q      What about the next part of 1[b]?

A      1[b] says --

Q      Excuse me.  Was there additional testimony from Western Digital supporting your opinion?

A      Yes, there was.  Dr. Ikeda said that a hard recording or a storage layer is formed on the SUL.

Q      What about the next part of 1[b].  What does that require?

A      1[b], after the underlayer, says "'formed on a nonmagnetic substrate.'"

Q      Can you explain where that is in the -- or how that is met by the accused products?

A      Yes.  The SUL is above the substrate, so it is formed on

that substrate.

Q    Was there testimony from Western Digital on that?

A    There was.  Dr. Ikeda confirmed that the SUL is formed on a nonmagnetic substrate.

Q    Turning to 1[d], can you tell us what that requires?

A    Yes.  1[c].

Q    Sorry.  1[c].

A    "An exchange coupled to magnetic multilayer structure, including."

Q    Did the Court provide a construction of that term?

A    The Court did, which I followed.  And it says:

        "'Exchange coupled magnetic multilayer structure.'"  So that construction is "'a structure including a nucleation host that is exchanged coupled to a hard magnetic storage layer.'"

Q    Did the Court offer a further construction of the phrase "exchange coupled"?

A    The Court did.  And that is the:

        "'Magnetic moments in the nucleation host interact through exchange with the magnetic moments in the magnetic storage layer.'"

Q    Can you tell us how the accused products meet this element?

A    Sure.  So the nucleation host, again denoted in purple and highlighted in the yellow box on top, is shown.  And under that

**UNITED STATES DISTRICT COURT**

is the gray layer, which is the exchange coupling layer.  And below that is the hard storage layer or the green layer.

Q    So the bottom G layer all the way up through the top G layer, that's the multilayer?

A    That's the multilayered exchange coupled structure.

Q    Okay.  And have you prepared an animation showing how the magnetic moments interact?

A    Yes.  I think you've seen that before.  The top layer starts to move, which interacts with the next layer throughout the whole stack.

Q    Is there testimony from Western Digital confirming that the magnetic moments interact from the nucleation host down to the hard storage layer?

A    Yes.  Dr. Desai agreed that the coupling between the G1-2 and the G1-1 allows the magnetic moments in G1-2 to influence the magnetic moments in G1-1, and that the exchange coupling allows magnetic moments in G2 to interact with the magnetic moments in G1.

Q    How about for Group 5?

A    For Group 5, first, the SCL layer is the same as the G1 layer, equivalent to.  And so the magnetic moments in G2 interact through the direct exchange coupling with the magnetic moments in the SCL layer.

Q    Was there other evidence from Western Digital supporting your conclusion on this element?

A    There was.  So, again, using the domino analogy that we've talked about, Dr. Ikeda confirms that the figure on the bottom illustrates the underlying principle of multiple ECL media.

Q    Can you just explain that figure?

A    Sure.  So in this figure, again, we have -- there we are -- lower anisotropy layers.  You'll notice this one is kind of a different layer we haven't talked about called the cap.  That also has a lower K value than the first -- the top layer of the nucleation host.  And so we have a low, lower -- a low -- lower, low, medium, and high K value.

Q    And, again, because the claims -- the claim, the comprising claim, that means it can include additional layers, for example, a cap layer; right?

A    It can include additional layers, yes.

Q    Moving on to 1[d].  Can you tell us what 1[d] requires?

A    So it requires, in the claims, a hard magnetic storage layer.

Q    Did the Court construe that term?

A    Court did.  The construction is "'a magnetic layer that stores information in magnetically oriented bits.'"

Q    Did you find that in the accused products?

A    I did.

Q    Can you explain that?

A    Yes.  So all the hard storage layers that we've identified with the green box meet this requirement -- or the hard storage

layer.

Q    And have you prepared an animation showing how that works?

A    Yes.  So, again, the top layer of the nucleation host is affected and then the -- propagates through to the bottom layer, the hard storage layer, so all the layers are flipped.

Q    Was there other evidence that told you that the bottom G layer or the G1 layer of the accused products is, in fact, a hard storage layer?

A    Yes.  So these are some excerpts from the patent.  And it says:

        "A hard magnetic storage layer may be formed
        from any material that has a large perpendicular
        anisotropy, such as these cobalt-platinum-chromium
        alloys."

Q    Did all of the hard storage layers in the accused product have large perpendicular anisotropy?

A    They did.

Q    The claims don't require them to have the highest though; right?

A    No, they don't.

Q    And in the field, are these types of alloys commonly used and understood to be hard storage layers?

A    Yes, they are.

Q    Was there anything else in the patent that indicated or

**UNITED STATES DISTRICT COURT**

supported the fact that the G1 layers in the accused products are hard storage layers?

A    Yes.  It further says that "the hard magnetic storage layer has a thickness between 3 and 30 nanometers."

Q    What's the thickness of the hard storage layers in the accused products?

A    They're all approximately 3 nanometers -- 3 to 5 nanometers, say.

Q    We've talked before about similarities and differences between the nucleation host on top and the hard storage layer on the bottom.  Did you see anything in the patent that supported what you said earlier about the similarities between the two?

A    Yes.  It says that:

     "Any of the materials listed for the hard
     magnetic storage layer can also be used for forming
     the nucleation host."

          And further:

     "A magnetic material is referred to as hard
     if it has a coercive field greater than 0.5 tesla."

Q    Was there testimony from Western Digital confirming that the G1 or bottom G layer that you've colored in green throughout is, in fact, a hard storage layer?

A    Yes.  As we saw in the video and transcribed here, Dr. Desai confirmed that the disks do store data and that the

bottom layer of the stack gets switched to write a bit is the bottommost G layer.  And Dr. Ikeda said that the hard storage layer -- this is a little bit -- maybe not quite the one we wanted here.

Q    Well, so just reading Dr. Ikeda's testimony?

A    It says it's the PMR media --

Q    Right.

A    -- and the hard storage layer is part of that.

Q    Right.  And all the accused products are what kind of media?

A    PMR media.

Q    So Dr. Ikeda is calling it a hard storage layer?

A    Yes, he is.

Q    So what are you showing us here?

A    So here we're showing that each of these representative disks does have a hard storage layer, as we've been identifying in green.

Q    So each of the layers has its own magnetic moments; right?

A    Correct.

Q    So each of the layers stores?

A    Correct.  Each of the layers stores data.

Q    Is that perfectly okay with respect to the claims?

A    Yes, it is indeed.

Q    Any other evidence from Western Digital confirming that

the bottom G layer below the nucleation host is, in fact, a hard storage layer that stores information?

A      Yes.  Again, Dr. Srinivasan, in his video testimony and put here, says that the middle layer assists in switching the storage layer, which is here on the bottom.

Q      Turning to the next part of 1[d], which says that the hard storage layer has a first coercive field Hs greater than 0.5 tesla.  Do you see that?

A      I do.

Q      And did you -- did you determine that the accused products meet that part of 1[d]?

A      Yes.  Again, using the Court's construction that a property of magnetic material that provides a measure of the ability of the ferromagnetic material to withstand an external magnetic field without being demagnetized.  And the coercive field is defined in the patent as Hc is equal to 2K effective over M effective.

Q      And when you're dealing with a single layer, how do you apply that formula?

A      So for that, the value of K and M for the single layer would be what you would use to determine the coercive field.

Q      Just to remind the jury, the 2K over M formula is the coercive field at what timescale?

A      At recording timescale.  So the short recording timescale, around 1 nanosecond.

**UNITED STATES DISTRICT COURT**

Q     Did you find any evidence from Western Digital, for example, papers, confirming that 2K over M is the appropriate formula for coercive field?

A     Yes.  This was a paper that Dr. Papusoi talked to in his video deposition.  And it says in the paper that since recording occurs at a short timescale, approximately 1 nanosecond, the medium coercivity approaches the anisotropy field, Hk equals 2K over Ms, where Ms is the saturation magnetization.

Q     And did Dr. Papusoi himself confirm that?

A     Yes.  As you saw in the video, he confirmed that recording in Western Digital hard disk drives occurs at a short timescale, approximating 1 nanosecond, the coercivity approaches Hk, which equals 2K over M.

Q     Did he have anything else to say about that?

A     Yeah.  He said Hk is the approximate value of the coercivity on short timescales of approximately 1 nanosecond.

Q     So looking at the Group 1b disks represented by 5QB, what did you determine the first coercive field to be for that product?

A     So for that product, it was 1.94 tesla.

Q     And is that the 2K over M value that we saw before?

A     Yes, it is.

Q     And did Western Digital confirm that value?

A     Yes.  Dr. Desai confirmed that the 2Ku over Ms value for

the G1 layer is equal to 1.94 tesla.  And he further confirmed that it is greater than 0.5 tesla.

Q    What about the Group 2 disks, represented by 5GA?

A    So that one, the coercive field value I determined from 2K over M to be 2.02 tesla.

Q    And that came from the test data we saw before?

A    It did.

Q    Did Dr. Desai confirm that value?

A    Yes.  Again, Dr. Desai confirmed the value and confirmed that it was greater than 0.5 tesla.

Q    Moving on to Group 3, represented by 5X1.  Did you determine the first coercive field Hs for the hard storage layer in the Group 3 5X1 disks?

A    Yes.  I determined the coercive field 2K over M value to be 2.12 tesla.

Q    Did that come from the test data as well?

A    It did.

Q    And did Dr. Desai confirm that value?

A    Yes, he confirmed the value.  And that, indeed, 2.12 is greater than 0.5.

Q    Moving on to Group 4a, represented by MMG.  Did you determine the 2K over M coercive field value for that product?

A    I did.

Q    And what was that?

A    So, again, the coercive field 2K over M for this group was

1.98 tesla.

Q     Did Dr. Design confirm that value?

A     He did.  And, again, it's greater than 0.5 tesla.

Q     Group 4b, represented by GS9.

A     Right.  Again, calculating the coercive field as we've discussed, that value came out to 1.98 tesla.

Q     Was that confirmed by Western Digital?

A     That was confirmed.  And also confirmed to be greater than 0.5 tesla.

Q     Group 4c, GT5.  Did you determine the 2K over M coercive field Hs value for that product?

A     I did.  Using the same methodology, the 2K over M value for this group was 1.95 tesla.

Q     And did Western Digital confirm that value as well?

A     Indeed, Western Digital confirmed it.  And, again, it is greater than 0.5 tesla.

Q     Moving on to Group 5, represented by SL6a.  What did you determine the 2K over M coercive field value for the hard storage layer of that product to be?

A     So for that product, it was 2.12 tesla.

Q     And did Western Digital confirm that value as well?

A     Western Digital confirmed it and did confirm it was greater than 0.5 tesla.

Q     Just to recap, is it fair to say that the bottom G layer or the hard storage layer in all the accused products has a

UNITED STATES DISTRICT COURT

first coercive field Hs of around 2 tesla?

A    Correct.

Q    And so for all of them, the first coercive field being around 2 tesla of course is greater than half a tesla; right?

A    That's correct.

Q    Okay.  The next part of 1[d] requires the hard storage layer to be formed on the underlayer.  Can you explain where you find that in the accused products?

A    Yeah.  So, again, the green box is the hard storage layer. The blue is the soft underlayer.  And the green box is above the hard -- or the hard storage layer is above the soft underlayer.  So it is formed on the soft underlayer.

Q    Again, "formed on" doesn't mean formed directly on; right?

A    No, it doesn't mean formed directly on.  It's formed on the underlayer.

Q    There can be intervening layers?

A    Yes, there can.

Q    Any testimony from Western Digital confirming your analysis?

A    Dr. Ikeda confirmed that the hard storage layer is formed on -- indirectly formed on the soft underlayer.

Q    Let's move on to the next element, 1[e], nucleation host. Did the Court construe that term?

A    The Court did, stating it's a structure that includes

ferromagnetic layers that assist in switching the hard magnetic storage layer and optional coupling layers.

Q     Did you find a nucleation host in the accused products?

A     Yes.  As we identified in the purple boxes throughout this, that's the nucleation host, that stack.  And...

Q     Did you prepare an animation showing how the nucleation host assists in switching the hard storage layer?

A     I did.  And as we've seen, the top layer rotates, which interacts with the subsequent layers underneath to switch the hard storage layer on the bottom.

Q     Was there testimony from Western Digital confirming that interaction?

A     There was.  Dr. Desai pointed out that -- so to -- you configure these so that the mag layers are exchanged coupled to improve the switching of the stack.  And Dr. Ikeda further confirmed that the domino analogy illustrates the underlying principle of multiple ECL media.

Q     So the next part relates to the second coercive field Hn of the nucleation host without the hard magnetic storage layer?

A     Correct.

Q     Did the Court construe part of that term?

A     Yes.  The construction was:

          "A property of magnetic materials that
     provides a measure of the ability of a
     ferromagnetic material to withstand an external

magnetic field without becoming demagnetized."

Q     And did you find a formula for determining the second coercive field in the patent?

A     Yes.  So in the patent, as we've discussed, it's defined $H_c$ is equal to 2K effective over M effective.

Q     And can you remind us what K effective is?

A     Right.  So K effective is the thickness-weighted average of the various layers for -- thickness-weighted average of K and M for the various layers in the stack.

Q     In the nucleation host?

A     In the nucleation host.  Correct.

Q     And the M effective?

A     Is the weighted average of the magnetization values -- thickness-weighted average of the magnetization values of the nucleation host.

Q     And so based on your analysis, can the -- that formula be simplified in some way?

A     Yes.  So what I did was I left out any of the ECL layers values in this.  And what that does is it provides an upper bound for the coercive field of the nucleation host $H_n$.

Q     And why is it that you only need to know the upper bound of $H_n$?

A     Because we'll see that the claim requires that $H_n$ needs to be less than $H_s$.  So if we have the maximum value of $H_n$, we are safe to say that it's less than the coercive field of the

storage layer.

Q    And so what did you determine the second coercive field Hn to be for the Group 1 products, represented by 5QB?

A    So, again, using this effective field methodology, I took the Hk value of the G2 layer, I believe that is, and multiplied it by the thickness, and then the K value of the next layer and multiplied that by the thickness, and divided it by the total thickness, which should come up.

Q    So the -- the values that you multiplied by their thicknesses, were those the 2K over M coercive field values for each of those layers?

A    That's right.

Q    And then what did you do?

A    And then divided by the total thickness to get the weighted average.

Q    What did that come out to be?

A    The weighted average, or the effective coercivity, the Hn value was less than 1.64 tesla.

Q    Did you determine whether that's lower than the first coercive field Hs?

A    I did.  So Hn less than 1.64 tesla is lower than Hs, which was 1.94 tesla.

Q    Did you prepare bar charts to show us that graphically?

A    Yes.

Q    Can you explain what we see here?

A    Here again, we have the effective coercive field for the Hn and the coercive field 2K over M for the Hs storage layer. And you can see that Hn is less than Hs.

Q    Did you do the same analysis for the Group 2 disks, represented by 5GA?

A    Yes.  The same sort of effective coercive field calculation.  And I found that for this group, Hn was 1.76 tesla.

Q    How did that compare to Hs?

A    It is lower than Hs, which is 2.02 tesla.

Q    Did you prepare a bar chart showing the relative values?

A    I did, which you can see here, showing that the upper limit of Hn is less than the coercive field of Hs.

Q    Did you do the same analysis for the Group 3 products, represented by 5X1?

A    Same analysis.  And found that the Hn is less than 1.71 tesla.

Q    How did that compare to Hs?

A    It is lower than Hs, which was 2.12 tesla.

Q    And bar charts showing that --

A    Bar chart shows it as well.

Q    Did you do the same analysis for the Group 4a products, represented by MMG?

A    Same analysis for the Group 4a products.  And Hn value came out to be less than 1.68 tesla.

Q    How does that compare to Hs?

A    It is also lower than the Hs value, which was 1.98 tesla.

Q    Did you prepare a bar chart showing those relative values?

A    Bar chart shows this graphically as well.

Q    Moving on to Group 4B, represented by GS9.  Did you do the same sort of analysis for this one?

A    I did, where the Hn value for this group was 1.71 tesla.

Q    And how did that compare to Hs?

A    It's also lower than Hs, which was 1.98 tesla.

Q    Did you prepare a bar chart showing those values?

A    Bar chart does show this as well.

Q    And Group 4c.  Did you do the same analysis for this one?

A    Yes.  Group 4c had an Hn value of 1.74 tesla, which is lower than the Hs value of 1.95 tesla.  And the bar chart depicts that again.

Q    Last group.

A    Last group.

Q    SL6a.  Did you perform the same analysis, the weighted average, to determine Hn for this group?

A    Yes.  And that came out to Hn being 1.73 tesla.

Q    And how does that compare to the Hs value?

A    That was lower than the Hs value, which was 2.12 tesla.

Q    Prepare a bar chart?

A    Yes, which depicts that.

**UNITED STATES DISTRICT COURT**

Q    And so to recap, for all of the accused products, Hn --

A    Less than Hs.

Q    Thank you.  All right.

MR. CHANG:  Your Honor, it's 12:00 o'clock.  We've been going a while.

THE COURT:  Fine.  We'll take the lunch break here, ladies and gentlemen.  We'll return at 1:30.  Please remember the admonition not to discuss the case with anyone.  You're not to form any opinions on the issues in the case until it's submitted to you.

MR. CHANG:  Thank you, Your Honor.

THE COURTROOM DEPUTY:  All rise.

**(Out of the presence of the jury.)**

THE COURT:  How much more do you have with Dr. Re?

MR. CHANG:  About an hour, hour 15.

THE COURT:  Okay.  Fine.  Anything for the record before we recess?

MR. KROEGER:  Would Your Honor like the time for the depos played this morning?

THE COURT:  Yes.  Just a minute, please.  Okay.

MR. KROEGER:  Paul Kroeger, for the record.  And for Dr. Papusoi, plaintiff, 6 minutes; defendant, a minute and a half.  For Mr. Willett, plaintiff, 1 minute; defendant 3 minutes.  And for Dr. Srinivasan, plaintiff, 10 and a half minutes; and defendant, 2 and a half minutes.

**UNITED STATES DISTRICT COURT**

THE COURT:  Okay.  Very good.  Thank you.  We'll be in recess.

**(Proceedings concluded at 12:00 p.m.)**

**--oOo--**

**UNITED STATES DISTRICT COURT**

*CERTIFICATE OF OFFICIAL REPORTER*

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME COURT REPORTER, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

*Date:  July 19, 2024*

*/S/ DEBBIE HINO-SPAAN*

*Debbie Hino-Spaan, CSR No. 7953*
*Federal Official Court Reporter*

**UNITED STATES DISTRICT COURT**

**$**

**$500** [1] - 18:13

**'**

**'864** [6] - 20:11, 21:2, 21:8, 38:12, 81:4, 81:15
**'997** [3] - 20:12, 21:3, 21:8
**'a** [2] - 84:13, 86:19
**'exchange** [1] - 84:12
**'formed** [1] - 83:21
**'magnetic** [1] - 84:19
**'one** [1] - 82:24

**/**

**/S** [1] - 102:19

**0**

**0.5** [15] - 35:11, 39:21, 43:18, 72:17, 73:6, 75:25, 88:20, 90:8, 92:2, 92:10, 92:20, 93:3, 93:9, 93:16, 93:23
**060** [1] - 55:23
**062** [1] - 52:9
**07/2004** [1] - 6:20
**07/2013** [1] - 7:13

**1**

**1** [18] - 9:6, 20:11, 20:12, 38:12, 38:15, 39:11, 45:3, 51:6, 56:20, 56:21, 63:13, 81:15, 90:25, 91:7, 91:13, 91:17, 97:3, 100:23
**1-053** [1] - 1:24
**1.21** [1] - 76:19
**1.4** [1] - 75:5
**1.5** [1] - 76:20
**1.62** [1] - 65:7
**1.64** [2] - 97:18, 97:21
**1.65** [1] - 61:24
**1.67** [3] - 58:18, 58:24, 74:16
**1.68** [1] - 98:25
**1.7** [2] - 69:23, 76:20
**1.71** [2] - 98:16, 99:8
**1.73** [1] - 99:21
**1.74** [2] - 69:13, 99:14
**1.76** [1] - 98:7
**1.8** [1] - 75:11
**1.89** [1] - 74:21

**1.94** [4] - 63:7, 91:21, 92:1, 97:22
**1.95** [2] - 93:13, 99:15
**1.98** [4] - 93:1, 93:6, 99:2, 99:10
**1/25/19** [1] - 8:14
**10** [3] - 20:11, 58:18, 100:24
**10,000** [1] - 58:21
**10/29/23** [1] - 8:10
**1045** [2] - 66:8, 74:14
**10:22** [1] - 49:9
**10:38** [1] - 49:9
**11** [4] - 6:4, 15:14, 20:11, 24:23
**11/29/16** [1] - 7:24
**1145** [1] - 69:8
**12** [5] - 6:5, 6:15, 6:17, 6:21, 17:17
**12.5** [2] - 60:21, 61:16
**12/6/19** [1] - 8:8
**1200** [1] - 3:5
**1224** [1] - 3:5
**12424** [5] - 2:5, 2:9, 2:13, 2:21, 3:9
**12:00** [2] - 100:4, 101:3
**12th** [5] - 2:5, 2:9, 2:13, 2:21, 3:9
**13** [5] - 6:6, 6:7, 7:5, 7:9, 7:11
**1310** [2] - 70:1, 71:20
**140** [4] - 3:19, 4:9, 4:21, 5:5
**1464** [1] - 69:21
**15** [4] - 17:10, 49:7, 53:4, 100:15
**1588** [1] - 75:10
**16,700** [1] - 58:18
**1600** [2] - 4:6, 4:13
**17** [1] - 21:12
**18** [2] - 1:16, 9:1
**18.5** [2] - 60:14, 61:13
**1849** [1] - 74:19
**19** [1] - 102:15
**1979** [1] - 75:3
**1:30** [1] - 100:7
**1[a** [2] - 82:8, 82:9
**1[a]** [1] - 82:8
**1[b** [5] - 82:18, 82:19, 83:13, 83:14, 83:21
**1[b]** [2] - 82:18, 83:19
**1[c]** [2] - 84:6, 84:7
**1[d** [5] - 84:5, 86:15, 90:6, 90:11, 94:6
**1[d]** [1] - 86:15
**1[e** [1] - 94:23
**1[pre** [1] - 81:19
**1B** [1] - 42:12

**1b** [1] - 91:18
**1C** [1] - 43:4
**1D** [4] - 39:14, 39:16, 43:15, 43:22
**1E** [2] - 39:14, 47:9
**1F** [1] - 47:18
**1G** [5] - 41:5, 41:6, 41:7, 47:24, 47:25
**1H** [2] - 48:12, 48:14

**2**

**2** [10] - 64:4, 67:4, 67:13, 73:3, 92:3, 94:1, 94:4, 98:4, 100:25
**2.02** [5] - 65:15, 66:3, 66:18, 92:5, 98:10
**2.12** [6] - 70:2, 92:15, 92:19, 93:20, 98:19, 99:23
**2.3** [1] - 76:20
**2.5-inch** [1] - 67:18
**20-gigabyte-per-platter** [1] - 16:8
**200** [1] - 2:17
**20024** [1] - 2:18
**2005** [1] - 31:10
**2006** [2] - 21:12, 26:8
**2008** [1] - 12:21
**2010** [1] - 12:5
**2013** [2] - 17:1, 50:5
**2014** [1] - 50:18
**2015** [1] - 53:13
**2018** [2] - 13:8, 17:1
**202-664-0623** [1] - 2:18
**2021** [1] - 12:21
**2024** [3] - 1:16, 9:1, 102:15
**2025** [1] - 12:13
**2026** [1] - 54:20
**2027** [1] - 54:7
**2028** [3] - 52:25, 53:4, 53:20
**2032** [1] - 55:4
**2034** [1] - 56:7
**2036** [1] - 12:13
**2038** [1] - 11:24
**2039** [1] - 51:21
**2057** [1] - 13:8
**2063** [1] - 13:8
**2082** [1] - 55:13
**20th** [1] - 3:23
**24** [1] - 10:22
**28** [1] - 102:8
**2800** [2] - 3:13, 4:17
**2K** [54] - 45:16, 45:20, 45:25, 57:17, 58:14,

58:15, 58:17, 61:22, 61:23, 61:24, 62:7, 62:12, 62:14, 63:4, 63:6, 64:21, 65:1, 65:7, 65:10, 65:14, 66:2, 66:18, 69:5, 69:10, 69:12, 69:23, 70:1, 72:8, 73:2, 74:9, 74:15, 74:21, 75:4, 75:11, 76:4, 78:17, 79:1, 80:8, 90:16, 90:22, 91:2, 91:8, 91:14, 91:22, 92:4, 92:14, 92:22, 92:25, 93:10, 93:12, 93:18, 96:5, 97:10, 98:2
**2Ku** [2] - 58:3, 91:25

**3**

**3** [9] - 1:10, 63:21, 88:4, 88:7, 92:11, 92:13, 98:14, 100:23
**3/15/13** [1] - 8:12
**3/19/19** [1] - 7:10
**3/27/18** [2] - 7:15, 7:16
**30** [1] - 88:4
**310-826-7474** [6] - 2:6, 2:10, 2:14, 2:22, 3:6, 3:10
**312-876-7700** [2] - 3:14, 4:18
**32** [2] - 45:12, 45:13
**330** [2] - 3:13, 4:17

**4**

**4** [4] - 58:18, 67:7, 67:13, 67:21
**4/19/18** [1] - 8:6
**40** [1] - 6:20
**411** [1] - 1:24
**4a** [5] - 73:20, 76:14, 92:21, 98:22, 98:24
**4B** [1] - 99:6
**4b** [2] - 77:7, 93:4
**4c** [5] - 78:14, 79:13, 93:10, 99:13, 99:14
**4TH** [1] - 1:24

**5**

**5** [9] - 60:19, 61:15, 71:3, 80:6, 80:24, 85:19, 85:20, 88:7, 93:17
**50** [4] - 7:14, 7:16, 67:22, 68:1
**500** [1] - 67:18

**51** [1] - 7:17
**52** [1] - 7:19
**53** [2] - 7:20, 7:22
**54** [2] - 7:23, 8:5
**55** [3] - 8:7, 8:9, 8:11
**56** [1] - 8:13
**5GA** [7] - 64:4, 64:5, 64:8, 64:21, 66:22, 92:3, 98:5
**5QB** [11] - 51:4, 56:21, 56:24, 57:4, 57:17, 58:16, 63:2, 63:14, 66:7, 91:18, 97:3
**5X1** [12] - 68:3, 68:12, 68:17, 69:2, 69:5, 70:19, 71:1, 73:1, 73:12, 92:11, 92:13, 98:15

**6**

**6** [5] - 60:18, 60:23, 61:16, 76:9, 100:22
**6.0** [1] - 75:4
**6.5** [1] - 61:4
**6.84** [2] - 58:17, 74:14
**6.87** [1] - 65:6
**60611** [2] - 3:14, 4:18
**650** [1] - 3:22
**650-328-4600** [4] - 3:20, 4:10, 4:22, 5:6
**660** [2] - 4:5, 4:13

**7**

**7** [1] - 20:12
**7.5** [1] - 69:22
**7.74** [1] - 75:10
**7.79** [3] - 65:14, 66:2, 66:17
**7/13/18** [1] - 6:23
**714-540-1235** [1] - 3:24
**750** [1] - 67:22
**753** [1] - 102:8
**774** [3] - 65:14, 66:2, 66:18
**782** [1] - 75:11
**7953** [2] - 1:23, 102:20

**8**

**8** [1] - 62:23
**8.0** [1] - 74:20
**8.05** [1] - 72:24
**8.27** [1] - 69:12
**8.32** [1] - 63:6
**800** [2] - 2:17, 63:3
**819** [2] - 58:17, 74:15
**845** [1] - 74:20

**UNITED STATES DISTRICT COURT**

| | | | | |
|---|---|---|---|---|
| **848** [1] - 65:6<br>**850** [1] - 75:4<br>**856** [1] - 63:6<br>**878** [3] - 65:17, 66:1, 66:17<br>**880** [1] - 66:10<br>**889** [2] - 70:1, 71:22<br>**8:22-cv-01599-JVS-DFM** [1] - 1:7<br>**8:36** [2] - 1:17, 9:2<br>**8:40** [1] - 11:4 | 20:22, 21:5<br>**actual** [1] - 44:24<br>**add** [3] - 30:22, 46:4, 46:10<br>**adding** [2] - 33:6, 67:25<br>**additional** [5] - 12:19, 67:25, 83:15, 86:12, 86:14<br>**adjacent** [2] - 27:5, 28:9<br>**admonition** [1] - 100:8<br>**advanced** [2] - 7:6, 12:22 | 36:3, 42:25, 47:2, 86:1, 95:16<br>**analysis** [40] - 19:19, 49:25, 50:13, 51:16, 52:4, 54:2, 54:15, 55:9, 55:18, 56:3, 61:7, 61:25, 63:18, 64:5, 64:6, 65:21, 67:2, 68:4, 68:5, 73:15, 75:15, 76:8, 77:25, 78:4, 79:12, 79:18, 80:1, 80:23, 81:3, 81:5, 94:20, 96:16, 98:4, 98:14, 98:16, 98:22, 98:24, 99:7, 99:13, 99:19 | **applied** [6] - 22:5, 44:5, 44:15, 45:6, 45:7, 45:12<br>**apply** [7] - 19:18, 45:17, 45:24, 46:14, 46:16, 46:23, 90:19<br>**approach** [1] - 13:15<br>**approaches** [2] - 91:7, 91:14<br>**appropriate** [5] - 63:11, 70:23, 77:21, 78:25, 91:2<br>**approximate** [1] - 91:16 | 77:22, 79:9, 80:20, 97:23, 98:11, 98:20, 98:21, 99:3, 99:5, 99:11, 99:12, 99:15, 99:24<br>**barrier** [1] - 25:9<br>**based** [15] - 6:22, 31:4, 40:18, 56:10, 61:25, 65:21, 73:11, 73:15, 74:24, 75:15, 77:25, 79:12, 80:23, 96:16 |

**9**

| | | | | |
|---|---|---|---|---|
| **9.42** [1] - 70:1<br>**9/9/19** [1] - 6:16<br>**90025** [6] - 2:6, 2:10, 2:14, 2:22, 3:6, 3:10<br>**92626** [1] - 3:23<br>**92660** [2] - 4:6, 4:14<br>**92701** [1] - 1:25<br>**94025** [3] - 3:19, 4:10, 4:21<br>**94025-1008** [1] - 5:5<br>**942** [1] - 71:23<br>**949-725-4000** [1] - 4:14<br>**949-725-4278** [1] - 4:7<br>**950** [1] - 69:22<br>**953** [1] - 69:12<br>**9:03** [1] - 11:4 | **advice** [1] - 17:14<br>**aerial** [1] - 30:20<br>**affect** [1] - 23:20<br>**affected** [1] - 87:5<br>**agree** [3] - 60:7, 70:8, 70:10<br>**agreed** [5] - 50:22, 50:24, 77:21, 80:18, 85:14<br>**agreement** [1] - 50:24<br>**Ahmad** [1] - 9:18<br>**AICHELE** [1] - 2:16<br>**Aichele** [1] - 9:13<br>**al** [3] - 6:17, 6:21, 7:11<br>**aligned** [2] - 24:3, 35:17<br>**allow** [1] - 42:17<br>**allows** [5] - 23:24, 35:13, 35:16, 85:15, 85:17<br>**Alloy** [1] - 7:23<br>**alloy** [30] - 56:25, 57:21, 58:1, 58:5, 58:10, 59:13, 60:14, 60:18, 62:21, 62:24, 62:25, 64:9, 64:24, 65:16, 65:17, 66:1, 66:5, 66:7, 66:8, 66:17, 69:8, 69:21, 70:1, 71:20, 71:22, 74:14, 74:19, 75:3, 75:10<br>**alloys** [7] - 12:7, 33:15, 53:5, 59:8, 78:18, 87:15, 87:22<br>**ALSO** [1] - 5:8<br>**alternatives** [3] - 20:19, 20:21, 21:5<br>**amazing** [1] - 67:16<br>**amorphous** [1] - 22:21<br>**amounts** [1] - 59:12<br>**ANA** [3] - 1:18, 1:25, 9:1<br>**analogy** [9] - 32:12, 33:2, 33:8, 34:15, | **AND** [5] - 3:3, 3:17, 4:3, 4:16, 5:3<br>**and..** [1] - 95:5<br>**andy** [1] - 5:10<br>**ANGELES** [1] - 102:3<br>**Angeles** [6] - 2:6, 2:10, 2:14, 2:22, 3:6, 3:10<br>**animation** [6] - 23:16, 23:23, 32:4, 85:6, 87:2, 95:6<br>**Anisotrophy** [1] - 6:18<br>**anisotropies** [2] - 33:20, 46:22<br>**anisotropy** [55] - 24:7, 24:10, 24:16, 25:13, 25:14, 28:21, 30:6, 30:25, 31:24, 31:25, 32:1, 32:13, 32:21, 33:16, 35:8, 35:9, 36:11, 36:15, 36:17, 36:19, 36:24, 37:8, 37:10, 39:25, 45:21, 48:16, 48:21, 56:15, 57:16, 58:5, 60:1, 62:5, 63:10, 63:16, 64:20, 66:20, 66:24, 69:4, 71:23, 73:12, 73:18, 75:13, 75:17, 75:20, 77:23, 78:2, 79:10, 79:15, 81:1, 86:6, 87:14, 87:17, 91:7<br>**answered** [2] - 60:2, 60:6<br>**apart** [2] - 36:7, 54:10<br>**apologies** [2] - 30:1, 52:24<br>**apologize** [3] - 15:18, 66:4, 78:19<br>**appearances** [1] - 9:9<br>**APPEARANCES** [4] - 2:1, 3:1, 4:1, 5:1<br>**applications** [1] - 6:23 | **approximating** [1] - 91:13<br>**area** [1] - 18:6<br>**areal** [13] - 12:23, 15:6, 15:10, 16:6, 17:5, 24:24, 25:3, 27:2, 29:6, 31:3, 33:7, 68:1<br>**argument** [1] - 10:4<br>**arrows** [1] - 23:17<br>**art** [2] - 33:17, 81:7<br>**aspects** [2] - 28:19, 30:3<br>**assist** [3] - 40:4, 40:8, 95:1<br>**assists** [2] - 90:4, 95:7<br>**AT** [4] - 2:20, 4:9, 4:16, 4:20<br>**attempts** [3] - 29:19, 31:6, 31:12<br>**ATTORNEY** [4] - 2:20, 4:9, 4:16, 4:20<br>**August** [1] - 5:9<br>**AUGUST** [7] - 2:4, 2:8, 2:12, 2:16, 2:20, 3:4, 3:8<br>**Avenue** [3] - 2:17, 3:13, 4:17<br>**average** [14] - 34:12, 46:3, 46:10, 72:20, 76:4, 76:6, 76:23, 96:7, 96:8, 96:13, 96:14, 97:15, 97:17, 99:20<br>**avoid** [1] - 10:1<br>**axis** [1] - 59:16 | **Beach** [2] - 4:6, 4:14<br>**became** [1] - 25:14<br>**becoming** [1] - 96:1<br>**below** [2] - 85:2, 90:1<br>**benefits** [7] - 14:11, 20:13, 20:15, 20:20, 20:22, 21:3, 21:5<br>**Bergman** [1] - 10:23<br>**better** [1] - 28:10<br>**between** [19] - 12:21, 25:12, 33:12, 34:10, 34:15, 36:2, 36:4, 42:22, 42:24, 46:19, 47:22, 48:3, 48:6, 65:23, 68:25, 85:14, 88:4, 88:10, 88:12<br>**beyond** [2] - 25:9, 52:16<br>**big** [2] - 32:14, 36:6<br>**bigger** [1] - 32:16<br>**biggest** [3] - 15:7, 17:4, 32:17<br>**bilayer** [1] - 33:17<br>**billion** [2] - 45:10, 45:11<br>**billionth** [1] - 45:3<br>**binder** [3] - 49:14, 51:9, 51:24<br>**binders** [1] - 13:16<br>**bit** [9] - 15:20, 26:15, 27:20, 45:25, 51:14, 71:5, 73:3, 89:1, 89:3<br>**bits** [8] - 23:7, 23:8, 23:9, 23:19, 24:21, 25:23, 27:5, 86:20<br>**bitty** [1] - 33:3<br>**black** [2] - 42:10, 82:11<br>**bledahl@raklaw. com** [1] - 2:11<br>**blow** [1] - 71:5<br>**blue** [8] - 42:15, 57:9, 74:2, 76:21, 76:22, 83:3, 94:10<br>**bottom** [39] - 22:8, 22:9, 22:12, 22:14, 28:11, 28:22, 30:7, |

**A**

| | |
|---|---|
| **A.M** [2] - 1:17, 9:2<br>**a.m** [4] - 11:4, 49:9<br>**ability** [2] - 90:14, 95:24<br>**able** [8] - 11:23, 35:2, 59:2, 59:4, 67:18, 78:17, 79:2, 80:9<br>**above-entitled** [1] - 102:11<br>**abstract** [1] - 37:19<br>**accomplishments** [3] - 15:8, 16:5, 17:4<br>**accurate** [1] - 10:14<br>**accused** [31] - 11:16, 12:7, 14:10, 48:23, 49:13, 49:17, 50:21, 52:13, 56:12, 56:13, 76:25, 81:19, 81:22, 82:4, 82:10, 82:15, 83:1, 83:8, 83:24, 84:22, 86:21, 87:8, 87:16, 88:1, 88:6, 89:9, 90:10, 93:25, 94:8, 95:3, 100:1<br>**Acharya** [1] - 8:11<br>**achieve** [3] - 20:20, | |

**B**

| | |
|---|---|
| **bachelor's** [2] - 14:19, 81:9<br>**background** [2] - 14:18, 16:21<br>**BALI** [1] - 4:5<br>**bar** [18] - 63:9, 63:12, 66:19, 73:11, 75:12, | |

31:25, 32:3, 32:22, 33:11, 42:11, 48:22, 56:16, 59:14, 59:15, 63:17, 66:25, 73:19, 75:18, 76:12, 78:3, 78:7, 78:9, 79:16, 81:2, 82:11, 83:11, 85:3, 86:2, 87:5, 87:7, 88:11, 88:22, 89:1, 90:1, 90:5, 93:24, 95:10

**bottommost** [1] - 89:2
**Boulevard** [6] - 2:5, 2:9, 2:13, 2:21, 3:5, 3:9
**bound** [4] - 46:24, 47:5, 96:20, 96:21
**box** [18] - 42:10, 42:15, 43:13, 43:20, 43:21, 47:17, 48:3, 48:4, 57:9, 64:15, 74:2, 82:11, 83:3, 84:25, 86:25, 94:9, 94:10
**boxes** [3] - 43:10, 48:19, 95:4
**branded** [2] - 49:18, 49:23
**break** [7] - 31:14, 35:21, 49:1, 49:2, 49:4, 49:6, 100:6
**Brian** [1] - 9:12
**BRIAN** [1] - 2:8
**brief** [5] - 17:3, 21:23, 22:25, 25:17, 41:23
**briefly** [8] - 9:21, 9:25, 14:7, 14:17, 23:14, 24:8, 25:24, 66:4
**broke** [2] - 24:23, 24:24
**broken** [2] - 38:13, 81:16
**BUCZKO** [1] - 2:12
**Buczko** [1] - 9:13
**build** [1] - 68:7
**BY** [32] - 2:8, 2:16, 3:8, 3:12, 3:18, 3:22, 4:5, 4:9, 4:12, 4:16, 4:20, 5:4, 6:7, 13:24, 14:16, 15:23, 17:24, 18:8, 27:25, 39:15, 50:7, 50:20, 51:23, 52:11, 53:15, 53:22, 54:9, 54:22, 55:6, 55:15, 55:25, 56:9

## C

**CA** [1] - 1:25
**calculate** [3] - 61:23,

65:2, 65:11
**calculating** [1] - 93:5
**calculation** [1] - 98:7
**CALIFORNIA** [4] - 1:2, 1:18, 9:1, 102:4
**California** [15] - 2:6, 2:10, 2:14, 2:22, 3:6, 3:10, 3:19, 3:23, 4:6, 4:10, 4:14, 4:21, 5:5, 15:2, 102:7
**CALLED** [1] - 6:7
**candidly** [1] - 10:1
**cannot** [1] - 10:5
**cap** [2] - 86:7, 86:13
**capability** [1] - 30:20
**capacities** [1] - 16:8
**capacity** [2] - 20:16, 67:22
**CARLSON** [2] - 4:4, 4:12
**Carnegie** [2] - 14:21, 14:22
**case** [17] - 18:10, 18:18, 18:20, 18:22, 19:8, 19:10, 19:15, 20:4, 21:7, 28:8, 47:15, 54:18, 60:21, 66:16, 76:17, 100:8, 100:9
**Case** [1] - 1:6
**categories** [1] - 50:23
**Center** [3] - 3:22, 4:5, 4:13
**centers** [1] - 22:20
**Central** [1] - 102:7
**CENTRAL** [1] - 1:2
**CERTIFICATE** [1] - 102:1
**Certified** [1] - 1:5
**certify** [1] - 102:7
**Chaaru** [1] - 9:18
**chaaru.deb@lw.com** [1] - 4:11
**CHAARUSHENA** [1] - 4:9
**challenge** [1] - 72:13
**challenged** [1] - 72:11
**Challenges** [1] - 6:16
**CHAN** [8] - 2:20, 11:9, 11:19, 12:2, 12:10, 12:15, 13:3, 13:11
**Chan** [1] - 9:13
**Chang** [5] - 6:7, 9:12, 13:13, 13:22, 49:10
**CHANG** [47] - 3:12, 13:12, 13:15, 13:24, 14:15, 14:16, 15:23, 17:20, 17:24, 18:3, 18:8, 27:25, 38:17, 39:13, 39:15, 48:25,

49:3, 49:5, 49:11, 49:12, 50:2, 50:7, 50:15, 50:20, 51:18, 51:23, 52:6, 52:11, 53:10, 53:15, 53:18, 53:22, 54:4, 54:9, 54:17, 54:22, 55:2, 55:6, 55:11, 55:15, 55:20, 55:25, 56:5, 56:9, 100:4, 100:11, 100:15
**change** [10] - 24:11, 24:15, 29:10, 36:19, 36:24, 37:2, 37:9, 44:4, 44:6, 73:1
**changes** [3] - 29:12, 29:25, 37:2
**changing** [1] - 37:14
**Characterization** [1] - 7:23
**chart** [13] - 63:9, 63:12, 75:12, 79:9, 80:20, 98:11, 98:21, 99:3, 99:5, 99:11, 99:12, 99:15, 99:24
**charts** [5] - 66:19, 73:11, 77:22, 97:23, 98:20
**check** [2] - 82:6, 82:7
**chemistry** [1] - 81:11
**Chicago** [2] - 3:14, 4:18
**chief** [1] - 17:2
**chose** [1] - 71:13
**Chris** [1] - 5:10
**Christian** [2] - 12:3, 12:8
**CHRISTIAN** [1] - 6:5
**chrome** [1] - 33:15
**chromium** [8] - 59:9, 59:13, 59:16, 60:12, 60:19, 61:12, 87:14
**Claim** [4] - 38:12, 38:15, 39:11, 81:15
**claim** [15] - 19:18, 39:3, 39:4, 39:6, 39:9, 39:20, 40:2, 40:10, 41:9, 41:23, 48:7, 81:16, 86:11, 86:12, 96:23
**claims** [17] - 19:17, 30:15, 35:10, 38:1, 38:8, 38:10, 38:14, 72:14, 72:16, 73:5, 75:21, 75:22, 75:24, 86:11, 86:16, 87:19, 89:23
**Claims** [2] - 20:11, 20:12
**close** [2] - 28:13,

65:23
**closely** [1] - 16:3
**closest** [1] - 60:19
**cloud** [3] - 22:20, 22:21, 22:23
**cobalt** [3] - 33:15, 59:9, 87:14
**cobalt-chrome-platinum** [1] - 33:15
**cobalt-platinum-chromium** [1] - 87:14
**code** [1] - 49:22
**Code** [1] - 102:8
**coercive** [85] - 24:14, 24:15, 26:21, 26:22, 29:23, 34:12, 34:16, 34:22, 35:11, 39:21, 43:18, 43:22, 43:24, 43:25, 44:4, 44:6, 44:14, 44:18, 44:19, 45:8, 45:12, 45:15, 45:16, 45:17, 45:20, 46:20, 46:25, 47:3, 47:6, 47:12, 47:14, 57:16, 64:20, 69:5, 72:17, 72:18, 72:21, 73:2, 74:20, 75:4, 75:11, 75:25, 76:1, 76:3, 76:4, 76:18, 76:22, 76:24, 76:25, 77:2, 77:3, 78:25, 88:20, 90:7, 90:15, 90:21, 90:23, 91:3, 91:19, 92:4, 92:12, 92:14, 92:22, 92:25, 93:5, 93:10, 93:18, 94:1, 94:3, 95:18, 96:3, 96:20, 96:25, 97:2, 97:10, 97:20, 98:1, 98:2, 98:6, 98:13
**coercivity** [12] - 26:19, 26:21, 26:24, 35:11, 70:1, 73:9, 74:15, 74:20, 91:7, 91:13, 91:17, 97:17
**CoFe** [1] - 6:22
**collection** [1] - 59:7
**collectively** [1] - 11:7
**color** [1] - 76:21
**colored** [1] - 88:22
**coming** [1] - 23:18
**common** [1] - 42:21
**commonly** [2] - 42:19, 87:22
**companies** [2] - 16:2, 17:7
**company** [6] - 15:6, 15:16, 15:17, 15:24,

16:21, 19:4
**compare** [5] - 98:9, 98:18, 99:1, 99:9, 99:22
**compared** [4] - 35:5, 45:9, 61:2, 76:24
**comparison** [1] - 53:25
**compensated** [1] - 18:9
**compensation** [2] - 18:17, 18:19
**competitive** [1] - 20:18
**completely** [1] - 27:12
**completing** [1] - 79:23
**component** [2] - 17:15, 22:2
**components** [5] - 21:24, 22:3, 29:12, 29:17, 41:14
**composite** [1] - 7:6
**Composite** [1] - 7:13
**composition** [3] - 56:25, 60:11, 68:10
**Composition** [1] - 7:21
**compositions** [1] - 59:9
**comprises** [1] - 48:15
**comprising** [10] - 38:20, 39:1, 39:2, 39:5, 40:2, 40:10, 42:3, 42:6, 81:21, 86:12
**computer** [1] - 22:19
**computers** [1] - 22:18
**concepts** [1] - 31:9
**conclude** [8] - 20:8, 56:11, 63:13, 73:15, 75:15, 77:25, 79:12, 80:23
**concluded** [9] - 20:9, 20:10, 20:15, 56:13, 63:15, 66:22, 66:23, 73:16, 101:3
**conclusion** [5] - 20:13, 56:18, 82:14, 83:5, 85:25
**conclusions** [1] - 73:1
**Conference** [2] - 26:8, 102:12
**conferences** [1] - 19:12
**Config** [1] - 7:17
**configure** [1] - 95:14
**confine** [1] - 27:19
**confirm** [13] - 10:3, 10:12, 52:18, 61:25, 80:11, 91:10, 91:24,

92:8, 92:18, 93:2, 93:14, 93:21, 93:22
**confirmation** [1] - 82:3
**confirmed** [25] - 63:18, 70:21, 71:22, 77:18, 77:20, 79:7, 80:13, 82:15, 83:8, 84:3, 88:25, 91:11, 91:25, 92:1, 92:9, 92:19, 93:7, 93:8, 93:15, 93:22, 94:21, 95:16
**confirming** [7] - 79:5, 85:11, 88:21, 89:25, 91:2, 94:19, 95:11
**confirms** [1] - 86:2
**conformance** [1] - 102:12
**connected** [1] - 26:3
**conservative** [2] - 61:5, 61:6
**consistent** [2] - 71:13, 76:17
**consistently** [1] - 76:16
**consists** [1] - 28:20
**constant** [6] - 37:3, 48:16, 58:5, 59:11, 60:1, 71:23
**construction** [8] - 39:23, 82:21, 84:10, 84:13, 84:16, 86:19, 90:12, 95:22
**constructions** [2] - 19:17, 19:18
**construe** [3] - 86:18, 94:24, 95:21
**consultant** [4] - 17:12, 17:13, 18:15, 19:3
**contact** [2] - 35:21, 35:25
**contain** [3] - 67:18, 82:4, 82:16
**content** [1] - 60:21
**contents** [1] - 59:16
**context** [3] - 11:12, 12:4, 12:19
**Continued** [5] - 3:1, 4:1, 5:1, 7:1, 8:1
**conventional** [1] - 25:20
**convert** [2] - 58:20, 58:22
**CoPt** [1] - 6:22
**CoPt-based** [1] - 6:22
**CoPtCr/Ru** [1] - 6:18
**corporate** [2] - 5:9, 72:2
**correct** [18] - 27:21,

28:2, 29:18, 41:15, 45:5, 47:7, 48:9, 76:6, 77:16, 79:6, 79:7, 89:20, 89:22, 94:2, 94:5, 95:20, 96:11, 102:9
**correlate** [1] - 67:13
**correlates** [1] - 67:11
**corresponding** [2] - 49:18, 50:11
**cost** [1] - 29:11
**cost-effective** [1] - 29:11
**Costa** [1] - 3:23
**COUNSEL** [4] - 2:1, 3:1, 4:1, 5:1
**counsel** [1] - 9:9
**Counterclaim** [2] - 1:6, 1:10
**COUNTERCLAIM** [5] - 2:3, 3:3, 3:17, 4:3, 5:3
**COUNTY** [1] - 102:3
**couple** [2] - 31:9, 52:23
**coupled** [23] - 26:3, 32:7, 33:25, 34:5, 40:13, 40:24, 41:7, 41:10, 41:11, 41:13, 41:18, 43:6, 43:13, 46:14, 46:21, 47:25, 48:8, 84:8, 84:12, 84:15, 84:17, 85:5, 95:14
**coupling** [16] - 35:14, 35:20, 35:21, 35:24, 36:1, 36:2, 43:11, 46:18, 47:1, 48:3, 85:1, 85:14, 85:16, 85:22, 95:2
**course** [7] - 10:9, 19:11, 19:17, 26:1, 70:12, 81:13, 94:4
**coursework** [1] - 81:11
**COURT** [45] - 1:1, 1:24, 9:15, 9:19, 9:24, 10:11, 10:14, 10:16, 10:18, 10:24, 11:2, 11:6, 11:8, 11:21, 11:24, 12:13, 13:6, 13:8, 13:17, 13:22, 18:1, 18:4, 27:24, 49:2, 49:4, 49:6, 49:10, 50:5, 50:18, 51:21, 52:9, 53:13, 53:20, 54:7, 54:20, 55:4, 55:13, 55:23, 56:7, 100:6, 100:14, 100:16,

100:20, 101:1, 102:6
**Court** [11] - 82:21, 84:10, 84:11, 84:16, 84:18, 86:18, 94:24, 94:25, 95:21, 102:6, 102:20
**court** [1] - 86:19
**Court's** [4] - 19:17, 19:18, 39:23, 90:12
**COURTROOM** [5] - 9:6, 11:3, 13:18, 49:8, 100:12
**cover** [1] - 30:15
**crazy** [2] - 26:11, 28:12
**cross** [1] - 10:6
**cross-examine** [1] - 10:6
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 102:20
**curve** [5] - 53:25, 59:6, 60:13, 60:16, 60:23
**curves** [2] - 59:12, 59:17
**customers** [1] - 15:11

## D

**D.C** [1] - 2:18
**DALE** [1] - 3:12
**Dale** [2] - 9:12, 13:13
**damages** [2] - 10:9, 12:18
**damping** [1] - 6:22
**darker** [1] - 76:22
**darn** [1] - 45:13
**Data** [1] - 7:22
**data** [55] - 8:9, 22:3, 22:10, 22:20, 22:24, 23:1, 23:9, 23:15, 23:22, 23:25, 24:2, 34:8, 40:1, 40:3, 40:13, 40:20, 40:22, 41:17, 45:1, 53:6, 53:7, 53:24, 54:10, 56:10, 57:21, 57:23, 57:24, 59:3, 59:4, 59:7, 60:7, 62:16, 65:3, 65:8, 65:12, 65:18, 65:19, 65:25, 69:7, 69:14, 69:24, 69:25, 70:4, 71:16, 71:21, 74:22, 75:6, 77:15, 77:16, 79:3, 80:9, 88:25, 89:22, 92:6, 92:16
**Date** [1] - 102:15
**date** [5] - 21:11, 21:12, 21:13, 21:14
**daughter** [1] - 14:6

**daughters** [1] - 14:4
**DAY** [1] - 1:10
**days** [1] - 25:1
**dchang@raklaw. com** [1] - 3:15
**DCM** [6] - 7:18, 49:22, 56:23, 64:8, 68:8, 80:8
**DCMs** [3] - 49:21, 50:11, 50:22
**dealing** [1] - 90:18
**DEB** [1] - 4:9
**Deb** [1] - 9:18
**DEBBIE** [3] - 1:23, 102:5, 102:19
**Debbie** [1] - 102:20
**December** [1] - 12:21
**decide** [1] - 18:6
**decoupling** [1] - 31:15
**decrease** [1] - 37:5
**decreasing** [1] - 28:15
**DEFENDANT** [5] - 2:3, 3:3, 3:17, 4:3, 5:3
**defendant** [3] - 100:22, 100:23, 100:25
**Defendant** [2] - 1:6, 1:9
**defendant's** [1] - 5:10
**defense** [1] - 10:5
**defined** [3] - 46:3, 90:16, 96:4
**defines** [1] - 45:16
**degree** [3] - 14:19, 14:21, 81:10
**demagnetized** [2] - 90:15, 96:1
**denoted** [9] - 57:9, 57:12, 60:23, 61:14, 64:15, 74:1, 74:4, 83:3, 84:24
**densities** [1] - 31:3
**density** [13] - 12:23, 15:6, 15:10, 16:6, 17:5, 24:24, 24:25, 25:3, 27:2, 29:7, 30:20, 33:7, 68:1
**depicts** [2] - 99:16, 99:25
**depos** [1] - 100:19
**deposition** [16] - 6:4, 6:5, 6:6, 10:21, 11:11, 11:17, 12:3, 12:8, 12:17, 13:1, 19:25, 56:17, 80:11, 80:13, 82:13, 91:5
**depositions** [2] - 20:1, 20:6
**DEPUTY** [5] - 9:6, 11:3, 13:18, 49:8,

100:12
**Desai** [17] - 6:15, 8:5, 11:23, 71:20, 71:24, 77:20, 79:7, 80:16, 82:3, 82:15, 83:8, 85:14, 88:25, 92:8, 92:9, 92:18, 95:13
**desai** [1] - 91:25
**describe** [1] - 14:17
**described** [2] - 31:4, 38:21
**describes** [1] - 38:5
**description** [2] - 56:24, 68:9
**Design** [2] - 7:20, 8:7
**design** [27] - 11:15, 54:10, 54:25, 55:9, 56:11, 56:12, 62:4, 62:9, 63:18, 67:1, 67:3, 67:17, 67:21, 70:22, 70:23, 71:3, 71:12, 71:16, 76:7, 76:9, 76:13, 78:4, 78:5, 78:19, 79:17, 79:21, 93:2
**designs** [3] - 62:11, 63:22
**determine** [26] - 21:15, 45:14, 57:16, 59:5, 60:8, 61:3, 64:20, 65:9, 65:21, 69:4, 69:16, 69:20, 74:9, 74:24, 77:12, 78:22, 90:10, 90:21, 91:19, 92:12, 92:22, 93:10, 93:18, 97:2, 97:19, 99:20
**determined** [8] - 24:16, 69:18, 72:8, 72:12, 73:12, 75:2, 92:4, 92:14
**determining** [2] - 59:18, 96:2
**developed** [1] - 15:10
**developing** [1] - 15:3
**development** [1] - 16:15
**Developments** [1] - 7:9
**dhinospaan@yahoo. com** [1] - 1:25
**dial** [1] - 27:18
**Diego** [1] - 26:8
**Dieter** [2] - 5:9, 14:9
**difference** [1] - 68:25
**differences** [2] - 34:10, 88:9
**different** [16] - 33:17, 36:22, 37:5, 43:23, 46:4, 50:25, 53:5,

59:9, 59:12, 59:16, 71:2, 77:10, 86:7
**difficult** [1] - 36:5
**Digital** [49] - 1:8, 9:7, 9:17, 10:25, 11:15, 12:5, 12:21, 12:25, 19:22, 20:1, 20:2, 20:15, 20:17, 38:2, 48:23, 49:13, 54:11, 59:22, 63:18, 70:4, 70:13, 71:17, 71:24, 72:11, 72:22, 76:7, 77:19, 79:5, 79:17, 80:12, 82:2, 82:13, 83:4, 83:16, 84:2, 85:11, 85:24, 88:21, 89:25, 91:1, 91:12, 91:24, 93:7, 93:14, 93:15, 93:21, 93:22, 94:19, 95:11
**digital** [1] - 23:9
**Digital's** [5] - 10:6, 20:5, 20:10, 21:1, 37:16
**digitized** [1] - 23:13
**DIRECT** [1] - 13:23
**direct** [3] - 35:20, 35:25, 85:22
**Direct** [1] - 6:7
**direction** [14] - 23:5, 23:19, 23:20, 24:4, 24:11, 24:13, 25:23, 34:3, 36:17, 36:19, 40:1, 41:1, 41:3, 41:19
**directly** [4] - 42:16, 65:9, 94:13, 94:15
**director** [1] - 15:9
**discipline** [1] - 81:11
**discovery** [1] - 20:2
**discuss** [1] - 100:8
**discussed** [5] - 11:20, 12:11, 13:4, 93:6, 96:4
**disk** [35] - 16:22, 17:7, 17:21, 21:20, 22:2, 22:3, 22:9, 22:10, 22:25, 23:3, 23:15, 23:22, 23:25, 26:20, 28:13, 30:21, 30:24, 38:23, 38:25, 39:8, 44:24, 45:1, 50:11, 51:1, 51:4, 56:21, 56:24, 57:4, 57:17, 67:18, 68:8, 68:12, 81:25, 91:12
**disks** [32] - 16:19, 22:16, 22:17, 24:1, 24:4, 29:10, 38:24, 49:18, 49:21, 50:22,

50:25, 51:2, 51:6, 51:14, 52:12, 52:14, 52:18, 52:19, 53:6, 63:13, 72:7, 76:14, 78:13, 79:13, 80:24, 82:16, 88:25, 89:16, 91:18, 92:3, 92:13, 98:4
**distinct** [1] - 41:14
**District** [2] - 102:6, 102:7
**DISTRICT** [3] - 1:1, 1:2, 1:3
**disturbing** [2] - 27:22, 28:1
**divided** [2] - 97:7, 97:14
**division** [1] - 15:2
**DIVISION** [1] - 1:2
**dMS** [1] - 12:2
**document** [8] - 54:25, 55:9, 67:3, 70:20, 76:23, 78:19, 79:21, 80:5
**documents** [18] - 19:25, 20:7, 54:11, 56:11, 62:1, 62:4, 62:10, 63:19, 67:1, 70:22, 70:23, 71:12, 71:16, 76:7, 76:13, 78:4, 78:5, 79:17
**domino** [17] - 32:12, 32:13, 32:15, 32:16, 32:17, 33:2, 33:3, 33:4, 34:14, 34:20, 36:6, 47:2, 86:1, 95:16
**dominos** [10] - 32:13, 34:2, 34:18, 35:5, 35:17, 36:3, 36:4, 36:10, 47:2
**done** [1] - 23:13
**door** [1] - 10:10
**dot** [11] - 30:8, 30:9, 30:12, 42:22, 60:16
**dot-dot-dot** [2] - 30:8, 30:9
**dot-dot-dots** [2] - 30:12, 42:22
**dots** [2] - 30:12, 42:22
**Doug** [1] - 9:16
**doug.lumish@lw. com** [1] - 3:20
**DOUGLAS** [1] - 3:18
**down** [12] - 23:5, 23:6, 24:3, 24:11, 24:12, 25:23, 36:12, 40:1, 41:20, 41:21, 62:15, 85:12
**dozens** [3] - 50:22,

72:8, 72:12
**Dr** [71] - 10:18, 10:23, 11:14, 12:3, 12:4, 12:18, 12:19, 13:4, 13:12, 13:25, 14:9, 14:17, 15:19, 17:16, 17:20, 17:25, 18:9, 19:7, 19:10, 20:23, 21:10, 21:16, 21:18, 24:5, 25:10, 26:7, 28:25, 31:4, 31:11, 35:15, 38:19, 40:14, 49:13, 51:24, 59:7, 59:24, 70:25, 71:20, 71:24, 73:22, 77:20, 79:7, 80:16, 82:3, 82:15, 83:8, 83:17, 84:3, 85:14, 86:2, 88:25, 89:2, 89:5, 89:12, 90:3, 91:4, 91:10, 91:25, 92:8, 92:9, 92:18, 93:2, 94:21, 95:13, 95:15, 100:14, 100:22, 100:24
**draw** [1] - 20:13
**drive** [5] - 15:3, 15:5, 17:21, 20:18, 22:2
**Drive** [7] - 3:19, 3:22, 4:5, 4:9, 4:13, 4:21, 5:5
**drives** [13] - 16:23, 17:8, 20:10, 21:2, 21:20, 22:18, 44:25, 45:1, 48:24, 49:14, 49:23, 50:22, 91:12

## E

**early** [1] - 25:1
**easier** [3] - 29:23, 34:25, 47:2
**easy** [2] - 28:5, 34:23
**Ecl** [1] - 8:9
**ECL** [4] - 63:21, 86:3, 95:17, 96:18
**ECLs** [2] - 30:22, 33:6
**education** [1] - 81:13
**educational** [1] - 14:17
**Edward** [1] - 13:20
**EDWARD** [3] - 6:7, 13:14, 13:20
**effect** [1] - 8:9
**Effect** [1] - 7:12
**effective** [25] - 29:11, 34:12, 34:19, 45:25, 46:1, 46:2, 46:3, 46:8, 72:21, 73:7, 73:9, 76:1, 76:3,

77:2, 90:16, 90:17, 96:5, 96:6, 96:7, 96:12, 97:4, 97:17, 98:1, 98:6
**efficient** [1] - 29:14
**either** [2] - 25:23, 35:20
**electrical** [3] - 14:19, 14:22, 81:10
**element** [8] - 41:5, 42:9, 43:4, 43:5, 82:14, 84:23, 85:25, 94:23
**elements** [7] - 38:14, 39:3, 39:6, 39:8, 41:23, 42:7
**Elements** [1] - 39:14
**emails** [1] - 22:23
**employed** [1] - 17:11
**employee** [1] - 18:24
**employees** [1] - 20:1
**enabled** [1] - 21:3
**encode** [1] - 23:10
**encoding** [1] - 23:6
**end** [1] - 24:10
**energies** [1] - 29:22
**energy** [3] - 24:19, 35:4, 35:6
**engineer** [3] - 11:14, 12:5, 12:20
**engineering** [3] - 14:20, 14:22, 81:10
**enterprise** [2] - 15:11, 17:6
**entire** [2] - 42:4, 81:24
**entitled** [1] - 102:11
**equal** [4] - 60:19, 90:16, 92:1, 96:5
**equals** [10] - 60:13, 60:15, 60:23, 61:12, 61:13, 61:15, 61:16, 91:8, 91:14
**equation** [1] - 46:23
**equivalent** [2] - 71:1, 85:21
**especially** [1] - 17:6
**ESQ** [12] - 2:4, 2:8, 2:12, 2:16, 3:4, 3:8, 3:12, 3:18, 3:22, 4:5, 4:12, 5:4
**essentially** [2] - 42:10, 82:9
**estimate** [2] - 59:25, 61:6
**et** [3] - 6:17, 6:21, 7:11
**Evanston** [1] - 14:20
**evidence** [18] - 11:20, 12:10, 13:4, 50:3, 51:19, 52:7, 53:11, 54:5, 54:18, 55:2,

55:11, 55:21, 56:5, 59:22, 85:24, 87:7, 89:25, 91:1
**EVIDENCE** [3] - 6:14, 7:4, 8:4
**exact** [2] - 38:15, 79:25
**exactly** [2] - 42:8, 47:4
**EXAMINATION** [1] - 13:23
**Examination** [1] - 6:7
**examine** [1] - 10:6
**example** [20] - 31:20, 32:18, 32:20, 32:24, 34:14, 39:13, 42:2, 43:8, 43:9, 43:10, 43:15, 43:20, 44:8, 46:13, 47:9, 48:18, 51:4, 79:20, 86:13, 91:2
**examples** [2] - 36:23, 41:24
**Excel** [4] - 7:17, 7:19, 7:20, 7:22
**excerpt** [2] - 37:19, 38:2
**excerpted** [1] - 59:23
**excerpts** [1] - 87:10
**Exchange** [2] - 7:12, 21:9
**exchange** [24] - 32:7, 35:14, 35:21, 35:24, 41:7, 41:9, 41:11, 43:6, 43:11, 43:13, 46:18, 46:21, 46:24, 47:1, 47:25, 48:8, 84:8, 84:17, 84:20, 85:1, 85:5, 85:16, 85:22
**Exchange-Spring** [1] - 7:12
**exchanged** [2] - 84:14, 95:14
**exclude** [1] - 46:23
**excuse** [3] - 15:18, 49:3, 83:15
**EXHIBIT** [3] - 6:14, 7:4, 8:4
**exhibit** [1] - 11:20
**Exhibit** [15] - 12:1, 12:14, 13:9, 50:6, 50:19, 51:22, 52:10, 53:14, 53:21, 54:8, 54:21, 55:5, 55:14, 55:24, 56:8
**EXHIBITS** [3] - 6:12, 7:2, 8:2
**exhibits** [2] - 12:11, 13:4
**experience** [2] -

81:12, 81:14
**expert** [7] - 11:12, 12:18, 17:21, 18:2, 18:4, 19:4, 20:5
**expertise** [1] - 17:14
**experts** [4] - 10:6, 19:11, 24:10, 72:11
**explain** [20] - 24:7, 25:24, 26:4, 30:3, 31:20, 32:18, 33:1, 35:23, 38:10, 42:1, 43:4, 43:23, 48:13, 54:1, 83:7, 83:23, 86:4, 86:23, 94:7, 97:25
**explained** [1] - 35:15
**explanation** [3] - 25:17, 40:14, 40:18
**exponential** [1] - 37:1
**express** [1] - 18:6
**external** [3] - 22:18, 90:14, 95:25
**extrapolate** [1] - 60:20

**F**

**facing** [1] - 25:2
**fact** [5] - 52:19, 87:8, 88:1, 88:23, 90:1
**factors** [1] - 31:14
**fair** [2] - 19:3, 93:24
**fairly** [3] - 33:19, 46:22
**family** [1] - 59:16
**far** [10] - 25:3, 28:14, 36:7, 39:24, 44:15, 45:6, 60:24, 69:10, 69:16, 70:3
**fashion** [1] - 37:1
**feature** [2] - 27:16, 27:18
**features** [2] - 24:6, 39:4
**Federal** [1] - 102:20
**FEDERAL** [2] - 1:24, 102:5
**felt** [1] - 28:16
**FENSTER** [5] - 2:4, 9:10, 10:20, 15:18, 15:22
**Fenster** [1] - 9:11
**ferromagnetic** [7] - 24:2, 34:5, 34:7, 48:15, 90:14, 95:1, 95:25
**ferromagnetically** [2] - 33:24, 40:24
**ferromagnetism** [1] - 24:1
**field** [117] - 18:2, 18:5, 23:18, 24:14, 24:15,

26:17, 26:21, 26:22, 27:4, 27:10, 27:11, 27:14, 27:18, 27:19, 28:15, 29:23, 31:16, 32:5, 34:12, 34:16, 34:22, 35:11, 39:21, 42:20, 43:18, 43:22, 43:24, 43:25, 44:4, 44:5, 44:6, 44:10, 44:14, 44:15, 44:16, 44:18, 44:19, 44:22, 44:23, 45:2, 45:6, 45:7, 45:8, 45:12, 45:15, 45:16, 45:17, 45:20, 46:20, 46:25, 47:3, 47:6, 47:13, 47:14, 57:16, 58:19, 64:20, 69:5, 72:17, 72:18, 72:21, 73:2, 74:21, 75:4, 75:11, 75:25, 76:1, 76:3, 76:4, 76:18, 76:22, 76:24, 76:25, 77:2, 77:4, 78:25, 87:22, 88:20, 90:7, 90:15, 90:16, 90:21, 90:23, 91:3, 91:8, 91:19, 92:4, 92:12, 92:14, 92:22, 92:25, 93:5, 93:11, 93:18, 94:1, 94:3, 95:18, 96:1, 96:3, 96:20, 96:25, 97:2, 97:4, 97:10, 97:20, 98:1, 98:2, 98:6, 98:13
**figure** [10] - 30:8, 30:9, 33:23, 59:10, 59:11, 59:14, 80:4, 86:2, 86:4, 86:5
**file** [2] - 19:16, 23:12
**filled** [2] - 77:9, 80:9
**filling** [1] - 78:25
**Films** [1] - 6:18
**films** [1] - 6:23
**finally** [2] - 56:1, 80:6
**fine** [2] - 100:6, 100:16
**first** [20] - 15:12, 16:13, 16:14, 20:25, 21:16, 26:6, 26:8, 26:14, 32:6, 47:14, 58:1, 60:10, 85:20, 86:8, 90:7, 91:19, 92:12, 94:1, 94:3, 97:19
**five** [4] - 16:10, 32:20, 43:8, 46:12
**five-layer** [1] - 43:8
**flip** [11] - 24:20, 24:22, 33:4, 34:23, 34:25, 35:1, 35:2, 35:4,

44:13, 44:23, 47:2
**flipped** [1] - 87:6
**flipping** [1] - 35:17
**flips** [2] - 34:3, 44:12
**Floor** [6] - 2:5, 2:9, 2:13, 2:21, 3:9, 3:23
**followed** [3] - 31:24, 82:23, 84:11
**following** [1] - 32:8
**FOR** [5] - 2:3, 3:3, 3:17, 4:3, 5:3
**force** [1] - 32:14
**foregoing** [1] - 102:9
**form** [2] - 37:5, 100:9
**format** [1] - 102:11
**formed** [24] - 10:4, 10:8, 39:21, 42:13, 42:16, 43:18, 47:20, 82:16, 82:19, 82:25, 83:10, 83:18, 83:25, 84:3, 87:12, 94:7, 94:12, 94:13, 94:15, 94:21, 94:22
**former** [1] - 12:20
**forming** [2] - 82:16, 88:16
**forms** [1] - 36:22
**formula** [9] - 45:17, 45:24, 46:14, 47:5, 90:19, 90:22, 91:3, 96:2, 96:16
**forward** [1] - 29:6
**four** [2] - 31:14, 67:4
**frame** [1] - 25:2
**FRENKEL** [4] - 5:4, 11:22, 12:12, 13:7
**Frenkel** [1] - 9:17
**full** [1] - 13:19
**function** [5] - 39:18, 39:20, 40:6, 40:8, 44:7
**functional** [1] - 37:5
**fundamental** [1] - 31:15
**funny** [1] - 24:9
**furthermore** [2] - 26:18, 29:11

**G**

**G1** [17] - 64:16, 65:25, 66:1, 66:15, 68:20, 69:24, 69:25, 70:19, 71:20, 74:4, 75:6, 85:18, 85:20, 87:8, 88:1, 88:22, 92:1
**G1-1** [11] - 57:11, 62:17, 63:4, 66:7, 66:8, 66:9, 66:10, 66:13, 85:15, 85:16

**G1-2** [12] - 57:14, 57:23, 57:24, 58:16, 58:17, 60:10, 61:2, 61:11, 61:21, 66:8, 85:14, 85:15
**G2** [29] - 57:14, 59:2, 59:4, 60:9, 60:17, 60:18, 60:25, 61:1, 61:2, 61:3, 61:8, 61:14, 61:19, 61:21, 64:18, 65:12, 65:13, 65:16, 65:23, 65:24, 69:3, 69:7, 69:8, 74:7, 74:17, 85:17, 85:21, 97:5
**G3** [4] - 65:18, 65:22, 69:7, 69:8
**G4** [10] - 64:18, 64:24, 65:5, 65:6, 65:23, 65:24, 69:7, 69:8, 69:19, 74:17
**G5** [6] - 69:3, 69:14, 69:15, 69:17, 69:21, 74:13
**G6** [5] - 74:7, 74:22, 74:25, 75:3
**gains** [1] - 33:3
**game** [1] - 22:19
**garden** [1] - 27:15
**generally** [2] - 17:18, 17:19
**gentlemen** [3] - 11:6, 49:7, 100:7
**gigabytes** [2] - 67:19, 67:22
**Gilbert** [1] - 6:21
**given** [1] - 11:22
**GmbH** [1] - 9:7
**GMBH** [1] - 1:4
**goal** [3] - 12:23, 15:3, 15:5
**Goldilocks** [1] - 36:9
**GP7** [1] - 78:10
**gradient** [1] - 27:11
**grains** [5] - 23:2, 23:4, 24:6, 24:17, 28:9
**Granular** [1] - 6:18
**Granular-Type** [1] - 6:18
**graph** [2] - 25:19, 45:20
**graphically** [2] - 97:23, 99:5
**graphics** [1] - 81:23
**gray** [1] - 85:1
**grayish** [1] - 23:17
**greater** [20] - 39:21, 43:18, 72:17, 72:18, 72:20, 73:6, 73:8, 73:9, 75:25, 76:1,

88:20, 90:7, 92:2, 92:10, 92:20, 93:3, 93:8, 93:16, 93:23, 94:4
**greatly** [1] - 20:16
**green** [13] - 43:12, 43:20, 48:5, 57:12, 64:15, 68:20, 74:5, 85:2, 86:25, 88:22, 89:17, 94:9, 94:10
**GREGORY** [1] - 5:4
**group** [22] - 15:9, 16:18, 50:23, 51:2, 52:19, 62:11, 68:3, 68:4, 73:20, 78:13, 80:6, 92:25, 93:4, 93:10, 93:13, 98:7, 99:8, 99:14, 99:17, 99:18, 99:20
**Group** [27] - 51:6, 56:20, 56:21, 63:13, 64:4, 67:4, 76:14, 77:7, 78:14, 79:13, 80:6, 80:24, 85:19, 85:20, 91:18, 92:3, 92:11, 92:13, 92:21, 93:17, 97:3, 98:4, 98:14, 98:22, 98:24, 99:6, 99:13
**grouped** [1] - 50:25
**groups** [3] - 50:25, 51:15, 81:24
**GS9** [6] - 77:7, 77:14, 77:23, 78:19, 93:4, 99:6
**GT5** [6] - 78:14, 78:22, 78:23, 79:10, 79:13, 93:10
**guess** [2] - 22:13, 27:15
**guys** [1] - 11:13

**H**

**Hac** [1] - 2:16
**half** [4] - 94:4, 100:23, 100:24, 100:25
**hand** [2] - 13:15, 25:19
**HANLE** [1] - 4:12
**Hanle** [1] - 9:17
**Hard** [1] - 43:21
**hard** [140] - 10:7, 15:3, 15:5, 16:22, 17:7, 17:21, 20:10, 20:18, 21:2, 21:20, 22:16, 22:17, 22:18, 25:21, 26:3, 26:15, 28:11, 28:14, 28:22, 30:7, 31:23, 32:2, 32:9,

32:22, 33:5, 33:10, 33:12, 34:11, 34:13, 34:17, 34:21, 34:23, 35:2, 35:5, 35:7, 39:16, 39:18, 39:23, 40:9, 40:13, 41:3, 41:7, 41:10, 41:12, 42:3, 42:4, 43:12, 43:17, 44:24, 45:1, 47:13, 47:21, 47:25, 48:5, 48:8, 48:21, 48:24, 49:14, 49:23, 50:21, 56:15, 57:5, 57:10, 57:11, 60:11, 62:16, 63:1, 63:16, 64:1, 64:10, 64:14, 64:15, 65:25, 66:1, 66:15, 66:16, 66:25, 67:12, 68:19, 68:20, 68:21, 71:10, 72:14, 72:16, 73:13, 73:18, 74:3, 74:4, 75:17, 75:19, 75:22, 75:24, 76:18, 76:25, 77:4, 78:2, 79:16, 79:24, 81:1, 82:24, 83:17, 84:15, 85:2, 85:13, 86:16, 86:24, 86:25, 87:6, 87:9, 87:12, 87:16, 87:23, 88:2, 88:3, 88:5, 88:10, 88:15, 88:19, 88:23, 89:2, 89:8, 89:12, 89:16, 90:2, 90:7, 91:12, 92:12, 93:18, 93:25, 94:6, 94:9, 94:11, 94:21, 95:1, 95:7, 95:10, 95:19

**hardest** [1] - 35:7
**Hc** [2] - 90:16, 96:5
**HDDs** [8] - 7:14, 7:16, 16:2, 49:18, 50:11, 82:4, 82:15, 83:9
**head** [10] - 15:9, 15:12, 23:14, 23:17, 23:18, 25:22, 28:13, 28:22, 30:6, 79:15
**heads** [3] - 16:1, 22:9
**hear** [7] - 10:18, 26:6, 28:6, 37:24, 40:14, 70:7, 70:16
**heard** [6] - 21:20, 22:11, 23:2, 26:9, 28:25, 38:24
**heat** [1] - 29:23
**held** [1] - 102:10
**help** [6] - 14:12, 15:20, 32:8, 33:9, 33:24, 46:19
**helped** [2] - 27:1,

27:19
**helps** [1] - 33:6
**hereby** [1] - 102:7
**high** [22] - 24:21, 25:14, 28:5, 30:25, 31:2, 33:16, 33:19, 39:25, 64:1, 67:10, 67:11, 70:15, 71:8, 76:11, 78:6, 78:7, 78:8, 79:23, 86:10
**High** [1] - 6:17
**higher** [13] - 31:24, 44:14, 45:7, 45:8, 62:5, 71:7, 71:8, 75:1, 76:22, 79:22
**highest** [7] - 31:25, 35:8, 35:9, 71:11, 72:15, 75:20, 87:19
**highlighted** [10] - 43:21, 48:6, 60:12, 60:19, 61:12, 61:14, 81:24, 82:12, 83:3, 84:25
**himself** [1] - 91:10
**HINO** [3] - 1:23, 102:5, 102:19
**Hino** [1] - 102:20
**HINO-SPAAN** [3] - 1:23, 102:5, 102:19
**Hino-Spaan** [1] - 102:20
**history** [1] - 19:16
**hit** [2] - 36:7, 67:7
**Hk** [8] - 58:12, 58:14, 62:8, 62:10, 91:8, 91:14, 91:16, 97:5
**Hn** [25] - 47:13, 47:15, 72:19, 72:21, 73:10, 77:2, 95:18, 96:20, 96:22, 96:23, 96:24, 97:3, 97:17, 97:21, 98:2, 98:3, 98:7, 98:13, 98:16, 98:24, 99:8, 99:14, 99:20, 99:21, 100:1
**hold** [1] - 23:25
**Honor** [40] - 9:10, 9:16, 9:22, 9:25, 10:3, 10:15, 10:17, 10:20, 11:1, 11:9, 11:22, 12:12, 12:15, 13:3, 13:7, 13:11, 13:12, 13:15, 15:18, 17:20, 17:23, 48:25, 49:11, 50:2, 50:4, 50:15, 51:18, 51:20, 52:6, 53:10, 53:18, 53:19, 54:4, 54:18, 54:19, 55:2, 55:20, 100:4, 100:11,

100:18
**HONORABLE** [1] - 1:3
**hose** [1] - 27:15
**host** [102] - 26:2, 26:14, 28:21, 30:5, 30:14, 31:18, 31:21, 31:23, 32:2, 32:19, 32:21, 32:24, 33:10, 33:12, 33:17, 34:7, 34:10, 34:13, 34:16, 34:19, 34:23, 34:25, 35:3, 35:5, 35:12, 36:12, 36:13, 40:6, 40:7, 40:11, 40:12, 40:19, 41:1, 41:2, 41:11, 41:16, 41:18, 43:9, 43:11, 46:12, 47:6, 47:12, 47:16, 47:20, 47:23, 48:4, 48:7, 48:20, 56:14, 57:5, 57:13, 57:14, 62:13, 63:16, 63:23, 63:24, 63:25, 64:11, 64:17, 64:18, 66:24, 67:14, 68:7, 69:2, 69:3, 71:4, 72:19, 72:21, 73:10, 73:13, 73:17, 74:6, 75:16, 76:2, 76:3, 76:5, 76:24, 77:3, 77:11, 78:1, 78:8, 79:14, 79:23, 80:25, 84:14, 84:19, 84:24, 85:12, 86:9, 87:4, 88:10, 88:17, 90:1, 94:23, 95:3, 95:5, 95:7, 95:19, 96:10, 96:11, 96:15, 96:20
**hosts** [2] - 31:1, 74:7
**hour** [3] - 18:13, 100:15
**Hs** [28] - 39:21, 43:18, 47:15, 72:17, 72:18, 77:3, 90:7, 92:12, 93:11, 94:1, 96:24, 97:20, 97:21, 98:2, 98:3, 98:9, 98:10, 98:13, 98:18, 98:19, 99:1, 99:2, 99:9, 99:10, 99:15, 99:22, 99:23, 100:2
**huge** [1] - 25:5
**hundreds** [1] - 50:21
**HYUK** [1] - 3:22

## I

**IBM** [9] - 14:25, 15:3, 15:5, 15:8, 15:13, 15:14, 15:15, 15:16,

24:23
**idea** [1] - 46:9
**identified** [7] - 49:21, 49:22, 57:1, 57:4, 64:10, 86:24, 95:4
**identify** [1] - 73:25
**identifying** [1] - 89:16
**IEEE** [1] - 6:19
**Ikeda** [8] - 8:13, 83:17, 84:3, 86:2, 89:2, 89:12, 94:21, 95:15
**Ikeda's** [1] - 89:5
**Illinois** [3] - 3:14, 4:18, 14:20
**illustrates** [2] - 86:3, 95:16
**impact** [1] - 10:8
**impartial** [1] - 19:3
**implemented** [1] - 29:14
**impossible** [1] - 25:15
**improve** [2] - 30:19, 95:15
**improved** [2] - 25:24, 28:8
**improvements** [1] - 31:13
**improving** [3] - 27:11, 28:7, 30:24
**IN** [3] - 6:13, 7:4, 8:4
**INC** [1] - 1:8
**Inc** [1] - 9:8
**include** [5] - 42:6, 49:23, 83:9, 86:12, 86:14
**includes** [1] - 94:25
**including** [3] - 43:7, 84:9, 84:14
**increase** [23] - 15:6, 27:2, 28:21, 29:22, 30:6, 32:1, 32:21, 33:7, 36:11, 36:12, 36:14, 37:7, 37:10, 48:21, 56:14, 62:15, 63:16, 66:24, 73:18, 76:16, 78:2, 80:2, 81:1
**increased** [2] - 67:22, 68:1
**increases** [2] - 20:16, 24:18
**increasing** [7] - 29:6, 36:25, 48:16, 67:23, 75:17, 79:15
**indeed** [3] - 89:24, 92:19, 93:15
**independent** [5] - 15:25, 16:3, 17:12, 18:15, 19:3
**indicate** [2] - 42:23,

71:12
**indicated** [1] - 87:25
**indicates** [1] - 71:10
**indirectly** [1] - 94:22
**individual** [3] - 23:4, 41:23, 46:9
**industry** [6] - 17:15, 25:2, 25:7, 28:12, 59:19, 59:20
**influence** [1] - 85:15
**Info** [1] - 7:18
**information** [4] - 19:21, 20:8, 86:20, 90:2
**infringe** [5] - 20:11, 39:11, 51:3, 51:7, 51:8
**infringed** [3] - 14:10, 51:2, 73:16
**infringement** [6] - 20:14, 21:2, 21:3, 52:4, 81:3, 81:5
**infringes** [1] - 51:4
**Instagram** [1] - 22:23
**instance** [3] - 16:4, 40:4, 63:21
**instead** [1] - 72:24
**integrate** [1] - 16:2
**interact** [11] - 25:22, 32:6, 32:7, 32:11, 35:13, 44:22, 84:20, 85:7, 85:12, 85:17, 85:22
**interaction** [1] - 95:12
**interacts** [2] - 85:9, 95:9
**interfering** [2] - 27:4, 28:9
**Intermag** [1] - 26:8
**interrupt** [1] - 15:22
**intersected** [1] - 60:15
**intersection** [3] - 60:22, 61:13, 61:15
**intervening** [4] - 42:17, 42:18, 43:11, 94:17
**introduce** [1] - 14:2
**introduced** [1] - 15:11
**invention** [30] - 14:9, 14:10, 20:20, 20:22, 21:4, 21:15, 21:17, 25:10, 25:21, 25:24, 26:1, 26:4, 26:6, 26:9, 27:1, 27:3, 27:19, 28:19, 28:20, 28:25, 29:15, 30:4, 31:18, 37:23, 38:1, 38:5, 38:9, 40:14, 40:19, 67:23
**inventions** [3] - 20:16,

20:17, 31:4
**inventor** [1] - 21:10
**investigate** [1] - 29:3
**involved** [1] - 29:25
**issues** [2] - 10:6, 100:9
**IT** [2] - 5:10, 5:10
**Item** [1] - 9:6
**itself** [1] - 71:17

## J

**JACOB** [1] - 2:12
**Jacob** [1] - 9:13
**JAMES** [1] - 1:3
**jbuczko@raklaw. com** [1] - 2:15
**JEFFREY** [1] - 6:4
**Jeffrey** [2] - 11:11, 11:17
**jet** [1] - 27:18
**Jose** [1] - 15:2
**Joseph** [1] - 9:18
**JOSEPH** [1] - 3:22
**joseph.lee@lw.com** [1] - 3:24
**JUDGE** [1] - 1:3
**Judicial** [1] - 102:12
**JULY** [2] - 1:16, 9:1
**July** [1] - 102:15
**June** [2] - 12:21, 21:12
**jury** [10] - 9:5, 11:5, 11:7, 14:2, 14:13, 35:23, 41:22, 43:5, 90:22, 100:13
**JURY** [1] - 1:15
**JX-2013** [4] - 7:14, 49:14, 50:2, 50:6
**JX-2014** [3] - 7:16, 50:8, 50:19
**JX-2015** [5] - 7:20, 52:21, 53:7, 53:10, 53:14
**JX-2018** [3] - 7:5, 13:5, 13:9
**JX-2025** [3] - 6:17, 12:11, 12:14
**JX-2026** [4] - 8:5, 54:13, 54:21, 77:5
**JX-2027** [5] - 7:23, 53:23, 54:4, 54:8, 65:3
**JX-2028** [6] - 7:22, 52:24, 53:16, 53:18, 53:21, 57:2
**JX-2032** [5] - 8:7, 54:23, 55:5, 78:20, 80:4
**JX-2034** [5] - 8:13, 56:1, 56:5, 56:8,

64:2
**JX-2036** [3] - 6:21, 12:11, 12:14
**JX-2038** [3] - 6:15, 11:20, 12:1
**JX-2039** [6] - 7:17, 51:9, 51:11, 51:18, 51:22, 68:15
**JX-2057** [3] - 7:9, 13:5, 13:9
**JX-2063** [3] - 7:11, 13:5, 13:10
**JX-2082** [3] - 8:9, 55:7, 55:14

## K

**K(z** [2] - 36:16, 36:22
**KABAT** [7] - 2:4, 2:8, 2:12, 2:16, 2:20, 3:4, 3:8
**Kabat** [1] - 5:9
**keep** [1] - 29:6
**keeps** [1] - 30:24
**key** [2] - 28:18, 30:3
**kind** [12] - 15:17, 15:24, 16:21, 24:19, 25:3, 32:23, 36:16, 38:13, 47:5, 68:13, 86:6, 89:9
**kinds** [1] - 29:22
**knock** [2] - 32:16, 32:17
**knocking** [1] - 34:2
**knowing** [2] - 29:4, 65:11
**knowledge** [1] - 72:13
**known** [1] - 26:24
**Komag** [1] - 16:4
**Kroeger** [2] - 9:12, 100:21
**KROEGER** [3] - 3:4, 100:18, 100:21
**Ku** [7] - 7:21, 58:3, 58:4, 58:5, 62:22, 76:11
**Kumar** [2] - 12:17, 13:1
**KUMAR** [1] - 6:6
**KuV/kT** [1] - 8:9

## L

**lab** [1] - 15:1
**labeled** [2] - 43:20, 78:10
**ladies** [3] - 11:6, 49:7, 100:7
**language** [1] - 38:15
**large** [4] - 22:20,

23:10, 87:13, 87:17
**larger** [1] - 35:12
**largest** [1] - 33:4
**last** [7] - 48:4, 48:12, 65:10, 80:6, 99:17, 99:18
**LATHAM** [7] - 3:12, 3:18, 3:21, 4:8, 4:16, 4:20, 5:4
**LAW** [4] - 2:20, 4:9, 4:16, 4:20
**Lay** [1] - 7:17
**Layer** [1] - 43:21
**layer** [240] - 10:7, 25:22, 26:3, 26:15, 26:16, 28:11, 28:14, 28:22, 30:7, 31:10, 31:20, 31:22, 31:23, 31:24, 31:25, 32:2, 32:6, 32:7, 32:8, 32:9, 32:22, 32:23, 33:5, 33:11, 33:13, 34:11, 34:13, 34:17, 34:21, 34:24, 35:2, 35:5, 35:7, 36:1, 36:13, 39:16, 39:19, 39:24, 40:9, 40:13, 40:25, 41:3, 41:8, 41:10, 41:12, 43:8, 43:12, 43:17, 45:18, 45:19, 45:21, 45:22, 46:5, 46:6, 47:13, 47:21, 47:22, 48:1, 48:3, 48:4, 48:5, 48:8, 48:16, 48:17, 48:22, 51:11, 51:13, 51:16, 52:1, 52:12, 52:15, 56:15, 56:23, 57:5, 57:10, 57:11, 57:14, 57:23, 57:24, 58:16, 58:17, 59:2, 60:25, 61:19, 62:5, 62:13, 62:16, 62:19, 63:1, 63:5, 63:17, 63:22, 63:23, 63:24, 63:25, 64:1, 64:11, 64:14, 64:16, 65:5, 65:6, 65:12, 65:13, 65:16, 65:18, 65:25, 66:1, 66:7, 66:8, 66:9, 66:10, 66:13, 66:15, 66:16, 66:25, 67:6, 67:7, 67:11, 67:12, 67:17, 67:21, 67:25, 68:12, 68:13, 68:19, 68:20, 68:21, 68:22, 69:14, 69:15, 69:17, 69:19, 69:22, 69:24, 69:25, 70:19, 71:9, 71:10, 72:14,

72:16, 73:13, 73:18, 73:22, 74:3, 74:4, 74:13, 74:22, 75:3, 75:6, 75:17, 75:19, 75:23, 75:24, 76:9, 76:25, 77:4, 78:2, 78:8, 79:16, 79:22, 79:24, 81:2, 82:24, 83:11, 83:18, 84:15, 84:21, 85:1, 85:2, 85:3, 85:4, 85:8, 85:9, 85:13, 85:20, 85:21, 85:23, 86:7, 86:8, 86:13, 86:17, 86:19, 87:1, 87:4, 87:6, 87:8, 87:9, 87:12, 88:4, 88:10, 88:16, 88:22, 88:23, 89:1, 89:2, 89:3, 89:8, 89:12, 89:16, 90:1, 90:2, 90:4, 90:5, 90:7, 90:18, 90:20, 92:1, 92:13, 93:19, 93:24, 93:25, 94:7, 94:9, 94:11, 94:21, 95:2, 95:7, 95:8, 95:10, 95:19, 97:1, 97:5, 97:6, 98:2
**layers** [96] - 22:5, 26:2, 30:13, 30:15, 30:18, 30:22, 31:17, 32:10, 32:18, 32:20, 33:6, 33:9, 33:12, 33:16, 34:7, 35:13, 35:21, 35:24, 36:9, 39:4, 40:20, 41:2, 41:17, 42:17, 42:18, 42:24, 43:12, 46:4, 46:9, 46:13, 46:18, 46:21, 46:24, 47:1, 47:16, 48:15, 48:20, 56:24, 57:9, 62:6, 63:10, 63:12, 63:22, 64:8, 64:15, 64:18, 64:21, 66:20, 67:4, 67:13, 68:9, 68:11, 69:3, 69:7, 73:13, 74:7, 74:10, 74:17, 75:13, 76:5, 76:11, 77:10, 77:14, 77:23, 78:7, 79:10, 82:16, 82:24, 83:10, 86:6, 86:12, 86:14, 86:24, 87:6, 87:16, 87:23, 88:1, 88:2, 88:5, 89:18, 89:21, 89:22, 94:17, 95:1, 95:2, 95:9, 95:14, 96:8, 96:9, 96:18, 97:11
**leading** [5] - 16:7,

16:22, 17:6, 17:7, 17:15
**Leading** [1] - 27:23
**learning** [1] - 24:9
**least** [1] - 81:9
**Ledahl** [1] - 9:12
**LEDAHL** [2] - 2:8, 10:17
**Lee** [1] - 9:18
**LEE** [1] - 3:22
**left** [4] - 25:19, 30:8, 58:12, 96:18
**left-hand** [1] - 25:19
**less** [30] - 27:5, 28:9, 35:4, 35:6, 45:4, 45:10, 46:7, 47:15, 61:2, 61:4, 61:21, 61:24, 69:19, 69:22, 69:23, 73:6, 74:25, 75:4, 75:5, 96:24, 96:25, 97:18, 97:21, 98:3, 98:13, 98:16, 98:25, 100:2
**level** [3] - 29:15, 29:20, 31:6
**levels** [6] - 63:10, 66:20, 73:12, 75:13, 77:23, 80:1
**license** [2] - 10:5, 10:9
**light** [2] - 10:3, 42:14
**lighter** [1] - 76:21
**likely** [2] - 27:5, 37:12
**likewise** [1] - 45:7
**limit** [8] - 25:6, 25:7, 25:8, 26:5, 31:15, 98:13
**limitation** [4] - 47:8, 47:18, 47:24, 48:12
**limited** [1] - 31:13
**line** [4] - 60:19, 61:12, 61:13, 61:15
**linear** [2] - 36:25, 37:1
**list** [5] - 49:17, 49:19, 49:23, 53:5
**List** [2] - 7:14, 7:16
**listed** [3] - 62:25, 64:9, 88:15
**little-bitty** [1] - 33:3
**Liu** [1] - 5:9
**live** [2] - 14:3, 14:5
**lives** [1] - 14:6
**living** [1] - 14:6
**LLP** [9] - 3:12, 3:18, 3:21, 4:4, 4:8, 4:12, 4:16, 4:20, 5:4
**location** [1] - 71:2
**look** [12] - 21:2, 21:4, 22:1, 39:13, 52:15, 57:20, 58:1, 58:3, 60:10, 62:4, 62:9,

70:24

**looked** [8] - 19:16, 33:18, 59:8, 60:13, 60:18, 60:20, 74:13, 81:17

**looking** [10] - 23:12, 56:22, 61:11, 62:21, 77:8, 77:13, 77:20, 78:24, 80:7, 91:18

**looks** [1] - 50:21

**Los** [6] - 2:6, 2:10, 2:14, 2:22, 3:6, 3:10

**LOS** [1] - 102:3

**low** [13] - 28:5, 45:13, 46:21, 63:24, 64:1, 67:5, 67:9, 76:10, 86:9, 86:10

**low-low** [1] - 63:24

**lower** [28] - 29:23, 31:23, 34:13, 44:14, 44:18, 44:19, 44:23, 47:14, 62:5, 65:24, 67:5, 67:9, 76:21, 77:3, 78:6, 79:21, 86:6, 86:8, 86:9, 86:10, 97:19, 97:21, 98:10, 98:19, 99:2, 99:10, 99:15, 99:23

**lowest** [1] - 62:14

**Lumish** [2] - 9:16, 9:24

**LUMISH** [21] - 3:18, 9:16, 9:22, 9:25, 10:12, 10:15, 10:25, 17:23, 27:23, 50:4, 50:17, 51:20, 52:8, 53:12, 53:19, 54:6, 54:19, 55:3, 55:12, 55:22, 56:6

**lunch** [1] - 100:6

## M

**mag** [7] - 30:22, 63:22, 67:17, 67:21, 67:25, 76:9, 95:14

**Mag** [3] - 67:7, 67:13

**magnet** [1] - 35:16

**Magnetic** [5] - 6:17, 7:9, 7:12, 8:6, 8:11

**magnetic** [76] - 6:23, 7:7, 10:7, 12:7, 12:22, 15:9, 15:25, 17:19, 17:21, 19:12, 22:5, 22:8, 24:6, 25:21, 26:3, 29:13, 30:13, 31:10, 32:20, 35:16, 38:20, 38:21, 38:25, 39:2, 39:16, 39:18, 39:23, 41:7,

41:10, 41:12, 42:3, 42:5, 43:6, 43:12, 43:17, 44:21, 47:13, 47:21, 47:22, 47:25, 63:22, 67:4, 68:22, 81:12, 81:13, 81:20, 82:4, 82:5, 82:24, 84:8, 84:12, 84:15, 84:20, 84:21, 85:7, 85:12, 85:15, 85:16, 85:17, 85:21, 85:22, 86:16, 86:19, 87:12, 88:3, 88:16, 88:19, 89:18, 90:13, 90:15, 95:1, 95:19, 95:23, 96:1

**magnetically** [1] - 86:20

**Magnetics** [3] - 6:15, 6:19, 8:13

**magnetism** [1] - 81:12

**magnetization** [19] - 7:6, 23:6, 23:19, 23:25, 24:3, 24:11, 24:16, 24:20, 24:21, 44:1, 44:11, 45:22, 58:9, 61:19, 71:22, 91:9, 96:13, 96:14

**magnetizations** [2] - 35:17, 46:22

**magnetized** [1] - 23:5

**magnetoresistive** [1] - 15:12

**maichele@raklaw. com** [1] - 2:19

**main** [8] - 15:3, 15:5, 21:24, 22:1, 22:2, 22:3, 28:16, 53:7

**Maine** [1] - 2:17

**major** [3] - 16:5, 25:3, 29:24

**management** [1] - 11:14

**manufacturing** [3] - 16:20, 29:10, 37:11

**Marc** [1] - 9:10

**MARC** [1] - 2:4

**mark** [2] - 13:12, 13:20

**MARK** [3] - 6:7, 13:14, 13:20

**Mark** [1] - 14:3

**market** [2] - 15:12, 20:18

**married** [1] - 14:4

**master's** [1] - 14:21

**material** [8] - 23:24, 27:10, 81:10, 87:13, 88:19, 90:13, 90:14, 95:25

**materials** [13] - 19:14,

22:8, 24:2, 30:25, 33:14, 34:5, 35:16, 35:19, 35:20, 81:12, 82:16, 88:15, 95:23

**mathematical** [1] - 36:16

**matter** [2] - 75:20, 102:11

**MATTHEW** [1] - 2:16

**Matthew** [1] - 9:13

**maximum** [3] - 36:1, 46:16, 96:24

**mchan@raklaw.com** [1] - 2:23

**mean** [14] - 21:13, 30:12, 37:1, 39:1, 39:10, 39:11, 42:16, 45:6, 51:5, 51:6, 69:1, 70:10, 94:13, 94:15

**meaning** [2] - 21:16, 37:3

**means** [13] - 18:5, 22:10, 24:2, 26:2, 29:11, 30:12, 33:25, 39:2, 39:5, 42:21, 42:24, 71:2, 86:12

**measure** [2] - 90:13, 95:24

**measurement** [1] - 44:2

**measurements** [2] - 12:6, 71:21

**Measurements** [1] - 6:21

**measuring** [1] - 44:7

**Media** [9] - 6:15, 6:19, 7:10, 7:13, 8:6, 8:7, 8:11, 8:13, 21:9

**media** [21] - 7:7, 12:23, 16:3, 16:18, 16:25, 17:21, 23:17, 28:14, 29:15, 29:20, 31:6, 38:20, 38:25, 42:3, 49:20, 81:13, 86:3, 89:6, 89:10, 89:11, 95:17

**medium** [8] - 38:21, 39:2, 42:5, 81:20, 82:4, 82:5, 86:10, 91:7

**meet** [8] - 37:8, 39:3, 39:5, 73:4, 81:19, 84:22, 86:25, 90:11

**meets** [1] - 39:8

**Mellon** [2] - 14:21, 14:22

**Menlo** [4] - 3:19, 4:10, 4:21, 5:5

**mentioned** [5] - 26:7,

30:5, 33:19, 40:24, 64:25

**mentions** [1] - 43:22

**Mesa** [1] - 3:23

**met** [1] - 83:24

**Method** [1] - 7:21

**method** [9] - 60:8, 64:24, 65:20, 69:6, 69:15, 69:16, 74:23, 74:24, 77:17

**methodology** [3] - 62:21, 93:12, 97:4

**methods** [2] - 29:21, 57:20

**mfenster@raklaw. com** [1] - 2:7

**microphone** [2] - 15:19, 28:6

**mid** [2] - 71:7, 76:10

**mid-2006** [1] - 25:2

**middle** [5] - 10:2, 37:6, 63:25, 83:11, 90:4

**might** [8] - 30:17, 32:14, 36:5, 37:1, 37:9, 37:14, 42:25, 66:14

**minimum** [1] - 18:5

**MINNA** [1] - 2:20

**Minna** [1] - 9:13

**Minneapolis** [1] - 14:3

**Minnesota** [1] - 14:4

**minute** [4] - 18:1, 100:20, 100:22, 100:23

**minutes** [6] - 10:22, 49:7, 100:22, 100:24, 100:25

**Mirzaie** [1] - 9:12

**MIRZAIE** [1] - 3:8

**misread** [1] - 66:5

**mistake** [1] - 66:10

**MMG** [9] - 7:19, 52:1, 73:21, 73:22, 73:25, 74:10, 75:13, 92:21, 98:23

**moderate** [1] - 67:10

**modified** [2] - 45:25, 52:1

**module** [1] - 49:1

**moment** [2] - 24:6, 44:21

**moments** [12] - 45:4, 84:19, 84:20, 85:7, 85:12, 85:15, 85:16, 85:17, 85:18, 85:21, 85:23, 89:18

**momentum** [4] - 32:16, 33:3, 36:8, 44:13

**morning** [11] - 9:10, 9:15, 9:16, 9:19, 10:19, 11:6, 11:7, 13:25, 14:1, 49:6, 100:19

**Mortensen** [2] - 5:10, 38:17

**most** [1] - 37:12

**mostly** [1] - 10:1

**mouse** [4] - 43:1, 43:2

**move** [24] - 11:19, 13:3, 15:19, 27:17, 45:4, 48:21, 48:23, 48:25, 50:2, 50:15, 51:18, 52:6, 53:10, 53:18, 54:4, 54:18, 55:2, 55:11, 55:20, 56:5, 56:15, 64:4, 85:9, 94:23

**moved** [1] - 54:17

**moves** [1] - 12:10

**movie** [2] - 22:23, 23:11

**moving** [15] - 28:6, 35:1, 43:15, 44:11, 47:8, 48:12, 75:6, 76:10, 78:14, 82:18, 86:15, 92:11, 92:21, 93:17, 99:6

**MR** [85] - 1:4, 9:7, 9:10, 9:11, 9:16, 9:22, 9:25, 10:12, 10:15, 10:17, 10:20, 10:25, 11:11, 11:22, 12:12, 12:18, 13:7, 13:12, 13:13, 13:15, 13:24, 14:15, 14:16, 15:18, 15:22, 15:23, 17:20, 17:23, 17:24, 18:3, 18:8, 18:21, 18:24, 19:1, 27:23, 27:25, 38:17, 39:13, 39:15, 48:25, 49:3, 49:5, 49:11, 49:12, 50:2, 50:4, 50:7, 50:15, 50:17, 50:20, 51:18, 51:20, 51:23, 52:6, 52:8, 52:11, 53:10, 53:12, 53:15, 53:18, 53:19, 53:22, 54:4, 54:6, 54:9, 54:17, 54:19, 54:22, 55:2, 55:3, 55:6, 55:11, 55:12, 55:15, 55:20, 55:22, 55:25, 56:5, 56:6, 56:9, 100:4, 100:11, 100:15, 100:18, 100:21

**MS** [6] - 11:9, 11:19,

12:10, 12:15, 13:3, 13:11
**Multilayer** [1] - 21:9
**multilayer** [7] - 26:2, 30:12, 43:6, 45:23, 84:8, 84:12, 85:4
**multilayered** [15] - 26:1, 26:14, 28:20, 30:5, 31:1, 47:6, 56:14, 63:15, 66:23, 73:17, 75:16, 78:1, 79:14, 80:25, 85:5
**multiple** [2] - 86:3, 95:17
**multiplied** [4] - 46:7, 97:5, 97:7, 97:9
**multiply** [2] - 46:5, 46:9

## N

**name** [3] - 13:18, 13:19, 14:3
**names** [1] - 66:5
**nanometers** [3] - 88:4, 88:7, 88:8
**nanosecond** [5] - 45:2, 90:25, 91:7, 91:13, 91:17
**nanoseconds** [1] - 45:9
**need** [3] - 19:3, 77:17, 96:21
**needed** [1] - 44:1
**needs** [2] - 45:7, 96:23
**Netflix** [1] - 22:22
**never** [1] - 26:11
**new** [2] - 21:15, 48:25
**New** [1] - 15:1
**Newport** [4] - 4:5, 4:6, 4:13, 4:14
**next** [27] - 11:10, 12:2, 12:16, 22:19, 32:7, 32:16, 33:3, 33:4, 42:9, 43:4, 47:8, 47:18, 47:24, 63:11, 68:3, 73:20, 76:11, 78:7, 79:22, 83:13, 83:19, 85:9, 90:6, 94:6, 94:23, 95:18, 97:6
**noise** [4] - 28:4, 28:5, 28:7, 28:9
**none** [1] - 13:7
**noninfringing** [2] - 20:21, 21:4
**nonmagnetic** [8] - 42:10, 42:13, 47:23, 82:9, 82:17, 82:19, 83:21, 84:4

**nonobvious** [1] - 21:15
**nonsensical** [1] - 40:21
**normal** [1] - 18:13
**normalize** [1] - 46:11
**normally** [1] - 18:14
**North** [2] - 3:13, 4:17
**Northwestern** [1] - 14:20
**notable** [1] - 67:15
**nothing** [1] - 10:25
**notice** [4] - 30:8, 71:1, 78:10, 86:6
**noticed** [3] - 60:10, 65:8, 75:19
**nucleation** [104] - 26:2, 26:14, 28:21, 30:5, 30:14, 31:1, 31:18, 31:20, 31:22, 32:2, 32:19, 32:21, 32:24, 33:10, 33:12, 33:16, 34:7, 34:10, 34:13, 34:16, 34:18, 34:23, 34:25, 35:3, 35:5, 35:12, 36:12, 36:13, 40:6, 40:7, 40:11, 40:12, 40:19, 41:1, 41:2, 41:11, 41:16, 41:18, 43:9, 43:11, 46:12, 47:6, 47:12, 47:16, 47:20, 47:22, 48:4, 48:7, 48:20, 56:14, 57:5, 57:13, 57:14, 62:13, 63:15, 63:23, 63:24, 63:25, 64:11, 64:17, 64:18, 66:23, 67:14, 68:7, 69:2, 69:3, 71:4, 72:19, 72:21, 73:10, 73:13, 73:17, 74:6, 74:7, 75:16, 76:2, 76:3, 76:5, 76:24, 77:3, 77:11, 78:1, 78:8, 79:14, 79:23, 80:25, 84:14, 84:19, 84:24, 85:12, 86:9, 87:4, 88:10, 88:17, 90:1, 94:23, 95:3, 95:5, 95:6, 95:19, 96:10, 96:11, 96:15, 96:20
**number** [7] - 57:21, 58:1, 62:25, 63:1, 64:25, 68:10, 74:19
**Number** [15] - 9:6, 12:1, 12:14, 50:6, 50:19, 51:22, 52:10, 53:14, 53:21, 54:8, 54:21, 55:5, 55:14,

55:24, 56:8
**numbers** [3] - 10:9, 56:25, 64:9
**Numbers** [1] - 13:9

## O

**o'clock** [1] - 100:4
**objection** [18] - 11:21, 11:22, 12:12, 13:6, 17:23, 27:23, 50:4, 50:17, 51:20, 52:8, 53:12, 53:19, 54:6, 54:19, 55:3, 55:12, 55:22, 56:6
**objections** [1] - 10:2
**occurs** [2] - 91:6, 91:12
**oersteds** [2] - 58:18, 58:21
**OF** [9] - 1:2, 1:14, 2:1, 3:1, 4:1, 5:1, 102:1, 102:3, 102:4
**offer** [1] - 84:16
**office** [1] - 21:14
**officer** [1] - 17:2
**OFFICIAL** [3] - 1:24, 102:1, 102:5
**Official** [1] - 102:20
**one** [43] - 17:7, 19:11, 21:16, 21:25, 22:2, 22:7, 23:21, 23:22, 28:16, 28:24, 34:1, 34:3, 39:13, 40:1, 40:25, 41:24, 42:1, 44:17, 45:11, 51:1, 53:2, 57:20, 58:21, 60:14, 62:5, 62:24, 63:23, 64:12, 66:5, 67:9, 67:25, 70:11, 70:14, 70:24, 78:10, 79:20, 82:1, 82:6, 86:6, 89:3, 92:4, 99:7, 99:13
**one-or-zero** [1] - 40:1
**ones** [8] - 22:19, 23:9, 23:10, 27:22, 28:1, 52:16, 78:24, 79:6
**oOo** [1] - 101:4
**open** [2] - 10:10, 22:2
**opening** [2] - 37:17, 72:22
**openings** [1] - 10:4
**opinion** [1] - 83:16
**opinions** [3] - 18:6, 18:7, 100:9
**opposed** [1] - 29:16
**opposite** [3] - 23:20, 41:2, 41:19
**optimize** [4] - 36:2,

37:13, 37:14, 46:19
**optional** [1] - 95:2
**OR** [3] - 6:13, 7:4, 8:4
**order** [3] - 44:2, 44:5, 45:2
**ordinary** [1] - 81:6
**oriented** [2] - 23:3, 86:20
**oscillate** [1] - 24:22
**oscillating** [1] - 24:19
**outcome** [2] - 18:17, 18:19
**outlined** [6] - 42:11, 42:15, 43:14, 47:16, 58:2
**outside** [5] - 18:22, 19:8, 29:16, 29:19, 52:15
**overall** [20] - 28:21, 30:6, 32:1, 32:21, 36:11, 36:14, 37:7, 37:9, 48:21, 56:11, 56:14, 63:16, 66:24, 73:17, 75:17, 76:16, 78:2, 79:15, 80:1, 81:1
**Overcoat** [1] - 8:11
**overruled** [1] - 27:24
**overview** [5] - 15:7, 17:3, 20:25, 21:1, 41:23
**own** [1] - 89:18
**owned** [2] - 19:1, 19:5

## P

**p.m** [1] - 101:3
**pad** [2] - 43:1, 43:2
**PAGE** [1] - 6:3
**page** [1] - 102:11
**Palmer** [1] - 7:23
**Panasonic** [2] - 10:5, 10:8
**paper** [2] - 91:4, 91:5
**papers** [1] - 91:2
**PAPUSOI** [1] - 6:5
**Papusoi** [7] - 6:21, 12:3, 12:8, 59:24, 91:4, 91:10, 100:22
**Papusoi's** [1] - 12:4
**paralegal** [1] - 5:9
**parallel** [1] - 24:5
**parameter** [1] - 6:22
**Park** [4] - 3:19, 4:10, 4:21, 5:5
**part** [12] - 16:19, 19:14, 20:3, 45:19, 83:13, 83:19, 89:8, 90:6, 90:11, 94:6, 95:18, 95:21

**Partial** [1] - 8:9
**particular** [4] - 18:4, 32:20, 58:5, 68:8
**parties** [2] - 50:22, 50:24
**passed** [1] - 22:1
**patent** [26] - 20:11, 20:12, 21:2, 21:3, 21:14, 30:15, 30:19, 31:5, 36:15, 36:20, 36:21, 37:8, 37:20, 37:23, 38:3, 38:12, 38:15, 39:12, 45:16, 81:4, 87:10, 87:25, 88:11, 90:16, 96:3, 96:4
**patents** [12] - 17:16, 17:17, 19:16, 21:1, 21:6, 21:7, 21:8, 21:11, 21:12, 30:17, 45:14
**path** [1] - 29:6
**PATRICIA** [1] - 4:20
**patricia.young@lw. com** [1] - 4:22
**Paul** [2] - 9:12, 100:21
**PAUL** [1] - 3:4
**Pennsylvania** [1] - 14:23
**per** [3] - 18:13, 67:19, 67:22
**percent** [6] - 60:14, 60:18, 60:21, 61:16, 67:22, 68:1
**perfectly** [1] - 89:23
**perform** [2] - 81:5, 99:19
**performance** [2] - 37:13, 37:15
**period** [1] - 29:25
**Perpendicular** [2] - 6:19, 7:13
**perpendicular** [7] - 7:7, 23:3, 29:13, 36:17, 82:5, 87:13, 87:17
**Perpendiular** [1] - 6:17
**person** [2] - 18:5, 81:6
**personal** [2] - 22:17, 22:19
**perspective** [2] - 81:4, 81:6
**Ph.D** [3] - 14:21, 14:24, 14:25
**phenomena** [1] - 25:16
**phrase** [1] - 84:16
**physical** [1] - 22:6
**physics** [3] - 40:16,

40:18, 81:10
**Pittsburgh** [1] - 14:23
**pkroeger@raklaw.com** [1] - 3:7
**place** [3] - 14:6, 49:2, 49:4
**places** [1] - 22:17
**Plaintiff** [2] - 1:5, 1:10
**plaintiff** [11] - 9:11, 10:17, 11:10, 11:19, 12:10, 12:16, 13:3, 13:12, 100:22, 100:23, 100:24
**PLAINTIFF** [6] - 2:3, 3:3, 3:17, 4:3, 5:3, 6:7
**PLAINTIFF'S** [1] - 13:14
**plaintiff's** [2] - 5:9, 5:10
**plaintiffs** [1] - 9:23
**plateaus** [1] - 37:3
**platinum** [10] - 33:15, 59:9, 59:11, 59:15, 60:13, 60:14, 60:21, 61:13, 61:15, 87:14
**platter** [2] - 67:19, 67:22
**platters** [1] - 38:24
**played** [7] - 6:4, 6:5, 6:6, 11:18, 12:9, 13:2, 100:19
**playing** [1] - 11:13
**PMR** [3] - 8:7, 89:6, 89:11
**point** [5] - 24:18, 33:9, 41:19, 41:20, 57:7
**pointed** [1] - 95:13
**pointing** [2] - 41:1, 41:2
**points** [1] - 43:23
**polynomial** [1] - 37:4
**populated** [3] - 59:1, 63:7, 78:18
**portable** [1] - 22:18
**possible** [1] - 46:14
**possibly** [1] - 20:19
**PowerPoint** [1] - 23:11
**practical** [1] - 29:24
**practicing** [1] - 67:23
**preamble** [7] - 38:13, 38:18, 38:19, 38:22, 42:1, 81:19, 81:20
**prepare** [13] - 63:9, 66:19, 73:11, 75:12, 77:22, 79:9, 80:20, 95:6, 97:23, 98:11, 99:3, 99:11, 99:24
**prepared** [3] - 32:4,

85:6, 87:2
**presence** [3] - 9:5, 11:5, 100:13
**present** [1] - 14:12
**PRESENT** [1] - 5:8
**presentation** [3] - 26:7, 53:24, 64:25
**Presentation** [7] - 6:15, 7:9, 7:23, 8:5, 8:7, 8:9, 8:11
**presentations** [1] - 12:25
**presenting** [1] - 20:24
**president** [3] - 16:14, 16:17, 16:24
**pretty** [2] - 45:13, 67:16
**previous** [2] - 64:12, 78:24
**primarily** [1] - 12:22
**principle** [2] - 86:3, 95:17
**priority** [4] - 21:11, 21:12, 21:13, 21:14
**Pro** [1] - 2:16
**Probing** [1] - 7:5
**problem** [4] - 25:3, 25:5, 25:18, 26:5
**proceed** [1] - 9:14
**Proceedings** [1] - 101:3
**PROCEEDINGS** [1] - 1:14
**proceedings** [1] - 102:10
**process** [1] - 7:6
**product** [12] - 15:1, 16:7, 73:16, 77:23, 79:10, 87:16, 91:20, 91:21, 92:22, 93:11, 93:19, 93:20
**products** [35] - 11:16, 12:7, 14:10, 15:11, 17:6, 49:17, 49:19, 49:20, 50:12, 51:7, 51:11, 52:13, 56:12, 56:13, 77:1, 81:19, 81:22, 82:10, 83:1, 83:24, 84:22, 86:21, 87:8, 88:1, 88:6, 89:9, 90:11, 93:25, 94:8, 95:3, 97:3, 98:14, 98:22, 98:24, 100:1
**program** [1] - 11:14
**propagates** [1] - 87:5
**properties** [2] - 12:7, 30:24
**property** [4] - 23:24, 35:15, 90:13, 95:23

**proposed** [1] - 31:9
**provide** [4] - 17:14, 65:8, 82:21, 84:10
**provided** [2] - 41:24, 47:10
**provides** [4] - 71:21, 90:13, 95:24, 96:19
**providing** [4] - 12:4, 12:6, 12:19, 12:24
**PTX-060** [4] - 8:11, 55:16, 55:20, 55:24
**PTX-062** [5] - 7:19, 51:24, 52:4, 52:6, 52:10
**purple** [11] - 43:10, 43:13, 47:16, 48:3, 48:4, 48:19, 57:15, 64:19, 74:8, 84:24, 95:4
**pursuant** [1] - 102:8
**push** [4] - 32:14, 32:15, 33:2, 36:5
**pushing** [1] - 12:23
**put** [9] - 14:15, 29:22, 59:7, 60:16, 60:22, 61:16, 63:11, 65:1, 90:4
**putting** [2] - 11:12, 28:14

### Q

**qualifications** [1] - 18:5
**quickly** [1] - 37:2
**quite** [1] - 89:3

### R

**R&D** [1] - 8:8
**R-e** [1] - 13:21
**raise** [1] - 10:9
**range** [2] - 61:3, 61:5
**ranges** [1] - 69:20
**rate** [2] - 18:12, 18:13
**rather** [1] - 73:9
**ratio** [1] - 28:4
**RAUTH** [2] - 4:4, 4:12
**ray** [1] - 7:7
**re** [17] - 10:18, 10:23, 12:3, 12:18, 13:25, 14:17, 15:19, 17:16, 17:20, 18:9, 20:23, 38:19, 49:13, 51:24, 70:25, 73:22, 100:14
**RE** [2] - 6:7, 13:14
**Re** [4] - 13:12, 13:20, 14:3, 17:25
**reaching** [1] - 56:17
**react** [1] - 44:22

**reaction** [2] - 26:10, 29:2
**Read** [8] - 15:16, 15:17, 15:24, 15:25, 16:5, 16:6, 16:10, 24:24
**read** [3] - 66:16, 71:6, 76:19
**Read-Rite** [8] - 15:16, 15:17, 15:24, 15:25, 16:5, 16:6, 16:10, 24:24
**reading** [1] - 89:5
**ready** [1] - 9:14
**real** [3] - 22:5, 25:6, 25:8
**really** [6] - 15:5, 25:8, 25:11, 25:15, 28:12, 31:14
**REALTIME** [1] - 102:5
**reasonable** [2] - 19:2, 72:4
**reasons** [3] - 28:16, 37:11, 37:13
**recap** [3] - 23:14, 93:24, 100:1
**receive** [1] - 18:4
**received** [31] - 11:24, 12:1, 12:13, 12:14, 13:8, 13:10, 18:1, 50:5, 50:6, 50:18, 50:19, 51:21, 51:22, 52:9, 52:10, 53:13, 53:14, 53:20, 53:21, 54:7, 54:8, 54:20, 54:21, 55:4, 55:5, 55:13, 55:14, 55:23, 55:24, 56:7, 56:8
**Recent** [1] - 7:9
**recess** [3] - 49:7, 100:17, 101:2
**Recess** [2] - 11:4, 49:9
**recipe** [6] - 52:1, 56:23, 68:12, 68:13, 73:22, 78:18
**recipes** [5] - 51:11, 51:13, 51:16, 52:12, 52:16
**record** [4] - 10:1, 13:19, 100:16, 100:21
**recorded** [1] - 22:10
**recording** [32] - 6:23, 7:7, 12:22, 15:9, 16:1, 16:7, 16:17, 16:24, 17:19, 17:21, 19:12, 22:9, 25:5, 25:20, 29:13, 37:13, 37:14, 38:20, 38:21, 38:25, 39:2, 42:3,

42:5, 45:15, 81:20, 82:4, 82:5, 83:17, 90:24, 91:6, 91:11
**Recording** [3] - 7:10, 7:13, 21:9
**records** [5] - 15:10, 16:7, 17:5, 24:24, 24:25
**red** [1] - 60:16
**reduce** [2] - 46:20, 47:3
**refer** [2] - 22:14, 78:10
**reference** [1] - 22:12
**referred** [4] - 26:21, 68:21, 83:9, 88:19
**referring** [2] - 67:6, 67:7
**refers** [1] - 78:12
**refresh** [1] - 21:23
**refresher** [1] - 22:25
**regard** [1] - 61:22
**regarding** [2] - 80:1, 81:4
**regulations** [1] - 102:12
**REJECTED** [3] - 6:14, 7:4, 8:4
**relate** [4] - 28:3, 34:22, 41:16, 41:24
**related** [3] - 10:4, 14:11, 20:22
**relates** [1] - 95:18
**relationship** [5] - 18:21, 19:7, 19:9, 34:15, 65:11
**relative** [19] - 59:18, 59:20, 60:1, 60:9, 60:24, 61:1, 61:17, 61:18, 61:20, 63:9, 66:19, 69:18, 73:12, 75:12, 77:22, 79:9, 80:20, 98:11, 99:3
**relatively** [3] - 33:16, 46:21, 74:25
**reliable** [1] - 60:4
**relied** [4] - 52:14, 53:8, 54:25, 71:16
**rely** [16] - 49:25, 50:13, 51:16, 52:4, 52:12, 53:16, 54:2, 54:10, 54:15, 55:9, 55:18, 56:3, 56:17, 71:15, 72:4, 76:13
**remember** [3] - 22:4, 68:23, 100:7
**remind** [3] - 21:6, 90:22, 96:6
**replace** [1] - 20:20
**reported** [4] - 11:18, 12:9, 13:2, 102:10

**Reporter** [1] - 102:20
**REPORTER** [3] - 1:24, 102:1, 102:6
**REPORTER'S** [1] - 1:14
**reports** [1] - 20:5
**represent** [8] - 30:10, 30:11, 33:8, 38:1, 38:8, 43:10, 58:13, 59:12
**representation** [1] - 23:9
**representative** [13] - 5:9, 51:1, 51:11, 51:14, 52:14, 52:16, 52:18, 52:19, 56:20, 72:2, 72:7, 89:15
**represented** [16] - 63:14, 64:4, 73:20, 79:13, 80:19, 91:18, 92:3, 92:11, 92:21, 93:4, 93:17, 97:3, 98:5, 98:15, 98:23, 99:6
**representing** [3] - 23:17, 43:3, 48:19
**represents** [3] - 32:13, 36:18, 76:21
**Reptation** [1] - 7:12
**require** [9] - 29:12, 39:24, 41:9, 72:14, 72:16, 75:22, 75:24, 83:20, 87:19
**required** [8] - 24:15, 29:9, 39:18, 39:20, 40:6, 40:8, 40:21, 75:21
**requirement** [1] - 86:25
**requirements** [3] - 35:10, 37:8, 73:4
**requires** [11] - 35:16, 36:14, 41:11, 48:7, 82:18, 82:19, 84:5, 86:15, 86:16, 94:6, 96:23
**research** [4] - 12:22, 14:25, 16:14, 16:19
**resistance** [1] - 24:10
**respect** [2] - 76:13, 89:23
**responds** [1] - 11:7
**responses** [1] - 20:2
**responsible** [1] - 16:18
**retired** [1] - 17:1
**retrieved** [1] - 22:24
**return** [1] - 100:7
**reversal** [1] - 7:6
**review** [6] - 19:14,

19:21, 19:24, 20:3, 20:7, 56:10
**reviewed** [2] - 19:25, 20:5
**reviewing** [1] - 80:11
**Revised** [1] - 7:19
**REZA** [1] - 3:8
**Reza** [1] - 9:12
**RICHARD** [1] - 5:4
**Rick** [1] - 9:17
**rick.frenkel@lw.com** [1] - 5:6
**rigidity** [1] - 22:6
**rise** [3] - 11:3, 49:8, 100:12
**Rite** [8] - 15:16, 15:17, 15:24, 15:25, 16:5, 16:6, 16:10, 24:24
**rmirzaie@raklaw.com** [1] - 3:11
**Roadmap** [2] - 6:15, 8:12
**roadmap** [3] - 20:23, 29:6, 31:2
**ROBERT** [1] - 2:12
**role** [4] - 16:13, 16:14, 16:24, 18:14
**ROOM** [1] - 1:24
**rotate** [1] - 34:6
**rotates** [1] - 95:8
**row** [2] - 35:4, 71:21
**Ru** [5] - 57:8, 64:13, 68:18, 74:1, 83:11
**rulings** [1] - 10:4
**RUSS** [7] - 2:4, 2:8, 2:12, 2:16, 2:20, 3:4, 3:8
**Russ** [1] - 5:9

## S

**SACV-22-01599** [1] - 9:7
**safe** [1] - 96:25
**SALIL** [1] - 4:5
**San** [2] - 15:2, 26:8
**SANTA** [3] - 1:18, 1:25, 9:1
**Sarah** [1] - 9:18
**SARAH** [1] - 4:16
**sarah.wang@lw.com** [1] - 4:19
**saturation** [4] - 45:21, 58:9, 71:22, 91:8
**sauce** [1] - 68:13
**saw** [12] - 21:25, 29:5, 33:23, 59:23, 60:15, 78:1, 80:25, 81:16, 88:24, 91:11, 91:22, 92:6

**sbali@stradlinglaw.com** [1] - 4:7
**scaling** [1] - 45:11
**Schmoller** [1] - 5:10
**science** [1] - 81:10
**SCL** [2] - 85:20, 85:23
**Scott** [4] - 3:19, 4:9, 4:21, 5:5
**screen** [1] - 73:23
**Seagate** [8] - 16:12, 16:13, 16:21, 16:22, 17:4, 17:9, 17:10, 25:1
**second** [10] - 28:24, 45:3, 45:9, 45:11, 47:12, 62:24, 63:25, 95:18, 96:2, 97:2
**seconds** [3] - 44:3, 44:5
**secret** [1] - 68:13
**Section** [1] - 102:8
**see** [30] - 22:1, 25:19, 28:5, 32:1, 35:10, 39:16, 43:15, 44:10, 48:2, 48:18, 51:12, 53:4, 56:1, 58:12, 60:11, 61:20, 62:10, 64:7, 65:22, 70:25, 78:15, 79:5, 79:21, 83:4, 88:11, 90:8, 96:23, 97:25, 98:3, 98:12
**seeing** [2] - 23:16, 48:20
**sell** [1] - 16:1
**SELNA** [1] - 1:3
**send** [1] - 22:23
**senior** [3] - 16:14, 16:17, 16:24
**sense** [2] - 28:15, 40:19
**sent** [1] - 15:10
**separate** [5] - 25:16, 26:18, 41:14, 48:10, 48:11
**separated** [2] - 23:4, 26:23
**sequences** [1] - 23:10
**series** [1] - 59:8
**Session** [1] - 8:13
**set** [5] - 15:10, 16:6, 17:5, 22:19, 31:2
**seven** [1] - 50:25
**several** [1] - 10:21
**shanle@stradlinglaw.com** [1] - 4:15
**shape** [3] - 36:25, 37:9, 37:14
**shapes** [1] - 36:23

**sharpen** [1] - 27:3
**sharpened** [1] - 27:18
**sharpening** [1] - 27:11
**sharpens** [1] - 27:13
**Shimatsu** [15] - 6:17, 53:25, 59:6, 59:7, 59:18, 59:25, 60:4, 60:8, 65:20, 65:21, 69:15, 69:16, 74:23, 74:24, 77:17
**short** [9] - 29:25, 44:18, 58:6, 58:7, 58:10, 90:24, 91:6, 91:12, 91:17
**show** [4] - 70:23, 76:16, 97:23, 99:12
**showed** [2] - 37:19, 38:2
**showing** [27] - 32:4, 38:11, 42:4, 44:9, 44:10, 58:25, 59:10, 63:9, 66:19, 67:4, 67:17, 73:12, 75:12, 77:22, 78:6, 79:9, 80:20, 85:6, 87:2, 89:14, 89:15, 95:6, 98:11, 98:12, 98:20, 99:3, 99:11
**shown** [8] - 23:23, 31:22, 57:15, 64:18, 68:20, 76:17, 81:23, 84:25
**shows** [6] - 56:24, 59:11, 67:5, 71:3, 98:21, 99:5
**side** [4] - 10:6, 12:22, 22:8, 25:19
**sides** [1] - 22:10
**signal** [4] - 28:4, 28:5, 28:7, 28:10
**signal-to-noise** [1] - 28:4
**similar** [7] - 33:14, 64:5, 64:6, 64:12, 64:24, 78:16, 81:11
**similarities** [4] - 33:11, 33:22, 88:9, 88:12
**simple** [1] - 34:14
**simplified** [1] - 96:17
**single** [8] - 31:10, 34:20, 45:18, 45:19, 45:21, 45:22, 90:18, 90:20
**size** [4] - 32:13, 34:18, 34:19, 34:20
**skill** [1] - 81:7
**SL6a** [6] - 7:20, 80:6, 80:18, 80:21, 93:17, 99:19

**slide** [5] - 23:11, 30:1, 31:22, 38:11, 67:15
**slides** [2] - 14:12, 52:23
**slightly** [1] - 75:1
**small** [1] - 23:2
**smaller** [2] - 34:19, 34:20
**smarter** [1] - 14:5
**SNR** [1] - 28:3
**soft** [13] - 31:10, 42:14, 42:22, 42:25, 57:8, 64:13, 83:2, 83:9, 94:10, 94:11, 94:12, 94:22
**softer** [4] - 26:15, 26:16, 27:9, 33:18
**sold** [2] - 7:15, 7:16
**sole** [1] - 21:10
**solve** [4] - 25:10, 29:19, 31:7, 31:12
**solved** [3] - 25:17, 26:4
**someone** [3] - 70:4, 70:10, 81:9
**sometimes** [2] - 62:7, 68:21
**sorry** [6] - 15:22, 26:22, 35:11, 53:3, 66:6, 84:7
**sort** [3] - 61:7, 98:6, 99:7
**south** [1] - 14:5
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 102:20
**SPAAN** [3] - 1:23, 102:5, 102:19
**space** [1] - 17:6
**spacing** [1] - 36:4
**spectromicroscopy** [1] - 7:8
**speed** [1] - 25:7
**spell** [1] - 13:19
**spends** [1] - 28:12
**spent** [1] - 24:23
**spins** [1] - 24:4
**spot** [1] - 36:9
**spray** [1] - 27:16
**spread** [2] - 26:17, 27:10
**spreadsheet** [9] - 49:25, 53:7, 58:2, 65:13, 70:14, 70:15, 72:24, 74:13, 74:18
**spreadsheets** [2] - 53:5, 57:21
**Spring** [2] - 7:12, 21:9
**Sputter** [2] - 7:17, 8:7
**square** [3] - 70:4, 70:6, 70:10

**Srinivasa** [1] - 7:11
**SRINIVASAN** [1] - 6:6
**Srinivasan** [7] - 7:5, 7:10, 12:17, 13:1, 13:4, 90:3, 100:24
**Srinivasan's** [1] - 12:19
**stability** [4] - 25:13, 26:19, 26:23, 31:16
**stable** [2] - 34:1, 41:4
**stack** [17] - 28:23, 30:7, 32:22, 36:6, 48:22, 62:15, 63:17, 71:11, 75:20, 78:3, 78:9, 81:24, 85:10, 89:1, 95:5, 95:15, 96:9
**standard** [2] - 59:19, 59:20
**stands** [1] - 34:3
**start** [5] - 21:6, 24:22, 32:6, 44:21, 56:20
**starting** [2] - 44:11, 81:15
**starts** [2] - 76:9, 85:9
**STATE** [1] - 102:4
**state** [2] - 9:9, 13:18
**statement** [2] - 37:17, 72:22
**STATES** [1] - 1:1
**states** [1] - 36:15
**States** [3] - 102:6, 102:8, 102:13
**stating** [1] - 94:25
**station** [1] - 22:20
**stenographically** [1] - 102:10
**step** [1] - 41:22
**stepping** [1] - 28:24
**Steve** [1] - 9:17
**STEVEN** [1] - 4:12
**still** [5] - 29:13, 36:5, 43:3, 46:23, 73:6
**stock** [2] - 19:1, 19:5
**Storage** [1] - 43:21
**storage** [123] - 10:7, 12:23, 20:16, 25:21, 26:3, 26:15, 28:11, 28:14, 28:22, 30:7, 31:23, 32:2, 32:9, 32:22, 33:5, 33:11, 33:12, 34:11, 34:13, 34:17, 34:21, 34:24, 35:2, 35:5, 35:7, 39:16, 39:18, 39:23, 39:24, 40:9, 40:13, 41:3, 41:8, 41:10, 41:12, 43:12, 43:17, 47:13, 47:21, 47:22, 48:1, 48:5, 48:8,

48:22, 57:5, 57:10, 57:11, 62:16, 63:1, 63:17, 63:23, 64:1, 64:10, 64:14, 64:15, 65:25, 66:1, 66:15, 66:16, 66:25, 67:12, 68:19, 68:20, 68:21, 68:22, 71:9, 71:10, 72:14, 72:16, 73:13, 73:18, 74:3, 74:4, 75:17, 75:19, 75:22, 75:24, 76:25, 77:4, 78:2, 78:8, 79:16, 79:24, 81:1, 83:18, 84:15, 84:21, 85:2, 85:13, 86:16, 86:24, 86:25, 87:6, 87:9, 87:12, 87:16, 87:23, 88:2, 88:3, 88:5, 88:10, 88:16, 88:23, 89:2, 89:8, 89:12, 89:16, 90:2, 90:5, 90:7, 92:12, 93:19, 93:25, 94:6, 94:9, 94:11, 94:21, 95:2, 95:7, 95:10, 95:19, 97:1, 98:2
**store** [8] - 24:1, 25:22, 34:8, 40:13, 40:20, 40:22, 41:17, 88:25
**stored** [2] - 22:3, 22:24
**stores** [6] - 23:1, 39:25, 86:20, 89:21, 89:22, 90:2
**storing** [2] - 33:21, 40:3
**STRADLING** [2] - 4:4, 4:12
**STREET** [1] - 1:24
**strongly** [1] - 46:13
**structure** [10] - 42:4, 43:7, 45:23, 46:15, 67:4, 84:8, 84:13, 85:5, 94:25
**stuck** [1] - 24:12
**submitted** [1] - 100:10
**subsequent** [2] - 62:6, 95:9
**substrate** [16] - 22:4, 22:6, 22:15, 42:10, 42:14, 42:23, 42:25, 47:23, 81:25, 82:9, 82:17, 82:20, 83:22, 83:25, 84:1, 84:4
**substrates** [1] - 82:11
**Suess** [13] - 5:9, 14:10, 19:7, 19:10, 21:10, 21:16, 21:18, 24:5, 26:7, 31:4,

31:11, 35:15
**Suess's** [3] - 25:10, 28:25, 40:14
**suggesting** [1] - 70:13
**Suite** [6] - 2:17, 3:5, 3:13, 4:6, 4:13, 4:17
**SUL** [10] - 57:8, 64:13, 68:18, 74:1, 83:10, 83:11, 83:18, 83:25, 84:3
**SUL-Ru** [5] - 57:8, 64:13, 68:18, 74:1, 83:11
**SUL1** [5] - 57:8, 64:13, 68:18, 74:1, 83:12
**SUL2** [5] - 57:9, 64:13, 68:18, 74:1, 83:11
**Summary** [1] - 8:7
**summary** [3] - 20:9, 28:18, 38:3
**superparamagnetic** [3] - 25:6, 26:5, 31:15
**supplement** [1] - 81:14
**supplier** [2] - 15:25, 16:22
**suppliers** [2] - 16:3, 17:15
**supply** [1] - 45:2
**support** [1] - 80:1
**supported** [6] - 36:6, 67:1, 78:5, 82:1, 88:1, 88:12
**supporting** [8] - 59:22, 76:8, 78:4, 79:18, 82:14, 83:4, 83:16, 85:24
**surface** [3] - 23:3, 28:14, 36:18
**surprise** [1] - 29:5
**SW** [1] - 2:17
**switch** [8] - 23:21, 32:8, 33:24, 33:25, 34:1, 40:25, 44:1, 95:9
**switched** [1] - 89:1
**switching** [9] - 33:21, 36:9, 40:4, 40:8, 46:19, 90:4, 95:1, 95:7, 95:15
**SWORN** [1] - 13:14
**system** [2] - 29:13, 37:15
**systems** [2] - 29:10, 81:13

**T**

**table** [15] - 43:2, 43:3, 53:2, 59:1, 62:22,

63:8, 69:9, 77:9, 77:20, 78:16, 78:18, 78:24, 80:8, 80:10, 80:17
**tables** [1] - 77:13
**Takouche** [1] - 9:18
**target** [3] - 62:25, 68:9, 68:10
**targets** [2] - 37:12, 64:9
**taught** [1] - 67:24
**teach** [1] - 30:17
**teaches** [1] - 30:19
**team** [1] - 59:7
**Tech** [3] - 13:13, 18:24, 19:1
**technical** [3] - 11:12, 17:14, 19:25
**technician** [2] - 5:10, 5:10
**technologies** [2] - 15:4, 17:22
**Technologies** [4] - 9:7, 9:8, 9:11, 18:21
**TECHNOLOGIES** [2] - 1:4, 1:8
**Technologies'** [2] - 11:11, 12:18
**technologist** [1] - 12:20
**technology** [1] - 17:2
**Technology** [1] - 8:6
**temperature** [2] - 24:18, 44:22
**tend** [1] - 26:16
**tended** [1] - 27:3
**tender** [1] - 17:20
**term** [9] - 24:7, 36:16, 42:16, 42:20, 82:21, 84:10, 86:18, 94:24, 95:21
**terminology** [1] - 26:22
**terms** [3] - 24:9, 34:14, 68:25
**tesla** [59] - 35:11, 39:21, 43:18, 58:20, 58:21, 58:22, 61:24, 63:7, 65:7, 65:15, 66:3, 66:18, 69:13, 70:2, 72:17, 73:3, 73:6, 74:21, 75:5, 75:11, 75:25, 76:19, 76:20, 88:20, 90:8, 91:21, 92:1, 92:2, 92:5, 92:10, 92:15, 93:1, 93:3, 93:6, 93:9, 93:13, 93:16, 93:20, 93:23, 94:1, 94:4, 97:18, 97:21,

97:22, 98:8, 98:10, 98:17, 98:19, 98:25, 99:2, 99:8, 99:10, 99:14, 99:15, 99:21, 99:23
**test** [32] - 29:4, 53:6, 53:7, 53:24, 54:10, 56:10, 57:21, 57:23, 57:24, 59:3, 59:4, 62:16, 65:3, 65:8, 65:12, 65:18, 65:19, 65:25, 69:7, 69:9, 69:14, 69:24, 69:25, 71:16, 71:21, 74:22, 75:6, 77:15, 77:16, 79:2, 92:6, 92:16
**Test** [1] - 7:22
**testified** [4] - 21:18, 59:24, 71:20, 80:15
**testify** [1] - 11:23
**testifying** [2] - 11:15, 71:24
**testimony** [23] - 10:2, 12:4, 12:6, 12:19, 12:24, 14:12, 56:17, 71:17, 71:19, 79:5, 80:11, 80:14, 82:1, 82:13, 83:4, 83:15, 84:2, 85:11, 88:21, 89:5, 90:3, 94:19, 95:11
**THE** [50] - 6:7, 9:6, 9:15, 9:19, 9:24, 10:11, 10:14, 10:16, 10:18, 10:24, 11:2, 11:3, 11:6, 11:8, 11:21, 11:24, 12:13, 13:6, 13:8, 13:17, 13:18, 13:20, 13:22, 15:21, 18:1, 18:4, 27:24, 49:2, 49:4, 49:6, 49:8, 49:10, 50:5, 50:18, 51:21, 52:9, 53:13, 53:20, 54:7, 54:20, 55:4, 55:13, 55:23, 56:7, 100:6, 100:12, 100:14, 100:16, 100:20, 101:1
**theory** [1] - 19:12
**thermal** [3] - 24:19, 26:19, 26:23
**thermally** [1] - 24:17
**they've** [1] - 70:5
**thick** [1] - 46:5
**Thickness** [1] - 7:19
**thickness** [17] - 46:4, 46:5, 46:7, 46:10, 46:11, 57:1, 68:10, 68:11, 88:4, 88:5,

96:7, 96:8, 96:14, 97:6, 97:7, 97:8, 97:14

**thickness-weighted** [3] - 96:7, 96:8, 96:14

**thicknesses** [3] - 52:2, 64:9, 97:10

**thin** [4] - 22:4, 22:6, 46:6, 46:22

**thinking** [1] - 45:9

**three** [8] - 10:22, 14:4, 63:22, 67:17, 76:11, 78:7, 83:10

**throughout** [3] - 85:9, 88:23, 95:4

**THURSDAY** [2] - 1:16, 9:1

**tie** [1] - 25:12

**timescale** [10] - 44:15, 44:17, 44:18, 44:20, 44:24, 90:23, 90:24, 91:6, 91:13

**timescales** [3] - 44:2, 45:15, 91:17

**Title** [1] - 102:8

**titled** [1] - 21:9

**today** [3] - 11:13, 14:8, 20:24

**together** [9] - 33:25, 34:6, 36:5, 40:25, 41:13, 41:19, 46:14, 59:7

**took** [2] - 70:14, 97:4

**top** [25] - 22:5, 22:9, 22:13, 26:16, 31:10, 31:23, 31:24, 33:10, 45:19, 59:10, 59:11, 62:13, 62:15, 63:24, 78:6, 79:22, 81:25, 83:10, 84:25, 85:3, 85:8, 86:8, 87:4, 88:10, 95:8

**topside** [2] - 22:8, 22:12

**total** [7] - 10:21, 10:22, 17:9, 17:10, 46:11, 97:7, 97:14

**toward** [1] - 56:15

**towards** [15] - 22:12, 22:13, 22:14, 28:22, 30:6, 32:2, 32:22, 48:21, 63:16, 66:24, 73:18, 75:17, 78:2, 79:16, 81:1

**Town** [1] - 3:22

**track** [1] - 66:12

**Transactions** [1] - 6:19

**transcribed** [1] - 88:24

**transcript** [2] - 102:9,

102:11

**Transcript** [1] - 1:5

**TRANSCRIPT** [1] - 1:14

**transferred** [1] - 36:8

**TRIAL** [1] - 1:15

**trial** [1] - 43:23

**tried** [1] - 31:7

**trilemma** [6] - 25:6, 25:9, 25:10, 29:19, 31:7, 31:12

**triple** [1] - 63:21

**true** [5] - 18:16, 37:25, 38:7, 70:17, 102:9

**try** [2] - 10:1, 29:22

**trying** [2] - 28:13, 30:11

**turn** [15] - 23:7, 32:5, 38:10, 49:13, 49:14, 50:8, 51:9, 51:24, 52:21, 52:25, 54:13, 54:23, 55:7, 55:16, 81:3

**turning** [3] - 23:21, 84:5, 90:6

**Tutorial** [1] - 8:13

**two** [19] - 14:4, 21:7, 21:8, 25:16, 26:2, 30:12, 30:15, 30:18, 31:14, 31:17, 31:20, 31:22, 32:18, 32:23, 57:20, 63:22, 68:25, 81:12, 88:13

**two-layer** [3] - 31:20, 31:22, 32:23

**Type** [1] - 6:18

**type** [2] - 69:6, 80:8

**types** [2] - 33:14, 87:22

**typically** [2] - 27:9, 27:17

### U

**U.S** [4] - 1:3, 7:15, 7:16, 17:17

**ultimately** [1] - 35:1

**Ultrastar** [2] - 7:14, 49:18

**Ultrastar-branded** [1] - 49:18

**under** [1] - 84:25

**underlayer** [30] - 10:8, 39:22, 42:13, 42:14, 42:22, 42:23, 42:25, 43:19, 57:4, 57:8, 64:10, 64:12, 64:13, 68:17, 68:18, 73:25, 74:1, 82:19, 82:22, 82:23, 83:2, 83:9,

83:21, 94:7, 94:10, 94:12, 94:16, 94:22

**underlying** [2] - 86:3, 95:16

**underneath** [1] - 95:9

**understood** [2] - 42:19, 87:23

**unexpected** [3] - 27:6, 27:7, 27:12

**unexpectedly** [1] - 27:3

**uniform** [2] - 31:10, 33:18

**uniformly** [1] - 41:20

**unit** [1] - 58:19

**UNITED** [1] - 1:1

**United** [3] - 102:6, 102:8, 102:13

**University** [2] - 14:20, 14:21

**unless** [1] - 10:9

**unsolvable** [1] - 25:12

**unstable** [1] - 24:17

**up** [32] - 9:20, 13:15, 14:15, 21:16, 22:2, 22:7, 22:19, 23:5, 23:6, 24:3, 24:11, 24:12, 25:1, 25:23, 34:3, 37:3, 37:4, 38:13, 40:1, 41:20, 43:1, 44:8, 44:13, 46:10, 53:6, 57:20, 58:3, 62:21, 71:5, 77:13, 85:3, 97:8

**up-and-down** [1] - 23:5

**up-or-down** [5] - 24:3, 24:11, 24:12, 25:23, 40:1

**update** [1] - 8:10

**upper** [5] - 46:24, 47:5, 96:19, 96:21, 98:12

**uses** [1] - 21:15

### V

**validity** [1] - 14:11

**value** [116] - 46:16, 58:9, 58:10, 59:11, 59:15, 60:10, 60:20, 60:24, 61:1, 61:3, 61:7, 61:17, 61:18, 61:20, 61:21, 62:12, 62:14, 62:22, 62:23, 63:6, 63:7, 63:25, 65:1, 65:2, 65:6, 65:7, 65:9, 65:10, 65:14, 65:22, 65:23, 66:2, 66:3, 66:17,

66:18, 67:5, 67:9, 67:10, 67:11, 69:12, 69:13, 69:20, 70:14, 70:23, 71:3, 71:7, 71:8, 71:13, 72:20, 72:23, 73:2, 74:14, 74:15, 74:19, 74:20, 74:21, 74:25, 75:1, 75:10, 75:11, 76:10, 76:12, 78:6, 78:7, 78:8, 86:8, 86:10, 90:20, 91:16, 91:22, 91:24, 91:25, 92:4, 92:8, 92:9, 92:14, 92:18, 92:19, 92:22, 93:2, 93:6, 93:11, 93:12, 93:14, 93:18, 93:21, 96:24, 97:5, 97:6, 97:18, 98:24, 99:2, 99:8, 99:14, 99:15, 99:22, 99:23

**Values** [1] - 7:19

**values** [63] - 57:17, 57:22, 57:25, 58:3, 58:15, 59:1, 59:2, 59:4, 59:5, 59:8, 59:21, 60:9, 61:12, 62:20, 63:4, 63:11, 64:21, 65:5, 68:8, 69:5, 69:11, 69:17, 69:18, 69:19, 69:20, 70:3, 70:14, 70:19, 71:25, 72:4, 72:7, 72:8, 72:12, 73:11, 74:9, 75:2, 75:9, 76:6, 76:18, 77:12, 77:14, 77:16, 77:18, 77:21, 78:17, 78:23, 78:25, 79:2, 79:6, 79:8, 79:10, 80:9, 80:18, 80:20, 96:13, 96:14, 96:19, 97:9, 97:10, 98:11, 99:4, 99:11

**variance** [1] - 79:25

**variation** [1] - 36:21

**variations** [1] - 36:15

**various** [7] - 38:13, 49:20, 63:12, 64:8, 81:24, 96:8, 96:9

**vary** [1] - 62:10

**versus** [1] - 34:23

**vice** [3] - 16:14, 16:17, 16:24

**Vice** [1] - 2:16

**Victora** [1] - 31:11

**video** [8] - 11:11, 12:3, 12:17, 59:23, 88:24, 90:3, 91:5, 91:11

**videos** [2] - 11:8,

11:12

**Videotaped** [6] - 6:4, 6:5, 6:6, 11:17, 12:8, 13:1

**view** [1] - 60:4

**viewed** [1] - 25:12

**Virginia** [1] - 14:6

**Vol** [1] - 6:20

**VOLUME** [1] - 1:10

**vs** [2] - 1:7, 9:7

### W

**Wabash** [2] - 3:13, 4:17

**walk** [3] - 38:14, 61:10, 81:18

**Wang** [1] - 9:18

**WANG** [1] - 4:16

**warm** [1] - 14:6

**WAS** [1] - 13:14

**Washington** [1] - 2:18

**watering** [1] - 27:16

**WATKINS** [7] - 3:12, 3:18, 3:21, 4:8, 4:16, 4:20, 5:4

**ways** [1] - 27:1

**WD** [17] - 6:15, 7:9, 7:14, 7:22, 7:23, 8:5, 8:7, 8:9, 8:11, 8:13, 19:21, 19:25, 49:17, 49:23, 53:6, 70:20, 70:21

**WD's** [2] - 7:16, 14:10

**WD-branded** [1] - 49:23

**weight** [3] - 18:7, 46:6, 46:7

**weighted** [9] - 46:3, 76:6, 96:7, 96:8, 96:13, 96:14, 97:15, 97:17, 99:19

**Wendy** [2] - 5:9, 9:13

**WEST** [1] - 1:24

**Western** [54] - 1:8, 9:7, 9:17, 10:5, 10:25, 11:15, 12:5, 12:20, 12:25, 19:21, 20:1, 20:5, 20:10, 20:15, 20:17, 21:1, 37:16, 38:2, 48:23, 49:13, 54:11, 59:22, 63:18, 70:3, 70:13, 71:17, 71:24, 72:11, 72:22, 76:7, 77:18, 79:5, 79:17, 80:12, 82:1, 82:13, 83:4, 83:15, 84:2, 85:11, 85:24, 88:21, 89:25, 91:1, 91:12, 91:24,

93:7, 93:14, 93:15, 93:21, 93:22, 94:19, 95:11
**wherein** [1] - 47:20
**whole** [2] - 37:14, 85:10
**wiggling** [1] - 44:11
**WILLETT** [1] - 6:4
**Willett** [5] - 11:11, 11:14, 11:17, 11:20, 100:23
**Wilshire** [6] - 2:5, 2:9, 2:13, 2:21, 3:5, 3:9
**WITHDRAWN** [3] - 6:13, 7:3, 8:3
**withstand** [2] - 90:14, 95:25
**witness** [6] - 11:10, 12:2, 12:11, 12:16, 19:4, 70:21
**WITNESS** [3] - 13:14, 13:20, 15:21
**WITNESSES** [1] - 6:3
**witnesses** [2] - 10:21, 10:22
**Word** [1] - 23:12
**word** [1] - 39:1
**works** [4] - 32:4, 40:16, 40:19, 87:3
**world** [1] - 15:10
**world's** [3] - 16:7, 16:22, 19:11
**write** [18] - 23:14, 23:16, 23:18, 23:22, 25:15, 25:22, 26:19, 27:4, 27:11, 27:14, 27:19, 27:20, 28:15, 29:24, 31:1, 31:16, 32:5, 89:1
**writeability** [2] - 25:14, 30:20
**writes** [1] - 23:14
**writing** [1] - 45:1

## X

**x-ray** [1] - 7:7

## Y

**years** [7] - 15:14, 16:10, 17:8, 17:10, 24:23, 45:12, 45:13
**years'** [1] - 81:12
**yellow** [9] - 42:11, 42:15, 43:14, 43:21, 47:17, 48:6, 82:12, 83:3, 84:25
**yesterday** [8] - 11:13, 21:18, 21:25, 22:7,

24:5, 31:8, 35:15, 37:16
**YOCCA** [2] - 4:4, 4:12
**York** [1] - 15:1
**YOUNG** [1] - 4:20
**yourself** [3] - 14:2, 70:5, 70:6

## Z

**zero** [6] - 23:21, 40:1, 60:13, 60:16, 61:12
**zeros** [2] - 23:10, 23:11
**zoom** [3] - 38:17, 39:14, 41:5

**UNITED STATES DISTRICT COURT**