1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, | CASE NO. 8:22-cv-01599-JVS-DFM |
|     Plaintiff and Counterclaim Defendant, | Judge:  District Judge James V. Selna Magistrate Judge Douglas F. McCormick |
| vs. | |
| WESTERN DIGITAL TECHNOLOGIES, INC., | **ORDER GRANTING WESTERN DIGITAL TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO EXTEND RULE 62(a) STAY OF EXECUTION [598]** |
|     Defendant and Counterclaim Plaintiff. | Complaint Filed:  August 26, 2022 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed Defendant Western Digital Technologies, Inc.'s ("WD") Unopposed Motion to Extent Rule 62(a) Stay of Execution ("Motion"), **HEREBY ORDERS** as follows:

1. WD's Motion is **GRANTED**.

2. The Court hereby orders that the stay of execution under Fed. R. Civ. P. 62(a) is extended until the earlier of (a) the parties receive notice that the Court has disposed of both WD's Renewed Motions for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b) and, in the alternative, for New Trial under Fed. R. Civ. P. 59, or (b) December 2, 2024.

3. The Court further orders that WD is not required to post a supersedeas bond while the stay of execution expires.

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
Hon. James V. Selna
U.S. District Judge