Douglas E. Lumish, SBN 183863
  doug.lumish@lw.com
Richard G. Frenkel, SBN 204133
  rick.frenkel@lw.com
Patricia Young, SBN 291265
  patricia.young@lw.com
Linfong Tzeng, SBN 281798
  linfong.tzeng@lw.com
Chaarushena Deb, SBN 342764
  chaaru.deb@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Joseph H. Lee, SBN 248046
  joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

Attorneys for Defendant and Counterclaim Plaintiff
Western Digital Technologies, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendant and Counterclaim Plaintiff. | CASE NO. 8:22-cv-01599-JVS-DFM<br><br>Judge: District Judge James V. Selna<br>Magistrate Judge Douglas F. McCormick<br><br>**DECLARATION OF ASHLEY N. FINGER IN SUPPORT OF WESTERN DIGITAL'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285**<br><br>Complaint Filed: August 26, 2022<br><br>Hearing Date: October 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10C |

Sarah W. Wang (admitted *pro hac vice)*
  sarah.wang@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7642

Gabriel K. Bell (admitted *pro hac vice*)
  gabriel.bell@lw.com
Charles S. Dameron (admitted *pro hac vice*)
  charles.dameron@lw.com
Ashley N. Finger (admitted *pro hac vice*)
  ashley.finger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Steve Hanle, SBN 168876
  shanle@stradlinglaw.com
Salil Bali, SBN 263001
  sbali@stradlinglaw.com
Ahmad S. Takouche, SBN 322911
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725 4000
Facsimile: (949) 725 4100

Henning Schmidt (admitted *pro hac vice*)
  hschmidt@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
500 W. 2nd St., Suite 1900
Austin, TX 78701
Telephone: (512) 788-5018

I, Ashley N. Finger, hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of New York and District of Columbia, and am admitted to practice in this Court *pro hac vice*. I am an associate at Latham & Watkins LLP and am one of the attorneys of record for Defendant and Counterclaim Plaintiff Western Digital Technologies, Inc. ("Western Digital" or "WD") in the above-captioned matter.

2. I make this Declaration in support of Western Digital's Opposition to Plaintiff's Motion for Attorneys' Fees Under 35 U.S.C. § 285 based on my personal knowledge and a review of the case file maintained by my offices.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Western Digital Technologies, Inc.'s Responses to Plaintiff MR Technologies, GmbH's Second Set of Requests for Production of Documents, served on June 7, 2023.

4. Paragraph 18 of the Declaration of Paul A. Kroeger in Support of Plaintiff's Motion for Attorney[s'] Fees Under 35 U.S.C. § 285 ("Kroeger Declaration"), Dkt. 619-1, indicates that the Russ, August & Kabat attorneys for whom fees are sought had the following billing rates in the relevant time period:

- Marc Fenster: $1500-1575
- Paul Kroeger: $1100-1150
- Dale Chang: $1100-1150
- Reza Mirzaie: $1400
- Brian Ledahl: $1250-1400
- Matthew Aichele: $1050
- Jacob Buczko: $950-1000
- Minna (Chan) Jay: $800-900

5. The Kroeger Declaration attaches as Exhibit D the 2021 Report of the Economics Survey published by the American Intellectual Property Law Association

("2021 AIPLA Survey"), Dkt. 619-5. The 2021 AIPLA Survey lists the following hourly billing rates in 2020 for private firm IP lawyers. *Id.* at I-37.

- For 10-14 "Years of IP Law Attorney Experience," a third quartile rate of $625 and a 90th percentile rate of $889;
- For 15-24 "Years of IP Law Attorney Experience," a third quartile rate of $614 and a 90th percentile rate of $757;
- For 25-34 "Years of IP Law Attorney Experience," a third quartile rate of $680 and a 90th percentile rate of $899; and
- For Los Angeles, a third quartile rate of $780 and a 90th percentile rate of $1200.

6. The highest third quartile rate listed above, in paragraph 5 of this declaration, is $780.

7. Paragraph 18 of the Kroeger Declaration, Dkt. 619-1, indicates that the Russ, August & Kabat attorneys for whom fees are sought billed the following number of hours in the relevant time period:

- Marc Fenster: 1177 hours;
- Paul Kroeger: 1254 hours;
- Dale Chang: 1813.5 hours;
- Reza Mirzaie: 249.8 hours;
- Brian Ledahl: 347.4 hours;
- Matthew Aichele: 578.8 hours;
- Jacob Buczko: 813.5 hours; and
- Minna (Chan) Jay: 879.2 hours.

8. The total attorney hours recited above, in paragraph 7 of this declaration, is 7113.2 hours.

9. Multiplying the total attorney hours (7113.2) by the third quartile rate for Los Angeles in the 2021 AIPLA Survey ($780) results in $5,548,296.

10. The Kroeger Declaration attaches as Exhibit C a Time Report for the attorneys listed above, in paragraph 7 of this declaration. Dkt. 619-1 ¶ 5; Dkt. 619-4.

11. Exhibit C contains 1780 entry lines and fewer individual time entries as there are entries that span more than one line. Dkt. 619-4. Using lines as a proxy for entries therefore favors MRT.

12. Over 140 entries refer to, *inter alia*, "work on discovery" without additional information. *E.g.*, Dkt. 619-4 at 1-18.

13. An additional 158 entries refer generally to "work on oppositions," *e.g.*, *id.* at 30-31, "prepare for hearing," *e.g., id.* at 33, "[t]eam call," *e.g.*, *id.* at 22, "[r]eview documents," *e.g.*, *id.* at 7, or "case emails," *e.g.*, *id.* at 5-10, without additional information.

14. There are 62 entries that refer generally to expert reports without additional information. *E.g.*, *id.* at 13.

15. Paragraphs 12-14 identify at least 360 billing entries.

16. 360 entries out of an estimated 1780 is 20.225%, or 20% when rounding down to the lower whole number.

17. Exhibit C contains 23 entries that relate to MRT's amended complaints, *e.g.*, Dkt. 619-2 at 3; 140 that relate to claim construction ("claim construction" or "CC"), *e.g.*, *id.* at 6; 63 that relate to damages issues, *e.g.*, *id.* at 10-11; and 33 that relate to MRT's infringement contentions, *e.g.*, *id.* at 4.

18. Paragraph 17 identifies a total of 259 billing entries.

19. 259 entries out of an estimated 1780 is 14.55%, or 14% when rounding down to the lower whole number.

20. The sum of the rounded percentages in paragraphs 16 and 19 is 34%.

21. Subtracting 34% of the total fees calculated above, in paragraph 8 of this declaration ($5,548,296), is $3,661,875 when rounded to the nearest whole number.

22. Subtracting an additional 20% from the reduced fees in paragraph 21 ($3,661,875) due to block-billing results in $2,929,500 when rounded to the nearest whole number.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 7, 2024

**LATHAM & WATKINS LLP**

By: *[signature: Ashley Finger]*
Ashley N. Finger
Douglas E. Lumish
Richard G. Frenkel
Gabriel K. Bell
Patricia Young
Joseph H. Lee
Linfong Tzeng
Sarah W. Wang
Charles S. Dameron
Chaarushena Deb

**STRADLING YOCCA CARLSON & RAUTH LLP**

Steven M. Hanle
Salil Bali
Ahmad S. Takouche
Henning Schmidt

*Attorneys for Defendant and Counterclaim Plaintiff Western Digital Technologies, Inc.*