**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

**HONORABLE JAMES V. SELNA, JUDGE PRESIDING**

**CERTIFIED TRANSCRIPT**

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim Defendant, | ) |
| | ) |
| vs. | ) SACV NO. |
| | ) 8:22-cv-01599-JVS-DVM |
| WESTERN DIGITAL TECHNOLOGIES, | ) |
| INC., | ) |
| | ) |
| Defendant and | ) |
| Counterclaim Plaintiff, | ) DAY 3, VOLUME II |
| _____ | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

THURSDAY, JULY 18, 2024

1:29 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(657) 229-4305**
**transcripts@ddparker.com**

*Deborah D. Parker, U.S. Court Reporter*

**APPEARANCES OF COUNSEL:**

FOR THE PLAINTIFF and COUNTERCLAIM DEFENDANT:

MARC A. FENSTER
RUSS, AUGUST & KABAT
12424 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CALIFORNIA 90025
(310) 826-7474
mfenster@raklaw.com


BRIAN D. LEDAHL
RUSS, AUGUST & KABAT
12424 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CALIFORNIA 90025
(310) 826-7474
bledahl@raklaw.com


JACOB ROBERT BUCZKO
RUSS, AUGUST & KABAT
12424 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CALIFORNIA 90025
(310) 826-7474
jbuczko@raklaw.com


MATTHEW D. AICHELE
RUSS, AUGUST, KABAT, *pro hac vice*
800 MAINE AVENUE, SW
SUITE 200
WASHINGTON, D.C. 20024
(202) 664-0623
maichele@raklaw.com


MINNA Y. CHAN
RUSS, AUGUST & KABAT
12424 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CALIFORNIA 90025
(310) 826-7474
mchan@raklaw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

FOR THE PLAINTIFF and COUNTERCLAIM DEFENDANT:

> PAUL A. KROEGER
> RUSS, AUGUST & KABAT
> 12424 WILSHIRE BOULEVARD
> 12TH FLOOR
> LOS ANGELES, CALIFORNIA 90025
> (310) 826-7474
> pkroeger@raklaw.com

> REZA MIRZAIE
> RUSS, AUGUST & KABAT
> 12424 WILSHIRE BOULEVARD
> 12TH FLOOR
> LOS ANGELES, CALIFORNIA 90025
> (310) 826-7474
> rmirzaie@raklaw.com

> DALE CHANG
> RUSS, AUGUST & KABAT
> 12424 WILSHIRE BOULEVARD
> 12TH FLOOR
> LOS ANGELES, CALIFORNIA 90025
> (310) 826-7474
> dchang@raklaw.com

FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

> DOUGLAS E. LUMISH
> LATHAM & WATKINS LLP
> 140 SCOTT DRIVE
> MENLO PARK, CALIFORNIA 94025
> (650) 328-4600
> doug.lumish@lw.com

> JOSEPH HYUK LEE
> LATHAM & WATKINS, LLP-COSTA MESA
> 650 TOWN CENTER DRIVE
> 20TH FLOOR
> COSTA MESA, CALIFORNIA 92626
> (714) 540-1235
> joseph.lee@lw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

SALIL BALI
STRADLING YOCCA CARLSON & RAUTH P.C.
660 NEWPORT CENTER DRIVE
SUITE 1600
NEWPORT BEACH, CALIFORNIA 92660
(949) 725-4278
sbali@stradlinglaw.com

CHAARUSHENA DEB
LATHAM & WATKINS LLP
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
chaaru.deb@lw.com

STEVEN M. HANLE
STRADLING YOCCA CARLSON & RAUTH P.C.
660 NEWPORT CENTER DRIVE
SUITE 1600
NEWPORT BEACH, CALIFORNIA 92660
(949) 725-4094
shanle@stradlinglaw.com

SARAH W. WANG
LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, ILLINOIS 60611
(312) 876-7700
sarah.wang@lw.com

PATRICIA YOUNG
LATHAM & WATKINS LLP
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
patricia.young@lw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

RICHARD GREGORY FRENKEL
LATHAM & WATKINS LLP - MENLO PARK
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
rick.frenkel@lw.com

**ALSO PRESENT:**

Wendy Liu, Paralegal, Russ August & Kabat

Dieter Seuss, MR Technologies, Corporate Representative

Chris Schmoller, Litigation Support, Western Digital Technologies

Mary Noffsinger, Jury Consultant, Western Digital Technologies

I N D E X


PLAINTIFF'S WITNESSES:    DIRECT   CROSS   REDIRECT   RECROSS

 MARK RE                      8      52



E X H I B I T S

PLAINTIFF'S EXHIBITS:                    IDENTIFICATION   EVIDENCE


2030  Recent Developments in                              29
Magnetic Recording Media


2023  Hitachi, Extending                                  36
PMR Media to 1 Tb/in2,
Presentation, 10/19/11

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFICATION | EVIDENCE |
|---|---|---|
| 2030  Recent Developments in Magnetic Recording Media | | 29 |
| 2023  Hitachi, Extending PMR Media to 1 Tb/in2, Presentation, 10/19/11 | | 36 |
| 2019  Triple EBL Design for SNR/OW Improvement | | 37 |
| 2108  Probing the Magnetization Reversal Process in Advanced Composite Perpendicular Recording Media by Magnetic X-ray Spectromicroscopy | | 45 |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFICATION | EVIDENCE |
|---|---|---|
| 1295  Seagate slide Deck Titled "Tech Talk on HDD Area Density by Mark Re, CTO" by Mark Re | | 122 |

**SANTA ANA, CALIFORNIA; THURSDAY, JULY 18, 2024; 1:29 P.M.**

-oOo-

THE CLERK:  All rise.

*(The following proceedings were had in open court in the presence of the jury:)*

THE CLERK:  Please be seated and come to order. This Court is again in session.

THE COURT:  Good afternoon, ladies and gentlemen.

Okay, Mr. Chang.

MARK RE, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

DIRECT EXAMINATION

BY MR. CHANG:

Q    Welcome back, Dr. Re.

A    Thank you.

Q    I think we left off with Element 1F of Claim 1 of the '864 patent.

Can you tell us what that limitation requires?

A    Yes.  It's says:

"Wherein, said nucleation host is formed on the hard magnetic storage layer."

Q    And can you just remind us where that is in the accused products?

A    The nucleation host is represented by the purple boxes, and it's highlighted in yellow here.

Q    And is that formed on the hard magnetic storage layer?

A     Yes, it's formed on the hard magnetic storage layer.

Q     And the hard magnetic storage layer being the bottom G-layer?

A     Correct.  The green box represented here.

Q     What's the next part of Element 1F?

A     It says:

          "Such that the hard magnetic storage

          layer is between the nucleation host and

          the non-magnetic substrate."

Q     Can you explain how that part of Element 1F is met?

A     Yes.  So the hard magnetic storage layer is the green box with the nucleation host, the purple box is on top, and the substrate is the black box on the bottom.

Q     And so where is the hard storage layer?

A     The hard storage layer is the green area highlighted here *(indicating)*.

Q     And is it between the nucleation host and the substrate?

A     Yes, it is.  Between the nucleation host and the substrate.

Q     What does Element 1G require?

A     1G.  There we go.

          It's exchange coupled to the hard magnetic storage layer.

Q     What needs to be exchanged coupled to the hard storage

layer?

A    The nucleation host needs to be coupled to the hard magnetic storage layer.

Q    Is that met by the accused products?

A    Yes.  It's the ECL layer highlighted, the yellow box.

Q    And is the exchange coupling through that layer?

A    Yes, it is, through that layer.

Q    And what two things are exchange coupled?

A    The bottom layer of the nucleation and the hard magnetic storage layer.

Q    So the nucleation host is exchange coupled to the hard storage layer on each of the accused products?

A    Yes, it is.

Q    Is there testimony from Western Digital confirming that?

A    Yes, there is.

So Dr. Desai confirmed that the exchange coupling between the nucleation host, the G1 through the -- G1-2 and G1-1 layer, allow the magnetic moments to influence set. The G1-1 layer and also the exchanged coupling for the G2 layer and the G1 layer and the Group 2 through 4C.  And then, finally, the Group 5, the exchange coupling between the G2 and the SCL layer, which is the hard storage layer in that group of products.

Q    Moving on to 1H.  Can you explain what that limitation

says?

A    Yes.    The Court's construction -- the -- oh, do you want me to read the --

Q    Yes.

A    -- claims first?  Okay.

So:

"Wherein, said nucleation host comprises ferromagnetic layers with increasing" --

*(Court Reporter requests clarification for the record.)*

THE WITNESS:  "Wherein, said nucleation host comprising ferromagnetic layers with increasing anisotropy constant K from layer to layer."

BY MR. CHANG:

Q    Did the Court construe that element?

A    The Court did.

Q    What was the Court's construction?

A    *(Reading:)*

"Nucleation host includes two or more ferromagnetic layers which have anisotropy constants K, and the values of the anisotropy constants K for the layers increases as the layers get closer to the hard magnetic storage layer, such that the nucleation host has

an overall increase in anisotropy

towards the hard magnetic storage

layer."

Q    Okay.  Let's start with the first part of that.

Two or more ferromagnetic layers, having anisotropy constants K that increase as you go toward the hard storage layer.

Can you show us how that part -- part of the construction is met in the accused products?

A    Yes.  So basically, all of the top two layers of the nucleation host, shown by the little red arrows on there, the anisotropy constants K are increasing from layer to layer in those top layers.

Q    So from the top G-layer of the nucleation host to the next one?

A    Correct.

Q    Okay.  So, for example, on 5QB?

A    So in 5QB, which just has two layers in the nucleation host, the G -- going from G2 to G1-2, the anisotropy constant increasing.

Q    And for Group 2?

A    For Group 2, again, going from the G4 to the G3 layer, the anisotropy increases.

Q    And for 5X1, Group 3?

A    For the Group 3, going from G5 to G4, the anisotropy

constant increases.

Q    And what about Group 4A, and then G?

A    So, again, from G6 to G5, the anisotropy constant increases.

Q    And Group 4B, which is represented by GS9?

A    The Group 4B, going from G6 to G5, the anisotropy constant increases.

Q    And for Group 4C, GT5?

A    For Group 4C, again, going from G6 to G5, the anisotropy constant increases.

Q    And finally, Group 5, SL6A?

A    For Group 5, going from G7 to G6, the anisotropy constant increases.

Q    And the next part of the construction required an overall increase through the nucleation host toward the hard storage layer.

        Did you find that in the accused products?

A    Yes.  All the accused products have an overall increase.  So from starting at the top of the nucleation host to the end, there's an overall increase in the anisotropy constants.

Q    And so -- I think Group 2 --

        MR. CHANG:  Can we pull that up real quick?

    *(The document was published in open court.)*

////

14

BY MR. CHANG:

Q    And so is that the same bar chart that we saw before?

A    Yes.  These are all the same bar charts.

Q    And so from what layer to what layer is there an overall increase?

A    From a G4 to G2.

Q    And if we go to Group 3, from what layer to what layer in Group 3 is there an overall increase?

A    From the G5 to the G2 layer.

Q    And in Group 4A?

A    In Group 4A, from the G6 to the G2 layer, there's an overall increase.

Q    Group 4B?

A    For 4B, from G6 to G2, there's an overall increase.

Q    And Group 4C?

A    Yeah.  And from G6 to G2, there's an overall increase.

Q    And Group 5?

A    In Group 5, from G7 to G2, there's an overall increase.

Q    Okay.  So based on all the analysis that we've talked about, what did you conclude as to all the accused products and whether they infringe Claim 1 of the '864 patent?

A    So from my analysis, all of the accused products meet the claims of Claim 1 for the '864 patent.

Q    Now, there's been some discussion about cap layers. What is your opinion on whether the cap layer is part of the

nucleation host or not?

A    So the cap layer, I don't think we've talked about that a lot, but it's a layer on top of the nucleation host.  And often, it was not -- in fact, it's not an oxide material, so I know it was hard to read some of the compositions.  But they all had oxide materials in them which segregate the grains, which is why the grains are isolated.

The cap layer was more typically a continuous layer on top.

Q    And so if the cap layer is a continuous layer, would you consider that part of the nucleation host?

A    I would not.

Q    If it were part of the granular structure part of the grain, would you consider that part of the nucleation host?

A    Yes, I would.

Q    And assuming that the cap layers are part of the nucleation host, what is your opinion as far whether the accused products would infringe?

A    So for these -- Group 2, Group 3, and Group 5, if the cap layer is part of the nucleation host, it still has the lowest value of K in that nucleation host multilayered structure.

Q    What about 2K over M, the coercive field?

A    So yes, the coercive field, 2K over M, is also the lowest value in the nucleation host stack.

Q    And what would that mean in terms of the coercive field of the nucleation host as compared to the coercive field of the hard storage layer?

A    Well, it would -- from what we looked at before, this morning, if you include the cap layer, the $H_m$, the coercive field of the nucleation host would actually go down.

So the overall Hm would be even lower than what I showed you this morning.  So it would still be less than HS, as we looked at.

Q    Okay.  So I think you have some examples there.

MR. CHANG:  Can we zoom in on Group 2, 5GA.

(The document was published in open court.)

BY MR. CHANG:

Q    Did you determine the KM and 2K overall values for the cap layer in Group 2?

A    I did.

Q    And what were those values?

A    So for the cap layer shown here, alloy 1426, the K value is 3.99; the M value is 536; and the coercive field 2K over M is 1.49.

Q    Where did you get those values?

A    I got those from the table, the --

Q    The test data?

A    -- the test data that we looked at before.

MR. CHANG:  Let's zoom in on the next example,

Group 3.

(The document was published in open court.)

BY MR. CHANG:

Q    Did you determine the KM and the 2K over M values for the cap layer in Group 3?

A    Yes.  So for the cap layer in Group 3, which is alloy 1426, the K value is 3.99; the M value is 536; and the coercive field 2K over M is 1.49.

Q    And where did you get those values?

A    Again, from the test data table.

MR. CHANG:  We can go to the next group.

BY MR. CHANG:

Q    So here, we have Group 5.

Did you determine the KM and 2K over M values for the cap layer in the Group 5 products?

A    I did.

So this is alloy 2056.  And the K value was 5.6; the M value was 700; and the coercive field 2K over M was 1.5 -- 1.6.

Q    Did you rely on other evidence to confirm your conclusion that the cap layer or cap layers in the accused products have the lowest K of all the G-layers and lower coercive field to 2K over M than the G-layers?

A    Yes, I did.

Q    What was that evidence?

A    Deposition testimony.

Q    From?

A    Dr. Desai and Dr. Papusoi.

Q    Okay.  So moving on to dependent Claim 10.

Can you just remind us what a dependent claim is?

A    Yeah.  So a dependent claim says that it has to meet all the features of the dependent claim, which is Claim 1 --

Q    Okay.

(Simultaneous speakers.)

THE WITNESS:  -- the independent claim, which is Claim 1, plus another feature or features.

BY MR. CHANG:

Q    And so the first part of the Claim 10 says:

"The magnetic recording medium of Claim 1."

A    Yes.

Q    And we've seen that all the accused products meet all elements of Claim 1, right?

A    Correct.

Q    Okay.  So as far as the additional element required by Claim 10, what is that?

A    It says:

"Wherein, the nucleation host has a

fitness smaller than 30 nanometers."

Q    And did you determine whether the accused products meet the additional element of Claim 10?

A    I did.

Q    And how did you determine that?

A    So I -- again, from the DCM tables, I looked at the representative disk from the seven groups that we've been talking about, and the thickness is listed in those tables that I've put here.  And as you can see, all of these values are under 30 nanometers.

Q    So you used the layer recipes that we saw earlier?

A    Correct.

Q    And you added up all the thicknesses of all the layers in the nucleation host?

A    Correct.

Q    So what was the sum or the total thickness of the nucleation host for the Group 1, 5QB?

A    For the Group 1, 5QB, it was 8.7 nanometers.

Q    What was it for 5GA?

A    For 5GA, the thickness of the nucleation host was 4.8 nanometers.

Q    And how about Group 3, 5X1?

A    For Group 3, it was 7.2 nanometers.

Q    And Group 4A, at the MMG?

A    For Group 4A, it was 13.8 nanometers.

Q    And Group 4C, GT5?

A    It's 10.28 nanometers.

Q    And Group 5, SL6A?

A    For Group 5, it was 10.4 nanometers.

Q    And for Group 4B, $G_S9$, did you confirm that was less than 30 nanometers as well?

A    I did.

Q    Moving on to dependent Claim 11.  We see the first part, again, says:

"The magnetic recording medium of Claim 1."

Did you determine that all the accused products meet that?

A    Yes.  That's what we went through.

Q    And the additional element of Claim 11, what does that require?

A    It says:

"Wherein, the nucleation host comprises

grains with an average diameter greater

than 2 nanometers and less than

10 nanometers."

Q    Did you find that the accused products meet that limitation?

A    I did.

Q    What did you rely on?

A    Deposition testimony, as we heard in the videos.

Q    And so did Dr. Desai have anything to say about that?

A    Dr. Desai said that the individual grains will be around 7.5 to 8 nanometers.

Q    And then how about Dr. Ikeda?

A    Dr. Ikeda said that reduced grain -- has reduced grain size from around 10 nanometers to around 6 nanometers.

Q    Now, during opening statements, W -- Western Digital's lawyer said that you were going to blame Dr. Desai for something.

Do you remember that?

A    I do.

Q    Is that true?

A    No.  There's no reason I would blame him for anything.

Q    Is there any reason at all to blame Dr. Desai for anything?

A    No.  I think his testimony is supported by data.

Q    So what did you conclude as far as the accused products and whether they infringe Claims 10 and 11?

A    I concluded that the accused products, it did infringe Claims 10 and 11 from the '864 patent.

Q    All right.  Let's talk about your analysis for the '997.  This should go a lot faster.

So can you tell us what we're looking at here?

A    So on the left-hand side is Claim 1 from the '997 patent.  And on the right-hand side is Claim 1 from the '864 patent, which we've been discussing.

Q    And why did you line them up this way?

A    So you can see that basically the '997 patent includes

all the elements of the Claim 1 from the '864 patent with just one addition.

Q    And so what are the additional elements of '997 Claim 1 compared to '864 Claim 1?

A    So Claim 1 in the '997 includes a magnetic recording system comprising a writing head and a disk.

Q    And did you find the accused products meet those additional requirements?

A    Yes, they do.

Q    Was there evidence supporting that?

A    Yes.  The --

        MR. CHANG:  Would you blow that up, please.

        *(The document was published in open court.)*

        THE WITNESS:  The parties agreed, in this joint stipulation, that all accused HDDs include a writing head and a disk as claimed in Claim 1 of the asserted '997 patent.

BY MR. CHANG:

Q    And so that's a stipulated fact?

A    Yes.

Q    So what did you conclude as far as whether the accused products infringe '997 patent Claim 1?

A    So I concluded that the accused products did indeed infringe on Claim 1 of the '997 patent.

Q    Let's turn to Claim 7 of the '997 patent.

*Deborah D. Parker, U.S. Court Reporter*

And what are we looking at here?

A    So, again, on the left-hand side is Claim 7 of the '997 patent.  And on the right-hand side is Claim 1 of the '864 patent.

Q    And how do those two claims compare?

A    So you can see that they're the same claims, same wording.  Except for the part that I've highlighted on the bottom, in yellow.

Q    So what is the additional requirement of Claim 7 of the '997 patent compared to Claim 1 of the '864?

A    So the additional requirement states:

"Wherein, at least two of the ferromagnetic layers are coupled with a thin exchange coupling layer."

Q    Did the Court provide a construction for the term "thin exchange coupling layer"?

A    It did.

Q    And what was the Court's construction?

A    So it says:

"A layer that is sufficiently thin to alter but not prevent exchange coupling between adjacent ferromagnetic layers."

Q    Did you find that the accused products meet the Court's construction?

A    I did.

Q    Can you explain that?

A    Yes.  So, again, highlighted here are all of the various exchange coupling layers that we've seen in the nucleation host.  So for Group 1, the ECL1 layer.

Q    Is that ECL1 layer a thin exchange coupling layer?

A    Yes, it is.

        MR. CHANG:  Can we go to the next group.

        *(The document was published in open court.)*

BY MR. CHANG:

Q    In Group 2, what is the thin exchange coupling layer?

A    In Group 2, there's ECL2 and ECL3 are the thin exchange coupling layers.

        MR. CHANG:  Let's go to Group 3.

        *(The document was published in open court.)*

BY MR. CHANG:

Q    Can you identify the thin exchange coupling layers of the nucleation host for those products?

A    For Group 3, it's ECL2, ECL3, and ECL4 are the thin exchange coupling layers.

        MR. CHANG:  Can we go to Group 4, Group 4A.

        *(The document was published in open court.)*

BY MR. CHANG:

Q    Can you identify the thin exchange coupling layers of Group 4A?

A    Yes.  In Group 4A, it's ECL2, ECL3, ECL4, and ECL5 are

the thin exchange coupling layers.

Q    Let's go to Group 4B, $G_S9$.

A    In 4B, again, ECL2, ECL3, ECL4, and ECL5.

Q    Those are the thin exchange coupling layers?

A    Yes, they are.

        MR. CHANG:  Let's go to Group 4C.

    *(The document was published in open court.)*

        THE WITNESS:  In 4C, similarly, ECL2, ECL3, ECL4, and ECL5 are the thin exchange coupling layers.

BY MR. CHANG:

Q    And lastly, Group 5.

A    In Group 5, we have ECL2, ECL3, ECL4, ECL5, and ECL6 are the thin exchange coupling layers.

Q    So what did you conclude as far as the accused products and whether they infringe Claim 7 of the '997 patent?

A    I concluded that there were at least two ferromagnetic layers in the nucleation host that were exchange coupled so that it met the Claim.

Q    Okay.  And then, as far as infringement of the entire claim?

A    Again, it matched -- that matched the Claim 1 from the '864 patent, so the overall Claim 7 was met for the '997 patent.

Q    So all accused products infringe Claim 7 of the '997 patent?

*Deborah D. Parker, U.S. Court Reporter*

A    Correct.

Q    All right.  So can you just provide a brief summary of your conclusions on infringement?

A    So my summary on infringement was that Western Digital's hard disk drives infringe on Claims 1, 10, and 11 of the '864 patent and Claims 1 and 7 of the '997 patent.

Q    Great.  Okay.

So let's turn to some benefits-related issues, starting with Mr. Bergman.

Can you just briefly introduce again who Mr. Bergman is?

A    Mr. Bergman is an economist who is the expert for MR Tech on evaluating damages.

Q    And so what are you showing here on this slide?

A    So Mr. Bergman divided the accused products into three groups by features.  And his divisions were external accused products, color accused products --

Q    Can you give us some examples of color accused products?

A    Yes.  WD branded some of their disk drives with colors, like red and black, and I don't remember the other colors, but different colors for different properties and features.

And then lastly, the Ultrastar branded accused products.

Q    And what did you determine as to whether his groupings

are reasonable?

A    I felt Mr. Bergman's groupings are reasonable and correspond to Western Digital's product lines and market segments that include consumer, which are the external client, the color, and cloud storage, the Ultrastar products.

Q    So let's talk about benefits of the invention to Western Digital.

What is the main benefit that Western Digital obtains from its infringement of the patents?

A    So the main benefit was the ability to increase areal density in the product.

Q    What is areal density?

A    So yes, it's a funny word.  Areal refers to an area. And usually we refer to it in inches squared.

And then the density part refers to the number of bits that can fit within that given inch.  And its measured in, you know, typically, for the products we're talking about, billions of bits per square inch or trillions of bits per square inch.

Q    Why is areal density important?

A    Areal density is important because it determines the capacity of the hard drive.  So the disk has a given area on it, and how much bits you can fit on the disk will determine the capacity.  Typically, people look at hard drives by how

*Deborah D. Parker, U.S. Court Reporter*

much data they store, so the capacity of the drive.

Q    So higher areal density equals higher storage capacity?

A    Correct.

Q    Did Western Digital have anything to say to support your analysis?

A    Yes.  Dr. Srinivasan, as you saw in the video testimony, said the holy grail of magnetic storage has always been to try to pack more and more storage into that given platter size.

Q    And in your 25-plus years of experience in the industry, is that consistent?

A    That's very accurate.  You can call it the holy grail, the north star, the first thing you think about in morning, whatever superlatives you would like to add to that.

Q    Did Dr. Ikeda provide testimony supporting that?

A    Yes.  Dr. Ikeda also said that increasing areal density is the most important objective.

Q    So earlier, you were talking about the trilemma and how the invention helps to reduce bit size.

Can you just kind of give an example to illustrate how decreasing bit size helps increase areal density?

A    Sure.  So what I'm showing here is on a very small portion of the disk, a section that would hold 8 bits.  So this would be -- this given area, whatever small dimension that is, there would be 8 bits there.

So if we made the bits smaller, we could fit more bits into that given small area, and this then would increase the areal density, in this case going from 8 bits to 18 bits per unit area.

Q   And does -- what does Dr. Seuss' invention have to do with what we just saw?

A   Dr. Seuss' invention is what enabled this by breaking through the superparamagnetic limit, separating the stability from the right field in the trilemma.

Q   Are there Western Digital documents that support what you just said, that -- attributing these areal density increases and therefore storage capacity gains, to Dr. Seuss?

A   Yes, there are.

Q   So here, we have JX 2030.

Dr. Re, did you rely on -- and you can turn to that in your binder.

Did you rely on this presentation in your analysis?

A   I did.

MR. CHANG:  Your Honor, we move in JX 2030.

MR. LUMISH:  No objection, Your Honor.

THE COURT:  2030 will be received.

*(Plaintiff's Exhibit 2030 received in evidence.)*

////

BY MR. CHANG:

Q    Can you explain what we see here on this slide?

A    Yes.  This was a presentation that, again, Dr. Srinivasan gave and referred to in his video testimony. And it says "The Media 'Trilemma'," which again we've talked to a great deal, reducing the size of the bits, losing stability so you have to increase anisotropy and then not being able to write the media.

And he asks the question how to overcome this.

Q    What do we see on the very next slide?

A    So on the very next slide, he states:

"Enter the 'Exchange-Spring'."

Q    And that figure on the right, that says "Exchange-Spring Media," what is that?

A    So that is actually a figure from one of Dr. Seuss' papers that was based on this invention.  What you see on the top of the figure here is, again, a graded anisotropy structure going from soft to moderate to high.  Remember, I said that disks have magnetic material on both sides.  So in this case, the right field would be coming from the bottom of the depth structure.

Q    So here, the substrate -- throughout your entire presentation, we have the substrate on the bottom, right?

A    Correct.

Q    But here, the substrate is on the top?

A    Yes.

Q    Okay.  And so if you were to flip it so that the substrate was on the bottom, where would the hard storage layer be?

A    It would be on the bottom.

Q    And what would be on top of the hard storage layer?

A    The moderate and soft anisotropy layers.

Q    Which is called?

A    The nucleation host.

Q    And is this from the same presentation?

A    Yes, correct.  This is the summary slide.

         MR. CHANG:  Okay.  Can we blow up what's there in the red box.

    *(The document was published in open court.)*

BY MR. CHANG:

Q    And, Dr. Re, can you speak to that, please?

A    Yes.  So what's stated here is:

         "The 'exchange-spring' principle has
         guided most of the advances in PMR media
         since inception."

Q    And what is the figure right next to that statement?

A    That's a figure from Dr. Seuss' paper.

Q    And in your experience in this field, do you agree with that statement?

A    Yes, I do agree with that statement.

Q    Now, do you recall yesterday, in opening statements, Western Digital said that the changes are small and incremental over time.

Do you remember that?

A    Yes.

Q    Do you agree that some changes are, in fact, small and incremental over time?

A    No.  Some changes are actually groundbreaking.  And as I said, this one broke the superparamagnetic limit, which many researchers in the field have been trying to figure out, but it was just assumed that this was not separatable, the stability from the rightability.  But Dr. Seuss' invention -- again, to my surprise -- showed a way to do that.

Q    Fair to say that his invention is the foundation on which modern PMR media is built?

A    Yes, I think that's fair to say.

Q    Now, we talked about areal density and capacity.

Are there other benefits of the invention related to that?

A    Yes.  There's a number of other benefits.  We've kind of talked about the top three, which relate to the trilemma. The invention, though, also improved the writeability of the disk and something called overwrite.

Q    What is "overwrite"?

A    "Overwrite" is the ability to write over previously written data on the disk.

Q    The next bullet:  "Better Grain Segregation."

Can you explain how the invention helps with that?

A    Yes.  Dr. Seuss' invention allowed the alloys to be optimized for better grain segregation.  And also --

Q    How about the signal-to-noise ratio, or SNR?

A    So the SNR, again the signal-to-noise ratio, was improved by Dr. Seuss' invention, as I'll show you.

Q    So how does it do that?

A    Basically, it improves the writeability so that you're writing cleaner, more well-defined transitions, and also allows you to use alloys that will allow that to happen.

Q    Harder alloy?

A    Harder alloys.

Q    What about adjacent track interference?  Can you just explain what that is?

A    Sure.  So a track -- you know, if you have your little disk, the circumferential data, it's called the track.  And there will be lots of tracks packed next to each other.  So if you're trying to write on one track, the fields from the write head could interfere with data that's next to that track, the adjacent track.

And what Dr. Seuss' invention did related a bit even to the item below it, but it confined the fields better

34

so there was less adjacent track erasure.

Q    Does that relate to your garden hose analogy from before?

A    Yes, that was like the garden hose.

Q    And have you seen evidence from Western Digital that it achieves these benefits from its use of the invention?

A    I have.

Q    Did you see that testimony from Dr. Ikeda?

A    Yes.  Dr. Ikeda stated:

         "So to reduce grain size required the
         use of multiple ECC [sic] structures."

Q    What is the "multiple ECL structure" he's referring to?

A    ECL, I'm sorry.

         So the ECL structure is basically how many break layers, also how many mag layers are in the structure.

Q    So throughout your infringement analysis, we've been looking at a lot of products.  Are those all multiple ECL structures?

A    Yes, they are.

Q    And what did Dr. Ikeda have to say about as you increase the number of G-layers and ECL layers, what effect that does on areal density?

A    So he states:

         "Going from two to three to four to five
         to six, all contribute to increasing

*Deborah D. Parker, U.S. Court Reporter*

areal density."

Q    And was this the roadmap that Dr. Seuss laid out with his invention?

A    Yes.  He taught in his invention that we needed a multilayer nucleation host.  So going from two to three to four layers in this nucleation host improved areal density. So a well-planned, laid out roadmap was given.

Q    Was there other evidence from Western Digital attributing some of these benefits to the invention?

A    Yes, there were.

MR. CHANG:  Can you zoom in on the top left of that.

*(The document was published in open court.)*

BY MR. CHANG:

Q    Okay.  So can you tell us what we see here?

A    Yes.  This is a paper from Hitachi Global Storage.  And Western Digital acquired Hitachi Global Storage.  So this is part of Western Digital.

And what's shown in this presentation is the statement:

"Graded anisotropy media designs achieve
good writing and good SNR."

Q    And is that basically what you explained about the improvement and the writeability and the signal to noise?

A    Correct.

Q    Is this from JX 2023?

A    Yes, it is.

        MR. CHANG:  Your Honor, we move in JX 2023.

        MR. LUMISH:  No objection.

        THE COURT:  2023 will be received.

    (Plaintiff's Exhibit 2023 received in evidence.)

BY MR. CHANG:

Q    Were there other documents supporting your conclusion about the additional benefits from the invention?

A    There were.

Q    So what do we see here?

A    So here, another Hitachi paper, again showing this graded anisotropy structure.  And it says:

        "Graded designs improve writeability and
        lead to narrower switching and smaller
        $T_{50}$ values."

Q    So what is narrower switching?  We'll start with that.

A    So narrower switching means the bits are more confined. They're written more sharply.

Q    What about the smaller $T_{50}$ values?

A    So the $T_{50}$ value, if you read back the data, it will be a series of pulses.  And $T_{50}$ is the width of those pulses, so how wide they are in the timescale.  And smaller pulses then give the better ability to increase areal density and better signal to noise.

37

Q    Have you seen other documents from Western Digital showing that they achieve the benefits of the invention in their products?

A    I have.

Q    Is this a presentation, JX 2019, that you relied on?

A    Correct.

MR. CHANG:  Your Honor, we move in JX 2019.

MR. LUMISH:  No objection.

THE COURT:  2019 will be received.

*(Plaintiff's Exhibit 2019 received in evidence.)*

BY MR. CHANG:

Q    And can you explain how this supports your opinion?

A    So here again, they're talking about a triple exchange break layer design.  It's circled there.  And it also shows the graded anisotropy moving from lower to higher anisotropy.

MR. CHANG:  And if we can zoom out.

BY MR. CHANG:

Q    And what does it say in the second bullet there?

A    So:

"The designs moving from dual EBL to triple EBL structure to realize SNR and overwrite improvements."

Q    Was there other evidence supporting your opinion?

A    There was.

Q    Can you tell us what we see here?

A    Yes.  This is from Dr. Srinivasan's video testimony that you saw.

Q    And what did he say?

A    So, again, we have the structure with lower, medium and high anisotropy.  And he states that:

        "ANSWER:  Graded anisotropy, the benefit

        of that is it allows you to decrease the

        size of the grains while keeping the

        thermostability, increasing areal

        density."

Q    Is that basically describing solving the trilemma that we've been talking about?

A    Correct.

Q    Let's move on to how much areal density gain was enabled by Western Digital's use of the invention.

        Have you seen evidence from Western Digital that helped you quantify the gain from its infringement?

A    Yes, I have.

Q    Is this paper JX 2018?

A    Correct.

Q    Did you rely on this?

A    I did.

        MR. CHANG:  Your Honor, we -- actually, I think it's been moved in already.  Sorry.

BY MR. CHANG:

Q    Can you explain how this supports your opinion on the contribution of the invention to the areal density increases achieved by Western Digital?

A    Yes.  This, as you'll recall, was a project proposal between Western Digital and Lawrence Berkeley National Lab. And in it, it states:

> " . . . (PRM) media, consisting of a
> stack of magnetic layers with a gradient
> in the magnetic anisotropy and in the
> intergranular exchange, have played a
> paramount role in advancing recording
> technologies towards 1 terabit per
> square inch . . . ."

Q    And based on your experience, do you agree that the invention played a paramount role?

A    I do.

Q    Were there other documents that helped you determine the -- or quantify the areal density gain attributable to the invention?

A    Yes, there were.  So this, we have a slide that's talking to "towards graded anisotropy media."  And what we see is the bilayer structure, on this side here, labeled at a 200 gigabits per square inch.  And we can see, as we go to a multilayered structure, with, again, going from soft to

medium to high anisotropy, it lays out a path all the way to a multiple-layered structured on the far right that's stated to give an areal density of 1 terabit per square inch.

Q   And is that the path that Dr. Seuss taught with his invention?

A   Correct.

Q   Did you find other evidence from Western Digital tying areal density gains from infringement to the accused products?

A   Yes, I did.

Q   And is this a 2019 presentation, JX 2038?

A   Correct.

Q   Can you explain how this supports your opinion?

A   Yes.  So, again, we're seeing a bilayer structure at around 200 gigabits per square inch, again, with a recording head -- that's what this represents *(indicating)* -- shown on top, and a low, higher, and highest anisotropy layers.  And, again, showing a path, a roadmap to go from 200 gigabits to 1 terabit per square inch with a multilayered structured.

Q   And did Dr. Desai confirm that adding layers, adding G-layers with graded anisotropy and exchange coupling layers helped increase areal density?

A   He did.  So he said that going from a three- to a four- to a five- to a six-layered structure increases areal density.

Q    Did you see any other testimony from Western Digital tying this presentation and that 6ECL figure to the accused products?

A    Yes.

Q    And what is that?

A    So Mr. Willett -- again, you saw his testimony earlier -- agreed that this figure shows generally the configurations of the DCM with the six magnetic layers.  And he says:

"ANSWER:  It appears to be."

Did you see other evidence --

A    I did.

Q    -- from Western Digital tying areal density gains from infringement to the accused products?

A    So here, this is a presentation, again from Western Digital, I believe by Dr. Ikeda, where we can see the graded structures here (indicating).  So increasing -- again, a roadmap to increasing the areal density by adding more layers, more magnetic layers to the disk.

Q    And is this from JX 2034?

A    Yes, it is.

Q    And did Dr. Ikeda have anything to say about this?

A    He did.  So he states:

"Multiple ECL shows the basic design of Western Digital PMR media."

*Deborah D. Parker, U.S. Court Reporter*

42

Q    Okay.  Now let's move on to how you calculated the areal density gain in the accused products attributable to the invention.

Can you tell us what you did first?

A    Sure.  So we saw in the roadmap, or those multiple design documents, that had a progression going from 200 gigabits to 1 terabit, or a thousand gigabits per square inch.

Q    And so did you use that entire range?

A    No.

Q    Did you exclude stuff?

A    Yes.  So I said going from, you know, zero or lower densities which was not PMR media, and certainly not this PMR media, up to the 200 that we saw in the figures.  And beyond that, there's something called TMR heads, which stands for tunneling magnetoresistance heads.  And there's a paper here that says they were extendible to 300 gigabits per square inch or enabling for that density.  So I excluded everything below 300 gigabits per square inch.

Q    Did you exclude anything else?

A    I did.

Q    What did you exclude?

A    So around 700 gigabits per square inch, from this document and many others and my experience, areal density started to slow down.  And in this paper, again from

43

Hitachi, it says:

"The Enabling Technologies."

And it lists three of them, including graded anisotropy media.  So I excluded two-thirds of the gains beyond 700 and only attributed one-third of the gain to the invention.

Q    Would you say that would be conservative to do that?

A    I think that's very conservative.

Q    Why is that?

A    Well, some of these other enabling features listed here are also contributed by the invention, or enabled by the invention.

Q    Did you exclude anything else from your areal density determination with respect to what is attributable to the invention versus other features?

A    Yes, I did.

Q    And what did you do?

A    So non-infringing features are not media related.  So there's -- LDPC is a low-density parity-check code.  So it has to do with the electronics and how you encode the data.

TDMR stands for two-dimensional magnetic recording, which was predicted to have larger benefits, but it's not suitable for all areas.

Shingled magnetic recording, or SMR, was again a way to arrange the tracks to increase areal density.  And

that was not widely used in all products.

And then the last two, MAMR and HAMR, stand for microwave-assisted magnetic recording, and heat-assisted magnetic recording.  So these were ideas that tried to break the trilemma, not in the elegant method that Dr. Seuss presented, but by adding extra energy to the disk so that it was easier to write.  And then when it -- when that energy was removed, it would be stable.

Q    Has Western Digital been successful in developing MAMR or HAMR hard drives?

A    No, they have not.

Q    And it looks like TDMR and SMR were predicted to have more areal density gains than they actually did.

A    Correct.

Q    Is there a document from Western Digital that summarizes the sum total of the actual areal density gains from all of these technologies?

A    Yes, there is.

So here is a paper:

""How UltraSMR Makes the Industry's

Highest Capacity Drives."

So this includes hardware, controller, rechannel, firmware, algorithms, shingle magnetic recording, and does a comparison to the conventional, meaning what Dr. Seuss had invented.  And it says:

"Collectively, these technologies enhance the capacity of an SMR drive by an additional 10 percent, allowing a 20 percent gain over a traditional CMR" -- Conventional Magnetic Recording -- "drive."

Q    And is this JX 2108?

A    Yes, it is.

        MR. CHANG:  Your Honor, we move in JX 2108.

        MR. LUMISH:  No objection.

        THE COURT:  2108 will be received.

    *(Plaintiff's Exhibit 2108 received in evidence.)*

BY MR. CHANG:

Q    And so how did you arrive at your final calculation of Western Digital's areal density gain from its infringement?

A    So as we've seen, I included the gains from 300 to 700. And then beyond 700, even though some of the data which says was maybe that non-infringing technologies plus normal research and development was maybe 20 percent of the gain, I excluded two-thirds of the gain and only said a third of the gain was from Dr. Seuss' invention from 700 to approximately the density that the products are at today of 1.3 terabits, or 1300 gigabits, per square inch.

        And then what I did was multiply that 600 -- or divided that 600 gain by three.  So the total gains would be

600 gigabits from the invention and then normalized that by the entire range of the --

Q    What do you mean "normalized"?

A    Divided by, you know, the entire density improvement range.  You know, all the way from zero to 1300.  So I included all products that weren't even PMR again trying to be a little more conservative.  And that comes out to 46 percent, again, minus all the standard RMD that Western Digital or any HD company would do, to say that 46 percent of the total areal density gains would be from this invention.  Again, minus the normalized research.

Q    Do all of the accused products have 1300 gigabits per inch squared areal density?

A    No.  I would assume few of them do.  I don't remember the exact percentage.  But again, dividing by that total range is, again, trying to be extra conservative in coming up with my number.

Q    Now, Dr. Re, Western Digital suggested some things during their opening statement.  I just want to clear things up a little bit.

     Are you suggesting that 46 percent of Western Digital's revenue is attributable to Dr. Seuss?

A    No.

Q    Are you suggesting that 46 percent of Western Digital's profits are attributable to Dr. Seuss?

*Deborah D. Parker, U.S. Court Reporter*

A    No.

Q    And were you here when Western Digital suggested that your opinion is that Dr. Seuss is trying to take credit for 46 percent of the areal density of the storage capacity of all of Western Digital's hard drives?

A    Yes, I did hear that.

Q    Is that really your opinion?

A    No.  So what I'm doing here is trying to give a gain that's attributable to the invention but minus or subtracting all the normal research and development and improvements that the many people do in a development organization.

Q    And even as to that number, minus RND, were you being conservative in favor of Western Digital?

A    Absolutely.  As I mentioned, I think, you know, the part further on, from 700 to 1300, I only attributed a third of the gains.  It's likely higher.  And also, dividing by the maximum areal density, there are many products that are no where near that maximum areal density.  So again, a bigger number on the bottom made the percentage smaller.

Q    And were there other ways that you gave credit to Western Digital for unpatented technologies?

A    Yes.  So credit to Western Digital on non-infringing advances read and write heads, other media layers, head media spacing, materials, coding, firmware, et cetera.  So

these advances aren't fundamental enablers to areal density.

Q    Was Dr. Seuss' invention a fundamental enabler?

A    Clearly.  Dr. Seuss' invention was very fundamental.

Q    And so compared to that, what are these optimizations or improvements?

A    So I think these would be, you know, smaller non-infringing advances.  You know, good work.  Very much required.  But they're not that fundamentally enabler. It's, you know, what you would do in a normal RND environment to continue to improve the products, but it's not the fundamental enabler that broke this trilemma.

Q    Now, in the prior slide, we saw 46 percent minus RND.

Why didn't you actually provide a final number?

A    So that's a little bit outside of my range of expertise.  So Mr. Bergman, the damages expert and the economist, is more suited to do that to be able to take out these other features.

Q    Did you make additional assumptions to be even more conservative, additional assumptions in favor of Western Digital?

A    I did.  And we've mentioned some of these.  But less than half of the accused products use this UltraSMR group of technologies that we saw the publication on.  And as I mentioned, not all of the accused products have 1300 gigabit per square inch areal density.  And many of the non-patented

technologies are assisted or enabled by the patents.

Q    And after your review of a lot of information from Western Digital, did you make a determination as to the relationship between areal density and storage capacity in the accused products?

A    I did.  So basically, areal density is the primary determinate of what the capacity of the hard drive was, as we discussed, how many bits per inch.  And there's a given area on the disk that you can put this.

Q    Does Western Digital sell disks that would be used in the accused products, do they sell those separately to other hard drive makers?

A    No.  Western Digital does not sell the disks that they make.  They're all integrated into hard disk drives.

Q    And if you wanted to increase storage capacity, couldn't you just add more disks?

A    Well, in principle, but it doesn't work.  Basically, there's only so much room in the drive.  So you might have to increase the form factor, the size of the drive.  And even if you could do that, it would increase the cost.

So each disk comes with two heads and the electronics to drive those heads.  So even if I wanted to put more disk in to increase the capacity, that's going to add a lot of cost if you don't have the area -- areal density capability.

50

Q   So would something like that be acceptable?

A   No.  And also, let me just add, the power.  So if I add more disks, there's more to spin, and that means more current to the mother, more power.  So all of these things, in particular cost and power, are just not acceptable to drive -- or to customers.

Q   So what did you conclude as far as the benefits to Western Digital from its infringement?

A   I concluded that Western Digital benefits from the invention, which greatly increases the storage capacity.  And without the invention, I feel Western Digital would not be able to compete in the hard drive market.

Q   Is that supported by your 25-plus years' experience in the industry?

A   Yes, I believe it is.  If we didn't have this invention, you know, areal density may be stuck in the 300 or 400 gigabits per square inch range, and then that would just not be competitive.

Q   Let's turn to your opinion whether there are any non-infringing alternatives.

         What did you find, based on your analysis, as far as non-infringing alternatives?

A   So I determined that there were no non-infringing alternatives that can achieve the benefits of the patented technology.

Q    And why is that?

A    So there would be too large of an areal density and capacity loss if the technology didn't exist.

Q    And we've talked about some alternatives; for example, non-media alternatives like HAMR, MAMR, et cetera.  Are those acceptable non-infringing alternatives?

A    No.  There's been really no adoption of those technologies or little adoption by Western Digital, so that would not be acceptable.

Q    And, again, just to remind everyone, could you just add platters or disks to increase storage capacity to compete in the HDD market?

A    No.  Based on costs, potentially size and the power usage, it would not be competitive.

Q    So if Western Digital couldn't use the invention, what would it be left with?

A    So it could be stuck on that bilayer design that we saw at the beginning of those roadmap charts at a much lower areal density than they're at today.

Q    And so would Western Digital even be able to compete in the market?

A    Not in my opinion.

Q    Thank you, Dr. Re.

         MR. CHANG:  I pass the witness.

         (Pause.)

*Deborah D. Parker, U.S. Court Reporter*

MR. LUMISH:  Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. LUMISH:

Q    Good afternoon, Dr. Re.

A    Good afternoon.

Q    We've passed each other in the courtroom and in the hallways, but we've never been formally introduced.

You understand I'm a lawyer for Western Digital?

A    I do.

Q    And I've got some questions for you today?

A    I do.

Q    All right.  You spent, I think, we heard in your testimony, about 15 years at Seagate?

A    Correct.

Q    And when you were at Seagate, your experience was the hard disk drive industry had shrunk down to mostly two competitors:  Seagate and Western Digital; is that fair?

A    Correct.  And Toshiba, to some extent.

Q    A lot of questions to you about my opening statement, so I'll ask you one.

You heard me call Seagate Western Digital's arch rival?

A    Yes, I did hear that.

Q    And you agree with that?

A    I'd say we were competitors.  Seagate and Western

Digital were competitors.

Q    Fierce competitors?

A    In some markets, yes.

Q    Part of your job at Seagate as chief technology officer was to try to compete with Western Digital and take them down, as it were, right?

A    To try to compete.  I didn't have any notions of trying to get them out of business, no.

Q    And even as an expert in legal proceedings, like you're doing now, your work has been against Western Digital, right?

A    Yes.

Q    So you've served as an expert twice; this case and then in another case, right?

A    Correct.

Q    And that other case was also against Western Digital.

A    Correct.

Q    Those are the only cases you've ever served as an expert in.

A    That's right.

Q    You mentioned having a number of patents.

        You actually don't have any patents, though, on hard drive storage media; isn't that true?

A    That's correct.

Q    Your attorney asked you about how many things you read

and all the documents you looked at.

How many hours would you say you spent on this case?

A    Oh, gosh.  Quite a few.  I've been working with MR Tech and their legal team for, jeez, a year or maybe a little more.  I don't remember exactly when I started.

Q    And has that been your main focus for that year or more?

A    Besides trying to be retired, yes.

Q    And would you say you've spent thousands of hours working with the lawyers and working on this case?

A    You know, I really don't know the exact number.  I could add that up.  I don't know.  That sounds reasonable, but I'm not sure.

MR. LUMISH:  All right.  Mr. Schmoller, will you bring up JX 2000, page 14.  I want to go to the claim of the '864 patent.

(The document was published in open court.)

BY MR. LUMISH:

Q    You should have a binder that we handed up to you, sir.  And so you'll find that in the binder, if you'd like to look at it on paper.

A    Okay.  Oops.  I'm sorry.  JX --

Q    2000.  So it's the '864 patent.

A    Okay.

Q    And Claim 1 is on the screen.

You're familiar with Claim 1, right?

A    I am.

Q    And can we agree that it has a lot of details and what we call limitations in it?

A    Yes.

Q    Can we agree that for an infringement to be found, MR Technologies, through your argument here today, has to show that every single one of those limitations is found in Western Digital's accused products?

A    Correct.

Q    You can't just point to broad concepts like graded anisotropy or things like that and call it a day, right?

A    Correct.

Q    The claims lay out a number of different components that you went through.

It's got a substrate in that first limitation, right?

A    Yes.

Q    And it's got an underlayer.

A    That's correct.

Q    There's then this exchange coupled multilayer structure that has the two components that I've spent a lot of time talking about in this case; one called a hard magnetic storage layer, and the other called a nucleation host,

right?

A    Correct.

Q    And can we agree, sir, that the claim goes on for more than half of it in talking about that nucleation host:  What it is, where it's found, what it does?

A    Correct.

Q    It talks about its course of field, the nucleation host relative to the hard magnetic storage layer, right?

A    Yes.

Q    It talks about it being exchange coupled, the nucleation host, with the hard magnetic storage layer.

A    That's right.

Q    And it talks about this increasing anisotropy from layer to layer that you spent some time on.

A    Yes.

Q    I counted them.  You can, if you'd like.  Thirteen of the 18 lines of the claim are about the hard magnetic storage layer and the nucleation host.

     Do you see that?

A    I believe your calculation.

Q    So can we agree, sir, that the claims establish that the hard magnetic storage layer and the nucleation host are different layers?

A    Different layers that are exchange coupled.

Q    And they have different names in the claim, right?

A    They're still high anisotropy layers, but they do -- they are identified differently in the claim.

Q    They have different properties, like coercive fields, in the claims.

A    Yes.

Q    And they're formed in different locations.

A    Formed in different locations, yes.  Going up the stack.

Q    Now, you were asked a lot of questions about the word "comprising" in the claim.  You can see that right on the first line of Claim 1.

A    Correct.

Q    And I think your testimony was that that word means that the claims have to have everything that's in the claim, but may also have additional things, right?

A    Correct.  Correct.

Q    Okay.  You're not saying or suggesting that because it says "comprising," that relieves MR Tech of its duty to show -- or its burden, I should say, to show everything in Claim 1?

A    No.  That's what I spent the day on today.

Q    They have to show there's two different things, right?
          A nucleation host and a hard magnetic storage layer?

A    Sure.  Yes.

Q    And I think your testimony was because of the word "comprising," it's your view that the nucleation host can also store, right?

A    Well, that and the fact that it's exchange coupled to the hard storage layer, and they all switch.

Q    And not only can store, your testimony was would store.

A    Correct.

Q    And I think your testimony was that the hard magnetic storage layer, because of the word "comprising," could also assist in switching.

A    Yes.

Q    Is that right?

A    Yes.

Q    So, sir, there's no difference functionally under that broad reading of the claims, in your view, between the hard magnetic storage layer and the nucleation host?

A    Except for what's stated about coercivity and the like, as you mentioned.

Q    Well, that's a property of the claims, not their function, right?

A    Okay.

Q    So if both can store and both can switch, your view is there's no difference functionally between the two components of the claim?

A    Well, I think functionally, the nucleation host does

start the switching in all the examples we've shown.

Q    It has to start the switching.  Okay.  I'm going to come back to that one.

A    Okay.

MR. LUMISH:  Let's bring up the Court's claim construction order, please, Mr. Schmoller, at 8.

(The document was published in open court.)

BY MR. LUMISH:

Q    And I wanted to look with you, sir, at the construction for exchange coupled magnetic multilayer structure.

A    Excuse me, sir.  Could you tell me what tab that is.

Q    I don't think this is on a tab.  I'm not certain if it's in your binder.  I can look.

It is.  It's, looks like, the fourth tab from the back.

A    Okay.

Q    I'll let you get there.

A    (Witness so complies.)

Q    And we're on page 8, sir.

A    Here we go.  Okay.

Q    Do you have that in front of you?

A    I do.

Q    And you understand -- and I think you testified to this already -- that you had to apply these constructions handed down from the Court?

A      Yes.

Q      And you did do that?

A      Yes, I did.

Q      You said -- okay.

The Court's construction of the exchange coupled magnetic multilayer structure defined a structure that had the two components I keep raising, the hard magnetic storage layer and then also a nucleation host, true?

A      True.

Q      And it refers to them as being an exchange coupled to each other.

A      Correct.

Q      And "exchange coupled" means that the magnetic moments of the two components interact with each other, true?

A      Yes.  Yes.  That's a construction.

MR. LUMISH:  Can we go to page 30, please, of the claim construction order?  I wanted to look at the construction of the nucleation host.

(The document was published in open court.)

THE WITNESS:  Okay.  I'm there.

BY MR. LUMISH:

Q      So this construction tells us that the nucleation host is, first of all, a structure, right?

A      Yes.

Q      And it has ferromagnetic layers.

Do you see that?

A    I do.

Q    And then the Court tells us now what the function is, right?  That it "Assists in switching the hard magnetic storage layer."

Do you see that?

A    I do.

Q    And it also, in the structural part of it, the things it could include, it could include optional coupling layers. Do I have that right?

A    Correct.

Q    And then right below that is the construction of the hard magnetic storage layer.  And the Court's construction tells us what the function is of that layer, right?

A    Yes.

Q    And it says it is "To store information in magnetically oriented bits."

A    Correct.

Q    Okay.  So far we're on the same page.

MR. LUMISH:  Can we go to PDX 3.179?

*(The document was published in open court.)*

BY MR. LUMISH:

Q    I want to look at some of the slides that you presented to the jury today.

So this is one of your slides, sir.

A     Okay.

Q     Do you have your slide set there somewhere?

A     I do, somewhere.

Q     Because I'm going to refer to quite a few of them as we go through today.

A     Okay.  I think I do.  Do I?  I can look at it off the screen.

Q     Okay.  And if you'd like, we can find some for you as well.

      So we're looking on the screen at PDX 3.179.  This was a slide you presented to the jury today, right?

A     I did.

Q     And you used this slide to make the point that the G1 layer is the hard magnetic storage layer; is that right?

A     Correct.

Q     Or in Group 5, it's called the SCL layer.  But essentially the same idea as the G1 layer?

A     That's right.

Q     And you colored those in, in green, right?

A     I did.

Q     Those were the colors you or the graphics folks you worked with put on --

      *(Court Reporter requests clarification for the record.)*

      *////*

BY MR. LUMISH:

Q    The green color there is something that you or the graphics team you worked with put into that box, right?

A    Yes.

Q    And then your opinion was that the layers above the green layers, G1 or SLC [sic], are the nucleation host to the patent.

A    Correct.  Except there's a break layer as well, but yes.

Q    Fair enough.

So the purple layers with the gray exchange break or exchange coupling layers make up the nucleation host?

A    That's right.

Q    And you colored those in, in purple, right?

A    Yes.

Q    And you'll see labels to the left of the layers; one saying "nucleation host" and one saying "hard magnetic storage layer."

A    Correct.

Q    Those were labels you or the graphics team put on, right?

A    Correct.

Q    And we've seen those labels on a lot of slides.  Can we agree, sir, that in every instance that there's a label referring to a nucleation host, that's something either you

put on or the graphics team on your side did?

A     That's right.

Q     All of the -- what we call the G-layers or mag layers that you focused on here, both the green-colored ones and the purple-colored ones, they all store information in magnetically oriented bits, right?

A     Yes.

Q     And so you'll agree with me that all of the layers that you've identified in purple and called the nucleation host in Western Digital's hard drives store information in magnetically oriented bits?

A     They assist in switching, and end up storing data, yes.

Q     When you were deposed in this case, you said you had no opinion as to whether the hard magnetic storage layer could be more than one layer.  Do you recall that?

A     I don't recall it, but --

Q     Do you agree with that statement?

A     I'm sure you've read my deposition, and -- so yes, I agree.

Q     I have.

          So is it fair, sir, that you don't have an opinion on whether the hard magnetic storage layer can be more than one layer?

A     I think, as of reading of this now, I was probably incorrect in my deposition.

The hard magnetic storage layer is defined in the patent as a single layer.

Q   Okay.  So it's one layer.

A   Yes.

Q   All right.  You didn't offer any opinions when you talked to the jury today that said that any one of the layers, these mag layers or G-layers, can, on its own, if you took all the other ones out, store data for any reasonable period of time that you would expect from a hard drive; did you?

A   No.  They couldn't store data on their own.

Q   They couldn't, right?

A   Not for a reasonably long time.

Q   Right.  Okay.  So it sounds like we may reach another agreement here.

Is it true, sir, that all of the G-layers together, including the one you called the hard magnetic storage layer and the others you called a nucleation host, they work together to store data together?

A   They're exchange coupled.  So the nucleation host is assisting and switching the hard storage layer.  And they all store stable data, yes.

Q   So the G1 layers or SCL layers in green, they couldn't store data all on their own, magnetically or in bits, in any meaningful way, right?

66

A    Not if they were separated and on their own, no.

Q    And it takes all the stack of layers together to do the storage of data and magnetically oriented bits in Western Digital's hard drives.

A    The stability is determined by the hard layer, but, yes, it's -- they all need to be there to store the bits.

Q    Now, you said "stability."  Are you talking about thermostability?

A    Yes, I am.

Q    Okay.  And can we agree, sir, that the media has to be thermally stable in order to store data for any meaningful period of time?

A    It wouldn't be a good hard drive if it wasn't, I think. So yes.

Q    And you showed a slide that thermally unstable grains will lose their data.  I can show it to you, if you'd like. But do you recall that, in general?

A    I do.

Q    And you stand by that?

A    Yes.

Q    Thermostability will control how long data will stay on or be retained on a disk.

A    That's correct.

Q    And when you were at Seagate, it's true that the company had a roughly five-year rule of thumb that you

expected the hard drive to be able to hold data; is that right?

A    I believe they were warrantied for five years.

Q    But was it rule of thumb you had roughly of five years at Seagate that that's how long the hard drive should hold data, leaving aside the warranty?

A    I think that's a fair statement.

Q    I don't think you said it today, but you have testified in this case that the reason you selected the green layers, the G1 or SCL layers, as the hard magnetic storage layers is because they're on the bottom.  Is that your -- is that the way you picked those green layers, sir?

A    Well, also by the claims, which said that the coercivity needed to be above half a tesla and greater than the nucleation host.  So yes.

Q    Well, you picked them because they're on the bottom; didn't you?

A    The bottom and the magnetic properties that I just mentioned.

        MR. LUMISH:  Can we bring up the claim again, please, Mr. Schmoller?

        So back to JX 2000, slide -- page 14.

    (The document was published in open court.)

BY MR. LUMISH:

Q    This is the '864 Claim 1 we'll go back to now, sir.

A    Okay.  I'll read it off the screen.  That's fine.

Q    It doesn't say "bottom" anywhere in this claim, right?

A    It says as it moves towards the -- it says that the hard storage layer needs to be the nucleation host in the substrate.

Q    Right.  But it doesn't say the hard magnetic storage layer is a layer of the stack of layers on the bottom.

A    I'd have to refresh myself in the claim, but --

Q    Go ahead.  It's right in front of you.  You can look for the word "bottom."

A    It's not the whole claim; is it?

Q    Yep, that's the entire claim.

A    Okay.  So no, there is no word "the bottom" on this.

Q    And have you ever searched the word "bottom" in the patent?

A    I haven't.

Q    I did.  You might be shocked to hear.

        MR. LUMISH:  Mr. Schmoller, will you go to JX 2000 for me, please, page 9, and bring up Column 2, lines 13 through 20 of the '864 patent.

        *(The document was published in open court.)*

BY MR. LUMISH:

Q    And while he's doing that, sir, what I'll tell you in advance is there's two places where the patent references the bottom -- the word "bottom."

A    Okay.

Q    And I just wanted to show you this.

A    Okay.

Q    So we're at column 2, lines 13 through 20.

     MR. LUMISH:  And if you can find the word "bottom" there for me, please, Mr. Schmoller, and highlight it.  It should be -- oh, we lost the page.

     *(Pause.)*

     MR. LUMISH:  Okay.  Just scroll down a little bit. I think it's a little bit further down.  Scroll down a couple of lines, please, Mr. Schmoller.  There we go.

     *(The document was published in open court.)*

BY MR. LUMISH:

Q    Do you see the word "bottom" on the left side there, around line 20?

A    I do.

Q    Okay.  This discussion -- take your time to look at it, but this discussion of the bottom is of a structure from Dr. Seuss in a paper that he published in -- looks like 2005, right?

A    Yes, I see that.

Q    And the structure that's described is a hard layer on the top, a hard layer on the bottom -- that's where the word comes in -- and a soft layer in the middle, like an Oreo cookie, right?

A    Correct.

Q    And that's not the structure of the claims of the patents in this case, is it?

A    No.  This is a paper cited in the background material.

Q    So this part of the patent is not telling us that the bottom layer is the hard magnetic storage layer, true?

A    This part is not.

Q    And the second place I found it, sir, is at JX 2000, page 12.  This will be column 8 at beginning of line 21, and going through at least 24.

A    Okay.

Q    You'll see the word "bottom" on line 24, about three words from the left there.  And please take your time to read it.

But what's being referred to is the bottom of the grain, not a bottom layer.

A    Let's see.  Yes, I see that.

Q    Okay.  And this is not telling us that the bottom layer of the stack of layers is the one that's the hard magnetic storage layer, according to the claimed inventions, right?

A    Excuse me one minute while I read this.

Q    Please.

    (Pause.)

    THE WITNESS:  Yes.  It says the bottom of the grain, which is the stack, the granular structure.

BY MR. LUMISH:

Q    Right.

It's not describing the bottom layer of a stack of layers as the -- pardon me -- as the hard magnetic storage layer of the things claimed as inventions in the patents in this case, right?

A    It doesn't say the hard magnetic storage layer.  But it refers to the bottom of the entire granular structure.

Q    Right.

MR. LUMISH:  Okay.  Let's go back to the claim construction order, please.  So I like to go back to the claim construction Order 30 and look again at the Court's construction of hard magnetic storage layer.  It's entry 4 there on page 30.

(The document was published in open court.)

BY MR. LUMISH:

Q    It's on the screen for you, if you'd like.

A    Got it.

Q    The Court's construction doesn't say the hard magnetic storage layer is the bottom-most layer in a stack of layers, right?

A    No, it does not.

Q    Again -- I'm sorry to repeat myself or make you do it.  But what it does say is that it's "a magnetic layer that stores information in magnetically oriented bits."  Right?

A    Correct.

Q    But as we talked about before, there's no one layer in the stack that does that.  It requires all the layers that you call G or mag layers, including the bottom one and the ones above it, to perform that function that's described there of storing information in magnetically oriented bits in Western Digital's accused hard drives.

A    So it does have specific properties, which is why the hard layer is on the bottom.  But yes, all the layers store the bits.

*(Court Reporter requests clarification for the record.)*

THE WITNESS:  Store the bits.

Sorry, I'll try to speak in the microphone.

BY MR. LUMISH:

Q    I think I know what you mean, but my question was a little different, so I'll try it again.

No one layer stores the bits, and so there's no one layer that is a magnetic layer that stores information in magnetically oriented bits.  It's all of the G or mag layers, including the green and the purple, the ones you call nucleation host and the ones you call the hard magnetic storage layer, they all do that together, as a unit, right?

A    Top assists in switching the entire stack, yes.  Even that hard layer on the bottom.

Q    Well, let's talk about the assisted switching thing.  I told you I'd come back to that.  I'll do that now.

So let's talk about the nucleation host.

MR. LUMISH:  And Mr. Schmoller, would you just scroll up just to remind Dr. Re the construction for nucleation host.  One more down from there.  Or two down.

Yeah.  Thank you.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    So the construction for nucleation host, that's where the word "assist" comes in, in what you were just saying, right?

A    Correct.

Q    It's the nucleation host that assists in switching the hard magnetic storage layer.

A    Correct.

Q    Okay.  And you understand you have to apply that construction?

A    I do.

Q    All right.  Now, you heard Dr. Seuss testify yesterday, right?

A    I did.

Q    And did you hear him say that the write head, kind of the record player needle point there, sits over the particular cluster it's going to write to for no more than a

nanosecond?

A    Correct.

Q    And did you -- did you agree with him?

A    Yes.  The field -- the right field's coming out at a nanosecond, yeah, kind of timescales.  Yes.

Q    Speed of light?

A    No, not the speed of light.  It's -- on a timescale, you would have magnetic pulses that were on the order of a nanosecond.

Q    And a nanosecond is a billionth of a second?

A    Correct.

Q    Is that a yes?

A    Yes.

Q    Okay.  That means, doesn't it, sir, that all the layers in that mag stack, if they're all pointing up magnetically, were flipped down in a billionth of a second or maybe less?

A    Let's see.  I'm not sure if they all flip in that timescale, but -- I think I'd have to ask Dr. Seuss about that.  But they all flip very quickly.

Q    I don't think Dr. Seuss could answer my question because I meant to ask you about Western Digital's hard drives.

     In those hard drives, when that right field hits the cluster, do you agree, sir, that all of the magnetic moments -- as you put it -- the magnetization will flip from

up to down or down to up in that nanosecond?

A    So as we saw, there's something called damping, which could slow down things.  So they all end up flipping, but I just don't know the timescale.

Q    So you don't know?

A    No.

Q    You showed an animation.

        MR. LUMISH:  Let me ask Mr. Schmoller, can you please bring up PDX 3.25.

BY MR. LUMISH:

Q    I can't play your animation, but I'll show you the slide that you played it on to hopefully remind you of it.

        MR. LUMISH:  So it's PDX 3.25.  There we go.

    *(The document was published in open court.)*

BY MR. LUMISH:

Q    Do you remember showing the jury this animation, sir, where you had the write head on the top, and then you had the arrows of magnetization start to change?

A    I did.

Q    And they moved slowly, for the purpose of the animation, right?

A    Correct.

Q    That movement is the one that would happen roughly within a nanosecond?

A    Correct.

*Deborah D. Parker, U.S. Court Reporter*

Q    Okay.  And you showed the top layer moving and then the next and the next one and the next one in a sequential flow, right?

A    Yes.

Q    And then, I can't show you this, but you also then showed another animation of dominoes, also moving fairly slowly, where one falls, knocks the next one, knocks the next one, knocks the next one.  That's -- that also would be happening at a nanosecond, right?

A    Dominoes obviously can't move that fast.

Q    But the metaphor being that's what the magnetic moments are doing; they're going to flip in that nanosecond.

A    Yes.

Q    And you showed that movement, the top to the next to the next to the bottom, because of the Court's construction that says the purple ones have to assist the green one, right?

A    Because of the Court's construction, and it's what happens, yes.

Q    Well, you say it's what happens, and that's really what I want to get to, which is you didn't show a single measurement that actually shows what happens within that nanosecond of time to show that the top layer of the mag stack moves any earlier than the bottom layer that you called the hard magnetic storage layer; is that true?

77

A    I think Dr. Seuss' simulation show that, but I did not show that.

Q    You're the one who is here as the expert who has looked at our hard drives and is telling the jury that we infringe at Western Digital, right?

A    There's no requirement in the claims that it do that. But Dr. Seuss' paper simulation does show that that happens.

Q    There's a requirement in the claims -- I can show it to you again -- from the judge's construction that the upper layers that you call a nucleation host assist what you call the hard magnetic storage layer in switching.

A    And they do.  There was no timescale associated with that.

Q    Do you agree with me that that's a requirement?

A    That the nucleation host assists in the switching of the hard storage layer?

Q    Yes, sir.

A    Yes.

Q    Okay.  Because I thought you said a moment ago there's no requirement of that in the claims.

        That is a requirement, right?

A    I was speaking to the nanosecond requirement.

Q    Okay.  Nanoseconds the truth of what Western Digital's drives do?

A    Yes.

Q   Okay.  And so you talked about a simulation Dr. Seuss gave yesterday.  He hasn't been able to -- he's not allowed to see all the secret details of the way our hard drives work at Western Digital, right?

A   Correct.

Q   But you did?

A   I did.

Q   And you did not present to the jury any measurements to show that that uppermost layer on what you call the nucleation host begins to turn or does turn its magnetic moment any sooner than the layer you called the hard magnetic storage layer in the nanosecond that it takes for them all to flip.

     That true or false?

A   I didn't show it, but that's what the physics would say.

Q   That's what the physics would say.  You have no measurements to show that?

A   That's a very difficult measurement to make; probably impossible.

Q   Did you make an effort to do that measurement?

A   I don't have a synchrotron or however you would measure this.

Q   Okay.  But you presented nothing other than your say-so, and what you say is the physics to prove that the

upper layer moves anymore early than the bottom layer does in the mag stack when it's hit with that right field?

A    Well, that, and the fact that -- the drive store data.

Q    Well, if they all flipped at exactly the same time because they all are exchange coupled, and that right field gets through the system together, they still store data, right?, if you went from an up to down?

A    I'm not sure I understood that question.

Q    It probably wasn't my best question.

If all of the magnetic moments of all the layers switch from up to down, and that becomes a zero to 1, for example, that would store data regardless of whether they moved at exactly the same time or in the cascade that you described?

A    You would have to rely on modeling to prove that.

Q    You would have to rely on modeling to prove that if all the magnetization flipped at the same time, it would store?

A    It's a very difficult experimental measurement, which may be what Dr. Srinivasan was working on with Lawrence Berkeley.  I'm not sure.

But clearly, the lower anisotropy layer will start to switch first.

Q    I wonder if my question is not clear because I don't feel like we're connecting on what I'm asking.

A    I'm sorry.

Q    Whether the layers move at exactly the same time or move one after the other after the other cascade, that doesn't affect whether they store.  What affects whether they store is whether the magnetization points in the same direction.  Is that a true statement, sir?

A    Okay.  So the data, yes, is stored -- stores as a steady state.  So they're up or down, yes.

Q    Okay.  So if in fact what happens is all of the layers move at exactly the same time, instead of the cascade that you theorize happens here, they'd still store.  Those layers together would still store, right?

A    I think the physics wouldn't support them all switching at the same time.

Q    Okay.  You disagree with me, but you haven't shown us any measurements to show that I'm wrong, right?

A    As I said, that's probably a very difficult measurement to make, and I don't have the capabilities to make that measurement.

THE COURT:  I think we'll take the mid-afternoon break.  We'll be in recess for 15 minutes.

Please remember the admonition.

THE CLERK:  All rise.

(Jury exits courtroom.)

(The following proceedings were had outside the presence of the jury:)

*Deborah D. Parker, U.S. Court Reporter*

MR. LUMISH:  I probably should have asked this before, Your Honor.  But we invoke the rule.  We assume no lawyer should be talking to witnesses while they're on cross.

THE COURT:  All right.

MR. LUMISH:  Thank you.

THE COURT:  How about the subject matter of the case?

MR. LUMISH:  I mean, they can tell them where the restroom is or something, certainly.

THE COURT:  We'll be in recess.

THE CLERK:  We are in recess.

*(Recess taken from 3:07 p.m. to 3:19 p.m.)*

*(The following proceedings were had in open court*

*in the presence of the jury:)*

THE CLERK:  All rise.

Please be seated and come to order.  This Court is again in session.

THE COURT:  Mr. Lumish.

MR. LUMISH:  Thank you, Your Honor.

BY MR. LUMISH:

Q    Dr. Re, can we agree that for the purposes of the analysis you did in this case, what you call QKU and $M_S$ values are really important?

A    What I call Q, or KU?  Is that what you mean?

Q    KU.  We've heard them called Q.  But I'll try it again.

Can we agree, sir, that the KU and the $M_S$ values are really important to the analysis you've done in this case?

A    Yes.

Q    They are what you have used for -- I don't know -- a hundred slides or more to show what you think defines the hard magnetic storage layer as compared to the nucleation host layers, right?

A    Yes.

MR. LUMISH:  Can we bring up, please, Mr. Schmoller, a slide that you displayed?  It was PDX 3.59.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    This was one of the slides you showed in your direct examination, right?

A    Correct.

Q    And this was to show the K or Q, KU and $M_S$ values for the G1 layer of Group 1, right?

A    Yes, that's right.

Q    And you'll see in the bottom left there --

MR. LUMISH:  If you can blow this up for me, please, Mr. Schmoller.

BY MR. LUMISH:

Q    -- that you cite JX 2015 as the source of the data for

this layer.

A    Yes.

MR. LUMISH:  Can you bring that back down, please, Mr. Schmoller.

BY MR. LUMISH:

Q    And that's the blow out on the left-hand side of your slide, right?  JX 2015?

A    Correct.

Q    And that was the spreadsheet that contained K or -- and $M_S$ values for lots of different layers in the accused drives; is that true, sir?

A    Yes.

MR. LUMISH:  And let's look at PDX 3.69, please.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    This is the slide you showed for the K and $M_S$ values that led you to conclude that the G1 layer in Group 2 is the hard magnetic storage layer, and the other layers are the nucleation host, right?

A    This is where I got the values for the G1 layer, yes.

MR. LUMISH:  And if you can blow up JX 2015 for me, please, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    You cited to that same dataset as the test data to

84

reach that conclusion, right?

A    Correct.

        MR. LUMISH:  Okay.  Let's go to slide PDX 3.89. I'm going to jump Group 3 and go to Group 4A.

        (The document was published in open court.)

BY MR. LUMISH:

Q    This was a slide you showed in your direct examination, right?

A    That's right.

Q    And, again, it was showing that you were getting the K and $M_S$ values for the G1 layer that you call the hard mechanic storage layer for Group 4A from the same dataset, JX 2015, right?

A    Yes.

Q    Okay.  Can we agree, sir, that for every group other than Group 3 -- so Group 1, 2, 4A, 4B, 4C, and 5 -- you pulled the K and $M_S$ values for that G1 layer from JX 2015?

A    Yes.

        MR. LUMISH:  All right.  Can you bring up JX 2015 for me, please, Mr. Schmoller?

        (The document was published in open court.)

BY MR. LUMISH:

Q    You also used this dataset to pull the values for the G2, G3, and G4 layers of Group 3, right?

A    Correct.

Q    You didn't use it for the G1 layer.

A    Correct.

Q    This spreadsheet, JX 2015, has test data that would give you K and $M_S$ values for the G1 layer of Group 3; doesn't it?

A    I believe it does.

Q    Well, let's take a look.  The alloy for G1 in Group 3 is what you called alloy 1310.  Did I get that right?

A    Again, I don't recall off the top of my head, but I believe you.

Q    We can look at the slide, if you'd like.

A    I believe you.

Q    Well, I'd rather show you.

        MR. LUMISH:  Can you go to PDX 3.78 for me, please, Mr. Schmoller.  So PDX 3.78.

    *(The document was published in open court.)*

BY MR. LUMISH:

Q    This was the slide that you presented on Group 3, right?

A    Yes, that's correct.

        MR. LUMISH:  And can you blow up that green boxed line for me, please, Mr. Schmoller.

BY MR. LUMISH:

Q    This was the layer you told the jury was the G1 layer, the hard magnetic storage layer, in your view.

A    Correct.

Q    And the alloy number there, you can see, is AL 1310.

A    Correct.

MR. LUMISH:  Let's go back to the spreadsheet; that's JX 2015.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    And Column C lists the alloys by their part number like that, right?

A    Yes.

Q    And if you go down to row 56 --

MR. LUMISH:  Make that smaller for me, please, Mr. Schmoller.

BY MR. LUMISH:

Q    -- you'll see that is an entry for alloy 1310.

Do you see that, sir?

A    Yes, I do.

Q    So can we agree that the JX 2015 dataset that's used for all the other G1 layers had entries for K and $M_S$ for that alloy?

A    Yes.

Q    The K value is in column I of row 56, and you'll see the value's 8.05, right?

A    I can't quite see it.

MR. LUMISH:  Can you make it bigger for me,

please, Mr. Schmoller.

BY MR. LUMISH:

Q   I don't want you to take my word for it, so I want to show you.

So we're looking at the cell I-56.

A   Yeah, I see it.

Q   Okay.  Do you see the 8.05?

A   I do.

Q   You didn't use that value as the K value for the G1 layer in Group 3, right?

A   No.

Q   And the $M_S$ value --

THE COURT:  Wait a minute.

It's ambiguous.  Ask the question again, please.

MR. LUMISH:  Yes, sir.

BY MR. LUMISH:

Q   When you showed the jury your evidence and put on a slide to show what data you put into the K value for the G1 layer in Group 3, you did not use this 8.05 value from -- from JX 2015?

A   Correct.

Q   You also did not use the $M_S$ value of 805, which we see in row 56, column G.

MR. LUMISH:  Can you bring that up for me, please, Mr. Schmoller.  And if you can make the cell at G5-6 larger

for us so we can see the 805, please.

(The document was published in open court.)

BY MR. LUMISH:

Q    Do you see that $M_S$ value there, sir, of 805?

A    I do.

Q    And you did not use that as the $M_S$ value for the G1 layer in Group 3 in doing your analysis and presenting it to the jury today?

A    Correct.

MR. LUMISH:  Okay.  Let's go to PDX 3.78.

(The document was published in open court.)

BY MR. LUMISH:

Q    I'm going back to your slides here.

This was the slide for Group 3 where you presented to the jury your views on the G1 layer, what you call the hard magnetic storage layer, for Group 3?

A    That's right.

Q    And just as an aside, sir, do you know that Group 3 accounts for roughly 49 percent of the hard drive units that are accused of infringement in this case?

A    I didn't know that percentage, but, again . . . .

Q    Did you know it was, by a substantial margin, the largest collections of hard drives that are accused by group?

A    To be honest, no, I didn't.  But, again, I believe your

numbers.

Q    Okay.  Well, here, you enter values for the K and $M_S$ numbers into G1.  And you take those from a different place, right?  And you can see cited is JX 2028.

A    Correct.

Q    JX 2028, that's a different spreadsheet.  It's a different dataset than the one I showed you a moment ago of JX 2015.

A    Yes.

Q    And can we agree, sir, that JX 2028 is the spreadsheet where you got the K values for the G1 layer of Group 3 and only for the G1 layer of Group 3?

A    I think that's right, but I'm not quite sure.  But --

MR. LUMISH:  If we go to row 27, please, Mr. Schmoller -- oh, I'm sorry.

Let's bring up JX 2028.

And if you can go to row 27 for me, please.

(The document was published in open court.)

BY MR. LUMISH:

Q    You'll see the alloy number, sir.  Do you see alloy 1310?

A    I do.

Q    And that's the same alloy that we looked at for G1; is that right?

A    Correct.

Q    Okay.  You took the values here from cell C-27 for the K value for this alloy, right?

A    I did.

Q    And that number was 9.42.

A    That's right.

Q    So higher than the 8.05?

A    Yes.

Q    And you took the $M_S$ value from the cell at E-27 for that same alloy, and the number was 889.  Do I have that right?

A    Correct.

Q    Now, can we --

        MR. LUMISH:  I don't know if we can blow it up, Mr. Schmoller.

    *(The document was published in open court.)*

BY MR. LUMISH:

Q    Do you see the tab of this spreadsheet that you took the data from says Cobra G_1310_1334?

A    I do see that.

Q    Do you understand that's a drive name?

A    Yes, I was aware of that.

        MR. LUMISH:  And let's go to JX 2013, please, Mr. Schmoller.

    *(The document was published in open court.)*

*////*

BY MR. LUMISH:

Q    When you were testifying to the jury, you showed them JX 2013 -- and I'll show you in a moment JX 2014 -- as the list of accused hard drives that you used for your analysis, right?

A    Yes.

Q    And this one you may want to do in the hard copy, sir, but Cobra G is never listed in JX 2013; is it?

A    I won't be able to see it here.

Q    You should have it in paper form, if you'd like to look for yourself.

A    What was the number?  2013?

     I don't see the name Cobra, which could have been an internal code name.  No.  Seagate used to do that as well, have different marketing names and internal names.

Q    You're not testifying that one of the names of the drives on that list Cobra G, though, right?

A    I can't determine that.

Q    Can you look at JX 2014 for me, please, with the same question in mind.  Which is it doesn't list the Cobra G product.

A    (Witness so complies.)

     I don't see it.

Q    So you used a test data for a hard drive that's not accused; didn't you, sir?

A    I used it for an alloy.  But, yeah, I can't determine that it was used in a specific drive listed here.  As I mentioned, there can be internal code names and external marketing names, which these are.

Q    If the evidence shows that it's not represented by some internal code name, you used a drive that's not accused as test data for picking your values for the G1 layer of Group 3; isn't that true?

A    I can't determine that.  I used it for an alloy that was listed.

Q    Do you know if the Cobra G product was ever sold to anybody?

A    I have no idea.

Q    So you don't know if the Cobra G product was one that was developed and then shut down before the patents in this case ever issued?

A    I have no way to judge that.

Q    If it turns out, sir, that the data you used from JX 2028 is for an unaccused hard drive that was never sold to anybody and that was shut down before 2017, would you agree, then, that you used the wrong data for the G1 values for Group 3?

A    No.  I used an alloy number, and it was confirmed by Western Digital to be correct.

Q    Well, let's take a look at that.

So I listened to your testimony very carefully. And what I heard you say -- and you'll tell me if I'm wrong -- is that that view that you just gave was confirmed by two things; one is Dr. Desai's testimony, and the other was a document JX 2032.  Is that right?

A    I don't remember the document number, but --

Q    Okay.  I'll show you both.

MR. LUMISH:  Let's start, Mr. Schmoller, please, with PDX 3.79.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    Let me show you your slide here.  This was the slide you showed the jury with Dr. Desai's testimony.

A    Correct.

Q    And what you were arguing was he told you it's okay to use that spreadsheet as the source for the G1 layer for Group 3, right?

A    Yes.

Q    Now, let's start with something fundamental.

You see the three stars there?

A    Yes.

Q    That's an ellipsis for omitted text, right?

A    That's correct.

Q    Do you know what that omitted text says?

A    Not off the top of my head.

Q    Dr. Desai's deposition transcript is in your binder, sir.  Can you look for the tab that says "2/9/24 Desai Transcript"?

MR. LUMISH:  And I'm not impeaching here, Your Honor.  I'm looking at the testimony that he showed. I'd like to display that, if I might.  Or the testimony that he ellipsed [sic] out of what he showed.  So Your Honor, I'd ask to show page 219, line 22, through 220, line 2.

THE COURT:  Any objection?

MR. CHANG:  219 to?

MR. LUMISH:  219, lines 22, through 220, line 2.

(Pause.)

MR. CHANG:  Your Honor, this testimony is not in the record.  They didn't counter-designate it.  It's hearsay, at this point.

THE COURT:  Got to get on the mic, please.

MR. CHANG:  Your Honor, this testimony is not in the record.  They didn't designate it.  And at this point, it's hearsay.

THE COURT:  Doesn't make it out of the scope of impeachment.

MR. CHANG:  Sure.  But he admitted that it's not impeachment.

MR. LUMISH:  I'm not presenting it for an inconsistent statement, Your Honor.  I want to show that

what he ellipsed [sic] out of what they presented to the jury is highly relevant in their slide.

THE COURT:  Proceed.

MR. LUMISH:  Thank you.

BY MR. LUMISH:

Q    So I'm looking at the testimony that sits in those three stars from your slide, sir.

MR. LUMISH:  And, Mr. Schmoller, can you please bring up 219, line 22, through 220, line 2 of Dr. Desai's testimony?  You've got to go all the way -- I need the whole stretch, please.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    We can take it in parts.

So it starts with a question by counsel who led your examination.  And he says:

"QUESTION:  Dr. Desai, do you recognize Exhibit 15 as containing test data relating to AL 1310?"

And the answer is "Yes."

Do you see that?

A    Yes, I do.

Q    You testified you read everybody's depositions in this case, right?

A    True.

Q    You understand that Dr. Desai is talking about the spreadsheet you used for the G1 layer for Group 3?

A    Yes.

MR. LUMISH:  Okay.  And then let's go up to the top of page 220.  And keep the other testimony that was there, please, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    This is what was ellipsed out.

Dr. Desai then says --

MR. LUMISH:  Let's get it up.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    He says:

"ANSWER:  I was not aware of -- I have not seen this file before.  But yes."

So he recognized it's test data, but he says he's never seen it before, right?

A    The question was test data relating to alloy 310 -- 1310.

Q    Right.  And he says he's never seen the file before.

A    "But yes."

Q    Right.  So he confirms it's test data for alloy 1310 but from a file he's never seen before.

A    This is what his deposition is, yes -- his testimony

*Deborah D. Parker, U.S. Court Reporter*

is.

Q    And you -- I can show you your side again.  You chose to use the testimony around that to say that he's verifying your selection of that spreadsheet as the right one for alloy 1310 in the Group 3 products specifically, right?

A    Yes.

Q    You didn't show this testimony where he says, "I've not seen this file before" in your direct examination; did you?

A    No, I did not.

        MR. LUMISH:  Let's go back to the slide, please, Mr. Schmoller, PDX 3.79.

    (The document was published in open court.)

BY MR. LUMISH:

Q    So let's get the numbers down.

        Your testimony is Dr. Desai helped you believe that it was okay to use JX 2028 as the dataset instead of JX 2013, right?

A    Correct.

Q    Dr. Desai's testimony --

        MR. LUMISH:  Can you just make that bigger, please, Mr. Schmoller, from the slide?

    (The document was published in open court.)

BY MR. LUMISH:

Q    He never testifies in the testimony you quote that this is the right or the better spreadsheet to use for the

Group 3 products; does he?

A    He does not testify that.

Q    He doesn't testify, in the testimony you did choose to use, that the data in the JX 2028 spreadsheet was actually test data for any accused product in this case?

A    No.  He wasn't asked that.

Q    And he doesn't testify -- Dr. Desai -- that it's in any way appropriate to use K and $M_S$ values from one spreadsheet for every other G1 layer in the case, but to switch just for Group 3.  That's not what his testimony says, right?

A    Doesn't appear to.

Q    No Western Digital witness ever said anything like that.  Can we agree on that, sir?

A    No.  We agreed that that was the right value for this alloy.

Q    He agreed that when your counsel read off a number, that that was the right number in the spreadsheet.  He never agreed that it was appropriate to take the value from that spreadsheet, instead of the one you had used, for every other G1 layer in the case.  Can we agree on that?

A    Again, he wasn't asked that.  But yes.

Q    Okay.  The second thing -- and I don't know what slide number you used.

        MR. LUMISH:  But please bring up, Mr. Schmoller, JX 2032.5.

(The document was published in open court.)

BY MR. LUMISH:

Q    I have the slide number, if you need to me to show you where you showed it to the jury.

But do you recall, sir, from the slide that's on the screen, JX 2032.5, that this was the Western Digital documentation you told the jury verified your decision to go ahead and use test data from the Cobra G spreadsheet instead of from the one you used for every other G1 layer?

A    This, and one other document, yes.

Q    This document doesn't mention any test data spreadsheets at all; does it?

A    It does not.

Q    Now, if I heard you correctly, I think you said that GX1 is shown in the stack on the left was equivalent or representative of in some way the GX1 Group 3 products in the case, right?  Or, excuse me, the 5X1 products in the case?

A    Yes, that's right.

Q    Let me say it again, just because it wasn't clear.

Was it your testimony on direct that the stack labeled GX1 on the left is equivalent to the 5X1 Group 3 product?

A    Yes, that's correct.

Q    And I think you walked the jury through the layers.

100

You have a green one that says:

"Very high KU oxide."

Do you see that?

A      I do.

MR. LUMISH:  Can you make that bigger for me, please, Mr. Schmoller, the green ones up through purple and pink.  Thank you.  So we can all see here.

*(The document was published in open court.)*

BY MR. LUMISH:

Q      And then the purple layers are, as shown in this diagram, not as hard as the green one, right?

A      Purple layers are not as hard -- correct.

Q      And then the pink one is the softest.

A      Correct.

Q      And you said this was equivalent to the 5X1 Group 3 products?

A      Shows the same trend, yes.

Q      But that's only true if you use the data from the Cobra G spreadsheet.  That wouldn't be true if you used the data from the JX 2015 spreadsheet you used for every other G1 layer?

A      It would still infringe on the claims.  But yes.

Q      It wouldn't look like this, would it?

A      It would look slightly different.

Q      The bottom layer would actually be the softest layer

other than the pink one at the top?

A    I can't remember the values of the higher oxides.  But yes.

Q    I can show you, if you'd like.

A    That's all right.

Q    The other values were 8.27 for each of the three middle layers in the Group 3 products.  Do you recall that?

A    I don't recall, but, yes, I believe that it's about that.

Q    And the JX 2015 spreadsheet would have given that bottom layer that you called the hard magnetic storage layer a value of 8.05.

A    That's right.

Q    So lower than each of the three purple layers shown above.

A    There's no requirement in the claims for the K values.  But I -- but, yes.

Q    But my point is that when you told the jury this looks like Group 3, that's only true if you use the data from Cobra G.  It's not true if you use the data from JX 2015 that you used for every other G1 layer in the case.

A    Yeah.  It doesn't invalidate the claim infringement.  But, yes, you're right.

Q    You said there was a second document.  I don't recall that, and I don't see it in your slides.  What second

document are you saying confirmed your decision to use the Cobra G spreadsheet for the Group 3 G1 layers?

A    I thought it was one that showed HK values, but . . . .

Q    Do you remember what document that is?

A    I don't.  I would have to look at . . . .

Q    Let's talk a little bit about the course of field requirement, if we can, please.

MR. LUMISH:  So Mr. Schmoller, can you bring up Claim 1 again for me of the '864.  So we're going back to JX 2000, page 14.

*(The document was published in open court.)*

THE WITNESS:  Okay.

BY MR. LUMISH:

Q    And you testified about how you calculated the coercive field requirements of both the hard magnetic storage layer and the nucleation host, right?

A    Correct.

Q    And you used a particular equation, right?

A    I did.

Q    Why don't we look at that equation from the patent.

MR. LUMISH:  So it's JX 2000 at page 11.

I'll get you a column and line here, sir.

So if we can bring up, Mr. Schmoller, column 6, lines 47 through 60 of the '864 patent.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    This is where you excerpted and quoted for the jury the equation that you used, right?

A    That's correct.

Q    And it says the coercive field is:

"$H_C = 2\ K_{eff}/M_{eff}$."

Right?

A    That's correct.

Q    And this paragraph, though, if you look at the first sentence, is about a structure that only has one hard and one soft layer, right?

A    Yes, that's right.

Q    You can see that twice, in that first sentence, it says a hard/soft layer, and then it talks about the magnetization and the hard and soft layer.

A    Correct.

Q    And I think you've told the jury several times that is not the structure of the claims of this -- the patents in this case, right?

A    It's not the particular structure, but the equation still holds.

Q    And if you drop down, you'll see the word "therefore" about four lines under the course of field equation.  It says, "Therefore, this bilayer structure" . . . .

And it goes on there.

A     Yes.

Q     You have, and Dr. Seuss has, told the jury bilayer structure is not the claimed invention, right?

A     It's not.

Q     Okay.  That's the only place where you saw that equation for coercive field, though, in the patent; isn't that true, sir?

A     That may be correct.  But it's describing a multilayer magnetic structure.  This is a -- this is a standard way of getting an effective field.

Q     You said it "may be correct."  The only place you've shown us in your direct examination where you found this coercive field equation is in this paragraph, referring to a bilayer structure that doesn't practice the claims of the patent, true?

A     That is true.  It's for a bilayer structure.  But, again, this is the standard way of averaging these values.

Q     And when you were at Seagate, sir, you had techniques and machinery for measuring the coercive fields of layers in media, right?

A     Yeah.  Longtime skills, correct.

Q     You had something called VSM?

A     Correct.

Q     And you had something called MOKE?

A     Correct.

Q   You, in this case, doing your job, never measured the coercive fields for the hard magnetic storage layer or for the layers you call the nucleation host, right?

A   No.  I used WD data.

Q   You used this equation to estimate those values?

A   For the nucleation host, correct.

Q   You're not aware of anybody from MR Tech doing any measurements at the coercive fields of the layers in the accused products; is that true, sir?

A   We didn't have the layers supplied.  And no, I'm not aware of anyone doing that.

Q   Okay.  I demonstrated yesterday that I can't tell a greater sign than a less than sign.  I can't tell them apart.  So I'm not going to argue with you about the equation.  I'll leave that to Dr. Bertero.  And I'm going to move on to another issue.

So I want to look at some of the other slides that you presented in the case.

MR. LUMISH:  Can we go to PDX 3.138, please, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LUMISH:

Q   This was a slide you presented before our break today, on direct examination, right?

A   Correct.

Q    And you have a picture of Dr. Srinivasan there and testimony to the right?

A    That's right.

Q    And you quote him saying -- and I'm just reading from the answer:

"ANSWER:  So the top layer assists in switching of the middle layer, and then the middle layer assists in the switching of the storage layer.'"

Do you see that?

A    Yes.

Q    And the highlighting that's on the screen and the underscoring, that was something you or your graphics team put on the slide?

A    That's correct.

Q    And you emphasize this because you're trying to suggest that Dr. Srinivasan is admitting here that the accused products do that, have this assisting from layer to layer, right?

A    That's right.

Q    And you cite Dr. Srinivasan's deposition there at page 95.

MR. LUMISH:  If you can show that at the very bottom of the screen for me, please, Mr. Schmoller.

(The document was published in open court.)

BY MR. LUMISH:

Q    Do you see where it says "Srinivasan" at 95, 7 through 13"?

A    I do.

Q    You know that testimony is not about the accused products, right?

A    (No verbal response.)

Q    Well, let me show it to you.

You have the Srinivasan transcript in your binder, sir.

A    Would you please tell me what tab.

Q    It is the second-to-last tab.  And actually, I'm going to start you on page 90, which introduces this testimony that continues on through 95.

MR. LUMISH:  So if you'd turn to page 90 for me.

And, Your Honor, again, I just ask to publish this because it's responding back to testimony he showed and showing some testimony he didn't show.

THE COURT:  You may.

MR. LUMISH:  Thank you.

BY MR. LUMISH:

Q    So if you look at 90, beginning at line 12, you'll see a question asked --

MR. LUMISH:  Can you bring it up for me, please, Mr. Schmoller?  So let's start 90, line 12 through 15.

(The document was published in open court.)

BY MR. LUMISH:

Q    So it says:

"QUESTION:  You were -- before the
break, we were talking about Exhibit 5,
which was your 2019 -- or the slides
from your 2019 presentation."

Do you see that?

A    I do see that.

Q    And do you know, sir, that when you got to page 95, and
the testimony you cited --

MR. LUMISH:  Let's go to 95, lines 7 through 13,
and bring those up.

(The document was published in open court.)

BY MR. LUMISH:

Q    Dr. Srinivasan is still testifying about that
presentation.

A    Yes.

Q    He's not testifying about any of the exemplar disk
drives in this case or data values or anything like that.
He's talking about a slide presentation that was given,
right?

A    Yes.

Q    Let's look at that presentation.  And I can show you,
from your slide, this is the one you cited for a figure

above Dr. Srinivasan's head -- a picture, I mean to say, and testimony.

MR. LUMISH:  So we're going to go to JX 2030, slide 12.  Can you bring that up for me, please, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    Do you recognize, sir, the -- the orange, blue, and darker blue figure in the bottom-left corner as the one you showed the jury?

A    Yes, that's correct.

Q    And it refers to an assist layer and a middle layer and a storage layer, right?

A    Yes.

Q    The slide -- you can look at the whole thing here -- doesn't refer to any of the accused products in this case; does it?

A    No.  It was a general design slide.

Q    Do you see a graph in the middle there?

A    I do.

Q    And underneath it, there's a citation to a paper from Dr. Bertero?

A    Yes.

Q    And there's a 2018 copyright on the page.  But that's the only citation for a source for any of the information on

this page, right?

A    On this page.

Q    And it's 2010, so eight years before the '864 patent issued?

A    2010 is eight years before.

Q    And it's 11 years before the '997 patent issued?

A    Yes.

Q    Okay.  Let's go to another one -- I want to look at another page in this deck.  Because in different slides, you showed some other pages from this presentation.  Do you recall that?

A    Yes, I do.

        MR. LUMISH:  Let's turn, please, to JX 2030.32.

    *(The document was published in open court.)*

        THE WITNESS:  Okay.

BY MR. LUMISH:

Q    This was one of the slides you showed the jury, right?

A    Correct.

Q    And you, in particular, zoomed in on that middle entry that says:

        "PMR is the prevailing magnetic storage
        technology."

A    That's right.

Q    And you drew a big red box around the second bullet under that, that says "The 'exchange-spring' principle has

111

guided most of the advances in PMR since -- media since inception."

Right?

A    That's what it says.

Q    You emphasized that statement by putting a red box around it because you're trying to suggest that this is crediting Dr. Seuss with the -- most of the advances in PMR media since inception, right?

A    I think Dr. Srinivasan was doing that by showing his figure next to this.

Q    Well, let's see.  It says "The 'exchange-spring' principle."

Do you see that?

A    I do.

Q    Let me ask you to keep that word, "principle," in mind. And let's go to another slide in the same deck, JX 2030.9, page 9.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    You showed this slide to the jury, right?

A    I did.

Q    And you showed it, suggesting that Dr. Srinivasan there was talking about the figures on the right from Dr. Seuss, correct?

A    Yes.  Which it was.

*Deborah D. Parker, U.S. Court Reporter*

112

Q    Let's zoom in on the figure on the left.

First of all, the title is "Exchange-Spring" at the very top, right?

A    I see that.

Q    And do you see what it says underneath the graphs?

A    I do.

Q    It says "The Exchange-Spring Magnet:  A new material principle for permanent magnets."  Right?

A    Yes.

Q    And the date is 1991.

A    Yes.

Q    Okay.  So the principle goes back to 1991, right?

A    Again --

(Simultaneous speaking.)

Q    According to this slide?

A    According to this slide, yes.

Q    Fair enough.

And Dr. Srinivasan was actually crediting the principle from 1991 with having driven the advancements in PMR media; wasn't he?

A    Well, it's odd that he didn't include this figure.  He included one from Dr. Seuss' publication.

Q    Can we agree --

A    So I don't know what his motivations were.

Q    I apologize for interrupting you, sir.

113

The principle is shown for the figure on the left from the 1991 paper, and what you see on the right is Dr. Seuss implementing that principle in his paper; isn't that true?

A    I don't know if that's true.  Again, he put in Dr. Seuss' figure and talks to -- to that.  So, again, I don't know his motivations.

Q    So you showed this figure to the jury and made another point with it in another part of your presentation, the one from Dr. Seuss, I mean, on the right, where it has the yellow on the top and then the darker blue in the middle and the lighter blue on the bottom.

A    Correct.

Q    Do you remember showing that figure to the jury?

A    I do.

Q    Your testimony was this 2009 paper shows the -- what you call the hard magnetic storage layer on the top, right?

A    The top of this figure, with the fields coming from the bottom of the figure.

Q    And your testimony to the jury was, That's fine, we'll just flip it.

A    Well, I said it was potentially on the bottom of the disk.  In Dr. Seuss's paper, the field is coming from the bottom.

Q    You told the jury -- you said, "What if we just flip

it?"

I think that's roughly what your words were when you testified, right?

A    I recall talking about a top and bottom of the disk.  I said -- I don't know what I said.  We'd have to go back and look.  But potentially, you could flip that so it looks like the other figures.

But in Dr. Seuss' publications and presentations, the field is coming from the bottom.

Q    So it's okay to just flip it when we're trying to understand the principles and how they work?

A    Well, you can take a disk and turn it over, so yes.

Q    In this same slide deck, would you look at slide 13 with me, please.  So JX 2030.13.  This was a slide you showed or a part of the exhibit that you showed in one of your slides on direct examination; is that right?

A    Yes, it is.

Q    And -- well, I should probably show you your slide because I want to ask you about that first.

MR. LUMISH:  Mr. Schmoller, would you please bring up PDX 3.223.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    And you'll see the same figure, but I want to show you your slide.

115

This was your slide, right?

A    Correct.

Q    And the title at the top there says "Western Digital's admitted areal density gain from infringement."  Right?

A    Yes.

Q    It's not true that Western Digital has admitted infringement, is it?

A    It shows Dr. Seuss' invention, the same things that are covered in the claim.  But to my knowledge, Western Digital has not admitted infringement.

Q    To your knowledge.  Well, that's why we're here, right?  You know Western Digital hasn't admitted infringement.

A    Fair.

Q    And you know Western Digital hasn't admitted that it's gained areal density, quote, from infringement, as you put it on your slide?

A    I think there were many Western Digital testimony [sic] that does admit the areal density gain.

Q    From infringement, that testimony says, We infringed the patents from Dr. Seuss and that's how we got areal density gains?

A    No, not with those words.

Q    Right.

        The slide shows a timeline from to 2005 to 2017, right?

116

A    Correct.

Q    And so that's all before any of the patents in this cased issued?

A    Right.

MR. LUMISH:  Let's look at slide PDX 3.222, please.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    This was another slide you showed the jury in your direct examination.

A    Correct.

Q    And you have the same title:  "Western Digital has admitted areal density gain from infringement."

It's still true that Western Digital hasn't admitted infringement or that it gains areal density by infringing the patents in this case, right?

A    Hasn't admitted from infringement.  It has admitted the areal density gains.

Q    Now, you highlighted part of the sentence there.  But the first part of the sentence says "Exchange coupled composite ECC perpendicular magnetic recording PMR media."

You didn't highlight that part, right?

A    I didn't.

Q    And then you -- it goes on to say:

"Consisting of a stack of magnetic

117

layers with a gradient in the magnetic anisotropy and in the intergranular exchange have played a paramount role in advancing recording technologies towards 1TBPSI areal densities."

That's what it says, right?

A    Yes.

Q    And you were suggesting that this, too, was some sort of admission by Western Digital that it uses the patents in this case, right?

A    Correct.  It uses the ideas in this case to advance areal density.

Q    And in fact, of course it doesn't mention the patents. We can agree on that?

A    Yes, we can agree on that.

Q    And it doesn't refer to a nucleation host, right?

A    No.

Q    There's no mention of a structure that includes a hard magnetic storage layer and then nucleation host layers that assist and store.

A    It says "Consists of stack of magnetic layers with gradient in the anisotropy." But it doesn't use those terms.

Q    And you'll see at the end there, it's got a No. 1.  You understand that to be a reference to a citation?

A    Correct.

Q    I can bring it up, if you need me to.

Do you know that goes to a reference citing a paper from Dr. Bertero and Dr. Desai from 2010?

A    It may well.  But often, especially at a company, you reference your own buddies.  You don't reference someone else.

Q    Sure.  Researchers reference people as examples of work that they've been working on sometimes, right?  Or work that's come before them?

A    Yes.

Q    That's not a confession by them -- as Dr. Seuss, I think, conceded yesterday -- that there's necessarily the same stuff in that research paper or technology that's being presented.  Can we agree on that?

A    Yeah.  I could look at the paper and see if those papers reference Dr. Seuss' paper as a secondary, but -- as an original source, but often you might reference a paper that's not the original.

Q    And on your slide, you highlighted the bottom there "Project starting from October 2014."

Do you see that?

A    Correct.

Q    Four years before either of the patents in this case issued, right?

A    Yes.

119

Q    You can't infringe a patent before it's issued; you understand that?

A    I do.

MR. LUMISH:  So let's turn, please, Mr. Schmoller, to JX 2023.18.  JX 2023.18.

*(The document was published in open court.)*

BY MR. LUMISH:

Q    Do you recognize the slide on the screen sir, as another one you presented to the jury this afternoon?

A    Yes, I do.  I don't see my --

Q    Oh, no.  I know I pulled this -- literally pulled it out of your binder.

A    Oh, okay.

Q    So if you have it up there, it will be in the binder you handed out.

A    That's fine.

Q    Or your lawyers, I should say, handed out.

You do remember presenting this slide to the jury, though?

A    I do.

Q    And you were showing the reference to graded anisotropy media, right?

A    Yes.

Q    If you look down at the bottom, you'll see a copyright of 2011.

120

A    That's correct.

Q    Seven years before the '864 patent issued?

A    Yes.

        MR. LUMISH:  Let's turn to JX 2023, page 19, so the next slide.

        *(The document was published in open court.)*

BY MR. LUMISH:

Q    You showed this one to the jury, too, right?

A    That's right.

Q    And same date, 2011.

A    Yes.

Q    So seven years before the first patent in this case issued, right?

A    Yes.

Q    And then another exhibit you showed was JX 2019.

        MR. LUMISH:  If you can go to slide 1 for me, please.

        *(The document was published in open court.)*

BY MR. LUMISH:

Q    You showed this slide to the jury in your direct examination, true?

A    Correct.

Q    And this one doesn't have a date on it.  But if we go to the next slide in order, so JX 2019.2 --

        *(The document was published in open court.)*

BY MR. LUMISH:

Q    -- you'll see a timeline there.  And in the upper-right corner, it refers to a January to June 2012 development plan.

Do you see that?

A    I do.

Q    So can you agree with me that this exhibit that you showed the jury, JX 2019, comes before at least June of 2012?

A    That seems reasonable.  It shows the invention.  But, yes, the dates are correct as you state.

Q    Long before the patents in this case issued.

A    Correct.

Q    Okay.  In your binder, sir, will you look at DX 1295 for me, please.

A    *(Witness so complies.)*

*(The document was published in open court.)*

MR. LUMISH:  Take that down, please, Chris.

Thank you.

BY MR. LUMISH:

Q    Do you recognize this, sir, as a presentation that you either prepared or had prepared for you while you were at Seagate as its chief technology officer?

A    Yes.  That's right.

MR. LUMISH:  Your Honor, we move DX 1295 into

*Deborah D. Parker, U.S. Court Reporter*

122

evidence and ask to publish it.

THE COURT:  Any objection?  Any objection?

MR. CHANG:  No objection.

THE COURT:  1295 will be received.

*(Plaintiff's Exhibit 1295 received in evidence.)*

BY MR. LUMISH:

Q    This is, in fact, a document that was prepared while you were at Seagate for a presentation you gave while you were the chief technology officer there.

A    That's correct.

Q    And you see the date, sir, is August 25, 2015?

A    Yes, that's right.

Q    I'd like to turn you to DX 1295, slide 5.

A    *(Witness so complies.)*

*(The document was published in open court.)*

BY MR. LUMISH:

Q    The title of this slide --

MR. LUMISH:  If you can blow it up for me, please, Mr. Schmoller.

BY MR. LUMISH:

Q    -- is "Innovations Driving Areal Density Growth."

A    Correct.

Q    And you talked a lot to the jury today about Dr. Seuss' patents as being not just an innovation, but sort of the most important innovation driving areal density growth,

123

right?

A    Yes.

Q    Okay.  So this presentation shows a timeline across the bottom.

Do you see that?

A    I do.

Q    And look at 2004 for me.

MR. LUMISH:  And if you blow up, please, Mr. Schmoller, 2004 and the entry above it.

*(The document was published in open court.)*

MR. LUMISH:  Thank you.

BY MR. LUMISH:

Q    So this shows a 52 percent CAGR starting just before 2004.

Am I reading that correctly?

A    I believe so.

Q    Okay.  And CAGR, that means compound analyzed [sic] growth rate, right?

A    Annual growth rate.

Q    So that's the annual growth rate in areal density?

A    That's correct.

Q    Big jump.  52 percent is a big jump.  Can we agree?

A    Sure.

Q    That's two years before --

A    I think, though, if you look, it's kind of the --

*Deborah D. Parker, U.S. Court Reporter*

Q   Do you want me to zoom in on something else?

A   No, I've got it.  It's a consistent growth.  But yes.

Q   Fair enough.  Let me show you that.

MR. LUMISH:  So can you pull up, please, Mr. Schmoller --

BY MR. LUMISH:

Q   You're talking about the colored dots across the top, right?

A   Yes.

Q   When you say "consistent growth"?

A   Well, the -- this area before is a consistent growth of 50-some percent.

Q   Okay.  So -- and then it actually starts to decline in growth after 2004.

A   Correct.

Q   Areal density?

A   Yes.  Since we've reached the superparamagnetic limit.

        *(Court Reporter requests clarification for the record.)*

THE WITNESS:  The superparamagnetic limit. Starting to have issues with that.

BY MR. LUMISH:

Q   The entry there at 2024 -- I'm sorry, excuse me -- 2004 is two years before Dr. Seuss filed his patent application, right?

125

A    That's correct.

MR. LUMISH:  And Mr. Schmoller, will you bring up all of that -- the latter half of the timeline, so from 2004 to the end so we can see all of the entries for those years, please.  And the dates.  Thank you.

(The document was published in open court.)

BY MR. LUMISH:

Q    Okay.  This is your list of innovations driving areal density in your presentation in 2015, right?

A    Yes.

Q    And each of one of the entries has a bullet before it. The first one says "PMR," second one says "TMR head," and so forth, right?

A    Right.

Q    There's 13 of them that you list.

A    Okay.

Q    Now, let's go back to that superparamagnetic limit. You told the jury today that the inventions in the two patents in this case solved this trilemma underneath the superparamagnetic limit, right?

A    Which it did.

Q    You said it solved it.

A    Yes.

Q    And you said it was something you thought or people in the field thought was unsolvable before that.

126

A    Yes.

Q    You thought it was crazy when you first heard it.  That was your testimony.

A    It was.

Q    And it was this decoupling of the coercive field from thermostability.

A    That's what it did.

Q    Okay.  Take your time and look, sir.  In all of your entries of innovations driving areal density growth, you don't mention decoupling the course of the field from thermostability.

A    So the audience -- this is true.  The audience for this talk, though, is a general tech talk.  So basically, what I'm doing with this talk is giving at-a-boys and pats on the back to the various -- since all of the departments reported to me.  So I'm saying thank you to the head team.  Thank you to the channel team.  Thank you to the -- you know, all the various teams, the drive team, et cetera.  And I have PMR listed there as a thanks to the media team as they were moving forward.

So this is not meant to be necessarily a technical paper that's going to be reviewed.  This is a cheering, a rally call for the employees that worked for me.

Q    Can you answer my question, though, please?

A    Did I say "yes" to it before --

Q    So it's true that in all your entries from 2004 on, you don't mention anything about decoupling the coercive filed from ^thermostability in order to solve the superparamagnetic limit?

A    As I mentioned, the media team was already -- had many pats on the back, so I didn't mention that.  I mentioned this for the other teams.

Q    Are you suggesting here that Seagate innovated PMR?  They're the inventors of PMR?

A    No, they aren't the inventors.  That was 1971, I think.  Iwasaki Shun.

Q    You don't mention Dr. Seuss, of course, in this list?

A    I don't mention anyone in this list.

Q    Right.  You don't mention nucleation hosts?

A    No.  That would be way in the weeds for a general talk like this was.

Q    Well, so this talk is 2015, right?

A    Sure.

Q    And you have testified in this case that Seagate uses Dr. Seuss' inventions in the patents in this case.

A    That's correct.

Q    And that they'd done so since 2010.

A    That's probably the right date.  I don't remember exactly.

Q    Can we agree that it's roughly around 2010, or at least

by 2010, that you believe Seagate was using the patents in this case?

A    Yes.

Q    And they were continuing to use it, in your testimony in this case, up until you left in 2018.

A    Correct.

Q    And you don't list any innovations of Seagate using those technologies to improve areal density growth.

A    As I said, this talk is not meant -- this talk is meant to be a pat on the back to the other groups.  It's not meant for that.

Q    But the other groups would be the ones who would implement these claimed inventions if they were in Seagate's products, right?

A    At this point, the media team had a new building and lots of money, and I didn't think I needed to do that.

Q    Didn't need to mention it?

A    It's a talk for my employees.

Q    So you do show PMR as the first entry when you have this 52-percent growth in areal density, correct?

A    Correct.

Q    And TMR is listed there.  That's tunneling magnetoresistance?

A    That's correct.

Q    Can we agree that Dr. Seuss didn't invent either of

129

those two things?

A    No.  Seagate was the first to use that.

Q    And I won't go through all 13.  But can we agree that Dr. Seuss didn't invent any of the entries that you have from 2004 to the end of your timeline in JX 1295?

A    That's fair.

Q    And you've testified in the past that TMR was a revolutionary technology, right?

A    Using a specific definition of revolutionary, but I would say TMR is a revolutionary technology with any definition.

Q    And you told the jury before that -- that Dr. Seuss' two patents in this case are the foundation on which modern PMR media is built.

A    It is exemplified in all the data we've looked at, yes.

Q    If Dr. Seuss' two patents in this case were the foundation on which modern PMR were built and you were using it at Seagate for the eight years you were there, surely, sir, you would have credited Dr. Seuss, at some point, for having contributed all of that value to Seagate, right?

A    I wouldn't do that in a talk like this, no.

Q    I don't even mean in this talk.  I mean ever, in any form.  Surely, you would have done that.

A    I'm sure my employees did.  I would not give talks like that in my role.

130

Q    You never, as the CTO of Seagate, credited Dr. Seuss with having improved areal density at Seagate?

A    Some of the 4,000 people who worked for me did, though.

Q    You never did that, did you, sir?

A    I did not personally.

Q    And you know that in his deposition -- you said you read all the depositions -- Dr. Seuss testified in this case that nobody from MR Technologies has even talked to Seagate?

A    If that's what he said, then I believe that.

Q    You've not shown the jury any documents in this case where you personally credit Dr. Seuss and say that his patents in this case -- not his body of work, but the two patents in this case were a revolutionary breakthrough in areal density and PMR media; is that true?

A    Could you repeat that, that I didn't --

Q    Sure.  You have not shown to the jury a single document where you ever said -- separated from being in this courtroom as a hired expert -- that Dr. Seuss' two patents in this case were a revolutionary foundational breakthrough that improved areal density in PMR media?

A    As I said, I might not have personally, but many people within my team did.

Q    In fact, sir, the truth is you had never even seen the two patents in this case before you were hired to be an expert against Western Digital again.

A    I retired in 2018.  So I was gone from Seagate by the time the patents issued, as you said.

Q    Can you answer my question, please?

A    No, I have not seen those patents until after they issued.

Q    And you were hired in this case?

A    Was hired in this case many years after they issued. But yes.

Q    I just want to make sure my question is answered.

You never saw the patents in this case until you were hired as an expert in this case?

A    That's true.  Because I wasn't looking at patents after I retired.

MR. LUMISH:  Your Honor, I pass the witness.

THE COURT:  Do you know how much time you'll have?

MR. CHANG:  Probably about 20 minutes, half hour. I can get started for 10 minutes.

THE COURT:  That's fine.  We'll stop at 4:30, though.

REDIRECT EXAMINATION

BY MR. CHANG:

Q    Dr. Re, Mr. Lumish asked you some questions about whether the G1 hard storage layers in the accused products, whether they can, on their own, store data.  Do you remember that?

A    Yes, I do.

Q    Is there any requirement in the claims of the patent that require the hard storage layer if you were to take it out and somehow remove that very thin layer and put it to the side, that it, by itself, has to store data or be thermally stabled on its own?

A    No.  There's nothing in the claims to that.

Q    Are the G1 or the hard storage layers in the products as they exist in the hard drives -- are those thermally stable?

A    On their own?

Q    As they exist in the products.

A    As they exist in the products, yes, they are thermally stable.

Q    And Western Digital hard drives, the disks in them, in all the accused products, the media, thermally stable, right?

A    Correct.

Q    For how many years?

A    At least five, probably longer.

Q    And the claims at issue in this case, what do they require the hard storage layer to be exchange coupled to?

A    The nucleation host.

Q    As part of a stack of even more layers, right?

A    Correct.

133

Q    They don't require anything about any particular layer having certain requirements separate and apart from that stack, right?

MR. LUMISH:   Your Honor, object to the pattern of leading.

THE COURT:   I'm sorry?

MR. LUMISH:   There's been repeated leading.  I object to the leading.

BY MR. CHANG:

Q    Do the claims require -- impose any specific requirements as to any specific layer separated from the rest of the stack?

A    No, it does not.

Q    Now, Mr. Lumish suggested that you picked certain colors to distinguish the nucleation host layers from the G1 hard storage layer, right?

A    That's right.

Q    Let's look at your slide 82.

MR. CHANG:   Let's just blow up the actual slide, Western Digital slide.

*(The document was published in open court.)*

BY MR. CHANG:

Q    Are these the original colors that are in Western Digital's own documents?

A    Yes, they are.

134

Q    And is that why you picked the colors that you did?

A    That's correct.

Q    Does Western Digital itself choose a different color for the hard storage layer?

A    They do.

Q    And what color is that?

A    It's green.

Q    Does Western Digital itself choose a different color for the ferromagnetic layers of the nucleation host?

A    It does.

Q    What color is that?

A    Purple.

Q    Mr. Lumish asked you some questions about Seagate.

A    Yes.

Q    Do you own any stock in Seagate?

A    No, I don't.

Q    How long ago did you leave Seagate?

A    2018.

Q    He also asked you about a particular layer, the G1 layer of the 5X1 product.  Do you remember that?

A    Yes.

Q    And he suggested you used test data for a hard disk drive that's not accused, right?

A    Yes.

Q    But the test data was for a particular alloy, right?

135

A     That's correct.

Q     Can you tell us about that?

A     So it was the alloy that was listed in the representative group, and I used the data that matched that.

Q     And did you check any technical documents to see if that would be okay?

A     I did.

Q     And did you look at deposition testimony to see if that would be okay?

A     I did.

Q     And Mr. Lumish suggested that the right value for that layer would be 8.05, right?

A     Correct.

Q     But did he ask you whether -- if you use that number, whether the accused products would still infringe?

A     No.  The accused products would still infringe.  If you use that number, the coercive field would be around 2 tesla.

Q     So Western Digital produces two different values for the same alloy.

A     Correct.

Q     And you picked one of them.

A     I did.

Q     And you relied on a lot of other evidence to support that, right?

A     I did.

*Deborah D. Parker, U.S. Court Reporter*

Q    But under either one, they infringe, right?

MR. LUMISH:  Your Honor, object to the leading.

THE COURT:  Sustained.

BY MR. CHANG:

Q    Do they infringe -- does it depend on which value you pick, whether the accused products infringe?

A    No, it does not.  It would still infringe on the patent.

Q    Mr. Lumish asked you some questions about the formula 2K over M, right?

A    Correct.

Q    And he suggested that perhaps there should have been some measurement taken, right?

A    That's right.

Q    But you did rely on measurements, right?

A    I relied on Western Digital's measurements to calculate that.

Q    Is it possible to measure short timescale, recording timescale, coercive field using standard equipment like some of the equipment that Mr. Lumish mentioned?

A    No, that would not be possible.

Q    Could you have done that at Seagate?

A    No, not at all.

Q    Mr. Lumish showed you some testimony from a Dr. Srinivasan.  Do you remember that?

137

A    Yes, I do.

Q    And you had a figure with the two assist layers and a source layer on the bottom.

        Do you remember that?

A    Yes.

Q    Is that consistent with all the other documents you've seen in the case as far as how the accused products work?

A    Yes, it was completely consistent.  I saw many documents with that.

        MR. CHANG:  Can we go to slide 216, please.  PDX 3, slide 15.

        And can we blow that up, please, the red box.

        *(The document was published in open court.)*

BY MR. CHANG:

Q    Do you remember Mr. Lumish asking you about that snippet?

A    I do.

Q    And he kind of left out the image to the right.  Do you remember that?

A    Yes, he did.

        MR. CHANG:  Can you blow up that image?

        *(The document was published in open court.)*

BY MR. CHANG:

Q    Whose image is that?

A    That's Dr. Seuss' image.

*Deborah D. Parker, U.S. Court Reporter*

Q    And the red box --

MR. CHANG:  Can you take that down?

And blow that up again.

*(The document was published in open court.)*

BY MR. CHANG:

Q    It says "The exchange-spring principle has guided most of the advances in PMR" --

What's the next word?

A    Media.

MR. CHANG:  Let's go to the prior slide, please. And if we go -- zoom in on the top-right figure.

*(The document was published in open court.)*

BY MR. CHANG:

Q    What does that say?

A    That says "Exchange-spring media."

Q    What does that tell you about what that presentation was trying to convey?

A    The presentation was talking to Dr. Seuss' idea with the figures shown here and also the way that he described increasing -- or keeping the thermostability while decreasing the right field.  I believe he showed a similar slide like this with the energy barriers during his direct testimony.

Q    Dr. Srinivasan didn't say anything about some principle from 1991 about magnets, right?, in his final statement?

MR. LUMISH:  Object to the leading, Your Honor.

THE COURT:  Sustained.

BY MR. CHANG:

Q    Did Mr. Srinivasan say anything about a 1991 magnet in his summary slide?

A    No.  He talked to Dr. Seuss' idea of exchange-spring media with a graded anisotropy.

THE COURT:  We'll stop here.

Ladies and gentlemen, regular day tomorrow.  Nine to 12:30 to 4:30.

Please remember the admonition to not discuss the case with anyone, and not to form any opinions on the issues of the case until it's submitted to you.

See you in the morning.

THE CLERK:  All rise.

*(Jury exits courtroom.)*

*(The following proceedings were had outside the presence of the jury:)*

THE COURT:  I'll give you another handout in the morning.  I'll check my calculations.  But MR used about three hours, 32 minutes today, and has 8:25 left.

MR. CHANG:  I didn't hear you, Your Honor.

THE COURT:  You have 8:25 left.  You used about 3:32 today.

MR. LUMISH:  Western Digital, you used 1:40.

You'll have 10:42 left.

I'll double-check my numbers, and we'll have another handout in the morning.

Anything before we adjourn?

MR. CHANG:  Not before you, Your Honor.

THE COURT:  Where are you in your case-in-chief?

MR. FENSTER:  Your Honor, after Dr. Re, we're going to call Mr. Bergman.  Mr. Bergman will be our damages expert and our last witness.

THE COURT:  Okay.  Do you think that will take all day tomorrow or what?

MR. LEDAHL:  I wouldn't expect so, Your Honor.  I think Mr. Bergman's direct examination will be somewhere around an hour and a half, maybe a little bit less.

THE COURT:  Okay.  Then we'll proceed with the defense case.

MR. LEDAHL:  That's fine, Your Honor.  Thank you.

THE COURT:  Do we have something else?

MR. LEDAHL:  No, I do not.

THE COURT:  Okay.  Thank you.


            *(At 4:34 p.m., proceedings were adjourned.)*

                           -oOo-

141

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  July 19, 2024

_____/s/DEBORAH D. PARKER____
DEBORAH D. PARKER, OFFICIAL REPORTER

*Deborah D. Parker, U.S. Court Reporter*

**BY MR. CHANG: [29]** 8/12 11/14 13/25 16/13 17/3 17/12 18/12 22/18 24/9 24/15 24/22 25/10 29/25 31/15 35/14 36/7 37/11 37/18 39/1 45/13 131/21 133/9 133/22 136/4 137/14 137/23 138/5 138/13 139/3

**BY MR. LUMISH: [67]** 52/3 54/19 59/8 60/21 61/22 62/25 67/24 68/22 69/13 71/1 71/16 72/15 73/9 75/10 75/15 81/21 82/14 82/24 83/5 83/15 83/24 84/6 84/22 85/17 85/23 86/7 86/14 87/2 87/16 88/3 88/12 89/19 90/16 90/25 93/11 95/5 95/13 96/8 96/13 97/13 97/23 99/2 100/9 102/13 103/1 105/22 107/1 107/21 108/2 108/15 109/7 110/16 111/19 114/23 116/8 119/7 120/7 120/19 121/1 121/20 122/6 122/16 122/20 123/12 124/6 124/22 125/7

**MR. CHANG: [31]** 13/23 16/11 16/25 17/11 22/12 24/7 24/13 24/20 25/6 29/21 31/12 35/11 36/3 37/7 37/17 38/24 45/9 51/24 94/10 94/13 94/17 94/22 122/3 131/16 133/19 137/10 137/21 138/2 138/10 139/22 140/5

**MR. FENSTER: [1]** 140/7

**MR. LEDAHL: [3]** 140/12 140/17 140/19

**MR. LUMISH: [79]** 29/22 36/4 37/8 45/10 52/1 54/15 59/5 60/16 61/20 67/20 68/18 69/5 69/9 71/10 73/4 75/8 75/13 81/1 81/6 81/9 81/20 82/11 82/22 83/3 83/13 83/21 84/3 84/19 85/14 85/21 86/4 86/12 86/25 87/15 87/24 88/10 89/14 90/13 90/22 93/8 94/4 94/11 94/24 95/4 95/8 96/4 96/11 97/10 97/20 98/24 100/5 102/8 102/21 105/19 106/23 107/15 107/20 107/24 108/12 109/3 110/13 114/20 116/5 119/4 120/4 120/16 121/18 121/25 122/18 123/8 123/11 124/4 125/2 131/14 133/4 133/7 136/2 139/1 139/25

**THE CLERK: [6]** 8/3 8/6 80/22 81/12 81/16 139/15

**THE COURT: [31]** 8/8 29/23 36/5 37/9 45/11 80/19 81/5 81/7 81/11 81/19 87/13 94/9 94/16 94/20 95/3 107/19 122/2 122/4 131/15 131/18 133/6 136/3 139/2 139/8 139/19 139/23 140/6 140/10 140/15 140/18 140/20

**THE WITNESS: [10]** 11/11 18/10 22/14 25/8 60/20 70/24 72/13 102/12 110/15 124/20

**'**

**'864 [19]** 8/16 14/21 14/23 21/17 21/22 22/1 22/4 23/3 23/10 25/22 26/6 54/17 54/24 67/25 68/20 102/9 102/24 110/3 120/2

**'997 [16]** 21/19 21/21 21/25 22/3 22/5 22/16 22/22 22/24 22/25 23/2 23/10 25/15 25/22 25/24 26/6 110/6

**'Exchange [4]** 30/12 31/18 110/25 111/11

**'Exchange-Spring' [4]** 30/12 31/18 110/25 111/11

**'Trilemma' [1]** 30/5

**-**

**-o0o [1]** 8/2
**-oOo [1]** 140/23

**/**

**/s/DEBORAH [1]** 141/12

**0**

**053 [1]** 1/22
**0623 [1]** 2/19

**1**

**1 terabit [3]** 40/3 40/19 42/7
**1-053 [1]** 1/22
**1.3 terabits [1]** 45/22
**1.49 [2]** 16/20 17/8
**1.5 [1]** 17/19
**1.6 [1]** 17/19
**10 [7]** 18/4 18/13 18/20 18/25 21/15 21/17 26/5
**10 minutes [1]** 131/17
**10 nanometers [2]** 20/17 21/3
**10 percent [1]** 45/3
**10.28 [1]** 19/24
**10.4 nanometers [1]** 20/1
**10/19/11 [2]** 6/11 7/5
**10342 [1]** 1/20
**10:42 [1]** 140/1
**11 [8]** 6/11 7/5 20/5

**20/11 21/15 21/17 26/5 102/23**
**11 years [1]** 110/6
**12 [4]** 70/9 107/22 107/25 109/4
**1235 [1]** 3/24
**12424 [7]** 2/4 2/8 2/13 2/22 3/4 3/8 3/13
**1295 [6]** 121/14 121/25 122/4 122/5 122/13 129/5
**12:30 [1]** 139/10
**12TH [7]** 2/4 2/9 2/13 2/22 3/4 3/9 3/13
**13 [7]** 68/19 69/4 107/3 108/12 114/13 125/15 129/3
**13.8 nanometers [1]** 19/22
**1300 [3]** 45/23 46/5 47/16
**1300 gigabit [1]** 48/24
**1300 gigabits [1]** 46/12
**1310 [9]** 85/8 86/2 86/15 89/21 90/18 95/19 96/20 96/23 97/5
**1334 [1]** 90/18
**14 [3]** 54/16 67/22 102/10
**140 [4]** 3/18 4/8 4/21 5/4
**1426 [2]** 16/18 17/7
**15 [3]** 95/18 107/25 137/11
**15 minutes [1]** 80/20
**15 years [1]** 52/13
**1600 [2]** 4/4 4/13
**18 [3]** 1/18 8/1 56/17
**18 bits [1]** 29/4
**19 [2]** 120/4 141/9
**1971 [1]** 127/10
**1991 [6]** 112/10 112/12 112/19 113/2 138/25 139/4
**1:29 [2]** 1/19 8/1
**1:40 [1]** 139/25
**1F [3]** 8/15 9/5 9/10
**1G [2]** 9/21 9/22
**1H [1]** 10/25
**1TBPSI [1]** 117/5

**2**

**2 nanometers [1]** 20/16
**2 tesla [1]** 135/17
**2/9/24 Desai [1]** 94/2
**20 [3]** 68/20 69/4 69/15
**20 minutes [1]** 131/16
**20 percent [2]** 45/4 45/19
**200 [2]** 2/18 42/14
**200 gigabits [4]** 39/24 40/15 40/18 42/7
**2000 [7]** 54/16 54/24 67/22 68/18 70/8 102/10 102/21
**20024 [1]** 2/18
**2004 [8]** 123/7 123/9 123/14 124/14 124/23 125/3 127/1 129/5

**2005 [2]** 69/20 115/24
**2009 [1]** 113/16
**2010 [6]** 110/3 110/5 118/3 127/22 127/25 128/1
**2011 [2]** 119/25 120/10
**2012 [2]** 121/3 121/9
**2013 [5]** 90/22 91/3 91/8 91/12 97/17
**2014 [3]** 91/3 91/19 118/20
**2015 [17]** 82/25 83/7 83/21 84/13 84/17 84/19 85/3 86/5 86/18 87/20 89/8 100/20 101/10 101/20 122/11 125/9 127/17
**2017 [2]** 92/20 115/24
**2018 [5]** 38/20 109/24 128/5 131/1 134/18
**2019 [10]** 7/6 37/5 37/7 37/9 37/10 40/11 108/6 108/7 120/15 121/8
**2019.2 [1]** 120/24
**202 [1]** 2/19
**2023 [7]** 6/10 7/4 36/1 36/3 36/5 36/6 120/4
**2023.18 [2]** 119/5 119/5
**2024 [4]** 1/18 8/1 124/23 141/9
**2028 [7]** 89/4 89/6 89/10 89/16 92/19 97/16 98/4
**2030 [7]** 6/8 7/3 29/15 29/21 29/23 29/24 109/3
**2030.13 [1]** 114/14
**2030.32 [1]** 110/13
**2030.9 [1]** 111/16
**2032 [1]** 93/5
**2032.5 [2]** 98/25 99/6
**2034 [1]** 41/20
**2038 [1]** 40/11
**2056 [1]** 17/17
**20TH [1]** 3/23
**21 [1]** 70/9
**2108 [5]** 7/8 45/7 45/9 45/11 45/12
**216 [1]** 137/10
**219 [4]** 94/8 94/10 94/11 95/9
**22 [3]** 94/8 94/11 95/9
**220 [4]** 94/8 94/11 95/9 96/5
**229-4305 [1]** 1/23
**24 [2]** 70/10 70/12
**25 [1]** 122/11
**25-plus [2]** 28/10 50/13
**27 [4]** 89/14 89/17 90/1 90/8
**28 [1]** 141/3
**29 [2]** 6/8 7/3
**2800 [1]** 4/17
**2K [10]** 15/23 15/24 16/14 16/19 17/4 17/8 17/14 17/18 17/23 136/10

**3**

**3.138 [1]** 105/19

**3.179 [2]** 61/20 62/10
**3.222 [1]** 16/5
**3.223 [1]** 114/21
**3.25 [2]** 75/9 75/13
**3.59 [1]** 82/12
**3.69 [1]** 83/13
**3.78 [3]** 85/14 85/15 88/10
**3.79 [2]** 93/9 97/11
**3.89 [1]** 84/3
**3.99 [2]** 16/19 17/7
**30 [3]** 60/16 71/12 71/14
**30 nanometers [3]** 18/23 19/7 20/3
**300 [4]** 42/17 42/19 45/16 50/16
**310 [8]** 2/5 2/10 2/14 2/23 3/5 3/10 3/14 96/19
**312 [1]** 4/18
**32 minutes [1]** 139/21
**328-4600 [4]** 3/19 4/9 4/22 5/5
**330 [1]** 4/17
**36 [2]** 6/10 7/4
**37 [1]** 7/6
**3:07 [1]** 81/13
**3:19 [1]** 81/13
**3:32 [1]** 139/24

**4**

**4,000 [1]** 130/3
**4.8 [1]** 19/17
**400 [1]** 50/17
**4094 [1]** 4/14
**411 [1]** 1/22
**4278 [1]** 4/5
**4305 [1]** 1/23
**45 [1]** 7/8
**46 percent [6]** 46/8 46/9 46/21 46/24 47/4 48/12
**4600 [4]** 3/19 4/9 4/22 5/5
**47 [1]** 102/24
**49 percent [1]** 88/19
**4:30 [2]** 131/18 139/10
**4:34 [1]** 140/22
**4A [11]** 13/2 14/10 14/11 19/21 19/22 24/20 24/24 24/25 84/4 84/12 84/16
**4B [8]** 13/5 13/6 14/13 14/14 20/2 25/2 25/3 84/16
**4C [8]** 10/21 13/8 13/9 14/15 19/23 25/6 25/8 84/16

**5**

**5.6 [1]** 17/17
**50-some [1]** 124/12
**52 [1]** 6/4
**52 percent [2]** 123/13 123/22
**52-percent [1]** 128/20
**536 [2]** 16/19 17/7
**540-1235 [1]** 3/24
**56 [4]** 86/11 86/22 87/5

**5**

**56... [1]** 87/23
**5GA [3]** 16/11 19/16 19/17
**5QB [4]** 12/17 12/18 19/14 19/15
**5X1 [6]** 12/24 19/19 99/17 99/22 100/15 134/20

**6**

**6 nanometers [1]** 21/3
**60 [1]** 102/24
**600 [2]** 45/24 45/25
**600 gigabits [1]** 46/1
**60611 [1]** 4/18
**650 [5]** 3/19 3/22 4/9 4/22 5/5
**657 [1]** 1/23
**660 [2]** 4/4 4/12
**664-0623 [1]** 2/19
**6ECL [1]** 41/2

**7**

**7.2 nanometers [1]** 19/20
**7.5 [1]** 20/25
**700 [6]** 17/18 43/5 45/16 45/17 45/21 47/16
**700 gigabits [1]** 42/23
**714 [1]** 3/24
**725-4094 [1]** 4/14
**725-4278 [1]** 4/5
**7474 [7]** 2/5 2/10 2/14 2/23 3/5 3/10 3/14
**753 [1]** 141/2
**7700 [1]** 4/18

**8**

**8 bits [2]** 28/23 28/25
**8 nanometers [1]** 20/25
**8.05 [6]** 86/23 87/7 87/19 90/6 101/12 135/12
**8.27 [1]** 101/6
**8.7 [1]** 19/15
**800 [1]** 2/17
**805 [3]** 87/22 88/1 88/4
**82 [1]** 133/18
**826-7474 [7]** 2/5 2/10 2/14 2/23 3/5 3/10 3/14
**876-7700 [1]** 4/18
**889 [1]** 90/9
**8:22-cv-01599-JVS-DVM [1]** 1/9
**8:25 [2]** 139/21 139/23

**9**

**9.42 [1]** 90/4
**90 [4]** 107/13 107/15 107/22 107/25
**90025 [7]** 2/5 2/9 2/14 2/23 3/5 3/9 3/14
**92626 [1]** 3/23
**92660 [2]** 4/5 4/13
**92701 [1]** 1/23
**94025 [4]** 3/19 4/9 4/22

**5/4**

**949 [2]** 4/5 4/14
**95 [5]** 106/22 107/2 107/14 108/10 108/12

**A**

**ability [3]** 27/11 33/1 36/24
**able [7]** 30/8 48/16 50/12 51/20 67/1 78/2 91/9
**about [79]** 13/2 14/20 14/24 15/2 15/23 19/5 19/19 20/23 21/1 21/18 27/7 27/19 28/13 28/18 32/18 32/22 33/7 33/16 34/20 35/23 36/9 36/20 37/13 38/13 41/22 51/4 52/13 52/19 53/25 55/24 56/4 56/7 56/10 56/13 56/17 57/9 58/17 66/7 70/12 72/2 73/1 73/3 74/18 74/21 78/1 81/7 96/1 101/8 102/6 102/14 103/10 103/14 103/23 105/14 107/5 108/5 108/16 108/19 108/21 111/23 114/4 114/19 122/23 124/7 127/2 131/16 131/22 133/1 134/13 134/19 135/2 136/9 137/15 138/16 138/24 138/25 139/4 139/20 139/23
**above [7]** 63/5 67/14 72/5 101/15 109/1 123/9 141/5
**above-entitled [1]** 141/5
**Absolutely [1]** 47/15
**acceptable [4]** 50/1 50/5 51/6 51/9
**according [3]** 70/20 112/15 112/16
**accounts [1]** 88/19
**accurate [1]** 28/12
**accused [57]** 8/21 10/4 10/12 12/9 13/17 13/18 14/20 14/22 15/18 17/21 18/16 18/24 20/8 20/18 21/14 21/16 22/7 22/15 22/21 22/23 23/23 25/14 25/24 26/15 26/16 26/17 26/18 26/23 40/8 41/2 41/14 42/2 46/12 48/22 48/24 49/5 49/11 55/10 72/7 83/10 88/20 88/23 91/4 91/25 92/6 98/5 105/9 106/17 107/5 109/16 131/23 132/16 134/23 135/15 135/16 136/6 137/7
**achieve [3]** 35/21 37/2 50/24
**achieved [1]** 39/4
**achieves [1]** 34/6
**acquired [1]** 35/17
**across [2]** 123/3 124/7
**actual [2]** 44/16 133/19

**actually [13]** 16/6 30/15 32/8 38/24 44/13 48/13 53/22 76/22 98/4 100/25 107/12 112/18 124/13
**add [7]** 28/14 49/16 49/24 50/2 50/2 51/10 54/13
**added [1]** 19/10
**adding [4]** 40/20 40/20 41/18 44/6
**addition [1]** 22/2
**additional [12]** 18/19 18/25 20/11 22/3 22/8 23/9 23/11 36/9 45/3 48/18 48/19 57/15
**adjacent [4]** 23/22 33/16 33/23 34/1
**adjourn [1]** 140/4
**adjourned [1]** 140/22
**admission [1]** 117/9
**admit [1]** 115/18
**admitted [10]** 94/22 115/4 115/6 115/10 115/12 115/14 116/13 116/15 116/17 116/17
**admitting [1]** 106/17
**admonition [2]** 80/21 139/11
**adoption [2]** 51/7 51/8
**advance [2]** 68/24 117/11
**Advanced [1]** 7/9
**advancements [1]** 112/19
**advances [7]** 31/19 47/24 48/1 48/7 111/1 111/7 138/7
**advancing [2]** 39/12 117/4
**affect [1]** 80/3
**affects [1]** 80/3
**after [8]** 49/2 80/2 80/2 124/14 131/4 131/7 131/12 140/7
**afternoon [5]** 8/8 52/4 52/5 80/19 119/9
**again [59]** 8/7 12/22 13/3 13/9 17/10 19/3 20/6 23/2 24/2 25/3 25/21 26/10 30/3 30/5 30/17 32/13 33/8 36/12 37/13 38/5 39/25 40/14 40/15 40/18 41/6 41/15 41/18 42/25 43/24 46/6 46/8 46/11 46/15 46/16 47/19 51/10 67/20 71/12 71/23 72/17 77/9 81/18 82/1 84/10 85/9 87/14 88/21 88/25 97/2 98/21 99/20 102/9 104/17 107/16 112/13 113/5 113/6 130/25 138/3
**against [3]** 53/10 53/16 130/25
**ago [3]** 77/19 89/7 134/17
**agree [34]** 31/23 31/25

**32/6** 39/15 52/24 55/4 55/7 56/3 56/21 63/24 64/8 64/17 64/19 66/10 74/3 74/24 77/14 81/22 82/2 84/15 86/18 89/10 92/21 98/13 98/20 112/23 117/14 117/15 118/14 121/7 123/22 127/25 128/25 129/3
**agreed [5]** 22/14 41/7 98/14 98/16 98/18
**agreement [1]** 65/15
**ahead [2]** 68/9 99/8
**AICHELE [1]** 2/16
**AL [2]** 86/2 95/19
**AL 1310 [2]** 86/2 95/19
**algorithms [1]** 44/23
**all [100]** 8/3 12/10 13/18 14/3 14/19 14/20 14/22 15/6 17/22 18/7 18/16 18/16 19/6 19/10 19/10 20/8 21/11 21/18 22/1 22/15 24/2 25/24 26/2 34/17 34/25 40/1 43/23 44/1 44/17 46/5 46/6 46/8 46/12 47/5 47/10 48/24 49/14 50/4 52/12 54/1 54/15 58/5 59/1 60/23 64/3 64/5 64/8 65/5 65/8 65/16 65/22 65/24 66/2 66/6 72/3 72/9 72/20 72/23 73/20 74/14 74/15 74/17 74/19 74/24 75/3 78/3 78/13 79/4 79/5 79/10 79/10 79/16 80/8 80/12 80/22 81/5 81/16 84/19 86/19 95/10 99/12 100/7 101/5 112/2 116/2 125/3 125/4 126/8 126/15 126/17 127/1 129/3 129/15 129/20 130/7 132/16 136/23 137/6 139/15 140/10
**allow [2]** 10/19 33/13
**allowed [2]** 33/5 78/2
**allowing [1]** 45/3
**allows [2]** 33/13 38/8
**alloy [24]** 16/18 17/6 17/17 33/14 85/7 85/8 86/2 86/15 86/20 89/20 89/20 89/23 90/2 90/9 92/1 92/9 92/23 96/19 96/23 97/5 98/15 134/25 135/3 135/19
**alloys [4]** 33/5 33/13 33/15 86/8
**already [3]** 38/25 59/24 127/5
**also [26]** 5/7 10/20 15/24 28/16 32/23 33/6 33/12 34/15 37/14 43/11 47/17 50/2 53/16 57/15 58/3 58/9 60/8 61/8 67/13 76/5 76/6 76/8 84/23 87/22 134/19 138/19
**alter [1]** 23/21

**alternatives [6]** 50/20 50/22 50/24 51/4 51/5 51/6
**always [1]** 28/8
**am [3]** 55/3 66/9 123/15
**ambiguous [1]** 87/14
**ANA [4]** 1/3 1/17 1/23 8/1
**analogy [1]** 34/2
**analysis [11]** 14/19 14/22 21/18 28/5 29/19 34/16 50/21 81/23 82/3 88/7 91/4
**analyzed [1]** 123/17
**ANGELES [7]** 2/5 2/9 2/14 2/23 3/5 3/9 3/14
**animation [5]** 75/7 75/11 75/16 75/21 76/6
**anisotropy [37]** 11/12 11/21 11/22 12/1 12/6 12/12 12/19 12/23 12/25 13/3 13/6 13/10 13/12 13/21 30/7 30/17 31/7 35/21 36/13 37/15 37/16 38/6 38/7 39/10 39/22 40/1 40/17 40/21 43/4 55/13 56/13 57/1 79/21 117/2 117/22 119/21 139/7
**annual [2]** 123/19 123/20
**another [16]** 18/11 36/12 53/14 65/14 76/6 105/16 110/8 110/9 111/16 113/8 113/9 116/9 119/9 120/15 139/19 140/3
**answer [9]** 38/7 41/10 74/20 95/20 96/15 106/5 106/6 126/24 131/3
**answered [1]** 131/9
**any [38]** 21/11 41/1 46/9 50/19 53/7 53/22 65/5 65/6 65/8 65/24 66/11 76/24 78/8 78/11 80/15 94/9 98/5 98/7 99/11 105/7 108/19 109/16 109/25 116/2 122/2 122/2 128/7 129/4 129/10 129/22 130/10 132/2 133/1 133/10 133/11 134/15 135/5 139/12
**anybody [3]** 92/12 92/20 105/7
**anymore [1]** 79/1
**anyone [3]** 105/11 127/13 139/12
**anything [14]** 20/23 21/10 21/12 28/4 41/22 42/20 43/13 98/12 108/20 127/2 133/1 138/24 139/4 140/4
**anywhere [1]** 68/2
**apart [2]** 105/14 133/2
**apologize [1]** 112/25
**appear [1]** 98/11

## A

**APPEARANCES [4]** 1/25 2/24 3/25 4/23
**appears [1]** 41/10
**application [1]** 124/24
**apply [2]** 59/24 73/17
**appropriate [2]** 98/8 98/18
**approximately [1]** 45/21
**arch [1]** 52/21
**are [76]** 10/8 12/12 14/3 15/7 15/16 19/7 22/3 23/1 23/13 24/2 24/11 24/18 24/25 25/4 25/5 25/9 25/13 26/14 27/1 27/2 27/4 29/10 29/14 32/2 32/6 32/8 32/19 34/15 34/17 34/19 36/18 36/23 43/11 43/18 45/22 46/21 46/24 46/25 47/18 47/18 48/4 49/1 50/5 50/19 51/5 53/18 56/17 56/22 56/24 57/2 63/6 66/7 76/12 79/5 81/12 81/24 82/3 82/6 83/18 88/20 88/23 92/4 100/10 100/12 102/1 115/8 121/11 127/8 129/13 132/8 132/9 132/13 133/23 133/23 133/25 140/6
**area [10]** 7/16 9/15 27/14 27/23 28/24 29/2 29/4 49/9 49/24 124/11
**areal [65]** 27/11 27/13 27/14 27/21 27/22 28/2 28/16 28/21 29/3 29/11 32/18 34/22 35/1 35/6 36/24 38/10 38/15 39/3 39/19 40/3 40/8 40/22 40/24 41/13 41/18 42/2 42/24 43/13 43/25 44/13 44/16 45/15 46/10 46/13 47/4 47/18 47/19 48/1 48/25 49/4 49/6 49/24 50/16 51/2 51/19 115/4 115/15 115/18 115/20 116/13 116/15 116/18 117/5 117/12 122/21 122/25 123/20 124/16 125/8 126/9 128/8 128/20 130/2 130/14 130/20
**areas [1]** 43/23
**aren't [2]** 48/1 127/10
**argue [1]** 105/14
**arguing [1]** 93/15
**argument [1]** 55/8
**around [12]** 20/25 21/3 21/3 40/15 42/23 69/15 97/3 110/24 111/6 127/25 135/17 140/14
**arrange [1]** 43/25
**arrive [1]** 45/14
**arrows [2]** 12/11 75/18
**as [109]** 11/23 12/6 14/20 15/17 16/2 16/9

18/19 18/19 19/6 20/3 20/22 21/14 21/14 22/16 22/21 22/21 25/14 25/14 25/19 25/19 26/25 28/6 32/8 33/9 34/20 39/5 39/24 45/16 47/13 47/15 48/23 49/3 49/7 50/7 50/7 50/21 50/22 53/4 53/6 53/9 53/13 53/18 58/18 60/10 62/4 62/8 62/17 63/8 64/14 64/24 65/2 67/10 68/3 71/4 71/4 71/5 72/2 72/23 74/25 75/2 77/3 80/6 80/16 82/8 82/25 83/25 87/9 88/6 88/18 91/3 91/14 92/2 92/6 93/16 95/18 97/4 97/16 100/10 100/11 100/11 100/12 109/9 115/15 118/7 118/11 118/16 118/16 119/8 121/11 121/21 121/23 122/24 126/19 126/19 127/5 128/9 128/19 130/1 130/18 130/21 131/2 131/11 132/9 132/12 132/13 132/24 133/11 137/7 137/7
**aside [2]** 67/6 88/18
**ask [11]** 52/20 74/18 74/21 75/8 87/14 94/8 107/16 111/15 114/19 122/1 135/14
**asked [10]** 53/25 57/9 81/1 98/6 98/21 107/23 131/22 134/13 134/19 136/9
**asking [2]** 79/24 137/15
**asks [1]** 30/9
**asserted [1]** 22/16
**assist [8]** 58/10 64/12 73/11 76/16 77/10 109/12 117/20 137/2
**assisted [4]** 44/3 44/3 49/1 73/1
**assisting [2]** 65/21 106/18
**assists [6]** 61/4 72/24 73/14 77/15 106/6 106/8
**associated [1]** 77/12
**assume [2]** 46/14 81/2
**assumed [1]** 32/11
**assuming [1]** 15/16
**assumptions [2]** 48/18 48/19
**attorney [1]** 53/25
**attributable [6]** 39/19 42/2 43/14 46/22 46/25 47/9
**attributed [2]** 43/5 47/16
**attributing [2]** 29/11 35/9
**audience [2]** 126/12 126/12

**AUGUST [10]** 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 3/9 122/11
**August 25 [1]** 122/11
**AVENUE [2]** 2/17 4/17
**average [1]** 20/15
**averaging [1]** 104/17
**aware [4]** 90/21 96/15 105/7 105/11

## B

**back [21]** 8/13 36/21 59/3 59/15 67/22 67/25 71/10 71/11 73/2 83/3 86/4 88/13 97/10 102/9 107/17 112/12 114/5 125/17 126/15 127/6 128/10
**background [1]** 70/4
**BALI [1]** 4/3
**bar [2]** 14/2 14/3
**barriers [1]** 138/22
**based [5]** 14/19 30/16 39/15 50/21 51/13
**basic [1]** 41/24
**basically [9]** 12/10 21/25 33/11 34/14 35/23 38/12 49/6 49/17 126/13
**be [86]** 8/6 9/25 10/2 16/7 16/8 20/24 28/24 28/25 29/23 30/20 31/4 31/5 31/6 33/5 33/20 36/5 36/21 37/9 41/10 43/7 44/8 45/11 45/25 46/7 46/10 46/16 48/6 48/16 48/18 49/10 50/1 50/12 50/16 50/18 51/2 51/9 51/14 51/16 51/17 51/20 54/9 55/7 64/15 64/22 66/6 66/10 66/13 66/22 67/1 67/14 68/4 68/17 69/7 70/9 76/8 79/19 80/20 81/3 81/11 81/17 88/25 91/9 92/3 92/24 100/19 100/25 104/8 104/11 117/24 119/14 122/4 126/21 126/22 127/15 128/10 128/12 130/24 132/5 132/22 135/6 135/9 135/12 135/17 136/21 140/8 140/13
**BEACH [2]** 4/5 4/13
**because [20]** 27/22 57/17 58/1 58/9 62/4 67/11 67/16 74/21 76/15 76/18 77/19 79/5 79/23 99/20 106/16 107/17 110/9 111/6 114/19 131/12
**becomes [1]** 79/11
**been [19]** 14/24 19/4 21/23 28/8 32/10 34/16 38/13 38/25 44/9 51/7 52/7 53/10 54/4 54/7 78/2 91/13 118/8 133/7 136/12
**before [37]** 14/2 16/4 16/24 34/3 72/2 81/2

92/15 92/20 96/16 96/18 96/21 96/24 97/8 105/23 108/4 110/3 110/5 110/6 116/2 118/9 118/23 119/1 120/2 120/12 121/8 121/12 123/13 123/24 124/11 124/24 125/11 125/25 126/25 129/12 130/24 140/4 140/5
**beginning [3]** 51/18 70/9 107/22
**begins [1]** 78/10
**being [10]** 9/2 30/8 47/13 56/10 60/10 70/15 76/11 118/13 122/24 130/17
**believe [14]** 41/16 50/15 56/20 67/3 85/6 85/10 85/12 88/25 97/15 101/8 123/16 128/1 130/9 138/21
**below [3]** 33/25 42/19 61/12
**benefit [3]** 27/9 27/11 38/7
**benefits [12]** 26/8 27/7 32/19 32/21 34/6 35/9 36/9 37/2 43/22 50/7 50/9 50/24
**benefits-related [1]** 26/8
**Bergman [7]** 26/9 26/11 26/12 26/15 48/15 140/8 140/8
**Bergman's [2]** 27/2 140/13
**Berkeley [2]** 39/6 79/20
**Bertero [3]** 105/15 109/22 118/3
**Besides [1]** 54/9
**best [1]** 79/9
**better [6]** 33/3 33/6 33/25 36/24 36/25 97/25
**between [10]** 9/8 9/17 9/19 10/18 10/22 23/22 39/6 49/4 58/15 58/23
**beyond [3]** 42/15 43/5 45/17
**big [3]** 110/24 123/22 123/22
**bigger [4]** 47/20 86/25 97/20 100/5
**bilayer [7]** 39/23 40/14 51/17 103/24 104/2 104/14 104/16
**billions [1]** 27/19
**billionth [2]** 74/10 74/16
**binder [9]** 29/17 54/20 54/21 59/13 94/1 107/9 119/12 119/14 121/14
**bit [9]** 28/19 28/21 33/24 46/20 48/14 69/9 69/10 102/6 140/14
**bits [25]** 27/17 27/19 27/19 27/24 28/23 28/25 29/1 29/2 29/3

29/4 30/6 36/18 49/8 61/17 64/6 64/11 65/24 66/3 66/6 71/25 72/6 72/10 72/13 72/18 72/20
**black [2]** 9/13 26/21
**blame [3]** 21/5 21/10 21/11
**bledahl [1]** 2/10
**blow [13]** 22/12 31/12 82/22 83/6 83/21 85/21 90/13 122/18 123/8 133/19 137/12 137/21 138/3
**blue [4]** 109/8 109/9 113/11 113/12
**body [1]** 130/12
**both [6]** 30/19 58/22 58/22 64/4 93/7 102/15
**bottom [53]** 9/2 9/13 10/9 23/8 30/20 30/23 31/3 31/5 47/20 67/11 67/16 67/18 68/2 68/7 68/10 68/13 68/14 68/25 68/25 69/5 69/14 69/18 69/23 70/6 70/12 70/15 70/16 70/18 70/24 71/3 71/8 71/20 72/4 72/9 72/25 76/15 76/24 79/1 82/21 100/25 101/11 106/24 109/9 113/12 113/19 113/22 113/24 114/4 114/9 118/19 119/24 123/4 137/3
**bottom-left [1]** 109/9
**bottom-most [1]** 71/20
**BOULEVARD [7]** 2/4 2/8 2/13 2/22 3/4 3/8 3/13
**box [11]** 9/4 9/12 9/12 9/13 10/5 31/13 63/3 110/24 111/5 137/12 138/1
**boxed [1]** 85/21
**boxes [1]** 8/23
**boys [1]** 126/14
**branded [2]** 26/20 26/23
**break [8]** 34/14 37/14 44/4 63/8 63/11 80/20 105/23 108/5
**breaking [1]** 29/7
**breakthrough [2]** 130/13 130/19
**BRIAN [1]** 2/7
**brief [1]** 26/2
**briefly [1]** 26/10
**bring [20]** 54/16 59/5 67/20 68/19 75/9 82/11 83/3 84/19 87/24 89/16 95/9 98/24 102/8 102/23 107/24 108/13 109/4 114/20 118/1 125/2
**broad [2]** 55/12 58/15
**broke [2]** 32/9 48/11
**BUCZKO [1]** 2/12
**buddies [1]** 118/5

**B**

building [1] 128/15
built [3] 32/16 129/14 129/17
bullet [4] 33/3 37/19 110/24 125/11
burden [1] 57/19
business [1] 53/8

**C**

C-27 [1] 90/1
CAGR [2] 123/13 123/17
calculate [1] 136/16
calculated [2] 42/1 102/14
calculation [2] 45/14 56/20
calculations [1] 139/20
CALIFORNIA [18] 1/2 1/17 1/23 2/5 2/9 2/14 2/23 3/5 3/9 3/14 3/19 3/23 4/5 4/9 4/13 4/22 5/4 8/1
call [19] 28/12 52/21 55/5 55/13 64/3 72/4 72/22 72/22 77/10 77/10 78/9 81/23 81/25 84/11 88/15 105/3 113/17 126/23 140/8
called [18] 31/8 32/24 33/19 42/15 55/24 55/25 62/16 64/9 65/17 65/18 75/2 76/25 78/11 82/1 85/8 101/11 104/22 104/24
can [137] 8/17 8/21 9/10 10/25 12/8 13/23 16/11 17/11 18/5 19/6 21/20 21/25 23/6 24/1 24/7 24/16 24/20 24/23 26/2 26/10 26/18 27/17 27/24 28/12 28/20 29/16 30/2 31/12 31/16 33/4 33/16 35/11 35/15 37/12 37/17 38/1 39/2 39/24 40/13 41/16 42/4 49/9 50/24 55/4 55/7 56/3 56/16 56/21 57/10 58/2 58/6 58/22 58/22 59/13 60/16 61/20 62/6 62/8 63/23 64/22 65/7 66/10 66/16 67/20 68/9 69/5 75/8 77/8 81/9 81/22 82/2 82/11 82/22 83/3 83/21 84/15 84/19 85/11 85/14 85/21 86/2 86/18 86/25 87/24 87/25 88/1 89/4 89/10 89/17 90/12 90/13 91/19 92/3 94/2 95/8 95/14 97/2 97/20 98/13 98/20 100/5 100/7 101/4 102/7 102/8 102/23 103/13 105/19 106/23 107/24 108/24 109/4 109/15 112/23 114/12 117/14 117/15 118/1 118/14 120/16
121/7 122/18 123/22 124/4 125/4 126/24 127/25 128/25 129/3 131/3 131/17 131/24 135/2 137/10 137/12 137/21 138/2
can't [12] 55/12 75/11 76/5 76/10 86/24 91/18 92/1 92/9 101/2 105/12 105/13 119/1
cap [15] 14/24 14/25 15/2 15/8 15/10 15/16 15/20 16/5 16/15 16/18 17/5 17/6 17/15 17/21 17/21
capabilities [1] 80/17
capability [1] 49/25
capacity [16] 27/23 27/25 28/1 28/2 29/12 32/18 44/21 45/2 47/4 49/4 49/7 49/15 49/23 50/10 51/3 51/11
carefully [1] 93/1
CARLSON [2] 4/3 4/12
cascade [3] 79/13 80/2 80/9
case [58] 29/3 30/20 53/13 53/14 53/16 54/3 54/11 55/24 64/13 67/9 70/3 71/6 81/8 81/23 82/4 88/20 92/16 95/24 98/5 98/9 98/20 99/17 99/18 101/21 103/19 105/1 105/18 108/20 109/16 116/16 117/10 117/11 118/23 120/12 121/12 125/19 127/19 127/20 128/2 128/5 129/13 129/16 130/7 130/10 130/12 130/13 130/19 130/24 131/6 131/7 131/10 131/11 132/21 137/7 139/12 139/13 140/6 140/16
cased [1] 116/3
cases [1] 53/18
cell [4] 87/5 87/25 90/1 90/8
CENTER [3] 3/22 4/4 4/12
CENTRAL [1] 1/2
certain [3] 59/12 133/2 133/14
certainly [2] 42/13 81/10
CERTIFICATE [1] 140/24
CERTIFIED [1] 1/5
certify [1] 141/2
cetera [3] 47/25 51/5 126/18
chaaru.deb [1] 4/10
CHAARUSHENA [1] 4/7
CHAN [1] 2/21
CHANG [2] 3/12 8/9
change [1] 75/18
changes [3] 32/2 32/6 32/8
channel [1] 126/17
chart [1] 14/2
charts [2] 14/3 51/18
check [4] 43/19 135/5 139/20 140/2
cheering [1] 126/22
CHICAGO [1] 4/18
chief [4] 53/4 121/23 122/9 140/6
choose [3] 98/3 134/3 134/8
chose [1] 97/2
Chris [2] 5/11 121/18
circled [1] 37/14
circumferential [1] 33/19
citation [3] 109/21 109/25 117/24
cite [2] 82/25 106/21
cited [5] 70/4 83/25 89/4 108/11 108/25
citing [1] 118/2
claim [63] 8/15 14/21 14/23 18/4 18/5 18/6 18/7 18/7 18/10 18/11 18/13 18/14 18/17 18/20 18/25 20/5 20/7 20/11 21/21 21/22 22/1 22/3 22/4 22/5 22/16 22/22 22/24 22/25 23/2 23/3 23/9 23/10 25/15 25/18 25/20 25/21 25/22 25/24 54/16 55/1 55/2 56/3 56/17 56/25 57/2 57/10 57/11 57/14 57/20 58/24 59/5 60/17 67/20 67/25 68/2 68/8 68/11 68/12 71/10 71/12 101/22 102/9 115/9
Claim 1 [26] 8/15 14/21 14/23 18/7 18/11 18/14 18/17 20/7 21/21 21/22 22/1 22/3 22/4 22/5 22/16 22/22 22/24 23/3 23/10 25/21 55/1 55/2 57/11 57/20 67/25 102/9
Claim 10 [4] 18/4 18/13 18/20 18/25
Claim 11 [2] 20/5 20/11
Claim 7 [6] 22/25 23/2 23/9 25/15 25/22 25/24
claimed [5] 22/16 70/20 71/5 104/3 128/13
claims [27] 11/5 14/23 21/15 21/17 23/5 23/6 26/5 26/6 55/15 56/21 57/4 57/14 58/15 58/19 67/13 70/2 77/6 77/8 77/20 100/22 101/16 103/18 104/14 132/2 132/7 132/21 133/10
Claims 1 [2] 26/5 26/6
Claims 10 [2] 21/15 21/17
clarification [4] 11/9 62/23 72/11 124/18
cleaner [1] 33/12
clear [3] 46/19 79/23 99/20
clearly [2] 48/3 79/21
client [1] 27/5
closer [1] 11/24
cloud [1] 27/5
cluster [2] 73/25 74/24
CMR [1] 45/5
Cobra [11] 90/18 91/8 91/13 91/17 91/20 92/11 92/14 99/8 100/19 101/20 102/2
Cobra G [9] 91/8 91/17 91/20 92/11 92/14 99/8 100/19 101/20 102/2
code [5] 43/19 91/14 92/3 92/6 141/3
coding [1] 47/25
coercive [21] 15/23 15/24 16/1 16/2 16/5 16/19 17/8 17/18 17/23 57/3 102/14 103/5 104/6 104/13 104/19 105/2 105/8 126/5 127/2 135/17 136/19
coercivity [2] 58/17 67/14
collections [1] 88/23
Collectively [1] 45/1
color [8] 26/17 26/18 27/5 63/2 134/3 134/6 134/8 134/11
colored [5] 62/19 63/14 64/4 64/5 124/7
colors [7] 26/20 26/21 26/22 62/21 133/15 133/23 134/1
column [8] 68/19 69/4 70/9 86/8 86/22 87/23 102/22 102/23
column 2 [2] 68/19 69/4
column 6 [1] 102/23
column 8 [1] 70/9
Column C [1] 86/8
column G [1] 87/23
column I [1] 86/22
come [5] 8/6 59/3 73/2 81/17 118/9
comes [5] 46/7 49/21 69/24 73/11 121/8
coming [6] 30/20 46/16 74/4 113/18 113/23 114/9
company [3] 46/9 66/25 118/4
compare [1] 23/5
compared [5] 16/2 22/4 23/10 48/4 82/8
comparison [1] 44/24
compete [5] 50/12 51/11 51/20 53/5 53/7
competitive [2] 50/18 51/14
competitors [4] 52/17 52/25 53/1 53/2
completely [1] 137/8
complies [4] 59/18
91/22 121/16 122/14
components [5] 55/15 55/23 58/24 60/7 60/14
composite [2] 7/9 116/21
compositions [1] 15/5
compound [1] 123/17
comprises [2] 11/7 20/14
comprising [6] 11/12 22/6 57/10 57/18 58/2 58/9
conceded [1] 118/12
concepts [1] 55/12
conclude [6] 14/20 21/14 22/21 25/14 50/7 83/17
concluded [4] 21/16 22/23 25/16 50/9
conclusion [3] 17/21 36/8 84/1
conclusions [1] 26/3
Conference [1] 141/7
confession [1] 118/11
configurations [1] 41/8
confined [2] 33/25 36/18
confirm [3] 17/20 20/2 40/20
confirmed [4] 10/17 92/23 93/3 102/1
confirming [1] 10/14
confirms [1] 96/23
conformance [1] 141/6
connecting [1] 79/24
conservative [6] 43/7 43/8 46/7 46/16 47/14 48/19
consider [2] 15/11 15/14
consistent [6] 28/11 124/2 124/10 124/11 137/6 137/8
consisting [2] 39/8 116/25
Consists [1] 117/21
constant [7] 11/13 12/20 13/1 13/3 13/7 13/10 13/13
constants [5] 11/21 11/22 12/6 12/12 13/21
construction [26] 11/2 11/17 12/9 13/14 23/15 23/18 23/24 59/6 59/9 60/5 60/15 60/17 60/18 60/22 61/12 61/13 71/11 71/12 71/13 71/19 73/5 73/10 73/18 76/15 76/18 77/9
constructions [1] 59/24
construe [1] 11/15
Consultant [1] 5/13
consumer [1] 27/4
contained [1] 83/9
containing [1] 95/18
continue [1] 48/10
Continued [3] 3/1 4/1

# C

**Continued... [1]** 5/1
**continues [1]** 107/14
**continuing [1]** 128/4
**continuous [2]** 15/8 15/10
**contribute [1]** 34/25
**contributed [2]** 43/11 129/20
**contribution [1]** 39/3
**control [1]** 66/21
**controller [1]** 44/22
**conventional [2]** 44/24 45/5
**convey [1]** 138/17
**cookie [1]** 69/25
**copy [1]** 91/7
**copyright [2]** 109/24 119/24
**corner [2]** 109/9 121/3
**Corporate [1]** 5/10
**correct [111]** 9/4 12/16 18/18 19/9 19/12 26/1 28/3 30/24 31/11 35/25 37/6 38/14 38/21 40/6 40/12 44/14 52/14 52/18 53/15 53/17 53/24 55/11 55/14 55/21 56/2 56/6 57/12 57/16 57/16 58/7 60/12 61/11 61/18 62/15 63/8 63/19 63/22 66/23 70/1 72/1 73/13 73/16 74/2 74/11 75/22 75/25 78/5 82/17 83/8 84/2 84/25 85/2 85/20 86/1 86/3 87/21 88/9 89/5 89/25 90/11 92/24 93/14 93/23 97/18 99/24 100/12 100/14 102/17 103/4 103/8 103/16 104/8 104/11 104/21 104/23 104/25 105/6 105/25 106/15 109/11 110/18 111/24 113/13 115/2 116/1 116/11 117/11 117/25 118/22 120/1 120/22 121/11 121/13 122/10 122/22 123/21 124/15 125/1 127/21 128/6 128/20 128/21 128/24 132/18 132/25 134/2 135/1 135/13 135/20 136/11 141/4
**correctly [2]** 99/14 123/15
**correspond [1]** 27/3
**cost [3]** 49/20 49/24 50/5
**COSTA [2]** 3/22 3/23
**costs [1]** 51/13
**could [18]** 29/1 33/22 49/20 51/10 51/17 54/13 58/9 59/11 61/9 61/9 64/14 74/20 75/3 91/13 114/6 118/15 130/15 136/22
**couldn't [5]** 49/16

51/15 65/11 65/12 65/23
**counsel [6]** 2/1 3/1 4/1 5/1 95/15 98/16
**counted [1]** 56/16
**counter [1]** 94/14
**counter-designate [1]** 94/14
**Counterclaim [7]** 1/7 1/11 2/2 3/2 3/16 4/2 5/2
**couple [1]** 69/11
**coupled [19]** 9/23 9/25 10/2 10/8 10/11 23/13 25/17 55/22 56/10 56/24 58/4 59/10 60/5 60/10 60/13 65/20 79/5 116/20 132/22
**coupling [21]** 10/6 10/17 10/20 10/22 23/14 23/16 23/21 24/3 24/5 24/10 24/12 24/16 24/19 24/23 25/1 25/4 25/9 25/13 40/21 61/9 63/12
**course [6]** 56/7 102/6 103/23 117/13 126/10 127/12
**court [80]** 1/1 1/21 1/21 8/4 8/7 11/9 11/15 11/16 13/24 16/12 17/2 22/13 23/15 24/8 24/14 24/21 25/7 31/14 35/13 54/18 59/7 59/25 60/19 61/3 61/21 62/23 67/23 68/21 69/12 71/15 72/11 73/8 75/14 81/14 81/17 82/13 83/14 83/23 84/5 84/21 85/16 86/6 88/2 88/11 89/18 90/15 90/24 93/10 95/12 96/7 96/12 97/12 97/22 99/1 100/8 102/11 102/25 105/21 106/25 108/1 108/14 109/6 110/14 111/18 114/22 116/7 119/6 120/6 120/18 120/25 121/17 122/15 123/10 124/18 125/6 133/21 137/13 137/22 138/4 138/12
**Court's [11]** 11/2 11/17 23/18 23/23 59/5 60/5 61/13 71/12 71/19 76/15 76/18
**courtroom [4]** 52/6 80/23 130/18 139/16
**covered [1]** 115/9
**crazy [1]** 126/2
**credit [4]** 47/3 47/21 47/23 130/11
**credited [2]** 129/19 130/1
**crediting [2]** 111/7 112/18
**cross [3]** 6/3 52/2 81/4
**CROSS-EXAMINATION [1]** 52/2

**CSR [1]** 1/20
**CTO [2]** 7/16 130/1
**current [1]** 50/4
**customers [1]** 50/6
**cv [1]** 1/9

# D

**D.C [1]** 2/18
**DALE [1]** 3/12
**damages [3]** 26/13 48/15 140/8
**damping [1]** 75/2
**darker [2]** 109/9 113/11
**data [56]** 16/23 16/24 17/10 21/13 28/1 33/2 33/19 33/22 36/21 43/20 45/17 64/12 65/8 65/11 65/19 65/22 65/24 66/3 66/11 66/16 66/21 67/1 67/6 79/3 79/6 79/12 80/6 82/25 83/25 85/3 87/18 90/18 91/24 92/7 92/18 92/21 95/18 96/17 96/19 96/23 98/4 98/5 99/8 99/11 100/18 100/20 101/19 101/20 105/4 108/20 129/15 131/24 132/5 134/22 134/25 135/4
**dataset [6]** 83/25 84/12 84/23 86/18 89/7 97/16
**date [6]** 112/10 120/10 120/23 122/11 127/23 141/9
**dates [2]** 121/11 125/5
**day [5]** 1/11 55/13 57/21 139/9 140/11
**dchang [1]** 3/15
**DCM [2]** 19/3 41/8
**ddparker.com [1]** 1/24
**deal [1]** 30/6
**DEB [1]** 4/7
**DEBORAH [3]** 1/20 141/12 141/12
**decision [2]** 99/7 102/1
**deck [4]** 7/15 110/9 111/16 114/13
**decline [1]** 124/13
**decoupling [3]** 126/5 126/10 127/2
**decrease [1]** 38/8
**decreasing [2]** 28/21 138/21
**Defendant [7]** 1/7 1/11 2/2 3/2 3/16 4/2 5/2
**DEFENDANT'S [1]** 7/14
**defense [1]** 140/16
**defined [3]** 33/12 60/6 65/1
**defines [1]** 82/7
**definition [2]** 129/9 129/11
**demonstrated [1]** 105/12
**densities [2]** 42/13 117/5
**density [69]** 7/16 27/12 27/13 27/16 27/21

27/22 28/2 28/16 28/21 29/3 29/11 32/18 34/22 35/1 35/6 36/24 38/11 38/15 39/3 39/19 40/3 40/8 40/22 40/25 41/13 41/18 42/2 42/18 42/24 43/13 43/19 43/25 44/13 44/16 45/15 45/22 46/4 46/10 46/13 47/4 47/18 47/19 48/1 48/25 49/4 49/6 49/25 50/16 51/2 51/19 115/4 115/15 115/18 115/21 116/13 116/15 116/18 117/12 122/21 122/25 123/20 124/16 125/9 126/9 128/8 128/20 130/2 130/14 130/20
**departments [1]** 126/15
**depend [1]** 136/5
**dependent [5]** 18/4 18/5 18/6 18/7 20/5
**deposed [1]** 64/13
**deposition [9]** 18/1 20/22 64/18 64/25 94/1 96/25 106/21 130/6 135/8
**depositions [2]** 95/23 130/7
**depth [1]** 30/21
**Desai [14]** 10/17 18/3 20/23 20/24 21/5 21/11 40/20 94/2 95/17 96/1 96/10 97/15 98/7 118/3
**Desai's [5]** 93/4 93/13 94/1 95/9 97/19
**described [4]** 69/22 72/5 79/14 138/19
**describing [3]** 38/12 71/3 104/8
**design [6]** 7/6 37/14 41/24 42/6 51/17 109/18
**designate [2]** 94/14 94/18
**designs [3]** 35/21 36/14 37/21
**details [2]** 55/4 78/3
**determinate [1]** 49/7
**determination [2]** 43/14 49/3
**determine [12]** 16/14 17/4 17/14 18/24 19/2 20/8 26/25 27/24 39/18 91/18 92/1 92/9
**determined [2]** 50/23 66/5
**determines [1]** 27/22
**developed [1]** 92/15
**developing [1]** 44/9
**development [4]** 45/19 47/10 47/11 121/3
**Developments [2]** 6/8 7/3
**diagram [1]** 100/11
**diameter [1]** 20/15
**did [125]** 11/15 11/16 13/17 14/20 16/14

16/16 16/21 17/4 17/9 17/14 17/16 17/20 17/24 18/24 19/1 19/2 20/2 20/4 20/8 20/18 20/20 20/21 20/23 21/14 21/16 21/24 22/7 22/21 22/23 23/15 23/17 23/23 23/25 25/14 26/25 28/4 28/15 29/16 29/18 29/20 33/24 34/8 34/20 38/4 38/22 38/23 40/7 40/10 40/20 40/23 41/1 41/11 41/12 41/22 41/23 42/4 42/9 42/11 42/20 42/21 42/22 43/13 43/16 43/17 44/13 45/14 45/24 47/6 48/18 48/21 49/3 49/6 50/7 50/21 52/23 60/2 60/3 62/12 62/20 64/1 65/10 68/17 73/22 73/23 74/3 74/3 75/19 77/1 78/6 78/7 78/8 78/21 81/23 85/8 87/19 87/22 88/6 88/22 90/3 97/8 97/9 98/3 102/19 111/21 125/21 126/7 126/25 129/24 130/3 130/4 130/4 130/5 130/22 134/1 134/17 135/5 135/7 135/8 135/10 135/14 135/22 135/25 136/15 137/20 139/4
**didn't [29]** 48/13 50/15 51/3 53/7 65/5 67/17 76/21 78/15 85/1 87/9 88/21 88/25 91/25 94/14 94/18 97/7 105/10 107/18 112/21 116/22 116/23 127/6 128/16 128/17 128/25 129/4 130/15 138/24 139/22
**Dieter [1]** 5/10
**difference [2]** 58/14 58/23
**different [21]** 26/22 26/22 55/15 56/23 56/24 56/25 57/3 57/6 57/7 57/22 72/17 83/10 89/3 89/6 89/7 91/15 100/24 110/9 134/3 134/8 135/18
**differently [1]** 57/2
**difficult [3]** 78/19 79/18 80/16
**DIGITAL [66]** 1/9 5/12 5/13 10/14 27/8 27/9 28/4 29/10 32/2 34/5 35/8 35/17 35/18 37/1 38/17 39/4 39/6 40/7 41/1 41/13 41/16 41/25 44/9 44/15 46/9 46/18 47/2 47/14 47/22 47/23 48/20 49/3 49/10 49/13 50/8 50/9 50/11 51/8 51/15 51/20 52/8 52/17 53/1 53/5 53/10 53/16

| | | | | |
|---|---|---|---|---|
| **D** | 90/19 90/20 91/7 91/14 92/11 93/24 95/17 95/21 95/22 99/5 100/3 100/4 101/7 102/4 106/10 106/18 107/2 107/4 108/8 108/9 108/10 109/8 109/19 109/20 110/10 110/12 111/13 111/14 112/5 112/6 113/14 113/15 118/2 118/21 119/3 119/8 119/10 119/18 119/20 121/5 121/6 121/21 123/5 123/6 124/1 128/16 128/19 129/21 131/15 131/24 132/1 132/21 133/10 134/5 134/15 134/20 136/5 136/25 137/1 137/4 137/15 137/17 137/18 140/10 140/18 140/19 | **doing [10]** 47/8 53/10 68/23 76/12 88/7 105/7 105/7 105/11 111/9 126/14 | **Dr. Bertero [3]** 105/15 109/22 118/3 | 122/13 122/13 **DX 1295 [3]** 121/14 121/25 122/13 |
| **DIGITAL... [20]** 77/5 78/4 92/24 98/12 99/6 115/6 115/9 115/12 115/14 115/17 116/12 116/14 117/9 130/25 132/15 133/20 134/3 134/8 135/18 139/25 | | | **Dr. Desai [13]** 10/17 18/3 20/23 20/24 21/5 21/11 40/20 95/17 96/1 96/10 97/15 98/7 118/3 | |
| | | | | **E** |
| | | **dominoes [2]** 76/6 76/10 | | **E-27 [1]** 90/8 |
| | | **don't [48]** 15/2 26/21 46/14 49/24 53/22 54/6 54/12 54/13 59/12 64/16 64/21 67/8 74/20 75/4 75/5 78/22 79/23 80/17 82/6 85/9 87/3 90/13 91/13 91/23 92/14 93/6 98/22 101/8 101/24 101/25 102/5 102/20 112/24 113/5 113/7 114/5 118/5 119/10 126/10 127/2 127/12 127/13 127/14 127/23 128/7 129/22 133/1 134/16 | **Dr. Desai's [5]** 93/4 93/13 94/1 95/9 97/19 | **each [9]** 10/12 33/20 49/21 52/6 60/11 60/14 101/6 101/14 125/11 |
| **Digital's [18]** 21/4 26/5 27/3 38/16 45/15 46/22 46/24 47/5 52/21 55/10 64/10 66/4 72/7 74/21 77/23 115/3 133/24 136/16 | | | **Dr. Ikeda [9]** 21/1 21/2 28/15 28/16 34/8 34/9 34/20 41/16 41/22 | **earlier [4]** 19/8 28/18 41/7 76/24 |
| | | | **Dr. Papusoi [1]** 18/3 | **early [1]** 79/1 |
| | | | **Dr. Re [10]** 8/13 29/16 31/16 46/18 51/23 52/4 73/5 81/22 131/22 140/7 | **easier [1]** 44/7 |
| **dimension [1]** 28/24 | | | | **EBL [3]** 7/6 37/21 37/22 |
| **dimensional [1]** 43/21 | | | | **ECC [2]** 34/11 116/21 |
| **direct [13]** 6/3 8/11 82/15 84/7 97/8 99/21 104/12 105/24 114/16 116/10 120/20 138/22 140/13 | | | **Dr. Seuss [28]** 29/13 35/2 40/4 44/5 44/24 46/22 46/25 47/3 69/19 73/20 74/18 74/20 78/1 104/2 111/7 111/23 113/3 113/10 115/20 118/11 124/24 127/12 128/25 129/4 129/19 130/1 130/7 130/11 | **ECL [7]** 10/5 34/12 34/13 34/14 34/17 34/21 41/24 |
| | | | | **ECL1 [2]** 24/4 24/5 |
| **direction [1]** 80/5 | **document [75]** 13/24 16/12 17/2 22/13 24/8 24/14 24/21 25/7 31/14 35/13 42/24 44/15 54/18 59/7 60/19 61/21 67/23 68/21 69/12 71/15 73/8 75/14 82/13 83/14 83/23 84/5 84/21 85/16 86/6 88/2 88/11 89/18 90/15 90/24 93/5 93/6 93/10 95/12 96/7 96/12 97/12 97/22 99/1 99/10 99/11 100/8 101/24 102/1 102/4 102/11 102/25 105/21 106/25 108/1 108/14 109/6 110/14 111/18 114/22 116/7 119/6 120/6 120/18 120/25 121/17 122/7 122/15 123/10 125/6 130/16 133/21 137/13 137/22 138/4 138/12 | **done [4]** 82/3 127/22 129/23 136/22 | | **ECL2 [6]** 24/11 24/18 24/25 25/3 25/8 25/12 |
| **disagree [1]** 80/14 | | | | **ECL3 [6]** 24/11 24/18 24/25 25/3 25/8 25/12 |
| **discuss [1]** 139/11 | | **dots [1]** 124/7 | | |
| **discussed [1]** 49/8 | | **double [1]** 140/2 | | **ECL4 [5]** 24/18 24/25 25/3 25/8 25/12 |
| **discussing [1]** 21/23 | | **double-check [1]** 140/2 | | **ECL5 [4]** 24/25 25/3 25/9 25/12 |
| **discussion [3]** 14/24 69/17 69/18 | | **doug.lumish [1]** 3/20 | **Dr. Seuss' [26]** 29/5 29/7 30/15 31/22 32/12 33/5 33/9 33/24 45/21 48/2 48/3 77/1 77/7 112/22 113/6 114/8 115/8 118/16 122/23 127/20 129/12 129/16 130/18 137/25 138/18 139/6 | **ECL6 [1]** 25/12 |
| **disk [24]** 19/4 22/6 22/16 26/5 26/20 27/23 27/24 28/23 32/24 33/2 33/19 41/19 44/6 49/9 49/14 49/21 49/23 52/16 66/22 108/19 113/23 114/4 114/12 134/22 | | **DOUGLAS [1]** 3/17 | | **economist [2]** 26/12 48/16 |
| | | **down [26]** 16/6 42/25 52/16 53/6 59/25 69/9 69/10 69/10 73/6 73/6 74/16 75/1 75/1 75/3 79/7 79/11 80/7 83/3 86/11 92/15 92/20 97/14 103/22 119/24 121/18 138/2 | | **effect [1]** 34/21 |
| | | | | **effective [1]** 104/10 |
| | | | | **effort [1]** 78/21 |
| | | | **Dr. Seuss's [1]** 113/23 | **eight [3]** 110/3 110/5 129/18 |
| **disks [7]** 30/19 49/10 49/13 49/16 50/3 51/11 132/15 | | | **Dr. Srinivasan [11]** 28/6 30/4 79/19 106/1 106/17 108/16 111/9 111/22 112/18 136/25 138/24 | |
| | | **Dr. [110]** 8/13 10/17 18/3 18/3 20/23 20/24 21/1 21/2 21/5 21/11 28/6 28/15 28/16 29/5 29/7 29/13 29/16 30/4 30/15 31/16 31/22 32/12 33/5 33/9 33/24 34/8 34/9 34/20 35/2 38/2 40/4 40/20 41/16 41/22 44/5 44/24 45/21 46/18 46/22 46/25 47/3 48/2 48/3 51/23 52/4 69/19 73/5 73/20 74/18 74/20 77/1 77/7 78/1 79/19 81/22 93/4 93/13 94/1 95/9 95/17 96/1 96/10 97/15 97/19 98/7 104/2 105/15 106/1 106/17 106/21 108/16 109/1 109/22 111/7 111/9 111/22 111/23 112/18 112/22 113/3 113/6 113/10 113/23 114/8 115/8 115/20 118/3 118/3 118/11 118/16 122/23 124/24 127/12 127/20 128/25 129/4 129/12 129/16 129/19 130/1 130/7 130/11 130/18 131/22 136/25 137/25 138/18 138/24 139/6 140/7 | | **eight years [3]** 110/3 110/5 129/18 |
| **display [1]** 94/6 | | | | **either [5]** 63/25 118/23 121/22 128/25 136/1 |
| **displayed [1]** 82/12 | | | **Dr. Srinivasan's [3]** 38/2 106/21 109/1 | |
| **distinguish [1]** 133/15 | | | **drew [1]** 110/24 | **electronics [2]** 43/20 49/22 |
| **DISTRICT [3]** 1/1 1/2 1/21 | | | **drive [33]** 3/18 3/22 4/4 4/8 4/12 4/21 5/4 27/23 28/1 45/2 45/6 49/7 49/12 49/18 49/19 49/22 50/6 50/12 52/16 53/23 65/10 66/13 67/1 67/5 79/3 88/19 90/20 91/24 92/2 92/6 92/19 126/18 134/23 | **elegant [1]** 44/5 |
| | | | | **element [8]** 8/15 9/5 9/10 9/21 11/15 18/19 18/25 20/11 |
| **divided [3]** 26/15 45/25 46/4 | | | | **Element 1F [2]** 9/5 9/10 |
| **dividing [2]** 46/15 47/17 | **documentation [1]** 99/7 | | | **Element 1G [1]** 9/21 |
| **DIVISION [1]** 1/3 | **documents [11]** 29/10 36/8 37/1 39/18 42/6 54/1 130/10 133/24 135/5 137/6 137/9 | | **driven [1]** 112/19 | **elements [3]** 18/17 22/1 22/3 |
| **divisions [1]** 26/16 | | | **drives [22]** 26/5 26/20 27/25 44/10 44/21 47/5 49/14 64/10 66/4 72/7 74/22 74/23 77/4 77/24 78/3 83/11 88/23 91/4 91/17 108/20 132/9 132/15 | **ellipsed [3]** 94/7 95/1 96/9 |
| **do [140]** 11/2 21/7 21/8 22/9 23/5 29/5 30/10 31/23 31/25 32/1 32/4 32/6 32/13 33/10 36/11 39/15 39/17 43/7 43/17 43/20 46/3 46/9 46/12 46/14 47/11 48/9 48/16 49/11 49/20 52/9 52/11 56/19 57/1 59/21 59/22 60/2 61/1 61/2 61/6 61/7 61/10 62/2 62/3 62/6 62/6 64/15 64/17 66/2 66/17 66/18 69/14 69/16 71/23 72/23 73/2 73/19 74/24 75/16 77/6 77/12 77/14 77/24 78/21 86/16 86/17 87/7 87/8 88/4 88/5 88/18 89/20 89/22 90/9 90/17 | **does [35]** 9/21 20/11 29/5 29/5 33/10 34/2 34/22 37/19 44/23 49/10 49/13 56/5 58/25 71/22 71/24 72/3 72/8 77/7 78/10 79/1 85/6 98/1 98/2 99/12 99/13 109/17 115/18 133/13 134/3 134/8 134/10 136/5 136/7 138/14 138/16 | | | **ellipsis [1]** 93/22 |
| | | | | **else [5]** 42/20 43/13 118/6 124/1 140/18 |
| | | | **driving [4]** 122/21 122/25 125/8 126/9 | **emphasize [1]** 106/16 |
| | | | **drop [1]** 103/22 | **emphasized [1]** 111/5 |
| | | | **dual [1]** 37/21 | **employees [3]** 126/23 128/18 129/24 |
| | | | **during [3]** 21/4 46/19 138/22 | **enabled [4]** 29/7 38/16 43/11 49/1 |
| | **doesn't [21]** 49/17 68/2 68/6 71/7 71/19 74/14 80/3 85/5 91/20 94/20 98/3 98/7 98/11 99/11 101/22 104/14 109/16 117/13 117/16 117/22 120/23 | | **duty [1]** 57/18 | **enabler [3]** 48/2 48/8 48/11 |
| | | | **DVM [1]** 1/9 | **enablers [1]** 48/1 |
| | | | **DX [3]** 121/14 121/25 | **enabling [3]** 42/18 43/2 43/10 |
| | | | | **encode [1]** 43/20 |
| | | | | **end [6]** 13/20 64/12 75/3 117/23 125/4 |

**E**

**end... [1]** 129/5
**energy [3]** 44/6 44/7 138/22
**enhance [1]** 45/2
**enough [3]** 63/10 112/17 124/3
**enter [2]** 30/12 89/2
**entire [8]** 25/19 30/22 42/9 46/2 46/4 68/12 71/8 72/24
**entitled [1]** 141/5
**entries [6]** 86/19 125/4 125/11 126/9 127/1 129/4
**entry [6]** 71/13 86/15 110/19 123/9 124/23 128/19
**environment [1]** 48/10
**equals [1]** 28/2
**equation [9]** 102/18 102/20 103/3 103/20 103/23 104/6 104/13 105/5 105/15
**equipment [2]** 136/19 136/20
**equivalent [3]** 99/15 99/22 100/15
**erasure [1]** 34/1
**especially [1]** 118/4
**essentially [1]** 62/17
**establish [1]** 56/21
**estimate [1]** 105/5
**et [3]** 47/25 51/5 126/18
**et cetera [1]** 47/25
**evaluating [1]** 26/13
**even [15]** 16/7 33/25 45/17 46/6 47/13 48/18 49/20 49/22 51/20 53/9 72/24 129/22 130/8 130/23 132/24
**ever [7]** 53/18 68/14 92/11 92/16 98/12 129/22 130/17
**every [8]** 55/9 63/24 84/15 98/9 98/19 99/9 100/20 101/21
**everybody's [1]** 95/23
**everyone [1]** 51/10
**everything [3]** 42/19 57/14 57/19
**evidence [21]** 6/7 7/2 7/14 17/20 17/25 22/10 29/24 34/5 35/8 36/6 37/10 37/24 38/17 40/7 41/11 45/12 87/17 92/5 122/1 122/5 135/23
**exact [2]** 46/15 54/12
**exactly [6]** 54/6 79/4 79/13 80/1 80/9 127/24
**examination [13]** 8/11 52/2 82/16 84/7 95/16 97/8 104/12 105/24 114/16 116/10 120/21 131/20 140/13
**example [5]** 12/17 16/25 28/20 51/4 79/12
**examples [4]** 16/10

26/18 59/1 118/7
**Except [3]** 23/7 58/17 63/8
**excerpted [1]** 103/2
**exchange [45]** 9/23 10/6 10/8 10/11 10/17 10/22 23/14 23/16 23/21 24/3 24/5 24/10 24/11 24/16 24/19 24/23 25/1 25/4 25/9 25/13 25/17 30/14 37/13 39/11 40/21 55/22 56/10 56/24 58/4 59/10 60/5 60/10 60/13 63/11 63/12 65/20 79/5 112/2 112/7 116/20 117/3 132/22 138/6 138/15 139/6
**exchange-spring [6]** 30/14 112/2 112/7 138/6 138/15 139/6
**exchanged [2]** 9/25 10/20
**exclude [4]** 42/11 42/20 42/22 43/13
**excluded [3]** 42/18 43/4 45/20
**excuse [4]** 59/11 70/21 99/17 124/23
**exemplar [1]** 108/19
**exemplified [1]** 129/15
**exhibit [10]** 29/24 36/6 37/10 45/12 95/18 108/5 114/15 120/15 121/7 122/5
**Exhibit 1295 [1]** 122/5
**Exhibit 15 [1]** 95/18
**Exhibit 2019 [1]** 37/10
**Exhibit 2023 [1]** 36/6
**Exhibit 2030 [1]** 29/24
**Exhibit 2108 [1]** 45/12
**Exhibit 5 [1]** 108/5
**EXHIBITS [3]** 6/7 7/2 7/14
**exist [4]** 51/3 132/9 132/12 132/13
**exits [2]** 80/23 139/16
**expect [2]** 65/9 140/12
**expected [1]** 67/1
**experience [6]** 28/10 31/23 39/15 42/24 50/13 52/15
**experimental [1]** 79/18
**expert [10]** 26/12 48/15 53/9 53/13 53/19 77/3 130/18 130/25 131/11 140/9
**expertise [1]** 48/15
**explain [9]** 9/10 10/25 24/1 30/2 33/4 33/17 37/12 39/2 40/13
**explained [1]** 35/23
**extendible [1]** 42/17
**Extending [2]** 6/10 7/4
**extent [1]** 52/18
**external [3]** 26/16 27/4 92/3
**extra [2]** 44/6 46/16

**F**

**fact [9]** 15/4 22/19 32/6 58/4 79/3 80/8 117/13 122/7 130/23
**factor [1]** 49/19
**fair [10]** 32/15 32/17 52/17 63/10 64/21 67/7 112/17 115/13 124/3 129/6
**fairly [1]** 76/6
**falls [1]** 76/7
**false [1]** 78/14
**familiar [1]** 55/2
**far [11]** 15/17 18/19 21/14 22/21 25/14 25/19 40/2 50/7 50/21 61/19 137/7
**fast [1]** 76/10
**faster [1]** 21/19
**favor [2]** 47/14 48/19
**feature [1]** 18/11
**features [8]** 18/7 18/11 26/16 26/22 43/10 43/15 43/18 48/17
**feel [2]** 50/11 79/24
**felt [1]** 27/2
**FENSTER [1]** 2/3
**ferromagnetic [9]** 11/8 11/12 11/20 12/5 23/13 23/22 25/16 60/25 134/9
**few [3]** 46/14 54/4 62/4
**field [33]** 15/23 15/24 16/1 16/2 16/6 16/19 17/8 17/18 17/23 29/9 30/20 31/23 32/10 56/7 74/4 74/23 79/2 79/5 102/6 102/15 103/5 103/23 104/6 104/10 104/13 113/23 114/9 125/25 126/5 126/10 135/17 136/19 138/21
**field's [1]** 74/4
**fields [7]** 33/21 33/25 57/3 104/19 105/2 105/8 113/18
**Fierce [1]** 53/2
**figure [22]** 30/13 30/15 30/17 31/21 31/22 32/10 41/2 41/7 108/25 109/9 111/10 112/1 112/21 113/1 113/6 113/8 113/14 113/18 113/19 114/24 137/2 138/11
**figure with [1]** 137/2
**figures [4]** 42/14 111/23 114/7 138/19
**file [4]** 96/16 96/21 96/24 97/8
**filed [2]** 124/24 127/2
**final [3]** 45/14 48/13 138/25
**finally [2]** 10/22 13/11
**find [9]** 13/17 20/18 22/7 23/23 40/7 50/21 54/21 62/8 69/5
**fine [5]** 68/1 113/20 119/16 131/18 140/17

**firmware [2]** 44/23 47/25
**first [20]** 11/5 12/4 18/13 20/5 28/13 42/4 55/17 57/11 60/23 79/22 103/9 103/13 112/2 114/19 116/20 120/12 125/12 126/2 128/19 129/2
**fit [3]** 27/17 27/24 29/1
**fitness [1]** 18/23
**five [6]** 34/24 40/24 66/25 67/3 67/4 132/20
**five years [2]** 67/3 67/4
**five-year [1]** 66/25
**flip [10]** 31/2 74/17 74/19 74/25 76/12 78/13 113/21 113/25 114/6 114/10
**flipped [3]** 74/16 79/4 79/17
**flipping [1]** 75/3
**FLOOR [8]** 2/4 2/9 2/13 2/22 3/4 3/9 3/13 3/23
**flow [1]** 76/2
**focus [1]** 54/7
**focused [1]** 64/4
**folks [1]** 62/21
**following [4]** 8/4 80/24 81/14 139/17
**foregoing [1]** 141/3
**form [4]** 49/19 91/10 129/23 139/12
**formally [1]** 52/7
**format [1]** 141/6
**formed [5]** 8/19 8/25 9/1 57/6 57/7
**formula [1]** 136/9
**forth [1]** 125/13
**forward [1]** 126/20
**found [5]** 55/7 55/9 56/5 70/8 104/12
**foundation [3]** 32/15 129/13 129/17
**foundational [1]** 130/19
**four [5]** 34/24 35/6 40/23 103/23 118/23
**Four years [1]** 118/23
**fourth [2]** 1/22 59/14
**FRENKEL [1]** 5/3
**front [2]** 59/21 68/9
**function [4]** 58/20 61/3 61/14 72/5
**functionally [3]** 58/14 58/23 58/25
**fundamental [5]** 48/1 48/2 48/3 48/11 93/19
**fundamentally [1]** 48/8
**funny [1]** 27/14
**further [2]** 47/16 69/10

**G**

**G-layer [2]** 9/3 12/14
**G-layers [7]** 17/22 17/23 34/21 40/21 64/3 65/7 65/16
**G1 [43]** 10/18 10/18 10/19 10/20 10/21 12/19 62/13 62/17 63/6

65/23 67/10 82/19 83/17 83/20 84/11 84/17 85/1 85/4 85/7 85/24 86/19 87/9 87/18 88/6 88/15 89/3 89/11 89/12 89/23 92/7 92/21 93/16 96/2 98/9 98/20 99/9 100/21 101/21 102/2 131/23 132/8 133/15 134/19
**G1-1 [2]** 10/19 10/20
**G1-2 [2]** 10/18 12/19
**G2 [10]** 10/20 10/23 12/19 14/6 14/9 14/11 14/14 14/16 14/18 84/24
**G3 [2]** 12/22 84/24
**G4 [4]** 12/22 12/25 14/6 84/24
**G5 [6]** 12/25 13/3 13/6 13/9 14/9 87/25
**G5-6 [1]** 87/25
**G6 [7]** 13/3 13/6 13/9 13/12 14/11 14/14 14/16
**G7 [2]** 13/12 14/18
**gain [15]** 38/15 38/18 39/19 42/2 43/5 45/4 45/15 45/19 45/20 45/21 45/25 47/8 115/4 115/18 116/13
**gained [1]** 115/15
**gains [13]** 29/12 40/8 41/13 43/4 44/13 44/16 45/16 45/25 46/10 47/17 115/21 116/15 116/18
**garden [2]** 34/2 34/4
**gave [5]** 30/4 47/21 78/2 93/3 122/8
**general [4]** 66/17 109/18 126/13 127/15
**generally [1]** 41/7
**gentlemen [2]** 8/8 139/9
**get [12]** 11/23 16/21 17/9 53/8 59/17 76/21 85/8 94/16 96/11 97/14 102/22 131/17
**gets [1]** 79/6
**getting [2]** 84/10 104/10
**gigabit [1]** 48/24
**gigabits [12]** 39/24 40/15 40/18 42/7 42/7 42/17 42/19 42/23 45/23 46/1 46/12 50/17
**give [8]** 26/18 28/20 36/24 40/3 47/8 85/4 129/24 139/19
**given [9]** 27/17 27/23 28/9 28/24 29/2 35/7 49/8 101/10 108/21
**giving [1]** 126/14
**Global [2]** 35/16 35/17
**GMBH [1]** 1/6
**go [51]** 9/22 12/6 14/7 16/6 17/11 21/19 24/7 24/13 24/20 25/2 25/6

## G

**go... [40]** 39/24 40/18 54/16 59/20 60/16 61/20 62/5 67/25 68/9 68/18 69/11 71/10 71/11 75/13 84/3 84/4 85/14 86/4 86/11 88/10 89/14 89/17 90/22 95/10 96/4 97/10 99/7 105/19 108/12 109/3 110/8 111/16 114/5 120/16 120/23 125/17 129/3 137/10 138/10 138/11
**goes [5]** 56/3 103/25 112/12 116/24 118/2
**going [31]** 12/19 12/22 12/25 13/6 13/9 13/12 21/5 29/3 30/18 34/24 35/5 39/25 40/23 42/6 42/12 49/23 57/7 59/2 62/4 70/10 73/25 76/12 84/4 88/13 102/9 105/14 105/15 107/12 109/3 126/22 140/8
**gone [1]** 131/1
**good [7]** 8/8 35/22 35/22 48/7 52/4 52/5 66/13
**gosh [1]** 54/4
**got [13]** 16/22 52/10 55/17 55/20 71/18 83/20 89/11 94/16 95/10 108/10 115/20 117/23 124/2
**graded [13]** 30/17 35/21 36/13 36/14 37/15 38/7 39/22 40/21 41/17 43/3 55/12 119/21 139/7
**gradient [3]** 39/9 117/1 117/22
**grail [2]** 28/7 28/12
**grain [8]** 15/14 21/2 21/2 33/3 33/6 34/10 70/16 70/25
**grains [6]** 15/7 15/7 20/15 20/24 38/9 66/15
**granular [3]** 15/13 70/25 71/8
**graph [1]** 109/19
**graphics [5]** 62/21 63/3 63/20 64/1 106/13
**graphs [1]** 112/5
**gray [1]** 63/11
**great [2]** 26/7 30/6
**greater [3]** 20/15 67/14 105/13
**greatly [1]** 50/10
**green [17]** 9/4 9/11 9/15 62/19 63/2 63/6 64/4 65/23 67/9 67/12 72/21 76/16 85/21 100/1 100/6 100/11 134/7
**green-colored [1]** 64/4
**GREGORY [1]** 5/3
**groundbreaking [1]** 32/8

**group [95]** 10/21 10/22 10/24 12/21 12/22 12/24 12/25 13/2 13/5 13/6 13/8 13/9 13/11 13/12 13/22 14/7 14/8 14/10 14/11 14/13 14/15 14/17 14/18 15/19 15/19 15/19 16/11 16/15 17/1 17/5 17/6 17/11 17/13 17/15 19/14 19/15 19/19 19/20 19/21 19/22 19/23 19/25 20/1 20/2 24/4 24/7 24/10 24/11 24/13 24/18 24/20 24/20 24/24 24/25 25/2 25/6 25/11 25/12 48/22 62/16 82/19 83/17 84/4 84/4 84/12 84/15 84/16 84/16 84/24 85/4 85/7 85/18 87/10 87/19 88/7 88/14 88/16 88/18 88/24 89/11 89/12 92/8 92/22 93/17 96/2 97/5 98/1 98/10 99/16 99/22 100/15 101/7 101/19 102/2 135/4
**Group 1 [5]** 19/14 19/15 24/4 82/19 84/16
**Group 2 [9]** 12/21 12/22 13/22 15/19 16/11 16/15 24/10 24/11 83/17
**Group 3 [39]** 12/24 12/25 14/7 14/8 15/19 17/1 17/5 17/6 19/19 19/20 24/13 24/18 84/4 84/16 84/24 85/4 85/7 85/18 87/10 87/19 88/7 88/14 88/16 88/18 89/11 89/12 92/8 92/22 93/17 96/2 97/5 98/1 98/10 99/16 99/22 100/15 101/7 101/19 102/2
**Group 4 [1]** 24/20
**Group 4A [4]** 14/10 14/11 24/24 84/12
**Group 4B [3]** 13/5 14/13 20/2
**Group 4C [2]** 14/15 25/6
**Group 5 [13]** 10/22 13/11 13/12 14/17 14/18 15/19 17/13 17/15 19/25 20/1 25/11 25/12 62/16
**groupings [2]** 26/25 27/2
**groups [4]** 19/4 26/16 128/10 128/12
**growth [12]** 122/21 122/25 123/18 123/19 123/20 124/2 124/10 124/11 124/14 126/9 128/8 128/20
**GS9 [3]** 13/5 20/2 25/2
**GT5 [2]** 13/8 19/23
**guided [3]** 31/19 111/1

138/6
**GX1 [3]** 99/15 99/16 99/22

## H

**hac [1]** 2/17
**had [25]** 8/4 15/6 42/6 44/24 52/16 59/24 60/6 64/13 66/25 67/4 75/17 75/17 80/24 81/14 86/19 98/19 104/18 104/22 104/24 121/22 127/5 128/15 130/23 137/2 139/17
**half [6]** 48/22 56/4 67/14 125/3 131/16 140/14
**hallways [1]** 52/7
**HAMR [3]** 44/2 44/10 51/5
**hand [5]** 21/21 21/22 23/2 23/3 83/6
**handed [4]** 54/20 59/24 119/15 119/17
**handout [2]** 139/19 140/3
**HANLE [1]** 4/11
**happen [2]** 33/13 75/23
**happening [1]** 76/9
**happens [6]** 76/19 76/20 76/22 77/7 80/8 80/10
**hard [113]** 8/20 8/25 9/1 9/2 9/7 9/11 9/14 9/15 9/23 9/25 10/2 10/9 10/11 10/23 11/24 12/2 12/7 13/15 15/5 16/3 26/5 27/23 27/25 31/3 31/6 44/10 47/5 49/7 49/12 49/14 50/12 52/16 53/23 55/24 56/8 56/11 56/17 56/22 57/23 58/5 58/8 58/15 60/7 61/4 61/13 62/14 63/17 64/10 64/14 64/22 65/1 65/9 65/17 65/21 66/4 66/5 66/13 67/1 67/5 67/10 68/4 68/6 69/22 69/23 70/6 70/19 71/4 71/7 71/13 71/19 72/7 72/9 72/22 72/25 73/15 74/21 74/23 76/25 77/4 77/11 77/16 78/3 78/11 82/8 83/18 84/11 85/25 88/16 88/19 88/23 91/4 91/7 91/24 92/19 100/11 100/12 101/11 102/15 103/10 103/14 103/15 105/2 113/17 117/18 131/23 132/3 132/8 132/9 132/15 132/22 133/16 134/4 134/22
**hard/soft [1]** 103/14
**Harder [2]** 33/14 33/15
**hardware [1]** 44/22
**has [34]** 11/25 12/18 15/20 18/6 18/22 21/2 27/23 28/7 31/18 43/20

44/9 53/10 54/7 55/4 55/8 55/23 59/2 60/25 66/10 77/3 85/3 103/10 104/2 110/25 113/10 115/6 115/10 116/12 116/17 125/11 130/8 132/5 138/6 139/21
**hasn't [5]** 78/2 115/12 115/14 116/14 116/17
**have [101]** 11/20 13/18 16/10 17/13 17/22 20/23 25/12 28/4 29/5 29/15 30/7 30/19 30/23 32/10 33/18 34/5 34/7 34/20 37/1 37/4 38/5 38/17 38/19 39/11 39/21 41/22 43/22 44/11 44/12 46/12 48/24 49/18 49/24 50/15 53/7 53/22 54/20 56/25 57/3 57/14 57/14 57/15 57/22 59/21 61/10 62/2 64/20 64/21 67/8 68/8 68/14 72/8 73/17 74/8 74/18 76/16 78/17 78/22 79/15 79/16 80/17 81/1 82/6 90/9 91/10 91/13 91/15 92/13 92/17 96/15 99/3 100/1 101/10 102/5 104/2 105/10 106/1 106/18 107/9 114/5 116/12 117/3 119/14 120/23 124/21 126/18 127/19 128/19 129/4 129/19 129/23 130/16 130/21 131/4 131/15 136/12 136/22 139/23 140/1 140/2 140/18
**haven't [2]** 68/16 80/14
**having [6]** 12/5 53/21 112/19 129/20 130/2 133/2
**Hc [1]** 103/6
**HD [1]** 46/9
**HDD [2]** 7/16 51/12
**HDDs [1]** 22/15
**he [51]** 30/9 30/11 34/23 35/4 38/4 38/6 40/23 40/23 41/9 41/23 41/23 69/19 78/2 93/15 94/5 94/7 94/7 94/22 95/1 95/16 96/14 96/17 96/17 96/21 96/23 97/7 97/24 98/1 98/2 98/3 98/6 98/7 98/16 98/17 98/21 107/17 107/18 112/20 112/21 112/21 113/5 130/9 134/19 134/22 135/14 136/12 137/18 137/20 138/19 138/21 139/6
**he's [9]** 34/12 68/23 78/2 96/17 96/21 96/24 97/3 108/19 108/21
**head [12]** 22/6 22/15 33/22 40/16 47/24 73/23 75/17 85/9 93/25 109/1 125/12 126/16

**heads [5]** 42/15 42/16 47/24 49/24 49/22
**hear [5]** 47/6 52/23 68/17 73/23 139/22
**heard [8]** 20/22 52/12 52/21 73/20 82/1 93/2 99/14 126/2
**hearsay [2]** 94/15 94/19
**heat [1]** 44/3
**heat-assisted [1]** 44/3
**held [1]** 141/5
**helped [4]** 38/18 39/18 40/22 97/15
**helps [3]** 28/19 28/21 33/4
**here [51]** 8/24 9/4 9/16 16/18 17/13 19/6 21/20 23/1 24/2 26/14 28/22 29/15 30/2 30/17 30/22 30/25 31/17 35/15 36/11 36/12 37/13 38/1 39/23 41/15 41/17 42/17 43/10 44/19 47/2 47/8 55/8 59/20 64/4 65/15 77/3 80/10 88/13 89/2 90/1 91/9 92/2 93/12 94/4 100/7 102/22 106/17 109/15 115/11 127/8 138/19 139/8
**hereby [1]** 141/2
**high [5]** 30/18 38/6 40/1 57/1 100/2
**higher [7]** 28/2 28/2 37/15 40/17 47/17 90/6 101/2
**highest [2]** 40/17 44/21
**highlight [2]** 69/6 116/22
**highlighted [7]** 8/24 9/15 10/5 23/7 24/2 116/19 118/19
**highlighting [1]** 106/12
**highly [1]** 95/2
**him [4]** 21/10 73/23 74/3 106/4
**hired [5]** 130/18 130/24 131/6 131/7 131/11
**his [23]** 21/13 26/16 26/25 30/4 32/15 35/3 35/4 40/4 41/6 96/25 96/25 98/10 111/9 112/24 113/3 113/7 124/24 130/6 130/11 130/12 138/22 138/25 139/5
**hit [1]** 79/2
**Hitachi [6]** 6/10 7/4 35/16 35/17 36/12 43/1
**hits [1]** 74/23
**HK [1]** 102/3
**HK values [1]** 102/3
**Hm [2]** 16/5 16/7
**hold [3]** 28/23 67/1 67/5
**holds [1]** 103/21
**holy [2]** 28/7 28/12
**honest [1]** 88/25

**H**

**Honor [25]** 29/21 29/22 36/3 37/7 38/24 45/9 52/1 81/2 81/20 94/5 94/7 94/13 94/17 94/25 107/16 121/25 131/14 133/4 136/2 139/1 139/22 140/5 140/7 140/12 140/17
**HONORABLE [1]** 1/4
**hopefully [1]** 75/12
**hose [2]** 34/2 34/4
**host [79]** 8/19 8/23 9/8 9/12 9/17 9/19 10/2 10/11 10/18 11/7 11/11 11/19 11/25 12/11 12/14 12/19 13/15 13/20 15/1 15/3 15/11 15/14 15/17 15/20 15/21 15/25 16/2 16/6 18/22 19/11 19/14 19/17 20/14 24/4 24/17 25/17 31/9 35/5 35/6 55/25 56/4 56/7 56/11 56/18 56/22 57/23 58/2 58/16 58/25 60/8 60/18 60/22 63/6 63/12 63/17 63/25 64/9 65/18 65/20 67/15 68/4 72/22 73/3 73/6 73/10 73/14 77/10 77/15 78/10 82/9 83/19 102/16 105/3 105/6 117/16 117/19 132/23 133/15 134/9
**hosts [1]** 127/14
**hour [2]** 131/16 140/14
**hours [3]** 54/2 54/10 139/21
**how [38]** 9/10 12/8 19/2 19/19 21/1 23/5 27/24 27/25 28/18 28/21 30/9 33/4 33/7 33/10 34/14 34/15 36/23 37/12 38/15 39/2 40/13 42/1 43/20 44/20 45/14 49/8 53/25 54/2 66/21 67/5 81/7 102/14 114/11 115/20 131/15 132/19 134/17 137/7
**however [1]** 78/22
**HS [1]** 16/8
**hundred [1]** 82/7
**HYUK [1]** 3/21

**I**

**I'd [8]** 52/25 68/8 73/2 74/18 85/13 94/6 94/7 122/13
**I'll [17]** 33/9 52/20 59/17 68/1 68/23 72/14 72/17 73/2 75/11 82/1 91/3 93/7 102/22 105/15 139/19 139/20 140/2
**I'm [37]** 28/22 34/13 47/8 52/8 54/14 54/23 59/2 59/12 60/20 62/4 64/18 71/23 74/17 79/8 79/20 79/24 79/25

**I've [7]** 19/6 23/7 52/10 54/4 55/23 97/7 124/2
**I-56 [1]** 87/5
**idea [4]** 62/17 92/13 138/18 139/6
**ideas [2]** 44/4 117/11
**IDENTIFICATION [3]** 6/7 7/2 7/14
**identified [2]** 57/2 64/9
**identify [2]** 24/16 24/23
**II [1]** 1/11
**Ikeda [9]** 21/1 21/2 28/15 28/16 34/8 34/9 34/20 41/16 41/22
**ILLINOIS [1]** 4/18
**illustrate [1]** 28/20
**image [4]** 137/18 137/21 137/24 137/25
**impeaching [1]** 94/4
**impeachment [2]** 94/21 94/23
**implement [1]** 128/13
**implementing [1]** 113/3
**important [6]** 27/21 27/22 28/17 81/24 82/3 122/25
**impose [1]** 133/10
**impossible [1]** 78/20
**improve [3]** 36/14 48/10 128/8
**improved [5]** 32/23 33/9 35/6 130/2 130/20
**improvement [3]** 7/7 35/24 46/4
**improvements [3]** 37/23 47/11 48/5
**improves [1]** 33/11
**in2 [2]** 6/11 7/5
**INC [1]** 1/10
**inception [3]** 31/20 111/2 111/8
**inch [17]** 27/17 27/19 27/20 39/14 39/24 40/3 40/15 40/19 42/8 42/18 42/19 42/23 45/23 46/13 48/25 49/8 50/17
**inches [1]** 27/15
**include [6]** 16/5 22/15 27/4 61/9 61/9 112/21
**included [3]** 45/16 46/6 112/22
**includes [5]** 11/19 21/25 22/5 44/22 117/18
**including [4]** 43/3 65/17 72/4 72/21
**inconsistent [1]** 94/25
**incorrect [1]** 64/25
**increase [24]** 12/1 12/6 13/15 13/19 13/20 14/5 14/8 14/12 14/14 14/16 14/18 27/11 28/21 29/3

80/15 84/4 88/13 89/13 89/15 93/2 94/4 94/5 94/24 95/6 105/10 105/14 105/15 106/4 107/12 124/23 126/14 126/16 129/24 133/6 43/25 49/15 49/19 49/20 49/23 51/11
**increases [11]** 11/23 12/23 13/1 13/4 13/7 13/10 13/13 29/12 39/3 40/24 50/10
**increasing [11]** 11/8 11/12 12/12 12/20 28/16 34/25 38/10 41/17 41/18 56/13 138/20
**incremental [2]** 32/3 32/7
**indeed [1]** 22/23
**independent [1]** 18/10
**indicating [3]** 9/16 40/16 41/17
**individual [1]** 20/24
**industry [3]** 28/11 50/14 52/16
**Industry's [1]** 44/20
**influence [1]** 10/19
**information [8]** 49/2 61/16 64/5 64/10 71/25 72/6 72/19 109/25
**infringe [18]** 14/21 15/18 21/15 21/16 22/22 22/24 25/15 25/24 26/5 77/4 100/22 119/1 135/15 135/16 136/1 136/5 136/6 136/7
**infringed [1]** 115/19
**infringement [22]** 25/19 26/3 26/4 27/10 34/16 38/18 40/8 41/14 45/15 50/8 55/7 88/20 101/22 115/4 115/7 115/10 115/12 115/15 115/19 116/13 116/15 116/17
**infringing [9]** 43/18 45/18 47/23 48/7 50/20 50/22 50/23 51/6 116/16
**innovated [1]** 127/8
**innovation [2]** 122/24 122/25
**innovations [4]** 122/21 125/8 126/9 128/7
**instance [1]** 63/24
**instead [4]** 80/9 97/16 98/19 99/8
**integrated [1]** 49/14
**interact [1]** 60/14
**interfere [1]** 33/22
**interference [1]** 33/16
**intergranular [2]** 39/11 117/2
**internal [4]** 91/14 91/15 92/3 92/6
**interrupting [1]** 112/25
**introduce [1]** 26/10
**introduced [1]** 52/7
**introduces [1]** 107/13
**invalidate [1]** 101/22
**invent [2]** 128/25 129/4
**invented [1]** 44/25

30/7 34/21 36/24 40/22

**invention [42]** 27/7 28/19 29/5 29/7 30/16 32/13 32/15 32/19 32/23 33/4 33/5 33/9 33/24 34/6 35/3 35/4 35/9 36/9 37/2 38/16 39/3 39/16 39/20 40/5 42/3 43/6 43/11 43/12 43/15 45/21 46/1 46/11 47/9 48/2 48/3 50/10 50/11 50/16 51/15 104/3 115/8 121/10
**inventions [5]** 70/20 71/5 125/18 127/20 128/13
**inventors [2]** 127/9 127/10
**invoke [1]** 81/2
**is [286]**
**isn't [4]** 53/23 92/8 104/6 113/3
**isolated [1]** 15/7
**issue [2]** 105/16 132/21
**issued [12]** 92/16 110/4 110/6 116/3 118/24 119/1 120/2 120/13 121/12 131/2 131/5 131/7
**issues [3]** 26/8 124/21 139/12
**it [263]**
**it's [81]** 8/18 8/24 9/1 9/23 10/5 15/3 15/4 19/24 24/18 24/25 27/14 33/19 37/14 38/25 43/23 47/17 48/9 48/10 54/24 55/17 55/20 56/5 58/2 58/4 59/13 59/14 62/16 65/3 66/6 66/24 68/9 68/11 69/10 71/3 71/13 71/17 71/24 72/20 73/14 73/25 74/7 75/13 76/18 76/20 79/2 79/18 87/14 89/6 92/5 93/15 94/14 94/19 94/22 96/17 96/23 98/7 101/8 101/20 102/21 103/20 104/4 104/8 104/16 107/17 110/3 110/6 112/21 114/10 115/6 115/14 116/14 117/23 119/1 123/25 124/2 127/1 127/25 128/10 128/18 134/7 139/13
**item [1]** 33/25
**its [13]** 27/10 27/17 34/6 38/18 45/15 50/8 56/7 57/18 57/19 65/7 78/10 121/23 132/6
**itself [3]** 132/5 134/3 134/8
**Iwasaki [1]** 127/11

**J**

**JACOB [1]** 2/12
**JAMES [1]** 1/4
**January [1]** 121/3
**jbuczko [1]** 2/15

**jeez [1]** 54/5
**job [2]** 53/4 105/1
**joint [1]** 22/14
**JOSEPH [1]** 3/21
**joseph.lee [1]** 3/24
**judge [2]** 1/4 92/17
**judge's [1]** 77/9
**Judicial [1]** 141/7
**JULY [3]** 1/18 8/1 141/9
**JULY 18 [2]** 1/18 8/1
**jump [3]** 84/4 123/22 123/22
**June [2]** 121/3 121/8
**June 2012 [1]** 121/3
**jury [46]** 1/16 5/13 8/5 61/24 62/11 65/6 75/16 77/4 78/8 80/23 80/25 81/15 85/24 87/17 88/8 88/15 91/2 93/13 95/2 99/4 99/7 99/25 101/18 103/2 103/17 104/2 109/10 110/17 111/20 113/8 113/14 113/20 113/25 116/9 119/9 119/18 120/8 120/20 121/8 122/23 125/18 129/12 130/10 130/16 139/16 139/18
**JVS [1]** 1/9
**JX [59]** 29/15 29/21 36/1 36/3 37/5 37/7 38/20 40/11 41/20 45/7 45/9 54/16 54/23 67/22 68/18 70/8 82/25 83/7 83/21 84/13 84/17 84/19 85/3 86/5 86/18 87/20 89/4 89/6 89/8 89/10 89/16 90/22 91/3 91/3 91/8 91/19 92/19 93/5 97/16 97/17 98/4 98/25 99/6 100/20 101/10 101/20 102/10 102/21 109/3 110/13 111/16 114/14 119/5 119/5 120/4 120/15 120/24 121/8 129/5
**JX 1295 [1]** 129/5
**JX 2000 [6]** 54/16 67/22 68/18 70/8 102/10 102/21
**JX 2013 [4]** 90/22 91/3 91/8 97/17
**JX 2014 [2]** 91/3 91/19
**JX 2015 [14]** 82/25 83/7 83/21 84/13 84/17 84/19 85/3 86/5 86/18

**J**

**JX 2015... [5]** 87/20 89/8 100/20 101/10 101/20
**JX 2018 [1]** 38/20
**JX 2019 [4]** 37/5 37/7 120/15 121/8
**JX 2019.2 [1]** 120/24
**JX 2023 [3]** 36/1 36/3 120/4
**JX 2023.18 [2]** 119/5 119/5
**JX 2028 [7]** 89/4 89/6 89/10 89/16 92/19 97/16 98/4
**JX 2030 [3]** 29/15 29/21 109/3
**JX 2030.13 [1]** 114/14
**JX 2030.32 [1]** 110/13
**JX 2030.9 [1]** 111/16
**JX 2032 [1]** 93/5
**JX 2032.5 [2]** 98/25 99/6
**JX 2034 [1]** 41/20
**JX 2038 [1]** 40/11
**JX 2108 [2]** 45/7 45/9

**K**

**K values [2]** 89/11 101/16
**KABAT [9]** 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 5/9
**keep [3]** 60/7 96/5 111/15
**keeping [2]** 38/9 138/20
**Keff [1]** 103/6
**Keff/Meff [1]** 103/6
**kind [6]** 28/20 32/21 73/23 74/5 123/25 137/18
**KM [3]** 16/14 17/4 17/14
**knocks [3]** 76/7 76/7 76/8
**know [39]** 15/5 27/18 33/18 42/12 46/4 46/5 47/15 48/6 48/7 48/9 50/16 54/12 54/12 54/13 72/16 75/4 75/5 82/6 88/18 88/21 88/22 90/13 92/11 92/14 93/24 98/22 107/5 108/10 112/24 113/5 113/7 114/5 115/12 115/14 118/2 119/11 126/17 130/6 131/15
**knowledge [2]** 115/9 115/11
**KROEGER [1]** 3/3
**KU [5]** 81/25 82/1 82/2 82/18 100/2

**L**

**Lab [1]** 39/6
**label [1]** 63/24
**labeled [2]** 39/23 99/22
**labels [3]** 63/16 63/20

63/23
**ladies [2]** 8/8 139/9
**laid [2]** 35/2 35/7
**large [1]** 51/2
**larger [2]** 43/22 87/25
**largest [1]** 88/23
**last [3]** 44/2 107/12 140/9
**lastly [2]** 25/11 26/23
**LATHAM [6]** 3/18 3/22 4/8 4/16 4/21 5/3
**latter [1]** 125/3
**Lawrence [2]** 39/6 79/19
**lawyer [3]** 21/5 52/8 81/3
**lawyers [2]** 54/11 119/17
**lay [1]** 55/15
**layer [195]**
**layer.' [1]** 106/9
**layered [2]** 40/2 40/24
**layers [104]** 11/8 11/12 11/20 11/23 11/23 12/5 12/10 12/13 12/18 14/24 15/16 17/21 17/22 17/23 19/10 23/13 23/22 24/3 24/12 24/16 24/19 24/23 25/1 25/4 25/9 25/13 25/17 31/7 34/15 34/15 34/21 34/21 35/6 39/9 40/17 40/20 40/21 40/21 41/8 41/19 41/19 47/24 56/23 56/24 57/1 60/25 61/9 63/5 63/6 63/11 63/12 63/16 64/3 64/3 64/8 65/7 65/7 65/7 65/16 65/23 65/23 66/2 67/9 67/10 67/10 67/12 68/7 70/19 71/4 71/20 72/3 72/4 72/9 72/21 74/14 77/10 79/10 80/1 80/8 80/10 82/9 83/10 83/18 84/24 86/19 99/25 100/10 100/12 101/7 101/14 102/2 104/19 105/3 105/8 105/10 117/1 117/19 117/21 131/23 132/8 132/24 133/15 134/9 137/2
**lays [1]** 40/1
**LDPC [1]** 43/19
**lead [1]** 36/15
**leading [5]** 133/5 133/7 133/8 136/2 139/1
**least [6]** 23/12 25/16 70/10 121/8 127/25 132/20
**leave [2]** 105/15 134/17
**leaving [1]** 67/6
**led [2]** 83/17 95/15
**LEDAHL [1]** 2/7
**LEE [1]** 3/21
**left [20]** 8/15 21/21 23/2 35/11 51/16 63/16 69/14 70/13 82/21 83/6 99/15 99/22 109/9

112/1 113/1 128/5 137/18 139/21 139/23 140/1
**left-hand [3]** 21/21 23/2 83/6
**legal [2]** 53/9 54/5
**less [8]** 16/8 20/2 20/16 34/1 48/21 74/16 105/13 140/14
**let [8]** 50/2 59/17 75/8 93/12 99/20 107/8 111/15 124/3
**let's [48]** 12/4 16/25 21/18 22/25 24/13 25/2 25/6 26/8 27/7 38/15 42/1 50/19 59/5 70/17 71/10 73/1 73/3 74/17 83/13 84/3 85/7 86/4 88/10 89/16 90/22 92/25 93/8 93/19 96/4 96/11 97/10 97/14 102/6 107/25 108/12 108/24 110/8 110/13 111/11 111/16 112/1 116/5 119/4 120/4 125/17 133/18 133/19 138/10
**light [2]** 74/6 74/7
**lighter [1]** 113/12
**like [38]** 26/21 28/14 34/4 44/12 50/1 51/5 53/9 54/21 55/12 55/13 56/16 57/3 58/17 59/14 62/8 65/14 66/16 69/19 69/24 71/11 71/17 79/24 85/11 86/8 91/10 94/6 98/12 100/23 101/4 101/19 108/20 114/6 122/13 127/16 129/21 129/24 136/19 138/22
**likely [1]** 47/17
**limit [7]** 29/8 32/9 124/17 124/20 125/17 125/20 127/4
**limitation [4]** 8/17 10/25 20/19 55/17
**limitations [2]** 55/5 55/9
**line [14]** 21/24 57/11 69/15 70/9 70/12 85/22 94/8 94/8 94/11 95/9 95/9 102/22 107/22 107/25
**line 12 [2]** 107/22 107/25
**line 2 [3]** 94/8 94/11 95/9
**line 20 [1]** 69/15
**line 21 [1]** 70/9
**line 22 [2]** 94/8 95/9
**line 24 [1]** 70/12
**lines [9]** 27/3 56/17 68/19 69/4 69/11 94/11 102/24 103/23 108/12
**lines 13 [2]** 68/19 69/4
**lines 22 [1]** 94/11
**lines 47 [1]** 102/24
**lines 7 [1]** 108/12

**list [8]** 91/4 91/17 91/20 125/8 125/15 127/12 127/13 128/7
**listed [8]** 19/5 43/10 91/8 92/2 92/10 126/19 128/22 135/3
**listened [1]** 93/1
**lists [2]** 43/3 86/8
**literally [1]** 119/11
**Litigation [1]** 5/11
**little [12]** 12/11 33/18 46/7 46/20 48/14 51/8 54/5 69/9 69/10 72/17 102/6 140/14
**Liu [1]** 5/9
**LLP [6]** 3/18 3/22 4/8 4/16 4/21 5/3
**LLP-COSTA [1]** 3/22
**locations [2]** 57/6 57/7
**long [5]** 65/13 66/21 67/5 121/12 134/17
**longer [1]** 132/20
**Longtime [1]** 104/21
**look [38]** 27/25 54/21 59/9 59/13 60/17 61/23 62/6 68/9 69/17 71/12 83/13 85/7 85/11 91/10 91/19 92/25 94/2 100/23 100/24 102/5 102/20 103/9 105/17 107/22 108/24 109/15 110/8 114/6 114/13 116/5 118/15 119/24 121/14 123/7 123/25 126/8 133/18 135/8
**looked [8]** 16/4 16/9 16/24 19/3 54/1 77/3 89/23 129/15
**looking [8]** 21/20 23/1 34/17 62/10 87/5 94/5 95/6 131/12
**looks [5]** 44/12 59/14 69/19 101/18 114/6
**LOS [7]** 2/5 2/9 2/14 2/23 3/5 3/9 3/14
**lose [1]** 66/16
**losing [1]** 30/6
**loss [1]** 51/3
**lost [1]** 69/7
**lot [12]** 15/3 21/19 34/17 49/2 49/24 52/19 55/4 55/23 57/9 63/23 122/23 135/23
**lots [3]** 33/20 83/10 128/16
**low [2]** 40/17 43/19
**low-density [1]** 43/19
**lower [8]** 16/7 17/22 37/15 38/5 42/12 51/18 79/21 101/14
**lowest [3]** 15/21 15/25 17/22
**LUMISH [10]** 3/17 81/19 131/22 133/14 134/13 135/11 136/9 136/20 136/24 137/15
**lw.com [6]** 3/20 3/24 4/10 4/19 4/23 5/5

**M**

**machinery [1]** 104/19
**made [3]** 29/1 47/20 113/8
**mag [8]** 34/15 64/3 65/7 72/4 72/20 74/15 76/23 79/2
**magnet [2]** 112/7 139/4
**magnetic [87]** 6/9 7/3 7/10 8/20 8/25 9/1 9/2 9/7 9/9 9/11 9/23 10/3 10/10 10/19 11/24 12/2 18/14 20/7 22/5 28/7 30/19 39/9 39/10 41/8 41/19 43/21 43/24 44/3 44/4 44/23 45/5 55/24 56/8 56/11 56/17 56/22 57/23 58/8 58/16 59/10 60/6 60/7 60/13 61/4 61/13 62/14 63/17 64/14 64/22 65/1 65/17 67/10 67/18 68/6 70/6 70/19 71/4 71/7 71/13 71/19 71/24 72/19 72/22 73/15 74/8 74/24 76/11 76/25 77/11 78/10 78/12 79/10 82/8 83/18 85/25 88/16 101/11 102/15 104/9 105/2 110/21 113/17 116/21 116/25 117/1 117/19 117/21
**magnetically [9]** 61/16 64/6 64/11 65/24 66/3 71/25 72/6 72/20 74/15
**magnetization [6]** 7/8 74/25 75/18 79/17 80/4 103/14
**magnetoresistance [2]** 42/16 128/23
**magnets [2]** 112/8 138/25
**maichele [1]** 2/19
**main [3]** 27/9 27/11 54/7
**MAINE [1]** 2/17
**make [17]** 48/18 49/3 49/14 62/13 63/12 71/23 78/19 78/21 80/17 80/17 86/12 86/25 87/25 94/20 97/20 100/5 131/9
**makers [1]** 49/12
**Makes [1]** 44/20
**MAMR [3]** 44/2 44/9 51/5
**many [16]** 32/10 34/14 34/15 42/24 47/11 47/18 48/25 49/8 53/25 54/2 115/17 127/5 130/21 131/7 132/19 137/8
**MARC [1]** 2/3
**margin [1]** 88/22
**MARK [4]** 6/4 7/16 7/17 8/10
**market [4]** 27/3 50/12 51/12 51/21
**marketing [2]** 91/15

**M**

**marketing... [1]** 92/4
**markets [1]** 53/3
**Mary [1]** 5/13
**matched [3]** 25/21 25/21 135/4
**material [4]** 15/4 30/19 70/4 112/7
**materials [2]** 15/6 47/25
**matter [2]** 81/7 141/5
**MATTHEW [1]** 2/16
**maximum [2]** 47/18 47/19
**may [9]** 50/16 57/15 65/14 79/19 91/7 104/8 104/11 107/19 118/4
**maybe [5]** 45/18 45/19 54/5 74/16 140/14
**mchan [1]** 2/24
**me [50]** 11/3 50/2 52/21 59/11 59/11 64/8 68/19 69/6 70/21 71/4 75/8 77/14 80/14 82/22 83/22 84/20 85/14 85/22 86/12 86/25 87/24 89/17 91/19 93/2 93/12 99/3 99/17 99/20 100/5 102/9 106/24 107/8 107/11 107/15 107/24 109/4 111/15 114/14 118/1 120/16 121/7 121/15 122/18 123/7 124/1 124/3 124/23 126/16 126/23 130/3
**mean [9]** 16/1 46/3 72/16 81/9 81/25 109/1 113/10 129/22 129/22
**meaning [1]** 44/24
**meaningful [2]** 65/25 66/11
**means [6]** 36/18 50/3 57/13 60/13 74/14 123/17
**meant [5]** 74/21 126/21 128/9 128/9 128/10
**measure [2]** 78/22 136/18
**measured [2]** 27/17 105/1
**measurement [7]** 76/22 78/19 78/21 79/18 80/16 80/18 136/13
**measurements [6]** 78/8 78/18 80/15 105/8 136/15 136/16
**measuring [1]** 104/19
**mechanic [1]** 84/12
**media [39]** 6/9 6/11 7/3 7/5 7/10 30/5 30/8 30/14 31/19 32/16 35/21 39/8 39/22 41/25 42/13 42/14 43/4 43/18 47/24 47/25 51/5 53/23 66/10 104/20 111/1 111/8 112/20 116/21 119/22 126/19 127/5

128/15 129/14 130/14 130/20 132/16 138/9 138/15 139/7
**medium [4]** 18/14 20/7 38/5 40/1
**meet [8]** 14/22 18/6 18/16 18/24 20/9 20/18 22/7 23/23
**Meff [1]** 103/6
**MENLO [5]** 3/19 4/9 4/22 5/3 5/4
**mention [10]** 99/11 117/13 117/18 126/10 127/2 127/6 127/12 127/13 127/14 128/17
**mentioned [10]** 47/15 48/21 48/24 53/21 58/18 67/19 92/3 127/5 127/6 136/20
**MESA [2]** 3/22 3/23
**met [5]** 9/10 10/4 12/9 25/18 25/22
**metaphor [1]** 76/11
**method [1]** 44/5
**mfenster [1]** 2/6
**mic [1]** 94/16
**microphone [1]** 72/14
**microwave [1]** 44/3
**microwave-assisted [1]** 44/3
**mid [1]** 80/19
**mid-afternoon [1]** 80/19
**middle [8]** 69/24 101/6 106/7 106/8 109/12 109/19 110/19 113/11
**might [5]** 49/18 68/17 94/6 118/17 130/21
**mind [2]** 91/20 111/15
**MINNA [1]** 2/21
**minus [5]** 46/8 46/11 47/9 47/13 48/12
**minute [2]** 70/21 87/13
**minutes [4]** 80/20 131/16 131/17 139/21
**MIRZAIE [1]** 3/7
**MMG [1]** 19/21
**modeling [2]** 79/15 79/16
**moderate [2]** 30/18 31/7
**modern [3]** 32/16 129/13 129/17
**MOKE [1]** 104/24
**moment [4]** 77/19 78/11 89/7 91/3
**moments [5]** 10/19 60/13 74/25 76/11 79/10
**money [1]** 128/16
**more [30]** 11/19 12/5 15/8 28/8 28/8 29/1 33/12 36/18 36/19 41/19 41/19 44/13 46/7 48/16 48/18 49/16 49/23 50/3 50/3 50/3 50/4 54/6 54/8 56/3 64/15 64/22 73/6 73/25 82/7 132/24

**morning [6]** 16/5 16/8 28/13 139/14 139/20 140/3
**most [7]** 28/17 31/19 71/20 111/1 111/7 122/25 138/6
**mostly [1]** 52/16
**mother [1]** 50/4
**motivations [2]** 112/24 113/7
**move [12]** 29/21 36/3 37/7 38/15 42/1 45/9 76/10 80/1 80/2 80/9 105/16 121/25
**moved [3]** 38/25 75/20 79/13
**movement [2]** 75/23 76/14
**moves [3]** 68/3 76/24 79/1
**moving [8]** 10/25 18/4 20/5 37/15 37/21 76/1 76/6 126/20
**MR [9]** 1/6 5/10 26/13 54/4 55/8 57/18 105/7 130/8 139/20
**MR Tech [2]** 26/13 54/4
**MR Technologies [1]** 55/8
**Mr. [61]** 8/9 26/9 26/11 26/12 26/15 27/2 41/6 48/15 54/15 59/6 67/21 68/18 69/6 69/11 73/4 75/8 81/19 82/12 82/23 83/4 83/22 84/20 85/15 85/22 86/13 87/1 87/25 89/15 90/14 90/23 93/8 95/8 96/6 97/11 97/21 98/24 100/6 102/8 102/23 105/20 106/24 107/25 109/5 114/20 119/4 122/19 123/9 124/5 125/2 131/22 133/14 134/13 135/11 136/9 136/20 136/24 137/15 139/4 140/8 140/8 140/13
**Mr. Bergman [7]** 26/9 26/11 26/12 26/15 48/15 140/8 140/8
**Mr. Bergman's [2]** 27/2 140/13
**Mr. Chang [1]** 8/9
**Mr. Lumish [9]** 81/19 131/22 133/14 134/13 135/11 136/9 136/20 136/24 137/15
**Mr. Schmoller [40]** 54/15 59/6 67/21 68/18 69/6 69/11 73/4 75/8 82/12 82/23 83/4 83/22 84/20 85/15 85/22 86/13 87/1 87/25 89/15 90/14 90/23 93/8 95/8 96/6 97/11 97/21 98/24 100/6 102/8 102/23 105/20 106/24 107/25 109/5 114/20 119/4

122/19 123/9 124/5 125/2
**Mr. Srinivasan [1]** 139/4
**Mr. Willett [1]** 41/6
**Ms [16]** 81/23 82/2 82/18 83/10 83/16 84/11 84/17 85/4 86/19 87/12 87/22 88/4 88/6 89/2 90/8 98/8
**much [7]** 27/24 28/1 38/15 48/7 49/18 51/18 131/15
**multilayer [5]** 35/5 55/22 59/10 60/6 104/8
**multilayered [3]** 15/21 39/25 40/19
**multiple [6]** 34/11 34/12 34/17 40/2 41/24 42/5
**multiple-layered [1]** 40/2
**multiply [1]** 45/24
**my [29]** 14/22 26/4 32/13 42/24 46/17 48/14 51/22 52/19 64/18 64/25 72/16 74/20 79/9 79/23 85/9 87/3 93/25 101/18 115/9 119/10 126/24 128/18 129/24 129/25 130/22 131/3 131/9 139/20 140/2
**myself [2]** 68/8 71/23

**N**

**name [4]** 90/20 91/13 91/14 92/6
**names [6]** 56/25 91/15 91/15 91/16 92/3 92/4
**nanometers [14]** 18/23 19/7 19/15 19/18 19/20 19/22 19/24 20/1 20/3 20/16 20/17 20/25 21/3 21/3
**nanosecond [11]** 74/1 74/5 74/9 74/10 75/1 75/24 76/9 76/12 76/23 77/22 78/12
**Nanoseconds [1]** 77/23
**narrower [3]** 36/15 36/17 36/18
**National [1]** 39/6
**near [1]** 47/19
**necessarily [2]** 118/12 126/21
**need [5]** 66/6 95/10 99/3 118/1 128/17
**needed [3]** 35/4 67/14 128/16
**needle [1]** 73/24
**needs [3]** 9/25 10/2 68/4
**never [13]** 52/7 91/8 92/19 96/18 96/21 96/24 97/24 98/17 105/1 130/1 130/4 130/23 131/10
**new [2]** 112/7 128/15

**NEWPORT [4]** 4/4 4/5 4/12 4/13
**next [24]** 9/5 12/15 13/14 16/25 17/11 24/7 30/10 30/11 31/21 33/3 33/20 33/22 76/2 76/2 76/2 76/7 76/8 76/8 76/14 76/15 111/10 120/5 120/24 138/8
**Nine [1]** 139/9
**no [79]** 1/8 21/10 21/10 21/13 29/22 32/8 36/4 37/8 42/10 44/11 45/10 46/14 46/23 47/1 47/8 47/19 49/13 50/2 50/23 51/7 51/7 51/13 53/8 57/21 58/14 58/23 64/13 65/11 66/1 68/13 68/13 70/4 71/22 72/2 72/18 72/18 73/25 74/7 75/6 77/6 77/12 77/20 78/17 81/2 87/11 88/25 91/14 92/13 92/17 92/23 97/9 98/6 98/12 98/14 101/16 105/4 105/10 107/7 109/18 115/22 117/17 117/18 119/11 122/3 124/2 127/10 127/15 129/2 129/21 131/4 132/7 133/13 134/16 135/16 136/7 136/21 136/23 139/6 140/19
**No. [1]** 117/23
**No. 1 [1]** 117/23
**nobody [1]** 130/8
**Noffsinger [1]** 5/13
**noise [4]** 33/7 33/8 35/24 36/25
**non [11]** 9/9 43/18 45/18 47/23 48/7 48/25 50/20 50/22 50/23 51/5 51/6
**non-infringing [8]** 43/18 45/18 47/23 48/7 50/20 50/22 50/23 51/6
**non-magnetic [1]** 9/9
**non-media [1]** 51/5
**non-patented [1]** 48/25
**normal [3]** 45/18 47/10 48/9
**normalized [3]** 46/1 46/3 46/11
**north [2]** 4/17 28/13
**north star [1]** 28/13
**not [105]** 15/1 15/4 15/4 15/12 23/21 30/7 32/11 42/13 42/13 43/18 43/23 44/1 44/5 44/11 48/8 48/11 48/24 49/13 50/5 50/11 50/18 51/9 51/14 51/22 54/14 57/17 58/6 58/19 59/12 65/13 66/1 68/11 70/2 70/5 70/7 70/16 70/18 71/3 71/22 74/7 74/17 77/1 78/2 78/8 79/8 79/20 79/23 87/19 87/22 88/6 89/13 91/16

**N**

**not... [53]** 91/24 92/5 92/6 93/25 94/4 94/13 94/17 94/22 94/24 96/15 96/16 97/7 97/9 98/2 98/10 99/13 100/11 100/12 101/20 103/18 103/20 104/3 104/4 105/7 105/10 105/14 107/5 108/19 115/6 115/10 115/22 118/11 118/18 122/24 126/21 128/9 128/10 129/24 130/5 130/10 130/12 130/16 130/21 131/4 133/13 134/23 136/7 136/21 136/23 139/11 139/12 140/5 140/19

**nothing [2]** 78/24 132/7

**notions [1]** 53/7

**now [21]** 14/24 21/4 32/1 32/18 42/1 46/18 48/12 53/10 57/9 61/3 64/24 66/7 67/25 73/2 73/20 90/12 93/19 99/14 116/19 125/17 133/14

**nucleation [81]** 8/19 8/23 9/8 9/12 9/17 9/19 10/2 10/9 10/11 10/18 11/7 11/11 11/19 11/25 12/11 12/14 12/18 13/15 13/19 15/1 15/3 15/11 15/14 15/17 15/20 15/21 15/25 16/2 16/6 18/22 19/11 19/14 19/17 20/14 24/4 24/17 25/17 31/9 35/5 35/6 55/25 56/4 56/7 56/11 56/18 56/22 57/23 58/2 58/16 58/25 60/8 60/18 60/22 63/6 63/12 63/17 63/25 64/9 65/18 65/20 67/15 68/4 72/22 73/3 73/6 73/10 73/14 77/10 77/15 78/10 82/8 83/19 102/16 105/3 105/6 117/16 117/19 127/14 132/23 133/15 134/9

**number [24]** 27/16 32/21 34/21 46/17 47/13 47/20 48/13 53/21 54/12 55/15 86/2 86/8 89/20 90/4 90/9 91/12 92/23 93/6 98/16 98/17 98/23 99/3 135/14 135/17

**numbers [4]** 89/1 89/3 97/14 140/2

**O**

**o0o [1]** 8/2

**object [4]** 133/4 133/8 136/2 139/1

**objection [8]** 29/22 36/4 37/8 45/10 94/9 122/2 122/2 122/3

**objective [1]** 28/17

**obtains [1]** 27/10

**obviously [1]** 76/10

**October [1]** 118/20

**October 2014 [1]** 118/20

**odd [1]** 112/21

**off [6]** 8/15 62/6 68/1 85/9 93/25 98/16

**offer [1]** 65/5

**officer [3]** 53/4 121/23 122/9

**OFFICIAL [2]** 1/21 141/12

**often [3]** 15/4 118/4 118/17

**oh [6]** 11/2 54/4 69/7 89/15 119/11 119/13

**okay [82]** 8/9 11/5 12/4 12/17 14/19 16/10 18/4 18/8 18/19 25/19 26/7 31/2 31/12 35/15 42/1 54/23 54/25 57/17 58/21 59/2 59/4 59/16 59/20 60/4 60/20 61/19 62/1 62/6 62/8 65/3 65/14 66/10 68/1 68/13 69/1 69/3 69/9 69/17 70/11 70/18 71/10 73/17 74/14 76/1 77/19 77/23 78/1 78/24 80/6 80/8 80/14 84/3 84/15 87/7 88/10 89/2 90/1 93/7 93/15 96/4 97/16 98/22 102/12 104/5 105/12 110/8 110/15 112/12 114/10 119/13 121/14 123/3 123/17 124/13 125/8 125/16 126/8 135/6 135/9 140/10 140/15 140/20

**omitted [2]** 93/22 93/24

**one [68]** 12/15 22/2 30/15 32/9 33/21 43/5 52/20 55/9 55/24 59/3 61/25 63/16 63/17 64/15 64/23 65/3 65/6 65/17 70/19 70/21 72/2 72/4 72/18 72/19 73/6 75/23 76/2 76/2 76/7 76/7 76/8 76/8 76/16 77/3 80/2 82/15 89/7 91/7 91/16 92/14 93/4 97/4 98/8 98/19 99/9 99/10 100/1 100/11 100/13 101/1 102/3 103/10 103/11 108/25 109/9 110/8 110/17 112/22 113/9 114/15 119/9 120/8 120/23 125/11 125/12 125/12 135/21 136/1

**one-third [1]** 43/5

**ones [9]** 64/4 64/5 65/8 72/5 72/21 72/22 76/16 100/6 128/12

**only [13]** 43/5 45/20 47/16 49/18 53/18 58/6

89/12 100/18 101/19 103/10 104/5 104/11 109/23

**oOo [1]** 140/23

**Oops [1]** 54/23

**open [66]** 8/4 13/24 16/12 17/2 22/13 24/8 24/14 24/21 25/7 31/14 35/13 54/18 59/7 60/19 61/21 67/23 68/21 69/12 71/15 73/8 75/14 81/14 82/13 83/14 83/23 84/5 84/21 85/16 86/6 88/2 88/11 89/18 90/15 90/24 93/10 95/12 96/7 96/12 97/12 97/22 99/1 100/8 102/11 102/25 105/21 106/25 108/1 108/14 109/6 110/14 111/18 114/22 116/7 119/6 120/6 120/18 120/25 121/17 122/15 123/10 125/6 133/21 137/13 137/22 138/4 138/12

**opening [4]** 21/4 32/1 46/19 52/19

**opinion [13]** 14/25 15/17 37/12 37/24 39/2 40/13 47/3 47/7 50/19 51/22 63/5 64/14 64/21

**opinions [2]** 65/5 139/12

**optimizations [1]** 48/4

**optimized [1]** 33/6

**optional [1]** 61/9

**orange [1]** 109/8

**order [10]** 8/6 59/6 60/17 66/11 71/11 71/12 74/8 81/17 120/24 127/3

**Order 30 [1]** 71/12

**Oreo [1]** 69/24

**organization [1]** 47/12

**oriented [7]** 61/17 64/6 64/11 66/3 71/25 72/6 72/20

**original [3]** 118/17 118/18 133/23

**other [49]** 17/20 26/21 32/19 32/21 33/20 35/8 36/8 37/1 37/24 39/18 40/7 41/1 41/11 43/10 43/15 47/21 47/24 48/17 49/11 52/6 53/16 55/25 60/11 60/14 65/8 78/24 80/2 80/2 83/18 84/15 86/19 93/4 96/5 98/9 98/20 99/9 99/10 100/20 101/1 101/6 101/21 105/17 110/10 114/7 127/7 128/10 128/12 135/23 137/6

**others [2]** 42/24 65/18

**our [5]** 77/4 78/3 105/23 140/8 140/9

**out [22]** 32/11 35/2 35/7 37/17 40/1 46/7 48/16 53/8 55/15 65/8

74/4 83/6 92/18 94/7 94/20 95/1 96/9 119/12 119/15 119/17 132/4 137/18

**outside [3]** 48/14 80/24 139/17

**over [15]** 15/23 15/24 16/20 17/4 17/8 17/14 17/18 17/23 32/3 32/7 33/1 45/4 73/24 114/12 136/10

**overall [13]** 12/1 13/15 13/18 13/20 14/5 14/8 14/12 14/14 14/16 14/18 16/7 16/14 25/22

**overcome [1]** 30/9

**overwrite [4]** 32/24 32/25 33/1 37/23

**OW [1]** 7/7

**own [10]** 65/7 65/11 65/24 66/1 118/5 131/24 132/6 132/11 133/24 134/15

**oxide [3]** 15/4 15/6 100/2

**oxides [1]** 101/2

**P**

**P.C [2]** 4/3 4/12

**p.m [5]** 1/19 8/1 81/13 81/13 140/22

**pack [1]** 28/8

**packed [1]** 33/20

**page [24]** 54/16 59/19 60/16 61/19 67/22 68/19 69/7 70/9 71/14 94/8 96/5 102/10 102/21 106/22 107/13 107/15 108/10 109/24 110/1 110/2 110/9 111/17 120/4 141/6

**page 11 [1]** 102/21

**page 12 [1]** 70/9

**page 14 [3]** 54/16 67/22 102/10

**page 19 [1]** 120/4

**page 219 [1]** 94/8

**page 220 [1]** 96/5

**page 30 [2]** 60/16 71/14

**page 8 [1]** 59/19

**page 9 [2]** 68/19 111/17

**page 90 [2]** 107/13 107/15

**page 95 [2]** 106/22 108/10

**pages [1]** 110/10

**paper [23]** 31/22 35/16 36/12 38/20 42/17 42/25 44/19 54/22 69/19 70/4 77/7 91/10 109/21 113/2 113/3 113/16 113/23 118/3 118/13 118/15 118/16 118/17 126/22

**papers [2]** 30/16 118/16

**Papusoi [1]** 18/3

**paragraph [2]** 103/9

104/13

**Paralegal [1]** 5/9

**paramount [3]** 39/12 39/16 117/3

**pardon [1]** 71/4

**parity [1]** 43/19

**parity-check [1]** 43/19

**PARK [5]** 3/19 4/9 4/22 5/3 5/4

**PARKER [3]** 1/20 141/12 141/12

**part [30]** 9/5 9/10 12/4 12/8 12/8 13/14 14/25 15/11 15/13 15/13 15/14 15/16 15/20 18/13 20/6 23/7 27/16 35/18 47/16 53/4 61/8 70/5 70/7 86/8 113/8 114/15 116/19 116/20 116/22 132/24

**particular [8]** 50/5 73/25 102/18 103/20 110/19 133/1 134/19 134/25

**parties [1]** 22/14

**parts [1]** 95/14

**pass [2]** 51/24 131/14

**passed [1]** 52/6

**past [1]** 129/7

**pat [1]** 128/10

**patent [41]** 8/16 14/21 14/23 21/17 21/22 21/23 21/25 22/1 22/17 22/22 22/24 22/25 23/3 23/4 23/10 25/15 25/22 25/23 25/25 26/6 26/6 54/17 54/24 63/7 65/2 68/15 68/20 68/24 70/5 102/20 102/24 104/6 104/15 110/3 110/6 119/1 120/2 120/12 124/24 132/2 136/8

**patented [2]** 48/25 50/24

**patents [29]** 27/10 49/1 53/21 53/22 70/3 71/5 92/15 103/18 115/20 116/2 116/16 117/9 117/13 118/23 121/12 122/24 125/19 127/20 128/1 129/13 129/16 130/12 130/13 130/18 130/24 131/2 131/4 131/10 131/12

**path [3]** 40/1 40/4 40/18

**PATRICIA [1]** 4/20

**patricia.young [1]** 4/23

**pats [2]** 126/14 127/6

**pattern [1]** 133/4

**PAUL [1]** 3/3

**Pause [4]** 51/25 69/8 70/23 94/12

**PDX [16]** 61/20 62/10 75/9 75/13 82/12 83/13 84/3 85/14 85/15 88/10 93/9 97/11 105/19 114/21 116/5 137/11

**PDX 3 [1]** 137/11

**P**

**PDX 3.138 [1]** 105/19
**PDX 3.179 [1]** 62/10
**PDX 3.222 [1]** 116/5
**PDX 3.223 [1]** 114/21
**PDX 3.69 [1]** 83/13
**PDX 3.78 [2]** 85/14 85/15
**PDX 3.79 [2]** 93/9 97/11
**PDX 3.89 [1]** 84/3
**people [6]** 27/25 47/11 118/7 125/24 130/3 130/21
**per [17]** 27/19 27/20 29/4 39/13 39/24 40/3 40/15 40/19 42/7 42/18 42/19 42/23 45/23 46/12 48/25 49/8 50/17
**percent [14]** 45/3 45/4 45/19 46/8 46/9 46/21 46/24 47/4 48/12 88/19 123/13 123/22 124/12 128/20
**percentage [3]** 46/15 47/20 88/21
**perform [1]** 72/5
**perhaps [1]** 136/12
**period [2]** 65/9 66/12
**permanent [1]** 112/8
**perpendicular [2]** 7/9 116/21
**personally [3]** 130/5 130/11 130/21
**physics [4]** 78/15 78/17 78/25 80/12
**pick [1]** 136/6
**picked [5]** 67/12 67/16 133/14 134/1 135/21
**picking [1]** 92/7
**picture [2]** 106/1 109/1
**pink [3]** 100/7 100/13 101/1
**pkroeger [1]** 3/6
**place [4]** 70/8 89/3 104/5 104/11
**places [1]** 68/24
**Plaintiff [7]** 1/7 1/11 2/2 3/2 3/16 4/2 5/2
**PLAINTIFF'S [9]** 6/3 6/7 7/2 8/10 29/24 36/6 37/10 45/12 122/5
**plan [1]** 121/4
**planned [1]** 35/7
**platter [1]** 28/9
**platters [1]** 51/11
**play [1]** 75/11
**played [4]** 39/11 39/16 75/12 117/3
**player [1]** 73/24
**please [65]** 8/6 22/12 31/16 59/6 60/16 67/21 68/19 69/6 69/11 70/13 70/22 71/11 75/9 80/21 81/17 82/11 82/23 83/3 83/13 83/22 84/20 85/15 85/22 86/12 87/1 87/14 87/24 88/1 89/14 89/17 90/22 91/19 93/8

94/16 95/8 95/11 96/6 97/10 97/21 98/24 100/6 102/7 105/19 106/24 107/11 107/24 109/4 110/13 114/14 114/20 116/6 119/4 120/17 121/15 121/18 122/18 123/8 124/4 125/5 126/24 131/3 137/10 137/12 138/10 139/11
**plus [4]** 18/11 28/10 45/18 50/13
**PMR [23]** 6/11 7/5 31/19 32/16 41/25 42/13 42/14 46/6 110/21 111/1 111/7 112/20 116/21 125/12 126/18 127/8 127/9 128/19 129/14 129/17 130/14 130/20 138/7
**point [9]** 55/12 62/13 73/24 94/15 94/18 101/18 113/9 128/15 129/19
**pointing [1]** 74/15
**points [1]** 80/4
**portion [1]** 28/23
**possible [2]** 136/18 136/21
**potentially [3]** 51/13 113/22 114/6
**power [4]** 50/2 50/4 50/5 51/13
**practice [1]** 104/14
**predicted [2]** 43/22 44/12
**prepared [3]** 121/22 121/22 122/7
**presence [4]** 8/5 80/25 81/15 139/18
**present [2]** 5/7 78/8
**presentation [23]** 6/11 7/5 29/18 30/3 30/23 31/10 35/19 37/5 40/11 41/2 41/15 108/7 108/17 108/21 108/24 110/10 113/9 121/21 122/8 123/3 125/9 138/16 138/18
**presentations [1]** 114/8
**presented [11]** 44/6 61/23 62/11 78/24 85/18 88/14 95/1 105/18 105/23 118/14 119/9
**presenting [3]** 88/7 94/24 119/18
**PRESIDING [1]** 1/4
**prevailing [1]** 110/21
**prevent [1]** 23/21
**previously [2]** 8/10 33/1
**primary [1]** 49/6
**principle [12]** 31/18 49/17 110/25 111/12 111/15 112/8 112/12 112/19 113/1 113/3

138/6 138/24
**principles [1]** 114/11
**prior [2]** 48/12 138/10
**PRM [1]** 39/8
**pro [1]** 2/17
**probably [9]** 64/24 78/19 79/9 80/16 81/1 114/18 127/23 131/16 132/20
**Probing [1]** 7/8
**proceed [2]** 95/3 140/15
**proceedings [8]** 1/15 8/4 53/9 80/24 81/14 139/17 140/22 141/5
**Process [1]** 7/8
**produces [1]** 135/18
**product [8]** 27/3 27/12 91/21 92/11 92/14 98/5 99/23 134/20
**products [69]** 8/22 10/4 10/12 10/24 12/9 13/17 13/18 14/20 14/22 15/18 17/15 17/22 18/16 18/24 20/8 20/18 21/14 21/16 22/7 22/22 22/23 23/23 24/17 25/14 25/24 26/15 26/17 26/17 26/19 26/24 27/6 27/18 34/17 37/3 40/9 41/3 41/14 42/2 44/1 45/22 46/6 46/12 47/18 48/10 48/22 48/24 49/5 49/11 55/10 97/5 98/1 99/16 99/17 100/16 101/7 105/9 106/18 107/6 109/16 128/14 131/23 132/8 132/12 132/13 132/16 135/15 135/16 136/6 137/7
**profits [1]** 46/25
**progression [1]** 42/6
**project [2]** 39/5 118/20
**properties [4]** 26/22 57/3 67/18 72/8
**property [1]** 58/19
**proposal [1]** 39/5
**prove [3]** 78/25 79/15 79/16
**provide [4]** 23/15 26/2 28/15 48/13
**publication [2]** 48/23 112/22
**publications [1]** 114/8
**publish [2]** 107/16 122/1
**published [65]** 13/24 16/12 17/2 22/13 24/8 24/14 24/21 25/7 31/14 35/13 54/18 59/7 60/19 61/21 67/23 68/21 69/12 69/19 71/15 73/8 75/14 82/13 83/14 83/23 84/5 84/21 85/16 86/6 88/2 88/11 89/18 90/15 90/24 93/10 95/12 96/7 96/12 97/12 97/22 99/1 100/8

102/11 102/25 105/21 106/25 108/9 108/14 109/6 110/14 111/18 114/22 116/7 119/6 120/6 120/18 120/25 121/17 122/15 123/10 125/6 133/21 137/13 137/22 138/4 138/12
**pull [3]** 13/23 84/23 124/4
**pulled [3]** 84/17 119/11 119/11
**pulses [4]** 36/22 36/22 36/23 74/8
**purple [13]** 8/23 9/12 63/11 63/14 64/5 64/9 72/21 76/16 100/6 100/10 100/12 101/14 134/12
**purple-colored [1]** 64/5
**purpose [1]** 75/20
**purposes [1]** 81/22
**pursuant [1]** 141/2
**put [14]** 19/6 49/9 49/23 62/22 63/3 63/20 64/1 74/25 87/17 87/18 106/14 113/5 115/15 132/4
**putting [1]** 111/5

**Q**

**QKU [1]** 81/23
**quantify [2]** 38/18 39/19
**question [16]** 30/9 72/16 74/20 79/8 79/9 79/23 87/14 91/20 95/15 95/17 96/19 107/23 108/4 126/24 131/3 131/9
**questions [6]** 52/10 52/19 57/9 131/22 134/13 136/9
**quick [1]** 13/23
**quickly [1]** 74/19
**quite [4]** 54/4 62/4 86/24 89/13
**quote [3]** 97/24 106/4 115/15
**quoted [1]** 103/2

**R**

**raising [1]** 60/7
**raklaw.com [8]** 2/6 2/10 2/15 2/19 2/24 3/6 3/10 3/15
**rally [1]** 126/23
**range [6]** 42/9 46/2 46/5 46/16 48/14 50/17
**rate [3]** 123/18 123/19 123/20
**rather [1]** 85/13
**ratio [2]** 33/7 33/8
**RAUTH [2]** 4/3 4/12
**ray [1]** 7/10
**RE [14]** 6/4 7/16 7/17 8/10 8/13 29/16 31/16 46/18 51/23 52/4 73/5 81/22 131/22 140/7

**reach [2]** 65/14 84/1
**reached [1]** 124/17
**read [12]** 11/3 15/5 36/21 47/24 53/25 64/18 68/1 70/14 70/21 95/23 98/16 130/7
**reading [5]** 11/18 58/15 64/24 106/4 123/15
**real [1]** 13/23
**realize [1]** 37/22
**really [6]** 47/7 51/7 54/12 76/20 81/24 82/3
**reason [3]** 21/10 21/11 67/9
**reasonable [5]** 27/1 27/2 54/13 65/9 121/10
**reasonably [1]** 65/13
**recall [12]** 32/1 39/5 64/15 64/16 66/17 85/9 99/5 101/7 101/8 101/24 110/11 114/4
**received [10]** 29/23 29/24 36/5 36/6 37/9 37/10 45/11 45/12 122/4 122/5
**Recent [2]** 6/8 7/3
**recess [4]** 80/20 81/11 81/12 81/13
**rechannel [1]** 44/22
**recipes [1]** 19/8
**recognize [4]** 95/17 109/8 119/8 121/21
**recognized [1]** 96/17
**record [7]** 11/10 62/24 72/12 73/24 94/14 94/18 124/19
**recording [17]** 6/9 7/3 7/9 18/14 20/7 22/5 39/12 40/15 43/22 43/24 44/3 44/4 44/23 45/6 116/21 117/4 136/18
**RECROSS [1]** 6/3
**red [7]** 12/11 26/21 31/13 110/24 111/5 137/12 138/1
**REDIRECT [2]** 6/3 131/20
**reduce [2]** 28/19 34/10
**reduced [2]** 21/2 21/2
**reducing [1]** 30/6
**refer [4]** 27/15 62/4 109/16 117/16
**reference [8]** 117/24 118/2 118/5 118/5 118/7 118/16 118/17 119/21
**references [1]** 68/24
**referred [2]** 30/4 70/15
**referring [3]** 34/12 63/25 104/13
**refers [6]** 27/14 27/16 60/10 71/8 109/12 121/3
**refresh [1]** 68/8
**regardless [1]** 79/12
**regular [1]** 139/9
**regulations [1]** 141/7

## R

**relate [2]** 32/22 34/2
**related [4]** 26/8 32/19 33/24 43/18
**relating [2]** 95/19 96/19
**relationship [1]** 49/4
**relative [1]** 56/8
**relevant [1]** 95/2
**relied [3]** 37/5 135/23 136/16
**relieves [1]** 57/18
**rely [8]** 17/20 20/21 29/16 29/18 38/22 79/15 79/16 136/15
**remember [21]** 21/7 26/21 30/18 32/4 46/14 54/6 75/16 80/21 93/6 101/2 102/4 113/14 119/18 127/23 131/24 134/20 136/25 137/4 137/15 137/19 139/11
**remind [5]** 8/21 18/5 51/10 73/5 75/12
**remove [1]** 132/4
**removed [1]** 44/8
**repeat [2]** 71/23 130/15
**repeated [1]** 133/7
**reported [2]** 126/15 141/4
**REPORTER [6]** 1/21 11/9 62/23 72/11 124/18 141/12
**REPORTER'S [1]** 1/15
**representative [4]** 5/10 19/4 99/16 135/4
**represented [4]** 8/23 9/4 13/5 92/5
**represents [1]** 40/16
**requests [4]** 11/9 62/23 72/11 124/18
**require [6]** 9/21 20/12 132/3 132/22 133/1 133/10
**required [4]** 13/14 18/19 34/10 48/8
**requirement [11]** 23/9 23/11 77/6 77/8 77/14 77/20 77/21 77/22 101/16 102/7 132/2
**requirements [4]** 22/8 102/15 133/2 133/11
**requires [2]** 8/17 72/3
**research [4]** 45/19 46/11 47/10 118/13
**researchers [2]** 32/10 118/7
**respect [1]** 43/14
**responding [1]** 107/17
**response [1]** 107/7
**rest [1]** 133/12
**restroom [1]** 81/10
**retained [1]** 66/22
**retired [3]** 54/9 131/1 131/13
**revenue [1]** 46/22
**Reversal [1]** 7/8
**review [1]** 49/2
**reviewed [1]** 126/22

**revolutionary [5]** 129/8 129/9 129/10 130/15 130/19
**REZA [1]** 3/7
**RICHARD [1]** 5/3
**rick.frenkel [1]** 5/5
**right [212]**
**right-hand [2]** 21/22 23/3
**rightability [1]** 32/12
**rise [4]** 8/3 80/22 81/16 139/15
**rival [1]** 52/22
**RMD [1]** 46/8
**rmirzaie [1]** 3/10
**RND [3]** 47/13 48/9 48/12
**roadmap [6]** 35/2 35/7 40/18 41/18 42/5 51/18
**ROBERT [1]** 2/12
**role [4]** 39/12 39/16 117/3 129/25
**room [1]** 49/18
**roughly [6]** 66/25 67/4 75/23 88/19 114/2 127/25
**row [5]** 86/11 86/22 87/23 89/14 89/17
**rule [3]** 66/25 67/4 81/2
**RUSS [9]** 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 5/9

## S

**SACV [1]** 1/8
**said [40]** 8/19 11/7 11/11 20/24 21/2 21/5 28/7 28/16 29/11 30/19 32/2 32/9 40/23 42/12 45/20 60/4 64/13 65/6 66/7 67/8 67/13 77/19 80/16 98/12 99/14 100/15 101/24 104/11 113/22 113/25 114/5 114/5 125/22 125/24 128/9 130/6 130/9 130/17 130/21 131/2
**SALIL [1]** 4/3
**same [28]** 14/2 14/3 23/6 23/6 31/10 61/19 62/17 79/4 79/13 79/17 80/1 80/4 80/9 80/13 83/25 84/12 89/23 90/9 91/19 100/17 111/16 114/13 114/24 115/8 116/12 118/13 120/10 135/19
**SANTA [4]** 1/3 1/17 1/23 7/18
**SARAH [1]** 4/16
**sarah.wang [1]** 4/19
**saw [15]** 14/2 19/8 28/6 29/6 38/3 41/6 42/5 42/14 48/12 48/23 51/17 75/2 104/5 131/10 137/8
**say [38]** 20/23 28/4 32/15 32/17 34/20 37/19 38/4 41/22 43/7 46/9 52/25 54/2 54/10

57/19 68/2 68/6 71/7 71/19 71/24 73/23 76/20 78/16 78/17 78/25 78/25 93/2 97/3 99/20 109/1 116/24 119/17 124/10 126/25 129/10 130/11 138/14 138/24 139/4
**say-so [1]** 78/25
**saying [7]** 57/17 63/17 63/17 73/11 102/1 106/4 126/16
**says [54]** 8/18 9/6 11/1 18/6 18/13 18/21 20/6 20/13 23/19 30/5 30/13 36/13 41/9 42/17 43/1 44/25 45/17 57/18 61/16 68/3 68/3 70/24 76/16 90/18 93/24 94/2 95/16 96/10 96/14 96/17 96/21 97/7 98/10 100/1 103/5 103/13 103/24 107/2 108/3 110/20 110/25 111/4 111/11 112/5 112/7 115/3 115/19 116/20 117/6 117/21 125/12 125/12 138/6 138/15
**sbali [1]** 4/6
**Schmoller [41]** 5/11 54/15 59/6 67/21 68/18 69/6 69/11 73/4 75/8 82/12 82/23 83/4 83/22 84/20 85/15 85/22 86/13 87/1 87/25 89/15 90/14 90/23 93/8 95/8 96/6 97/11 97/21 98/24 100/6 102/8 102/23 105/20 106/24 107/25 109/5 114/20 119/4 122/19 123/9 124/5 125/2
**SCL [4]** 10/23 62/16 65/23 67/10
**scope [1]** 94/20
**SCOTT [4]** 3/18 4/8 4/21 5/4
**screen [9]** 55/1 62/7 62/10 68/1 71/17 99/6 106/12 106/24 119/8
**scroll [3]** 69/9 69/10 73/5
**Seagate [28]** 7/15 52/13 52/15 52/17 52/21 52/25 53/4 66/24 67/5 91/14 104/18 121/23 122/8 127/8 127/19 128/1 128/7 129/2 129/18 129/20 130/1 130/2 130/8 131/1 134/13 134/15 134/17 136/22
**Seagate's [1]** 128/13
**searched [1]** 68/14
**seated [2]** 8/6 81/17
**second [10]** 37/19 70/8 74/10 74/16 98/22 101/24 101/25 107/12 110/24 125/12

**secondary [1]** 118/16
**secret [1]** 78/3
**section [2]** 28/23 141/2
**see [79]** 19/6 20/5 21/25 23/6 30/2 30/10 30/16 34/8 35/15 36/11 38/1 39/23 39/24 41/1 41/11 41/16 56/19 57/10 61/1 61/6 63/16 69/14 69/21 70/12 70/17 70/17 74/17 78/3 82/21 86/2 86/15 86/16 86/22 86/24 87/6 87/7 87/22 88/1 88/4 89/4 89/20 89/20 90/17 90/19 91/9 91/13 91/23 93/20 95/21 100/3 100/7 101/25 103/13 103/22 106/10 107/2 107/22 108/8 108/9 109/19 111/11 111/13 112/4 112/5 113/2 114/24 117/23 118/15 118/21 119/10 119/24 121/2 121/5 122/11 123/5 125/4 135/5 135/8 139/14
**seeing [1]** 40/14
**seems [1]** 121/10
**seen [15]** 18/16 24/3 34/5 37/1 38/17 45/16 63/23 96/16 96/18 96/21 96/24 97/8 130/23 131/4 137/7
**segments [1]** 27/4
**segregate [1]** 15/6
**segregation [2]** 33/3 33/6
**selected [1]** 67/9
**selection [1]** 97/4
**sell [3]** 49/10 49/11 49/13
**SELNA [1]** 1/4
**sentence [4]** 103/10 103/13 116/19 116/20
**separatable [1]** 32/11
**separate [1]** 133/2
**separated [3]** 66/1 130/17 133/11
**separately [1]** 49/11
**separating [1]** 29/8
**sequential [1]** 76/2
**series [1]** 36/22
**served [2]** 53/13 53/18
**session [2]** 8/7 81/18
**set [2]** 10/19 62/2
**Seuss [29]** 5/10 29/13 35/2 40/4 44/5 44/24 46/22 46/25 47/3 69/19 73/20 74/18 74/20 78/1 104/2 111/7 111/23 113/3 113/10 115/20 118/11 124/24 127/12 128/25 129/4 129/19 130/1 130/7 130/11
**Seuss' [26]** 29/5 29/7 30/15 31/22 32/12 33/5 33/9 33/24 45/21 48/2 48/3 77/1 77/7 112/22

113/6 114/8 115/8 118/16 122/23 127/20 129/12 129/16 130/18 137/25 138/18 139/6
**Seuss's [1]** 113/23
**seven [3]** 19/4 120/2 120/12
**seven years [2]** 120/2 120/12
**several [1]** 103/17
**shanle [1]** 4/14
**sharply [1]** 36/19
**shingle [1]** 44/23
**Shingled [1]** 43/24
**shocked [1]** 68/17
**short [1]** 136/18
**should [11]** 21/19 54/20 57/19 67/5 69/7 81/1 81/3 91/10 114/18 119/17 136/12
**show [42]** 12/8 33/9 55/9 57/19 57/19 57/22 66/16 69/2 75/11 76/5 76/21 76/23 77/1 77/2 77/7 77/8 78/9 78/15 78/18 80/15 82/7 82/18 85/13 87/4 87/18 91/3 93/7 93/12 94/8 94/25 97/2 97/7 99/3 101/4 106/23 107/8 107/18 108/24 114/18 114/24 124/3 128/19
**showed [34]** 16/8 32/13 66/15 75/7 76/1 76/6 76/14 82/15 83/16 84/7 87/17 89/7 91/2 93/13 94/5 94/7 99/4 102/3 107/17 109/10 110/10 110/17 111/20 111/22 113/8 114/15 114/15 116/9 120/8 120/15 120/20 121/8 136/24 138/21
**showing [11]** 26/14 28/22 36/12 37/2 40/18 75/16 84/10 107/18 111/9 113/14 119/21
**shown [14]** 12/11 16/18 35/19 40/16 59/1 80/14 99/15 100/10 101/14 104/12 113/1 130/10 130/16 138/19
**shows [12]** 37/14 41/7 41/24 76/22 92/5 100/17 113/16 115/8 115/24 121/10 123/3 123/13
**shrunk [1]** 52/16
**Shun [1]** 127/11
**shut [2]** 92/15 92/20
**sic [6]** 34/11 63/6 94/7 95/1 115/17 123/17
**side [10]** 21/21 21/22 23/2 23/3 39/23 64/1 69/14 83/6 97/2 132/5
**sides [1]** 30/19
**sign [2]** 105/13 105/13
**signal [4]** 33/7 33/8 35/24 36/25

**S**

similar [1] 138/21
similarly [1] 25/8
simulation [3] 77/1 77/7 78/1
Simultaneous [2] 18/9 112/14
since [7] 31/20 111/1 111/1 111/8 124/17 126/15 127/22
single [4] 55/9 65/2 76/21 130/16
sir [53] 54/20 56/3 56/21 58/14 59/9 59/11 59/19 61/25 63/24 64/21 65/16 66/10 67/12 67/25 68/23 70/8 74/14 74/24 75/16 77/17 80/5 82/2 83/11 84/15 86/16 87/15 88/4 88/18 89/10 89/20 91/7 91/25 92/18 94/2 95/7 98/13 99/5 102/22 104/7 104/18 105/9 107/10 108/10 109/8 112/25 119/8 121/14 121/21 122/11 126/8 129/19 130/4 130/23
sits [2] 73/24 95/6
six [3] 34/25 40/24 41/8
six-layered [1] 40/24
size [9] 21/3 28/9 28/19 28/21 30/6 34/10 38/9 49/19 51/13
skills [1] 104/21
SL6A [2] 13/11 19/25
SLC [1] 63/6
slide [70] 7/15 26/14 30/2 30/10 30/11 31/11 39/21 48/12 62/2 62/11 62/13 66/15 67/22 75/12 82/12 83/7 83/16 84/3 84/7 85/11 85/18 87/18 88/14 93/12 93/12 95/2 95/7 97/10 97/21 98/22 99/3 99/5 105/23 106/14 108/21 108/25 109/4 109/15 109/18 111/16 111/20 112/15 112/16 114/13 114/13 114/14 114/18 114/25 115/1 115/16 115/24 116/5 116/9 118/19 119/8 119/18 120/5 120/16 120/20 120/24 122/13 122/17 133/18 133/19 133/20 137/10 137/11 138/10 138/22 139/5
slide 1 [1] 120/16
slide 5 [1] 122/13
slides [12] 61/23 61/25 63/23 82/7 82/15 88/13 101/25 105/17 108/6 110/9 110/17 114/16
slightly [1] 100/24
slow [2] 42/25 75/3
slowly [2] 75/20 76/7

small [5] 28/22 28/24 29/2 32/2 32/6
smaller [8] 18/23 29/1 36/15 36/20 36/23 47/20 48/6 86/12
SMR [3] 43/24 44/12 45/2
snippet [1] 137/16
SNR [5] 7/7 33/7 33/8 35/22 37/22
SNR/OW [1] 7/7
so [262]
soft [7] 30/18 31/7 39/25 69/24 103/11 103/14 103/15
softest [2] 100/13 100/25
sold [2] 92/11 92/19
solve [1] 127/3
solved [2] 125/19 125/22
solving [1] 38/12
some [36] 14/24 15/5 16/10 26/8 26/18 26/20 32/6 32/8 35/9 43/10 45/17 46/18 48/21 51/4 52/10 52/18 53/3 56/14 61/23 62/8 92/5 99/16 105/17 107/18 110/10 117/8 124/12 129/19 130/3 131/22 134/13 136/9 136/13 136/19 136/24 138/24
somehow [1] 132/4
someone [1] 118/5
something [15] 21/6 32/24 42/15 50/1 63/2 63/25 75/2 81/10 93/19 104/22 104/24 106/13 124/1 125/24 140/18
sometimes [1] 118/8
somewhere [3] 62/2 62/3 140/13
sooner [1] 78/11
sorry [9] 34/13 38/25 54/23 71/23 72/14 79/25 89/15 124/23 133/6
sort [2] 117/8 122/24
sounds [2] 54/13 65/14
source [5] 82/25 93/16 109/25 118/17 137/3
SOUTHERN [1] 1/3
spacing [1] 47/25
speak [2] 31/16 72/14
speakers [1] 18/9
speaking [2] 77/22 112/14
specific [5] 72/8 92/2 129/9 133/10 133/11
specifically [1] 97/5
Spectromicroscopy [1] 7/10
speed [2] 74/6 74/7
spent [6] 52/12 54/2 54/10 55/23 56/14 57/21
spin [1] 50/3
spreadsheet [19] 83/9 85/3 86/4 89/6 89/10 90/17 93/16 96/2 97/4 97/23 98/4 98/8 98/17 98/19 99/8 100/19 100/20 101/10 102/2
spreadsheets [1] 99/12
spring [6] 30/14 112/2 112/7 138/6 138/15 139/6
spring' [4] 30/12 31/18 110/25 111/11
square [14] 27/19 27/20 39/14 39/24 40/3 40/15 40/19 42/7 42/18 42/19 42/23 45/23 48/25 50/17
squared [2] 27/15 46/13
Srinivasan [14] 28/6 30/4 79/19 106/1 106/17 107/2 107/9 108/16 111/9 111/22 112/18 136/25 138/24 139/4
Srinivasan's [3] 38/2 106/21 109/1
stability [5] 29/9 30/7 32/12 66/5 66/7
stable [6] 44/8 65/22 66/11 132/10 132/14 132/16
stabled [1] 132/6
stack [21] 15/25 39/9 57/8 66/2 68/7 70/19 70/25 71/3 71/20 72/3 72/24 74/15 76/24 79/2 99/15 99/21 116/25 117/21 132/24 133/3 133/12
stand [2] 44/2 66/19
standard [4] 46/8 104/9 104/17 136/19
stands [2] 42/16 43/21
star [1] 28/13
stars [2] 93/20 95/7
start [10] 12/4 36/17 59/1 59/2 75/18 79/21 93/8 93/19 107/13 107/25
started [3] 42/25 54/6 131/17
starting [5] 13/19 26/9 118/20 123/13 124/21
starts [2] 95/15 124/13
state [2] 80/7 121/11
stated [4] 31/17 34/9 40/2 58/17
statement [12] 31/21 31/24 31/25 35/20 46/19 52/19 64/17 67/7 80/5 94/25 111/5 138/25
statements [2] 21/4 32/1
states [10] 1/1 1/21 23/11 30/11 34/23 38/6 39/7 41/23 141/3 141/7
stay [1] 66/21

steady [1] 80/7
stenographically [1] 141/4
STEVEN [1] 4/11
still [13] 15/20 16/8 57/1 79/6 80/10 80/11 100/22 103/21 108/16 116/14 135/15 135/16 136/7
stipulated [1] 22/19
stipulation [1] 22/15
stock [1] 134/15
stop [2] 131/18 139/8
storage [88] 8/20 8/25 9/1 9/2 9/7 9/11 9/14 9/15 9/23 9/25 10/3 10/10 10/12 10/23 11/24 12/2 12/7 13/16 16/3 27/5 28/2 28/7 28/8 29/12 31/3 31/6 35/16 35/17 47/4 49/4 49/15 50/10 51/11 53/23 55/25 56/8 56/11 56/18 56/22 57/23 58/5 58/9 58/16 60/7 61/5 61/13 62/14 63/18 64/14 64/22 65/1 65/18 65/21 66/3 67/10 68/4 68/6 70/6 70/20 71/4 71/7 71/13 71/20 72/23 73/15 76/25 77/11 77/16 78/12 82/8 83/18 84/12 85/25 88/16 101/11 102/15 105/2 106/9 109/13 110/21 113/17 117/19 131/23 132/3 132/8 132/22 133/16 134/4
store [28] 28/1 58/3 58/6 58/6 58/22 61/16 64/5 64/10 65/8 65/11 65/19 65/22 65/24 66/6 66/11 72/9 72/13 79/3 79/6 79/12 79/17 80/3 80/4 80/10 80/11 117/20 131/24 132/5
stored [1] 80/6
stores [4] 71/25 72/18 72/19 80/6
storing [2] 64/12 72/6
STRADLING [2] 4/3 4/12
stradlinglaw.com [2] 4/6 4/14
STREET [1] 1/22
stretch [1] 95/11
structural [1] 61/8
structure [33] 15/13 15/22 30/18 30/21 34/12 34/14 34/15 36/13 37/22 38/5 39/23 39/25 40/14 40/24 55/22 59/10 60/6 60/6 60/23 69/18 69/22 70/2 70/25 71/8 103/10 103/18 103/20 103/24 104/3 104/9 104/14 104/16 117/18
structured [2] 40/2 40/19
structures [3] 34/11 34/18 41/17
stuck [2] 50/16 51/17
stuff [2] 42/11 118/13
subject [1] 81/7
submitted [1] 139/13
substantial [1] 88/22
substrate [10] 9/9 9/13 9/18 9/20 30/22 30/23 30/25 31/3 55/17 68/5
subtracting [1] 47/10
successful [1] 44/9
such [2] 9/7 11/25
sufficiently [1] 23/20
suggest [2] 106/16 111/6
suggested [6] 46/18 47/2 133/14 134/22 135/11 136/12
suggesting [6] 46/21 46/24 57/17 111/22 117/8 127/8
suitable [1] 43/23
SUITE [5] 1/22 2/18 4/4 4/13 4/17
suited [1] 48/16
sum [2] 19/13 44/16
summarizes [1] 44/16
summary [4] 26/2 26/4 31/11 139/5
superlatives [1] 28/14
superparamagnetic [7] 29/8 32/9 124/17 124/20 125/17 125/20 127/4
supplied [1] 105/10
support [5] 5/11 28/4 29/10 80/12 135/23
supported [2] 21/13 50/13
supporting [4] 22/10 28/15 36/8 37/24
supports [3] 37/12 39/2 40/13
sure [17] 28/22 33/18 42/5 54/14 57/25 64/18 74/17 79/8 79/20 89/13 94/22 118/7 123/23 127/18 129/24 130/16 131/9
surely [2] 129/18 129/23
surprise [1] 32/13
Sustained [2] 136/3 139/2
SW [1] 2/17
switch [5] 58/5 58/22 79/11 79/22 98/9
switching [17] 36/15 36/17 36/18 58/10 59/1 59/2 61/4 64/12 65/21 72/24 73/1 73/14 77/11 77/15 80/12 106/7 106/9
SWORN [1] 8/10
synchrotron [1] 78/22
system [2] 22/6 79/6

**T**

**tab [7]** 59/11 59/12 59/14 90/17 94/2 107/11 107/12
**table [2]** 16/22 17/10
**tables [2]** 19/3 19/5
**take [18]** 47/3 48/16 53/5 69/17 70/13 80/19 85/7 87/3 89/3 92/25 95/14 98/18 114/12 121/18 126/8 132/3 138/2 140/10
**taken [2]** 81/13 136/13
**takes [2]** 66/2 78/12
**talk [16]** 7/16 21/18 27/7 73/1 73/3 102/6 126/13 126/13 126/14 127/15 127/17 128/9 128/9 128/18 129/21 129/22
**talked [12]** 14/19 15/2 30/5 32/18 32/22 51/4 65/6 72/2 78/1 122/23 130/8 139/6
**talking [17]** 19/5 27/18 28/18 37/13 38/13 39/22 55/24 56/4 66/7 81/3 96/1 108/5 108/21 111/23 114/4 124/7 138/18
**talks [6]** 56/7 56/10 56/13 103/14 113/6 129/24
**taught [2]** 35/4 40/4
**Tb [2]** 6/11 7/5
**Tb/in2 [2]** 6/11 7/5
**TDMR [2]** 43/21 44/12
**team [12]** 54/5 63/3 63/20 64/1 106/13 126/16 126/17 126/18 126/19 127/5 128/15 130/22
**teams [2]** 126/18 127/7
**tech [6]** 7/16 26/13 54/4 57/18 105/7 126/13
**technical [2]** 126/21 135/5
**techniques [1]** 104/18
**technologies [18]** 1/6 1/9 5/10 5/12 5/13 39/13 43/2 44/17 45/1 45/18 47/22 48/23 49/1 51/8 55/8 117/4 128/8 130/8
**technology [9]** 50/25 51/3 53/4 110/22 118/13 121/23 122/9 129/8 129/10
**tell [14]** 8/17 21/20 35/15 38/1 42/4 59/11 68/23 81/9 93/2 105/12 105/13 107/11 135/2 138/16
**telling [3]** 70/5 70/18 77/4
**tells [3]** 60/22 61/3 61/14
**terabit [4]** 39/13 40/3

40/19 42/7
**terabits [1]** 45/22
**term [1]** 23/15
**terms [2]** 16/1 117/22
**tesla [2]** 67/14 135/17
**test [16]** 16/23 16/24 17/10 83/25 85/3 91/24 92/7 95/18 96/17 96/19 96/23 98/5 99/8 99/11 134/22 134/25
**testified [8]** 59/23 67/8 95/23 102/14 114/3 127/19 129/7 130/7
**testifies [1]** 97/24
**testify [4]** 73/20 98/2 98/3 98/7
**testifying [4]** 91/2 91/16 108/16 108/19
**testimony [51]** 10/14 18/1 20/22 21/13 28/7 28/15 30/4 34/8 38/2 41/1 41/6 52/13 57/13 58/1 58/6 58/8 93/1 93/4 93/13 94/5 94/6 94/13 94/17 95/6 95/10 96/5 96/25 97/3 97/7 97/15 97/19 97/24 98/3 98/10 99/21 106/2 107/5 107/13 107/17 107/18 108/11 109/2 113/16 113/20 115/17 115/19 126/3 128/4 135/8 136/24 138/23
**text [2]** 93/22 93/24
**than [26]** 16/7 16/8 17/23 18/23 20/3 20/16 20/16 44/13 48/22 51/19 56/4 64/15 64/22 67/14 73/25 76/24 78/11 78/24 79/1 84/16 89/7 90/6 101/1 101/14 105/13 105/13
**thank [17]** 8/14 51/23 52/1 73/7 81/6 81/20 95/4 100/7 107/20 121/19 123/11 125/5 126/16 126/16 126/17 140/17 140/20
**thanks [1]** 126/19
**that [645]**
**that's [118]** 20/10 22/19 28/12 31/22 32/17 33/22 39/21 40/2 40/16 43/8 47/9 48/14 49/23 53/20 53/24 55/21 56/12 57/14 57/21 58/19 60/15 62/18 63/13 63/25 64/2 66/23 67/5 67/7 68/1 68/12 69/22 69/23 70/2 70/19 72/5 73/10 76/8 76/11 76/20 77/14 78/15 78/17 78/19 80/16 82/20 83/6 84/9 85/20 86/5 86/18 88/17 89/6 89/13 89/23 90/5 90/20 91/24 92/6 93/22 93/23 98/10 99/5 99/19 99/24 100/18 101/5

101/13 101/19 103/4 103/8 103/12 104/5 106/3 106/12 106/15 106/20 109/11 109/24 110/23 111/4 113/5 113/20 114/2 115/11 115/20 116/2 117/6 118/9 118/11 118/13 118/18 119/16 120/1 120/9 121/24 122/10 122/12 123/20 123/21 123/24 125/1 126/7 126/22 127/21 127/23 128/22 128/24 129/6 130/9 131/12 131/18 133/17 134/2 134/23 135/1 136/14 137/25 140/17
**their [13]** 26/20 37/3 46/19 54/5 58/19 65/11 65/24 66/1 66/16 86/8 95/2 131/24 132/11
**them [21]** 15/6 21/24 43/3 46/14 53/5 53/8 56/16 60/10 62/4 67/16 78/13 80/12 81/9 82/1 91/2 105/13 118/9 118/11 125/15 132/15 135/21
**then [40]** 10/22 13/2 21/1 25/19 26/23 27/16 29/2 30/7 36/24 44/2 44/7 45/17 45/24 46/1 50/17 53/13 55/22 60/8 61/3 61/12 63/5 75/17 76/1 76/5 76/5 92/15 92/21 96/4 96/10 100/10 100/13 103/14 106/7 113/11 116/24 117/19 120/15 124/13 130/9 140/15
**theorize [1]** 80/10
**there [77]** 9/22 10/14 10/16 12/11 14/4 14/8 16/10 21/11 22/10 25/16 28/25 28/25 29/10 29/14 31/12 32/19 33/20 34/1 35/8 35/10 36/8 36/10 37/14 37/19 37/24 37/25 39/18 39/21 44/15 44/18 47/18 47/21 50/19 50/23 51/2 59/17 60/20 62/2 63/2 66/6 68/13 69/6 69/11 69/14 70/13 71/14 72/6 73/6 73/24 75/13 77/12 82/21 86/2 88/4 92/3 93/20 96/6 101/24 103/25 106/1 106/21 109/19 111/22 115/3 115/17 116/19 117/23 118/19 119/14 121/2 122/9 124/23 126/19 128/22 129/18 132/2 136/12
**there's [37]** 13/20 14/11 14/14 14/16 14/18 14/24 21/10

24/11 32/21 42/15 42/16 43/19 49/8 49/18 50/3 51/7 55/22 57/22 58/14 58/23 63/8 63/24 68/24 72/2 72/18 75/2 77/6 77/8 77/19 101/16 109/21 109/24 117/18 118/12 125/15 132/7 133/7
**therefore [3]** 29/12 103/22 103/24
**thermally [6]** 66/11 66/15 132/6 132/9 132/13 132/16
**thermostability [7]** 38/10 66/8 66/21 126/6 126/11 127/3 138/20
**these [22]** 14/3 15/19 19/6 29/11 34/6 35/9 43/10 44/4 44/17 45/1 48/1 48/4 48/6 48/17 48/21 50/4 59/24 65/7 92/4 104/17 128/13 133/23
**they [66]** 14/21 15/6 21/15 22/9 25/5 25/15 28/1 34/19 36/23 37/2 42/17 44/11 44/13 49/11 49/13 56/25 57/1 57/2 57/3 57/22 58/5 64/5 64/12 65/11 65/12 65/19 65/21 65/23 66/1 66/6 67/3 72/23 74/17 74/19 75/3 75/20 77/12 79/4 79/5 79/6 79/13 80/3 80/4 81/9 82/6 94/14 94/18 95/1 114/11 126/19 127/10 128/4 128/13 131/4 131/7 131/24 132/9 132/12 132/13 132/13 132/21 133/1 133/25 134/5 136/1 136/5
**they'd [2]** 80/10 127/22
**they're [16]** 23/6 36/19 37/13 48/8 49/14 51/19 57/1 57/6 65/20 67/11 67/16 74/15 76/12 80/7 81/3 127/9
**they've [1]** 118/8
**thickness [3]** 19/5 19/13 19/17
**thicknesses [1]** 19/10
**thin [14]** 23/14 23/15 23/20 24/5 24/10 24/11 24/16 24/18 24/23 25/1 25/4 25/9 25/13 132/4
**thing [4]** 28/13 73/1 98/22 109/15
**things [14]** 10/8 46/18 46/19 50/4 53/25 55/13 57/15 57/22 61/8 71/5 75/3 93/4 115/8 129/1
**think [44]** 8/15 13/22 15/2 16/10 21/13 28/13 32/17 38/24 43/8 47/15 48/6 52/12 57/13 58/1 58/8 58/25 59/12 59/23 62/6 64/24 66/13 67/7

67/8 69/10 72/16 74/18 74/20 77/18 80/12 80/19 82/7 89/13 99/14 99/25 103/17 111/9 114/2 115/17 118/12 123/25 127/10 128/16 140/10 140/13
**third [3]** 43/5 45/20 47/16
**thirds [2]** 43/4 45/20
**Thirteen [1]** 56/16
**this [231]**
**those [40]** 12/13 16/17 16/21 16/22 17/9 19/5 22/7 23/5 24/17 25/4 34/17 36/22 42/5 49/11 49/22 51/6 51/7 51/18 53/18 55/9 62/19 62/21 63/14 63/20 63/23 67/12 74/23 80/10 89/3 95/6 105/5 108/13 115/22 117/22 118/15 125/4 128/8 129/1 131/4 132/9
**though [12]** 32/23 45/17 53/22 91/17 103/9 104/6 119/19 123/25 126/13 126/24 130/3 131/19
**thought [5]** 77/19 102/3 125/24 125/25 126/2
**thousand [1]** 42/7
**thousands [1]** 54/10
**three [13]** 26/15 32/22 34/24 35/5 40/23 43/3 45/25 70/12 93/20 95/7 101/6 101/14 139/21
**three hours [1]** 139/21
**through [25]** 10/6 10/7 10/18 10/21 13/15 20/10 29/8 55/8 55/16 62/5 68/20 69/4 70/10 79/6 94/8 94/11 95/9 99/25 100/6 102/24 107/2 107/14 107/25 108/12 129/3
**throughout [2]** 30/22 34/16
**thumb [2]** 66/25 67/4
**THURSDAY [2]** 1/18 8/1
**time [19]** 32/3 32/7 55/23 56/14 65/9 65/13 66/12 69/17 70/13 76/23 79/4 79/13 79/17 80/1 80/9 80/13 126/8 131/2 131/15
**timeline [5]** 115/24 121/2 123/3 125/3 129/5
**times [1]** 103/17
**timescale [7]** 36/23 74/7 74/18 75/4 77/12 136/18 136/19
**timescales [1]** 74/5
**title [5]** 112/2 115/3 116/12 122/17 141/3
**Titled [1]** 7/15

**T**

**TMR [5]** 42/15 125/12 128/22 129/7 129/10

**today [16]** 45/22 51/19 52/10 55/8 57/21 61/24 62/5 62/11 65/6 67/8 88/8 105/23 122/23 125/18 139/21 139/24

**together [7]** 65/17 65/19 65/19 66/2 72/23 79/6 80/11

**told [10]** 73/2 85/24 93/15 99/7 101/18 103/17 104/2 113/25 125/18 129/12

**tomorrow [2]** 139/9 140/11

**too [3]** 51/2 117/8 120/8

**took [4]** 65/8 90/1 90/8 90/17

**top [32]** 9/12 12/10 12/13 12/14 13/19 15/3 15/9 30/17 30/25 31/6 32/22 35/11 40/17 69/23 72/24 75/17 76/1 76/14 76/23 85/9 93/25 96/5 101/1 106/6 112/3 113/11 113/17 113/18 114/4 115/3 124/7 138/11

**top-right [1]** 138/11

**Toshiba [1]** 52/18

**total [5]** 19/13 44/16 45/25 46/10 46/15

**toward [2]** 12/6 13/15

**towards [5]** 12/2 39/13 39/22 68/3 117/4

**TOWN [1]** 3/22

**track [7]** 33/16 33/18 33/19 33/21 33/23 33/23 34/1

**tracks [2]** 33/20 43/25

**traditional [1]** 45/4

**transcript [7]** 1/5 1/15 94/1 94/3 107/9 141/4 141/6

**transcripts [1]** 1/24

**transitions [1]** 33/12

**trend [1]** 100/17

**TRIAL [1]** 1/16

**tried [1]** 44/4

**trilemma [7]** 28/18 29/9 32/22 38/12 44/5 48/11 125/19

**trillions [1]** 27/19

**triple [3]** 7/6 37/13 37/22

**true [32]** 21/9 53/23 60/8 60/9 60/14 65/16 66/24 70/6 76/25 78/14 80/5 83/11 92/8 95/25 100/18 100/19 101/19 101/20 104/7 104/15 104/16 105/9 113/4 113/5 115/6 116/14 120/21 126/12 127/1 130/14 131/12 141/3

**truth [2]** 77/23 130/23

**try [6]** 28/8 53/5 53/7 72/14 72/17 82/1

**trying [12]** 32/10 33/21 46/6 46/16 47/3 47/8 53/7 54/9 106/16 111/6 114/10 138/17

**tunneling [2]** 42/16 128/22

**turn [12]** 22/25 26/8 29/16 50/19 78/10 78/10 107/15 110/13 114/12 119/4 120/4 122/13

**turns [1]** 92/18

**twice [2]** 53/13 103/13

**two [35]** 10/8 11/19 12/5 12/10 12/18 23/5 23/12 25/16 34/24 35/5 43/4 43/21 44/2 45/20 49/21 52/16 55/23 57/22 58/23 60/7 60/14 68/24 73/6 93/4 123/24 124/24 125/18 129/1 129/13 129/16 130/12 130/18 130/24 135/18 137/2

**two years [2]** 123/24 124/24

**two-dimensional [1]** 43/21

**two-thirds [2]** 43/4 45/20

**tying [3]** 40/7 41/2 41/13

**typically [3]** 15/8 27/18 27/25

**U**

**UltraSMR [2]** 44/20 48/22

**Ultrastar [2]** 26/23 27/5

**unaccused [1]** 92/19

**under [5]** 19/7 58/14 103/23 110/25 136/1

**underlayer [1]** 55/20

**underneath [3]** 109/21 112/5 125/19

**underscoring [1]** 106/13

**understand [8]** 52/8 59/23 73/17 90/20 96/1 114/11 117/24 119/2

**understood [1]** 79/8

**unit [2]** 29/4 72/23

**UNITED [4]** 1/1 1/21 141/3 141/7

**United States [1]** 141/7

**units [1]** 88/19

**unpatented [1]** 47/22

**unsolvable [1]** 125/25

**unstable [1]** 66/15

**until [4]** 128/5 131/4 131/10 139/13

**up [56]** 13/23 19/10 21/24 22/12 31/12 42/14 46/17 46/20 54/13 54/16 54/20 57/7 59/5 63/12 64/12 67/20 68/19 73/5 74/15 75/1

75/1 75/3 75/9 79/7 79/11 80/7 82/11 82/22 83/21 84/9 85/21 87/24 89/16 90/13 95/9 96/4 96/11 98/24 100/6 102/8 102/23 107/24 108/13 109/4 114/21 118/1 119/14 122/18 123/8 124/4 125/2 128/5 133/19 137/12 137/21 138/3

**upper [3]** 77/9 79/1 121/2

**upper-right [1]** 121/2

**uppermost [1]** 78/9

**us [18]** 8/17 8/21 12/8 18/5 21/20 26/18 35/15 38/1 42/4 60/22 61/3 61/14 70/5 70/18 80/14 88/1 104/12 135/2

**usage [1]** 51/14

**use [28]** 33/13 34/6 34/11 38/16 42/9 48/22 51/15 85/1 87/9 87/19 87/22 88/6 93/16 97/3 97/16 97/25 98/4 98/8 99/8 100/18 101/19 101/20 102/1 117/22 128/4 129/2 135/14 135/17

**used [33]** 19/8 44/1 49/10 62/13 82/6 84/23 86/18 91/4 91/14 91/24 92/1 92/2 92/6 92/9 92/18 92/21 92/23 96/2 98/19 98/23 99/9 100/19 100/20 101/21 102/18 103/3 105/4 105/5 134/22 135/4 139/20 139/23 139/25

**uses [3]** 117/9 117/11 127/19

**using [5]** 128/1 128/7 129/9 129/17 136/19

**usually [1]** 27/15

**V**

**value [26]** 15/21 15/25 16/19 16/19 17/7 17/7 17/17 17/18 36/21 86/22 87/9 87/9 87/12 87/18 87/19 87/22 88/4 88/6 90/2 90/8 98/14 98/18 101/12 129/20 135/11 136/5

**value's [1]** 86/23

**values [34]** 11/21 16/14 16/17 16/21 17/4 17/9 17/14 19/6 36/16 36/20 81/24 82/2 82/18 83/10 83/16 83/20 84/11 84/17 84/23 85/4 89/2 89/11 90/1 92/7 92/21 98/8 101/2 101/6 101/16 102/3 104/17 105/5 108/20 135/18

**various [3]** 24/3 126/15 126/18

**verbal [1]** 107/7

**verified [1]** 99/7

**verifying [1]** 97/3

**versus [1]** 43/15

**very [16]** 28/12 28/22 30/10 30/11 43/8 48/3 48/7 74/19 78/19 79/18 80/16 93/1 100/2 106/23 112/3 132/4

**vice [1]** 2/17

**video [3]** 28/6 30/4 38/2

**videos [1]** 20/22

**view [5]** 58/2 58/15 58/22 85/25 93/3

**views [1]** 88/15

**VOLUME [1]** 1/11

**vs [1]** 1/8

**VSM [1]** 104/22

**W**

**WABASH [1]** 4/17

**Wait [1]** 87/13

**walked [1]** 99/25

**WANG [1]** 4/16

**want [15]** 11/3 46/19 54/16 61/23 76/21 87/3 87/3 91/7 94/25 105/17 110/8 114/19 114/24 124/1 131/9

**wanted [5]** 49/15 49/22 59/9 60/17 69/2

**warrantied [1]** 67/3

**warranty [1]** 67/6

**was [209]**

**WASHINGTON [1]** 2/18

**wasn't [7]** 66/13 79/9 98/6 98/21 99/20 112/20 131/12

**WATKINS [6]** 3/18 3/22 4/8 4/16 4/21 5/3

**way [16]** 21/24 32/13 40/1 43/25 46/5 65/25 67/12 78/3 92/17 95/10 98/8 99/16 104/9 104/17 127/15 138/19

**ways [1]** 47/21

**WD [2]** 26/20 105/4

**we [122]** 8/15 9/22 13/23 14/2 14/7 16/4 16/9 16/11 16/24 17/11 17/13 19/8 20/5 20/10 20/22 23/1 24/7 24/20 25/12 27/15 29/1 29/1 29/6 29/15 29/21 30/2 30/10 30/23 31/12 32/18 35/4 35/15 36/3 36/11 37/7 37/17 38/1 38/5 38/24 39/21 39/22 39/24 39/24 41/16 42/5 42/14 45/9 48/12 48/23 49/8 50/15 51/17 52/12 52/25 54/20 55/4 55/5 55/7 56/3 56/21 59/20 60/16 61/20 62/4 62/8 63/23 64/3 65/14 66/10 67/20 69/7 69/11 72/2 75/2 75/13 77/4 81/2 81/2 81/12 81/22 82/2 82/11 84/15 85/11 86/18 87/22 88/1 89/10 89/14 89/23 90/12

90/13 95/14 98/13 98/14 98/20 100/7 102/7 102/20 102/23 105/10 105/19 108/5 112/23 113/25 115/19 115/20 117/14 117/15 118/14 120/23 121/25 123/22 125/4 127/25 128/25 129/3 137/10 137/12 138/11 140/4 140/18

**We'd [1]** 114/5

**we'll [10]** 36/17 67/25 80/19 80/20 81/11 113/20 131/18 139/8 140/2 140/15

**we're [14]** 21/20 27/18 40/14 59/19 61/19 62/10 69/4 79/24 87/5 102/9 109/3 114/10 115/11 140/7

**we've [20]** 14/19 15/2 18/16 19/4 21/23 24/3 30/5 32/21 34/16 38/13 45/16 48/21 51/4 52/6 52/7 59/1 63/23 82/1 124/17 129/15

**weeds [1]** 127/15

**Welcome [1]** 8/13

**well [32]** 16/4 20/3 33/12 35/7 43/10 49/17 58/4 58/19 58/25 62/9 63/8 67/13 67/16 73/1 76/20 79/3 79/4 85/7 85/13 89/2 91/15 92/25 107/8 111/11 112/21 113/22 114/12 114/18 115/11 118/4 124/11 127/17

**well-defined [1]** 33/12

**well-planned [1]** 35/7

**Wendy [1]** 5/9

**went [3]** 20/10 55/16 79/7

**were [67]** 8/4 15/13 16/17 21/5 25/16 25/17 26/16 28/18 31/2 35/10 36/8 36/10 39/18 39/21 42/17 44/4 44/12 47/2 47/13 47/21 50/23 52/15 52/25 53/1 53/6 57/9 62/21 63/20 64/13 66/1 66/24 67/3 73/11 74/8 74/16 80/24 81/14 84/10 91/2 93/15 101/6 104/18 108/4 108/5 112/24 114/2 115/17 117/8 119/21 121/22 122/8 122/9 126/19 128/4 128/13 129/16 129/17 129/17 129/18 130/13 130/19 130/24 131/6 131/11 132/3 139/17 140/22

**weren't [1]** 46/6

**WEST [1]** 1/22

**WESTERN [84]** 1/9 5/12 5/13 10/14 21/4 26/4 27/3 27/8 27/9

## W

**WESTERN... [75]** 28/4 29/10 32/2 34/5 35/8 35/17 35/18 37/1 38/16 38/17 39/4 39/6 40/7 41/1 41/13 41/16 41/25 44/9 44/15 45/15 46/8 46/18 46/22 46/24 47/2 47/5 47/14 47/22 47/23 48/20 49/3 49/10 49/13 50/8 50/9 50/11 51/8 51/15 51/20 52/8 52/17 52/21 52/25 53/5 53/10 53/16 55/10 64/10 66/4 72/7 74/21 77/5 77/23 78/4 92/24 98/12 99/6 115/3 115/6 115/9 115/12 115/14 115/17 116/12 116/14 117/9 130/25 132/15 133/20 133/24 134/3 134/8 135/18 136/16 139/25

**Western Digital [12]** 41/16 48/20 49/3 49/13 50/8 50/9 50/11 53/5 53/10 53/16 99/6 115/9

**Western Digital's [4]** 46/22 66/4 77/23 133/24

**what [151]**

**what's [7]** 9/5 31/12 31/17 35/19 58/17 70/15 138/8

**whatever [2]** 28/14 28/24

**when [21]** 44/7 44/7 47/2 52/15 54/6 64/13 65/5 66/24 74/23 79/2 87/17 91/2 98/16 101/18 104/18 108/10 114/2 114/10 124/10 126/2 128/19

**where [27]** 8/21 9/14 16/21 17/9 31/3 41/16 47/19 56/5 68/24 69/23 73/10 75/17 76/7 81/9 83/20 88/14 89/11 97/7 99/4 103/2 104/5 104/12 107/2 113/10 130/11 130/17 140/6

**Wherein [6]** 8/19 11/7 11/11 18/22 20/14 23/12

**whether [21]** 14/21 14/25 15/17 18/24 21/15 22/21 25/15 26/25 50/19 64/14 64/22 79/12 80/1 80/3 80/3 80/4 131/23 131/24 135/14 135/15 136/6

**which [38]** 10/23 11/20 12/18 13/5 15/6 15/7 17/6 18/7 18/10 21/23 27/4 30/5 31/8 32/9 32/16 32/22 42/13 42/15 43/22 45/17 50/10 67/13 70/25 72/8 75/2 76/21 79/18 87/22 91/13 91/20 92/4 107/13 108/6 111/25 125/21 129/13 129/17 136/5

**while [8]** 38/9 68/23 70/21 81/3 121/22 122/7 122/8 138/20

**who [7]** 26/10 26/12 77/3 77/3 95/15 128/12 130/3

**whole [3]** 68/11 95/10 109/15

**Whose [1]** 137/24

**why [10]** 15/7 21/24 27/21 43/9 48/13 51/1 72/8 102/20 115/11 134/1

**wide [1]** 36/23

**widely [1]** 44/1

**width [1]** 36/22

**will [24]** 20/24 27/24 29/23 33/13 33/20 36/5 36/21 37/9 45/11 54/15 66/16 66/21 66/21 68/18 70/9 74/25 79/21 119/14 121/14 122/4 125/2 140/8 140/10 140/13

**Willett [1]** 41/6

**WILSHIRE [7]** 2/4 2/8 2/13 2/22 3/4 3/8 3/13

**within [4]** 27/17 75/24 76/22 130/22

**without [1]** 50/11

**witness [9]** 8/10 51/24 59/18 91/22 98/12 121/16 122/14 131/14 140/9

**witnesses [2]** 6/3 81/3

**won't [2]** 91/9 129/3

**wonder [1]** 79/23

**word [18]** 27/14 57/9 57/13 58/1 58/9 68/10 68/13 68/14 68/25 69/5 69/14 69/23 70/12 73/11 87/3 103/22 111/15 138/8

**wording [1]** 23/7

**words [3]** 70/13 114/2 115/22

**work [10]** 48/7 49/17 53/10 65/19 78/4 114/11 118/7 118/8 130/12 137/7

**worked [4]** 62/22 63/3 126/23 130/3

**working [5]** 54/4 54/11 54/11 79/19 118/8

**would [82]** 15/10 15/12 15/14 15/15 15/18 16/1 16/4 16/6 16/7 16/8 21/10 22/12 28/14 28/23 28/24 28/25 29/2 30/20 31/3 31/5 31/6 43/7 43/7 44/8 45/25 46/9 46/10 46/14 48/6 48/9 49/10 49/20 50/1 50/11 50/17 51/2 51/9 51/14 51/16 51/20 54/2 54/10 58/6 65/9 73/4 74/8 75/23 76/8 78/15 78/17 78/22 79/12 79/15 79/16 79/17 80/11 85/3 92/20 100/22 100/23 100/24 100/25 101/10 102/5 107/11 114/13 114/20 127/15 128/12 128/12 129/10 129/19 129/23 129/24 135/6 135/9 135/12 135/15 135/16 135/17 136/7 136/21

**wouldn't [6]** 66/13 80/12 100/19 100/23 129/21 140/12

**write [9]** 30/8 33/1 33/21 33/22 44/7 47/24 73/23 73/25 75/17

**writeability [4]** 32/23 33/11 35/24 36/14

**writing [4]** 22/6 22/15 33/12 35/22

**written [2]** 33/2 36/19

**wrong [3]** 80/15 92/21 93/3

## X

**X-ray [1]** 7/10

## Y

**yeah [9]** 14/16 18/6 73/7 74/5 87/6 92/1 101/22 104/21 118/15

**year [3]** 54/5 54/7 66/25

**years [16]** 28/10 52/13 67/3 67/4 110/3 110/5 110/6 118/23 120/2 120/12 123/24 124/24 125/4 129/18 131/7 132/19

**years' [1]** 50/13

**yellow [4]** 8/24 10/5 23/8 113/11

**Yep [1]** 68/12

**yes [197]**

**yesterday [5]** 32/1 73/20 78/2 105/12 118/12

**YOCCA [2]** 4/3 4/12

**you [658]**

**you'd [9]** 54/21 56/16 62/8 66/16 71/17 85/11 91/10 101/4 107/15

**you'll [18]** 39/5 54/21 63/16 64/8 70/12 82/21 86/15 86/22 89/20 93/2 103/22 107/22 114/24 117/23 119/24 121/2 131/15 140/1

**you're [12]** 33/11 33/21 53/9 55/2 57/17 77/3 91/16 101/23 105/7 106/16 111/6 124/7

**you've [12]** 53/13 53/18 54/10 64/9 64/18 82/3 95/10 103/17 104/11 129/7 130/10 137/6

**YOUNG [1]** 4/20

**your [137]** 4/25 15/17 17/20 21/18 26/3 28/5 28/10 29/17 29/18 29/21 29/22 30/22 31/23 33/18 34/2 34/16 36/3 36/8 37/7 37/12 37/24 38/24 39/2 39/15 40/13 43/13 45/9 45/14 47/3 47/7 49/2 50/13 50/19 50/21 52/1 52/12 52/15 53/4 53/10 53/25 54/7 55/8 56/20 57/13 58/1 58/2 58/6 58/8 58/15 58/22 59/13 61/25 62/2 63/5 64/1 67/11 69/17 70/13 75/11 78/24 81/2 81/20 82/15 83/6 84/7 85/25 87/17 88/7 88/13 88/15 88/25 91/4 92/7 93/1 93/12 94/1 94/5 94/7 94/13 94/17 94/25 95/7 95/16 97/2 97/4 97/8 97/15 98/16 99/7 99/21 101/25 102/1 104/12 105/1 106/13 107/9 107/16 108/6 108/7 108/25 113/9 113/16 113/20 114/2 114/16 114/18 114/25 115/1 115/11 115/16 116/9 118/5 118/19 119/12 119/17 120/20 121/14 121/25 125/8 125/9 126/3 126/8 126/8 127/1 128/4 129/5 131/14 133/4 133/18 136/2 139/1 139/22 140/5 140/6 140/7 140/12 140/17

**Your Honor [2]** 81/20 94/5

**yourself [1]** 91/11

## Z

**zero [3]** 42/12 46/5 79/11

**zoom [7]** 16/11 16/25 35/11 37/17 112/1 124/1 138/11

**zoomed [1]** 110/19