UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

HONORABLE JAMES V. SELNA, JUDGE PRESIDING

CERTIFIED TRANSCRIPT

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim Defendant, | ) |
| | ) |
| vs. | ) SACV NO. |
| | ) 8:22-cv-01599-JVS-DVM |
| WESTERN DIGITAL TECHNOLOGIES, | ) |
| INC., | ) |
| | ) |
| Defendant and | ) |
| Counterclaim Plaintiff. | ) DAY 4, VOLUME II |
| _____ | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

FRIDAY, JULY 19, 2024

1:35 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(657) 229-4305**
**transcripts@ddparker.com**

*Deborah D. Parker, U.S. Court Reporter*

**APPEARANCES OF COUNSEL:**

FOR THE PLAINTIFF and COUNTERCLAIM DEFENDANT:

                        MARC A. FENSTER
                        RUSS, AUGUST & KABAT
                        12424 WILSHIRE BOULEVARD
                        12TH FLOOR
                        LOS ANGELES, CALIFORNIA 90025
                        (310) 826-7474
                        mfenster@raklaw.com


                        BRIAN D. LEDAHL
                        RUSS, AUGUST & KABAT
                        12424 WILSHIRE BOULEVARD
                        12TH FLOOR
                        LOS ANGELES, CALIFORNIA 90025
                        (310) 826-7474
                        bledahl@raklaw.com


                        JACOB ROBERT BUCZKO
                        RUSS, AUGUST & KABAT
                        12424 WILSHIRE BOULEVARD
                        12TH FLOOR
                        LOS ANGELES, CALIFORNIA 90025
                        (310) 826-7474
                        jbuczko@raklaw.com


                        MATTHEW D. AICHELE
                        RUSS, AUGUST, KABAT, *pro hac vice*
                        800 MAINE AVENUE, SW
                        SUITE 200
                        WASHINGTON, D.C. 20024
                        (202) 664-0623
                        maichele@raklaw.com


                        MINNA Y. CHAN
                        RUSS, AUGUST & KABAT
                        12424 WILSHIRE BOULEVARD
                        12TH FLOOR
                        LOS ANGELES, CALIFORNIA 90025
                        (310) 826-7474
                        mchan@raklaw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

 FOR THE PLAINTIFF and COUNTERCLAIM DEFENDANT:

      PAUL A. KROEGER
      RUSS, AUGUST & KABAT
      12424 WILSHIRE BOULEVARD
      12TH FLOOR
      LOS ANGELES, CALIFORNIA 90025
      (310) 826-7474
      pkroeger@raklaw.com


      REZA MIRZAIE
      RUSS, AUGUST & KABAT
      12424 WILSHIRE BOULEVARD
      12TH FLOOR
      LOS ANGELES, CALIFORNIA 90025
      (310) 826-7474
      rmirzaie@raklaw.com


      DALE CHANG
      RUSS, AUGUST & KABAT
      12424 WILSHIRE BOULEVARD
      12TH FLOOR
      LOS ANGELES, CALIFORNIA 90025
      (310) 826-7474
      dchang@raklaw.com


 FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

      DOUGLAS E. LUMISH
      LATHAM & WATKINS LLP
      140 SCOTT DRIVE
      MENLO PARK, CALIFORNIA 94025
      (650) 328-4600
      doug.lumish@lw.com


      JOSEPH HYUK LEE
      LATHAM & WATKINS, LLP-COSTA MESA
      650 TOWN CENTER DRIVE
      20TH FLOOR
      COSTA MESA, CALIFORNIA 92626
      (714) 540-1235
      joseph.lee@lw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

SALIL BALI
STRADLING YOCCA CARLSON & RAUTH P.C.
660 NEWPORT CENTER DRIVE
SUITE 1600
NEWPORT BEACH, CALIFORNIA 92660
(949) 725-4278
sbali@stradlinglaw.com


CHAARUSHENA DEB
LATHAM & WATKINS LLP
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
chaaru.deb@lw.com


STEVEN M. HANLE
STRADLING YOCCA CARLSON & RAUTH P.C.
660 NEWPORT CENTER DRIVE
SUITE 1600
NEWPORT BEACH, CALIFORNIA 92660
(949) 725-4094
shanle@stradlinglaw.com


SARAH W. WANG
LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, ILLINOIS 60611
(312) 876-7700
sarah.wang@lw.com


PATRICIA YOUNG
LATHAM & WATKINS LLP
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
patricia.young@lw.com

**APPEARANCES OF COUNSEL:** *(Continued)*

FOR THE DEFENDANT and COUNTERCLAIM PLAINTIFF:

RICHARD GREGORY FRENKEL
LATHAM & WATKINS LLP - MENLO PARK
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
(650) 328-4600
rick.frenkel@lw.com

**ALSO PRESENT:**

Wendy Liu, Paralegal, Russ August & Kabat

Dieter Suess, MR Technologies, Corporate Representative

Chris Schmoller, Litigation Support, Western Digital Technologies

Mary Noffsinger, Jury Consultant, Western Digital Technologies

I N D E X


PLAINTIFF'S WITNESSES:      DIRECT    CROSS    REDIRECT    RECROSS

 JAMES WAYNE BERGMAN                     7         30


DEFENDANT'S WITNESSES:      DIRECT    CROSS    REDIRECT    RECROSS

 MRUGESH DESAI, Ph.D         38        89        127



E X H I B I T S


DEFENDANT'S EXHIBITS:                    IDENTIFICATION    EVIDENCE

 1018   Excel File WD produced as                            49
        WD00300842

 2033   WD-HCTE Spring 2018, ACC                             70
        Vision 2025, Long Term
        Product Capacity Roadmap,
        6/4/18

**SANTA ANA, CALIFORNIA; FRIDAY, JULY 19, 2024; 1:35 P.M.**

**-o0o-**

*(The following proceedings were had in open court in the presence of the jury:)*

THE COURT:  Good afternoon, ladies and gentlemen.

Ms. Young.

MS. YOUNG:  Thank you, Your Honor.

JAMES WAYNE BERGMAN, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

CROSS-EXAMINATION

BY MS. YOUNG:  *(Continuing)*

Q    Good afternoon.

A    Good afternoon.

MS. YOUNG:  Mr. Schmoller, can I get 4_39 up?

*(The document was published in open court.)*

BY MS. YOUNG:

Q    And just to reset, I'm going to talk about price again.

So, Mr. Bergman, you testified that the ordinary lease squares model of the OLS model does not account for time, correct?

A    The regression that I ran did not account for time; that's correct.

Q    And so -- and, again, the OLS model on the external accused products is how you arrived at the precise number of $18.45 for price, correct?

A    That's not the way I would characterize it.

*Deborah D. Parker, U.S. Court Reporter*

8

Q   The result from the OLS regression of the external accused products is how -- the output of that is $18.45, correct?

A    That's right.

Q   And that is the number that you used for price down the road, correct?  Same thing?

A    That's the number that I ultimately chose based on the other regressions and the hypothetical negotiations --

        (Court Reporter requests clarification for the record.)

        THE WITNESS:  Yes.  That's the number I chose based on the multiple regressions and the outcome from the hypothetical negotiation.

BY MS. YOUNG:

Q   And, Mr. Bergman, I am limited on time, so I would appreciate if you just answer "yes" or "no."

        And that was the same number, correct?

A    It is the same number, yes.

        MS. YOUNG:  Mr. Schmoller, you can take that down.

BY MS. YOUNG:

Q   So you're aware that the first hard disk drive was created by IBM in 1956, correct?

A    I --

Q   If you need to check, it's in your report at paragraph 46.

A    That sounds right.

Q    And this -- this initial hard disk drive was created by IBM, which is not part of Western Digital?

A    That sounds right.

Q    And this initial hard disk drive was the size of a refrigerator?

A    That's what I have in paragraph 46, yes.

Q    And that statement was correct when you wrote it, right?

A    I believe so.

Q    And it had a total capacity of 5 megabytes; is that right?

A    That's right.

Q    And just to put that in context, you agree that that is .000005 terabytes; is that right?

A    That sounds about right.

Q    And I think we saw in opening, if you recall -- I can put it up.

        MS. YOUNG:   It was defendant's opening at slide 4. Defendant's opening.

        *(Pause.)*

        MS. YOUNG:   Just to remind everyone what it looked like.

        *(The document was published in open court.)*

*////*

BY MS. YOUNG:

Q    So is the -- the -- that's the unit, correct?

A    If I recall from opening, yes.

Q    And that is the IBM hard drive that we're talking about from 1956?

A    It sounds reasonable.

Q    That hard drive was -- costs hundreds of thousands of dollars, right?

A    I don't have that in my report.  That sounds reasonable to me, but I don't know.

Q    But way more than any hard drive that you or I can buy today off the shelf, correct?

A    Sounds fair.

        MS. YOUNG:  You can take that down, Mr. Schmoller.

BY MS. YOUNG:

Q    And so by the 1970s, hard disk drives were offered in smaller form factors, with the ability to store approximately 60 megabytes; is that right?

A    That's right.

Q    And by the 1990s, hard disk drives achieved one gigabyte; is that right?

A    That sounds right.

Q    And by the end of the 1990s, hard disk drive storage achieved 9 gigabytes; is that right?

A    I see that, yes.

Q    And then by the early 2000s, hard disk drive storage achieved 4 terabytes; is that right?

A    Yes.  I see that.

Q    And so you do understand that the price per terabyte changes over time, correct?

A    Yes.

Q    All right.  Let's move on to another issue related to pricing.

So under your model, you model the price per terabyte, right?

A    I think that's fair.

MS. YOUNG:  Can I have slide 4_48, Mr. Schmoller?

*(The document was published in open court.)*

BY MS. YOUNG:

Q    Okay.  And in this slide, you have pictures of the My Passport devices, correct?

MS. YOUNG:  I'll highlight.

BY MS. YOUNG:

Q    And so over there --

MS. YOUNG:  Oh, thank you.

BY MS. YOUNG:

Q    Over there, you have pictures of the My Passport devices, correct?

A    Yes.

Q    And so with respect to these products, besides color,

12

there's no difference in capacity -- or the only difference is color between these three devices, correct?

A    Are you referring --

Q    Well, let me ask -- reframe that.

So this product, you can buy it in different capacities and different colors, correct?

A    That sounds right, yes.

Q    So if you had the same capacity for black one or red one and a blue one, the only difference would be the color; is that correct?

A    Yes.

Q    So if you can turn to PTX-716.

A    Is this in your binder?

Q    It's in the binder that you had talked about earlier.

A    Oh, yes.  Thank you.

*(Pause.)*

THE WITNESS:  *(Witness so complies.)*  Okay.  I'm there.

BY MS. YOUNG:

Q    I'm going to look at specifically the data for June 2021.

MS. YOUNG:  And so, Mr. Schmoller, actually, I have a blowup in slide 43.

*(The document was published in open court.)*

*////*

*Deborah D. Parker, U.S. Court Reporter*

13

BY MS. YOUNG:

Q    It's a long exhibit, so I'm going to point you to the right SKUs.

A    Okay.

Q    I also have a magnifying glass, but I figured a blowup would be easier.

I'm going to be directing you to the 1 terabyte My Passports in black, blue, and red, which are in that exhibit.

MS. YOUNG:  It's on the bottom of page 1.

(Pause.)

MS. YOUNG:  Mr. Schmoller, do we have 43?  Okay.

BY MS. YOUNG:

Q    Well, actually -- so, Mr. Bergman, while we're trying to pull it so the jury can actually see it, do you see a line item from My Passport in black?

MS. YOUNG:  There we go.

(The document was published in open court.)

BY MS. YOUNG:

Q    Did you see that line item?

A    I do, yes.

Q    Okay.  And do you see that the price for that My Passport is 47.78?

A    Yes.  That's -- just so we're clear, though, that's the average selling price for the sale of all of the products

that were sold in that period.

Q    Correct.

And that's also what you used to do your model, correct?

A    That's right.

Q    So the average selling price for the black My Passport in that period for a 1 terabyte My Passport is 47.78.

A    That's right.

Q    And then the average price for a blue My Passport with a 1 terabyte capacity is 52.34.

A    That's right.

Q    And the average selling price for the red My Passport is 58.07.

A    That's right.

Q    And then -- so you agree with me that the 1 terabyte -- the average selling price for the 1 terabyte black My Passport is different than the average selling price for the blue My Passport of the same capacity, correct?

A    During that period, yes.

Q    And that is also the case that there's a price difference between the blue My Passport and the red My Passport for 1 terabyte during that period?

A    That's right.

Q    So when you look at actual data, there is a price differential of somewhere about -- a little over $10 between

the red one and the black one?

A    Again, taking into account it's that period of time for all the transactions in that period of time.  So just, again, so we're a 100 percent clear, in that period, there could have been a thousand black My Passports sold and 10 blue My Passports sold, but that would be the average selling price during that period of time.

But, ultimately, to answer your question, yes.

Q    All right.  So $58.07 minus -- $47.78 is around $11.

A    That sounds fair, yeah.

Q    And so you agree that the average selling price in that period for those two products, actual products, actual sales, average selling prices, the only difference between them is color, correct?

A    I don't think that that's right.  Because, again, we're taking into account the total number of sales in that period.  So, again, just to give you an example, if they sold a thousand of the black model, they may have given a volume discount in that.  So they would have reduced the pricing, the average selling price compared to the blue.  Or maybe they sold fewer and therefore didn't give a volume discount.  So there's a lot of factors that are at play there.  So it's not going to just be color.

Q    Mr. Bergman, I just want you to be -- if you can listen to my question.  I just asked:  The only difference between

the red and the black, in that period of time -- they're both 1 terabytes -- is the color, correct?

A    Just to make sure we're on the same page, are you asking the product itself --

Q    Yes.  Yes.

A    -- or is the only difference in the price the fact that they're different colors?  Because the product itself, that's the only difference.

Q    Okay.

A    But in the price, it's not the --

(Simultaneous speaking.)

BY MS. YOUNG:

Q    The product itself, that's the only difference.

A    That's true.  Yes.

Q    And you used average selling price to calculate -- putting aside volume and everything, you used average selling price in your model, correct?

A    I do, yes.

Q    So therefore there is a difference in average selling price for the black and the red in that period; is that right?

A    There is.

Q    And the only difference between those two products in that period is the color.

A    In the products itself, yes.  Absolutely.

Q    All right.  Let's talk about your gross profit calculation.

MS. YOUNG:  Can I get the cross demo 31?

*(The document was published in open court.)*

MS. YOUNG:  Thank you.

BY MS. YOUNG:

Q    So just to be clear, these are the numbers from your slide.  I just put them as an equation, instead of your version, which had them top to down.

So do you agree with me that 18.45 is the price per terabyte in the formula you used to calculate gross profit?

A    Yes.

Q    And then 7.21 for cost per terabyte?

A    Yes.

Q    And then that's how you arrived at 11.24 gross profit, correct?

A    Yes.  I would just make sure we're clear here.  It's gross profit per terabyte.

Q    Oh.  Absolutely fair.  Gross profit per terabyte.

A    Yes.

Q    So you would agree with me, though, that if the price per terabyte is too high, then the gross profit per terabyte that's being calculated is too high, correct?

A    I just want -- just so I understand your question.

You're saying if that number, the 18.45, should be lower, and the cost per terabyte doesn't change, that the gross profit would be lower.  Is that your question?

Q    Correct.

A    Mathematically, yes.

Q    Okay.  And you would also agree with me, mathematically, that if the cost per terabyte is too low, then the gross profit per terabyte would also be too high, correct?

A    Simple math would tell you that's true.  Yes.

        MS. YOUNG:  So let's look at PDX-4_54.

    (The document was published in open court.)

BY MS. YOUNG:

Q    All right.  And this is your slide, correct?

A    Yes.

Q    And here, you're looking at the selling price of a 1 terabyte My Passport Ultra, the silver one, correct?  In June 2021?

A    It's a good question whether or not it's the silver one.  I pulled an image off the Internet for the Passport. I'm not 100 percent if that's the silver one or not.  But it is definitely the My Passport Ultra.

Q    Okay.  Well, we just talked about there's multiple ones, so I just wanted to pick one.

A    Yes.

Q    We can use the silver one.

A    Okay.

Q    All right.  So you, in this example, were looking specifically at the selling price of one of those My Passports in June 2021, correct?

A    Yes.

         MS. YOUNG:  All right.  So going back to PTX-714.

         *(The document was published in open court.)*

BY MS. YOUNG:

Q    If you can look at the SKU for the 1 terabyte My Passport.

A    I'm sorry.  You said 714.  Did you mean 716?

Q    You're right.  716.  The one we're looking at.

         So if you look in page 1, you'll have a SKU for the 1 terabyte silver My Passport.  It's the one that's 67-37.

         MS. YOUNG:  Chris, you can pull it up in the cross demo.  It's 487.  Thank you.

         *(The document was published in open court.)*

BY MS. YOUNG:

Q    Okay.  And then if you look for the SKU for the 2 terabyte, you would agree with me that that had an average selling price of 77.03, correct?

A    *(No audible response.)*

         MS. YOUNG:  Go to the next slide, Mr. Schmoller.

*Deborah D. Parker, U.S. Court Reporter*

*(The document was published in open court.)*

BY MS. YOUNG:

Q    Do you see that?

A    Yes, I see that.

Q    And the only difference between these two products is the increase from 1 to 2 terabytes, correct?

A    Again, in the product itself, yes.  But not in the average selling price.  There would be other factors in the average selling price.

Q    But, again, you used the average selling price for your modeling?

A    I do, yes.

Q    And so in this exact example that you used on your slides, you would agree with me that 73.07 minus $66.37 average selling price is a difference of $6.70, correct?

A    Yes.

Q    And that's not the same as $18.45, correct?

A    It is not.

Q    And then let's similarly look at costs.  This is the same -- PTX-716.  And if you look at Exhibit 4.4, page 1. We'll pull up the cross demo 49.

        There, you see -- this is the cost table that you used.  And here, you have an average cost for the My Passport Ultra 1 terabyte is 36.83.

        Do you see that?

A    Where is that on the --

Q    It's PTX-716.  It's Exhibit 4.4.

A    I'm sure it's fine.  You just have average selling price in your demonstrative.  I'm sure that was supposed to be average selling cost.

Q    Yes.  Sorry about that.

A    It's okay.  I'm happy to accept this --

Q    And the demonstratives -- this is more to make it easier to --

        (Simultaneous speaking.)

            THE WITNESS:  I get it.  It's my only hesitation.

BY MS. YOUNG:

Q    So you agree with me that the average selling cost for the 1 terabyte silver My Passport Ultra in June 2021 was 36.83, correct?

A    I haven't verified that in the exhibit.  I'm not exactly sure where it is.  But that sounds reasonable to me.

Q    It's on 4.4 at page 1.

A    There's a lot on page 1.

Q    Yeah.  It's the SKU number that ends in SL-WESN.

A    I'm having a hard time finding it on here.  But I'm happy to take your representation.

Q    Okay.  And then if you look for the My Passport Ultra for 2 terabytes, that has an average cost of 46.61, correct?

A    Yes.

Q    And so then, doing the math with me, $46.61 minus $36.83 is $9.78, correct?

A    Sounds about right.

Q    And there, the only difference between the products, again, is just that it went from 1 terabyte to 2 terabytes, right?

A    That's right.

Q    So then if we actually input that into the calculation of -- increase of -- or basically the gross profit calculation, you would actually have $6.70 for the incremental increase in average selling price, minus $9.78 to get a -- in that instance, a negative profit, correct?

A    Mathematically, yes.  But it would make no sense to do that as part of the entire analysis for all of these products over the entire damage period.

Q    But that is what -- I mean, you took the average selling price and average cost, correct, to use in your analysis?

A    I did, yes.

Q    And you also looked at a real-world example in your slide.  I'm just looking at the same real-world example.

        Do you agree?

A    That's right.  And that makes sense.  I mean, if we think about a regression line, there are going to be observations above that line.  And there's going to be

23

plenty of observations below that line.  That's why the line gets created where it's created.

Q    And I just asked you if we were on the same page.  I didn't ask you for an explanation.  So I appreciate it if you just answer my questions.

A    Okay.

MS. YOUNG:  Can I get Mr. Bergman's demonstratives at slide 52?

*(The document was published in open court.)*

BY MS. YOUNG:

Q    All right.  Let's go back to your calculation.

So you talked about R&D cost and profits.

Do you recall that?

A    Yes.

Q    And you also talked about general and administrative costs?

A    Yes.

Q    And so if I add those up, you would agree with me that that's $3.93 per terabyte, correct?

A    Yes.

Q    And then if we go to the next slide, 53.

*(The document was published in open court.)*

BY MS. YOUNG:

Q    It's your opinion that the per-terabyte profit attributable to --

        (Court Reporter requests clarification for the
        record.)

BY MS. YOUNG:

Q    It is your opinion that the per-terabyte profit attributable to MRT's patents is $3.36, right?

A    That's my opinion of what the parties would agree to, yes.

Q    And so you're basically saying, just so I understand, that what MRT is asking for is similar to what you're giving Western Digital credit for, for its R&D and admin costs combined, per terabyte?

A    Generally, yes.

Q    And it's your opinion that Western Digital would pay MRT basically more than the R&D costs that you account per terabyte -- to -- for per terabyte?

A    True.

Q    In your opinion?

A    To receive the benefits that we would receive from these patents, yes.

        MS. YOUNG:  All right.  Let's go back to -- or actually, you can take this down, Mr. Schmoller.

BY MS. YOUNG:

Q    So just to recap.  You estimate that the gross profit per terabyte for the hard disk drives is $11.24, right?

A    That's the amount that I opine would be the amount that

the parties to the hypothetical negotiation would carry forward.  Depending upon the product, those margins change.  But that was my opinion as to what the parties would use.

Q    But used that number to -- and you applied it to all the accused products in coming up with your ultimate number?

A    That was an input, yes.

Q    You actually had data that identifies the terabytes sold per quarter between March 2018 and June 2023, correct?  You can look at PTX-717, which I think your Counsel admitted.

A    That's right, yes.

Q    So if we look at that, the total accused terabytes is -- in that period -- which, just to be clear, is March 2018 through June 2023 -- is 89,628,108, correct?

         MS. YOUNG:  Mr. Schmoller, can you pull up PTX-717?

    *(The document was published in open court.)*

         THE WITNESS:  I see that number, yes.

BY MS. YOUNG:

Q    Okay.  So would you agree with me, from a mathematical perspective, gross profit per terabyte multiplied by terabytes gives you a gross profit number for the same period?

A    That doesn't -- on a per-terabyte basis, I think that's right.  I mean, we're only looking at on a per-terabyte

basis.  We're not looking at the total accused products.

Q    Right.  So what I'm saying is, just from a math perspective, we've -- you have gross profits per terabyte. So if you multiply by a number of terabytes, that should give you give gross profit, correct?

A    Per terabyte.

Q    Well, no --

A    Or on a terabyte basis, sorry.  Yes.

Q    Yeah.

A    On a terabyte basis.

Q    So and -- and you've agreed with me that --

MS. YOUNG:  Well, let's actually put up my demonstrative slide 37.

*(The document was published in open court.)*

BY MS. YOUNG:

Q    Okay.  So we'll walk through this calculation.

So you've agreed that gross profits per terabyte, in your model, is $11.24, correct?

A    Yes.

Q    And you've agreed with me that from March 2018 through June 2023, that the total number of accused terabytes is 89,628,108, correct?

A    Yes.

Q    So mathematically, if you multiply that, you would get a gross profit, correct?

A    For those terabytes, yes.

Q    And so the gross profits that you estimate under the model is over a billion dollars.  Would you agree that that math is correct?

A    I haven't run those numbers, but that seems fair.

Q    I do have a calculator, if you really want it.

A    That's okay.

Q    But that is not Western Digital's actual gross profit for hard disk drives between March 2018 and June 2023, correct?

A    I don't know what it is exactly, but that sounds right.

Q    So indeed, if you look at your report, paragraph 291, you state that the:

        " . . . gross profit associated with the
        Accused Product ranged from 577 . . . to
        665 million."

A    Where are you at?

Q    Paragraph 291.

A    Can you ask your question one more time, please.

Q    So you agree that the gross profit during -- between March 2018 to June 2023, which is the same period that we're looking at --

        MS. YOUNG:  Mr. Schmoller, you can put up the last slide still.

        *(The document was published in open court.)*

*Deborah D. Parker, U.S. Court Reporter*

BY MS. YOUNG:

Q    Sorry.  Let me re-ask it.

So you agree with the gross profits from March 2018 to June 30, 2023, is between 577 million to 665 million, and that's the gross profit associated with the accused products?

A    That's right.

MS. YOUNG:  So Mr. Schmoller, can I get slide 37 up again?

*(The document was published in open court.)*

BY MS. YOUNG:

Q    So just to be clear, under your regression analysis, you would get a gross profit of over a billion?

A    Yes.

Q    And that's not Western Digital's gross profit in actuality during that time period, same time period, correct?

A    For the totality of the accused products, including all the costs associated with it, that's right.  This, again, is only on capacity and on a per-terabyte basis.

Q    But that $1 billion is the calculated gross profit.

A    Yes.

Q    So you keep saying that 305.9 million is the amount that the parties would have agreed to, to a hypothetical negotiation in 2018, correct?

A    Yes.

Q    And so you were here yesterday -- or maybe it was two days ago -- when you might have heard that Dr. Seuss' total grant money that he received by 2017 was 5 million.

Do you remember that?

A    I do, yes.

Q    So are you really saying that Dr. Suess wouldn't agree, that he would have walked away from the hypothetical negotiation unless he got $305 million?

A    Well, again, we're under the construct of a hypothetical negotiation.  Dr. Suess has to come to an agreement just like Western Digital does.  The whole point of the exercise is to come up with what's the fair value of these patents.  That's what the 305 represents.

Q    And it's a hypothetical negotiation, correct?

A    It is, yes.

Q    And so you're saying that Dr. Suess would only accept 305 million, correct?

A    With perfect information and understanding how Western Digital is going to use and benefit from the technology, yes, that's my opinion.

MS. YOUNG:  Pass the witness.

MR. LEDAHL:  May I have just one moment, Your Honor.

(Pause.)

MR. LEDAHL:  Thank you.

REDIRECT EXAMINATION

BY MR. LEDAHL:

Q    Mr. Bergman, you were asked during your cross-examination with Ms. Young about the media as opposed to other components of the products.

Do you recall that?

A    I do, yes.

Q    Did you do anything to perform any kind of apportionment in your analysis to focus on the media as opposed to other things in the products?

A    Yeah, I did.  And that was the whole point of the regression analysis, was to really drill down into the value of the patents itself.  So yeah, I'm starting with revenue for the entire products, but carving out everything other than capacity and then apportioning further from there such that, you know -- honestly, it doesn't matter if I'm starting it -- the benefit from selling the accused product as a whole or the benefit associated with just capacity.  My analysis takes all of that into account.

Q    Thank you.

Now, you were also asked just a few moments ago about some specific -- one or two examples of one product that had a different per-terabyte cost or a different per-terabyte price than you did.  Is that anything like the

31

$15 example you used before we talked about the regression?

A    Yeah.  It's another example.  It's a data point.  And actually, you know, maybe we can bring up that sort of plot that I had on the regression analysis.  But we looked, and there's a lot of blue dots.  There's blue dots above the line.  There's blue dots below the line.  That's the whole point of the regression, is to find somewhere in the middle to be representative.  So you can come up with examples above.  You can come up with examples below.

Q    And is that why you do a regression?

A    It is.  You're trying to find the best representation of the value on a per-terabyte basis.  You can pick anecdotes all over the place, but that is taking all of that data into account.

Q    Does your regression analysis account for all the different data that was in the pricing data?

A    It does.  So, you know, the regression -- you know, we brought up -- the example was brought up about the differences in color.  If there's a difference in the price based on the fact there's color, that's exactly what the regression would pick up.  And the value of that would be in the constant.

Q    And likewise, if there are differences in the cost, does that get picked up in the regression you did for the cost per terabyte?

A    Exactly.

Q    Now, a moment ago --

        MR. LEDAHL:  You can take that down.  Thank you.

BY MR. LEDAHL:

Q    A moment ago, you were asked about this calculation of
a billion dollars in gross profit and why that might be
different than the gross profit you said would be
attributable to the whole products and even maybe more.  Can
you explain why that might be the case?

A    Yeah.  Because we're looking at the value of capacity
here, right?  And capacity is a key feature for these
products.  So you would imagine that when you're pricing
these products, you're going to value those features that
are sort of the primary drivers for the features.  You're
not going to get a tremendous amount of profit on adding a
power supply to the products.  So there's not going to be a
whole lot of margin there.  So there's a lot of just sort of
commodity-type products that are components that are in
these products that aren't really driving the value.
Capacity is a driver of that value.

Q    So based on that, would it be fair to say that the
capacity, that areal density, that's driving up the profit,
and all the other things are what's kind of dragging it back
down to a different number?

A    I think that makes sense, yes.

Q    Now, I also want to walk through, briefly, something that counsel asked you about before the lunch break.

MR. LEDAHL:  Let's go to slide 37 of PDX-4.

*(The document was published in open court.)*

BY MR. LEDAHL:

Q    This is one of your slides with the product mix that you used for your regression analysis and for your analysis overall of the different capacities and so forth, right?

A    Yes.

Q    Okay.  And I know we talked a bit about the external products; that's 56 percent of the total product mix?

A    Yes.

Q    And then the other one there, the color products, what's the percentage for those?

A    35 percent.

Q    Okay.  So between those two, they make up 89, approximately; is that fair?  Oh, excuse me.  A little more. 91.

A    91, yes.

Q    My math is not as quick as it should be.

And then the Ultrastar products, those were another 7?

A    Yes.

Q    Okay.  And you ran regressions, I think you said, for each of those.  The other products you didn't; those are the

2 percent of other things.

A    That's right.

        MR. LEDAHL:  Now, if we could go to slide 43, please.

        *(The document was published in open court.)*

BY MR. LEDAHL:

Q    These are the values that came out of all your different regressions, correct?

A    That's correct.

Q    And you -- the one you indicated the parties would agree to use was the ordinary leased squares regression from the external products?

A    That's right.  Based on all the reasons I provided.  Yes.

Q    Now, the price per capacity as shown in your regression analysis for the color products, another 33 percent of the total, that's somewhere between 25.80 and 26.37, depending on which model we use?

A    Yes.

Q    If you would use those as your value for your overall analysis, would the 305-million number get bigger or smaller?

A    It would get bigger.

Q    And the Ultrastar products, those are a little smaller, right? but about 7 percent of the total sales?

A    Yes.

Q    And those are that 17-dollar -- $17.04 to 17.36?

A    Yes.

Q    If you had done a weighted average of all of these, based on the weights that are used -- weights in which they appear in the mix of the overall products, would the damages number have gotten bigger or smaller?

A    It would have gone up, based on the regression analysis from the color products.

MR. LEDAHL:  Okay.  Let's turn to slide 45.

*(The document was published in open court.)*

BY MR. LEDAHL:

Q    Now, this is the same kind of analysis, but for the costs, right?

A    Yes.

Q    Now, in this instance, you actually used the 700 -- the $7.21 cost figure.  You said that's what the parties would agree to use?

A    Effectively, yes.

Q    That's the highest cost number of all of your regression analyses, right?

A    That's right.

Q    If you had used -- now, I just want to make sure I'm remembering correctly.  The cost number, that's subtracted out.  So the bigger the cost number, the smaller the

damages; is that fair?

A    Yes.

Q    So if you had used any of these other values, would that $305 million number be bigger or smaller?

A    Bigger.

Q    And let's go to the next slide, slide 46.

     *(The document was published in open court.)*

BY MR. LEDAHL:

Q    This is sort of the summary of doing the calculation for each of the six regressions, right?

A    That's right.

Q    Okay.  So the one that you indicated the parties would agree to, that's the $11.24, right?

A    Yes.

Q    Now, of the values that we see here, the value for the ordinary leased squares regression for the color products, another 33 percent of the product mix, that one was $18.67, right?

A    Yes.

          MS. YOUNG:  Objection to the leading.

          THE COURT:  Overruled.

BY MR. LEDAHL:

Q    Is that -- and is that a function of the subtraction of the cost from the -- or the -- yes, the cost from the price?

A    It is, yes.

Q   Okay.  And again, if you had used a weighted average, weighted by the amount of the different products sold, for all of these different categories and applied that as -- in order to calculate the damages, would the $305 million number be bigger or smaller?

A    Based on the color products being 35 percent compared to the Ultrastar at 7 percent, the numbers would be higher.

        MR. LEDAHL:  Pass the witness, Your Honor.

        MS. YOUNG:  I have nothing further.

        THE COURT:  Okay.

        MR. LEDAHL:  Your Honor, I think with that, the Plaintiff is happy to say we're prepared to rest at this time.

        THE COURT:  Very good.  We'll take up the matter probably now at the next break.

        Will you call your first witness, please.

    *(Pause.)*

        MR. LEE:  Good afternoon, Your Honor.  Joseph Lee for Western Digital.

        We are calling, as our first witness, Mrugesh Desai.

        THE CLERK:  Would you raise your right hand.

        MRUGESH DESAI, DEFENDANT'S WITNESS, SWORN

        THE WITNESS:  I do.

        THE CLERK:  Please be seated.

*Deborah D. Parker, U.S. Court Reporter*

38

Please state your name and spell your full name for the record.

THE WITNESS:  Mrugesh Desai, M-R-U-G-E-S-H; last name, D-E-S-A-I.

THE COURT:  You may proceed.

MR. LEE:  Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. LEE:

Q    Good afternoon, Dr. Desai.

A    Good afternoon.

Q    Would you mind starting off by introducing yourself to the jury.

A    My name is Mrugesh Desai.  I live in San Jose, California, with my wife, my 15-year-old daughter, and my dog.

Q    What kind of dog do you have?

A    Poodle.

Q    Did you grow up in the U.S., sir?

A    No.  I grew up in India.  I studied there.  I received my Ph.D. in experimental physics, basically working on magnetic tin films --

*(Court Reporter requests clarification for the record.)*

THE WITNESS:  Tin films.  Basically, the magnetic layers that we have been talking about for last four days.

*Deborah D. Parker, U.S. Court Reporter*

BY MR. LEE:

Q    And when did you come to the U.S.?

A    In 2004, I came to the U.S.  And I became citizen in 2015.

Q    And you said you're married.

What is your wife's profession?

A    She -- she's also Ph.D.  She's a nuclear physicist, but she works at Western Digital.

Q    So I guess Ph.D.s run in your family?

A    That is correct.

Q    When you first came to the U.S., what did you do professionally?

A    I finished my Ph.D. in India, and I came to U.S.  And I came as a post-doctoral researcher at University of Alabama, MINT Center.

Q    And what does "MINT" stand for?

A    Materials for Information Technology.

Q    And what did you do after you left the MINT Center, in Alabama?

A    In 2005, I joined the Western Digital magnetic head division.

Q    And are you still at Western Digital now?

A    Yes, I am.

Q    So that's almost 20 years, then?

A    That is correct.

Q    Why have you stayed at Western Digital for so long?

A    Oh, Western Digital provides the key data storage infrastructure to the world.  I mean, we cannot exist without them.  It's a very good country.  A lot of smart people, dedicated people.  And what I do, I'm very proud to say that, that my regular job actually helps make the products which helps the society indirectly.

Q    And you mentioned some of the people that you work for.
Did you ever work for Dr. Bertero?

A    Yes, I did.

Q    And what is your professional opinion of Dr. Bertero?

A    Oh, he's outstanding, one of the top experts in magnetic media.

Q    And forgive me if you said this before, but what is your current title at Western Digital?

A    I work at recording medium division as a senior director of engineering.

Q    And have you always worked in the recording media division?

A    First, when I joined Western Digital, I joined the recording head from 2005 to 2009.  And from 2009, I was -- I'm in recording media.

Q    And are you familiar with the history of Western Digital as a hard drive company?

A    Yes.  It takes -- it's one of the leading company.  We

exist over 50 years.

Q    And I think the jury was just shown this picture, but I'm going to show it again briefly.

        MR. LEE:  Mr. Schmoller, if you can please bring up DDX 1.4.

    *(The document was published in open court.)*

BY MR. LEE:

Q    And I know the jury has just heard this, but if you wouldn't mind, what is that big box on the left?

A    That's the first IBM-made hard drive --

Q    Sorry.  Go ahead.  Finish your answer.

A    It's called RAMAC.

Q    And you mentioned IBM.  Did Western Digital buy IBM's hard drive business?

A    That is correct.

Q    I mean, obviously, IBM itself still exists outside of the hard drive stuff.

A    That is correct.

Q    And if you -- thank you.

        And then what about today, are the drives on the right --

        MR. LEE:  Please, can you bring that back up.

    *(The document was published in open court.)*

BY MR. LEE:

Q    Are those examples of more recent hard drives WD has

made and sold?

A    Yes.  So basically, they are internal drives which goes into computers and laptops and PCs.  Some of them are external drives.  Some of them are -- drives and the clouds that you don't see there.

Q    And I think the jury heard that the drive on the left was a 5 megabyte, the size of a refrigerator.  The drives on the right are both much smaller and much larger in capacity.

How has Western Digital managed to go from that first hard drive to the current hard drives that it makes and sells today?

A    Of course a lot of research and development and hard work from the scientists that were working for a large number of years there.  Basically, a lot of science go into this.  You have seen the piece of HDD device.  There are so many components there.  So many disciplines going into it. There is physics, chemistry, material science, computer science, electrical engineerings.  Also, aerospace engineering also go into that.

Q    Aerospace engineering, isn't that airplanes and rockets?  How is that relevant to hard drives?

A    So if you have seen that the -- basically, there is a hard disk drive.  There is a recording medium which spins at -- the speed is -- rpm is 7200 rpm.  Basically, that is equivalent to about 200 miles per hour car.  So it spins

that fast.  And magnetic head, which writes and read the information, is basically flying at -- the distance from that disk is about a nanometer.  Nanometer is basically, if you split a hair in hundred thousand pieces and whatever you see, that's a tiny piece; that's one nanometer.

So if I can give one of the analogies.  Basically, a jumbo jet plane flying 1 nanometer at the runway when the head is in operating mode.  When it is operating, that's the distance.  So a lot of aerodynamic necessary requirement and how it can fly elaborately for so long is very important.

Q    And you mentioned that work is done by a lot of people. Let's talk about that a little bit.

I think you mentioned you're part of the recording media or magnetic recording media division; is that right?

A    Yes, correct.

Q    Is that the same thing as the disks that we're talking about in this case?

A    Yes.

Q    And I think you mentioned you used to be part of the head division as well.

Are there any other divisions at Western Digital that work on other parts of the hard drive?

A    Of course.  I mean, there are a lot of moving parts. There are a lot of components there.  But the many components are head -- recording head, recording medium, and

HDD integration who integrates all the components into one drive.

Q    All right.  Let's start with the integration division.

How big is that integration division in terms of people?

A    It's about 700 people.

Q    And how many of those people are folks like yourself with Ph.D.s, researchers, scientists, and the like?

A    The engineers and -- technical engineers are about 400, 500 people.

Q    And how about the head division, how big is that?

A    About 400 people.

Q    And what percentage of those people are technical folks?

A    It's about 200 Ph.D.s there.

Q    And what about your division, the media division?  How many folks are in that division?

A    We have about 300-plus people with 170 engineers.

Q    So over a thousand people and almost a thousand engineers and technical folks.  Did I add those numbers up right?

A    That is correct, yes.

Q    And then for your part of the media group, how many people work for you?

A    I have about 55 people.

*Deborah D. Parker, U.S. Court Reporter*

Q    And I think you've seen, like, for example, some of the video testimony they played of various folks at Western Digital.  Are some of those people people that work for you?

A    Yes, they are.

Q    Now, let's talk about your group, specifically.

How does the media group develop the hard disk drive media?

A    So we basically have to make -- we call it sputter thin films.  So it's actually making the thin film into different magnetic layers on top of each other.  And we have a sputter tool.

Q    I'd like to show you JX-2034.  This is, I believe, an admitted document.

MR. LEE:  And let's show page 1.  Thank you, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LEE:

Q    Can you please take a look at that?

A    *(Witness so complies.)*

Q    And what is this document?

A    It is an internal document for training tutorial for the new engineers and outside function members.

Q    And who authored this document?

A    Yoshihiro Ikeda.

Q    And is he one of the people in your group?

A    Yes, he is.

Q    Does this document describe how Western Digital's current products work?

A    No.

Q    What is this document describing?

A    Basically, general concepts of how media has evolved and what are the main aspect of the media.  What are the technologies that being considered.  And what are the future in this engineering industry.

        MR. LEE:  Mr. Schmoller, if you could please turn to page 27 of JX-2034.  Thank you.

    *(The document was published in open court.)*

BY MR. LEE:

Q    So what is this page here showing us?

A    This is a typical flow of how the recording disk is being made.  And my area of expertise and focus or my work is that second aspect of it.  It's basically the sputter tool.

        MR. LEE:  Mr. Schmoller, do you think you can blow up the machines that -- and the line -- the sputter to the machines that -- that section, please.  Oh, and then the machines that the arrow links to.  Thank you.

    *(The document was published in open court.)*

////

*Deborah D. Parker, U.S. Court Reporter*

BY MR. LEE:

Q    So let's talk about these machines first.  Are these the machines that do the sputtering that you were talking about?

A    That is correct.  So basically, they are the size of half of this courtroom.  And they have different stations, I would call it.  It's likes a railroad station and rail train.  And basically, disks goes as a train.  And then each station, it stops, make the thin film, go to the next one, layer on top, go to the next one, layer on the top, and then comes out.

Q    So I think the jury has previously seen in this case things like recipes with multiple layers.

So does that sputter machine build the layers on the disk?

A    That is correct.

Q    And is that done layer by layer?

A    That is correct.

Q    And is that done from the bottom on up?

A    That is true.

MR. LEE:  Now, let's turn to page 42 of JX-2034.  Thank you.

*(The document was published in open court.)*

BY MR. LEE:

Q    So what is this slide showing us now?

*Deborah D. Parker, U.S. Court Reporter*

A    This is the slice of that recording medium.  Basically, if you're slicing a cake, and you see the side view, this is -- in the microscope, is a transmission electron microscope, it's a T-E-M.  And that's what you're looking at as a blow-up image.

Q    Is this a re-creation or an illustration, or is this an actual photo of the disk itself?

A    This is a real picture of the disk.

Q    And I know it's a little hard to see on the monitors, but if we can take a look, I see that certain portions of that photo is labeled.

What is being labeled here?

A    Those are the different layers in the magnetic -- basically, the whole stack of recording media.

Q    And it's hard to tell from this picture, so can you tell us how big or how thick that stack is?

A    This is a total about 50 nanometers.  Which is, again, nanometer is something we just talked about.  If you split a hair 100,000 times, a tiny fraction of it.

Q    And what part of that stack or that disk actually stores the data, the bits on a hard drive?

A    So if you see that -- something called max stack is the total magnetic layers, which includes the 8 to 15 magnetic layers, depending on the product.

Q    Now, is that stack identical for every single disk that

Western Digital -- or every single type of disk that Western Digital makes?

A    No.  From product to product, that recipe is different. Number of layers and very different recipes.  Yes.

Q    All right.  So let's -- and actually, before we turn to that, can you please open your binder and take a look at DX-1018.

A    *(Witness so complies.)*  Yes, I do.

Q    Can you let me know -- what is this document?  Or do you recognize this document?

A    Yes, I do.

Q    And what is this document?

A    It is the recipe for Media Design 5X1.

MR. LEE:  Your Honor, I'd like to move into evidence DX1018.

THE COURT:  Any objection?

MR. MIRZAIE:  No objection, Your Honor.

THE COURT:  1018 will be received.

*(Defendant's Exhibit 1018 received in evidence.)*

MR. LEE:  So, Your Honor, if we can have that published.

*(The document was published in open court.)*

BY MR. LEE:

Q    So now we can see that recipe on the screen.  I think you said that this was the recipe for 5X1?

A    That is correct.

MR. LEE:  And, Mr. Schmoller, is this -- does this -- can you see the tabs at the bottom of the spreadsheet?  Is that visible?  Thank you.

*(The document was published in open court.)*

BY MR. LEE:

Q    So you can see, down at the bottom, a number of tabs.

This is an Excel Spreadsheet?

A    Yes.

Q    Okay.  And I'm sure the jury has seen Excel Spreadsheets before.  But down at the bottom, the tabs, if you click on each of those tabs, that shows you something different, right?  A different worksheet?

A    Correct.

Q    And they're labeled.

So are there -- does each of those tabs show a recipe for a different product?

A    That is correct.

Q    So, again, going to the 5X1 tab, what product is this recipe for?

A    This is basically 5X1.

Q    And do you understand that 5X1 is one of the accused products or representative of some of the accused products in this case?

A    I understand.

Q    Now, I think you said that this includes the layers -- all the layers for 5X1.

Do some of these layers store data while other layers switch the stored layers?

A    No.  The entire stack is a storage layer which stores the data.

Q    I think you mentioned earlier that the mag stack is where the data is stored.

What comprises the mag stack in 5X1?

A    It's basically from cap layer to GIIL layer.

MR. LEE:  Mr. Schmoller, is it possible to blow up from the cap to the GIIL layer, just to make it a little easier for everyone to see; myself included, frankly.

Thank you.

*(The document was published in open court.)*

BY MR. LEE:

Q    So let's start at the bottom.

What is the GIIL layer?

A    "GIIL" basically stands for Green Isolation Initiation Layer.

Q    And what does the GIIL layer do?  Or how does it help the hard drive store data?

A    Basically, it segregates the grain in the medium and -- which is the critical layer for implement of the areal density.

Q    And then above that, I see a number of layers; G1, EC1, G2, EC2, so on and so forth, up to ECL5.  What are those layers?

A    Those are individual magnetic layer and ECL layer.

Q    And what is an ECL layer?  Actually, what does "ECL" stand for?

A    It's -- basically stands for exchange coupling layer.

Q    And I think the jury may have seen other documents that show EBL.  What does EBL stand for?

A    Basically, the same meaning.  The EBL is exchange break layer.  And we call it later, exchange coupling layer.  But they're all the same.  It's basically the same layer.

Q    And you anticipated my next question.

So when you see ECL or EBL, they're essentially referring to the same thing?

A    That is correct.

Q    And what does the ECL layers do in the stack?

A    It's basically tool.  One is the exchange -- maintain the exchange coupling between the adjustment layer.  And the second is it maintains the segregation in the adjustment layer.

MR. LEDAHL:  Objection, Your Honor.  May we approach?

THE COURT:  Objection?

MR. MIRZAIE:  Yes, objection.  It gets to a motion

*in limine.*

THE COURT:  I can't hear you.

MR. MIRZAIE:  This is about a motion *in limine.*

May we approach?

MR. LEE:  Your Honor, I'm not sure what the objection is, but --

MR. MIRZAIE:  It's discussion of the GIIL layer, Your Honor.  There was a stipulation on that.

THE COURT:  We'll come back to this.  Move on.

MR. LEE:  Okay.

BY MR. LEE:

Q    I was asking about the G1 through 5 layers.  Sorry.

So is that what is referred to as the "mag stack"?

A    That is correct.

Q    And I'm sorry, I meant to include the ECL layers in that as well.

So the G-number layers and the EC layers, that comprises the mag stack?

A    Correct.

Q    And what is that above -- and that's where I think you referred to before as where the data gets stored on the drive?

A    Yes.

Q    What about the layer above that, what is that layer?

A    It's called cap layer.  It's basically the top layer,

cap.  It's capping layer.  So cap layer.

Q    And what does a cap layer do to help store data on the hard drive?

A    So cap is the lateral exchange -- more coupling in the layer and the one role of that.  And the second role it also protects the layer because that's the layer does not have the oxide.  It basically protects from the coercion.

Q    Now, can -- the 5X1 product, can that store data without the -- without -- if some of the layers from the recipe are missing?

A    No.

MR. LEE:  Now, can we please pull up PDX-0003_79B or, I think, 79, whichever page you have, Mr. Schmoller?

Thank you.  Actually, can you just show it by itself first?

(The document was published in open court.)

BY MR. LEE:

Q    Now, Dr. Desai, were you here during Dr. Re's testimony when he showed this slide?

A    Yes.

MR. LEE:  Now let's put the two slides side-by-side.

(The document was published in open court.)

BY MR. LEE:

Q    So now what I'm showing here is, on the left, the 5X1

recipe that you just testified about.  On the right, we're showing a slide from Dr. Re's presentation.

Can you take a look -- I know it's a little bit hard, but is the table in Dr. Suess Re's presentation -- is that the 5X1 layer recipe?

A    That is correct.

Q    Okay.  And I see some additional annotations on there, the boxes.

Are those boxes that you understand Dr. Re added?

A    Yes.

Q    And let's start with the green box.

Where is that green box around?

A    It's around G1 layer.

Q    And do you recall what Dr. Re said that green box was?

A    Hard storage layer.

Q    Do you agree with Dr. Re?

A    No.

Q    We'll get to why you said no in a second --

MR. MIRZAIE:  Your Honor, objection.  This is expert testimony.  Objection.  This is getting into expert testimony.  This is a fact witness.  He's now rebutting Dr. Re on claim element mapping.

THE COURT:  Sustained.

BY MR. LEE:

Q    Well, let me ask you -- and I'm not going to ask you to

compare it to the claims, but you understand that Dr. Re identified the layers in the purple box as the nucleation host?

A    Yes.

Q    Now, do you -- now, did Dr. Re include any other layers in either of those boxes?

A    No.

Q    And did -- and let me ask you:  If you only looked at the green box, do you agree that the green box layer is the layer -- is the only layer that stores data?

A    No.  The entire stack is -- stores the data.

Q    Can the G1 layer that Dr. Re identified store data on its own?

A    No.

Q    The purple layers that Dr. Re identified, do those layers switch the G1 layer?

A    No.  Those -- all layers switch and store together.

Q    Okay.  You say they "switch and store together."  What does that mean, exactly?

A    Basically, the entire magnetic stack is a storage and switching.

Q    And so let me ask you -- and, again, I'm not asking you to do any claim mapping, but have you ever heard the term "nucleation host" before you sat in on this trial, or before this litigation, I should say?

A    No.

Q    Does anyone at Western Digital use the term "nucleation host"?

A    No.

Q    Now, let me ask you about the G1 layer.

What alloy material does the G1 layer in 5X1 use?

A    The --

Q    Yeah, I asked the question correctly, I think.

A    AL1310.

Q    Now, in the Dr. Re's table on the right, he has some test measurement data for -- that he put in for AL1310, right?

A    Yes.

Q    Do you recall where Dr. Re got his numbers for the 1310?

A    It has from some different document.

MR. LEE:  So let's show JX-2028, please, Mr. Schmoller.

*(The document was published in open court.)*

BY MR. LEE:

Q    Is this the document that you were just referring to?

A    Yes.

Q    And do you remember being asked about it at your deposition?

A    Yes.

Q    Did you confirm at your deposition that this is the right spreadsheet to use for AL1310 as used in the 5X1 product?

A    No.

Q    Did you even see the spreadsheet before you were asked questions about it at your deposition?

A    No.

Q    So what did you mean when you said in your deposition that you agreed that this spreadsheet provides test measurements for AL1310?

A    Basically, I was just asked to confirm what numbers in those columns, and I just said yes.  They showed me the apple, and I just said yes.

Q    Now, have you since learned what this spreadsheet is for or what it is?

A    It is from the different product.

Q    And what is that product?

A    Cobra G.

Q    Is Cobra G the same as 5X1?

A    No.

Q    Are they similar products?

A    They are completely different.

Q    So would it make sense to use the test measurements for AL1310 as used in the Cobra G product for the AL1310 that is used in the 5X1 product?

A      No.

Q      And why is that?

A      Because Cobra G is a completely different platform.
It's a glass substrate device.  It has an adhesion layer.
And it also has a different temperature.  So with the
process, the grain size, and it will be very different
intrinsic property of the material.

Q      Whether or not Cobra G is the same as 5X1, is Cobra G
an accused product at all?

A      No.

Q      Is Cobra G sold by Western Digital?

A      No.

Q      Has Cobra G ever been sold by Western Digital?

A      No.

Q      What happened to Cobra G, then?

A      It got canceled in 2016.

Q      2016?

A      Yes.

Q      Is the AL1310 used in Cobra G in the same way as in
5X1?

A      Cannot be used.

Q      And why is that?

A      Again, that's a different product, a different
substrate, different property of that intrinsic material in
Cobra G.

*Deborah D. Parker, U.S. Court Reporter*

Q    And are those differences ones that would affect the test measurements that Dr. Re relied upon for his opinion?

A    Yes.

Q    And was there an alternative set of AL1310 measurements that he could have used instead of the ones for Cobra G?

A    Yes.

Q    Now, let's -- we're talking about the 5X1 product.

You understand that there are seven different groups of products, each represented by a product in this case?

A    Yes.

Q    Now, did you see Dr. Re identify similar layers for the other representative accused products?

A    Yes.

Q    And do any of those other products have separate layers that store from layers that switch?

A    No.

Q    Do any of the layers in the accused products assist in switching any other layers?

A    No.

Q    And why do you say that?

A    Because it's a magnetic stack.  They all switch together and store together.

MR. LEE:  Can you please pull up PDX-003, page 153?

*Deborah D. Parker, U.S. Court Reporter*

(The document was published in open court.)

BY MR. LEE:

Q   Dr. Desai, do you recognize this slide from Dr. Re's presentation?

A   Yes.

Q   And in this slide, again, he sort of quotes from you. And he says -- he highlights:  "To improve the switching of the stack."

     Do you see that?

A   Yes.

Q   Okay.  And then below that, he shows this graphic of red dominoes?

A   Yes.

Q   Were you testifying that this domino effect is representative of the Western Digital accused products?

A   No.

Q   Okay.  And just so that we're clear, do these dominoes reflect the way that the Western Digital accused hard drives actually work?

A   No.

Q   What is being shown here by these dominoes?

A   It's basically a theoretical model representation --

     (Court Reporter requests clarification for the record.)

     THE WITNESS:  Theoretical representation of model

cartoon for demonstrating for the newcomers.

BY MR. LEE:

Q    Now, how does the switching in the Western Digital accused products actually work?

A    Basically, switch together.

Q    And what happens when it receives a write signal from the write head?

A    Basically, that field goes -- in nanosecond, it switch everything together.

Q    Does it happen at the speed of light?

A    Exactly.

Q    Now, can you just split the layer -- even if they all switch together and store together, can you just split the layers in the Western Digital accused drives and call some of them, you know, something that switches, and other layers, something that stores?

A    No.  They both stores and switch together.

Q    So would it make sense to split it up like that?

A    No.

Q    Is there a subset of the layers that just store?

A    No.

Q    Is there a subset of the layers that just helps to switch?

A    No.

Q    And why doesn't Western Digital use layers that switch

separate from a layer that stores?

A    We do not need it.

Q    What does Western Digital use instead?

A    We have a ECL structure with very thin magnetic high anisotropy layers.

Q    Now, do you also remember there was some testimony about areal density?

A    Yes.  Okay.  I'd like to show JX-2037, which has been a previously admitted exhibit, at page 74.

        (The document was published in open court.)

BY MR. LEE:

Q    What does this slide show?

A    This basically, again, slice of the recording medium, just slicing the cake and looking at something similar, what we just saw.  And it demonstrating two transmission electron microscopy picture, top and bottom, with different experiment, basically.

Q    I have to be honest with you.  These pictures look like my -- the X-rays I had at the dentist the last time I went there.  I can kind of see -- if this was a dental X-ray, it looks like teeth.

        What are those on the figure?

A    So teeth is the -- basically, you see the white line.  Those white line dictates the isolation between grains.

Q    So each of those is a grain on the layers?

A    That is correct.

Q    Okay.  And, again, is this a cross-section of the entire disk?

A    Yes.

Q    And what part of this cross-section is the mag stack?

A    It's --

Q    You can draw on the screen.

A    *(Witness so complies.)*

So from that line to above is mag stack.

Q    Now, you said that this was two pictures of some testing that was done.

What was being tested here?

A    Basically, we just running the different processes. It's a very delicate process, making the tin film with the segregation.  We just -- one -- the top shows the less segregation.  And the bottom shows more segregation. Basically, we process -- we change the segregation on more.

Q    And see there's some text and a bullet point below the pictures.  What does that text say?

A    *(Reading:)*  "Media segregation is key for areal density increase."

Q    Okay.  And do you agree that "Media segregation is key for areal density increase"?

A    Absolutely, yes.

Q    And just so that we're clear, that reference to

"media," that's a reference to the grains on the disk?

A    Yes.

Q    So -- and segregation, what is that?

A    So we've been talking about how the bits are situated.

So if I can give an example of cylindrical box and you put in the pencils vertically.  Those vertical pencils, you can take it as a bit or a grain.  As we were discussing, either that pencil -- normally -- first, two important aspect of it.  One, we have to make it crystal to make it magnetic.  It requires certain crystal structure to be magnetic.  We cannot have any material and make it magnetic. So we have to create the magnetic structure with the crystal that forms, number one.

Number two, as we were discussing, that there are magnets, so they are connected to each other.  So the grains are -- become as a cluster.  And when you apply the field or the write or read, basically those clusters are flipping either up or down.  So segregation is basically, if you want to make more areal density, you would make those clusters smaller and smaller so your bit density goes up and up.

So you -- if you look at that bigger clusters to make the segregation between those grains smaller and smaller so the cluster becomes smaller and smaller.  So that's what the segregation means.  It's actually segregating one grain to another.

Q    And does segregation have anything to do with the relationship between different layers?

A    No.

Q    So is segregation -- that's within a layer, then?

A    Yes, that is correct.  So that's challenging part, that the layers are like that *(indicating)* and segregation is like that *(indicating)*.  So we have to maintain vertical segregation when we make the layers horizontally.

            MR. LEE:  So let's turn to the next slide, slide 75.

     *(The document was published in open court.)*

BY MR. LEE:

Q    What is this slide suggesting with respect to improving segregation?

A    So what you're looking at is, again, the real picture of transmission electron microscopy, but you are looking at it from the top of the medium.  That's the grains that you see as the circles.  When you improve segregation or the higher segregation, you can see the distance between grain or the white line between grains is becoming thicker, going from left to right.

Q    And these are -- unlike the cross-section pictures of the disk we saw before, this is a top-down picture of a layer; is that right?

A    That is correct.

Q    And I would imagine these grains are pretty small.

How is this picture taken to show the grains at this size?

A    Again, this is a transmission electron microscopy. So normally, you cut the disk, but you have to make it really at micrometer level so that you can put that in the microscope to see it.

Q    And what does this slide suggest as a way of improving segregation?

A    This is one of the ways to improve is -- segregation is -- it says that insert the oxygen while you make the film. So when we are making the film, during that process, we add the oxygen into the chamber or the station, and this is what we see as a segregation implement.

Q    And so the sputtering that you were talking about, that occurs during -- that's the process to make the layer?

A    That is correct.

Q    So is this an improvement on the process of making a layer?

A    That is correct.

Q    And do you understand that Dr. Suess' work that's described in the patent, that that's directed towards making an individual layer in a sputtering machine?

MR. MIRZAIE: Your Honor, objection. This is getting into expert testimony again about the patent.

THE COURT:  Overruled.

THE WITNESS:  Could you repeat?

BY MR. LEE:

Q    Sure.  Do you understand that Dr. Suess' work, as described in his patent, that that has anything to do with making the actual layer in a sputtering machine?

A    No.

MR. LEE:  Let's turn to the next slide, slide 76, on JX-2037.

*(The document was published in open court.)*

BY MR. LEE:

Q    Now, there's more pictures.  What does this slide show us?

A    Okay.  So going from left to right, basically is, again, experiment pictures.  But you are -- instead of just putting oxygen, you are adding different type of oxide.  So they are no oxide in the beginning.  The other one is magnesium, silicon oxide, and titanium oxide.  And top pictures are the slice picture.  The bottom pictures are you're looking at from the top.

Q    And again, these are photos of actual, real disks?

A    Yeah.  These are the experimental media.

Q    And again, what does the text below those pictures say?

A    So depending on what oxide you add to the layer, it changes the segregation.  And that's the optimization that

we have to do to come up with the layers with the correct composition that gives you the best segregation.

So in this case, it's depending on oxide.

Q   Just so that the jury understands, what exactly is oxide?  Is that a type of material?

A   Basically, it's a material with oxygen made into it. So it's a material separately that is part of the system.

Q   Okay.  And so is it your understanding as to whether or not Dr. Suess' work and his patent has anything to do with the -- or describes or specifies the type of material to be used in making layers?

A   No.

MR. MIRZAIE:  Your Honor, again, objection.  It's expert testimony about the patent.

THE COURT:  Overruled.

BY MR. LEE:

Q   Can you please repeat your answer for the record.

A   No.

MR. LEE:  And, again, going back to slide 74 of JX-2037.

(The document was published in open court.)

BY MR. LEE:

Q   These techniques, adding oxygen during the sputtering process, changing the oxide material, do those help to improve segregation?

A    Yes.

Q    And are techniques like that to improve segregation key for areal density increase?

A    That is correct.

Q    Now, can you please take a look at JX-2033 in your binder.

A    *(Witness so complies.)*  Yes.

Q    And do you recognize that document?

A    Yes, I do.

Q    And what is it?

A    It's basically technology exchange interlock meeting internal -- meeting between HDD, recording head and media division.

        MR. LEE:  Your Honor, we ask to move JX-2033 into evidence.

        MR. MIRZAIE:  No objection, Your Honor.

        THE COURT:  2033 will be received.

    *(Defendant's Exhibit 2033 received in evidence.)*

BY MR. LEE:

Q    And Dr. Desai, can you please take a look --

        MR. LEE:  Can we please pull up page 23?

    *(The document was published in open court.)*

BY MR. LEE:

Q    So I'm not going to ask you about the specifics of this list, but just in general, are these additional things that

can be done to improve areal density?

MR. MIRZAIE:  Your Honor, objection.  We just talked about, before the witness went up, the quantification of areal density drivers and how this witness would not provide that.

MR. LEE:  Your Honor, the witness is not going to quantify anything.  He's just going to talk generally about improvements without specifying any sort of quantification.

MR. MIRZAIE:  Your Honor, the document that they're publishing right now --

THE COURT:  Sustained.

BY MR. LEE:

Q    Let me ask you one more thing, Dr. Desai.

Why are you here testifying today?

A    I am and my team are -- we have spent most our career in making something, cutting-edge technology products which provides help to the community indirectly.  And we do a lot of work which is very complex system.  And here, there is allegation that we are using someone else's invention.  And I'm here to testify, and I'm here to defend that work, my work and to make the record straight.

Q    Thank you, Dr. Desai.

MR. LEE:  I pass the witness.

THE COURT:  Let's take the mid-afternoon break here, ladies and gentlemen.  We'll be in recess 15 minutes.

Please remember the admonition.

THE CLERK:  All rise.

(*Jury exits courtroom.*)

(*The following proceedings were had in open court in the presence of the jury:*)

THE CLERK:  You may be seated.

MR. LUMISH:  Your Honor, would you like to have us make our JMOL 50(a) motion now, or how would you like to proceed on that?

THE COURT:  Why don't we take a short break and come back and maybe do that.

Also, I want to address the objection with regard to motions *in limine*.

We'll recess for 10 minutes.

THE CLERK:  All rise.  We're in recess.

(*Recess taken from 3:01 p.m. to 3:11 p.m.*)

MR. FENSTER:  Apologize for the delay, Your Honor.

Marc Fenster.  We --

THE COURT:  I want to hear from Mr. Lumish first.

MR. FENSTER:  Sure.

MR. LUMISH:  Your Honor, Western Digital moves for a judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a).  No reasonable jury would have a legally sufficient evidentiary basis to find for MR Technologies on its claim for patent infringement or for

damages.

I'm prepared to recite the grounds and argue, if Your Honor would like to hear it. We'd also suggested -- or requested that we might file a brief to preserve our grounds.

How would you like me to proceed?

THE COURT: Why don't you file your brief to preserve your position. As you're well aware, you need to preserve your position on the 50(a) motion.

MR. LUMISH: I do. I can recite the grounds now to do so. I would rather be safe than sorry, personally.

THE COURT: Go ahead.

MR. LUMISH: Thank you, Your Honor.

On infringement, MR Technologies' claims fail under Rule 50(a), at least because it's not shown two requirements that cover a series of limitations in the claims, that those are practiced by WD's accused products.

I'll start with the hard magnetic storage layer.

May I use the document camera, Your Honor?

THE COURT: Sure.

MR. LUMISH: What I put on the camera, Your Honor, is my copy of your summary judgment order that I've been carrying around with me, so forgive me --

*(Court Reporter requests clarification for the record.)*

74

MR. LUMISH:  It has a fair amount of highlighting and underlining.

When Your Honor heard the summary judgment motions, you issued this order, which is Docket 321.  And you noted up here, at the top, that:

"WD argues that the accused products do not include hard magnetic storage layer distinct from another layer or layers comprising a nucleation host."

And I'll skip forward to the next sentence.  You say:

"A reasonable fact-finder may conclude that the bottom layer alone does not meet the hard magnetic storage layer limitation in the accused products.  The fact-finder may determine that only the entire stack, as Dr. Desai puts it, can meet the limitations."

And then you say "There's a disputed fact as to which products will map."

Then we jump down here, which is another -- you say:

"At first glance, maybe that doesn't matter because as long as the bottom one stores, maybe it doesn't matter if the

*Deborah D. Parker, U.S. Court Reporter*

other ones also store."

But then you continued, Your Honor, and said:

"As WD points out, an identification of the entire stack as the hard magnetic storage layer raises other issues. Specifically, WD argues neither the claims nor the written description permit that a layer be both a hard magnetic storage layer and one of the ferromagnetic layers of the nucleation host."

I'll skip this sentence, just to get to the end here. Your Honor said you agreed with WD on this point. And so you found a question of fact for trial on that question. Down here, at the bottom, you say that:

"In view of the claim language and the Court's constructions that identifying the same components as meeting both the hard magnetic storage layer and the nucleation host layer poses problems, especially in view of the different coercive field requirements."

And then jumping to the end of my highlighting here:

"Accordingly, the Court finds genuine

*Deborah D. Parker, U.S. Court Reporter*

disputes of fact as to which component of the accused products maps to the hard magnetic storage layer and whether, depending on the mapping, overlapping components can serve as both the hard magnetic storage layer and nucleation host."

So we submit, Your Honor, while that was a disputed fact then, it's no longer a disputed fact.

You heard from Dr. Re.  He admitted that the claims require what they say, regardless of the "comprising" argument -- which I'm very happy to get into; we think that's been abused -- the claims require everything that's in them.  They have to have a hard magnetic storage layer, which Your Honor construed is something that itself stores bits -- data in magnetically organized bits.  And Dr. Re admitted that his opinion was based only a single layer, that he only had one layer that was that hard magnetic storage layer.  And then he admitted that it doesn't store.  That it's -- the whole stack is a unit that stores.  That's exactly what the summary judgment order said, you know, that could be a problem.  And that's what we heard.

On redirect, Dr. Re was led by his lawyers to testify that the media as a whole is thermally stable.  But that's irrelevant.  The question is that G1 layer, does it

store information, according to Your Honor's construction? And the answer to that is no, it does not, on its own, store information.  It's only part of a stack.  It's like -- it's a piece of a whole, and it doesn't -- you can't just cut the piece off and say, Well, it does what the whole does.  And I think that's the argument that you've been hearing.

And the comprising limitation doesn't help them there.  The comprising doesn't say that because the other ones store, this one no longer has to.  The comprising requirement doesn't read out your claim construction, which says that the hard magnetic storage layer -- which Dr. Re says is only the G1 and SLC [sic] layers -- has to store information.  And at this point, I think undisputed testimony from their own expert is it does not.

So for that reason, Your Honor, we would ask you to find judgment as a matter of law on the hard magnetic storage layer.

On the nucleation host, Your Honor's construction was that it had to be layers that assist in the switching of that hard magnetic storage layer, that bottom layer that's been accused.  And there's no legally sufficient evidence of this upon which a reasonable jury can rely.

Dr. Re relied mostly --

THE COURT:  He relied on principles of physics.

MR. LUMISH:  And that.  But the principles of

physics that he used were based on modeling software he said Dr. Suess used to test what he thought the principle of his invention was.  It wasn't a modeling of our products.  And I don't think it's appropriate for an expert to rely on a model done by somebody else on some other technique -- on some other physical -- I'm sorry -- theoretical concept to say, *Well, the accused products must do it, too.*

And so we think there's a failure of evidence on that.

He then, of course, goes to the 2K over $M_S$ values.  And we think those are insufficient because there's no measurements.  That's not my core argument here.  My core argument is that they just have a failure of proof on the assisting.  There's nothing to show actual assisting other than, we think that's how the physics works.  That's the principle, but I don't really -- you know, I can't really show it in the product because it's too hard.

THE COURT:  I'm not sure that's an accurate summary of his testimony with regard to the inability to measure.

MR. LUMISH:  Well, he said he could not measure it, it was too hard to measure, I think in his testimony yesterday.  That's my memory.  I could have a faulty memory of it, but that's my recollection.

THE COURT:  I would summarize it as the technology

doesn't get that granular to get down to those small sizes and small measurements, that he relies on principles of physics.

MR. LUMISH:  Right.  And our position is, Your Honor, that's not evidence, that there's some principle of physics that he thinks would apply.  But based on Dr. Suess' modeling of something else, we think is insufficient.

We also think there was a failure on the course of field limitation.  They have to show that the hard magnetic storage layers field is greater than .5 tesla.  They have to show that the coercive field of the nucleation host is lower than, less than the coercive field of the hard magnetic storage layer.  They didn't measure those fields.  That's not for lack of technology.  They dispute whether they should have, but they didn't.  And they use an equation that the patent shows is for only this two-layer, bilayer structure that was not -- their position is, does not cover their claims.

We think there are other issues with that formula applying only to what's known as parallel and uniform switching, which is inconsistent with Dr. Re said -- what he said about how our products work, which he referred to as being implied incoherent switching.  And there's no proof that the equation's appropriate for a three or more layer

structure.

Dr. Suess testified that whether you used that formula or not is -- depends on a number of factors that included layer thickness, the anisotropy constant, the ratio of the anisotropy constant, the shape of the grain, how fast the field is applied, and the size of the grain.  And there was, I think, none or insufficient evidence about those factors, other than the factor of how fast the field is applied.  They did take that one on, and I didn't hear any evidence of any of the others.  And so we think support for using that equation, according to their own testimony, is insufficient.

Dr. Re testified this morning on redirect -- maybe it was yesterday.  I think it was this morning -- that the exchange break layers make the switching incoherent.  And we say that -- our position is that actually concedes the inapplicability of that formula which is for coherent switching.

Then, of course, there's the Cobra G issue, where they used testing for the largest group of accused products from a non-accused product, which we think is a failure of proof.

For these reasons and more detail that we'll include in our brief, Your Honor, we move for judgment of a matter of law on infringement.

On damages, MR Technologies failed to proffer legally sufficient evidence on which a reasonable jury could rely to award damages.  They, of course, bear the burden of proving damages, despite the "shall" in the statute.

Mr. Bergman's testimony was based on Georgia-Pacific.  He did not present the Georgia-Pacific analysis that was in his report.  His report had two inputs: A market approach and an income approach.  And he came to a number of roughly $250 million.  That's not what he presented today.  He presented sort of part of his Georgia-Pacific analysis, and we think that was insufficient and inconsistent with his sworn testimony in the case.

We would also submit, Your Honor, that Mr. Bergman's testimony was unreliable because he relied upon a smallest saleable patent practicing unit of the hard drive.  His rationale was that that's all that Western Digital sells.  That's not the law.  It's what is saleable, not what is sold by the defendant.  And there's no question that media can be sold and is sold on its own, separate from the hard drive.

We also think his number, his 305 million-plus number was speculative and misses a number of elements: Overestimated the price per terabyte, underestimated the cost per terabyte, failed to account for R&D, and failed to properly apportion.

So for that reason, Your Honor, we would move for judgment as a matter of law under Rule 50(a) under damages.

And last -- this is just a preservation, Your Honor -- we maintain our objections on claims construction to the extent Your Honor deviated from our proposed constructions.  And, of course, we would have presented evidence on the formed-on requirement of the claims that the hard magnetic storage layer be formed on the underlayer.  We were precluded from that right before openings.

And we, of course, would have presented other evidence on things excluded by *Dauberts* and *in limines*.

That's the grounds, Your Honor.

May I ask, on the brief, may we have until Monday to submit it, or you need that today?  What would you care for on that?

THE COURT:  Why don't you submit it no later -- well, why don't you submit it no later than the start of business on Monday.

MR. LUMISH:  Thank you, Your Honor.

THE COURT:  MR will have an opportunity to respond.

MR. LUMISH:  And, Your Honor, while I've got you here, they filed today requests for curative instructions that we have very strong feelings about.

Would we have time to respond to those as well?

THE COURT:  We'll settle the instructions either Tuesday afternoon or Wednesday afternoon, depending on where we are.

MR. LUMISH:  Okay.  So that will be part of the charge conference?

THE COURT:  Right.

MR. LUMISH:  Thank you, Your Honor.

THE COURT:  Mr. Ledahl.

MR. LEDAHL:  Thank you, Your Honor.

Would you like us to address the Rule 50(a) issues at this time, or solely in writing?

THE COURT:  Well, I think it's better to have you address them in writing.

MR. LEDAHL:  That's fine, Your Honor.  We're happy to do that.  Obviously, we disagree.

THE COURT:  Right.  If you want to put anything on the record now, that's fine.

MR. LEDAHL:  Well, I don't think I have a preservation obligation at this time.

THE COURT:  I understand.

MR. LEDAHL:  And so I'll just note that we disagree.  But if the Court's preference is we put those in writing in response to their submission, that's fine with us.

THE COURT:  Right.  I think it will be very helpful for the Court to go that route.

MR. LEDAHL:  Thank you, Your Honor.

THE COURT:  Now, there was an objection based on motions *in limine*.  Let's take that up.

MR. MIRZAIE:  Your Honor, I apologize for the objection and the request for sidebar.  The --

THE COURT:  Well, it wasn't your witness, was it?

MR. LEDAHL:  No, it was mine.

MR. MIRZAIE:  It was his.

THE COURT:  Well, then that's who I think we should be hearing from.

MR. LEDAHL:  Yes, Your Honor.

The record will reflect that the witness was discussing with Western Digital's lawyers the GIIL layer and describing that it was formed on certain other layers.  And there was a stipulation between the parties -- apologies; I don't have the e-mails -- all the way back from November 9th, 2023.  And this surprised us, so I didn't have a chance to print it out.

But it's an e-mail from Steve Hanle --

THE COURT:  But you cited the Court's motion *in limine* rulings.

MR. LEDAHL:  I think there's two issues here. There's the formed-on question, which was an *in limine*

question and other pretrial orders. There's also a stipulation between the parties.

And this is from Mr. Hanley on November 9th, 2023, and it reads:

"Hi, Paul" -- My partner, Paul Kroger.

"-- this confirms that provided that Plaintiff will not allege that the GIL/GIIL layers are either the hard magnetic storage layer or part of the nucleation host, WD will not be relying on the platinum content in the GIL/GIIL layers to argue that the accused products do not meet the increasing anisotropy constant K from layer to layer limitation. I understood that you would be getting back to us on whether WD's proposed representative DCMs were acceptable subject to the above confirmation."

And the parties agreed on this stipulation. And what we saw at the --

THE COURT: Was it memorialized by --

MR. LEDAHL: Via e-mail, yes.

THE COURT: How about the court filing?

MR. LEDAHL: I am not sure if it was in a court

filing.  I don't think so.

And so following the e-mail, the parties agreed -- and this is how the parties have been handling these types of stipulations, are just via e-mail.  Our side has been respecting them.  That the representative product groups would be based on the understanding that neither side would identify the GIIL layer as part of the hard magnetic storage layer.

And I think there was strong suggestions, if not explicit testimony, that it was part of that -- the whole stack.  So this violates the stipulation directly as well.

THE COURT:  Mr. Lee?

MR. LEE:  Thank you, Your Honor.

I do actually have copies of the e-mail that counsel referenced, so I'm happy to give copies to you and your clerk if you'd like to look at it yourself.

THE COURT:  That's fine.  Hand it up, please.

MR. LEE:  And let me just show it on the document camera.

Again, the intent certainly -- and I don't think -- and what actually what happened -- was not to violate the stipulation that we did agree to.

I think the problem for Plaintiff's argument is that the stipulation is fairly narrow in scope.  What it say is:

"WD will not be relying on the platinum content and the GIL/GIIL layers to argue that the accused products do not meet the increasing" -- quote -- "-- increasing anisotropy constant K from layer to layer limitation."

Closed quote.

That limitation applies to the layers and the nucleation host, not the storage layer that he just talked about here.

We certainly -- Dr. Desai -- well, first off, Dr. Desai didn't argue that or say that the GIL layer was part of the hard storage layer.  But regardless, that's not what we agreed to stipulate to.  What we agreed to stipulate to was that we would not argue that it does not meet the increasing anisotropy constant K from layer to layer limitation, and that limitation is related to the layers in the nucleation host.  And he certainly did not testify that the GIL layer was part of a nucleation host.  Nor did he mention anisotropy of the GIL layer at all.

THE COURT:  Go ahead.

MR. MIRZAIE:  Your Honor -- oh, this is -- yeah.

Your Honor, the -- I think that the testimony will show that he went beyond the framing that my colleague from Western Digital just give it.  And he did testify, according

*Deborah D. Parker, U.S. Court Reporter*

to all of our notes, that the GIL layer is also formed on, which violates another court order.

And I think this is just another one in the series of towing the line, stepping over it multiple times throughout this trial.  We --

THE COURT:  Let's stick to the essence of the matter that's before me.

MR. MIRZAIE:  Certainly.

So I think we still would submit that there is -- that that stipulation does cover the scenario.  And also, they argued, despite prior statements from the Court, prior orders from the Court, and prior agreements, the formed-on limitation as well.

THE COURT:  Sustained as to the formed-on limitation.

MR. LEE:  Your Honor, just --

THE COURT:  No.

MR. LEE:  Thank you, Your Honor.

MR. LEDAHL:  I apologize, Your Honor.

*(Court Reporter requests clarification for the record.)*

MR. LEDAHL:  It's Brian Ledahl again for the Plaintiff.

I apologize.  I forgot to ask.  You suggested we should respond in writing.  Is there a time by which the

Court would like us to provide that brief on the 50(a) motion?  I apologize.

THE COURT:  Well, if you get it first thing Monday, when can you respond?

MR. LEDAHL:  Given that we'll -- we'll have some time Monday, but then we'll be here, I would say maybe -- would a few days later be acceptable?

THE COURT:  End of the day Tuesday.

MR. LEDAHL:  End of the day Tuesday?  That's fine. Thank you, Your Honor.

THE COURT:  Okay.  Let's bring the jury in, please.

*(The following proceedings were had in open court in the presence of the jury:)*

THE CLERK:  Please be seated and come to order. This Court is again in session.

CROSS-EXAMINATION

BY MR. MIRZAIE:

Q    Good afternoon, Dr. Desai.

A    Good afternoon.

Q    I'm Reza Mirzaie.  We haven't met before, right?

A    Yes -- no, we haven't.

Q    Well, it's good to finally speak with you and the jury.

I have a poodle, too.  I think my team is sick and tired of hearing me talk about it.

I wanted to give a little bit more context for your role and testimony in this case.  Is that okay?

A    Go ahead.

Q    Now, you've been here all week, right, sir?  As the corporate representative of Western Digital, right?

A    Yes.

Q    And you're an employee of Western Digital, correct?

A    That is correct.

Q    Western Digital pays your salary, correct?

A    Yes.

Q    And they have since 2005, correct?

A    Yes.

Q    And in addition to being a paid employee, you also own stock in Western Digital, true?

A    Correct.

Q    Now, some additional context for your role for the help -- to be helpful to the jury.

You're not an expert witness here this week, correct?

A    No.

Q    You're a fact witness for WD, correct?

A    Yes.

Q    And you've probably heard this this week, but only expert witnesses can compare the patent claim elements or that -- to the accused product or prior art.

*Deborah D. Parker, U.S. Court Reporter*

Do you understand that, sir?

A    Yes.

Q    And for Western Digital, that -- that mapping and opinion will come from Dr. Bertero and Dr. Victora, correct?

A    I would say so.

Q    And for damages, Dr. Becker is Western Digital's damages expert, correct?  You're not the damages expert. Fair?

A    I'm not.

Q    But like all witnesses, expert or fact witnesses, the jury gets to determine the level of credibility for all witnesses and which side is making the correct argument, correct?

A    Yes.

Q    Okay.  So I wanted to ask you a few questions so we can get a better sense of that, more -- more details, some questions that your lawyer didn't ask you.  Is that okay?

A    Go ahead.

Q    Now, as Western Digital's sole technical fact witness this week, you are knowledgeable, to some extent, on the structure of the accused products.  Fair?

A    Yes.

Q    And you know, there's been a lot of talk this week about the G1 or SCL layers and the other G or mag layers. You've been here all week.  You've heard that, right?

*Deborah D. Parker, U.S. Court Reporter*

A    Yes.

Q    And whether -- how they're built, whether they're separate layers or not, you've heard all that this week, correct?

A    Yes.

          MR. MIRZAIE:  Now -- if we can get the first slide up.  There we go.

          (The document was published in open court.)

BY MR. MIRZAIE:

Q    Now, I wanted -- I want to show you --

          MR. MIRZAIE:  Go back one slide.  Can we go to the -- slide 1?

          (The document was published in open court.)

BY MR. MIRZAIE:

Q    Now, you were here all week, and you were sitting at this table, defense table, when Dr. Re showed this slide here as an example, correct?

A    Yes.

Q    And as we confirmed yesterday, by the way, Western Digital chose the colors -- chose to describe it in their confidential documents using those colors for the labels.

          Do you recall that?

A    Designed just for illustration.

Q    But Western Digital did that; Dr. Re didn't do that,

correct?

A    Yes.

Q    And you're the head of, I believe, sputter R&D; is that right?

A    Correct.

Q    And the R&D team talks to the product team, correct?

A    Yes.

Q    Okay.  And so you're obviously knowledgeable, and I think you've talked about this a little bit on your direct examination, for just a few seconds, the sputter deposition process, correct?

A    Yes.

Q    And that's a physical vapor deposition process, correct?

A    Correct.

Q    Okay.  And I'm glad you're knowledgable because I wanted to ask about some additional details, beyond the ones that your lawyer asked you.

So you do know some of the details about how the layers are deposited to make a disk, correct?

A    Yes.

Q    And to make that disk, the disk is made of using an aluminum magnesium substrate.  The first layer that's deposited on the substrate is a soft underlayer, correct?

A    Yes.

Q    And then the disks that are used in the accused products have a glass substrate.  The first layer that is formed is an adhesion layer, correct?

A    There is a glass substrate, yes.  I'm not aware of it.

Q    And, sir, you showed the jury a slide -- or a document, rather, about the deposition process.  And I wanted to focus your attention on the green oxide layer 1.

     Do you see that on the screen?

A    Yeah.  There are many -- many layers.  Which one?

Q    The one that we just emphasized.  Do you see now?  The only dark green layer.

A    Yeah, I see it.

Q    Okay.  Now, that is deposited during this deposition process where the layers are being built, correct?

A    Can you rephrase the question?

Q    Yes.

     This green oxide layer 1 is deposited in a chamber during the deposition process that we just discussed, correct?

A    That is correct.

Q    Okay.  Thank you.

     And then the purple oxide layer -- do you see the purple layer right there?

A    Yes.

Q    Now, you didn't describe this for the jury, but it is

true that that is deposited using a different chamber altogether in the deposition process, correct?

A    Yes.

Q    Okay.  And just focusing on this example, the two layers we just discussed are made of a different composition.  It's not the same composition, correct?

A    I can't tell from this figure.

Q    Can you tell from your experience, sir?

A    No.

Q    Okay.

A    You have to look at the recipe.  Sorry.

Q    Now, you do know, however, that in the final product, these layers, the G1 and G2, are exchange coupled together, correct?

A    Two exchange coupling layer, yes.

Q    So they're separately deposited with different chambers during the manufacturing process and have -- but in the actual disk, they're exchange coupled together, correct?

A    Yes.  There are other layers also.  Yes.

Q    Okay.  And you provided no evidence -- apologies.  I've got to ask this kind of obvious question.

        But you provided no evidence on direct examination that after selling that disk, a customer would just remove the G1 layer from the disk after purchasing it, correct?  You didn't discuss anything like that on your direct

examination, right?

A    Sorry.  I don't under your question.  Can you repeat?

Q    You didn't provide any evidence to the jury or testimony to the jury that customers would just remove the G1 layer after purchasing the whole hard disk drive, right?

A    Yes.  It will not happen.

Q    Okay.  Now, I wanted to change topics to clear a few more things up.

We've heard a lot this week from Western Digital about spreadsheets.

A    Correct.

Q    Every day we've heard about different spreadsheets, correct?

A    I think, in this case, we heard only about one spreadsheet.

Q    There's two different documents, though, that were being discussed this week in terms of spreadsheets, correct?

A    Yes.

Q    And we certainly -- when Dr. Re took the stand, we certainly heard him refer to more than one spreadsheet, right?

A    The recipe, yes.

Q    Yes.

And in fact, you were sitting at counsel table -- at Defendant's table, rather, when Dr. Re showed this slide

to the jury, right?

A    Yes.

Q    And he -- Dr. Re used Western Digital's data to determine the $K_m$ and 2K over M values for the G-layers in each of the seven representative product groups, correct?

A    Some of them were not from the spreadsheet, if I recall.

Q    Yes.

The one line out of all of these -- out of all of this data that's been focused on this week is that little red line in Group 3, which is the 5X1 group, correct?

A    Can you please blow it up, because I can't see.

Q    Sure.

I believe you also discussed this during your direct examination, that -- that particular example that Western Digital has raised every day, correct?

A    Yeah.  In this case, even the G5 is -- was not from the spreadsheet.

Q    And now, the example that was brought up is this particular example that's highlighted on the screen, correct?

A    Yes.

Q    Thank you.

And as far as we've heard, no other spreadsheets were challenged by Western Digital; not on your direct

examination, correct?

A    Yes.

Q    Thank you.

And Dr. Re, you heard him, he spent -- you were here when he described the thousands of documents and nearly a thousand hours he spent on the case.

There's no other challenge that you've seen or that you've made to other documents he relied on.  Fair?

A    There are no other documents.

Q    Well, he showed the jury many documents during his direct examination.  Fair?

A    Fair.

Q    Okay.  Now, as to that one layer, as the jury has heard repeatedly this week, there's two separate documents; that's JX-2015 and JX-2028.

Do you see that there, in the next slide?

A    Yes.

Q    And both sets of data are shown on this slide, correct?

A    *(No audible response.)*

Q    Do you see the image of JX-2015, sir, on the left hand of the slide and -2028 on the right hand of the slide, sir?

A    Yes.

Q    Thank you.

And what we've tried to emphasize and call out is the 2K over M column in both of these spreadsheets.

Do you see that?

A    Yes.

Q    And this is, by the way, a column that is in Western Digital's confidential documents that were produced by us.  This is not something that Dr. Re created for himself.  Fair?

A    Yes.

Q    And in one of -- for JX-2015, the 2K over M value is 2.12, correct?

A    I believe the calculation is correct.

Q    And the -- for -2028 -- JX-2028, the value is pretty close, right, sir?  It's 2.00.  Can we agree on that?

A    Yes.

Q    And both, by the way, are greater than .5 tesla, correct?

A    This number says it, but it's a wrong approximate.

Q    But just in terms of the numbers, Dr. Re got criticized very heavily for using a particular spreadsheet.  So I want to talk about the numbers.  Is that okay?

A    Yes.

Q    And either one -- both of them are higher than 0.5 tesla, the claim term that you've seen this week, correct?

A    Yes.

Q    And by the way --

A    2.1 shows higher than .5, yes.

Q    Excuse me?  I'm sorry.

A    2.1 and 2 is higher than .5, correct.

Q    Correct.

So either way, doesn't matter which one he uses, they're both higher than 0.5.  We can agree on that, correct?

A    Yes.

Q    And also, sir, they're both lower than 1.71 tesla, another value that he relied on, correct?

A    *(No audible response.)*

Q    I apologize.  They're both greater than 1.71 tesla, correct?

A    Yes.

Q    Okay.  And, sir, he relied on your -- on the Western Digital documents produced in this case and your deposition testimony.

Do you remember that?

A    Yes.

Q    And there was a lengthy process of discovery in this case, correct?

A    *(No audible response.)*

Q    You were deposed twice in this case.

Do you recall that?

A    Yes.

Q    And, in fact, Western Digital designated you as the sole corporate and technical representative to describe how the product operations work.

Do you recall that?

A    Yes.

Q    So it's fair for Dr. Re to rely on your testimony; is it not?

A    Yes.

Q    And you were under oath in both depositions, the same oath that you're taking today, correct?

A    Yes.

Q    And that was an oath to tell the truth and the whole truth, correct?  The same oath that you took today, correct?

A    Yes.

Q    And during the deposition, both spreadsheets were used as exhibits in your deposition.

Do you recall that?

A    At different times, yes.

Q    Yes.  At different times.

And at no time did you tell our side, you're using one spreadsheet incorrectly.  Use this other one, did you?

A    The question wasn't asked where to use and how was being used.  It was not asked that time.

Q    So that's -- so is that why you did not clarify which one was the right one to use?

A    The question was not being asked.

Q    Okay.  Okay.  Well, the good news is we just determined that it doesn't matter.

Did you know that it wouldn't matter at the time of your deposition, sir?

MR. LEE:  Objection.  Argumentative.

THE COURT:  Overruled.

BY MR. MIRZAIE:

Q    Did you understand that it wouldn't matter at the time that you were asked about both spreadsheets?

A    Say that again.

Q    Did you understand that the difference between the two values, as we just showed, wouldn't matter to this case when you were being deposed that day?

A    Well, those values were estimated to be wrong.  So --

Q    Was that the reason that you didn't explain to my side that there was the wrong value, the wrong spreadsheet?

A    I'm sorry.  The question was not asked what to use, where to use.  How the data is being used was not the question there.

Q    Okay.  Well, the good thing is that it doesn't matter to the case, as we just saw.

Now, I wanted to keep this going so we can clarify a few more things for the jury.  Is that okay?

A    Yes.  Go ahead.

Q    Now, we've heard a lot this week from Mr. Lumish, and also I think during your direct examination, about how the different layers flip or switch.  You've heard those terms used?

A    Yes.

Q    And a suggestion that they -- they flip or switch at the same time.

     Do you recall that?

A    Yes.  Basically, the whole stack switch together.

Q    Yes.  I think that's what you said during your direct examination, that the whole stack would switch together.  Is that what you said?

A    Yes.

Q    You didn't say that the whole stack would switch at the same time.  Mr. Lumish had suggested that yesterday.  But that wasn't your testimony, correct?

A    Those layers are part of the whole stack.  They switch together.

Q    But that's misleading, is it not, sir?

A    I'm sorry.  I don't understand.

Q    The layers do not switch at the same time, correct?

A    They do switch at the same time.

Q    Well, the cap layer is part of the -- you're familiar with the cap layer, correct?

A    Yes.

Q    And that's part of the magnetic stack of media, correct?

A    Part of it, yes.

Q    Now, that will initiate the switching, correct?

A    Yeah.  That layer is close to the head.  And the moment the head has the field in it, it's between SUL and the magnetic stack.  In nanosecond, as been pointed out in previous days, it switches all layers together.

Q    Sir --

A    The exchange coupled --

Q    Thank you, sir.

And, sir, nanoseconds matter in this case.  I think we've all determined that.

Again, my question was -- and I think you answered it -- the cap layer will initiate.  You concede that, sir, right?  Initiate the switching, correct?

A    No.  They all go together.  It's a nanosecond process.

Q    The first layer, the cap layer, will initiate the switching through the head, correct?

A    It's the closest one, but they go together.

Q    Sir, does the cap layer initiate the switching?

A    Initiate, you can take that down.  Yes, but they switch together.

Q    Okay.  Thank you.

And, in fact, sir, the ECL layers control the

exchange coupling between the mag layers to improve the switching of the stack; isn't that right?

A    They are in -- basically, they are connected to each other.  Exchange couple.  So they influence each other.

Q    Okay.  So you configure the ECL layers in the DCMs using the accused products to control the exchange coupling between mag layers to improve the switching of the stack and to decrease lateral exchange, correct?

A    Yes.

Q    And I believe that -- now, you're not clear on the details of the mechanisms beyond that, correct?

A    I understand the physics.  I do this for a very long time.  But I'm not the one -- something that I have to study that physics --

Q    That's right.

A    -- on regular basis.

Q    That's right.  Other people do, correct?

A    I would say so.

Q    Yet for your role, you just make sure that, hey, you get writeability, your SNR, that the things works and just move forward, correct?

A    But I am the physicist.  I know the physics.

Q    But you don't know all the details, as you just admitted a moment ago, correct?

A    Well, I know the details.  I just need -- don't need to

remember the details for the work that I do on a day-to-day basis.

Q    Now, Dr. Ikeda, you work with him, correct?

A    Yes.

Q    And he's a senior engineer in your group, correct?

A    That is correct.

Q    He knew the details, did he not?

A    No.  He's just believes there's an explanation. Theoretical model explanation, available.  That's what he's quoting.

Q    But he was able to answer the question, correct?  And you see it here on the screen.  Apologies; it's a long question.

"QUESTION:  So to reduce grain size to about 6 nanometers, Western Digital had to develop an alloy that produces grains having a diameter of approximately nanometers.  But because smaller grains are thermally stable -- are less thermally stable, Western Digital had to increase the $H_k$ of the grains, which, in turn, required the use of a multiple ECL structure to help switch the bottom mag layer, correct?"

And he answered "Correct."

*Deborah D. Parker, U.S. Court Reporter*

Did I read that correctly?

A    Yes, you read correctly.

Q    And you've also worked with Dr. Srinivasan.  We've heard from him this week, right?

A    Yes.

Q    And he also testified and -- you were sitting right here when we played his deposition testimony, were you not?

A    Yes.

Q    And he provided the details, correct?

A    Yeah, I don't understand the context.  Because that was the figure from the presentation outside Western Digital.

Q    Now, sir, you're not testifying that that -- that was not a Western Digital document that he was testifying on, right?  That was a Western Digital document, right?  We could pull it up.

A    Yes.  That's a Western Digital document presented outside for the general audience.  And it is not representing the product.

Q    It was a Western Digital document that was confidential and produced to us with a confidential internal tag, correct?

A    Could you produce the document, please?

Q    Sure.

        MR. MIRZAIE:  Do we have -- do we have the document here?

BY MR. MIRZAIE:

Q    And while we're pulling that up, Dr. Srinivasan's testimony, you're not here to say that he lied under oath; are you?

A    No.

(The document was published in open court.)

BY MR. MIRZAIE:

Q    Okay.  And this is the document that he was testifying on, which is a Western Digital document labeled, in the lower left-hand corner, as "Highly Confidential.  Attorneys' Eyes Only."

Do you see that, sir?

A    Yes.

Q    And so was his deposition testimony, I believe.

MR. MIRZAIE:  And if we could flip back to that.

(The document was published in open court.)

BY MR. MIRZAIE:

Q    He knew the details.  And he was asked:

"QUESTION:  And both the assist -- both
the top layer and the middle layer
assist in the switching of the storage
layer; is that correct?
"ANSWER:  So the top layer assists in
the switching of the middle layer.  And
then the middle layer assists in the

switching of the storage layer."

Did I read that correctly?

A    Reading is correct.

Q    Okay.  And I understand that he no longer works at Western Digital.  He left Western Digital before this case was filed, correct?

A    Yes.

Q    But we still reached out and deposed him, under oath, and that's where this testimony comes from.  Fair?

A    Yes.

Q    Okay.  Now, you brought -- pulled up a document and discussed it with your lawyer on a somewhat related issue during your direct examination.

MR. MIRZAIE:  And if we can pull up PDX-3.153.

*(The document was published in open court.)*

BY MR. MIRZAIE:

Q    Do you remember this slide?  It was one of Dr. Re's slides about the domino effect, quote/unquote, graded in multiple ECL.

Do you remember that?

A    Yes.

Q    And there again, we have Dr. Ikeda, Western Digital's senior technologist.  And he actually testified that this illustrates the underlying principle of multiple ECL media, did he not?

A    Yes.

Q    Did I read that right?

A    Yes.

        MR. MIRZAIE:  Now, if we can actually pull up the document that this is from, and that is JX-2034 --

        *(The document was published in open court.)*

BY MR. MIRZAIE:

Q    -- which I believe you discussed in your direct examination.

        This, too, is a Western Digital, highly confidential document, correct?

A    It is for the -- it's a tutorial.  So it's just describing the concepts.

Q    A highly confidential tutorial, not some public talk, correct?

A    Yes.

Q    Okay.  And it shows here the domino effect that's discussed on the slides, right?

A    I see that.

Q    And we've heard various witnesses discuss that this week, right?

A    Yes.

Q    We've heard Dr. Suess discuss that, as well as Dr. Re. You were sitting right here, correct?

A    Yes.

Q    Okay.  And after the dominoes fall, to use this illustration, the stack writes, correct?

A    This is an illustration of some theoretical model.  It doesn't represent the true product.

Q    Now, it does say here, in this confidential document, that:

         "Each ECL enhanced the domino effect

         more effectively in multiple ECL."

         Do you see that at the bottom?

A    I see it.

Q    And the illustration, as shown, is a domino effect, right?

A    It just shows the ECL effect.  And the -- it's just a theoretical model.  There is no evidence.

Q    Now, Dr. Ikeda, he's the one that -- he's also a senior technologist, correct?

A    Yes.

Q    And we just saw, and he testified, that this does describe the underlying physics principle, correct?

A    This is just some theoretical prediction of some model --

Q    Sir --

A    -- he's been showing to the engineers.

Q    Sir, I hate to cut you off.  I apologize.

         I was -- just want you to answer my question about

112

what he testified.  If you could just focus on my question.

That is what he testified under oath, right?

A    This doesn't represent the product.

Q    And if you could just focus on my question.

Now, going with the analogy, do you need to measure anything to know that the first dominoes start falling before the last one falls, sir?

A    These reach together.  I haven't seen the evidence otherwise.

MR. MIRZAIE:  Now, this is, I think -- I'd like to show the jury the slides right before this one.  Apologies. If you can go back to that document, same document.  If we could go to the -- to page 53.  Actually, 54.  That's 56. We'll go to 54.

(The document was published in open court.)

BY MR. MIRZAIE:

Q    This is a section of the document --

MR. MIRZAIE:  Actually, we'll go one page before that, if that's okay.

(The document was published in open court.)

BY MR. MIRZAIE:

Q    You didn't show the jury the title of this section that that pages is in.  This is page 53 in JX-2034.  And the title of this section is -- in the confidential document at Western Digital is "Mag Layer Structure Revolution,"

*Deborah D. Parker, U.S. Court Reporter*

113

correct?

A    Yeah.  You want see that first page.  Also says "Revolution."  He's obsessed with the word "Revolution."

Q    Okay.  Okay.  Well, he's not here to defend himself, but I just wanted you to focus on my question.

Did I read the title correctly?

A    I see correctly.  Yes.

MR. MIRZAIE:  Okay.  Now, if we can go to the next page.

*(The document was published in open court.)*

BY MR. MIRZAIE:

Q    And this page of the Western Digital internal document says that:

"More complicated media structure were introduced with more areal density."

Did I read that correctly?

A    Yes.

Q    And so this is referring to media structures that were introduced, correct?

A    Again, this is the same presentation to the new engineers.  It just represents the illustration for the complexity of the media that we are doing.

Q    Okay.  The jury is entitled to determine the facts in this case, though, correct?

A    Correct.

114

Q    And that includes Dr. Ikeda's testimony under oath; does it not?

A    Yes.

Q    And Dr. Srinivasan's, does it not?

A    Yes.

Q    Okay.  Switching topics a little bit.

There's been a lot of talk this week, sir, about the G1 layer, correct?

A    Yes.

Q    Yes.

And talk about whether that layer can itself store data by itself, apart from the other layers, correct?

A    It cannot store by itself.

Q    Sir, that wasn't my question.  I would appreciate it if you could focus on my question.  Okay?

There's been a lot of talk this week about whether it could store, quote/unquote, by itself, correct?

A    Sorry.  I'm not understanding the question.

Q    I'll ask a different question.

You discussed with your lawyer, on direct examination, if it could store -- if other layers are missing.

Do you recall that?

A    Yes.

Q    Okay.  Now -- again, a very obvious question.  I

115

apologize.  But when Western Digital sells the products that are accused in this case, are other layers missing?

A    No.

Q    Now, you'll agree that the SCL layer is a G1 layer, correct?

A    It's after GIIL layer, yes.

*(Court Reporter requests clarification for the record.)*

THE WITNESS:  After GIIL, G-I-I-L.

BY MR. MIRZAIE:

Q    Okay.  And, sir, if you could focus on my question.

Now, with respect to the SCL layer, the magnetic moments in the SCL layer become oriented up or down to store bits, correct?

A    Along with other layers, yes.

Q    And just to be clear, we're obviously talking about magnetic oriented bits -- magnetically oriented bits, correct?

A    Yes.

Q    Now -- and the same is true for the G1-1 layers for the other products, correct?

A    Sorry.  There are many G-layers, so they all switch. So wherever that location is, they will be switching.

Q    And, sir, you'll admit, won't you?, that from the cap layer all the way down to the SC layer -- SCL layer, the

116

stack stores information it -- in magnetically oriented bits, correct?

A    Yes.

Q    Okay.  We'll move on to the benefits of the products. You discussed some of the benefits of the products during your direct exam, correct?

A    Yes.

Q    Now, one of the most important aspects of the products is to improve areal density capability, correct?

A    Yes.

Q    And one reason why hard disk drives don't look like refrigerators anymore.  Can we agree on that?

A    Yes.

Q    Okay.  Now, by the way, on the refrigerator device that we keep seeing, that wasn't built by Western Digital; was it?

A    IBM.

Q    And Western Digital acquired IBM, correct?

A    Yes.

Q    And just like it acquired Komag, correct?

A    Correct.

Q    Now -- and there's no dispute, by the way, in this case, that areal density is the holy grail of improving capacity.  You heard that this week, right?

A    Yes.

Q    And in 2008, that's the year when Western Digital introduced the first trilateral or greater ECC media, right?

A    I have to go back and look at the real product.

Q    Any reason to doubt that that's the first year it got introduced?

A    I have to look it up.

Q    Well, maybe we can go to your deposition.

If we go to Dr. Desai's deposition.  It's there in your binder, sir.  This is at Volume I, page 81, lines 7 through 10.

A    Sorry.  Repeat the page, please.

Q    Yes.  Actually --

A    You say 81?

MR. LEE:  Your Honor, I think this section -- this site has nothing to do with --

MR. MIRZAIE:  It's 85.  I'm sorry.  Page 85, lines 18 through 21.

BY MR. MIRZAIE:

Q    Are you there?

THE COURT:  Any objection?

MR. LEE:  Yes, Your Honor.  There's no impeachment here, Your Honor.

MR. MIRZAIE:  Your Honor, the question is:

"QUESTION:  But you agree, in 2008,

Western Digital did introduce" --

MR. LEE:  Objection, Your Honor.  He's reading from the transcript.  And his question was 2018.

MR. MIRZAIE:  I'll ask the question again.

BY MR. MIRZAIE:

Q    You agree, sir, that in 2008, Western Digital introduced the trilayer ECC media with three mag layers, right?

A    I read that.

Q    And this is -- that's true, correct?

A    I'm not sure.  I need to look at up.  I mean, it's simple.

        *(Simultaneous speakers.)*

A    -- introduced or not --

        *(Court Reporter requests clarification for the record.)*

THE WITNESS:  We have all the recipes.  We can just look it up.

BY MR. MIRZAIE:

Q    Well, this is your testimony, under oath, several months ago; is it not?

A    Yeah, I was not getting the document during that time to look at it.  It's easier to just look at it.

MR. MIRZAIE:  Can we pull up the Q&A?

        *(The document was published in open court.)*

        *////*

BY MR. MIRZAIE:

Q    Now, you were asked:

        "QUESTION:  But you agree that in

        2008" --

        THE COURT:  Wait.

        Any objection?

        MR. LEE:  Yes, Your Honor.  He hasn't layed the foundation for impeachment.

        MR. MIRZAIE:  Your Honor, I asked the identical question.  He said "I don't know."

        THE COURT:  Just a minute.  85.

        MR. MIRZAIE:  18 through 21.

    (Pause.)

        THE COURT:  Go ahead.

        MR. MIRZAIE:  Okay.  Thank you.

BY MR. MIRZAIE:

Q    You were asked, in your sworn deposition:

        "QUESTION:  But you agree that in 2008,

        Western Digital did introduce trilayer

        ECC media with three mag layers, right?"

        Your answer was:

        "ANSWER:  That is correct."

        Did I read that correctly?

A    It says so, yes.

Q    Okay.  But you didn't say you had to look it up, under

04:09:12 oath that day, correct?
A Yeah.
Q Okay. Now, that's -- it's undisputed in this case that that's two years after my client filed their patent. You
04:09:21 don't dispute that, right?
A Roughly, yes.
Q Okay. Now, if we can go back.
Now, you were here Dr. Ikeda testified by deposition, correct?
04:09:39 A Yes.
Q And he testified, as Dr. Re showed on your screen, that:
"ANSWER: To reduce the grain size to about 6 nanometers" --
04:09:51 I won't read the entire question.
"-- it required the use of a multiple ECL structure."
Do you see that? Correct?
A Yes.
04:09:59 Q And he was also asked that:
"QUESTION: Going from two ECL media with two mag layers to three with three mag layers to four ECL media with four mag layers to five and six, all
04:10:14 contributed to increasing areal density,

121

correct?"

And he said:

"ANSWER:  Yes, correct."

Did I read that correctly?

A    One of many other things.

Q    You're not disagreeing with the -- you didn't disagree with Dr. Ikeda's testimony there, correct?

A    Yes.

Q    Now, improving SNR and overwrite also helps areal density, correct?

A    It is a parameter for the ADC.  So yes.

Q    Now -- and you were here for Dr. Srinivasan's testimony about graded anisotropy that we see on the screen, correct?

A    Yes.

Q    And he testified that:

"QUESTION:  Graded anisotropy and a
double-exchange break layer allow to you
design a stack that has higher
anisotropy at the bottom.  And the
benefit is that allows you to decrease
the grain size while keeping the same
thermal stability."

And he answered:

"ANSWER:  That is the idea, yes."

Did I read that correctly?

*Deborah D. Parker, U.S. Court Reporter*

A    You read it correctly.

Q    Now, we've heard some this week about a technology called UltraSMR.

You understand what that technology is, right?

A    Yes.

Q    And "SMR" refers to a "Single Magnetic Recording," correct?

A    Yes.

Q    And that alone provides only a 10 percent -- and other technologies, like TDMR -- improvement, correct?

A    Sorry.  I'm not sure.  Probably more than that.

MR. LEE:  Objection.  I think they argue that --

MR. MIRZAIE:  I'll move on, Your Honor.  I'll strike the question.

BY MR. MIRZAIE:

Q    Now -- so you've been here all week.  And you heard that in 2005, my client, Dr. Suess, gave presentations with his ideas involving trilateral ECC --

MR. LEE:  Your Honor, we object to this.  Subject to MIL.

THE COURT:  Do you want to respond?

MR. MIRZAIE:  I don't believe him giving his presentations is subject to a MIL.  He testified about that in direct exam, the presentations, the conferences.

THE COURT:  Overruled.

BY MR. MIRZAIE:

Q    Apologies.  There's a typo on this timeline.  It's 2006.  My client gave presentations concerning his trilayer ECC media structure.  And there's no dispute that he filed for patent protection the same year, correct?

A    It says so.  Yes.

Q    And in 2006, Dr. Bertero also gave a presentation about Dr. Suess' ideas.  You saw that during opening statements; didn't you?

A    Yes.  Outside WD, yes.

Q    Outside WD, while he was at Komag, correct?

A    Yes.

Q    This is the presentation, is it not?

A    Yes.

Q    So after my client filed for the patents, there's a presentation at Komag.  And that's from Dr. Bertero.

       And then Western Digital acquired Komag the very next year; is that right?

A    Yes.  But this is a conference paper.  Conference presentation.

Q    But you're not disputing that Dr. Bertero and Komag -- Komag was acquired by Western Digital, and Dr. Bertero started working for them the very next year; is that right?

A    Yes.

Q    And you saw that -- in the presentation, several

124

slides, all about Dr. Suess and his ideas, correct?

A      No doubt.  All the concepts and theory.

*(The document was published in open court.)*

BY MR. MIRZAIE:

Q      And you saw this slide about the trilayer, correct?

A      Yes.

Q      And there was discussion this week about a trilemma.

You're familiar with that term; aren't you?

A      We deal with it every day.

Q      And, in fact, this is a slide from -- that you created, describing the trilemma.

A      Yes.

*(The document was published in open court.)*

BY MR. MIRZAIE:

Q      This is another slide that you created, describing, on the very next page, the graded anisotropy structure, correct?

A      It's an illustration.

Q      And what it illustrates, as you wrote on your slide, is that it improves writeability, correct?

A      Title says so.

Q      And does this refresh your recollection, sir, that the trilayer structure was introduced in 2008?  Do you see the 2008 right there in the middle?

A      I'll have to go back and check, but I believe I already

testified.

Q    Now, we confirm that Western Digital acquired Komag in 2007, the next year.  And then in 2008, we saw in your deposition testimony earlier, Western Digital introduced its first trilateral ECC media.

And we saw this week -- it's a very long timeline, so we broke it up -- that it took 12 years for the Patent Office to examine the patents, correct?

A    That's a very long time, yes.

Q    And during that period of time, while the Patent Office was examining it, before it issued, Western Digital was selling these products, correct?

A    Yes.

Q    Millions of them.  Fair?

A    Yes.  But that has nothing to do with the design.

Q    Now -- and here, today, in 2024, those products -- those products are profitable, right?  We saw some numbers on that today, correct?

A    I would guess so.

Q    And you provided no testimony this week that Western Digital has any plans to discontinue selling them. Fair?

A    Yes.

Q    And my client's patent expires on June 30, 2027.

Do you understand that?

A    Okay.

Q    And if the jury finds infringement of valid patent claims, you understand that my client's entitled to no less than a reasonable royalty for that period of time?

A    That's not what I understand.  So whatever.

Q    We'll let the damages experts talk about that, though, right?

A    Yes.

Q    And after 2027, Western Digital is free to use these structures because my client's patent expires.

But before then, this is what we're here this week for this case on.  Do you under --

MR. LEE:  Objection, Your Honor.  He's trying to have the witness elicit expert testimony.  They objected on direct on that.

THE COURT:  Sustained.

Next question.

BY MR. MIRZAIE:

Q    Well, in any event, sir, based on all that evidence presented this week, the jury will decide the issues of infringement, validity, and damages, correct?

A    Yes.

Q    Thank you.

MR. MIRZAIE:  Pass the witness.

////

REDIRECT EXAMINATION

BY MR. LEE:

Q    Good afternoon, again, Dr. Mrugesh.

A    Good afternoon.

Q    Dr. Desai.  I'm sorry.

Let me actually start with -- I think they showed you a demonstrative.

MR. LEE:  And I don't think you guys gave us a copy of it.  But I believe it's the second slide of the demonstrative that you showed.  Can we please have that pulled up?

*(The document was published in open court.)*

MR. LEE:  No.  This is not the right slide.  I can't see the numbers on the screen.  I tried to copy it down.  It's the one where you have -- excuse me -- where you have something labeled JX-2015, and then something labeled JX-2028.

*(The document was published in open court.)*

MR. LEE:  Thank you very much.

BY MR. LEE:

Q    So here, do you remember, Dr. Desai, Mr. Mirzaie showing this to you?

A    Yes.

Q    And that 9.42 number, that's from the Cobra G document, right?

A    That is correct.

Q    Okay.  And they say that that corresponds to JX-2015 on this document, right?

A    Yes.

Q    Okay.  Let's pull up --

And meanwhile, in JX-2028, they say the number there is 8.05, right?

A    Yes.

MR. LEE:  Can we please pull up JX-2028.  And if you could blow up row 27.  And the H value, please -- no, not row H, the HU value.  HK?  I forget which H.  It's the 9.42 number, Mr. Schmoller.  Hold on a second.

(Pause.)

MR. LEE:  It's the $K_u$ number, Mr. Schmoller.  I apologize.  All right.  You had it, and then you lost it.  All right.

(The document was published in open court.)

BY MR. LEE:

Q    So 9.42, this is JX 2028, this is the Cobra G document, right?

A    That is correct.

Q    And it has the 9.42 number, correct?

A    Yes.

Q    Okay.

MR. LEE:  Let's go back to the demonstrative.

(*The document was published in open court.*)

BY MR. LEE:

Q    Here, they are telling you and the jury that the JX 2028 number is 8.05.

A    Yes.

Q    Is that accurate, based on the actual exhibit that you just saw?

A    It was not.

Q    And 9.42, they say that comes from JX-2015.

MR. LEE:  Can we pull up JX-2015, please.

(*The document was published in open court.*)

MR. LEE:  And forgive me.  Hold on a second.  I should borrow your magnifying glass.

BY MR. LEE:

Q    Does this document have -- I believe it's row -- I want to say row 56.

MR. LEE:  Can you please pull up row 56.

(*The document was published in open court.*)

MR. LEE:  All right.  I don't think that helps. Let's go back to their document.

(*The document was published in open court.*)

BY MR. LEE:

Q    I was hoping to show you the number from JX-2015, but it's just too small.

MR. LEE:  I meant their demonstrative.  Thank you.

*(The document was published in open court.)*

BY MR. LEE:

Q   So is this demonstrative that they tried to question you on accurate?

A   Could you rephrase it?

Q   Sure.

Is this demonstrative that shows that the -- JX-2028, for Cobra G, is it accurate that, as this demonstrative seems to suggest, that the $K_u$ number is 8.05?

A   From the spreadsheet, yeah.

Q   No.  I mean what's the number in the JX-2028 Cobra G spreadsheet?

A   Cobra G is 9.42.

Q   And is that what they're showing on their JX-2028, on this spreadsheet?

A   No.

Q   So they still got it wrong, then; is that right?

A   It looks like.

MR. LEE:  Let's go to the first demonstrative that was shown, that they showed you, please.

*(The document was published in open court.)*

BY MR. LEE:

Q   Do you remember this demonstrative?

A   Yes.

Q   And they asked you who put in the purple color and the

131

green color.

Do you remember that?

A    Yes.

Q    Now, did WD put in the labels "nucleation host" and "hard storage layer"?

A    No.

Q    Is that something created, again, by Plaintiffs?

A    Yes.  As I mentioned, the left is not mine.

Q    And so this is another example where they are showing you something that Western Digital didn't wholly create.

A    Correct.

Q    Something that they added to, but didn't mention when they asked you about it; is that right?

A    That is correct.

Q    Now, one of the questions they asked you on this was, they said that the oxide material for the hard storage layer was different from --

MR. LEE:  I'm sorry.  Can you please keep that up. Thank you.

        (The document was published in open court.)

BY MR. LEE:

Q    -- was different from the material -- the oxide of -- the oxide layer in the next layer up.

Do you remember that?

A    Yes.

*Deborah D. Parker, U.S. Court Reporter*

Q    Now, WD has supplied its recipes for the different layers to Plaintiff; is that right?

A    That is correct.

Q    And those recipes identify the different materials that are used to make each layer?

A    That is correct.

Q    So has W -- Western Digital ever concealed or hid the fact that there's different materials in each of these layers?

A    No.  With composition.

Q    Okay.  And, of course, you knew that each of these layers had different materials in them.

A    Correct.

Q    Does that alter your testimony from earlier, that all of these mag layers switch together?

A    My testimony doesn't change.

Q    Okay.  Does the fact that they're different materials mean that they have different functions?

A    No.  They switch together and store together.

Q    Now, you were -- he also asked you about your deposition testimony regarding the Cobra G spreadsheet.

        Do you remember that?

A    Yes.

Q    Okay.  And I think he was suggesting that you should have told them, Hey, this is the wrong spreadsheet to look

at.

Do you remember that?

A    Yes.

Q    But at the time of your deposition, did you know what that spreadsheet was?

A    No.

Q    So could you have told them, at the time of your deposition, Hey, this is the wrong spreadsheet to look at?

A    Yes, I couldn't.  I couldn't say because I didn't know the spreadsheet.

Q    Now, Dr. Re, as their expert on infringement, would you have expected him to have confirmed what product that spreadsheet was about before he relied on it?

A    Yes, he should have.

Q    And now that you know that spreadsheet is for Cobra G, do you think it was proper to take the test measurements from that spreadsheet and use it for a completely different and unrelated product?

A    No.

Q    And if you had known that that spreadsheet was for Cobra G at the time of your deposition, would you have told MRT that fact?

A    Yes.

Q    Now, he also showed you a number of documents.  And you pointed to some language at the bottom of the documents.

134

Let me bring up one example of that.

MR. LEE:  Can we please pull up JX -- my apologies.  I should check my notes.

Let's pull up JX-2030, Mr. Schmoller.

*(The document was published in open court.)*

MR. LEE:  And can you please blow up the confidentiality designation in the bottom-left corner, please.

*(The document was published in open court.)*

BY MR. LEE:

Q    Now, when Mr. Mirzaie was questioning you about that document, and you pointed that out, did he mention that was something added by Western Digital's lawyers after the litigation started?

A    No, he did not.

Q    Did he point out that at the time this document was created, that a legend was not on the document?

A    Yeah, no, he did not.

Q    Did Western Digital's scientists and engineers and technical people think that this document contained confidential information?

A    No.

MR. LEE:  Let's go to the upper-right corner of this document, please, and blow up that white box.  Thank you.

*(The document was published in open court.)*

BY MR. LEE:

Q    What does this white box tell you about where this document was discussed?

A    It's in the conference.

Q    Is that a public conference?

A    It is.

Q    And can anyone, presuming they attended or have the proper academic credentials, attend that -- sorry.  Let me -- withdrawn.

Can anyone, assuming they pay whatever fee is required and have whatever academic credentials are required, attend this conference?

A    Correct.

Q    Did WD tell anybody who attended this conference, You cannot share this information in this document because it's confidential and proprietary?

A    It's a public information.

Q    And why is it -- why does Western Digital consider this document to contain public and not confidential information?

A    Because we will never give the real product information to outside world.

Q    So if a document has been presented to the public, then does it contain confidential information about Western Digital's products?

A    Not at all.

Q    Do you think that the recipe for the disks in Western Digital's products, is that confidential information?

A    Yes.

Q    And that recipe shows you the actual layers that are in each product, right?

A    Correct.

Q    Would Western Digital ever share the actual information about the layers in its products with the public?

A    Not at all.

Q    And so does this document that was presented to the public accurately represent the actual layers that are in any Western Digital products?

A    It does not.

THE COURT:  I think we're going to stop here for the day.

Ladies and gentlemen, we'll resume on Tuesday at 9:45, rather than 9:00.

Please remember the admonition not to discuss the case with anyone and not to form any opinions on the issues of the case until it's submitted to you.

So I trust you'll have a good weekend.

THE CLERK:  All rise.

(*Jury exits courtroom.*)

*Deborah D. Parker, U.S. Court Reporter*

*(The following proceedings were had outside the presence of the jury:)*

THE CLERK:  You may be seated.

*(The following proceedings were had outside the presence of the jury:)*

THE COURT:  I'll send out an updated version of the log first thing on Monday.  But MR used approximately 2 hours 56 minutes today.  It has 5:19 left.  So 5:19 left.

And Western Digital used approximately 2:09, and it has 8:33 left.  8:33 left.

I'll double-check my figures and get that chart out to you.

Okay.  Anything before we adjourn?

MR. LEDAHL:  Not from Plaintiff, Your Honor.

MR. LUMISH:  Not from Western Digital, Your Honor.

THE COURT:  Very good.  Trust you'll have a good weekend as well.

THE CLERK:  All rise.  The Court is adjourned.

*(At 4:31 p.m., proceedings were adjourned.)*

-oOo-

*Deborah D. Parker, U.S. Court Reporter*

138

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


Date:  July 20, 2024




                    _____/s/DEBORAH D. PARKER_____
                    DEBORAH D. PARKER, OFFICIAL REPORTER

*Deborah D. Parker, U.S. Court Reporter*

**BY MR. LEDAHL: [7]** 30/3 32/4 33/5 34/6 35/12 36/8 36/22

**BY MR. LEE: [38]** 38/8 39/1 41/7 41/24 45/18 46/14 46/25 47/24 49/23 50/6 51/16 53/11 54/17 54/24 55/24 57/20 61/2 62/2 63/11 66/12 68/3 68/11 69/16 69/22 70/19 70/23 71/12 127/2 127/20 128/18 129/2 129/14 129/22 130/2 130/22 131/21 134/10 135/2

**BY MR. MIRZAIE: [23]** 89/18 92/9 92/14 102/8 108/1 108/7 108/17 109/16 110/7 112/16 112/21 113/11 115/10 117/18 118/4 118/18 118/25 119/16 122/15 123/1 124/4 124/14 126/18

**BY MS. YOUNG: [28]** 7/10 7/15 8/14 8/20 9/25 10/15 11/14 11/18 11/21 12/19 12/25 13/13 13/19 16/12 17/6 18/13 19/9 19/20 20/2 21/12 23/10 23/23 24/3 24/22 25/19 26/15 28/1 28/11

**MR. FENSTER: [2]** 72/17 72/20

**MR. LEDAHL: [24]** 29/23 30/1 32/3 33/3 34/3 35/10 37/8 37/11 52/22 83/10 83/15 83/19 83/22 84/3 84/9 84/13 84/24 85/23 85/25 88/19 88/22 89/5 89/9 137/14

**MR. LEE: [53]** 37/18 38/6 41/4 41/22 45/15 46/11 46/20 47/21 49/14 49/20 50/2 51/11 53/5 53/10 54/12 54/21 57/17 60/24 66/9 68/8 69/19 70/14 70/21 71/6 71/23 86/13 86/18 88/16 88/18 102/6 117/14 117/21 118/1 119/7 122/12 122/19 126/13 127/8 127/13 127/19 128/9 128/14 128/25 129/10 129/12 129/17 129/19 129/25 130/19 131/18 134/2 134/6 134/23

**MR. LUMISH: [14]** 72/7 72/21 73/10 73/13 73/21 74/1 77/25 78/21 79/4 82/20 82/23 83/5 83/8 137/15

**MR. MIRZAIE: [33]** 49/17 52/25 53/3 53/7 55/19 67/24 69/13

70/16 71/2 71/9 84/6 84/10 87/22 88/8 92/6 92/11 107/24 108/15 109/14 110/4 112/10 112/18 113/8 117/16 117/23 118/3 118/23 119/9 119/12 119/15 122/13 122/22 126/24

**MS. YOUNG: [28]** 7/7 7/13 8/19 9/19 9/22 10/14 11/12 11/17 11/20 12/22 13/10 13/12 13/17 17/3 17/5 18/11 19/7 19/17 19/25 23/7 24/20 25/15 26/12 27/23 28/8 29/22 36/20 37/9

**THE CLERK: [9]** 37/22 37/25 72/2 72/6 72/15 89/15 136/24 137/3 137/18

**THE COURT: [59]** 7/5 36/21 37/10 37/14 38/5 49/16 49/18 52/24 53/2 53/9 55/23 68/1 69/15 70/17 71/11 71/24 72/10 72/19 73/7 73/12 73/20 77/24 78/18 78/25 82/17 82/21 83/2 83/7 83/9 83/13 83/17 83/21 84/1 84/4 84/8 84/11 84/22 85/22 85/24 86/12 86/17 87/21 88/6 88/14 88/17 89/3 89/8 89/11 102/7 117/20 119/5 119/11 119/14 122/21 122/25 126/16 136/16 137/6 137/16

**THE WITNESS: [11]** 8/11 12/17 21/11 25/18 37/24 38/3 38/24 61/25 68/2 115/9 118/16

## $

**$1 [1]** 28/21
**$1 billion [1]** 28/21
**$10 [1]** 14/25
**$11 [1]** 15/9
**$11.24 [3]** 24/24 26/18 36/13
**$15 [1]** 31/1
**$17.04 [1]** 35/2
**$18.45 [3]** 7/24 8/2 20/17
**$18.67 [1]** 36/17
**$250 [1]** 81/9
**$250 million [1]** 81/9
**$3.36 [1]** 24/5
**$3.93 [1]** 23/19
**$305 [3]** 29/9 36/4 37/4
**$305 million [3]** 29/9 36/4 37/4
**$36.83 [1]** 22/2
**$46.61 [1]** 22/1
**$47.78 [1]** 15/9
**$58.07 [1]** 15/9
**$6.70 [2]** 20/15 22/10
**$66.37 [1]** 20/14
**$7.21 [1]** 35/17

**$9.78 [2]** 22/2 22/11

## -

**-2028 [2]** 98/21 99/11
**-o0o [1]** 7/2
**-oOo [1]** 137/20

## .

**. . . gross [1]** 27/14
**.000005 [1]** 9/15
**.5 [4]** 79/11 99/14 100/1 100/3
**.5 tesla [2]** 79/11 99/14

## /

**/s/DEBORAH [1]** 138/12

## 0

**0.5 [1]** 100/6
**0.5 tesla [1]** 99/22
**0003 [1]** 54/12
**003 [1]** 60/24
**053 [1]** 1/22
**0623 [1]** 2/19

## 1

**1 nanometer [1]** 43/7
**1 terabyte [9]** 13/7 14/10 14/15 14/22 18/17 19/15 20/24 21/14 22/5
**1-053 [1]** 1/22
**1.4 [1]** 41/5
**1.71 tesla [2]** 100/9 100/12
**10 [2]** 15/5 117/10
**10 minutes [1]** 72/14
**10 percent [1]** 122/9
**100 percent [2]** 15/4 18/21
**100,000 [1]** 48/19
**1018 [3]** 49/7 49/18 49/19
**10342 [1]** 1/20
**11.24 [1]** 17/16
**12 years [1]** 125/7
**1235 [1]** 3/24
**12424 [7]** 2/4 2/8 2/13 2/22 3/4 3/8 3/13
**127 [1]** 6/7
**12TH [7]** 2/4 2/9 2/13 2/22 3/4 3/9 3/13
**1310 [1]** 57/15
**140 [4]** 3/18 4/8 4/21 5/4
**15 [1]** 48/23
**15 minutes [1]** 71/25
**15-year-old [1]** 38/14
**153 [1]** 60/25
**1600 [2]** 4/4 4/13
**17-dollar [1]** 35/2
**17.36 [1]** 35/2
**170 [1]** 44/18
**18 [3]** 6/16 117/17 119/12
**18.45 [2]** 17/10 18/1
**19 [2]** 1/18 7/1
**1956 [2]** 8/22 10/5
**1970s [1]** 10/16

**1990s [2]** 10/20 10/23
**1:35 [2]** 1/19 7/1

## 2

**2 hours [1]** 137/8
**2 percent [1]** 34/1
**2 terabyte [1]** 19/22
**2 terabytes [3]** 20/6 21/24 22/5
**2.00 [1]** 99/12
**2.1 [2]** 100/1 100/3
**2.12 [1]** 99/9
**20 [1]** 138/9
**20 years [1]** 39/24
**200 [2]** 2/18 44/15
**200 miles [1]** 42/25
**2000s [1]** 11/1
**20024 [1]** 2/18
**2004 [1]** 39/3
**2005 [4]** 39/20 40/21 90/11 122/17
**2006 [2]** 123/3 123/7
**2007 [1]** 125/3
**2008 [8]** 117/1 117/24 118/5 119/4 119/18 124/23 124/24 125/3
**2009 [2]** 40/21 40/21
**2015 [9]** 39/4 98/15 98/20 99/8 127/16 128/2 129/9 129/10 129/23
**2016 [2]** 59/16 59/17
**2017 [1]** 29/4
**2018 [9]** 6/15 25/8 25/14 26/20 27/9 27/21 28/4 28/25 118/2
**202 [1]** 2/19
**2021 [4]** 12/21 18/18 19/5 21/14
**2023 [8]** 25/8 25/14 26/21 27/9 27/21 28/4 84/19 85/3
**2024 [4]** 1/18 7/1 125/16 138/9
**2025 [1]** 6/15
**2027 [2]** 125/24 126/9
**2028 [13]** 57/17 98/15 98/21 99/11 99/11 127/17 128/6 128/9 128/19 129/4 130/8 130/11 130/14
**2030 [1]** 134/4
**2033 [4]** 70/5 70/14 70/17 70/18
**2034 [5]** 45/13 46/12 47/21 110/5 112/23
**2037 [3]** 63/8 68/9 69/20
**20TH [1]** 3/23
**21 [2]** 117/17 119/12
**229-4305 [1]** 1/23
**23 [1]** 70/21
**25.80 [1]** 34/17
**26.37 [1]** 34/17
**27 [2]** 46/12 128/10
**28 [1]** 138/3
**2800 [1]** 4/17
**291 [2]** 27/12 27/18
**2:09 [1]** 137/9
**2K [4]** 78/10 97/4 98/25

99/8

## 3

**3.153 [1]** 109/14
**30 [2]** 28/4 125/24
**300-plus [1]** 44/18
**305 [1]** 29/14
**305 million [1]** 29/18
**305 million-plus [1]** 81/21
**305-million [1]** 34/21
**305.9 million [1]** 28/23
**31 [1]** 17/3
**310 [7]** 2/5 2/10 2/14 2/23 3/5 3/10 3/14
**312 [1]** 4/18
**321 [1]** 74/4
**328-4600 [4]** 3/19 4/9 4/22 5/5
**33 percent [2]** 34/16 36/17
**330 [1]** 4/17
**35 percent [2]** 33/15 37/6
**36.83 [2]** 20/24 21/15
**37 [4]** 19/16 26/13 28/8 33/3
**38 [1]** 6/7
**39 [1]** 7/13
**3:01 [1]** 72/16
**3:11 [1]** 72/16

## 4

**4.4 [3]** 20/20 21/2 21/18
**400 [2]** 44/9 44/12
**4094 [1]** 4/14
**411 [1]** 1/22
**42 [1]** 47/21
**4278 [1]** 4/5
**43 [3]** 12/23 13/12 34/3
**4305 [1]** 1/23
**45 [1]** 35/10
**46 [3]** 8/25 9/7 36/6
**46.61 [1]** 21/24
**4600 [4]** 3/19 4/9 4/22 5/5
**47.78 [2]** 13/23 14/7
**48 [1]** 11/12
**487 [1]** 19/18
**49 [1]** 20/21
**4:31 [1]** 137/19

## 5

**5 megabyte [1]** 42/7
**5 megabytes [1]** 9/11
**5 million [1]** 29/4
**50 [7]** 72/8 72/23 73/9 73/15 82/2 83/11 89/1
**50 nanometers [1]** 48/17
**50 years [1]** 41/1
**500 [1]** 44/10
**52 [1]** 23/8
**52.34 [1]** 14/10
**53 [3]** 23/21 112/13 112/23
**54 [3]** 18/11 112/13 112/14
**540-1235 [1]** 3/24

| | | | | |
|---|---|---|---|---|
| **5** | **8:22-cv-01599-JVS-DV** | 31/14 31/15 81/24 | 7/12 37/18 38/9 38/10 | **Along [1]** 115/15 |
| **55 [1]** 44/25 | **M [1]** 1/9 | **accurate [4]** 78/18 | 71/24 83/3 88/3 89/19 | **already [1]** 124/25 |
| **56 [3]** 112/13 129/16 | **8:33 [2]** 137/10 137/10 | 129/3 130/4 130/8 | 89/20 127/3 127/4 | **also [39]** 5/7 13/5 14/3 |
| 129/17 | | **accurately [1]** 136/13 | **again [40]** 7/16 7/22 | 14/20 18/6 18/8 22/20 |
| **56 minutes [1]** 137/8 | **9** | **accused [34]** 7/23 8/2 | 15/2 15/4 15/15 15/17 | 23/15 30/22 33/1 39/7 |
| **56 percent [1]** 33/11 | **9.42 [6]** 127/24 128/12 | 25/5 25/12 26/1 26/21 | 20/7 20/10 22/5 28/9 | 42/18 42/19 54/5 59/5 |
| **577 . . . to [1]** 27/15 | 128/19 128/22 129/9 | 27/15 28/6 28/18 30/18 | 28/19 29/10 37/1 41/3 | 63/6 72/12 73/3 75/1 |
| **577 million [1]** 28/4 | 130/13 | 50/22 50/23 59/9 60/13 | 48/17 50/19 56/22 | 79/9 81/13 81/21 85/1 |
| **58.07 [1]** 14/13 | **90025 [7]** 2/5 2/9 2/14 | 60/18 61/15 61/18 62/4 | 59/23 61/6 63/13 64/2 | 88/1 88/10 90/13 95/19 |
| **5:19 [2]** 137/8 137/8 | 2/23 3/5 3/9 3/14 | 62/14 73/17 74/6 74/15 | 66/15 67/4 67/25 68/15 | 97/14 100/9 103/2 |
| **5X1 [18]** 49/13 49/25 | **91 [2]** 33/18 33/19 | 76/2 77/21 78/7 80/20 | 68/21 68/23 69/13 | 107/3 107/6 111/15 |
| 50/19 50/21 50/22 51/2 | **92626 [1]** 3/23 | 80/21 85/12 87/3 90/25 | 69/19 86/20 88/22 | 113/2 120/20 121/9 |
| 51/9 54/8 54/25 55/5 | **92660 [2]** 4/5 4/13 | 91/21 94/1 105/6 115/2 | 89/16 102/11 104/14 | 123/7 132/20 133/24 |
| 57/6 58/2 58/19 58/25 | **92701 [1]** 1/23 | **achieved [3]** 10/20 | 109/22 113/20 114/25 | **alter [1]** 132/14 |
| 59/8 59/20 60/7 97/11 | **94025 [4]** 3/19 4/9 4/22 | 10/24 11/2 | 118/3 127/3 131/7 | **alternative [1]** 60/4 |
| | 5/4 | **acquired [5]** 116/18 | **ago [6]** 29/3 30/22 32/2 | **altogether [1]** 95/2 |
| **6** | **949 [2]** 4/5 4/14 | 116/20 123/17 123/22 | 32/5 105/24 118/20 | **aluminum [1]** 93/23 |
| **6 nanometers [1]** | **9:00 [1]** 136/19 | 125/2 | **agree [32]** 9/14 14/15 | **always [1]** 40/18 |
| 106/15 | **9:45 [1]** 136/19 | **actual [13]** 14/24 15/12 | 15/11 17/10 17/22 18/6 | **am [5]** 8/15 39/23 |
| **6/4/18 [1]** 6/16 | **9th [2]** 84/19 85/3 | 15/12 27/8 48/7 68/6 | 19/22 20/14 21/13 | 71/15 85/25 105/22 |
| **60 megabytes [1]** | | 68/21 78/14 95/18 | 22/22 23/18 24/6 25/20 | **amount [6]** 24/25 |
| 10/18 | **A** | 129/6 136/6 136/9 | 27/3 27/20 28/3 29/7 | 24/25 28/23 32/15 37/2 |
| **60611 [1]** 4/18 | **ability [1]** 10/17 | 136/13 | 34/11 35/18 36/13 | 74/1 |
| **650 [5]** 3/19 3/22 4/9 | **able [1]** 106/11 | **actuality [1]** 28/16 | 55/16 56/9 64/22 86/22 | **ANA [4]** 1/3 1/17 1/23 |
| 4/22 5/5 | **about [95]** 7/16 9/16 | **actually [28]** 12/22 | 99/12 100/6 115/4 | 7/1 |
| **657 [1]** 1/23 | 10/4 12/14 14/25 17/1 | 13/14 13/15 22/8 22/10 | 116/12 117/24 118/5 | **analogies [1]** 43/6 |
| **660 [2]** 4/4 4/12 | 18/23 21/6 22/3 22/24 | 24/21 25/7 26/12 31/3 | 119/3 119/18 | **analogy [1]** 112/5 |
| **664-0623 [1]** 2/19 | 23/12 23/15 30/5 30/23 | 35/16 40/6 45/10 48/20 | **agreed [10]** 26/11 | **analyses [1]** 35/21 |
| **665 million [2]** 27/16 | 31/1 31/18 32/5 33/2 | 49/5 52/5 54/14 61/19 | 26/17 26/20 28/24 58/9 | **analysis [16]** 22/14 |
| 28/5 | 33/10 34/25 38/25 | 62/4 65/24 80/16 86/14 | 75/13 85/20 86/2 87/14 | 22/18 28/12 30/10 |
| **67-37 [1]** 19/16 | 41/20 42/25 43/3 43/12 | 86/21 109/23 110/4 | 87/14 | 30/13 30/20 31/4 31/15 |
| | 43/17 44/6 44/9 44/11 | 112/13 112/18 117/12 | **agreement [1]** 29/12 | 33/7 33/7 34/16 34/21 |
| **7** | 44/12 44/15 44/16 | 127/6 | **agreements [1]** 88/12 | 35/8 35/13 81/7 81/11 |
| **7 percent [2]** 34/25 | 44/18 44/25 45/6 47/2 | **ADC [1]** 121/11 | **ahead [7]** 41/11 73/12 | **anecdotes [1]** 31/13 |
| 37/7 | 47/4 48/17 48/18 53/3 | **add [4]** 23/18 44/20 | 87/21 90/3 91/18 | **ANGELES [7]** 2/5 2/9 |
| **7.21 [1]** 17/14 | 53/12 53/24 55/1 57/5 | 67/13 68/24 | 102/25 119/14 | 2/14 2/23 3/5 3/9 3/14 |
| **700 [2]** 35/16 44/6 | 57/23 58/6 60/7 63/7 | **added [3]** 55/9 131/12 | **AICHELE [1]** 2/16 | **anisotropy [11]** 63/5 |
| **714 [3]** 3/24 19/7 19/12 | 65/4 67/15 67/25 69/14 | 134/13 | **airplanes [1]** 42/20 | 80/4 80/5 85/14 87/5 |
| **716 [5]** 12/12 19/12 | 70/24 71/3 71/7 79/23 | **adding [3]** 32/15 68/16 | **AL1310 [8]** 57/9 57/11 | 87/16 87/20 121/13 |
| 19/13 20/20 21/2 | 80/7 82/25 85/24 87/10 | 69/23 | 58/2 58/10 58/24 58/24 | 121/16 121/19 124/16 |
| **717 [2]** 25/9 25/16 | 89/25 91/24 93/9 93/17 | **addition [1]** 90/13 | 59/19 60/4 | **annotations [1]** 55/7 |
| **7200 rpm [1]** 42/24 | 93/19 94/6 96/10 96/12 | **additional [4]** 55/7 | **Alabama [2]** 39/14 | **another [13]** 11/7 31/2 |
| **725-4094 [1]** 4/14 | 96/14 99/19 102/10 | 70/25 90/16 93/17 | 39/19 | 33/22 34/16 36/17 |
| **725-4278 [1]** 4/5 | 103/2 106/15 109/18 | **address [3]** 72/12 | **all [66]** 11/7 13/25 15/3 | 65/25 74/8 74/21 88/2 |
| **73.07 [1]** 20/14 | 111/25 114/7 114/11 | 83/11 83/14 | 15/9 17/1 18/14 19/3 | 88/3 100/10 124/15 |
| **74 [2]** 63/9 69/19 | 114/16 115/16 120/14 | **adhesion [2]** 59/4 94/3 | 19/7 22/14 23/11 24/20 | 131/9 |
| **7474 [7]** 2/5 2/10 2/14 | 121/13 122/2 122/23 | **adjourn [1]** 137/13 | 25/4 28/18 30/20 31/13 | **answer [14]** 8/16 15/8 |
| 2/23 3/5 3/10 3/14 | 123/7 124/1 124/5 | **adjourned [2]** 137/18 | 31/13 31/15 32/23 34/7 | 23/5 41/11 69/17 77/2 |
| **75 [1]** 66/10 | 124/7 126/6 131/13 | 137/19 | 34/13 35/4 35/20 37/3 | 106/11 108/23 111/25 |
| **753 [1]** 138/2 | 132/20 133/13 134/11 | **adjustment [2]** 52/19 | 44/1 44/3 49/5 51/2 | 119/21 119/22 120/13 |
| **76 [1]** 68/8 | 135/3 135/24 136/10 | 52/20 | 52/12 56/17 59/9 60/22 | 121/3 121/24 |
| **77.03 [1]** 19/23 | **above [9]** 22/25 31/5 | **admin [1]** 24/10 | 62/12 72/2 72/15 81/16 | **answered [3]** 104/14 |
| **7700 [1]** 4/18 | 31/9 52/1 53/20 53/24 | **administrative [1]** | 84/18 87/20 88/1 90/4 | 106/25 121/23 |
| **79 [1]** 54/13 | 64/9 85/18 138/5 | 23/15 | 91/10 91/11 91/25 92/3 | **anticipated [1]** 52/13 |
| **79B [1]** 54/12 | **above-entitled [1]** | **admit [1]** 115/24 | 92/15 97/9 97/9 104/8 | **any [22]** 10/11 30/9 |
| | 138/5 | **admitted [7]** 25/10 | 104/13 104/17 105/23 | 36/3 43/21 49/16 56/5 |
| **8** | **Absolutely [3]** 16/25 | 45/14 63/9 76/10 76/17 | 115/22 115/25 118/16 | 56/23 60/15 60/18 |
| **8.05 [3]** 128/7 129/4 | 17/20 64/24 | 76/19 105/24 | 120/24 122/16 124/1 | 60/19 65/11 71/8 80/9 |
| 130/9 | **abused [1]** 76/13 | **admonition [2]** 72/1 | 124/2 126/19 128/15 | 80/10 96/3 117/4 |
| **800 [1]** 2/17 | **academic [2]** 135/9 | 136/20 | 128/16 129/19 132/14 | 117/20 119/6 125/21 |
| **81 [2]** 117/9 117/13 | 135/12 | **aerodynamic [1]** 43/9 | 136/1 136/11 136/24 | 126/19 136/14 136/21 |
| **826-7474 [7]** 2/5 2/10 | **ACC [1]** 6/15 | **aerospace [2]** 42/18 | 137/18 | **anybody [1]** 135/15 |
| 2/14 2/23 3/5 3/10 3/14 | **accept [2]** 21/7 29/17 | 42/20 | **allegation [1]** 71/19 | **anymore [1]** 116/12 |
| **85 [3]** 117/16 117/16 | **acceptable [2]** 85/18 | **affect [1]** 60/1 | **allege [1]** 85/7 | **anyone [4]** 57/2 135/8 |
| 119/11 | 89/7 | **after [11]** 39/18 95/23 | **allow [1]** 121/17 | 135/11 136/21 |
| **876-7700 [1]** 4/18 | **according [3]** 77/1 | 95/24 96/5 111/1 115/6 | **allows [1]** 121/20 | **anything [10]** 30/9 |
| **89 [2]** 6/7 33/16 | 80/11 87/25 | 115/9 120/4 123/15 | **alloy [2]** 57/6 106/16 | 30/25 66/1 68/5 69/9 |
| **89,628,108 [2]** 25/14 | **Accordingly [1]** 75/25 | 126/9 134/13 | **almost [2]** 39/24 44/19 | 71/7 83/17 95/25 112/6 |
| 26/22 | **account [9]** 7/18 7/20 | **afternoon [13]** 7/5 7/11 | **alone [2]** 74/13 122/9 | 137/13 |
| | 15/2 15/16 24/14 30/20 | | | |

**A**

apart [1] 114/12
apologies [6] 84/17 95/20 106/12 112/11 123/2 134/3
apologize [9] 72/17 84/6 88/19 88/24 89/2 100/12 111/24 115/1 128/15
appear [1] 35/6
APPEARANCES [4] 1/25 2/24 3/25 4/23
apple [1] 58/13
applied [4] 25/4 37/3 80/6 80/9
applies [1] 87/8
apply [2] 65/16 79/6
applying [1] 79/21
apportion [1] 81/25
apportioning [1] 30/16
apportionment [1] 30/10
appreciate [3] 8/16 23/4 114/14
approach [4] 52/23 53/4 81/8 81/8
appropriate [2] 78/4 79/25
approximate [1] 99/16
approximately [5] 10/18 33/17 106/17 137/7 137/9
are [113] 12/3 13/8 15/22 16/3 17/7 22/24 27/17 29/7 31/23 32/14 32/18 32/18 32/23 33/25 34/7 34/24 35/2 35/5 37/20 39/22 40/23 41/20 41/25 42/2 42/3 42/4 42/8 42/15 43/21 43/23 43/24 43/25 44/7 44/9 44/13 44/17 45/3 45/5 46/8 46/8 46/9 47/2 47/5 48/13 50/16 52/2 52/4 54/10 55/9 58/21 58/22 60/1 60/8 63/22 65/4 65/14 65/15 65/16 65/17 66/6 66/16 66/22 67/1 67/12 68/15 68/16 68/17 68/19 68/19 68/21 68/22 70/2 70/25 71/14 71/15 71/19 73/17 78/11 79/20 83/4 85/8 86/4 91/20 93/20 94/1 94/9 94/14 95/5 95/13 95/19 98/9 98/18 99/14 99/21 103/17 105/3 105/3 106/19 106/19 108/4 113/22 114/21 115/2 115/2 115/22 117/19 125/17 129/3 131/9 132/5 135/12 136/6 136/13
area [1] 46/17
areal [14] 32/22 51/24 63/7 64/20 64/23 65/19 70/3 71/1 71/4 113/15 116/9 116/23 120/25 121/9
aren't [2] 32/19 124/8
argue [6] 73/2 85/12 87/2 87/12 87/15 122/12
argued [1] 88/11
argues [2] 74/6 75/6
argument [6] 76/12 77/6 78/12 78/13 86/23 91/12
Argumentative [1] 102/6
around [4] 15/9 55/12 55/13 73/23
arrived [2] 7/23 17/16
arrow [1] 46/23
art [1] 90/25
as [85] 6/13 17/8 20/17 22/14 25/3 30/5 30/10 30/19 33/20 33/20 34/15 34/20 37/3 37/20 39/14 40/16 40/24 43/16 43/20 47/8 48/5 53/13 53/16 53/21 56/2 58/2 58/19 58/24 59/8 59/19 65/7 65/7 65/14 65/16 66/18 67/8 67/14 68/4 69/8 72/22 73/8 74/17 74/19 74/24 74/24 75/3 75/4 75/18 76/1 76/5 76/24 77/16 78/25 79/21 79/23 82/2 83/1 86/7 86/11 88/13 88/14 90/4 91/19 92/17 92/19 97/24 97/24 98/13 98/13 101/1 101/16 102/13 102/22 104/7 105/23 108/10 110/23 110/23 111/11 120/11 124/19 130/8 131/8 133/11 137/17
aside [1] 16/16
ask [21] 12/4 23/4 27/19 28/2 55/25 55/25 56/8 56/22 57/5 70/14 70/24 71/13 77/15 82/14 88/24 91/15 91/17 93/17 95/21 114/19 118/3
asked [25] 15/25 23/3 30/4 30/22 32/5 33/2 57/8 57/23 58/5 58/11 93/18 101/22 101/23 102/1 102/10 102/18 108/18 119/2 119/9 119/17 120/20 130/25 131/13 131/15 132/20
asking [4] 16/4 24/9 53/12 56/22
aspect [3] 46/8 46/18 65/9
aspects [1] 116/8
assist [4] 60/18 77/19 108/19 108/21
assisting [2] 78/14 78/14
assists [2] 108/23 108/25
associated [4] 27/14

**B**

back [18] 19/7 23/11 24/20 32/23 41/22 53/9 69/19 72/11 84/18 85/16 92/11 108/15 112/12 117/3 120/7 124/25 128/25 129/20
BALI [1] 4/3
based [16] 8/7 8/12 31/20 32/21 34/13 35/5 35/8 37/6 76/17 78/1 79/6 81/5 84/4 86/6 126/19 129/6
basically [46] 22/9 24/8 24/14 38/20 38/24 42/2 42/14 42/22 42/24 43/2 43/3 43/6 45/9 46/7 46/18 47/5 47/8 48/1 48/14 50/21 51/10 51/19 51/23 52/7 52/10 52/12 52/18 53/25 54/7 56/20 58/11 61/22 62/5 62/8 63/13 63/17 63/23 64/13 64/17 65/17 65/18 68/14 69/6 70/11 103/9 105/3
basis [9] 25/24 26/1 26/8 26/10 28/20 31/12 72/24 105/16 106/2
be [61] 12/9 13/6 13/7 15/6 15/23 15/24 17/7 18/1 18/3 18/8 20/8 21/5 22/24 22/25 24/25 25/13 28/12 31/8 31/21 32/6 32/7 32/9 32/16 32/21 33/20 36/4 37/5 37/7 37/25 43/19 49/18 59/6 59/21 63/18 65/10 69/10 70/17 71/1 71/25 28/5 28/19 30/19 assuming [1] 135/11 attend [2] 35/9 135/13
attended [2] 135/8 135/15
attention [1] 94/7
Attorneys' [1] 108/10
attributable [3] 23/25 24/5 32/8
audible [4] 19/24 98/19 100/11 100/22
audience [1] 107/17
AUGUST [9] 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 5/9
authored [1] 45/24
available [1] 106/9
AVENUE [2] 2/17 4/17
average [28] 13/25 14/6 14/9 14/12 14/16 14/17 15/6 15/11 15/13 15/20 16/15 16/16 16/19 19/22 20/8 20/9 20/10 20/15 20/23 21/3 21/5 21/13 21/24 22/11 22/16 22/17 35/4 37/1
award [1] 81/3
aware [3] 8/21 73/8 94/4
away [1] 29/8

72/6 73/11 75/8 76/22 77/19 81/19 82/8 83/5 84/1 84/12 85/10 85/16 86/6 87/1 89/6 89/7 89/15 90/17 102/15 115/16 115/23 137/3
BEACH [2] 4/5 4/13
bear [1] 81/3
became [1] 39/3
because [20] 15/15 16/7 32/10 54/6 59/3 60/22 73/15 74/24 77/8 78/11 78/17 81/14 93/16 97/12 106/18 107/10 126/10 133/9 135/16 135/21
Becker [1] 91/6
become [2] 65/16 115/13
becomes [1] 65/23
becoming [1] 66/20
been [21] 15/5 38/25 59/13 63/8 65/4 73/22 76/13 77/6 77/21 86/3 86/4 90/4 91/23 91/25 97/10 104/7 111/23 114/7 114/16 122/16 135/23
before [22] 31/1 33/2 40/14 49/5 50/11 53/21 56/24 56/24 58/5 66/23 71/3 82/9 88/7 89/21 109/5 112/7 112/11 112/18 125/11 126/11 133/13 137/13
beginning [1] 68/17
being [16] 17/24 37/6 46/9 46/17 48/12 57/23 61/21 64/12 79/24 90/13 94/14 96/17 101/23 102/1 102/14 102/19
believe [12] 9/10 45/13 93/3 97/14 99/10 105/10 108/14 110/8 122/22 124/25 127/9 129/15
believes [1] 106/8
below [6] 23/1 31/6 31/9 61/11 64/18 68/23
benefit [4] 29/20 30/18 30/19 121/20
benefits [3] 24/18 116/4 116/5
BERGMAN [6] 7/8 7/17 8/15 13/14 15/24 30/4
Bergman's [3] 23/7 81/5 81/14
Bertero [7] 40/9 40/11 91/4 123/7 123/16 123/21 123/22
besides [1] 11/25
best [2] 31/11 69/2
better [2] 83/13 91/16
between [27] 12/2 14/21 14/25 15/13 15/25 16/23 20/5 22/4 25/8 27/9 27/20 28/4 33/16 34/17 52/19

63/24 65/22 66/2 66/19 66/20 70/12 84/17 85/2 102/12 104/6 105/1 105/7
beyond [3] 87/24 93/17 105/11
big [4] 41/9 44/4 44/11 48/16
bigger [8] 34/21 34/23 35/7 35/25 36/4 36/5 37/5 65/21
bilayer [1] 79/17
billion [4] 27/3 28/13 28/21 32/6
binder [5] 12/13 12/14 49/6 70/6 117/9
bit [8] 33/10 43/12 55/3 65/7 65/20 90/1 93/9 114/6
bits [8] 48/21 65/4 76/16 76/16 115/14 115/17 115/17 116/2
black [10] 12/8 13/8 13/16 14/6 14/16 15/1 15/5 15/18 16/1 16/20
bledahl [1] 2/10
blow [7] 46/20 48/5 51/11 97/12 128/10 134/6 134/24
blow-up [1] 48/5
blowup [2] 12/23 13/5
blue [10] 12/9 13/8 14/9 14/18 14/21 15/6 15/20 31/5 31/5 31/6
borrow [1] 129/13
both [18] 16/2 42/8 62/17 75/8 75/18 76/5 98/18 98/25 99/14 99/21 100/6 100/9 100/12 101/9 101/15 102/10 108/19 108/19
bottom [18] 13/10 47/19 50/3 50/7 50/11 51/17 63/16 64/16 68/19 74/13 74/24 75/15 77/20 106/23 111/9 121/19 133/25 134/7
bottom-left [1] 134/7
BOULEVARD [7] 2/4 2/8 2/13 2/22 3/4 3/8 3/13
box [10] 41/9 55/11 55/12 55/14 56/2 56/9 56/9 65/5 134/24 135/3
boxes [3] 55/8 55/9 56/6
break [7] 33/2 37/15 52/10 71/24 72/10 80/15 121/17
BRIAN [2] 2/7 88/22
Brian Ledahl [1] 88/22
brief [5] 73/4 73/7 80/24 82/14 89/1
briefly [2] 33/1 41/3
bring [5] 31/3 41/4 41/22 89/11 134/1
broke [1] 125/7
brought [4] 31/18

**B**

brought... [3] 31/18 97/19 109/11
BUCZKO [1] 2/12
build [1] 47/14
built [3] 92/2 94/14 116/15
bullet [1] 64/18
burden [1] 81/3
business [2] 41/14 82/19
buy [3] 10/11 12/5 41/13

**C**

cake [2] 48/2 63/14
calculate [3] 16/15 17/11 37/4
calculated [2] 17/24 28/21
calculation [8] 17/2 22/8 22/10 23/11 26/16 32/5 36/9 99/10
calculator [1] 27/6
CALIFORNIA [19] 1/2 1/17 1/23 2/5 2/9 2/14 2/23 3/5 3/9 3/14 3/19 3/23 4/5 4/9 4/13 4/22 5/4 7/1 38/14
call [6] 37/16 45/9 47/7 52/11 62/14 98/24
called [4] 41/12 48/22 53/25 122/3
calling [1] 37/20
came [6] 34/7 39/3 39/11 39/13 39/14 81/8
camera [3] 73/19 73/21 86/19
can [98] 7/13 8/19 9/17 10/11 10/14 11/12 12/5 12/12 13/15 15/24 17/3 19/1 19/10 19/17 23/7 24/21 25/9 25/15 27/19 27/23 28/8 31/3 31/8 31/9 31/12 32/3 32/8 41/4 41/22 43/6 43/10 45/19 46/20 48/10 48/15 49/6 49/9 49/20 49/24 50/3 50/7 54/8 54/8 54/12 54/14 55/3 56/12 60/24 62/12 62/13 63/20 64/7 65/5 65/7 66/19 67/6 69/17 70/5 70/20 70/21 71/1 73/10 74/17 76/5 77/22 81/19 89/4 90/24 91/15 92/6 92/11 94/15 95/8 96/2 97/12 99/12 100/6 102/23 104/22 109/14 110/4 112/12 113/8 114/11 116/12 117/7 118/16 118/23 120/7 127/10 128/9 129/10 129/17 131/18 134/2 134/6 135/8 135/11
can't [6] 53/2 77/4 78/16 95/7 97/12 127/14
canceled [1] 59/16

cannot [5] 40/3 59/21 65/1 114/13 135/16
cap [13] 51/10 51/12 53/25 54/1 54/1 54/2 54/4 103/23 103/24 104/15 104/18 104/21 115/24
capability [1] 116/9
capacities [2] 12/6 33/8
capacity [16] 6/16 9/11 12/1 12/8 14/10 14/18 28/20 30/16 30/19 32/10 32/11 32/20 32/22 34/15 42/8 116/24
capping [1] 54/1
car [1] 42/25
care [1] 82/15
career [1] 71/15
CARLSON [2] 4/3 4/12
carry [1] 25/1
carrying [1] 73/23
cartoon [1] 62/1
carving [1] 30/15
case [26] 14/20 32/9 43/17 47/12 50/24 60/10 69/3 81/12 90/2 96/14 97/17 98/6 100/16 100/21 100/23 102/13 102/22 104/12 109/5 113/24 115/2 116/23 120/3 126/12 136/21 136/22
categories [1] 37/3
CENTER [5] 3/22 4/4 4/12 39/15 39/18
CENTRAL [1] 1/2
certain [3] 48/10 65/10 84/16
certainly [6] 86/20 87/11 87/18 88/8 96/19 96/20
CERTIFICATE [1] 137/21
CERTIFIED [1] 1/5
certify [1] 138/2
chaaru.deb [1] 4/10
CHAARUSHENA [1] 4/7
challenge [1] 98/7
challenged [1] 97/25
challenging [1] 66/5
chamber [3] 67/13 94/17 95/1
chambers [1] 95/16
CHAN [1] 2/21
chance [1] 84/20
CHANG [1] 3/12
change [5] 18/2 25/2 64/17 96/7 132/16
changes [2] 11/5 68/25
changing [1] 69/24
characterize [1] 7/25
charge [1] 83/6
chart [1] 137/11
check [4] 8/24 124/25 134/3 137/11
chemistry [1] 42/17

CHICAGO [1] 4/18
chose [4] 8/7 8/11 92/20 92/20
Chris [2] 5/11 19/17
circles [1] 66/18
cited [1] 84/22
citizen [1] 39/3
Civil [1] 72/23
claim [7] 55/22 56/23 72/25 75/16 77/10 90/24 99/22
claims [10] 56/1 73/14 73/17 75/7 76/11 76/13 79/19 82/4 82/8 126/3
clarification [8] 8/9 24/1 38/22 61/23 73/24 88/20 115/7 118/14
clarify [2] 101/24 102/23
clear [11] 13/24 15/4 17/7 17/18 25/13 28/12 61/17 64/25 96/7 105/10 115/16
clerk [1] 86/16
click [1] 50/12
client [4] 120/4 122/17 123/3 123/15
client's [3] 125/24 126/3 126/10
close [2] 99/12 104/5
Closed [1] 87/7
closest [1] 104/20
clouds [1] 42/4
cluster [2] 65/16 65/23
clusters [3] 65/17 65/19 65/21
Cobra [21] 58/18 58/19 58/24 59/3 59/8 59/8 59/11 59/13 59/15 59/19 59/25 60/5 80/19 127/24 128/19 130/8 130/11 130/13 132/21 133/15 133/21
Cobra G [21] 58/18 58/19 58/24 59/3 59/8 59/8 59/11 59/13 59/15 59/19 59/25 60/5 80/19 127/24 128/19 130/8 130/11 130/13 132/21 133/15 133/21
Code [1] 138/3
coercion [1] 54/7
coercive [3] 75/22 79/12 79/13
coherent [1] 80/17
colleague [1] 87/24
color [16] 11/25 12/2 12/9 15/14 15/23 16/2 16/24 31/19 31/20 33/13 34/16 35/9 36/16 37/6 130/25 131/1
colors [4] 12/6 16/7 92/20 92/21
column [2] 98/25 99/3
columns [1] 58/12
combined [1] 24/11
come [10] 29/11 29/13 31/8 31/9 39/2 53/9 69/1 72/11 89/15 91/4

comes [3] 47/11 109/9 129/9
coming [1] 25/5
commodity [1] 32/18
commodity-type [1] 32/18
community [1] 71/17
company [2] 40/24 40/25
compare [2] 56/1 90/24
compared [2] 15/20 37/6
completely [3] 58/22 59/3 133/17
complex [1] 71/18
complexity [1] 113/22
complicated [1] 113/14
complies [5] 12/17 45/20 49/8 64/8 70/7
component [1] 76/1
components [8] 30/6 32/18 42/16 43/24 43/25 44/1 75/18 76/5
composition [4] 69/2 95/6 95/6 132/10
comprises [2] 51/9 53/18
comprising [5] 74/9 76/11 77/7 77/8 77/9
computer [1] 42/17
computers [1] 42/3
concealed [1] 132/7
concede [1] 104/15
concedes [1] 80/16
concept [1] 78/6
concepts [3] 46/7 110/13 124/2
concerning [1] 123/3
conclude [1] 74/12
conference [8] 83/6 123/19 123/19 135/5 135/6 135/13 135/15 138/7
conferences [1] 122/24
confidential [14] 92/21 99/4 107/19 107/20 108/10 110/11 110/14 111/5 112/24 134/21 135/17 135/20 135/24 136/3
confidentiality [1] 134/7
configure [1] 105/5
confirm [3] 58/1 58/11 125/2
confirmation [1] 85/19
confirmed [2] 92/19 133/12
confirms [1] 85/6
conformance [1] 138/6
connected [2] 65/15 105/3
consider [1] 135/19
considered [1] 46/9
constant [6] 31/22 80/4 80/5 85/14 87/5

87/16
construct [1] 29/10
construction [4] 77/1 77/10 77/18 82/5
constructions [2] 75/17 82/6
construed [1] 76/15
Consultant [1] 5/13
contain [2] 135/20 135/24
contained [1] 134/20
content [2] 85/11 87/2
context [4] 9/14 90/1 90/16 107/10
continued [4] 3/1 4/1 5/1 75/2
Continuing [1] 7/10
contributed [1] 120/25
control [2] 104/25 105/6
copies [2] 86/14 86/15
copy [3] 73/22 127/9 127/14
core [2] 78/12 78/12
corner [3] 108/10 134/7 134/23
corporate [3] 5/10 90/5 101/2
correct [207]
correctly [12] 35/24 57/8 107/1 107/2 109/2 113/6 113/7 113/16 119/23 121/4 121/25 122/1
corresponds [1] 128/2
cost [20] 17/14 18/2 18/7 20/22 20/23 21/5 21/13 21/24 22/17 23/12 30/24 31/23 31/25 35/17 35/20 35/24 35/25 36/24 36/24 81/24
COSTA [2] 3/22 3/23
costs [7] 10/7 20/19 23/16 24/10 24/14 28/19 35/14
could [22] 15/5 34/3 46/11 60/5 68/2 76/22 78/21 78/23 81/2 107/15 107/22 108/15 112/1 112/4 112/13 114/15 114/17 114/21 115/11 128/10 130/5 133/7
couldn't [2] 133/9 133/9
counsel [8] 2/1 3/1 4/1 5/1 25/9 33/2 86/15 96/24
Counterclaim [7] 1/7 1/11 2/2 3/2 3/16 4/2 5/2
country [1] 40/4
couple [1] 105/4
coupled [3] 95/13 95/18 104/10
coupling [7] 52/7 52/11 52/19 54/4 95/15 105/1 105/6

**C**

course [9] 42/12 43/23 78/10 79/9 80/19 81/3 82/6 82/11 132/11
court [87] 1/1 1/21 1/21 7/3 7/14 8/9 9/24 11/13 12/24 13/18 17/4 18/12 19/8 19/19 20/1 23/9 23/22 24/1 25/17 26/14 27/25 28/10 33/4 34/5 35/11 36/7 38/22 41/6 41/23 45/17 46/13 46/24 47/23 49/22 50/5 51/15 54/16 54/23 57/19 61/1 61/23 63/10 66/11 68/10 69/21 70/22 72/4 73/24 75/25 84/2 85/24 85/25 88/2 88/11 88/12 88/20 89/1 89/13 89/16 92/8 92/13 108/6 108/16 109/15 110/6 112/15 112/20 113/10 115/7 118/14 118/24 124/3 124/13 127/12 127/18 128/17 129/1 129/11 129/18 129/21 130/1 130/21 131/20 134/5 134/9 135/1 137/18
Court's [3] 75/17 83/23 84/22
courtroom [3] 47/6 72/3 136/25
cover [3] 73/16 79/18 88/10
create [2] 65/12 131/10
created [9] 8/22 9/2 23/2 23/2 99/5 124/10 124/15 131/7 134/17
creation [1] 48/6
credentials [2] 135/9 135/12
credibility [1] 91/11
credit [1] 24/10
critical [1] 51/24
criticized [1] 99/17
cross [11] 6/3 6/6 7/9 17/3 19/18 20/21 30/5 64/2 64/5 66/22 89/17
cross demo [1] 19/18
cross-examination [3] 7/9 30/5 89/17
cross-section [3] 64/2 64/5 66/22
crystal [3] 65/9 65/10 65/12
CSR [1] 1/20
curative [1] 82/24
current [3] 40/15 42/10 46/4
customer [1] 95/23
customers [1] 96/4
cut [3] 67/5 77/4 111/24
cutting [1] 71/16
cutting-edge [1] 71/16
cv [1] 1/9
cylindrical [1] 65/5

**D**

D.C [1] 2/18
DALE [1] 3/12
damage [1] 22/15
damages [13] 35/6 36/1 37/4 73/1 81/1 81/3 81/4 82/2 91/6 91/7 91/7 126/6 126/21
dark [1] 94/11
data [26] 12/20 14/24 25/7 31/2 31/14 31/16 31/16 40/2 48/21 51/3 51/6 51/8 51/22 53/21 54/2 54/8 56/10 56/11 56/12 57/11 76/16 97/3 97/10 98/18 102/19 114/12
Date [1] 138/9
Dauberts [1] 82/12
daughter [1] 38/14
day [11] 1/11 89/8 89/9 96/12 97/16 102/14 106/1 106/1 120/1 124/9 136/17
days [4] 29/3 38/25 89/7 104/8
dchang [1] 3/15
DCMs [2] 85/17 105/5
ddparker.com [1] 1/24
DDX [1] 41/5
DDX 1.4 [1] 41/5
deal [1] 124/9
DEB [1] 4/7
DEBORAH [3] 1/20 138/12 138/12
decide [1] 126/20
decrease [2] 105/8 121/20
dedicated [1] 40/5
defend [2] 71/20 113/4
defendant [8] 1/7 1/11 2/2 3/2 3/16 4/2 5/2 81/18
defendant's [8] 6/6 6/12 9/19 9/20 37/23 49/19 70/18 96/25
defense [1] 92/16
definitely [1] 18/22
delay [1] 72/17
delicate [1] 64/14
demo [3] 17/3 19/18 20/21
demonstrating [2] 62/1 63/15
demonstrative [11] 21/4 26/13 127/7 127/10 128/25 129/25 130/3 130/7 130/9 130/19 130/23
demonstratives [2] 21/8 23/7
density [15] 32/22 51/25 63/7 64/20 64/23 65/19 65/20 70/3 71/1 71/4 113/15 116/9 116/23 120/25 121/10
dental [1] 63/20
dentist [1] 63/19
depending [7] 25/2

depends [1] 80/3
deposed [3] 100/23 102/14 109/8
deposited [6] 93/20 93/24 94/13 94/17 95/1 95/16
deposition [25] 57/24 58/1 58/6 58/8 93/10 93/13 94/6 94/13 94/18 95/2 100/17 101/15 101/16 102/5 107/7 108/14 117/7 117/8 119/17 120/9 125/4 132/21 133/4 133/8 133/21
depositions [1] 101/9
DESAI [17] 6/7 37/21 37/23 38/3 38/9 38/13 54/18 61/3 70/20 71/13 71/22 74/17 87/11 87/12 89/19 127/5 127/21
Desai's [1] 117/8
describe [5] 46/3 92/20 94/25 101/2 111/19
described [3] 67/22 68/5 98/5
describes [1] 69/10
describing [5] 46/6 84/16 110/13 124/11 124/15
description [1] 75/7
design [3] 49/13 121/18 125/15
Design 5X1 [1] 49/13
designated [1] 101/1
designation [1] 134/7
Designed [1] 92/24
despite [2] 81/4 88/11
detail [1] 80/23
details [10] 91/16 93/17 93/19 105/11 105/23 105/25 106/1 106/7 107/9 108/18
determine [4] 74/16 91/11 97/4 113/23
determined [2] 102/2 104/13
develop [2] 45/7 106/16
development [1] 42/12
deviated [1] 82/5
device [3] 42/15 59/4 116/14
devices [3] 11/16 11/23 12/2
diameter [1] 106/17
dictates [1] 63/24
did [55] 7/20 13/20 19/12 22/19 30/9 30/12 30/25 31/24 38/18 39/2 39/11 39/18 40/9 40/10 41/13 44/20 56/5 56/8 58/1 58/5 58/8 60/12 80/9 81/6 86/22 87/18 87/19 87/25 92/25 101/20 101/21 101/24

102/4 102/9 102/12 106/7 107/4 109/2 109/25 110/2 113/6 113/16 117/25 119/19 119/23 121/4 121/25 131/4 133/4 134/12 134/15 134/16 134/18 134/19 135/15
didn't [22] 15/21 23/4 33/25 79/14 79/16 80/9 84/19 87/12 91/17 92/25 94/25 95/25 96/3 102/16 103/14 112/22 119/25 121/6 123/9 131/10 131/12 133/9
Dieter [1] 5/10
difference [16] 12/1 12/1 12/9 14/21 15/13 15/25 16/6 16/8 16/13 16/19 16/23 20/5 20/15 22/4 31/19 102/12
differences [3] 31/19 31/23 60/1
different [54] 12/5 12/6 14/17 16/7 30/24 30/24 31/16 32/7 32/24 33/8 34/8 37/2 37/3 45/10 47/6 48/13 49/3 49/4 50/13 50/13 50/17 57/16 58/16 58/22 59/3 59/5 59/6 59/23 59/23 59/24 60/8 63/16 64/13 66/2 68/16 75/21 95/1 95/5 95/16 96/12 96/16 101/18 101/19 103/3 114/19 131/17 131/22 132/1 132/4 132/8 132/12 132/17 132/18 133/17
differential [1] 14/25
DIGITAL [81] 1/9 5/12 5/13 9/3 24/10 24/13 29/12 29/20 37/19 39/8 39/20 39/22 40/1 40/2 40/15 40/20 40/24 41/13 42/9 43/21 45/3 49/1 49/2 57/2 59/11 59/13 61/15 61/18 62/3 62/14 62/25 63/3 72/21 81/17 87/25 90/5 90/7 90/9 90/14 91/3 92/20 92/25 96/9 97/16 97/25 100/16 101/1 106/15 106/20 107/11 107/13 107/14 107/16 107/19 108/9 109/5 109/5 110/10 112/25 113/12 115/1 116/15 116/18 117/1 117/25 118/5 119/19 123/17 123/22 125/2 125/4 125/11 125/21 126/9 131/10 132/7 135/19 136/9 136/14 137/9 137/15
Digital's [13] 27/8 28/15 46/3 84/15 91/6 91/19 97/3 99/4 109/22 134/13 134/19 135/25 136/3

direct [17] 6/3 6/6 38/7 93/9 95/22 95/25 97/15 97/25 98/11 103/2 103/10 109/13 110/8 114/20 116/6 122/24 126/15
directed [1] 67/22
directing [1] 13/7
directly [1] 86/11
director [1] 40/17
disagree [3] 83/16 83/23 121/6
disagreeing [1] 121/6
disciplines [1] 42/16
discontinue [1] 125/21
discount [2] 15/19 15/22
discovery [1] 100/20
discuss [4] 95/25 110/20 110/23 136/20
discussed [10] 94/18 95/5 96/17 97/14 109/12 110/8 110/18 114/20 116/5 135/4
discussing [3] 65/7 65/14 84/15
discussion [2] 53/7 124/7
disk [31] 8/21 9/2 9/5 10/16 10/20 10/23 11/1 24/24 27/9 42/23 43/3 45/7 46/16 47/15 48/7 48/8 48/20 48/25 49/1 64/3 65/1 66/23 67/5 93/20 93/22 93/22 95/18 95/23 95/24 96/5 116/11
disks [5] 43/16 47/8 68/21 94/1 136/2
dispute [4] 79/15 116/22 120/5 123/4
disputed [3] 74/19 76/9 76/9
disputes [1] 76/1
disputing [1] 123/21
distance [3] 43/2 43/9 66/19
distinct [1] 74/8
DISTRICT [3] 1/1 1/2 1/21
division [13] 1/3 39/21 40/16 40/19 43/14 43/20 44/3 44/4 44/11 44/16 44/16 44/17 70/13
divisions [1] 43/21
do [116] 11/4 13/12 13/15 13/21 13/22 14/3 16/18 17/10 20/3 20/12 20/25 22/13 22/22 23/13 27/6 29/5 29/6 30/7 30/8 30/9 31/10 37/24 38/16 39/11 39/18 40/5 46/20 47/3 49/8 49/9 49/11 50/22 51/3 51/21 52/17 54/2 55/14 55/16 56/5 56/9 56/15 56/23 57/14 57/23 60/15 60/18

**D**

**do... [70]** 60/21 61/3 61/9 61/17 63/2 63/6 64/22 66/1 67/21 68/4 68/5 69/1 69/9 69/24 70/8 70/9 71/17 72/11 73/10 73/11 74/6 78/7 83/16 85/13 86/14 87/3 91/1 92/23 92/25 93/19 94/8 94/10 94/22 95/12 98/16 98/20 99/1 100/18 100/24 101/4 101/17 103/8 103/21 103/22 105/12 105/17 106/1 107/24 107/24 108/12 109/17 109/20 111/9 112/5 114/23 117/15 120/18 122/21 124/23 125/15 125/25 126/12 127/21 130/23 131/2 131/24 132/22 133/2 133/16 136/2
**Docket [1]** 74/4
**Docket 321 [1]** 74/4
**doctoral [1]** 39/14
**document [112]** 7/14 9/24 11/13 12/24 13/18 17/4 18/12 19/8 19/19 20/1 23/9 23/22 25/17 26/14 27/25 28/10 33/4 34/5 35/11 36/7 41/6 41/23 45/14 45/17 45/21 45/22 45/24 46/3 46/6 46/13 46/24 47/23 49/9 49/10 49/12 49/22 50/5 51/15 54/16 54/23 57/16 57/19 57/21 61/1 63/10 66/11 68/10 69/21 70/8 70/22 71/9 73/19 86/18 92/8 92/13 94/5 107/13 107/14 107/16 107/19 107/22 107/25 108/6 108/8 108/9 108/16 109/11 109/15 110/5 110/6 110/11 111/5 112/12 112/12 112/15 112/17 112/20 112/24 113/10 113/12 118/21 118/24 124/3 124/13 127/12 127/18 127/24 128/3 128/17 128/19 129/1 129/11 129/15 129/18 129/20 129/21 130/1 130/21 131/20 134/5 134/9 134/12 134/16 134/17 134/20 134/24 135/1 135/4 135/16 135/20 135/23 136/12
**documents [12]** 52/8 92/21 96/16 98/5 98/8 98/9 98/10 98/14 99/4 100/16 133/24 133/25
**does [53]** 7/18 29/12 31/15 31/17 31/24 39/16 45/7 46/3 47/14 50/2 50/16 51/21 51/21 52/5 52/9 52/17 54/2 54/6 56/19 57/2 57/6

62/3 62/10 63/3 63/12 64/19 66/1 67/8 68/12 68/23 74/13 76/25 77/2 77/5 77/5 77/14 79/18 87/15 88/10 104/21 111/5 111/18 114/2 114/4 124/22 129/15 132/14 132/17 135/3 135/19 135/24 136/12 136/15
**doesn't [18]** 18/2 25/24 30/17 62/25 74/23 74/25 76/19 77/4 77/7 77/8 77/10 79/1 100/5 102/3 102/21 111/4 112/3 132/16
**dog [2]** 38/15 38/16
**doing [3]** 22/1 36/9 113/22
**dollar [1]** 35/2
**dollars [3]** 10/8 27/3 32/6
**domino [5]** 61/14 109/18 110/17 111/7 111/11
**dominoes [5]** 61/12 61/17 61/21 111/1 112/6
**don't [26]** 10/9 10/10 15/15 27/11 42/5 72/10 73/7 78/4 78/16 82/17 82/18 83/19 84/18 86/1 86/20 96/2 103/20 105/23 105/25 107/10 116/11 119/10 120/5 122/22 127/8 129/19
**done [7]** 35/4 43/11 47/17 47/19 64/11 71/1 78/5
**dots [3]** 31/5 31/5 31/6
**double [2]** 121/17 137/11
**double-check [1]** 137/11
**double-exchange [1]** 121/17
**doubt [2]** 117/4 124/2
**doug.lumish [1]** 3/20
**DOUGLAS [1]** 3/17
**down [19]** 8/5 8/19 10/14 17/9 24/21 30/13 32/3 32/24 50/7 50/11 65/18 66/23 74/21 75/15 79/1 104/22 115/13 115/25 127/15
**Dr. [83]** 29/3 29/7 29/11 29/17 38/9 40/9 40/11 54/18 54/18 55/2 55/4 55/9 55/14 55/16 55/22 56/1 56/5 56/12 56/15 57/10 57/14 60/2 60/12 61/3 61/3 67/21 68/4 69/9 70/20 71/13 71/22 74/17 76/10 76/16 76/23 77/11 77/23 78/2 79/7 79/22 80/2 80/13 87/11 87/12 89/19 91/4 91/4 91/6 92/16 92/25 96/19

96/25 97/3 98/4 99/5 99/17 101/6 106/3 107/3 108/2 109/17 109/22 110/23 110/23 111/15 114/1 114/4 117/8 120/8 120/11 121/7 121/12 122/17 123/7 123/8 123/16 123/21 123/22 124/1 127/3 127/5 127/21 133/11
**Dr. Becker [1]** 91/6
**Dr. Bertero [7]** 40/9 40/11 91/4 123/7 123/16 123/21 123/22
**Dr. Desai [12]** 38/9 54/18 61/3 70/20 71/13 71/22 74/17 87/11 87/12 89/19 127/5 127/21
**Dr. Desai's [1]** 117/8
**Dr. Ikeda [4]** 106/3 109/22 111/15 120/8
**Dr. Ikeda's [2]** 114/1 121/7
**Dr. Mrugesh [1]** 127/3
**Dr. Re [30]** 55/9 55/14 55/16 55/22 56/1 56/5 56/12 56/15 57/14 60/2 60/12 76/10 76/16 76/23 77/11 77/23 79/22 80/13 92/16 92/25 96/19 96/25 97/3 98/4 99/5 99/17 101/6 110/23 120/11 133/11
**Dr. Re's [5]** 54/18 55/2 57/10 61/3 109/17
**Dr. Seuss' [1]** 29/3
**Dr. Srinivasan [1]** 107/3
**Dr. Srinivasan's [3]** 108/2 114/4 121/12
**Dr. Suess [8]** 29/7 29/11 29/17 78/2 80/2 110/23 122/17 124/1
**Dr. Suess Re's [1]** 55/4
**Dr. Suess' [5]** 67/21 68/4 69/9 79/7 123/8
**Dr. Victora [1]** 91/4
**dragging [1]** 32/23
**draw [1]** 64/7
**drill [1]** 30/13
**drive [32]** 3/18 3/22 4/4 4/8 4/12 4/21 5/4 8/21 9/2 9/5 10/4 10/7 10/11 10/23 11/1 40/24 41/10 41/14 41/17 42/6 42/10 42/23 43/22 44/2 45/8 48/21 51/22 53/22 54/3 81/16 81/20 96/5
**driver [1]** 32/20
**drivers [2]** 32/14 71/4
**drives [15]** 10/16 10/20 24/24 27/9 41/20 41/25 42/2 42/4 42/4 42/7 42/10 42/21 61/18 62/14 116/11
**driving [2]** 32/19 32/22

**during [23]** 14/19 14/22 15/7 27/20 28/16 30/4 54/18 67/12 67/16 69/23 94/13 94/18 95/17 97/14 98/10 101/15 103/2 103/10 109/13 116/6 118/21 123/8 125/10
**DVM [1]** 1/9
**DX [1]** 49/7
**DX-1018 [1]** 49/7
**DX1018 [1]** 49/15

**E**

**e-mail [5]** 84/21 85/23 86/2 86/4 86/14
**e-mails [1]** 84/18
**each [17]** 33/25 36/10 45/11 47/8 50/12 50/16 60/9 63/25 65/15 97/5 105/3 105/4 111/7 132/5 132/8 132/11 136/7
**earlier [4]** 12/14 51/7 125/4 132/14
**early [1]** 11/1
**easier [4]** 13/6 21/9 51/13 118/22
**EBL [4]** 52/9 52/9 52/10 52/14
**EC [1]** 53/17
**EC1 [1]** 52/1
**EC2 [1]** 52/2
**ECC [6]** 117/2 118/6 119/20 122/18 123/4 125/5
**ECL [18]** 52/4 52/5 52/5 52/14 52/17 53/15 63/4 104/25 105/5 106/22 109/19 109/24 111/7 111/8 111/13 120/17 120/21 120/23
**ECL5 [1]** 52/2
**edge [1]** 71/16
**effect [6]** 61/14 109/18 110/17 111/7 111/11 111/13
**effectively [2]** 35/19 111/8
**either [7]** 56/6 65/8 65/18 83/2 85/8 99/21 100/5
**elaborately [1]** 43/10
**electrical [1]** 42/18
**electron [4]** 48/3 63/15 66/16 67/4
**element [1]** 55/22
**elements [2]** 81/22 90/24
**elicit [1]** 126/14
**else [2]** 78/5 79/7
**else's [1]** 71/19
**emphasize [1]** 98/24
**emphasized [1]** 94/10
**employee [2]** 90/7 90/13
**end [5]** 10/23 75/12 75/23 89/8 89/9
**ends [1]** 21/20
**engineer [1]** 106/5

**engineering [4]** 40/17 42/19 42/20 46/10
**engineerings [1]** 42/18
**engineers [8]** 44/9 44/9 44/18 44/20 45/23 111/23 113/21 134/19
**enhanced [1]** 111/7
**entire [10]** 22/14 22/15 30/15 51/5 56/11 56/20 64/3 74/17 75/4 120/15
**entitled [3]** 113/23 126/3 138/5
**equation [3]** 17/8 79/16 80/11
**equation's [1]** 79/25
**equivalent [1]** 42/25
**especially [1]** 75/21
**essence [1]** 88/6
**essentially [1]** 52/14
**estimate [2]** 24/23 27/2
**estimated [1]** 102/15
**even [4]** 32/8 58/5 62/12 97/17
**event [1]** 126/19
**ever [5]** 40/9 56/23 59/13 132/7 136/9
**every [5]** 48/25 49/1 96/12 97/16 124/9
**everyone [2]** 9/22 51/13
**everything [4]** 16/16 30/15 62/9 76/13
**evidence [19]** 6/12 49/15 49/19 70/15 70/18 77/21 78/8 79/5 80/7 80/10 81/2 82/7 82/12 95/20 95/22 96/3 111/14 112/8 126/19
**evidentiary [1]** 72/24
**evolved [1]** 46/7
**exact [1]** 20/13
**exactly [8]** 21/17 27/11 31/20 32/1 56/19 62/11 69/4 76/21
**exam [2]** 116/6 122/24
**examination [17]** 7/9 30/2 30/5 38/7 89/17 93/10 95/22 96/1 97/15 98/1 98/11 103/2 103/11 109/13 110/9 114/21 127/1
**examine [1]** 125/8
**examining [1]** 125/11
**example [17]** 15/17 19/3 20/13 22/20 22/21 31/1 31/2 31/18 45/1 65/5 92/17 95/4 97/15 97/19 97/20 131/9 134/1
**examples [4]** 30/23 31/8 31/9 41/25
**Excel [3]** 6/13 50/8 50/10
**exchange [17]** 52/7 52/10 52/11 52/18 52/19 54/4 70/11 80/15 95/13 95/15 95/18 104/10 105/1 105/4 105/6 105/8 121/17

## E

**excluded [1]** 82/12
**excuse [3]** 33/17 100/2 127/15
**exercise [1]** 29/13
**exhibit [9]** 13/2 13/9 20/20 21/2 21/16 49/19 63/9 70/18 129/6
**Exhibit 4.4 [2]** 20/20 21/2
**exhibits [2]** 6/12 101/16
**exist [2]** 40/3 41/1
**exists [1]** 41/16
**exits [2]** 72/3 136/25
**expected [1]** 133/12
**experience [1]** 95/8
**experiment [2]** 63/17 68/15
**experimental [2]** 38/20 68/22
**expert [13]** 55/20 55/20 67/25 69/14 77/14 78/4 90/18 90/24 91/7 91/7 91/10 126/14 133/11
**expertise [1]** 46/17
**experts [2]** 40/12 126/6
**expires [2]** 125/24 126/10
**explain [2]** 32/9 102/16
**explanation [3]** 23/4 106/8 106/9
**explicit [1]** 86/10
**extent [2]** 82/5 91/20
**external [5]** 7/22 8/1 33/10 34/12 42/4
**Eyes [1]** 108/11

## F

**fact [20]** 16/6 31/20 55/21 74/12 74/16 74/19 75/14 76/1 76/9 76/9 90/21 91/10 91/19 96/24 101/1 104/25 124/10 132/8 132/17 133/22
**fact-finder [2]** 74/12 74/16
**factor [1]** 80/8
**factors [5]** 10/17 15/22 20/8 80/3 80/8
**facts [1]** 113/23
**fail [1]** 73/14
**failed [3]** 81/1 81/24 81/24
**failure [4]** 78/8 78/13 79/9 80/21
**fair [20]** 10/13 11/11 15/10 17/20 27/5 29/13 32/21 33/17 36/1 74/1 91/8 91/21 98/8 98/11 98/12 99/6 101/6 109/9 125/14 125/22
**fairly [1]** 86/24
**fall [1]** 111/1
**falling [1]** 112/7
**falls [1]** 112/7
**familiar [3]** 40/23 103/23 124/8

**family [1]** 39/9
**far [1]** 97/24
**fast [3]** 43/1 80/5 80/8
**faulty [1]** 78/23
**feature [1]** 32/11
**features [2]** 32/13 32/14
**Federal [1]** 72/22
**fee [1]** 135/11
**feelings [1]** 82/25
**FENSTER [2]** 2/3 72/18
**ferromagnetic [1]** 75/10
**few [6]** 30/22 89/7 91/15 93/10 96/7 102/24
**fewer [1]** 15/21
**field [10]** 62/8 65/16 75/22 79/10 79/11 79/12 79/13 80/6 80/8 104/6
**fields [1]** 79/14
**figure [4]** 35/17 63/22 95/7 107/11
**figured [1]** 13/5
**figures [1]** 137/11
**file [3]** 6/13 73/4 73/7
**filed [5]** 82/24 109/6 120/4 123/4 123/15
**filing [2]** 85/24 86/1
**film [5]** 45/10 47/9 64/14 67/12 67/12
**films [3]** 38/21 38/24 45/10
**final [1]** 95/12
**finally [1]** 89/23
**find [4]** 31/7 31/11 72/24 77/16
**finder [2]** 74/12 74/16
**finding [1]** 21/21
**finds [2]** 75/25 126/2
**fine [6]** 21/3 83/15 83/18 83/24 86/17 89/9
**Finish [1]** 41/11
**finished [1]** 39/13
**first [25]** 8/21 37/16 37/20 39/11 40/20 41/10 42/10 47/2 54/15 65/8 72/19 74/23 87/11 89/3 92/6 93/23 94/2 104/18 112/6 113/2 117/2 117/4 125/5 130/19 137/7
**five [1]** 120/24
**flip [3]** 103/3 103/6 108/15
**flipping [1]** 65/17
**FLOOR [8]** 2/4 2/9 2/13 2/22 3/4 3/9 3/13 3/23
**flow [1]** 46/16
**fly [1]** 43/10
**flying [2]** 43/2 43/7
**focus [8]** 30/10 46/17 94/6 112/1 112/4 113/5 114/15 115/11
**focused [1]** 97/10
**focusing [1]** 95/4
**folks [5]** 44/7 44/14 44/17 44/20 45/2

**following [6]** 7/3 72/4 86/2 89/13 137/1 137/4
**foregoing [1]** 138/3
**forget [1]** 128/11
**forgive [3]** 40/14 73/23 129/12
**forgot [1]** 88/24
**form [2]** 10/17 136/21
**format [1]** 138/6
**formed [8]** 82/7 82/8 84/16 84/25 88/1 88/12 88/14 94/3
**formed-on [4]** 82/7 84/25 88/12 88/14
**forms [1]** 65/13
**formula [4]** 17/11 79/20 80/3 80/17
**forth [2]** 33/8 52/2
**forward [3]** 25/2 74/10 105/21
**found [1]** 75/14
**foundation [1]** 119/8
**four [3]** 38/25 120/23 120/23
**four days [1]** 38/25
**FOURTH [1]** 1/22
**fraction [1]** 48/19
**framing [1]** 87/24
**frankly [1]** 51/13
**free [1]** 126/9
**FRENKEL [1]** 5/3
**FRIDAY [2]** 1/18 7/1
**full [1]** 38/1
**function [2]** 36/23 45/23
**functions [1]** 132/18
**further [2]** 30/16 37/9
**future [1]** 46/9

## G

**G-I-I-L [1]** 115/9
**G-layers [2]** 97/4 115/22
**G-number [1]** 53/17
**G1 [16]** 52/1 53/12 55/13 56/12 56/16 57/5 57/6 76/25 77/12 91/24 95/13 95/24 96/5 114/8 115/4 115/20
**G1-1 [1]** 115/20
**G2 [2]** 52/2 95/13
**G5 [1]** 97/17
**gave [4]** 122/17 123/3 123/7 127/8
**general [4]** 23/15 46/7 70/25 107/17
**generally [2]** 24/12 71/7
**gentlemen [3]** 7/5 71/25 136/18
**genuine [1]** 75/25
**Georgia [3]** 81/6 81/6 81/11
**Georgia-Pacific [3]** 81/6 81/6 81/11
**get [22]** 7/13 17/3 21/11 22/12 23/7 26/24 28/8 28/13 31/24 32/15 34/21 34/23 55/18 75/12 76/12 79/1 79/1

89/3 91/16 92/6 105/20 137/11
**gets [4]** 23/2 52/25 53/21 91/11
**getting [4]** 55/20 67/25 85/16 118/21
**gigabyte [1]** 10/21
**gigabytes [1]** 10/24
**GIIL [13]** 51/10 51/12 51/18 51/19 51/21 53/7 84/15 85/8 85/11 86/7 87/2 115/6 115/9
**GIL [7]** 85/8 85/11 87/2 87/12 87/19 87/20 88/1
**GIL/GIIL [3]** 85/8 85/11 87/2
**give [10]** 15/17 15/21 26/5 26/5 43/6 65/5 86/15 87/25 90/1 135/21
**given [2]** 15/18 89/5
**gives [2]** 25/22 69/2
**giving [2]** 24/9 122/22
**glad [1]** 93/16
**glance [1]** 74/23
**glass [5]** 13/5 59/4 94/2 94/4 129/13
**GMBH [1]** 1/6
**go [40]** 13/17 19/25 23/11 23/21 24/20 33/3 34/3 36/6 41/11 42/9 42/14 42/19 47/9 47/10 73/12 84/2 87/21 90/3 91/18 92/7 92/11 92/11 102/25 104/17 104/20 112/12 112/13 112/14 112/18 113/8 117/3 117/7 117/8 119/14 120/7 124/25 128/25 129/20 130/19 134/23
**goes [5]** 42/2 47/8 62/8 65/20 78/10
**going [26]** 7/16 12/20 13/2 13/7 15/23 19/7 22/24 22/25 29/20 32/13 32/15 32/16 41/3 42/16 50/19 55/25 66/20 68/14 69/19 70/24 71/6 71/7 102/23 112/5 120/21 136/16
**gone [1]** 35/8
**good [19]** 7/5 7/11 7/12 18/19 37/14 37/18 38/9 38/10 40/4 89/19 89/20 89/23 102/2 102/21 127/3 127/4 136/23 137/16 137/16
**got [8]** 29/9 57/14 59/16 82/23 95/21 99/17 117/4 130/17
**gotten [1]** 35/7
**graded [4]** 109/18 121/13 121/16 124/16
**grail [1]** 116/23
**grain [11]** 51/23 59/6 63/25 65/7 65/25 66/19 80/5 80/6 106/14 120/13 121/21
**grains [11]** 63/24 65/1

65/15 65/22 66/17 66/20 67/1 67/2 106/16 106/18 106/21
**grant [1]** 29/4
**granular [1]** 79/1
**graphic [1]** 61/11
**greater [4]** 79/11 99/14 100/12 117/2
**green [10]** 51/19 55/11 55/12 55/14 56/9 56/9 94/7 94/11 94/17 131/1
**GREGORY [1]** 5/3
**grew [1]** 38/19
**gross [27]** 17/1 17/11 17/16 17/19 17/20 17/23 18/2 18/8 22/9 24/23 25/21 25/22 26/3 26/5 26/17 26/25 27/2 27/8 27/14 27/20 28/3 28/5 28/13 28/15 28/21 32/6 32/7
**grounds [4]** 73/2 73/5 73/10 82/13
**group [8]** 44/23 45/6 45/7 46/1 80/20 97/11 97/11 106/5
**Group 3 [1]** 97/11
**groups [3]** 60/9 86/5 97/5
**grow [1]** 38/18
**guess [2]** 39/9 125/19
**guys [1]** 127/8

## H

**hac [1]** 2/17
**had [28]** 7/3 9/11 12/8 12/14 17/9 19/22 25/7 30/24 31/4 35/4 35/23 36/3 37/1 63/19 72/4 76/18 77/19 81/7 89/13 103/15 106/15 106/20 119/25 128/15 132/12 133/20 137/1 137/4
**hair [2]** 43/4 48/19
**half [1]** 47/6
**hand [5]** 37/22 86/17 98/20 98/21 108/10
**handling [1]** 86/3
**HANLE [2]** 4/11 84/21
**Hanley [1]** 85/3
**happen [2]** 62/10 96/6
**happened [2]** 59/15 86/21
**happens [1]** 62/6
**happy [6]** 21/7 21/22 37/12 76/12 83/15 86/15
**hard [60]** 8/21 9/2 9/5 10/4 10/7 10/11 10/16 10/20 10/23 11/1 21/21 24/24 27/9 40/24 41/10 41/14 41/17 41/25 42/10 42/10 42/12 42/21 42/23 43/22 45/7 48/9 48/15 48/21 51/22 54/3 55/4 55/15 61/18 73/18 74/7 74/14 75/4 75/8 75/19 76/2 76/5 76/14 76/18 77/11 77/16 77/20 78/17

**H**

**hard... [13]** 78/22 79/10 79/13 81/15 81/20 82/8 85/8 86/7 87/13 96/5 116/11 131/5 131/16

**has [33]** 21/24 29/11 41/8 41/25 42/9 46/7 47/12 50/10 57/10 57/16 59/4 59/5 59/13 63/8 68/5 69/9 74/1 77/9 77/12 86/4 97/16 98/13 104/6 117/15 121/18 125/15 125/21 128/22 132/1 132/7 135/23 137/8 137/10

**hasn't [1]** 119/7
**hate [1]** 111/24
**have [104]** 9/7 10/9 11/12 11/15 11/22 12/23 13/5 13/12 15/5 15/18 15/19 19/14 20/23 21/3 22/10 26/3 27/6 28/24 29/3 29/8 29/23 35/7 35/8 37/9 38/16 38/25 40/1 40/18 42/15 42/22 44/18 44/25 45/9 45/11 47/6 49/20 52/8 54/6 54/13 56/23 58/14 60/5 60/15 63/4 63/18 65/9 65/11 65/12 66/1 66/7 67/5 69/1 71/15 72/7 72/23 76/14 76/14 78/13 78/23 79/10 79/11 79/16 82/6 82/11 82/14 82/21 82/25 83/1 83/13 83/19 84/18 84/19 86/3 86/14 89/5 89/24 90/11 94/2 95/11 95/17 105/13 107/24 107/24 109/22 117/3 117/6 118/16 124/25 126/14 127/10 127/15 127/16 129/15 132/18 132/25 133/7 133/12 133/12 133/14 133/21 135/8 135/12 136/23 137/16

**haven't [5]** 21/16 27/5 89/21 89/22 112/8
**having [2]** 21/21 106/17
**HCTE [1]** 6/15
**HDD [3]** 42/15 44/1 70/12
**he [83]** 29/4 29/8 29/9 46/1 46/2 54/19 57/10 57/11 60/5 61/6 61/7 61/7 61/11 76/10 76/18 76/19 77/24 78/1 78/1 78/2 78/10 78/21 78/21 79/2 79/6 79/22 79/23 81/6 81/8 81/9 81/10 81/14 87/9 87/18 87/19 87/24 87/25 97/3 98/4 98/5 98/6 98/8 98/10 100/5 100/10 100/15 106/7 106/7 106/11 106/25 107/6 107/9 107/13 108/3 108/8

108/18 108/18 109/4 109/5 109/23 109/25 111/18 112/1 112/2 119/7 119/10 120/11 120/20 121/2 121/15 121/23 122/23 123/4 123/11 132/20 132/24 133/13 133/14 133/24 134/12 134/15 134/16 134/18

**he's [13]** 40/12 55/21 71/7 106/5 106/8 106/9 111/15 111/15 111/23 113/3 113/4 118/1 126/13

**head [14]** 39/20 40/21 43/1 43/8 43/20 43/25 43/25 44/11 62/7 70/12 93/3 104/5 104/6 104/19

**hear [4]** 53/2 72/19 73/3 80/9
**heard [25]** 29/3 41/8 42/6 56/23 74/3 76/10 76/22 90/23 91/25 92/3 96/9 96/12 96/14 96/20 97/24 98/4 98/13 103/1 103/3 107/4 110/20 110/23 116/24 122/2 122/16
**hearing [3]** 77/6 84/12 89/25
**heavily [1]** 99/18
**held [1]** 138/5
**help [7]** 51/21 54/2 69/24 71/17 77/7 90/17 106/23
**helpful [2]** 84/2 90/17
**helps [5]** 40/6 40/7 62/22 121/9 129/19
**here [51]** 17/18 18/16 20/23 21/21 29/2 32/11 36/15 46/15 48/12 54/18 54/25 61/21 64/12 71/14 71/18 71/20 71/20 71/25 74/5 74/21 75/13 75/15 75/24 78/12 82/24 84/24 87/10 89/6 90/4 90/18 91/25 92/15 92/17 98/5 106/12 107/7 107/25 108/3 110/17 110/24 111/5 113/4 117/22 120/8 121/12 122/16 125/16 126/11 127/21 129/3 136/16
**hereby [1]** 138/2
**hesitation [1]** 21/11
**hey [3]** 105/19 132/25 133/8
**Hi [1]** 85/5
**hid [1]** 132/7
**high [4]** 17/23 17/24 18/8 63/4
**higher [7]** 37/7 66/19 99/21 100/1 100/3 100/6 121/18
**highest [1]** 35/20

**highlight [1]** 11/17
**highlighted [1]** 97/20
**highlighting [2]** 74/1 75/23
**highlights [1]** 61/7
**highly [3]** 108/10 110/10 110/14
**him [7]** 96/20 98/4 106/3 107/4 109/8 122/22 133/12
**himself [2]** 99/6 113/4
**his [25]** 57/14 60/2 68/5 69/9 76/17 76/23 78/2 78/19 78/22 81/7 81/7 81/10 81/12 81/16 81/21 81/21 84/10 98/10 107/7 108/14 118/2 122/18 122/22 123/3 124/1
**history [1]** 40/23
**Hk [2]** 106/21 128/11
**Hold [2]** 128/12 129/12
**holy [1]** 116/23
**honest [1]** 63/18
**honestly [1]** 30/17
**Honor [67]** 7/7 29/24 37/8 37/11 37/18 38/6 49/14 49/17 49/20 52/22 53/5 53/8 55/19 67/24 69/13 70/14 70/16 71/2 71/6 71/9 72/7 72/17 72/21 73/3 73/13 73/19 73/21 74/3 75/2 75/13 76/8 76/15 77/15 79/5 80/24 81/13 82/1 82/4 82/5 82/13 82/20 82/23 83/8 83/10 83/15 84/3 84/6 84/13 86/13 87/22 87/23 88/16 88/18 88/19 89/10 117/14 117/21 117/22 117/23 118/1 119/7 119/9 122/13 122/19 126/13 137/14 137/15
**Honor's [2]** 77/1 77/18
**HONORABLE [1]** 1/4
**hoping [1]** 129/23
**horizontally [1]** 66/8
**host [14]** 56/3 56/24 57/3 74/9 75/11 75/20 76/7 77/18 79/12 85/10 87/9 87/18 87/19 131/4
**hour [1]** 42/25
**hours [2]** 98/6 137/8
**how [38]** 7/23 8/2 17/16 29/19 42/9 42/21 43/10 44/4 44/7 44/11 44/11 44/16 44/23 45/7 46/3 46/7 46/16 48/16 48/16 51/21 62/3 65/4 67/2 71/4 72/8 73/6 78/15 79/23 80/5 80/8 85/24 86/3 92/2 93/19 101/2 101/22 102/19 103/2
**however [1]** 95/12
**HU [1]** 128/11
**hundred [1]** 43/4

**hundreds [1]** 10/7
**hypothetical [7]** 8/8 8/13 25/1 28/24 29/8 29/11 29/15
**HYUK [1]** 3/21

**I**

**I'd [4]** 45/13 49/14 63/8 112/10
**I'll [12]** 11/17 73/18 74/10 75/12 83/22 114/19 118/3 122/13 122/13 124/25 137/6 137/11
**I'm [49]** 7/16 12/17 12/20 13/2 13/7 18/21 19/12 21/3 21/4 21/7 21/16 21/21 21/21 22/21 26/2 30/14 30/17 35/23 40/5 40/22 41/3 50/10 53/5 53/15 54/25 55/25 56/22 70/24 71/20 71/20 73/2 76/12 78/6 78/18 86/15 89/21 91/9 93/16 94/4 100/2 102/18 103/20 105/13 114/18 117/16 118/10 122/11 127/5 131/18
**I've [3]** 73/22 82/23 95/20
**IBM [8]** 8/22 9/3 10/4 41/10 41/13 41/16 116/17 116/18
**IBM's [1]** 41/13
**IBM-made [1]** 41/10
**idea [1]** 121/24
**ideas [3]** 122/18 123/8 124/1
**identical [2]** 48/25 119/9
**identification [2]** 6/12 75/3
**identified [3]** 56/2 56/12 56/15
**identifies [1]** 25/7
**identify [3]** 60/12 86/7 132/4
**identifying [1]** 75/17
**II [1]** 1/11
**Ikeda [5]** 45/25 106/3 109/22 111/15 120/8
**Ikeda's [2]** 114/1 121/7
**ILLINOIS [1]** 4/18
**illustrates [2]** 109/24 124/19
**illustration [7]** 48/6 92/24 111/2 111/3 111/11 113/21 124/18
**image [3]** 18/20 48/5 98/20
**imagine [2]** 32/12 67/1
**impeachment [2]** 117/21 119/8
**implement [2]** 51/24 67/14
**implied [1]** 79/24
**important [3]** 43/10 65/8 116/8
**improve [9]** 61/7 66/18 67/10 69/25 70/2 71/1

**105/1 105/7 116/9**
**improvement [2]** 67/18 122/10
**improvements [1]** 71/8
**improves [1]** 124/20
**improving [4]** 66/13 67/8 116/23 121/9
**inability [1]** 78/19
**inapplicability [1]** 80/17
**INC [1]** 1/10
**include [4]** 53/15 56/5 74/7 80/24
**included [2]** 51/13 80/4
**includes [3]** 48/23 51/1 114/1
**including [1]** 28/18
**incoherent [2]** 79/24 80/15
**income [1]** 81/8
**inconsistent [2]** 79/22 81/12
**incorrectly [1]** 101/21
**increase [7]** 20/6 22/9 22/11 64/21 64/23 70/3 106/21
**increasing [5]** 85/13 87/4 87/5 87/16 120/25
**incremental [1]** 22/11
**indeed [1]** 27/12
**India [2]** 38/19 39/13
**indicated [2]** 34/10 36/12
**indicating [2]** 66/6 66/7
**indirectly [2]** 40/7 71/17
**individual [2]** 52/4 67/23
**industry [1]** 46/10
**influence [1]** 105/4
**information [15]** 29/19 39/17 43/2 77/1 77/3 77/13 116/1 134/21 135/16 135/18 135/20 135/21 135/24 136/4 136/9
**Information Technology [1]** 39/17
**infrastructure [1]** 40/3
**infringement [6]** 72/25 73/14 80/25 126/2 126/21 133/11
**initial [2]** 9/2 9/5
**initiate [6]** 104/4 104/15 104/16 104/18 104/21 104/22
**Initiation [1]** 51/19
**input [2]** 22/8 25/6
**inputs [1]** 81/7
**insert [1]** 67/11
**instance [2]** 22/12 35/16
**instead [4]** 17/8 60/5 63/3 68/15
**instructions [2]** 82/24 83/2
**insufficient [5]** 78/11 79/8 80/7 80/12 81/11

**integrates [1]** 44/1
**integration [3]** 44/1 44/3 44/4
**intent [1]** 86/20
**interlock [1]** 70/11
**internal [5]** 42/2 45/22 70/12 107/20 113/12
**Internet [1]** 18/20
**intrinsic [2]** 59/7 59/24
**introduce [2]** 117/25 119/19
**introduced [8]** 113/15 113/19 117/2 117/5 118/6 118/13 124/23 125/4
**introducing [1]** 38/11
**invention [2]** 71/19 78/3
**involving [1]** 122/18
**irrelevant [1]** 76/25
**is [419]**
**isn't [2]** 42/20 105/2
**isolation [2]** 51/19 63/24
**issue [3]** 11/7 80/19 109/12
**issued [2]** 74/4 125/11
**issues [6]** 75/5 79/20 83/11 84/24 126/20 136/21
**it [220]**
**it's [100]** 8/24 12/14 13/2 13/10 15/2 15/23 16/10 17/18 18/19 18/19 19/15 19/18 21/2 21/2 21/3 21/7 21/11 21/18 21/20 23/2 23/24 24/13 29/15 31/2 31/2 40/4 40/25 41/12 44/6 44/15 45/10 46/18 47/7 48/4 48/9 48/15 51/10 52/7 52/12 52/18 53/7 53/25 53/25 54/1 55/3 55/13 59/4 60/22 61/22 64/6 64/14 65/24 69/3 69/6 69/7 69/13 70/11 73/15 76/9 76/20 77/3 77/3 77/3 78/4 78/17 81/17 83/13 84/21 88/22 89/23 95/6 99/12 99/16 101/6 104/6 104/17 104/20 106/12 110/12 110/12 111/13 115/6 117/8 117/16 118/10 118/22 120/3 123/2 124/18 125/6 127/9 127/15 128/11 128/14 129/15 129/24 135/5 135/16 135/18 136/22
**item [2]** 13/16 13/20
**its [8]** 24/10 56/13 72/25 77/2 81/19 125/4 132/1 136/10
**itself [14]** 16/4 16/7 16/13 16/25 20/7 30/14 41/16 48/7 54/15 76/15 114/11 114/12 114/13

114/17

**J**
**JACOB [1]** 2/12
**JAMES [2]** 1/4 7/8
**jbuczko [1]** 2/15
**jet [1]** 43/7
**JMOL [1]** 72/8
**job [1]** 40/6
**joined [3]** 39/20 40/20 40/20
**Jose [1]** 38/13
**JOSEPH [2]** 3/21 37/18
**Joseph Lee [1]** 37/18
**joseph.lee [1]** 3/24
**JUDGE [1]** 1/4
**judgment [7]** 72/22 73/22 74/3 76/21 77/16 80/24 82/2
**Judicial [1]** 138/7
**JULY [3]** 1/18 7/1 138/9
**JULY 19 [2]** 1/18 7/1
**jumbo [1]** 43/7
**jump [1]** 74/21
**jumping [1]** 75/23
**June [11]** 12/21 18/18 19/5 21/14 25/8 25/14 26/21 27/9 27/21 28/4 125/24
**June 2021 [4]** 12/21 18/18 19/5 21/14
**June 2023 [4]** 25/14 26/21 27/9 27/21
**June 30 [2]** 28/4 125/24
**jury [39]** 1/16 5/13 7/4 13/15 38/12 41/2 41/8 42/6 47/12 50/10 52/8 69/4 72/3 72/5 72/23 77/22 81/2 89/11 89/14 89/23 90/17 91/11 94/5 94/25 96/3 96/4 97/1 98/10 98/13 102/24 112/11 112/22 113/23 126/2 126/20 129/3 136/25 137/2 137/5
**just [104]** 7/16 8/16 9/14 9/22 13/24 15/3 15/17 15/23 15/24 15/25 16/3 17/7 17/8 17/18 17/25 17/25 18/23 18/24 21/3 22/5 22/21 23/3 23/5 24/8 24/23 25/13 26/2 28/12 29/12 29/23 30/19 30/22 32/17 35/23 41/2 41/8 48/18 51/12 54/14 55/1 57/21 58/11 58/12 58/13 61/17 62/12 62/13 62/20 62/22 63/14 63/15 64/13 64/15 64/25 68/15 69/4 70/25 71/2 71/7 75/12 77/4 78/13 82/3 83/22 86/4 86/18 87/9 87/25 88/3 88/16 92/24 93/10 94/10 94/18 95/4 95/5 95/23 96/4 99/17 102/2 102/13 102/22 105/19

105/20 105/23 105/25 106/8 110/12 111/13 111/13 111/18 111/20 111/25 112/1 112/4 113/5 113/21 115/16 116/20 118/17 118/22 119/11 129/7 129/24
**JVS [1]** 1/9
**JX [31]** 45/13 46/12 47/21 57/17 63/8 68/9 69/20 70/5 70/14 98/15 98/15 98/20 99/8 99/11 110/5 112/23 127/16 127/17 128/2 128/6 128/9 128/19 129/4 129/9 129/10 129/23 130/8 130/11 130/14 134/2 134/4
**JX 2028 [2]** 128/19 129/4
**JX-2015 [8]** 98/15 98/20 99/8 127/16 128/2 129/9 129/10 129/23
**JX-2028 [9]** 57/17 98/15 99/11 127/17 128/6 128/9 130/8 130/11 130/14
**JX-2030 [1]** 134/4
**JX-2033 [2]** 70/5 70/14
**JX-2034 [5]** 45/13 46/12 47/21 110/5 112/23
**JX-2037 [3]** 63/8 68/9 69/20

**K**
**KABAT [9]** 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 5/9
**keep [4]** 28/23 102/23 116/15 131/18
**keeping [1]** 121/21
**key [5]** 32/11 40/2 64/20 64/22 70/2
**kind [6]** 30/9 32/23 35/13 38/16 63/20 95/21
**Km [1]** 97/4
**knew [3]** 106/7 108/18 132/11
**know [26]** 10/10 27/11 30/17 31/3 31/17 31/17 33/10 41/8 48/9 49/9 55/3 62/15 76/21 78/16 91/23 93/19 95/12 102/4 105/22 105/23 105/25 112/6 119/10 133/4 133/9 133/15
**knowledgable [1]** 93/16
**knowledgeable [2]** 91/20 93/8
**known [2]** 79/21 133/20
**Komag [7]** 116/20 123/11 123/16 123/17 123/21 123/22 125/2
**KROEGER [1]** 3/3
**Kroger [1]** 85/5

**Ku [2]** 128/14 130/9

**L**
**labeled [6]** 48/11 48/12 50/15 108/9 127/16 127/16
**labels [2]** 92/22 131/4
**lack [1]** 79/15
**ladies [3]** 7/5 71/25 136/18
**language [2]** 75/16 133/25
**laptops [1]** 42/3
**large [1]** 42/13
**larger [1]** 42/8
**largest [1]** 80/20
**last [6]** 27/23 38/3 38/25 63/19 82/3 112/7
**later [4]** 52/11 82/17 82/18 89/7
**lateral [2]** 54/4 105/8
**LATHAM [6]** 3/18 3/22 4/8 4/16 4/21 5/3
**law [5]** 72/22 77/16 80/25 81/17 82/2
**lawyer [4]** 91/17 93/18 109/12 114/20
**lawyers [3]** 76/23 84/15 134/13
**layed [1]** 119/7
**layer [138]** 47/10 47/10 47/17 47/17 51/5 51/10 51/10 51/12 51/18 51/20 51/21 51/24 52/4 52/4 52/5 52/7 52/11 52/11 52/12 52/19 52/21 53/7 53/24 53/24 53/25 53/25 54/1 54/1 54/2 54/5 54/6 54/6 55/5 55/13 55/15 56/9 56/10 56/10 56/12 56/16 57/5 57/6 59/4 62/12 63/1 66/4 66/24 67/16 67/19 67/23 68/6 68/24 73/18 74/7 74/8 74/13 74/14 75/5 75/8 75/9 75/19 75/20 76/3 76/6 76/14 76/17 76/18 76/19 76/25 77/11 77/17 77/20 77/20 79/14 79/17 79/25 80/4 82/8 84/15 85/9 85/14 85/15 86/7 86/8 87/6 87/6 87/9 87/12 87/13 87/16 87/16 87/19 87/20 88/1 93/23 94/2 94/3 94/7 94/11 94/17 94/22 94/23 95/15 95/24 96/5 98/13 103/23 103/24 104/5 104/15 104/18 104/18 104/21 106/24 108/20 108/20 108/22 108/23 108/24 108/25 109/1 112/25 114/8 114/11 115/4 115/4 115/6 115/12 115/13 115/25 115/25 115/25 121/17 131/5 131/16 131/23 131/23 132/5

**layer 1 [2]** 94/7 94/17
**layers [91]** 38/25 45/11 47/13 47/14 48/13 48/23 48/24 49/4 51/1 51/2 51/3 51/4 51/4 52/1 52/3 52/17 53/12 53/15 53/17 53/17 54/9 56/2 56/5 56/15 56/16 56/17 60/12 60/15 60/16 60/18 60/19 62/14 62/16 62/20 62/22 62/25 63/5 63/25 66/2 66/6 66/8 69/1 69/11 74/8 75/10 77/12 77/19 79/11 80/15 84/16 85/8 85/12 87/2 87/8 87/17 91/24 91/24 92/3 93/20 94/9 94/14 95/5 95/13 95/19 97/4 103/3 103/17 103/21 104/8 104/25 105/1 105/5 105/7 114/12 114/21 115/2 115/15 115/20 115/22 118/6 119/20 120/22 120/23 120/24 132/2 132/9 132/12 132/15 136/6 136/10 136/13
**leading [2]** 36/20 40/25
**learned [1]** 58/14
**lease [1]** 7/18
**leased [2]** 34/11 36/16
**least [1]** 73/15
**led [1]** 76/23
**LEDAHL [3]** 2/7 83/9 88/22
**LEE [3]** 3/21 37/18 86/12
**left [15]** 39/18 41/9 42/6 54/25 66/21 68/14 98/20 108/10 109/5 131/8 134/7 137/8 137/8 137/10 137/10
**left-hand [1]** 108/10
**legally [3]** 72/24 77/21 81/2
**legend [1]** 134/17
**lengthy [1]** 100/20
**less [4]** 64/15 79/13 106/19 126/3
**let [13]** 12/4 28/2 49/9 55/25 56/8 56/22 57/5 71/13 86/18 126/6 127/6 134/1 135/9
**let's [34]** 11/7 17/1 18/11 20/19 23/11 24/20 26/12 33/3 35/10 36/6 43/12 44/3 45/6 45/15 47/2 47/21 49/5 51/17 54/21 55/11 57/17 60/7 66/9 68/8 71/24 84/5 88/6 89/11 128/5 128/25 129/20 130/19 134/4 134/23
**level [2]** 67/6 91/11
**lied [1]** 108/3
**light [1]** 62/10
**like [31]** 9/23 29/12 30/25 44/7 44/8 45/1

**L**

**like... [25]** 45/13 47/13 49/14 62/18 63/8 63/18 63/21 66/6 66/7 70/2 72/7 72/8 73/3 73/6 77/3 83/11 86/16 89/1 91/10 95/25 112/10 116/11 116/20 122/10 130/18
**likes [1]** 47/7
**likewise [1]** 31/23
**limine [6]** 53/1 53/3 72/13 84/5 84/23 84/25
**limines [1]** 82/12
**limitation [10]** 74/15 77/7 79/10 85/15 87/6 87/8 87/17 87/17 88/13 88/15
**limitations [2]** 73/16 74/18
**limited [1]** 8/15
**line [16]** 13/16 13/20 22/24 22/25 23/1 23/1 31/6 31/6 46/21 63/23 63/24 64/9 66/20 88/4 97/9 97/11
**lines [2]** 117/9 117/17
**lines 18 [1]** 117/17
**lines 7 [1]** 117/9
**links [1]** 46/23
**list [1]** 70/25
**listen [1]** 15/24
**litigation [3]** 5/11 56/25 134/14
**little [11]** 14/25 33/17 34/24 43/12 48/9 51/12 55/3 90/1 93/9 97/10 114/6
**Liu [1]** 5/9
**live [1]** 38/13
**LLP [6]** 3/18 3/22 4/8 4/16 4/21 5/3
**LLP-COSTA [1]** 3/22
**location [1]** 115/23
**log [1]** 137/7
**long [9]** 6/15 13/2 40/1 43/10 74/24 105/12 106/12 125/6 125/9
**longer [3]** 76/9 77/9 109/4
**look [32]** 12/20 14/24 18/11 19/10 19/14 19/21 20/19 20/20 21/23 25/9 25/12 27/12 45/19 48/10 49/6 55/3 63/18 65/21 70/5 70/20 86/16 95/11 116/11 117/3 117/6 118/10 118/17 118/22 118/22 119/25 132/25 133/8
**looked [4]** 9/22 22/20 31/4 56/8
**looking [13]** 18/16 19/3 19/13 22/21 25/25 26/1 27/22 32/10 48/4 63/14 66/15 66/16 68/20
**looks [2]** 63/21 130/18
**LOS [7]** 2/5 2/9 2/14 2/23 3/5 3/9 3/14
**lost [1]** 128/15
**lot [18]** 15/22 21/19 31/5 32/17 32/17 40/4 42/12 42/14 43/9 43/11 43/23 43/24 71/17 91/23 96/9 103/1 114/7 114/16
**low [1]** 18/7
**lower [5]** 18/1 18/3 79/12 100/9 108/10
**LUMISH [4]** 3/17 72/19 103/1 103/15
**lunch [1]** 33/2
**lw.com [6]** 3/20 3/24 4/10 4/19 4/23 5/5

**M**

**M-R-U-G-E-S-H [1]** 38/3
**machine [3]** 47/14 67/23 68/6
**machines [5]** 46/21 46/22 46/23 47/2 47/3
**made [7]** 41/10 42/1 46/17 69/6 93/22 95/5 98/8
**mag [17]** 51/7 51/9 53/13 53/18 64/5 64/9 91/24 105/1 105/7 106/23 112/25 118/6 119/20 120/22 120/23 120/24 132/15
**magnesium [2]** 68/18 93/23
**magnetic [41]** 38/21 38/24 39/20 40/13 43/1 43/14 45/11 48/13 48/23 48/23 52/4 56/20 60/22 63/4 65/10 65/11 65/11 65/12 73/18 74/7 74/14 75/4 75/9 75/19 76/3 76/6 76/14 76/18 77/11 77/16 77/20 79/10 79/13 82/8 85/9 86/7 104/1 104/7 115/12 115/17 122/6
**magnetically [3]** 76/16 115/17 116/1
**magnets [1]** 65/15
**magnifying [2]** 13/5 129/13
**maichele [1]** 2/19
**mail [5]** 84/21 85/23 86/2 86/4 86/14
**mails [1]** 84/18
**main [1]** 46/8
**MAINE [1]** 2/17
**maintain [3]** 52/18 66/7 82/4
**maintains [1]** 52/20
**make [29]** 16/3 17/18 21/8 22/13 33/16 35/23 40/6 45/9 47/9 51/12 58/23 62/18 65/9 65/9 65/11 65/19 65/19 65/22 66/8 67/5 67/11 67/16 71/21 72/8 80/15 93/20 93/22 105/19 132/5
**makes [4]** 22/23 32/25

**lost [1]** 128/15
42/10 49/2
**making [9]** 45/10 64/14 67/13 67/18 67/22 68/6 69/11 71/16 91/12
**managed [1]** 42/9
**manufacturing [1]** 95/17
**many [11]** 42/16 42/16 43/24 44/7 44/17 44/23 94/9 94/9 98/10 115/22 121/5
**map [1]** 74/20
**mapping [4]** 55/22 56/23 76/4 91/3
**maps [1]** 76/2
**MARC [2]** 2/3 72/18
**March [6]** 25/8 25/14 26/20 27/9 27/21 28/4
**March 2018 [4]** 25/14 26/20 27/21 28/4
**margin [1]** 32/17
**margins [1]** 25/2
**market [1]** 81/8
**married [1]** 39/5
**Mary [1]** 5/13
**material [12]** 42/17 57/6 59/7 59/24 65/11 69/5 69/6 69/7 69/10 69/24 131/16 131/22
**materials [5]** 39/17 132/4 132/8 132/12 132/17
**math [5]** 18/10 22/1 26/2 27/4 33/20
**mathematical [1]** 25/20
**mathematically [4]** 18/5 18/7 22/13 26/24
**matter [17]** 30/17 37/14 72/22 74/24 74/25 77/16 80/25 82/2 88/7 100/5 102/3 102/4 102/9 102/13 102/21 104/12 138/5
**MATTHEW [1]** 2/16
**max [1]** 48/22
**may [13]** 15/18 29/23 38/5 52/8 52/22 53/4 72/6 73/19 74/12 74/16 82/14 82/14 137/3
**maybe [10]** 15/21 29/2 31/3 32/8 72/11 74/23 74/25 80/13 89/6 117/7
**mchan [1]** 2/24
**me [37]** 10/10 12/4 14/15 17/10 17/22 18/6 19/22 20/14 21/13 21/17 22/1 23/18 25/20 26/11 26/20 28/2 33/17 40/14 49/9 55/25 56/8 56/22 57/5 58/12 71/13 73/6 73/23 73/23 86/18 88/7 89/25 100/2 127/6 127/15 129/12 134/1 135/10
**mean [12]** 19/12 22/16 22/23 25/25 40/3 41/16 43/23 56/19 58/8 118/10 130/11 132/18
**meaning [1]** 52/10

**means [1]** 65/24
**meant [2]** 33/15 129/25
**meanwhile [1]** 128/6
**measure [5]** 78/20 78/21 78/22 79/14 112/6
**measurement [1]** 57/11
**measurements [7]** 58/10 58/23 60/2 60/4 78/12 79/2 133/16
**mechanisms [1]** 105/11
**media [34]** 30/5 30/10 40/13 40/18 40/22 43/14 43/14 44/16 44/23 45/7 45/8 46/7 46/8 48/14 49/13 64/20 64/22 65/1 68/22 70/12 76/24 81/19 104/1 109/24 113/14 113/18 113/22 117/2 118/6 119/20 120/21 120/23 123/4 125/5
**medium [7]** 40/16 42/23 43/25 48/1 51/23 63/13 66/17
**meet [5]** 74/14 74/18 85/13 87/3 87/15
**meeting [3]** 70/11 70/12 75/18
**megabyte [1]** 42/7
**megabytes [2]** 9/11 10/18
**members [1]** 45/23
**memorialized [1]** 85/22
**memory [2]** 78/23 78/23
**MENLO [5]** 3/19 4/9 4/22 5/3 5/4
**mention [3]** 87/20 131/12 134/12
**mentioned [7]** 40/8 41/13 43/11 43/13 43/19 51/7 131/8
**MESA [2]** 3/22 3/23
**met [1]** 89/21
**mfenster [1]** 2/6
**micrometer [1]** 67/6
**microscope [3]** 48/3 48/4 67/7
**microscopy [3]** 63/16 66/16 67/4
**mid [1]** 71/24
**mid-afternoon [1]** 71/24
**middle [5]** 31/7 108/20 108/24 108/25 124/24
**might [4]** 29/3 32/6 32/9 73/4
**MIL [2]** 122/20 122/23
**miles [1]** 42/25
**million [12]** 27/16 28/4 28/5 28/23 29/4 29/9 29/18 34/21 36/4 37/4 81/9 81/21
**Millions [1]** 125/14
**mind [2]** 38/11 41/9

**mine [2]** 84/9 131/8
**MINNA [1]** 2/21
**MINT [3]** 39/15 39/16 39/18
**minus [4]** 15/9 20/14 22/1 22/11
**minute [1]** 119/11
**minutes [3]** 71/25 72/14 137/8
**MIRZAIE [4]** 3/7 89/21 127/21 134/11
**misleading [1]** 103/19
**misses [1]** 81/22
**missing [3]** 54/10 114/22 115/2
**mix [4]** 33/6 33/11 35/6 36/17
**mode [1]** 43/8
**model [18]** 7/18 7/18 7/22 11/9 11/9 14/3 15/18 16/17 26/18 27/3 34/18 61/22 61/25 78/5 106/9 111/3 111/14 111/21
**modeling [4]** 20/11 78/1 78/3 79/7
**moment [5]** 29/23 32/2 32/5 104/5 105/24
**moments [2]** 30/22 115/13
**Monday [5]** 82/14 82/19 89/4 89/6 137/7
**money [1]** 29/4
**monitors [1]** 48/9
**months [1]** 118/20
**more [25]** 10/11 21/8 24/14 27/19 32/8 33/17 41/25 54/4 64/16 64/17 65/19 68/12 71/13 79/25 80/23 90/1 91/16 91/16 96/8 96/20 102/24 111/8 113/14 113/15 122/11
**morning [2]** 80/13 80/14
**most [2]** 71/15 116/8
**mostly [1]** 77/23
**motion [6]** 52/25 53/3 72/8 73/9 84/22 89/2
**motions [3]** 72/13 74/4 84/5
**move [9]** 11/7 49/14 53/9 70/14 80/24 82/1 105/21 116/4 122/13
**moves [1]** 72/21
**moving [1]** 43/23
**MR [7]** 1/6 5/10 72/24 73/14 81/1 82/21 137/7
**MR Technologies' [1]** 73/14
**Mr. [38]** 7/13 7/17 8/15 8/19 10/14 11/12 12/22 13/12 13/14 15/24 19/25 23/7 24/21 25/15 27/23 28/8 30/4 41/4 45/16 46/11 46/20 50/2 51/11 54/13 57/18 72/19 81/5 81/14 83/9 85/3 86/12 103/1

**M**

**Mr.... [6]** 103/15 127/21 128/12 128/14 134/4 134/11

**Mr. Bergman [5]** 7/17 8/15 13/14 15/24 30/4

**Mr. Bergman's [3]** 23/7 81/5 81/14

**Mr. Hanley [1]** 85/3

**Mr. Ledahl [1]** 83/9

**Mr. Lee [1]** 86/12

**Mr. Lumish [3]** 72/19 103/1 103/15

**Mr. Mirzaie [2]** 127/21 134/11

**Mr. Schmoller [22]** 7/13 8/19 10/14 11/12 12/22 13/12 19/25 24/21 25/15 27/23 28/8 41/4 45/16 46/11 46/20 50/2 51/11 54/13 57/18 128/12 128/14 134/4

**MRT [3]** 24/9 24/14 133/22

**MRT's [1]** 24/5

**MRUGESH [6]** 6/7 37/21 37/23 38/3 38/13 127/3

**Mrugesh Desai [1]** 37/21

**Ms [1]** 78/10

**Ms. [2]** 7/6 30/5

**Ms. Young [2]** 7/6 30/5

**much [3]** 42/8 42/8 127/19

**multiple [9]** 8/12 18/23 47/13 88/4 106/22 109/19 109/24 111/8 120/16

**multiplied [1]** 25/21

**multiply [2]** 26/4 26/24

**must [1]** 78/7

**my [75]** 10/9 11/16 11/22 13/8 13/16 13/23 14/6 14/7 14/9 14/12 14/17 14/18 14/21 14/22 15/5 15/6 15/25 18/17 18/22 19/5 19/11 19/15 20/24 21/11 21/14 21/23 23/5 24/6 25/3 26/12 29/21 30/19 33/20 38/13 38/14 38/14 38/14 38/20 39/13 40/6 46/17 46/17 52/13 63/19 71/15 71/20 73/22 75/23 78/12 78/12 78/23 78/24 85/5 87/24 89/24 102/16 104/14 111/25 112/1 112/4 113/5 114/14 114/15 115/11 120/4 122/17 123/3 123/15 125/24 126/3 126/10 132/16 134/2 134/3 137/11

**My Passport [13]** 11/16 13/23 14/6 14/7 14/9 14/12 14/17 14/21 14/22 18/22 19/11

20/24 21/23

**My Passports [4]** 13/8 15/5 15/6 19/5

**myself [1]** 51/13

**N**

**name [4]** 38/1 38/1 38/4 38/13

**nanometer [5]** 43/3 43/3 43/5 43/7 48/18

**nanometers [4]** 48/17 106/15 106/18 120/14

**nanosecond [3]** 62/8 104/7 104/17

**nanoseconds [1]** 104/12

**narrow [1]** 86/24

**nearly [1]** 98/5

**necessary [1]** 43/9

**need [8]** 8/24 63/2 73/8 82/15 105/25 105/25 112/5 118/10

**negative [1]** 22/12

**negotiation [6]** 8/13 25/1 28/25 29/9 29/11 29/15

**negotiations [1]** 8/8

**neither [2]** 75/6 86/6

**never [1]** 135/21

**new [2]** 45/23 113/20

**newcomers [1]** 62/1

**NEWPORT [4]** 4/4 4/5 4/12 4/13

**news [1]** 102/2

**next [18]** 19/25 23/21 36/6 37/15 47/9 47/10 52/13 66/9 68/8 74/10 98/16 113/8 123/18 123/23 124/16 125/3 126/17 131/23

**no [89]** 1/8 8/16 12/1 19/24 22/13 26/7 38/19 46/5 49/3 49/17 51/5 54/11 55/17 55/18 56/7 56/11 56/14 56/17 57/1 57/4 58/4 58/7 58/20 59/1 59/10 59/12 59/14 60/17 60/20 61/16 61/20 62/17 62/19 62/21 62/24 66/3 68/7 68/17 69/12 69/18 70/16 72/23 76/9 77/2 77/9 77/21 78/11 79/24 81/18 82/17 82/18 84/9 88/17 89/22 90/20 95/9 95/20 95/22 97/24 98/7 98/9 98/19 100/11 100/22 101/20 104/17 106/8 108/5 109/4 111/14 115/3 116/22 117/21 123/4 124/2 125/20 126/3 127/13 128/10 130/11 130/16 131/6 132/10 132/19 133/6 133/19 134/15 134/18 134/22

**Noffsinger [1]** 5/13

**non [1]** 80/21

**non-accused [1]** 80/21

**none [1]** 80/7

**normally [2]** 65/8 67/5

**NORTH [1]** 4/17

**not [116]** 7/18 7/20 7/25 9/3 15/23 16/10 18/19 18/21 18/21 20/7 20/17 20/18 21/16 26/1 27/8 28/15 32/15 32/16 33/20 53/5 54/6 55/25 56/22 59/8 63/2 69/9 70/24 71/4 71/6 73/15 74/7 74/13 77/2 77/14 78/12 78/18 78/21 79/5 79/15 79/18 79/18 80/3 81/6 81/9 81/17 81/18 85/7 85/10 85/13 85/25 86/9 86/21 87/1 87/3 87/9 87/13 87/15 87/15 87/18 90/18 91/7 91/9 92/3 94/4 95/6 96/6 97/6 97/17 97/25 99/5 101/7 101/23 101/24 102/1 102/18 102/19 103/19 103/21 105/10 105/13 106/7 107/7 107/12 107/13 107/17 108/3 109/25 110/14 113/4 114/2 114/4 114/18 118/10 118/13 118/20 118/21 121/6 122/11 123/13 123/21 126/5 127/13 128/11 129/8 131/8 134/15 134/17 134/18 135/20 136/1 136/11 136/15 136/20 136/21 137/14 137/15

**note [1]** 83/22

**noted [1]** 74/5

**notes [2]** 88/1 134/3

**nothing [4]** 37/9 78/14 117/15 125/15

**November [2]** 84/19 85/3

**November 9th [2]** 84/19 85/3

**now [92]** 30/22 32/2 33/1 34/3 34/15 35/13 35/16 35/23 36/15 37/15 39/22 45/6 47/21 47/25 48/25 49/24 51/1 54/8 54/12 54/18 54/21 54/25 55/21 56/5 56/5 57/5 57/10 58/14 60/7 60/12 62/3 62/12 63/6 64/10 68/12 70/5 71/10 72/8 73/10 83/18 84/4 90/4 90/16 91/19 92/6 92/10 92/15 94/10 94/13 94/25 95/12 96/7 97/19 98/13 102/23 103/1 104/4 105/10 106/3 107/12 109/11 110/4 111/5 111/15 112/5 112/10 113/8 114/25 115/4 115/12 115/20 116/8 116/14 116/22 119/2 120/3 120/7 120/8 121/9 121/12 122/2 122/16

125/2 125/16 131/4 131/15 132/9 132/20 133/11 133/15 133/24 134/11

**nuclear [1]** 39/7

**nucleation [14]** 56/2 56/24 57/2 74/9 75/10 75/20 76/6 77/18 79/12 85/10 87/9 87/18 87/19 131/4

**number [46]** 7/23 8/5 8/7 8/11 8/17 8/18 15/16 18/1 21/20 25/4 25/5 25/18 25/22 26/4 26/21 32/24 34/21 35/7 35/20 35/24 35/25 36/4 37/5 42/14 49/4 50/7 52/1 53/17 65/13 65/14 80/3 81/9 81/21 81/22 81/22 99/16 127/24 128/6 128/12 128/14 128/22 129/4 129/23 130/9 130/11 133/24

**numbers [10]** 17/7 27/5 37/7 44/20 57/14 58/11 99/17 99/19 125/17 127/14

**O**

**o0o [1]** 7/2

**oath [10]** 101/9 101/10 101/12 101/13 108/3 109/8 112/2 114/1 118/19 120/1

**object [1]** 122/19

**objected [1]** 126/14

**objection [22]** 36/20 49/16 49/17 52/22 52/24 52/25 53/6 55/19 55/20 67/24 69/13 70/16 71/2 72/12 84/4 84/7 102/6 117/20 118/1 119/6 122/12 126/13

**objections [1]** 82/4

**obligation [1]** 83/20

**observations [2]** 22/25 23/1

**obsessed [1]** 113/3

**obvious [2]** 95/21 114/25

**obviously [4]** 41/16 83/16 93/8 115/16

**occurs [1]** 67/16

**off [6]** 10/12 18/20 38/11 77/5 87/11 111/24

**offered [1]** 10/16

**Office [2]** 125/8 125/10

**OFFICIAL [2]** 1/21 138/12

**oh [8]** 11/20 12/15 17/20 33/17 40/2 40/12 46/22 87/22

**okay [84]** 11/15 12/17 13/4 13/12 13/22 16/9 18/6 18/23 19/2 19/21 21/7 21/23 23/6 25/20 26/16 27/7 33/10 33/16 33/24 35/10 36/12 37/1

37/10 50/10 53/10 55/7 56/18 61/14 61/17 63/8 64/2 64/22 68/14 69/8 83/5 89/11 90/2 91/15 91/17 93/8 93/16 94/13 94/21 95/4 95/10 95/20 96/7 98/13 99/19 100/15 102/2 102/2 102/21 102/24 104/24 105/5 108/8 109/4 109/11 110/17 111/1 112/19 113/4 113/4 113/8 113/23 114/6 114/15 114/25 115/11 116/4 116/14 119/15 119/25 120/3 120/7 126/1 128/2 128/5 128/24 132/11 132/17 132/24 137/13

**old [1]** 38/14

**OLS [3]** 7/18 7/22 8/1

**one [74]** 10/20 12/8 12/9 12/9 15/1 15/1 18/17 18/20 18/21 18/24 19/1 19/4 19/13 19/15 27/19 29/23 30/23 30/23 33/6 33/13 34/10 36/12 36/17 40/12 40/25 43/5 43/6 44/1 46/1 47/9 47/10 50/22 52/18 54/5 64/15 65/9 65/13 65/25 67/10 68/17 71/13 74/24 75/9 76/18 77/9 80/9 88/3 92/11 94/9 94/10 96/14 96/20 97/9 98/13 99/8 99/21 100/5 101/21 101/21 101/25 101/25 104/20 105/13 109/17 111/15 112/7 112/11 112/18 116/8 116/11 121/5 127/15 131/15 134/1

**ones [6]** 18/24 60/1 60/5 75/1 77/9 93/17

**only [28]** 12/1 12/9 15/13 15/25 16/6 16/8 16/13 16/23 20/5 21/11 22/4 25/25 28/20 29/17 56/8 56/10 74/16 76/17 76/18 77/3 77/12 79/17 79/21 90/23 94/11 96/14 108/11 122/9

**oOo [1]** 137/20

**open [67]** 7/3 7/14 9/24 11/13 12/24 13/18 17/4 18/12 19/8 19/19 20/1 23/9 23/22 25/17 26/14 27/25 28/10 33/4 34/5 35/11 36/7 41/6 41/23 45/17 46/13 46/24 47/23 49/6 49/22 50/5 51/15 54/16 54/23 57/19 61/1 63/10 66/11 68/10 69/21 70/22 72/4 89/13 92/8 92/13 108/6 108/16 109/15 110/6 112/15 112/20 113/10 118/24 124/3 124/13

**Q**

**open... [13]** 127/12 127/18 128/17 129/1 129/11 129/18 129/21 130/1 130/21 131/20 134/5 134/9 135/1
**opening [5]** 9/17 9/19 9/20 10/3 123/8
**openings [1]** 82/10
**operating [2]** 43/8 43/8
**operations [1]** 101/3
**opine [1]** 24/25
**opinion [11]** 23/24 24/4 24/6 24/13 24/17 25/3 29/21 40/11 60/2 76/17 91/4
**opinions [1]** 136/21
**opportunity [1]** 82/21
**opposed [2]** 30/5 30/11
**optimization [1]** 68/25
**order [6]** 37/4 73/22 74/4 76/21 88/2 89/15
**orders [2]** 85/1 88/12
**ordinary [3]** 7/17 34/11 36/16
**organized [1]** 76/16
**oriented [4]** 115/13 115/17 115/17 116/1
**other [50]** 8/8 20/8 30/6 30/11 30/15 32/23 33/13 33/25 34/1 36/3 43/21 43/22 45/11 51/3 52/8 56/5 60/13 60/15 60/19 62/15 65/15 68/17 75/1 75/5 77/8 78/5 78/6 78/14 79/20 80/8 82/11 84/16 85/1 91/24 95/19 97/24 98/7 98/8 98/9 101/21 105/4 105/4 105/17 114/12 114/21 115/2 115/15 115/21 121/5 122/9
**others [1]** 80/10
**otherwise [1]** 112/9
**our [14]** 37/20 71/15 72/8 73/4 78/3 79/4 79/23 80/16 80/24 82/4 82/5 86/4 88/1 101/20
**out [16]** 30/15 34/7 35/25 47/11 75/3 77/10 84/20 97/9 97/9 98/24 104/7 109/8 134/12 134/16 137/6 137/12
**outcome [1]** 8/12
**output [1]** 8/2
**outside [9]** 41/16 45/23 107/11 107/17 123/10 123/11 135/22 137/1 137/4
**outstanding [1]** 40/12
**over [15]** 11/5 11/19 11/22 14/25 22/15 27/3 28/13 31/13 41/1 44/19 78/10 88/4 97/4 98/25 99/8
**overall [3]** 33/8 34/20 35/6
**Overestimated [1]**

81/23
**overlapping [1]** 76/4
**Overruled [5]** 36/21 68/1 69/15 102/7 122/25
**overwrite [1]** 121/9
**own [6]** 56/13 77/2 77/14 80/11 81/19 90/13
**oxide [15]** 54/7 68/16 68/17 68/18 68/18 68/24 69/3 69/5 69/24 94/7 94/17 94/22 131/16 131/22 131/23
**oxygen [5]** 67/11 67/13 68/16 69/6 69/23

**P**

**P.C [2]** 4/3 4/12
**p.m [5]** 1/19 7/1 72/16 72/16 137/19
**Pacific [3]** 81/6 81/6 81/11
**page [26]** 13/10 16/3 19/14 20/20 21/18 21/19 23/3 45/15 46/12 46/15 47/21 54/13 60/25 63/9 70/21 112/13 112/18 112/23 113/2 113/9 113/12 117/9 117/11 117/16 124/16 138/6
**page 1 [6]** 13/10 19/14 20/20 21/18 21/19 45/15
**page 153 [1]** 60/25
**page 23 [1]** 70/21
**page 27 [1]** 46/12
**page 42 [1]** 47/21
**page 53 [2]** 112/13 112/23
**page 74 [1]** 63/9
**page 81 [1]** 117/9
**Page 85 [1]** 117/16
**pages [1]** 112/23
**paid [1]** 90/13
**paper [1]** 123/19
**paragraph [4]** 8/25 9/7 27/12 27/18
**paragraph 291 [2]** 27/12 27/18
**paragraph 46 [2]** 8/25 9/7
**Paralegal [1]** 5/9
**parallel [1]** 79/21
**parameter [1]** 121/11
**PARK [5]** 3/19 4/9 4/22 5/3 5/4
**PARKER [3]** 1/20 138/12 138/12
**part [21]** 9/3 22/14 43/13 43/19 44/23 48/20 64/5 66/5 69/7 77/3 81/10 83/5 85/9 86/7 86/10 87/13 87/19 103/17 103/23 104/1 104/3
**particular [3]** 97/15 97/20 99/18
**parties [12]** 24/6 25/1

25/3 28/24 34/10 35/17 36/12 84/17 85/2 85/20 86/2 86/3
**partner [1]** 85/5
**parts [2]** 43/22 43/23
**pass [4]** 29/22 37/8 71/23 126/24
**Passport [20]** 11/16 11/22 13/16 13/23 14/6 14/7 14/9 14/12 14/17 14/18 14/21 14/22 18/17 18/20 18/22 19/11 19/15 20/24 21/14 21/23
**Passports [4]** 13/8 15/5 15/6 19/5
**patent [16]** 67/22 67/25 68/5 69/9 69/14 72/25 79/17 81/15 90/24 120/4 123/5 125/7 125/10 125/24 126/2 126/10
**patents [6]** 24/5 24/19 29/14 30/14 123/15 125/8
**PATRICIA [1]** 4/20
**patricia.young [1]** 4/23
**PAUL [3]** 3/3 85/5 85/5
**Pause [7]** 9/21 12/16 13/11 29/25 37/17 119/13 128/13
**pay [2]** 24/13 135/11
**pays [1]** 90/9
**PCs [1]** 42/3
**PDX [5]** 18/11 33/3 54/12 60/24 109/14
**PDX-0003 [1]** 54/12
**PDX-003 [1]** 60/24
**PDX-3.153 [1]** 109/14
**PDX-4 [2]** 18/11 33/3
**pencil [1]** 65/8
**pencils [2]** 65/6 65/6
**people [19]** 40/5 40/5 40/8 43/11 44/5 44/6 44/7 44/10 44/12 44/13 44/18 44/19 44/24 44/25 45/3 45/3 46/1 105/17 134/20
**per [34]** 11/4 11/9 17/11 17/14 17/19 17/20 17/23 17/23 18/2 18/7 18/8 23/19 23/24 24/4 24/11 24/14 24/15 24/24 25/8 25/21 25/24 25/25 26/3 26/6 26/17 28/20 30/24 30/25 31/12 31/25 34/15 42/25 81/23 81/24
**per-terabyte [8]** 23/24 24/4 25/24 25/25 28/20 30/24 30/25 31/12
**percent [11]** 15/4 18/21 33/11 33/15 34/1 34/16 34/25 36/17 37/6 37/7 122/9
**percentage [2]** 33/14 44/13
**perfect [1]** 29/19
**perform [1]** 30/9

**period [21]** 14/1 14/7 14/19 14/22 15/2 15/3 15/4 15/7 15/12 15/17 16/1 16/20 16/24 22/15 25/13 25/23 27/21 28/16 28/16 125/10 126/4
**permit [1]** 75/8
**personally [1]** 73/11
**perspective [2]** 25/21 26/3
**Ph.D [4]** 6/7 38/20 39/7 39/13
**Ph.D.s [3]** 39/9 44/8 44/15
**photo [2]** 48/7 48/11
**photos [1]** 68/21
**physical [2]** 78/6 93/13
**physicist [2]** 39/7 105/22
**physics [11]** 38/20 42/17 77/24 78/1 78/15 79/3 79/6 105/12 105/14 105/22 111/19
**pick [3]** 18/24 31/12 31/21
**picked [1]** 31/24
**picture [8]** 41/2 48/8 48/15 63/16 66/15 66/23 67/2 68/19
**pictures [11]** 11/15 11/22 63/18 64/10 64/19 66/22 68/12 68/15 68/19 68/19 68/23
**piece [4]** 42/15 43/5 77/4 77/5
**pieces [1]** 43/4
**pkroeger [1]** 3/6
**place [1]** 31/13
**Plaintiff [12]** 1/7 1/11 2/2 3/2 3/16 4/2 5/2 37/12 85/7 88/23 132/2 137/14
**PLAINTIFF'S [3]** 6/3 7/8 86/23
**Plaintiffs [1]** 131/7
**plane [1]** 43/7
**plans [1]** 125/21
**platform [1]** 59/3
**platinum [2]** 85/11 87/1
**play [1]** 15/22
**played [2]** 45/2 107/7
**please [37]** 27/19 34/4 37/16 37/25 38/1 41/4 41/22 45/19 46/11 46/22 49/6 54/12 57/17 60/24 69/17 70/5 70/20 70/21 72/1 86/17 89/12 89/15 97/12 107/22 117/11 127/10 128/9 128/10 129/10 129/17 130/20 131/18 134/2 134/6 134/8 134/24 136/20
**plenty [1]** 23/1
**plot [1]** 31/3
**plus [2]** 44/18 81/21

**point [9]** 13/2 29/12 30/12 31/23 31/7 64/18 75/13 77/13 134/16
**pointed [3]** 104/7 133/25 134/12
**points [1]** 75/3
**poodle [2]** 38/17 89/24
**portions [1]** 48/10
**poses [1]** 75/20
**position [5]** 73/8 73/9 79/4 79/18 80/16
**possible [1]** 51/11
**post [1]** 39/14
**post-doctoral [1]** 39/14
**power [1]** 32/16
**practiced [1]** 73/17
**practicing [1]** 81/15
**precise [1]** 7/23
**precluded [1]** 82/9
**prediction [1]** 111/20
**preference [1]** 83/23
**prepared [2]** 37/12 73/2
**presence [5]** 7/4 72/5 89/14 137/2 137/5
**present [2]** 5/7 81/6
**presentation [10]** 55/2 55/4 61/4 107/11 113/20 123/7 123/13 123/16 123/20 123/25
**presentations [4]** 122/17 122/23 122/24 123/3
**presented [8]** 81/10 81/10 82/7 82/11 107/16 126/20 135/23 136/12
**preservation [2]** 82/3 83/20
**preserve [3]** 73/4 73/8 73/9
**PRESIDING [1]** 1/4
**presuming [1]** 135/8
**pretrial [1]** 85/1
**pretty [2]** 67/1 99/11
**previous [1]** 104/8
**previously [3]** 7/8 47/12 63/9
**price [39]** 7/16 7/24 8/5 11/4 11/9 13/22 13/25 14/6 14/9 14/12 14/16 14/17 14/20 14/24 15/7 15/11 15/20 16/6 16/10 16/15 16/17 16/20 17/10 17/22 18/16 19/4 19/23 20/8 20/9 20/10 20/15 21/4 22/11 22/17 30/25 31/19 34/15 36/24 81/23
**prices [1]** 15/13
**pricing [4]** 11/8 15/20 31/16 32/12
**primary [1]** 32/14
**principle [5]** 78/2 78/16 79/5 109/24 111/19
**principles [3]** 77/24 77/25 79/2

**P**

print [1] 84/20
prior [4] 88/11 88/11 88/12 90/25
pro [1] 2/17
probably [3] 37/15 90/23 122/11
problem [2] 76/22 86/23
problems [1] 75/20
Procedure [1] 72/23
proceed [3] 38/5 72/9 73/6
proceedings [8] 1/15 7/3 72/4 89/13 137/1 137/4 137/19 138/5
process [16] 59/6 64/14 64/17 67/12 67/16 67/18 69/24 93/11 93/13 94/6 94/14 94/18 95/2 95/17 100/20 104/17
processes [1] 64/13
produce [1] 107/22
produced [4] 6/13 99/4 100/16 107/20
produces [1] 106/16
product [44] 6/16 12/5 16/4 16/7 16/13 20/7 25/2 27/15 30/18 30/23 33/6 33/11 36/17 48/24 49/3 49/3 50/17 50/19 54/8 58/3 58/16 58/17 58/24 58/25 59/9 59/23 60/7 60/9 78/17 80/21 86/5 90/25 93/6 95/12 97/5 101/3 107/18 111/4 112/3 117/3 133/12 133/18 135/21 136/7
products [74] 7/23 8/2 11/25 13/25 15/12 15/12 16/23 16/25 20/5 22/4 22/15 25/5 26/1 28/6 28/18 30/6 30/11 30/15 32/8 32/12 32/13 32/16 32/18 32/19 33/11 33/13 33/21 33/25 34/12 34/16 34/24 35/6 35/9 36/16 37/2 37/6 40/7 46/4 50/23 50/23 58/21 60/9 60/13 60/15 60/18 61/15 62/4 71/16 73/17 74/6 74/15 74/20 76/2 78/3 78/7 79/23 80/20 85/13 87/3 91/21 94/2 105/6 115/1 115/21 116/4 116/5 116/8 125/12 125/16 125/17 135/25 136/3 136/10 136/14
profession [1] 39/6
professional [1] 40/11
professionally [1] 39/12
proffer [1] 81/1
profit [28] 17/1 17/12 17/16 17/19 17/20 17/23 18/3 18/8 22/9 22/12 23/24 24/4 24/23 25/21 25/22 26/5 26/25 27/8 27/14 27/20 28/5 28/13 28/15 28/21 32/6 32/7 32/15 32/22
profitable [1] 125/17
profits [5] 23/12 26/3 26/17 27/2 28/3
proof [3] 78/13 79/24 80/22
proper [2] 133/16 135/9
properly [1] 81/25
property [2] 59/7 59/24
proposed [2] 82/6 85/17
proprietary [1] 135/17
protection [1] 123/5
protects [2] 54/6 54/7
proud [1] 40/5
provide [3] 71/5 89/1 96/3
provided [6] 34/13 85/6 95/20 95/22 107/9 125/20
provides [4] 40/2 58/9 71/17 122/9
proving [1] 81/4
PTX [6] 12/12 19/7 20/20 21/2 25/9 25/16
PTX-714 [1] 19/7
PTX-716 [3] 12/12 20/20 21/2
PTX-717 [2] 25/9 25/16
public [7] 110/14 135/6 135/18 135/20 135/23 136/10 136/13
published [64] 7/14 9/24 11/13 12/24 13/18 17/4 18/12 19/8 19/19 20/1 23/9 23/22 25/17 26/14 27/25 28/10 33/4 34/5 35/11 36/7 41/6 41/23 45/17 46/13 46/24 47/23 49/21 49/22 50/5 51/15 54/16 54/23 57/19 61/1 63/10 66/11 68/10 69/21 70/22 92/8 92/13 108/6 108/16 109/15 110/6 112/15 112/20 113/10 118/24 124/3 124/13 127/12 127/18 128/17 129/1 129/11 129/18 129/21 130/1 130/21 131/20 134/5 134/9 135/1
publishing [1] 71/10
pull [17] 13/15 19/17 20/21 25/15 54/12 60/24 70/21 107/15 109/14 110/4 118/23 128/5 128/9 129/10 129/17 134/2 134/4
pulled [3] 18/20 109/11 127/11
pulling [1] 108/2
purchasing [2] 95/24

96/5
purple [5] 56/2 56/15 94/22 94/23 130/25
pursuant [2] 72/22 138/2
put [14] 9/14 9/18 17/8 26/12 27/23 54/21 57/11 65/6 67/6 73/21 83/17 83/23 130/25 131/4
puts [1] 74/17
putting [2] 16/16 68/16

**Q**

quantification [2] 71/3 71/8
quantify [1] 71/7
quarter [1] 25/8
question [49] 15/8 15/25 17/25 18/3 18/19 27/19 52/13 57/8 75/14 75/15 76/25 81/19 84/25 85/1 94/15 95/21 96/2 101/22 102/1 102/18 102/20 104/14 106/11 106/13 106/14 108/19 111/25 112/1 112/4 113/5 114/14 114/15 114/18 114/19 114/25 115/11 117/23 117/24 118/2 118/3 119/3 119/10 119/18 120/15 120/21 121/16 122/14 126/17 130/3
questioning [1] 134/11
questions [5] 23/5 58/6 91/15 91/17 131/15
quick [1] 33/20
quote [4] 87/4 87/7 109/18 114/17
quote/unquote [2] 109/18 114/17
quotes [1] 61/6
quoting [1] 106/10

**R**

rail [1] 47/7
railroad [1] 47/7
raise [1] 37/22
raised [1] 97/16
raises [1] 75/5
raklaw.com [8] 2/6 2/10 2/15 2/19 2/24 3/6 3/10 3/15
RAMAC [1] 41/12
ran [2] 7/20 33/24
ranged [1] 27/15
rather [4] 73/11 94/6 96/25 136/19
ratio [1] 80/4
rationale [1] 81/16
RAUTH [2] 4/3 4/12
ray [1] 63/20
rays [1] 63/19
re [32] 28/2 48/6 55/9 55/14 55/16 55/22 56/1 56/5 56/12 56/15 57/14 60/2 60/12 76/10 76/16 76/23 77/11 77/23

79/22 80/13 92/16 92/25 96/19 96/25 97/3 98/4 99/5 99/17 101/6 110/23 120/11 133/11
Re's [6] 54/18 55/2 55/4 57/10 61/3 109/17
re-ask [1] 28/2
re-creation [1] 48/6
reach [1] 112/8
reached [1] 109/8
read [15] 43/1 65/17 77/10 107/1 107/2 109/2 110/2 113/6 113/16 118/8 119/23 120/15 121/4 121/25 122/1
reading [3] 64/20 109/3 118/1
reads [1] 85/4
real [7] 22/20 22/21 48/8 66/15 68/21 117/3 135/21
real-world [2] 22/20 22/21
really [7] 27/6 29/7 30/13 32/19 67/5 78/16 78/16
reason [5] 77/15 82/1 102/16 116/11 117/4
reasonable [8] 10/6 10/9 21/17 72/23 74/12 77/22 81/2 126/4
reasons [2] 34/13 80/23
rebutting [1] 55/21
recall [13] 9/17 10/3 23/13 30/7 55/14 57/14 92/23 97/7 100/24 101/4 101/17 103/8 114/23
recap [1] 24/23
receive [2] 24/18 24/18
received [6] 29/4 38/19 49/18 49/19 70/17 70/18
receives [1] 62/6
recent [1] 41/25
recess [4] 71/25 72/14 72/15 72/16
recipe [13] 49/3 49/13 49/24 49/25 50/17 50/20 54/10 55/1 55/5 95/11 96/22 136/2 136/6
recipes [5] 47/13 49/4 118/16 132/1 132/4
recite [2] 73/2 73/10
recognize [3] 49/10 61/3 70/8
recollection [2] 78/24 124/22
record [13] 8/10 24/2 38/2 38/23 61/24 69/17 71/21 73/25 83/18 84/14 88/21 115/8 118/15
recording [15] 40/16 40/18 40/21 40/22 42/23 43/13 43/14

43/25 43/25 46/16 48/1 48/14 63/13 70/12 122/6
RECROSS [2] 6/3 6/6
red [9] 12/8 13/8 14/12 14/21 15/1 16/1 16/20 61/12 97/11
redirect [6] 6/3 6/6 30/2 76/23 80/13 126/25
reduce [2] 106/14 120/13
reduced [1] 15/19
refer [1] 96/20
reference [2] 64/25 65/1
referenced [1] 86/15
referred [3] 53/13 53/21 79/23
referring [4] 12/3 52/15 57/21 113/18
refers [1] 122/6
reflect [2] 61/18 84/14
reframe [1] 12/4
refresh [1] 124/22
refrigerator [3] 9/6 42/7 116/14
refrigerators [1] 116/12
regard [2] 72/12 78/19
regarding [1] 132/21
regardless [2] 76/11 87/13
regression [19] 7/20 8/1 22/24 28/12 30/13 31/1 31/4 31/7 31/10 31/15 31/17 31/21 31/24 33/7 34/11 34/15 35/8 35/21 36/16
regressions [5] 8/8 8/12 33/24 34/8 36/10
regular [2] 40/6 105/16
regulations [1] 138/7
related [3] 11/7 87/17 109/12
relationship [1] 66/2
relevant [1] 42/21
relied [8] 60/2 77/23 77/24 81/14 98/8 100/10 100/15 133/13
relies [1] 79/2
rely [4] 77/22 78/4 81/3 101/6
relying [2] 85/10 87/1
remember [15] 29/5 57/23 63/6 72/1 100/18 106/1 109/17 109/20 127/21 130/23 131/2 131/24 132/22 133/2 136/20
remembering [1] 35/24
remind [1] 9/22
remove [2] 95/23 96/4
repeat [4] 68/2 69/17 96/2 117/11
repeatedly [1] 98/14
rephrase [2] 94/15 130/5
report [5] 8/24 10/9

**R**

**report... [3]** 27/12 81/7 81/7
**reported [1]** 138/4
**REPORTER [10]** 1/21 8/9 24/1 38/22 61/23 73/24 88/20 115/7 118/14 138/12
**REPORTER'S [1]** 1/15
**represent [3]** 111/4 112/3 136/13
**representation [4]** 21/22 31/11 61/22 61/25
**representative [10]** 5/10 31/8 50/23 60/13 61/15 85/17 86/5 90/5 97/5 101/2
**represented [1]** 60/9
**representing [1]** 107/18
**represents [2]** 29/14 113/21
**request [1]** 84/7
**requested [1]** 73/4
**requests [9]** 8/9 24/1 38/22 61/23 73/24 82/24 88/20 115/7 118/14
**require [2]** 76/11 76/13
**required [4]** 106/22 120/16 135/12 135/13
**requirement [3]** 43/9 77/10 82/7
**requirements [2]** 73/16 75/22
**requires [1]** 65/10
**research [1]** 42/12
**researcher [1]** 39/14
**researchers [1]** 44/8
**reset [1]** 7/16
**respect [3]** 11/25 66/13 115/12
**respecting [1]** 86/5
**respond [5]** 82/22 83/1 88/25 89/4 122/21
**response [5]** 19/24 83/24 98/19 100/11 100/22
**rest [1]** 37/12
**result [1]** 8/1
**resume [1]** 136/18
**revenue [1]** 30/14
**Revolution [3]** 112/25 113/3 113/3
**REZA [2]** 3/7 89/21
**Reza Mirzaie [1]** 89/21
**RICHARD [1]** 5/3
**rick.frenkel [1]** 5/5
**right [131]** 8/4 9/1 9/4 9/9 9/12 9/13 9/15 9/16 10/8 10/18 10/19 10/21 10/22 10/24 11/2 11/7 11/10 12/7 13/3 14/5 14/8 14/11 14/14 14/23 15/9 15/15 16/21 17/1 18/14 19/3 19/7 19/13 22/3 22/6 22/7 22/23 23/11 24/5 24/20 24/24

25/11 25/25 26/2 27/11 28/7 28/19 32/11 33/8 34/2 34/13 34/25 35/14 35/21 35/22 36/10 36/11 36/13 36/18 37/22 41/21 42/8 43/14 44/3 44/21 49/5 50/13 55/1 57/10 57/12 58/2 66/21 66/24 68/14 71/10 79/4 82/9 83/7 83/17 84/1 89/21 90/4 90/5 91/25 93/4 94/23 96/1 96/5 96/21 97/1 98/21 99/12 101/25 104/16 105/2 105/15 105/17 107/4 107/6 107/14 107/14 110/2 110/18 110/21 110/24 111/12 112/2 112/11 116/24 117/2 118/7 119/20 120/5 122/4 123/18 123/23 124/24 125/17 126/7 127/13 127/25 128/3 128/7 128/15 128/16 128/20 129/19 130/17 131/13 132/2 134/23 136/7
**rise [4]** 72/2 72/15 136/24 137/18
**rmirzaie [1]** 3/10
**road [1]** 8/6
**Roadmap [1]** 6/16
**ROBERT [1]** 2/12
**rockets [1]** 42/21
**role [5]** 54/5 54/5 90/2 90/16 105/19
**roughly [2]** 81/9 120/6
**route [1]** 84/2
**row [5]** 128/10 128/11 129/15 129/16 129/17
**royalty [1]** 126/4
**rpm [2]** 42/24 42/24
**Rule [4]** 72/22 73/15 82/2 83/11
**Rule 50 [1]** 82/2
**rulings [1]** 84/23
**run [2]** 27/5 39/9
**running [1]** 64/13
**runway [1]** 43/7
**RUSS [9]** 2/3 2/8 2/12 2/17 2/21 3/3 3/8 3/12 5/9

**S**

**SACV [1]** 1/8
**safe [1]** 73/11
**said [26]** 19/12 32/7 33/24 35/17 39/5 40/14 49/25 51/1 55/14 55/18 58/8 58/12 58/13 64/10 75/2 75/13 76/21 78/1 78/21 79/22 79/23 103/10 103/12 119/10 121/2 131/16
**salary [1]** 90/9
**sale [1]** 13/25
**saleable [2]** 81/15 81/18
**sales [3]** 15/13 15/16 34/25

**SALIL [1]** 4/3
**same [35]** 8/6 8/17 8/18 12/8 14/18 16/3 20/17 20/20 22/21 23/3 25/22 27/21 28/16 35/13 43/16 52/10 52/12 52/12 52/15 58/19 59/8 59/19 75/18 95/6 101/9 101/13 103/7 103/15 103/21 103/22 112/12 113/20 115/20 121/21 123/5
**San [1]** 38/13
**SANTA [4]** 1/3 1/17 1/23 6/18
**SARAH [1]** 4/16
**sarah.wang [1]** 4/19
**sat [1]** 56/24
**saw [13]** 9/17 63/15 66/23 85/21 102/22 111/18 123/8 123/25 124/5 125/3 125/6 125/17 129/7
**say [33]** 32/21 37/12 40/6 56/18 56/25 60/21 64/19 68/23 74/11 74/19 74/22 75/15 76/11 77/5 77/8 78/7 80/16 86/24 87/12 89/6 91/5 102/11 103/14 105/18 108/3 111/5 117/13 119/25 128/2 128/6 129/9 129/16 133/9
**saying [6]** 18/1 24/8 26/2 28/23 29/7 29/17
**says [10]** 61/7 67/11 77/11 77/12 99/16 113/2 113/13 119/24 123/6 124/21
**sbali [1]** 4/6
**SC [1]** 115/25
**scenario [1]** 88/10
**Schmoller [23]** 5/11 7/13 8/19 10/14 11/12 12/22 13/12 19/25 24/21 25/15 27/23 28/8 41/4 45/16 46/11 46/20 50/2 51/11 54/13 57/18 128/12 128/14 134/4
**science [3]** 42/14 42/17 42/18
**scientists [3]** 42/13 44/8 134/19
**SCL [5]** 91/24 115/4 115/12 115/13 115/25
**scope [1]** 86/24
**SCOTT [4]** 3/18 4/8 4/21 5/4
**screen [8]** 49/24 64/7 94/8 97/20 106/12 120/11 121/13 127/14
**seated [4]** 37/25 72/6 89/15 137/3
**second [7]** 46/18 52/20 54/5 55/18 127/9 128/12 129/12
**seconds [1]** 93/10
**section [9]** 46/22 64/2

64/5 66/22 112/17 112/22 112/24 117/14 138/2
**see [54]** 10/25 11/3 13/15 13/15 13/20 13/22 20/3 20/4 20/22 20/25 25/18 36/15 42/5 43/5 48/2 48/9 48/10 48/22 49/24 50/3 50/7 51/13 52/1 52/14 55/7 58/5 60/12 61/9 63/20 63/23 64/18 66/18 66/19 67/7 67/14 94/8 94/10 94/12 94/22 97/12 98/16 98/20 99/1 106/12 108/12 110/19 111/9 111/10 113/2 113/7 120/18 121/13 124/23 127/14
**seeing [1]** 116/15
**seems [2]** 27/5 130/9
**seen [9]** 42/15 42/22 45/1 47/12 50/10 52/8 98/7 99/22 112/8
**segregates [1]** 51/23
**segregating [1]** 65/25
**segregation [25]** 52/20 64/15 64/16 64/16 64/17 64/20 64/22 65/3 65/18 65/22 65/24 66/1 66/4 66/6 66/8 66/14 66/18 66/19 67/9 67/10 67/14 68/25 69/2 69/25 70/2
**selling [28]** 13/25 14/6 14/12 14/16 14/17 15/7 15/11 15/13 15/20 16/15 16/17 16/19 18/16 19/4 19/23 20/8 20/9 20/10 20/15 21/3 21/5 21/13 22/11 22/17 30/18 95/23 125/12 125/21
**sells [3]** 42/11 81/17 115/1
**SELNA [1]** 1/4
**send [1]** 137/6
**senior [4]** 40/16 106/5 109/23 111/15
**sense [6]** 22/13 22/23 32/25 58/23 62/18 91/16
**sentence [2]** 74/10 75/12
**separate [5]** 60/15 63/1 81/20 92/3 98/14
**separately [2]** 69/7 95/16
**series [2]** 73/16 88/3
**serve [1]** 76/5
**session [1]** 89/16
**set [1]** 60/4
**sets [1]** 98/18
**settle [1]** 83/2
**Seuss' [1]** 29/3
**seven [2]** 60/8 97/5
**several [2]** 118/19 123/25
**shall [1]** 81/4

**shanle [1]** 4/14
**shape [1]** 86/5
**share [2]** 135/16 136/9
**she [2]** 39/7 39/8
**she's [2]** 39/7 39/7
**shelf [1]** 10/12
**short [1]** 72/10
**should [11]** 18/1 26/4 33/20 56/25 79/16 84/12 88/25 129/13 132/24 133/14 134/3
**show [21]** 41/3 45/13 45/15 50/16 52/9 54/14 57/17 63/8 63/12 67/2 68/12 78/14 78/17 79/10 79/12 86/18 87/24 92/10 112/11 112/22 129/23
**showed [12]** 54/19 58/12 92/16 94/5 96/25 98/10 102/13 120/11 127/6 127/10 130/20 133/24
**showing [8]** 46/15 47/25 54/25 55/2 111/23 127/22 130/14 131/9
**shown [7]** 34/15 41/2 61/21 73/15 98/18 111/11 130/20
**shows [10]** 50/12 61/11 64/15 64/16 79/17 100/1 110/17 111/13 130/7 136/6
**sic [1]** 77/12
**sick [1]** 89/24
**side [8]** 48/2 54/22 54/22 86/4 86/6 91/12 101/20 102/16
**sidebar [1]** 84/7
**signal [1]** 62/6
**silicon [1]** 68/18
**silver [6]** 18/17 18/19 18/21 19/1 19/15 21/14
**similar [4]** 24/9 58/21 60/12 63/14
**similarly [1]** 20/19
**simple [2]** 18/10 118/11
**Simultaneous [3]** 16/11 21/10 118/12
**since [2]** 58/14 90/11
**single [4]** 48/25 49/1 76/17 122/6
**sir [31]** 38/18 90/4 91/1 94/5 95/8 98/20 98/21 99/12 100/9 100/15 102/5 103/19 104/9 104/11 104/12 104/15 104/21 104/25 107/12 108/12 111/22 111/24 112/7 114/7 114/14 115/11 115/24 117/9 118/5 124/22 126/19
**site [1]** 117/15
**sitting [4]** 92/15 96/24 107/6 110/24
**situated [1]** 65/4
**six [2]** 36/10 120/24

## S

**size [9]** 9/5 42/7 47/5 59/6 67/3 80/6 106/14 120/13 121/21
**sizes [1]** 79/1
**skip [2]** 74/10 75/12
**SKU [4]** 19/10 19/14 19/21 21/20
**SKUs [1]** 13/3
**SL [1]** 21/20
**SL-WESN [1]** 21/20
**SLC [1]** 77/12
**slice [3]** 48/1 63/13 68/19
**slicing [2]** 48/2 63/14
**slide [49]** 9/19 11/12 11/15 12/23 17/8 18/14 19/25 22/21 23/8 23/21 26/13 27/24 28/8 33/3 34/3 35/10 36/6 36/6 47/25 54/19 55/2 61/3 61/6 63/12 66/9 66/9 66/13 67/8 68/8 68/8 68/12 69/19 92/6 92/11 92/12 92/16 94/5 96/25 98/16 98/18 98/21 98/21 109/17 124/5 124/10 124/15 124/19 127/9 127/13
**slide 1 [1]** 92/12
**slide 4 [1]** 9/19
**slide 46 [1]** 36/6
**slides [7]** 20/14 33/6 54/21 109/18 110/18 112/11 124/1
**small [4]** 67/1 79/1 79/2 129/24
**smaller [15]** 10/17 34/22 34/24 35/7 35/25 36/4 37/5 42/8 65/20 65/20 65/22 65/23 65/23 65/23 106/18
**smallest [1]** 81/15
**smart [1]** 40/4
**SMR [1]** 122/6
**SNR [2]** 105/20 121/9
**so [221]**
**society [1]** 40/7
**soft [1]** 93/24
**software [1]** 78/1
**sold [13]** 14/1 15/5 15/6 15/18 15/21 25/8 37/2 42/1 59/11 59/13 81/18 81/19 81/19
**sole [2]** 91/19 101/2
**solely [1]** 83/12
**some [34]** 30/23 40/8 42/3 42/4 45/1 45/3 50/23 51/3 54/9 55/7 57/10 57/16 62/14 63/6 64/10 64/18 78/5 78/6 79/5 89/5 90/16 91/16 91/20 93/17 93/19 97/6 110/14 111/3 111/20 111/20 116/5 122/2 125/17 133/25
**somebody [1]** 78/5
**someone [1]** 71/19
**something [18]** 33/1

48/18 48/22 50/12 62/15 62/16 63/14 71/16 76/15 79/7 99/5 105/13 127/16 127/16 131/7 131/10 131/12 134/13
**somewhat [1]** 109/12
**somewhere [3]** 14/25 31/7 34/17
**sorry [22]** 19/12 21/6 26/8 28/2 41/11 53/12 53/15 73/11 78/6 95/11 96/2 100/2 102/18 103/20 114/18 115/22 117/11 117/16 122/11 127/5 131/18 135/9
**sort [7]** 31/3 32/14 32/17 36/9 61/6 71/8 81/10
**sounds [12]** 9/1 9/4 9/16 10/6 10/9 10/13 10/22 12/7 15/10 21/17 22/3 27/11
**SOUTHERN [1]** 1/3
**speak [1]** 89/23
**speakers [1]** 118/12
**speaking [2]** 16/11 21/10
**specific [1]** 30/23
**specifically [4]** 12/20 19/4 45/6 75/6
**specifics [1]** 70/24
**specifies [1]** 69/10
**specifying [1]** 71/8
**speculative [1]** 81/22
**speed [2]** 42/24 62/10
**spell [1]** 38/1
**spent [3]** 71/15 98/4 98/6
**spins [2]** 42/23 42/25
**split [5]** 43/4 48/18 62/12 62/13 62/18
**spreadsheet [25]** 50/4 50/8 58/2 58/5 58/9 58/14 96/15 96/20 97/6 97/18 99/18 101/21 102/17 130/10 130/12 130/15 132/21 132/25 133/5 133/8 133/10 133/13 133/15 133/17 133/20
**spreadsheets [8]** 50/11 96/10 96/12 96/17 97/24 98/25 101/15 102/10
**Spring [1]** 6/15
**sputter [7]** 45/9 45/11 46/18 46/21 47/14 93/3 93/10
**sputtering [5]** 47/3 67/15 67/23 68/6 69/23
**squares [3]** 7/18 34/11 36/16
**Srinivasan [1]** 107/3
**Srinivasan's [3]** 108/2 114/4 121/12
**stability [1]** 121/22
**stable [3]** 76/24 106/19 106/20

**stack [33]** 48/14 48/16 48/20 48/22 48/23 51/5 51/7 51/9 52/17 53/13 53/18 56/11 56/20 60/22 61/8 64/5 64/9 74/17 75/4 76/20 77/3 86/11 103/9 103/11 103/14 103/17 104/1 104/7 105/2 105/7 111/2 116/1 121/18
**stand [4]** 39/16 52/6 52/9 96/19
**stands [2]** 51/19 52/7
**start [7]** 44/3 51/17 55/11 73/18 82/18 112/6 127/6
**started [2]** 123/23 134/14
**starting [3]** 30/14 30/18 38/11
**state [2]** 27/13 38/1
**statement [1]** 9/8
**statements [2]** 88/11 123/8
**STATES [4]** 1/1 1/21 138/3 138/7
**station [3]** 47/7 47/9 67/13
**stations [1]** 47/6
**statute [1]** 81/4
**stayed [1]** 40/1
**stenographically [1]** 138/4
**stepping [1]** 88/4
**Steve [1]** 84/21
**Steve Hanle [1]** 84/21
**STEVEN [1]** 4/11
**stick [1]** 88/6
**still [6]** 27/24 39/22 41/16 88/9 109/8 130/17
**stipulate [2]** 87/14 87/14
**stipulation [8]** 53/8 84/17 85/2 85/20 86/11 86/22 86/24 88/10
**stipulations [1]** 86/4
**stock [1]** 90/14
**stop [1]** 136/16
**stops [1]** 47/9
**storage [30]** 10/23 11/1 40/2 51/5 55/15 56/20 73/18 74/7 74/14 75/5 75/9 75/19 76/3 76/6 76/14 76/19 77/11 77/17 77/20 79/11 79/14 82/8 85/9 86/7 87/9 87/13 108/21 109/1 131/5 131/16
**store [24]** 10/17 51/3 51/22 54/2 54/8 56/12 56/17 56/18 60/16 60/23 62/13 62/20 75/1 76/19 77/1 77/2 77/9 77/12 114/11 114/13 114/17 114/21 115/13 132/19
**stored [3]** 51/4 51/8 53/21

**stores [11]** 48/21 51/5 56/10 56/1 62/16 62/17 63/1 74/25 76/15 76/20 116/1
**STRADLING [2]** 4/3 4/12
**stradlinglaw.com [2]** 4/6 4/14
**straight [1]** 71/21
**STREET [1]** 1/22
**strike [1]** 122/14
**strong [2]** 82/25 86/9
**structure [13]** 63/4 65/10 65/12 79/18 80/1 91/21 106/23 112/25 113/14 120/17 123/4 124/16 124/23
**structures [2]** 113/18 126/10
**studied [1]** 38/19
**study [1]** 105/13
**stuff [1]** 41/17
**subject [3]** 85/18 122/19 122/23
**submission [1]** 83/24
**submit [6]** 76/8 81/13 82/15 82/17 82/18 88/9
**submitted [1]** 136/22
**subset [2]** 62/20 62/22
**substrate [6]** 59/4 59/24 93/23 93/24 94/2 94/4
**subtracted [1]** 35/24
**subtraction [1]** 36/23
**such [1]** 30/16
**Suess [10]** 5/10 29/7 29/11 29/17 55/4 78/2 80/2 110/23 122/17 124/1
**Suess' [5]** 67/21 68/4 69/9 79/7 123/8
**sufficient [3]** 72/24 77/21 81/2
**suggest [2]** 67/8 130/9
**suggested [3]** 73/3 88/24 103/15
**suggesting [2]** 66/13 132/24
**suggestion [1]** 103/6
**suggestions [1]** 86/9
**SUITE [5]** 1/22 2/18 4/4 4/13 4/17
**SUL [1]** 104/6
**summarize [1]** 78/25
**summary [5]** 36/9 73/22 74/3 76/21 78/19
**supplied [1]** 132/1
**supply [1]** 32/16
**support [2]** 5/11 80/10
**supposed [1]** 21/4
**sure [19]** 16/3 17/18 21/3 21/4 21/17 35/23 50/10 53/5 68/4 72/20 73/20 78/18 85/25 97/13 105/19 107/23 118/10 122/11 130/6
**surprised [1]** 84/19
**Sustained [4]** 55/23 71/11 88/14 126/16

**SW [1]** 2/17
**switch [25]** 51/4 56/16 56/17 56/18 60/16 60/22 62/5 62/8 62/13 62/17 62/23 62/25 103/3 103/6 103/9 103/11 103/14 103/17 103/21 103/22 104/22 106/23 115/22 132/15 132/19
**switches [2]** 62/15 104/8
**switching [20]** 56/21 60/19 61/7 62/3 77/19 79/22 79/24 80/15 80/18 104/4 104/16 104/19 104/21 105/2 105/7 108/21 108/24 109/1 114/6 115/23
**sworn [4]** 7/8 37/23 81/12 119/17
**system [2]** 69/7 71/18

## T

**T-E-M [1]** 48/4
**tab [1]** 50/19
**table [7]** 20/22 55/4 57/10 92/16 92/16 96/24 96/25
**tabs [5]** 50/3 50/7 50/11 50/12 50/16
**tag [1]** 107/20
**take [19]** 8/19 10/14 21/22 24/21 32/3 37/14 45/19 48/10 49/6 55/3 65/7 70/5 70/20 71/24 72/10 80/9 84/5 104/22 133/16
**taken [2]** 67/2 72/16
**takes [2]** 30/20 40/25
**taking [4]** 15/2 15/16 31/13 101/10
**talk [14]** 7/16 17/1 43/12 45/6 47/2 71/7 89/25 91/23 99/19 110/14 114/7 114/11 114/16 126/6
**talked [10]** 12/14 18/23 23/12 23/15 31/1 33/10 48/18 71/3 87/9 93/9
**talking [8]** 10/4 38/25 43/16 47/3 60/7 65/4 67/15 115/16
**talks [1]** 93/6
**TDMR [1]** 122/10
**team [4]** 71/15 89/24 93/6 93/6
**technical [6]** 44/9 44/13 44/20 91/19 101/2 134/20
**technique [1]** 78/5
**techniques [2]** 69/23 70/2
**technologies [9]** 1/6 1/9 5/10 5/12 5/13 46/9 72/25 81/1 122/10
**Technologies' [1]** 73/14
**technologist [2]** 109/23 111/16

**T**

**technology [8]** 29/21 39/17 70/11 71/16 78/25 79/15 122/2 122/4

**teeth [2]** 63/21 63/23

**tell [9]** 18/10 48/15 48/16 95/7 95/8 101/12 101/20 135/3 135/15

**telling [1]** 129/3

**temperature [1]** 59/5

**terabyte [46]** 11/4 11/10 13/7 14/7 14/10 14/15 14/16 14/22 17/11 17/14 17/19 17/20 17/23 17/23 18/2 18/7 18/8 18/17 19/10 19/15 19/22 20/24 21/14 22/5 23/19 23/24 24/4 24/11 24/15 24/15 24/24 25/21 25/24 25/25 26/3 26/6 26/8 26/10 26/17 28/20 30/24 30/25 31/12 31/25 81/23 81/24

**terabytes [12]** 9/15 11/2 16/2 20/6 21/24 22/5 25/7 25/12 25/22 26/4 26/21 27/1

**term [5]** 6/15 56/23 57/2 99/22 124/8

**terms [4]** 44/4 96/17 99/17 103/3

**tesla [5]** 79/11 99/14 99/22 100/9 100/12

**test [6]** 57/11 58/9 58/23 60/2 78/2 133/16

**tested [1]** 64/12

**testified [14]** 7/17 55/1 80/2 80/13 107/6 109/23 111/18 112/1 112/2 120/8 120/11 121/15 122/23 125/1

**testify [4]** 71/20 76/24 87/18 87/25

**testifying [5]** 61/14 71/14 107/12 107/13 108/8

**testimony [35]** 45/2 54/18 55/20 55/21 63/6 67/25 69/14 77/14 78/19 78/22 80/11 81/5 81/12 81/14 86/10 87/23 90/2 96/4 100/17 101/6 103/16 107/7 108/3 108/14 109/9 114/1 118/19 121/7 121/12 125/4 125/20 126/14 132/14 132/16 132/21

**testing [2]** 64/11 80/20

**text [3]** 64/18 64/19 68/23

**than [24]** 10/11 14/17 24/14 30/16 30/25 32/7 73/11 78/15 79/11 79/13 79/13 80/8 82/18 96/20 99/14 99/21 100/1 100/3 100/6

100/9 100/12 122/11 126/4 136/19

**thank [38]** 7/7 11/20 12/15 17/5 19/18 30/1 30/21 32/3 38/6 41/19 45/15 46/12 46/23 47/22 50/4 51/14 54/14 71/22 73/13 82/20 83/8 83/10 84/3 86/13 88/18 89/10 94/21 97/23 98/3 98/23 104/11 104/24 119/15 126/23 127/19 129/25 131/19 134/24

**that [729]**

**that's [128]** 7/21 7/25 8/4 8/7 8/11 9/7 9/13 10/2 10/19 11/11 13/24 13/24 14/3 14/5 14/8 14/11 14/14 14/23 15/15 16/8 16/13 16/14 17/16 17/24 18/10 18/21 19/15 20/17 22/7 22/23 23/1 23/19 24/6 24/25 25/11 25/24 27/7 28/5 28/7 28/15 28/19 29/14 29/21 31/6 31/20 32/22 33/11 34/2 34/9 34/13 34/17 35/17 35/20 35/22 35/24 36/11 36/13 39/24 41/10 43/5 43/5 43/8 48/4 53/20 54/6 59/23 65/1 65/24 66/4 66/5 66/17 67/16 67/21 67/22 68/25 76/13 76/13 76/20 76/22 76/25 77/6 77/20 78/12 78/15 78/15 78/18 78/23 78/24 79/5 79/14 81/9 81/16 81/17 82/13 83/15 83/18 83/24 84/11 86/17 87/13 88/7 89/9 93/13 93/23 97/10 97/20 98/14 101/24 103/10 103/19 104/1 105/15 105/17 106/9 107/16 109/9 110/17 112/13 112/19 117/1 117/4 118/9 120/3 120/4 123/16 125/9 126/5 127/24

**their [11]** 77/14 79/18 79/19 80/11 83/24 92/21 120/4 129/20 129/25 130/14 133/11

**them [19]** 15/14 17/8 17/9 40/4 42/3 42/4 62/15 76/14 77/7 83/14 86/5 97/6 99/21 123/23 125/14 125/21 132/12 132/25 133/7

**then [46]** 11/1 14/9 14/15 17/14 17/16 17/23 18/8 19/21 20/19 21/23 22/1 22/8 23/21 30/16 33/13 33/21 39/24 41/20 44/23 46/22 47/8 47/10 52/1 59/15 61/11 66/4 74/19

74/21 75/2 75/23 76/9 76/19 78/10 80/19 84/11 89/6 94/1 94/22 108/25 123/17 125/3 126/11 127/16 128/15 130/17 135/23

**theoretical [7]** 61/22 61/25 78/6 106/9 111/3 111/14 111/20

**theory [1]** 124/2

**there [69]** 11/19 11/22 12/18 13/17 14/24 15/4 15/23 16/19 16/22 20/8 20/22 22/4 22/24 30/16 31/23 32/17 33/13 38/19 42/5 42/14 42/15 42/16 42/17 42/22 42/23 43/21 43/23 43/24 43/24 44/15 50/16 53/8 55/7 60/4 60/8 62/20 62/22 63/6 63/20 65/14 71/18 77/8 79/9 79/20 80/6 84/4 84/17 86/9 88/9 88/25 92/7 94/4 94/9 94/23 95/19 98/9 98/16 100/20 102/17 102/20 109/22 111/14 115/22 117/8 117/19 121/7 124/7 124/24 128/7

**there's [40]** 12/1 14/20 15/22 18/23 21/19 22/25 31/5 31/5 31/6 31/19 31/20 32/16 32/17 64/18 68/12 74/19 77/21 78/8 78/11 78/14 79/5 79/24 80/19 81/18 84/24 84/25 85/1 91/23 96/16 98/7 98/14 106/8 114/7 114/16 116/22 117/21 123/2 123/4 123/15 132/8

**therefore [2]** 15/21 16/19

**thermal [1]** 121/22

**thermally [3]** 76/24 106/19 106/20

**these [37]** 11/25 12/2 17/7 20/5 22/14 24/19 29/14 32/11 32/13 32/19 34/7 35/4 36/3 37/3 47/2 47/2 51/3 61/17 61/21 63/18 66/22 67/1 68/21 68/22 69/23 70/25 80/23 86/3 95/13 97/9 98/25 112/8 125/12 126/9 132/8 132/11 132/15

**they [68]** 15/17 15/18 15/19 15/21 33/16 35/5 42/2 45/2 45/5 47/5 47/6 56/18 58/12 58/21 58/22 60/22 62/12 62/17 65/15 68/17 76/11 76/14 78/13 79/10 79/11 79/14 79/15 79/15 79/16 79/16 80/9 80/20 81/3 82/24 88/11 90/11

103/6 103/6 103/17 103/22 104/17 104/20 104/22 105/3 105/3 105/4 115/22 115/23 122/12 126/14 127/6 128/2 128/6 129/3 129/9 130/3 130/17 130/20 130/25 131/9 131/12 131/13 131/15 131/16 132/18 132/19 135/8 135/11

**they're [15]** 16/1 16/7 50/15 52/12 52/14 71/10 92/2 92/2 95/16 95/18 100/6 100/9 100/12 130/14 132/17

**thick [1]** 48/16

**thicker [1]** 66/20

**thickness [1]** 80/4

**thin [4]** 45/9 45/10 47/9 63/4

**thing [7]** 8/6 43/16 52/15 71/13 89/3 102/21 137/7

**things [10]** 30/11 32/23 34/1 47/13 70/25 82/12 96/8 102/24 105/20 121/5

**think [70]** 9/17 11/11 15/15 22/24 25/9 25/24 32/25 33/24 37/11 41/2 42/6 43/13 43/19 45/1 46/20 47/12 49/24 51/1 51/7 52/8 53/20 54/13 57/8 76/12 77/6 77/13 78/4 78/8 78/11 78/15 78/22 79/7 79/9 79/20 80/7 80/10 80/14 80/21 81/11 81/21 83/13 83/19 84/1 84/11 84/24 86/1 86/9 86/21 86/23 87/23 88/3 88/9 89/24 93/9 96/14 103/2 103/10 104/13 104/14 112/10 117/14 122/12 127/6 127/8 129/19 132/24 133/16 134/20 136/2 136/16

**thinks [1]** 79/6

**this [233]**

**those [56]** 15/12 16/23 19/4 23/18 25/2 27/1 27/5 32/13 33/14 33/16 33/21 33/25 33/25 34/20 34/24 35/2 41/25 44/7 44/13 44/20 45/3 48/13 50/12 50/16 52/2 52/4 55/9 56/6 56/15 56/17 58/12 60/1 60/15 63/22 63/24 63/25 65/6 65/17 65/19 65/22 68/23 69/24 73/17 78/11 79/1 79/14 80/7 83/1 83/23 92/21 102/15 103/3 103/17 125/16 125/17 132/4

**though [5]** 13/24 17/22 96/16 113/24 126/6

**thought [1]** 78/2

**thousand [6]** 15/5 13/18 43/4 44/19 44/19 98/6

**thousand hours [1]** 98/6

**thousands [2]** 10/7 98/5

**three [6]** 12/2 79/25 118/6 119/20 120/22 120/22

**through [9]** 25/14 26/16 26/20 33/1 53/12 104/19 117/10 117/17 119/12

**throughout [1]** 88/5

**time [36]** 7/19 7/20 8/15 11/5 15/2 15/3 15/7 16/1 21/21 27/19 28/16 28/16 37/13 63/19 83/1 83/12 83/20 88/25 89/6 101/20 101/23 102/4 102/9 103/7 103/15 103/21 103/22 105/13 118/21 125/9 125/10 126/4 133/4 133/7 133/21 134/16

**timeline [2]** 123/2 125/6

**times [4]** 48/19 88/4 101/18 101/19

**tin [3]** 38/21 38/24 64/14

**tiny [2]** 43/5 48/19

**tired [1]** 89/25

**titanium [1]** 68/18

**title [6]** 40/15 112/22 112/24 113/6 124/21 138/3

**today [12]** 10/12 41/20 42/11 71/14 81/10 82/15 82/24 101/10 101/13 125/16 125/18 137/8

**together [22]** 56/17 56/18 60/23 60/23 62/5 62/9 62/13 62/13 62/17 95/13 95/18 103/9 103/11 103/18 104/8 104/17 104/20 104/23 112/8 132/15 132/19 132/19

**told [3]** 132/25 133/7 133/21

**too [10]** 17/23 17/24 18/7 18/8 78/7 78/17 78/22 89/24 110/10 129/24

**took [4]** 22/16 96/19 101/13 125/7

**tool [3]** 45/12 46/19 52/18

**top [15]** 17/9 40/12 45/11 47/10 47/10 53/25 63/16 64/15 66/17 66/23 68/18 68/20 74/5 108/20 108/23

**top-down [1]** 66/23

**T**

**topics [2]** 96/7 114/6
**total [11]** 9/11 15/16 25/12 26/1 26/21 29/4 33/11 34/17 34/25 48/17 48/23
**totality [1]** 28/18
**towards [1]** 67/22
**towing [1]** 88/4
**TOWN [1]** 3/22
**train [2]** 47/8 47/8
**training [1]** 45/22
**transactions [1]** 15/3
**transcript [5]** 1/5 1/15 118/2 138/4 138/6
**transcripts [1]** 1/24
**transmission [4]** 48/3 63/15 66/16 67/4
**tremendous [1]** 32/15
**trial [4]** 1/16 56/24 75/14 88/5
**tried [3]** 98/24 127/14 130/3
**trilateral [3]** 117/2 122/18 125/5
**trilayer [5]** 118/6 119/19 123/3 124/5 124/23
**trilemma [2]** 124/7 124/11
**true [10]** 16/14 18/10 24/16 47/20 90/14 95/1 111/4 115/20 118/9 138/3
**trust [2]** 136/23 137/16
**truth [2]** 101/12 101/13
**trying [3]** 13/14 31/11 126/13
**Tuesday [4]** 83/3 89/8 89/9 136/18
**turn [8]** 12/12 35/10 46/11 47/21 49/5 66/9 68/8 106/22
**tutorial [3]** 45/22 110/12 110/14
**twice [1]** 100/23
**two [23]** 15/12 16/23 20/5 29/3 30/23 33/16 54/21 63/15 64/10 65/8 65/14 73/15 79/17 81/7 84/24 95/4 95/15 96/16 98/14 102/12 120/4 120/21 120/22
**two days [1]** 29/3
**two years [1]** 120/4
**two-layer [1]** 79/17
**type [5]** 32/18 49/1 68/16 69/5 69/10
**types [1]** 86/3
**typical [1]** 46/16
**typo [1]** 123/2

**U**

**U.S [5]** 38/18 39/2 39/3 39/11 39/13
**ultimate [1]** 25/5
**ultimately [2]** 8/7 15/8
**Ultra [5]** 18/17 18/22 20/24 21/14 21/23

**UltraSMR [1]** 122/3
**Ultrastar [3]** 33/21 34/24 37/7
**under [16]** 11/9 27/2 28/12 29/10 73/15 82/2 82/2 96/2 101/9 108/3 109/8 112/2 114/1 118/19 119/25 126/12
**underestimated [1]** 81/23
**underlayer [2]** 82/9 93/24
**underlining [1]** 74/2
**underlying [2]** 109/24 111/19
**understand [22]** 11/4 17/25 24/8 50/22 50/25 55/9 56/1 60/8 67/21 68/4 83/21 91/1 102/9 102/12 103/20 105/12 107/10 109/4 122/4 125/25 126/3 126/5
**understanding [4]** 29/19 69/8 86/6 114/18
**understands [1]** 69/4
**understood [1]** 85/15
**undisputed [2]** 77/13 120/3
**uniform [1]** 79/21
**unit [3]** 10/2 76/20 81/15
**UNITED [4]** 1/1 1/21 138/3 138/7
**United States [1]** 138/7
**University [1]** 39/14
**unless [1]** 29/9
**unlike [1]** 66/22
**unquote [2]** 109/18 114/17
**unrelated [1]** 133/18
**unreliable [1]** 81/14
**until [2]** 82/14 136/22
**up [73]** 7/13 9/18 19/17 20/21 23/18 25/5 25/15 26/12 27/23 28/9 29/13 31/3 31/8 31/9 31/18 31/18 31/21 31/24 32/22 33/16 35/8 37/14 38/18 38/19 41/5 41/22 44/20 46/21 47/19 48/5 51/11 52/2 54/12 60/24 62/18 65/18 65/20 65/20 69/1 70/21 71/3 74/5 84/5 86/17 92/7 96/8 97/12 97/19 107/15 108/2 109/11 109/14 110/4 115/13 117/6 118/10 118/17 118/23 119/25 125/7 127/11 128/5 128/9 128/10 129/10 129/17 131/18 131/23 134/1 134/2 134/4 134/6 134/24
**updated [1]** 137/6
**upon [4]** 25/2 60/2 77/22 81/15
**upper [1]** 134/23

**upper-right [1]** 134/23
**us [13]** 46/15 47/25 48/18 66/13 72/7 83/11 83/25 84/19 85/16 89/1 99/5 107/20 127/8
**use [26]** 19/1 22/17 25/3 29/20 34/11 34/18 34/20 35/18 57/2 57/6 58/2 58/23 62/25 63/3 73/19 79/16 101/21 101/22 101/25 102/18 102/19 106/22 111/1 120/16 126/9 133/17
**used [37]** 8/5 14/3 16/15 16/16 17/11 20/10 20/13 20/23 25/4 31/1 33/7 35/5 35/16 35/23 36/3 37/1 43/19 58/2 58/24 58/25 59/19 59/21 60/5 69/11 78/1 78/2 80/2 80/20 94/1 97/3 101/15 101/23 102/19 103/4 132/5 137/7 137/9
**uses [1]** 100/5
**using [8]** 71/19 80/11 92/21 93/22 95/1 99/18 101/20 105/6

**V**

**valid [1]** 126/2
**validity [1]** 126/21
**value [16]** 29/13 30/13 31/12 31/21 32/10 32/13 32/19 32/20 34/20 36/15 99/8 99/11 100/10 102/17 128/10 128/11
**values [7]** 34/7 36/3 36/15 78/10 97/4 102/13 102/15
**vapor [1]** 93/13
**various [2]** 45/2 110/20
**verified [1]** 21/16
**version [2]** 17/9 137/6
**vertical [2]** 65/6 66/7
**vertically [1]** 65/6
**very [22]** 37/14 40/4 40/5 43/10 49/4 59/6 63/4 64/14 71/18 76/12 82/25 84/1 99/18 105/12 114/25 123/17 123/23 124/16 125/6 125/9 127/19 137/16
**via [2]** 85/23 86/4
**vice [1]** 2/17
**Victora [1]** 91/4
**video [1]** 45/2
**view [3]** 48/2 75/16 75/21
**violate [1]** 86/22
**violates [2]** 86/11 88/2
**visible [1]** 50/4
**Vision [1]** 6/15
**volume [5]** 1/11 15/19 15/21 16/16 117/9
**Volume I [1]** 117/9
**vs [1]** 1/8

**W**

**WABASH [1]** 4/17
**Wait [1]** 119/5
**walk [2]** 26/16 33/1
**walked [1]** 29/8
**WANG [1]** 4/16
**want [15]** 15/24 17/25 27/6 33/1 35/23 65/18 72/12 72/19 83/17 92/10 99/18 111/25 113/2 122/21 129/15
**wanted [9]** 18/24 90/1 91/15 92/10 93/17 94/6 96/7 102/23 113/5
**was [184]**
**WASHINGTON [1]** 2/18
**wasn't [6]** 78/3 84/8 101/22 103/16 114/14 116/15
**WATKINS [6]** 3/18 3/22 4/8 4/16 4/21 5/3
**way [14]** 7/25 10/11 59/19 61/18 67/8 84/18 92/19 99/3 99/14 99/25 100/5 115/25 116/14 116/22
**WAYNE [1]** 7/8
**ways [1]** 67/10
**WD [15]** 6/13 6/15 41/25 74/6 75/3 75/6 75/13 85/10 87/1 90/21 123/10 123/11 131/4 132/1 135/15
**WD's [2]** 73/17 85/17
**WD-HCTE [1]** 6/15
**WD00300842 [1]** 6/14
**we [158]**
**We'd [1]** 73/3
**we'll [17]** 20/21 26/16 37/14 53/9 55/18 71/25 72/14 80/23 83/2 89/5 89/5 89/6 112/14 112/18 116/4 126/6 136/18
**we're [25]** 10/4 13/14 13/24 15/4 15/15 16/3 17/18 19/13 25/25 26/1 27/21 29/10 32/10 37/12 43/16 55/1 60/7 61/17 64/25 72/15 83/15 108/2 115/16 126/11 136/16
**we've [12]** 26/3 65/4 96/9 96/12 97/24 98/24 103/1 104/13 107/3 110/20 110/23 122/2
**Wednesday [1]** 83/3
**week [26]** 90/4 90/18 90/23 91/20 91/23 91/25 92/3 92/15 96/9 96/17 97/10 98/14 99/22 103/1 107/4 110/21 114/7 114/16 116/24 122/2 122/16 124/7 125/6 125/20 126/11 126/20
**weekend [2]** 136/23 137/17
**weighted [3]** 35/4 37/1

37/2
**weights [2]** 35/5 35/5
**well [36]** 12/4 13/14 18/23 26/7 26/12 29/10 43/20 53/16 55/25 73/8 77/5 78/7 78/21 82/18 83/1 83/13 83/19 84/8 84/11 86/11 87/11 88/13 89/3 89/23 98/10 102/2 102/15 102/21 103/23 105/25 110/23 113/4 117/7 118/19 126/19 137/17
**Wendy [1]** 5/9
**went [4]** 22/5 63/19 71/3 87/24
**were [51]** 7/3 10/16 14/1 19/3 23/3 29/2 30/4 30/22 32/5 33/21 42/13 47/3 54/18 57/21 58/5 61/14 65/7 65/14 67/15 72/4 78/1 82/9 85/17 89/13 92/15 92/15 96/16 96/24 97/6 97/25 98/4 99/4 100/23 101/9 101/15 102/10 102/14 102/15 107/6 107/7 110/24 113/14 113/18 119/2 119/17 120/8 121/12 132/20 137/1 137/4 137/19
**WESN [1]** 21/20
**WEST [1]** 1/22
**WESTERN [94]** 1/9 5/12 5/13 9/3 24/10 24/13 27/8 28/15 29/12 29/20 37/19 39/8 39/20 39/22 40/1 40/2 40/15 40/20 40/24 41/13 42/9 43/21 45/3 46/3 49/1 49/2 57/2 59/11 59/13 61/15 61/18 62/3 62/14 62/25 63/3 72/21 81/17 84/15 87/25 90/5 90/7 90/9 90/14 91/3 91/6 91/19 92/20 92/25 96/9 97/3 97/16 97/25 99/4 100/16 101/1 106/15 106/20 107/11 107/13 107/14 107/16 107/19 108/9 109/5 109/5 109/22 110/10 112/25 113/12 115/1 116/15 116/18 117/1 117/25 118/5 119/19 123/17 123/22 125/2 125/4 125/11 125/21 126/9 131/10 132/7 134/13 134/19 135/19 135/25 136/3 136/9 136/14 137/9 137/15
**Western Digital [30]** 24/13 29/20 40/24 43/21 45/3 49/2 61/15 61/18 62/3 62/14 62/25 72/21 81/17 90/5 92/20 100/16 106/20 107/11 107/14 107/16 107/19 108/9 109/5 112/25

## W

**Western Digital... [6]** 113/12 116/15 117/1 125/2 125/4 125/21
**Western Digital's [6]** 46/3 91/6 99/4 109/22 135/25 136/3
**what [114]** 9/7 9/22 14/3 22/16 24/6 24/9 24/9 25/3 26/2 27/11 29/14 31/20 35/17 38/16 39/6 39/11 39/16 39/18 40/5 40/11 40/14 41/9 41/20 44/13 44/16 45/21 46/6 46/8 46/8 46/9 46/15 47/25 48/4 48/12 48/20 49/9 49/12 50/19 51/9 51/18 51/21 52/2 52/5 52/5 52/9 52/17 53/5 53/13 53/20 53/24 53/24 54/2 54/25 55/14 56/18 57/6 58/8 58/11 58/14 58/15 58/17 59/15 61/21 62/6 63/3 63/12 63/14 63/22 64/5 64/12 64/19 65/3 65/24 66/13 66/15 67/8 67/14 68/12 68/23 68/24 69/4 70/10 73/21 76/11 76/21 76/22 77/5 78/2 79/22 81/9 81/17 81/18 82/15 85/21 86/21 86/21 86/24 87/14 87/14 98/24 102/18 103/10 103/12 106/9 112/1 112/2 122/4 124/19 126/5 126/11 130/14 133/4 133/12 135/3
**what's [5]** 29/13 32/23 33/14 79/21 130/11
**whatever [4]** 43/4 126/5 135/11 135/12
**when [29]** 9/8 14/24 29/3 32/12 39/2 39/11 40/20 43/7 43/8 52/14 54/19 58/8 62/6 65/16 66/8 66/18 67/12 74/3 89/4 92/16 96/19 96/25 98/5 102/13 107/7 115/1 117/1 131/12 134/11
**where [19]** 21/1 21/17 23/2 27/17 51/8 53/20 53/21 55/12 57/14 80/19 83/3 94/14 101/22 102/19 109/9 127/15 127/15 131/9 135/3
**wherever [1]** 115/23
**whether [11]** 18/19 59/8 69/8 76/3 79/15 80/2 85/16 92/2 92/2 114/11 114/16
**which [45]** 9/3 13/8 17/9 25/9 25/13 27/21 34/18 35/5 40/7 42/2 42/23 43/1 48/17 48/23 51/5 51/24 63/8 71/16 71/18 74/4 74/20 74/21 76/1 76/12 76/15 77/10 77/11 77/22 79/22 79/23 80/17 80/21 81/2 84/25 88/2 88/25 91/12 94/9 97/11 100/5 101/24 106/21 108/9 110/8 128/11
**whichever [1]** 54/13
**while [9]** 13/14 51/3 67/11 76/8 82/23 108/2 121/21 123/11 125/10
**white [5]** 63/23 63/24 66/20 134/24 135/3
**who [5]** 44/1 45/24 84/11 130/25 135/15
**whole [18]** 29/12 30/12 30/19 31/6 32/8 32/17 48/14 76/20 76/24 77/4 77/5 86/10 96/5 101/12 103/9 103/11 103/14 103/17
**wholly [1]** 131/10
**why [19]** 23/1 31/10 32/6 32/9 40/1 55/18 59/2 59/22 60/21 62/25 71/14 72/10 73/7 82/17 82/18 101/24 116/11 135/19 135/19
**wife [1]** 38/14
**wife's [1]** 39/6
**will [21]** 37/16 49/18 59/6 70/17 74/20 82/21 83/5 84/1 84/14 85/7 85/10 87/1 87/23 91/4 96/6 104/4 104/15 104/18 115/23 126/20 135/21
**WILSHIRE [7]** 2/4 2/8 2/13 2/22 3/4 3/8 3/13
**withdrawn [1]** 135/10
**within [1]** 66/4
**without [4]** 40/4 54/9 54/9 71/8
**witness [23]** 7/8 12/17 29/22 37/8 37/16 37/20 37/23 45/20 49/8 55/21 64/8 70/7 71/3 71/4 71/6 71/23 84/8 84/14 90/18 90/21 91/19 126/14 126/24
**witnesses [7]** 6/3 6/6 90/24 91/10 91/10 91/12 110/20
**won't [2]** 115/24 120/15
**word [1]** 113/3
**work [22]** 40/8 40/9 40/16 42/13 43/11 43/22 44/24 45/3 46/4 46/17 61/19 62/4 67/21 68/4 69/9 71/18 71/20 71/21 79/23 101/3 106/1 106/3
**worked [2]** 40/18 107/3
**working [3]** 38/20 42/13 123/23
**works [4]** 39/8 78/15 105/20 109/4
**worksheet [1]** 50/13
**world [4]** 22/20 22/21 40/3 133/22
**would [91]** 7/25 8/15 12/9 13/6 15/6 15/19 17/18 17/22 18/3 18/6 18/8 18/10 19/22 20/8 20/14 22/10 22/13 23/18 24/6 24/13 24/18 24/25 25/1 25/3 25/20 26/24 27/3 28/13 28/24 29/8 29/17 31/21 31/21 32/7 32/12 32/21 34/10 34/20 34/21 34/23 35/6 35/8 35/17 36/3 36/12 37/4 37/7 37/22 38/11 47/7 58/23 60/1 62/18 65/19 67/1 71/4 72/7 72/8 72/23 73/3 73/6 73/11 77/15 78/25 79/6 81/13 82/1 82/6 82/11 82/15 83/1 83/11 85/16 86/6 86/6 87/15 88/9 89/1 89/6 89/7 91/5 95/23 96/4 103/11 103/14 105/18 114/14 125/19 133/11 133/21 136/9
**wouldn't [5]** 29/7 41/9 102/4 102/9 102/13
**write [3]** 62/6 62/7 65/17
**writeability [2]** 105/20 124/20
**writes [2]** 43/1 111/2
**writing [4]** 83/12 83/14 83/24 88/25
**written [1]** 75/7
**wrong [7]** 99/16 102/15 102/17 102/17 130/17 132/25 133/8
**wrote [2]** 9/8 124/19

## X

**X-ray [1]** 63/20
**X-rays [1]** 63/19

## Y

**yeah [20]** 15/10 21/20 26/9 30/12 30/14 31/2 32/10 57/8 68/22 87/22 94/9 94/12 97/17 104/5 107/10 113/2 118/21 120/2 130/10 134/18
**year [7]** 38/14 117/1 117/4 123/5 123/18 123/23 125/3
**years [5]** 39/24 41/1 42/14 120/4 125/7
**yes [248]**
**yesterday [5]** 29/2 78/23 80/14 92/19 103/15
**Yet [1]** 105/19
**YOCCA [2]** 4/3 4/12
**Yoshihiro [1]** 45/25
**you [528]**
**you'd [1]** 86/16
**you'll [5]** 19/14 115/4 115/24 136/23 137/16
**you're [34]** 8/21 18/1 18/16 19/13 24/8 24/9 29/17 31/11 32/12 32/13 32/14 39/5 43/13 48/2 48/4 66/15 68/20 73/8 90/7 90/18 90/21 91/7 93/3 93/8 93/16 101/10 101/20 103/23 105/10 107/12 108/3 121/6 123/21 124/8
**you've [17]** 26/11 26/17 26/20 45/1 77/6 90/4 90/23 91/25 91/25 92/3 93/9 98/7 98/8 99/22 103/3 107/3 122/16
**YOUNG [3]** 4/20 7/6 30/5
**your [181]**
**Your Honor [12]** 29/24 72/17 73/21 74/3 76/15 79/5 82/4 82/20 117/21 118/1 119/7 137/14
**Your Honor's [2]** 77/1 77/18
**yourself [3]** 38/11 44/7 86/16