1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MR TECHNOLOGIES, GMBH, | CASE NO. 8:22-cv-01599-JVS-DFM |
| Plaintiff, | **ORDER REGARDING  JOINT STIPULATION OF DISMISSAL [668]** |
| vs. | |
| WESTERN DIGITAL TECHNOLOGIES, INC., | |
| Defendant. | |

1

## **ORDER**

2   The above-captioned action having been resolved by and between the parties

3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and

4 counterclaims in the above-captioned action are hereby dismissed with prejudice and

5 without costs or attorneys' fees against any party.

6

7 **IT IS SO ORDERED.**

8

9 Dated: May 16, 2025

10

11             _____

12             Honorable James V. Selna
              UNTIED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28