# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CV 22-01599 JVS-DFM |
| Date | May 28, 2025 |
| Title | MR Technologies, GMBH v. Western Digital Technologies, Inc. |

**Present: The Honorable** James V. Selna, U.S. District Court Judge

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order Regarding Pending Motions

In view of the dismissal (Docket No. 669), the pending motions at Docket Nos. 615, 616, and 619 are **DENIED AS MOOT**.

**IT IS SO ORDERED**.